# Exhibit 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------------------X Index No.: 115544-04

RICHARD A. GEORGE,

Date Filed: 11-03-04

                                    Plaintiff(s),

Plaintiff Designates
**NEW YORK**
County as the Place of Trial

-against-

A.W. CHESTERTON COMPANY,
AMCHEM PRODUCTS, INC.,
    n/k/a RHONE POULENC AG COMPANY,
    n/k/a BAYER CROPSCIENCE INC,
ANCHOR PACKING COMPANY,
AQUA-CHEM, INC.,
ARMSTRONG PUMPS, INC.,
ATLANTIC STEEL BOILER CORPORATION,
ATLAS VALVE COMPANY,
AURORA PUMP COMPANY,
BELL & GOSSETT COMPANY,
BMCE INC., f/k/a UNITED CENTRIFUGAL PUMP,
BORG-WARNER CORPORATION
    n/k/a BURNS INTERNATIONAL SERVICES
    CORPORATION,
BUFFALO PUMPS, INC.,
BURNHAM, LLC as successor to BURNHAM CORPORATION,
BYRON JACKSON PUMPS,
CARRIER CORPORATION,
    as successor in interest to BRYANT HEATING &
    COOLING SYSTEMS,
CERTAIN TEED CORPORATION,
CLAYTON INDUSTRIES, INC.,
CLEAVER BROOKS COMPANY, INC.,
COMPUDYNE CORPORATION,
    successor to YORK SHIPLEY, INC.,
CRANE CO.,
DANA CORPORATION,
DB RILEY, INC.,
DURABLA MANUFACTURING COMPANY,
EASTERN REFRACTORIES COMPANY, INC.,
EMPIRE-ACE INSULATION MFG. CORP.,
FEDERAL PUMP CORPORATION,
FOSTER WHEELER, L.L.C.,
GARLOCK SEALING TECHNOLOGIES LLC,
    f/k/a GARLOCK INC.,
GENERAL ELECTRIC COMPANY,
GENERAL MOTORS CORPORATION,
GOODYEAR TIRE AND RUBBER COMPANY,
GOULDS PUMPS, INC.,
H.B. FULLER COMPANY,
IMO INDUSTRIES, INC.,

**SUMMONS**

NEW YORK
COUNTY CLERK'S OFFICE

NOV 03 2004

NOT COMPARED
WITH COPY FILED

INGERSOLL-RAND COMPANY,
J.H. FRANCE REFRACTORIES COMPANY,
OWENS-ILLINOIS, INC.,
PATTERSON PUMP COMPANY,
PREMIER REFRACTORIES, INC.,
    f/k/a ADIENCE, INC.,
    f/k/a BMI,
RAPID-AMERICAN CORPORATION,
ROBERT A. KEASBEY COMPANY,
SEARS-ROEBUCK COMPANY,
THE BETHLEHEM CORPORATION,
    f/k/a THE FEDERAL BOILER COMPANY,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,
VIACOM INC.,
    as successor by merger to CBS CORPORATION
    f/k/a WESTINGHOUSE ELECTRIC CORPORATION,
WARREN PUMPS, INC.,
WEIL-MCLAIN,
    a division of THE MARLEY COMPANY,

                                                              Defendants.
-----------------------------------------------------------------------X

To the above named Defendant(s)

**You are hereby summoned** to answer the **verified** complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated, November 03, 2004
      New York, New York

Defendant's address:

**SEE ATTACHED DEFENDANTS RIDER**

WEITZ & LUXENBERG, P.C.
Attorney(s) for Plaintiff
Post Office Address
180 Maiden Lane
New York, New York 10038
(212) 558-5500

## DEFENDANTS' RIDER

**A.W. CHESTERTON COMPANY**
Joseph E. Riley
225 Fallon Road
Stoneham, MA 02180

**AMCHEM PRODUCTS, INC., n/k/a RHONE POULENC AG COMPANY, n/k/a BAYER CROPSCIENCE INC**
41 State Street
Albany, NY 11207

**ANCHOR PACKING COMPANY**
CT Corporation System
1635 Market Street
Philadelphia, PA 19103

**AQUA-CHEM, INC.**
7800 North 113th Street
Milwaukee, WI 53224

**ARMSTRONG PUMPS, INC.**
93 East Avenue
North Tonawanda, NY 14120

**ATLANTIC STEEL BOILER CORPORATION**
22nd Street & Washington Avenue
Philadelphia, PA 19147

**ATLAS VALVE COMPANY**
41 State Street
Albany, NY 12207

**AURORA PUMP COMPANY**
800 Airport Road
North Aurora, IL 60542

**BELL & GOSSETT COMPANY**
8200 North Austin Avenue
Morton Grove, IL 60053

**BMCE INC., f/k/a UNITED CENTRIFUGAL PUMP**
L'Abbate, Balkan, Covalita & Contini, L.L.P.
1050 Franklin Avenue
Garden City, NY 11530

**BORG-WARNER CORPORATION n/k/a BURNS INTERNATIONAL SERVICES CORPORATION**
200 South Michigan Avenue
Chicago, IL 60604

**BUFFALO PUMPS, INC.**
874 OLIVER STREET
N. TONAWANDA, NY 14120

BURNHAM, LLC as successor to BURNHAM CORPORATION
1239 Harrisburg Pike
Lancaster, PA 17603

BYRON JACKSON PUMPS
5215 N. O'Conner Boulevard
Suite 2300
Irving, TX 75039

CARRIER CORPORATION,
    as successor in interest to BRYANT HEATING & COOLING SYSTEMS
CT Corporation System
111 8th Avenue
New York, NY 10011

CERTAIN TEED CORPORATION
CT Corporation System
111 8th Avenue
New York, NY 10011

CLAYTON INDUSTRIES, INC.
41 State Street
Albany, NY 12207

CLEAVER BROOKS COMPANY, INC.
11950 West Park Place
Milwaukee, WI 11270

COMPUDYNE CORPORATION,
    successor to YORK SHIPLEY, INC.
Bill Rock, Chief Financial Officer
7249 National Drive
Hanover, MD 21076

CRANE CO.
100 First Stamford Place
Stamford, CT 06902

DANA CORPORATION
Martin J. Strobel
4500 Dorr Street
Toledo, OH 43615

DB RILEY, INC.
CT Corporation System
111 8th Avenue
New York, NY 10011

DURABLA MANUFACTURING COMPANY
CLEMENTE, MUELLER & TOBIA, P.A.
218 Ridgedale Avenue
P.O. Box 1296
Morristown, NJ 07962

LAW OFFICES OF WEITZ & LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

**EASTERN REFRACTORIES COMPANY, INC.**
McMAHON, MARTINE & GALLAGHER
90 Broad Street
14th Floor
New York, NY 10004

**EMPIRE-ACE INSULATION MFG. CORP.**
c/o THE SECRETARY OF STATE
41 State Street
Albany, NY 12207

**FEDERAL PUMP CORPORATION**
Charles S. Bierner
WOLF, BLOCK, SCHORR & SOLIS-COHEN, LLP
250 Park Avenue
New York, NY 10177

**FOSTER WHEELER, L.L.C.**
Route 173 at Frontage Road
Clinton, NJ 08809

**GARLOCK SEALING TECHNOLOGIES LLC,**
   **f/k/a GARLOCK INC.**
CT Corporation System
111 8th Avenue
New York, NY 10011

**GENERAL ELECTRIC COMPANY**
Electric Insurance Company
75 Sam Fonzo Drive
Beverly, MA 01915

**GENERAL MOTORS CORPORATION**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**GOODYEAR TIRE AND RUBBER COMPANY**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**GOULDS PUMPS, INC.**
240 Fall Street
Seneca Falls, NY 13148

**H.B. FULLER COMPANY**
Stephen M. Fowler, Esq.
PULLIN, KNOPF, FOWLER & FLANAGAN
1000 Bank One Center
707 Virginia Street, East
Charleston, WV 25301

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

IMO INDUSTRIES, INC.
997 Lenox Drive
Suite 111
Lawrenceville, NJ 08648

INGERSOLL-RAND COMPANY
CT Corporation Systems
111 8th Avenue
New York, NY 10011

J.H. FRANCE REFRACTORIES COMPANY
SPECIAL CLAIMS SERVICES, INC.
809 Coshocton Avenue
Suite 1
Mount Vernon, OH 43050-1931

OWENS-ILLINOIS, INC.
One Seagate
Toledo, OH 43666

PATTERSON PUMP COMPANY
9201 Ayersville Road
Toccoa, GA 30577-9033

PREMIER REFRACTORIES, INC., f/k/a ADIENCE, INC., f/k/a BMI
Special Claims Services, Inc.
809 Coshocton Avenue, Suite 1
Attention: Donald E. Ward, President
Mount Vernon, OH 43050

RAPID-AMERICAN CORPORATION
2711 Centerville Road
Wilmington, DE 19808

ROBERT A. KEASBEY COMPANY
L'Abbate Balkin Covalita & Contini, L.L.P.
Anna M. DiLonardo
1050 Franklin Avenue
Garden City, NY 11530

SEARS-ROEBUCK COMPANY
3333 Beverley Road
Hoffman Estates, IL 60179

THE BETHLEHEM CORPORATION,
    f/k/a THE FEDERAL BOILER COMPANY
25th and Lennox Streets
Easton, PA 18045
LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

**U.S. RUBBER COMPANY (UNIROYAL)**
c/o Frank Degrim, Esq.
GREENFIELD, STEIN & SENOIR
600 Third Avenue, 11th Floor
New York, NY 10016-1903

**UNION CARBIDE CORPORATION**
CT Corporation Systems
111 8th Avenue
New York, NY 10019

**VIACOM INC.,**
    **as successor by merger to CBS CORPORATION**
    **f/k/a WESTINGHOUSE ELECTRIC CORPORATION**
Asbestos Litigation Support Manager
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Case Management & Technology Center
USX Towers
600 Grant Street
Pittsburgh, PA 15219

**WARREN PUMPS, INC.**
82 Bridges Avenue
Warren, MA 01083

**WEIL-MCLAIN,**
    **a division of THE MARLEY COMPANY**
500 Blaine Street
Michigan City, IN 46360

Case 1:14-cv-04511-VEC   Document 2-1   Filed 06/23/14   Page 9 of 16

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X  Index No.: 115544-04

RICHARD A. GEORGE,

Date Filed: 11-03-04

                          Plaintiff(s),

                -against-                      **VERIFIED COMPLAINT**

A.W. CHESTERTON COMPANY,
AMCHEM PRODUCTS, INC.,
    n/k/a RHONE POULENC AG COMPANY,
    n/k/a BAYER CROPSCIENCE INC,
ANCHOR PACKING COMPANY,
AQUA-CHEM, INC.,
ARMSTRONG PUMPS, INC.,
ATLANTIC STEEL BOILER CORPORATION,
ATLAS VALVE COMPANY,
AURORA PUMP COMPANY,
BELL & GOSSETT COMPANY,
BMCE INC., f/k/a UNITED CENTRIFUGAL PUMP,
BORG-WARNER CORPORATION
    n/k/a BURNS INTERNATIONAL SERVICES
    CORPORATION,
BUFFALO PUMPS, INC.,
BURNHAM, LLC as successor to BURNHAM CORPORATION,
BYRON JACKSON PUMPS,
CARRIER CORPORATION,
    as successor in interest to BRYANT HEATING &
    COOLING SYSTEMS,
CERTAIN TEED CORPORATION,
CLAYTON INDUSTRIES, INC.,
CLEAVER BROOKS COMPANY, INC.,
COMPUDYNE CORPORATION,
    successor to YORK SHIPLEY, INC.,
CRANE CO.,
DANA CORPORATION,
DB RILEY, INC.,
DURABLA MANUFACTURING COMPANY,
EASTERN REFRACTORIES COMPANY, INC.,
EMPIRE-ACE INSULATION MFG. CORP.,
FEDERAL PUMP CORPORATION,
FOSTER WHEELER, L.L.C.,
GARLOCK SEALING TECHNOLOGIES LLC,
    f/k/a GARLOCK INC.,
GENERAL ELECTRIC COMPANY,
GENERAL MOTORS CORPORATION,
GOODYEAR TIRE AND RUBBER COMPANY,
GOULDS PUMPS, INC.,
H.B. FULLER COMPANY,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

J.H. FRANCE REFRACTORIES COMPANY,
OWENS-ILLINOIS, INC.,
PATTERSON PUMP COMPANY,
PREMIER REFRACTORIES, INC.,
    f/k/a ADIENCE, INC.,
    f/k/a BMI,
RAPID-AMERICAN CORPORATION,
ROBERT A. KEASBEY COMPANY,
SEARS-ROEBUCK COMPANY,
THE BETHLEHEM CORPORATION,
    f/k/a THE FEDERAL BOILER COMPANY,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,
VIACOM INC.,
    as successor by merger to CBS CORPORATION
    f/k/a WESTINGHOUSE ELECTRIC CORPORATION,
WARREN PUMPS, INC.,
WEIL-MCLAIN,
    a division of THE MARLEY COMPANY,

                          Defendants.
-------------------------------------------------------------------------X

        Plaintiff(s), RICHARD A. GEORGE, by their attorneys WEITZ & LUXENBERG, P.C., upon information and belief, at all times hereinafter mentioned alleges as follows:

        1.    Plaintiff(s), RICHARD A. GEORGE, by their attorneys, WEITZ & LUXENBERG, P.C., for their **verified complaint** respectfully alleges:

        2.    Defendant AQUA-CHEM, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

        3.    Defendant AQUA-CHEM, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

        4.    Defendant ARMSTRONG PUMPS, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

5. Defendant ARMSTRONG PUMPS, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

6. Defendant ATLANTIC STEEL BOILER CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

7. Defendant ATLANTIC STEEL BOILER CORPORATION, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

8. Defendant ATLAS VALVE COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

9. Defendant ATLAS VALVE COMPANY, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

10. Defendant AURORA PUMP COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

11. Defendant AURORA PUMP COMPANY, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

12. Defendant BELL & GOSSETT COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

13. Defendant BELL & GOSSETT COMPANY, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

14. Defendant BUFFALO PUMPS, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

15. Defendant BUFFALO PUMPS, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

16. Defendant BYRON JACKSON PUMPS, was and still is a duly organized domestic corporation doing business in the State of New York.

17. Defendant BYRON JACKSON PUMPS, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

18. Defendant CARRIER CORPORATION, as successor in interest to BRYANT HEATING & COOLING SYSTEMS, was and still is a duly organized domestic corporation doing business in the State of New York.

19. Defendant CARRIER CORPORATION, as successor in interest to BRYANT HEATING & COOLING SYSTEMS, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

20. Defendant CLAYTON INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

21. Defendant CLAYTON INDUSTRIES, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

22. Defendant COMPUDYNE CORPORATION, successor to YORK SHIPLEY, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

23. Defendant COMPUDYNE CORPORATION, successor to YORK SHIPLEY, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

24. Defendant FEDERAL PUMP CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

25. Defendant FEDERAL PUMP CORPORATION, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

26. Defendant IMO INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

27. Defendant IMO INDUSTRIES, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

28. Defendant SEARS-ROEBUCK COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

29. Defendant SEARS-ROEBUCK COMPANY, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

30. Defendant THE BETHLEHEM CORPORATION, f/k/a THE FEDERAL BOILER COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

31. Defendant THE BETHLEHEM CORPORATION, f/k/a THE FEDERAL BOILER COMPANY, was and still is a duly organized foreign corporation doing business

and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

33. Defendant WARREN PUMPS, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

33. Defendant WARREN PUMPS, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

Plaintiff(s), RICHARD A. GEORGE, repeats and realleges NYAL - WEITZ & LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 7 as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: November 03, 2004
       New York, New York

                                              Yours, etc.,

                                              WEITZ & LUXENBERG, P.C

                                              Attorneys for Plaintiff(s)
                                              180 Maiden Lane
                                              New York, NY  10038
                                              (212) 558-5500

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

STATE OF NEW YORK    )
                                          SS:
COUNTY OF NEW YORK  )

The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

Deponent is an Associate of the firm WEITZ & LUXENBERG, P.C., Counsel for the plaintiff(s) in the within action; deponent has read the foregoing **summons and verified complaint** and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true. This verification is made by deponent and not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs' counsel and deponent maintain their office.

Dated: November 03, 2004
       New York, New York

CHRIS ROMANELLI

Index No.: 11SS 44-04

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

RICHARD A. GEORGE,

Plaintiff(s),

-against-

A.W. CHESTERTON COMPANY, et al.,

Defendants.

SUMMONS and COMPLAINT

WEITZ & LUXENBERG, P.C.
Attorneys for PLAINTIFFS
180 Maiden Lane
New York, NY 10038
212-558-5500

To
Attorney(s) for

Service of a copy of the within
is hereby admitted.
Dated, November 03, 2004

Attorney(s) for