























NET AREA = 27" x 56" = 10.5 SQ FT. GROSS AREA = 30"

207
$\frac{3}{8}$" R.
WELD TO EQUIPMENT AND SPACE TO SUIT
HOOKS FOR INSULATION WIRE

## LIST OF MATERIAL – QUANTITIES FOR ONE SHIP

| PIECE NO. | NAME OF PIECE | NO. REQ'D | MATERIAL | NAVY DEPT SPECIFICATIONS | REMARKS | DRAWING BUREAU | NUMBERS CONTRACTORS | PATTERN NO. | UNIT WEIGHT |
|---|---|---|---|---|---|---|---|---|---|
| 200 | AMOSITE ASBESTOS FELT INSUL. | 280 FT | AMOSITE ASB FELT | 32 F 3 | 1" THICK | | | | |
| 201 | AMOSITE ASBESTOS FELT INSUL. | 140 FT | AMOSITE ASB FELT | 32 F 3 | $\frac{1}{2}$" THICK | | | | |
| 202 | ASBESTOS CLOTH | 140 FT | ASBESTOS CLOTH TYPE "A" | 32 C 11 (INT) | | | | | |
| 203 | ASBESTOS CLOTH | 10 FT | ASBESTOS CLOTH TYPE "B" | 32 C 11 (INT) | FOR TURBINE SIDE OF BLANKETS | | | | |
| 204 | PLASTIC CEMENT | 300# | PLASTIC CEMENT | 32 C 14 (INT) | SEE GEN NOTE NO 7 BELOW | | | | |
| 205 | INSULATION CEMENT | 90# | INSUL. CEMENT | 32 C 8 | | | | | |
| 206 | .045" DIA. ANNEAL HOT DIP GALV IRON WIRE | 65 FT | GALV IRON WIRE | COMMERCIAL | FOR SECURING PERMANENT INSUL. | | | | |
| 207 | $\frac{1}{8}$" DIA. SOFT STEEL WIRE | 15 FT | SOFT STEEL | 46 S 2 | FOR SECURING INSULATION WIRE | | | | |
| 208 | STEEL RINGS | 750 | STEEL | COMMERCIAL | CADMIUM PLATED FOR LACING | | | | |
| 209 | STEEL WASHERS | 1500 | STEEL GALV | COMMERCIAL | FOR LACING | | | | |
| 210 | #14 B.W.G. COPPER WIRE | 40 FT | SOFT COPPER | 22 W 3 | FOR LACING | | | | |
| 211 | ASBESTOS TWINE | 5# | ASBESTOS TWINE TYPE "B" | 32 C 11 (INT) | FOR QUILTING BLANKETS | | | | |

WEIGHT SUMMARY: (GROUP XIV SUBJECT 7)

INSULATION ---------- 312.0 LBS
CEMENT ---------- 314.0
ASBESTOS CLOTH ------ 72.5
MISCELLANEOUS ------ 27.5
TOTAL - 1 SHIP = 726.0 LBS.

## GENERAL NOTES

1. THIS PLAN TO BE FOLLOWED AS CLOSELY AS POSSIBLE MAKING SUCH MODIFICATIONS AS MAY BE NECESSARY TO PROVIDE FOR ACCESS TO BOLTS ETC.

2. INSULATION AND CEMENT TO BE NEATLY FITTED TO ACTUAL MACHINERY AND AROUND FITTINGS.

3. PRIOR TO INSULATING, ALL THE EXTERNAL SURFACES OF THE PUMP TURBINES AND PUMP BODIES SHALL BE THOROUGHLY CLEANED AND COATED WITH AT LEAST TWO (2) COATS OF HEAT RESISTING ALUMINUM PAINT N.D. SPECS. 52 P 13 (INT) IN ACCORDANCE WITH GEN SPECS. S19-1.

4. PUMP TURBINES TO BE INSULATED WITH 3 LAYERS OF 1" THICK AMOSITE ASBESTOS FELT TOTAL 3" THICK. PUMP TURBINE EXHAUST CASE TO BE INSULATED WITH 1 LAYER OF 1" THICK AMOSITE ASBESTOS FELT. PUMP BODIES TO BE INSULATED WITH 2 LAYERS OF $\frac{3}{4}$" THICK AMOSITE ASBESTOS FELT TOTAL 1$\frac{1}{2}$" THICK. ALL LAYERS TO BE STAGGERED.

5. PERMANENT INSULATION TO BE SECURED TO PUMP TURBINES AND PUMP BODIES WITH .045" DIA ANNEALED HOT DIPPED GALV IRON WIRE WHICH IS FASTENED TO STEEL HOOKS SPOT WELDED TO TURBINES AND PUMPS. CADMIUM PLATED STEEL RINGS BACKED UP BY GALV STEEL WASHERS ON BOTH SIDES OF ASB. CLOTH ARE TO BE FASTENED TO PERMANENT INSUL. ADJACENT TO PORTABLE SECTIONS. SPACING OF RINGS AND WASHERS ABOUT 1$\frac{1}{2}$" CTRS STAGGERED.

6. PORTABLE ASBESTOS FELT BLANKETS SHALL BE PROVIDED OVER FLANGES AND FITTINGS. THESE BLANKETS SHALL BE QUILTED FROM FRONT TO BACK WITH ASBESTOS TWINE, AND THE EDGES OF THE ASBESTOS CLOTH SHALL BE SEWED WITH ASBESTOS TWINE NOT LESS THAN 3 STITCHES PER INCH. THE BLANKETS TO BE MADE BY COVERING THE OUTSIDE SURFACE WITH TYPE "A" ASBESTOS CLOTH AND THE INSIDE WITH TYPE "B" ASBESTOS CLOTH. MATERIAL FOR CLOTH AND TWINE TO BE IN ACCORDANCE WITH N.D SPECS 32 C 11 (INT). MATERIAL FOR ASBESTOS FELT TO BE IN ACCORDANCE WITH N.D SPECS 32 F 3. BLANKET COVERS TO BE SECURED TO PERMANENT SECTIONS WITH NO 14 B.W.G. COPPER WIRE LACED THROUGH CADMIUM PLATED STEEL RINGS IN ASBESTOS CLOTH AS DESCRIBED IN NOTE NO 5 ABOVE.

7. ALL PERMANENT INSULATION SURFACES OF PUMP TURBINES AND PUMP BODIES SHALL BE OVERLAID WITH $\frac{1}{4}$" THICK PLASTIC CEMENT N.D SPECS 32 C 14 (INT) TYPE "A" OR "B" MIXED WITH 10% PORTLAND CEMENT, TROWELLED AND RUBBED TO A SMOOTH FINISH. AFTER DRYING 24 HOURS, AN INSUL. CEMENT N.D SPECS. 32 C 8 SHALL BE APPLIED TO THE HARD FINISH CEMENT AND ALLOWED TO DRY ONE HOUR AFTER WHICH A COAT OF THE SAME CEMENT SHALL BE APPLIED AND ALLOWED TO DRY. THE INSULATION SHALL THEN BE COVERED WITH ASBESTOS CLOTH N.D SPECS. 32 C 11 (INT) WHICH SHALL BE COATED ON THE UNDERSIDE WITH INSULATION CEMENT AND ALLOWED TO DRY FOR 72 HOURS. THE ASBESTOS CLOTH SHALL BE PAINTED AS REQUIRED BY SUB-PARAGRAPH S19-1-f-2 OF SUB-SECTION S19-1 OF THE GEN SPECS. THE EDGES OF THE ASBESTOS CLOTH SHALL BE BEVELED WITH ASBESTOS AND PORTLAND CEMENT AS A PROTECTION.

8. SHEET STEEL LAGGING TO BE APPLIED OVER THE INSULATION ADJACENT TO THE TURBINE PACKING. INSULATION TO BE ARRANGED SO AS TO PROVIDE ACCESS TO PACKING WITHOUT REMOVING THE PORTABLE BLANKETS. MATERIAL FOR SHEET STEEL LAGGING IS ORDERED IN LIST OF MATERIAL ON DWG NO. 445-5502-5. BU AN DD445-S5502-5.

9. MANUFACTURERS NAME PLATE TO BE SECURELY FASTENED IN A CONVENIENT PLACE ON THE OUTSIDE OF LAGGING.

10. INSULATION AND LAGGING AS SHOWN FOR DE LAVAL CO. TURBINES AND PUMPS. ON SHIPS WHERE PUMPS AND TURBINES OF OTHER MANUFACTURERS ARE USED INSULATION AND LAGGING TO BE SIMILAR.

11. ALL INSULATION AND CEMENT MUST MEET THE REQUIREMENTS OF GENERAL SPECS. SUB-SECTION S39-1 OF JUNE 1, 1940.

5" DISCHARGE
202
208
209
210
203
202
201
204

## REFERENCE PLANS

| TITLE | | CONT. PLAN NO. | BU SHIPS PLAN NO. |
|---|---|---|---|
| AUX FEED BOOSTER PUMP – PUMP CASE | DE LAVAL CO. | G-8877 | DD445-S4700-33 |
| MAIN FEED BOOSTER PUMP – PUMP CASE | DE LAVAL CO. | G-9736 | DD445-S4700-34 |
| MAIN FEED BOOSTER PUMP – TURBINE ASSEMBLY | DE LAVAL CO. | G-8728 | DD445-S4100-35 |
| FUEL OIL SERVICE PUMP – TURBINE ASSEMBLY | DE LAVAL CO. | G-8883 | DD445-S5501-65 |
| FUEL OIL BOOSTER PUMP – TURBINE ASSEMBLY | DE LAVAL CO. | G-8830 | DD445-S5500-47 |
| MAIN CONDENSATE PUMP – TURBINE ASSEMBLY | DE LAVAL CO. | G-8712 | DD445-S4601-34 |
| LUB OIL SERVICE PUMP – TURBINE ASSEMBLY | DE LAVAL CO. | G-8831 | DD445-S4500-35 |

PLAN APPROVAL EXTENDED TO DD649, 662-665 INCL.

| NO. | DESCRIPTION | AUTHORITY | BY | DATE CONTRACTOR | APP'D. | DATE GOV'T. | APP'D. |
|---|---|---|---|---|---|---|---|

ALTERATIONS

LIST OF MATERIAL - QUANTITIES FOR ONE SHIP
GENERAL NOTES
REFERENCE PLANS
PLAN
PUMP CASING FOR
MAIN FEED BOOSTER PUMP-4 REQUIRED
TURBINES FOR
STEAM INLET
EXHAUST

NET AREA = 27 x 56" - 10.31 SQ. FT.

## LIST OF MATERIAL — QUANTITIES FOR ONE SHIP

| PIECE NO. | NAME OF PIECE | NO. WANTED | | MATERIAL | NAVY DEPT. SPECIFICATIONS | REMARKS | DRAWING NUMBERS BUREAU | DRAWING NUMBERS CONTRACTOR | PATTERN NO. | UNIT WEIGHT |
|---|---|---|---|---|---|---|---|---|---|---|
| 200 | AMOSITE ASBESTOS FELT INSUL. | 40 SQ.FT. | | AMOSITE ASB. FELT | 32 F 3 | 1" THICK | | | | |
| 201 | AMOSITE ASBESTOS FELT INSUL. | 100 SQ.FT. | | AMOSITE ASB. FELT | 32 F 3 | ¾" THICK | | | | |
| 202 | ASBESTOS CLOTH | 70 SQ.FT. | | ASBESTOS CLOTH TYPE "A" | 32 C 11 (INT) | | | | | |
| 203 | ASBESTOS CLOTH | 25 SQ.FT. | | ASBESTOS CLOTH TYPE "B" | 32 C 11 (INT) | FOR TURBINE SIDE OF BLANKETS | | | | |
| 204 | PLASTIC CEMENT | 75# | | PLASTIC CEMENT | 32 C 14 (INT) | SEE GEN NOTE NO. 7 BELOW | | | | |
| 205 | INSULATION CEMENT | 7# | | INSUL. CEMENT | 32 C 6 | | | | | |
| 206 | .049" DIA. ANNEAL. NOT DIP. GALV. IRON WIRE | 100 LIN.FT. | | GALV. IRON WIRE | COMMERCIAL | FOR SECURING PERMANENT INSUL. | | | | |
| 207 | ⅛" DIA. SOFT STEEL WIRE | 20 LIN.FT. | | STEEL WIRE | 46 S 2 | FOR SECURING INSULATION WIRE | | | | |
| 208 | STEEL RINGS | 400 | | STEEL | COMMERCIAL | CADMIUM PLATED FOR LACING | | | | |
| 209 | STEEL WASHERS | 400 | | STEEL GALV. | COMMERCIAL | FOR LACING | | | | |
| 210 | #14 BWG. COPPER WIRE | 40 LIN.FT. | | SOFT COPPER | 22 W 3 | FOR LACING | | | | |
| 211 | ASBESTOS TWINE | 4# | | ASBESTOS TWINE | 32 C 11 (INT) | FOR QUILTING BLANKETS | | | | |

WEIGHT SUMMARY: (GROUP XIV SUBJECT 7)

INSULATION ........ 109.0 LBS.
CEMENT ........ 73.0 LBS.
ASBESTOS CLOTH ........ 24.0 LBS.
MISCELLANEOUS ........ 17.0 LBS.
TOTAL (1 SHIP) ........ 223.0 LBS.

CUT TO SUIT NIPPLE

SECTION "C-C"
SCALE: 6" = 1'-0"

## GENERAL NOTES

1. THIS PLAN TO BE FOLLOWED AS CLOSELY AS POSSIBLE MAKING SUCH MODIFICATIONS AS MAY BE NECESSARY TO PROVIDE FOR ACCESS TO BOLTS.

2. INSULATION AND CEMENT TO BE NEATLY FITTED TO ACTUAL MACHINERY AND AROUND FITTINGS.

3. PRIOR TO INSULATING, ALL THE EXTERNAL SURFACES OF THE TURBINES SHALL BE THOROUGHLY CLEANED AND COATED WITH AT LEAST TWO (2) COATS OF HEAT RESISTING ALUMINUM PAINT N.D. SPECS 52 P 15 (INT) IN ACCORDANCE WITH N.D. GENERAL SPECS S19-1.

4. TURBINES TO BE INSULATED WITH 3 LAYERS OF 1" THICK AMOSITE ASBESTOS FELT TOTAL 3" THICK. MAIN CIRCULATING PUMP TURBINE EXHAUST CASE TO BE INSULATED WITH 2 LAYERS ¾" THICK AMOSITE ASBESTOS FELT TOTAL 1½" THICK. H.P. AIR COMPRESSOR TURBINE EXHAUST CASE TO BE INSULATED WITH 1 LAYER 1" THICK AMOSITE ASBESTOS FELT. ALL LAYERS TO BE STAGGERED.

5. PERMANENT INSULATION TO BE SECURED TO TURBINES WITH .049" DIA. ANNEALED NOT DIPPED GALV. IRON WIRE WHICH IS FASTENED TO STEEL HOOKS SPOT WELDED TO TURBINES. CADMIUM PLATED STEEL RINGS BACKED UP BY GALV STEEL WASHERS ON BOTH SIDES OF ASBESTOS CLOTH ARE TO BE FASTENED TO PERMANENT INSUL. ADJACENT TO PORTABLE SECTIONS.

6. PORTABLE ASBESTOS FELT BLANKETS SHALL BE PROVIDED OVER FLANGES AND FITTINGS. THESE BLANKETS SHALL BE QUILTED FROM FRONT TO BACK WITH ASBESTOS TWINE AND THE EDGES OF THE ASBESTOS CLOTH SHALL BE SEWED WITH ASBESTOS TWINE NOT LESS THAN 3 STITCHES PER INCH. THE BLANKETS TO BE MADE BY COVERING THE OUTSIDE SURFACE WITH TYPE "A" ASBESTOS CLOTH AND THE INSIDE WITH TYPE "B" ASBESTOS CLOTH. MATERIAL FOR CLOTH AND TWINE TO BE IN ACCORDANCE WITH N.D. SPECS. 32 C 11 (INT). MATERIAL FOR ASBESTOS FELT TO BE IN ACCORDANCE WITH N.D. SPECS 32 F 3. BLANKET COVERS TO BE SECURED TO PERMANENT SECTIONS WITH #14 B.W.G. COPPER WIRE LACED THROUGH CADMIUM PLATED STEEL RINGS IN ASBESTOS CLOTH AS DESCRIBED IN NOTE NO. 5 ABOVE.

7. ALL PERMANENT INSULATION SURFACES OF TURBINES SHALL BE OVERLAID WITH ¼" THICK PLASTIC CEMENT N.D. SPECS. 32 C 14 (INT) TYPE "A" OR "B" MIXED WITH 20% PORTLAND CEMENT, TROWLED AND RUBBED TO A SMOOTH FINISH. AFTER DRYING 24 HOURS, AN INSUL. CEMENT N.D. SPECS. 32 C 6 SHALL BE APPLIED TO THE HARD FINISH. CEMENT AND ALLOWED TO DRY ONE HOUR AFTER WHICH A SECOND COAT OF THE SAME CEMENT SHALL BE APPLIED AND ALLOWED TO DRY. THE INSULATION SHALL THEN BE COVERED WITH ASBESTOS CLOTH N.D. SPECS. 32 C 11 (INT) WHICH SHALL BE COATED ON THE UNDERSIDE WITH INSULATION CEMENT AND ALLOWED TO DRY FOR 72 HOURS. THE ASBESTOS CLOTH SHALL BE PAINTED AS REQUIRED BY SUB-PARAGRAPH S19-1-g-2 OF SUB-SECTION S19-1 OF THE GENERAL SPECS. THE EDGES OF THE ASBESTOS CLOTH SHALL BE BEVELED WITH ASBESTOS AND PORTLAND CEMENT AS A PROTECTION.

8. SHEET STEEL LAGGING TO BE APPLIED OVER THE INSULATION ADJACENT TO THE TURBINE PACKING. INSULATION TO BE ARRANGED SO AS TO PROVIDE ACCESS TO PACKING WITHOUT REMOVING THE PORTABLE BLANKETS. MATERIAL FOR SHEET STEEL LAGGING IS ORDERED IN LIST OF MATERIAL ON DWG. 445-3522 3

9. MANUFACTURERS NAME PLATE TO BE SECURELY FASTENED IN A CONVENIENT PLACE ON THE OUTSIDE OF LAGGING.

10. ALL INSULATION AND CEMENT MUST MEET THE REQUIREMENTS OF GENERAL SPECS SUB SECTION S39-1 OF JUNE 1, 1940.

⅛" DIA. WIRE
208

DETAIL OF LACING RING
SCALE: 12" = 1'-0"

### REFERENCE PLANS

| TITLE | CONT. PLAN NO. | BU. SHIPS PLAN NO. |
|---|---|---|
| HP AIR COMPRESSOR TURBINE OUTLINE - STURT CO | | |
| MAIN COND. CIRC. PUMP TURBINE - CYLINDER BASE - G.E. MFG CO | 25-J-22 | [redacted] |
| MAIN COND CIRC PUMP TURBINE - CYLINDER COVER - G.E. MFG CO | 25-J-10 | [redacted] |
| MAIN COND CIRC PUMP TURBINE - STEAM CHEST - G.E. MFG CO | 25-J-31 | [redacted] |

ALT. C

5 THK. 209
TO BE PLACED ON BOTH SIDES OF ASBESTOS CLOTH UNDER RING.
2-HOLES ⅛" DIA.

DETAIL OF LACING WASHER
SCALE: 12" = 1'-0"

29 JAN 1942

| NO. | DESCRIPTION | AUTHORITY | BY | DATE CONTRACTOR | APP'D | DATE GOV'T | APP'D |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

ALTERATIONS

## LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

| PIECE NO. | NAME OF PIECE | NO. WANTED: ONE SHIP | NO. WANTED: [illegible] | MATERIAL | NAVY DEPT. SPECIFICATIONS | REMARKS | DRAWING NUMBERS: BUREAU | DRAWING NUMBERS: CONTRACTOR | PATTERN NO. | UNIT WEIGHT |
|---|---|---|---|---|---|---|---|---|---|---|
| 200 | AMOSITE ASBESTOS FELT INSUL | 800# | | AMOSITE ASB. FELT | 32 F3 | ½" THICK | | | | |
| 201 | ASBESTOS CLOTH | 473# | | ASBESTOS CLOTH TYPE "A" | 32 C11 | | | | | |
| 202 | PLASTIC CEMENT | 583# | | PLASTIC CEMENT | 32 C14 | SEE NOTE NO. 6 | | | | |
| 203 | INSULATION CEMENT | 20# | | INSUL. CEMENT | 32 C8 | SEE NOTE NO. 6 | | | | |
| 204 | ⅛" FLEX. HOT DIPPED GALV STEEL CABLE | 425 ft | | GALV. STEEL CABLE | COMMERCIAL | FOR SECURING INSULATION | | | | |
| 205 | ⅛" DIA. SOFT STEEL WIRE | 40 ft | | STEEL WIRE | 46 S2 | FOR SECURING INSUL. WIRE | | | | |
| 206 | .049" DIA. 1" MESH GALV. WIRE NETTING | 415 ft | | GALV. IRON WIRE | COMMERCIAL | FOR SECURING PLASTIC CEMENT | | | | |

WEIGHT SUMMARY: (GROUP XIX SUBJECT 6)
INSULATION 641 ℄
CEMENT 319 ℄
ASBESTOS CLOTH 112 ℄
MISCELLANEOUS 89 ℄
TOTAL WEIGHT ONE SHIP 1361 ℄

## GENERAL NOTES

1. THIS PLAN TO BE FOLLOWED AS CLOSELY AS POSSIBLE MAKING SUCH MODIFICATIONS AS MAY BE NECESSARY TO PROVIDE FOR ACCESS TO BOLTS, ETC.
2. INSULATION AND CEMENT TO BE NEATLY FITTED AROUND FITTINGS AND VALVES.
3. PRIOR TO INSULATING, ALL EXTERNAL SURFACES OF THE DEAERATING TANKS SHALL BE THOROUGHLY CLEANED AND COATED WITH AT LEAST TWO (2) COATS OF HEAT RESISTING ALUMINUM PAINT N.D. SPEC. 52P19
4. THE DEAERATING FEED TANKS TO BE INSULATED WITH TWO (2) LAYERS ¾" THICK AMOSITE ASBESTOS FELT, TOTAL THICKNESS 1½" ALL LAYERS TO BE STAGGERED
5. INSULATION TO BE HELD IN PLACE WITH ⅛" FLEXIBLE HOT DIPPED GALVANIZED STEEL CABLE, SPACED ON 9" MAX CENTERS. 1" MESH GALV .049" DIA WIRE NETTING SHALL THEN BE SPREAD OVER THE SURFACE AND WIRED TO STEEL CABLE.
6. ALL PERMANENT INSULATION SURFACES OF DEAERATING TANKS SHALL BE OVERLAID WITH ½" THICK PLASTIC CEMENT N.D SPECS 32 C14 TYPE "A" OR TYPE "B" MIXED WITH 20% PORTLAND CEMENT, TROWEL RUBBED TO A SMOOTH FINISH. AFTER DRYING 24 HOURS AN INSULATION CEMENT N.D SPECS 32 C8 SHALL BE APPLIED TO THE HARD FINISH CEMENT AND ALLOWED TO DRY ONE HOUR, AFTER WHICH A SECOND COAT OF THE SAME CEMENT SHALL BE APPLIED AND ALLOWED TO DRY. THE INSULATION SHALL THEN BE COVERED WITH ASBESTOS CLOTH N.D SPECS 32C11 TYPE "A" WHICH SHALL BE COATED ON THE UNDERSIDE WITH INSULATION CEMENT AND ALLOWED TO DRY FOR 72 HOURS. THE ASBESTOS CLOTH SHALL BE PAINTED AS REQUIRED BY SUB PARAGRAPH S19-[illegible] OF SUB SECTION S19. THE EDGES OF THE ASBESTOS CLOTH SHALL BE BEVELED WITH ASBESTOS AND PORTLAND CEMENT AS A PROTECTION
7. ALL INSULATION AND CEMENT MUST MEET THE REQUIREMENTS OF GENERAL SPECS SUB-SECTION S39-1 OF JUNE [illegible]
8. PLAN OF DEAERATING FEED TANK IN ENG ROOM NO 2 AS SHOWN. PLAN OF DEAERATING FEED TANK IN ENG ROOM NO1 SIMILAR.

205
WELD TO EQUIPMENT AND SPACE TO SUIT

DETAIL OF HOOKS FOR SECURING INSULATION WIRE
SCALE - 12" = 1'-0"

## REFERENCE PLANS

| DRAWING TITLE | CONTR'S PLAN NO. | BUSHIPS PLAN NO. |
|---|---|---|
| DEAERATING FEED TANK TANK DETAIL - COCHRANE CORP | [illegible] | [illegible] |
| DEAERATING FEED TK OUTLINE & SECT ASSEMBLY - COCHRANE | [illegible] | [illegible] |

1" DISTANT READING GAUGE CONN
204
205
1½" INSPECTION TO DRAIN
11" PUMP SUPPLY
205
204
¾" SAMPLING CONN.

BOTTOM VIEW "A"-"A"

| NO | DESCRIPTION | AUTHORITY | BY | DATE | APP'D CONTRACTOR | DATE | APP'D GOV'T. |
|---|---|---|---|---|---|---|---|
| | PLAN APPROVAL EXTENDED TO DD649, 662-665 INCL. | | | | | | |
| 6 | GENERAL NOTE NO 3 HEAT RESISTING ALUMINUM PAINT [illegible] | NAVY YARD BOSTON | | | | | |

ALTERATIONS

GENERAL NOTES

REFERENCE PLANS

LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

ALTERATIONS















47 48
50
21
47 48
5'-7" FRONT END
℄ S.H. INLET HEADER
5'-0¾" REAR END
ASBESTOS BLANKETS TO BE FIRMLY SECURED WITH ⅛" DIA. FLEXIBLE CABLE Pc. 43 BEFORE ASBESTOS CLOTH Pc. 50 IS APPLIED.

S.H. INLET HEADER
FRONT END SHOWN – REAR END SIMILAR
SCALE 3" = 1'-0"

WELDING SYMBOLS

FILLET WELD NEAR SIDE } ATOMIC
FILLET WELD FAR SIDE }
SHOT WELD

## GENERAL NOTES

1. THIS PLAN TO BE FOLLOWED AS CLOSELY AS POSSIBLE MAKING SUCH MINOR CHANGES AS MAY BE NECESSARY TO PROVIDE FOR ACCESS TO BOLTS ETC.
2. ALL HEADERS AND DRUMS SHALL BE PAINTED WITH TWO (2) COATS OF HEAT RESISTING ALUMINUM PAINT, N.D. SPEC. 52 P 19, BEFORE BEING INSULATED.
3. INSULATION TO CONSIST OF TWO LAYERS 1" THICK AND TWO LAYERS ⅞" THICK, TOTAL 3¾" THICKNESS OF AMOSITE ASBESTOS FELT. INSULATION TO BE FIRMLY SECURED BY ⅛" DIA. GALV. STEEL FLEXIBLE CABLE WRAPPED AROUND OUTER LAYER. THIS CABLE TO BE FASTENED TO STEEL HOOKS TACK WELDED TO WATER DRUM SHELL EXCEPT WHERE OTHERWISE INDICATED.
4. OUTSIDE THE INSULATION, THE DRUMS SHALL BE LAGGED WITH .0312 IPA GALV. SHEET STEEL (EXCEPT WHERE OTHERWISE NOTED). THIS LAGGING TO BE FITTED NEATLY AROUND DRUM ENDS, AND CONSTRUCTED SO THAT FITTINGS AND VALVES CAN BE EASILY REMOVED WITHOUT DAMAGE TO LAGGING.
5. ALL METAL LAGGING TO BE FIRMLY SECURED BY USING LAP JOINTS WITH A BEAD ON THE EXPOSED EDGE, FASTENED WITH HARDENED SELF-TAPPING SCREWS IN PUNCHED HOLES MAKING THEIR OWN THREADS, (EXCEPT WHERE OTHERWISE NOTED). ALL METAL LAGGING TO BE PAINTED INSIDE WITH TWO COATS OF ALUMINUM PAINT BEFORE INSTALLATION.
6. CARBON CONTENTS OF STEEL TO BE JOINED BY WELDING NOT TO EXCEED 0.25%
7. BOLTS, NUTS & MACH. SCREWS TO BE IN ACCORD. WITH N.D. SPECS. 43 B 11 & 43 S 5 SCREW TH'DS TO BE AMERICAN (NAT'L) STANDARD FORM COARSE TH'D SERIES
8. SPACING OF ALL SCREWS & BOLTS TO BE ON ABOUT 5" CENTERS (UNLESS OTHERWISE INDICATED)
9. MANUFACTURER'S NAME PLATE TO BE SECURELY FASTENED IN A CONVENIENT PLACE ON THE OUTSIDE OF LAGGING.
10. ALL LAGGING MUST MEET THE REQUIREMENTS OF GENERAL SPECS. SUB-SECTION S 39-1 OF JUNE 1, 1940.

10A. FOR THE CONSERVATION OF STRATEGIC MATERIALS, WHERE STATUS OF WORK PERMITS, THE FOLLOWING MATERIAL SHOULD BE USED: SHEET STEEL N.D. SPEC. 47S10 TYPE I SHOULD BE SUBSTITUTED FOR N.D. SPEC. 47S10 TYPE II CL "D" THROUGHOUT THE UNIT. "GALVANIZE" SHOULD BE OMITTED FROM PCS 39 & 48 AND CADMIUM PLATE SUBSTITUTED

44

TYPICAL LAP JOINT
DETAIL "D"
SCALE 12" = 1'-0"

1
39

25
5
1

DETAIL "E"
SCALE 6" = 1'-0"

## REFERENCE PLANS

| NO. | TITLE | F&W CORP. DWG. NO. | BU. SHIPS FILE NO. |
|---|---|---|---|
| 1. | ARRG'T OF FRONT AIR CASING | NY-400-615 | DD445-S5102-112 |
| 2. | " " REAR " " | NY-400-616 | DD445-S5102-111 |
| 3. | DETAIL OF 26" WATER DRUM | NY-400-562 | DD445-S5101-107 |
| 4. | " " 14" WATER HEADER | NY-400-564 | DD445-S5101-106 |
| 5. | STRUCTURAL CONN'S TO 26" WATER DRUM | NY-400-565 | DD445-S5102-113 |
| 6. | " " " 14" " " | NY-400-566 | DD445-S5102-117 |
| 7. | SUPERHEATER PRESSURE PART DETAILS | NY-400-579 | DD445-S5101-121 |
| 8. | " " " " | NY-400-580 | DD445-S5101-122 |
| 9. | BOILER PRESSURE PART DETAILS | NY-400-563 | DD445-S5101-110 |
| 10. | ASSEMBLY OF DRUMS | NY-400-548 | DD445-S5101-105 |

THIS PLAN SUBSTITUTE
PLAN NO. DD445-S550
APPLICABLE TO THE FC
ONLY 1- DD472-61 & DD

31
43
20
25
17
DRILL IN Pc. 31
⅜"-16 TAP IN Pc. 20 & IN Pc. 20 FOR Pc. 43 AT ASSEMBLY

DETAIL "F"
SCALE 12" = 1'-0"

| NO. | DESCRIPTION |
|---|---|
| 1 | ADDED NOTE 10 A TO GENERAL NOTES AND TO PCS. 1-14, 39 & 48 IN L/M. |
| | PLAN APPROVAL EXTENDED TO DD649, 662-665 INCL. |

ALTERATIONS

| PIECE NO. |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |
| 29 |
| 30 |
| 31 |
| 32 |
| 33 |
| 34 |
| 35 |
| 36 |
| 37 |
| 38 |
| 39 |
| 40 |
| 41 |
| 42 |
| 43 |
| 44 |
| 45 |
| 46 |
| 47 |
| 48 |
| 49 |
| 50 |

# Exhibit H



INSULATION AND LAGGING
SCHEDULE
FOR
ENGINEERING PIPING

## GENERAL NOTES

1. INSULATION AND LAGGING SHALL BE READILY REMOVABLE AND REPLACEABLE FOR SERVICE, MAINTENANCE AND REPAIR OF ALL INSULATED EQUIPMENT WITHOUT DESTRUCTION OF SUCH COVERING.

2. ALL STEAM, EXHAUST, HOT WATER AND FUEL OIL PIPING ETC. SHALL BE INSULATED WITH HEAT INSULATING MATERIAL, AS SPECIFIED ON THIS PLAN FOR THEIR RESPECTIVE SERVICES.

3. WHERE SPECIFIED ONLY, ALL COLD WATER PIPES ABOVE FLOOR LEVELS, SHALL BE INSULATED WITH ½" WATER REPELLENT AMOSITE ASBESTOS FELT AND LAGGED WITH CANVAS.

(II) (VII) 4. PRIOR TO INSULATING, ALL EXTERNAL SURFACES OF COLD UNGALVANIZED FERROUS METAL PIPING, FITTINGS, AND VALVES, SHALL, AFTER THOROUGH CLEANING BE GIVEN ONE (1) COAT OF [illegible] PRIMER AND TWO (2) COATS OF [illegible] AND ANTI-CORROSIVE PAINT TYPE "[illegible]". ALL EXTERNAL SURFACES OF HOT PIPING TO BE PAINTED IN ACCORDANCE WITH PAINTING SCHEDULE FOR SUBJECT VESSELS, DWG. NO. 692-[illegible]-1.

5. BLACK SHEET STEEL LAGGING .016" THICK, SHALL BE FITTED OVER CLOTH LAGGING ONLY WHERE REQUIRED FOR PROTECTION OF INSULATION FROM DAMAGE, SUCH AS GLAND LEAKAGES OR ABRASIONS. ALL STEAM LINES, AND ALL STEAM MANIFOLDS LOCATED DIRECTLY UNDER LUB OIL AND FUEL OIL SERVICE LINES, SHALL HAVE SHEET STEEL LAGGING PAINTED ON BOTH SIDES WITH TWO (2) COATS OF RED LEAD AND ONE (1) COAT OF APPROVED COLOR PAINT, ON THE OUTSIDE ONLY.

6. WHERE STEAM HEATING PIPES PASS THRU BULKHEADS, THE COVERS SHALL HAVE SUFFICIENT CLEARANCE FOR EXPANSION OF PIPES. SEE DETAILS ON DRAWING NO. DD-692-3902-4 & 7.

7. SECTIONAL AMOSITE PIPE COVERING FROM ½" TO 2" THICKNESS, FOR INSULATION OF PIPES ½" TO 2" DIA. INCL., CAN BE OBTAINED READY CUT TO FIT ANY PIPE BEND. CUTS IN SUCH BENDS TO BE POINTED UP WITH ASBESTOS CEMENT.

8. ALL INSULATION AND LAGGING MUST MEET THE REQUIREMENTS OF N.D. SPECS SUB SECT. S-39-1 OF JUNE 1, 1940, AND GEN. SPECS. S-39-2 OF MAY 1, 1938.

(III) 9. NO. 18 B.W.G. GALV. IRON WIRE MAY BE SUBSTITUTED FOR NO. 18 B.W.G. COPPER WIRE.

10. IN ACCORDANCE WITH BU. SHIPS LETTER S39-1(648) DH [illegible] OF APRIL 7, 1943. ALL INSULATED LINES WITH TEMPERATURES LESS THAN 300°F, SHALL BE LAGGED WITH COTTON DUCK N.D. SPEC. 24D2(INT) OR JOHNS-MANVILLE ASBESTOS COTTON-MESH FABRIC N.D. SPEC. [illegible](INT).

11. INSTALL METAL SHIELDS OVER HOT UNINSULATED PIPES, WHEREVER NECESSARY FOR PROTECTION OF PERSONNEL.

(V) 12. FIBROUS GLASS CLOTH AND TAPE MAY BE USED FOR LAGGING OF INSULATION ON ALL PIPING SYSTEMS, INCLUDING COLD WATER AND REFRIGERATION SYSTEMS, IN ACCORDANCE WITH BU. SHIPS LETTER S39-1(648) DH [illegible], DATED 22 DECEMBER 1943.

(XI) 13. AS DIRECTED BY BU. SHIPS LETTER S39-1(648) [illegible] OF [illegible] 1945, FIBROUS GLASS CLOTH AND TAPE, N.D. SPECS. [illegible], SHALL BE USED FOR OUTSIDE LAGGING MATERIAL IN LIEU OF FLAME-PROOF COTTON DUCK WHERE THE CONFINED TEMPERATURE DOES NOT EXCEED 600°F. ASBESTOS CLOTH, TYPE "A", N.D. SPECS [illegible], SHALL BE USED AS OUTSIDE LAGGING WHERE THE CONFINED TEMPERATURES RUN FROM 600°F TO [illegible]°F, AND TYPE "B" ASBESTOS CLOTH WHERE CONFINED TEMPERATURE EXCEEDS 600°F. REMOVABLE BLANKETS WHERE THE CONFINED TEMPERATURE DOES NOT EXCEED 600°F SHALL BE COVERED ALL AROUND WITH ASBESTOS CLOTH, TYPE "A". FOR TEMPERATURES FROM 600°F TO [illegible]°F, BLANKETS SHALL BE COVERED ALL AROUND WITH ASBESTOS CLOTH, TYPE "B". FOR TEMPERATURES EXCEEDING [illegible]°F BLANKETS SHALL BE COVERED ALL AROUND WITH ASBESTOS CLOTH, TYPE "C". FIBROUS GLASS CLOTH AND TAPE SHALL NOT BE USED AS LAGGING FOR REMOVABLE BLANKETS NOR WHERE THE LAGGING WILL COME IN DIRECT CONTACT WITH HEATED METAL SURFACES.

### REFERENCES

| NO. | TITLE. | CONTR. PLAN NO. | BUREAU NO. |
|---|---|---|---|
| 1. | [illegible] | [illegible] | [illegible] |
| 2. | TYPICAL INSULATION (LAGGING [illegible]) [illegible] | 692-3902-7 | [illegible] |

### WEIGHT SUMMARY (GROUP XIV SUBJECT 4)

(XI)

| | |
|---|---|
| INSULATION | 40350.0# |
| LAGGING | 210.0 |
| MISCELLANEOUS | 3884.0 |
| TOTAL FOR ONE (1) SHIP | 44392.0# |

SEE SHIPS PLAN INDEX FOR VERIFICATION OF APPLICABILITY OF THIS PLAN TO ANY VESSELS.

(VII) THIS PLAN APPLIES TO DD 692 CLASS SHORT HULL DESTROYERS

FEDERAL SHIPBUILDING AND DRY DOCK CO.
KEARNY, N.J.

DESIGN AND ENGINEERING BY GIBBS & COX, INC.
NEW YORK CITY

DR. NO. 692-3902-5

SCALE NONE
DATE MAY-8-1943
DRAWN BY [illegible]
TRACED BY [illegible]
CHECKED BY [illegible]
EXAMINED [illegible]
APPROVED [illegible]
APPROVED
FORWARDED TO BUREAU
LETTER NUMBER
APPROVED [illegible]
REFERENCE [illegible]

[signature] SUPERVISOR OF SHIPBUILDING, U.S.N.

CORRECTED PLAN
EXAMINED AND FOUND CORRECT
DATE
SUPERVISOR OF SHIPBUILDING, U.S.N.

## INSULATION AND LAGGING SCHEDULE FOR ENGINEERING PIPING

BUREAU OF SHIPS PLAN NUMBER
DD692-S3902-5 ALT 12

| NO. | ALTERATION | | DATE | APP'D | DATE | APP'D | OFFICE |
|---|---|---|---|---|---|---|---|
| | | | CONTRACTOR | | GOV'T. APPL. | | |
| (XII) | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | |
| (XI) | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | |
| (X) | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | |
| (IX) | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | |
| (VIII) | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | |
| (VII) | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | |
| (VI) | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | |
| (V) | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | |
| (IV) | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | |
| (III) | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | |
| (II) | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | |
| (I) | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | |

# INSTRUCTIONS FOR INSULATION AND LAGGING

## HOT PIPING SYSTEMS

METHOD OF APPLYING AMOSITE SECTIONAL PIPE COVERING.

1. MAIN STEAM PIPING.-DR. NO. 692-4810-8 TO 11 INCL.

2. SOOT BLOWER PIPING.-DR. NO. 692-5103-2.

3. AUXILIARY STEAM.-DR. NO. 692-4810-31 TO 38 INCL.

4. STEAM & DRAIN PIPING, FUEL OIL HEATING COILS.-DR. NO. 692-5503-2 TO 5 INCL.

5. FUEL OIL SERVICE PIPING.-DR. NO. 692-5501-21-22.

6. FEED PIPING-SUCTION & DISCHARGE.-DR. NO. 692-4802-4 TO 11 INCL.

7. CONDENSATE & AIR PIPING.-DR. NO. 692-4802-21 TO 25 INCL. CONDENSATE VENTS & DRAINS.-DR. NO. 692-4802-29 TO 32 INCL.

8. BOILER BLOW PIPING.-DR. NO. 692-4801-2-3.

9. DIESEL GENERATOR EXHAUST.-DR. NO. 692-6100-1-2.

10. MAIN TURBINE DRAINS.-DR. NO. 692-4810-131-132. AUXILIARY EXHAUST.-DR. NO. 692-4810-56 TO 63 INCL.

11. BOILER DOWNCOMER TUBES.

12. DISTILLING PLANT.-DR. NO. 692-5801-2-3-4.

13. STEAM HEATING.-DR. NO. 692-3802-2 TO 10 INCL.

14. STEAM DRAIN COLLECTING SYS. DR. NO. 692-4810-151 TO 158 INCL.

15. HOT WATER (SHOWERS, LAV. ETC.) DR. NOS. DD-692-4804-23-4-8-9-10 & 13; 4808-4 TO 11; 13 TO 15 & 31 TO 35 INCL.

16. GLAND SEALING & VENTS FOR MAIN TURB'S.-DR. NO. 692-4810-121 TO 123 INCL.

3A-AUXILIARY STEAM-CONTINUED

METHOD OF APPLYING CORK INSULATION.

1. REFRIGERATING SYSTEM.-DR. NO. 692-5901-2-3 & 4.

2. REFRIG. SYSTEM-ICE CREAM MAKING & DISPENSING SYS. DR. NO. 692-5901-7

## COLD PIPING SYSTEMS

PAINTING:

1. MAGAZINE SPRINKLING SYSTEM:-DR. NO. DD692-4803-29 TO 33 INCL.

2. FIRE & FLUSHING SYSTEM.-DR. NO. DD692-4803-1 TO 3 & 22 TO 27 INCL.

3. PLUMBING SYSTEM.-DR. NO. DD692-4808-4 TO 11; 13 TO 15 & 31 TO 35 INCL.

4. FRESH WATER SYSTEM.-DR. NO. DD 692-4804-2-3-4-8-9 & 10.

5. HIGH PRESSURE & GAS EJECTION AIR SYSTEMS-DR. NO. DD692-4901-12 TO 17 INCL.

6. WEATHER DECK DRAINS.-DR. NO. DD692-4808-27-28 & 29.

7. SALT WATER SYSTEM-MACHINERY SPACES-DR. NO. 692-4805-2 TO 5 INCL.

8. MAIN CIRCULATING SYSTEM.-DR. NO. 692-4601-1 & 2.

9. DISTILLING PLANT.-DR. NO. 692-5801-2-3 & 4.

## COLD PIPING SYSTEMS

METHOD OF APPLYING 3/4" WATER REPELLENT AMOSITE ASBESTOS FELT.

1. MAGAZINE SPRINKLING SYSTEM:-DR. NO. DD692-4803-29 TO 33 INCL.

2. FIRE & FLUSHING SYSTEM.-DR. NO. DD692-4803-1 TO 3 & 22 TO 27 INCL.

3. PLUMBING SYSTEM.-DR. NO. DD692-4808-4 TO 11; 13 TO 15 & 31 TO 35 INCL.

4. FRESH WATER SYSTEM.-DR. NO. DD 692-4804-2-3-4-8-9 & 10.

5. HIGH PRESSURE & GAS EJECTION AIR SYSTEMS-DR. NO. DD 692-4901-12 TO 17 INCL.

6. WEATHER DECK DRAINS.-DR. NO. DD 692-4808-27-28 & 29.

7. SALT WATER SYSTEM-MACHINERY SPACES-DR. NO. 692-4805-2 TO 5 INCL.

8. MAIN CIRCULATING SYSTEM.-DR. NO. 692-4601-1 & 2.

9. DISTILLING PLANT.-DR. NO. 692-5801-2-3 & 4.

DETAIL OF LACING RING & WASHER.

## LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

| PART NO. | NAME OF PART | NO. REQUIRED | MATERIAL | N.S. SPECS. | REMARKS | | |
|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# INSTRUCTIONS FOR INSULATION AND LAGGING

## HOT PIPING SYSTEMS

METHOD OF APPLYING AMOSITE SECTIONAL PIPE COVERING.

1. MAIN STEAM PIPING.- DR. NO. 692-4810-8 TO 11 INCL.

2. SOOT BLOWER PIPING.- DR. NO. 692-5103-2.

3. AUXILIARY STEAM.- DR. NO. 692-4810-31 TO 38 INCL.

4. STEAM & DRAIN PIPING, FUEL OIL HEATING COILS.- DR. NO. 692-5503-2 TO 5 INCL.

5. FUEL OIL SERVICE PIPING.- DR. NO. 692-5501-21-22.

6. FEED PIPING - SUCTION & DISCHARGE.- DR. NO. 692-4802-4 TO 11 INCL.

7. CONDENSATE & AIR PIPING.- DR. NO. 692-4802-21 TO 25 INCL. CONDENSATE VENTS & DRAINS.- DR. NO. 692-4802-29 TO 32 INCL.

8. BOILER BLOW PIPING.- DR. NO. 692-4801-2-3.

9. DIESEL GENERATOR EXHAUST.- DR. NO. 692-6100-1-2.

10. MAIN TURBINE DRAINS.- DR. NO. 692-4810-131-132. AUXILIARY EXHAUST.- DR. NO. 692-4810-56 TO 63 INCL.

11. BOILER DOWNCOMER TUBES.

12. DISTILLING PLANT.- DR. NO. 692-5801-2-3-4.

13. STEAM HEATING.- DR. NO. 692-3802-2 TO 10 INCL.

14. STEAM DRAIN COLLECTING SYS. DR. NO. 692-4810-151 TO 158 INCL.

15. HOT WATER (SHOWERS, LAV. ETC.) DR. NOS. DD-692-4804-2-3-4-8-9-10 & 13; 4808-4 TO 11; 13 TO 15 & 31 TO 35 INCL.

16. GLAND SEALING & VENTS FOR MAIN TURB'S.- DR. NO. 692-4810-121 TO 123 INCL.

3A. AUXILIARY STEAM.- continued

METHOD OF APPLYING CORK INSULATION.

1. REFRIGERATING SYSTEM.- DR. NO. 692-5901-2-3 & 4.

2. REFRIG. SYSTEM - ICE CREAM MAKING & DISPENSING SYS. DR. NO. 692-5901-7

## COLD PIPING SYSTEMS

PAINTING:

1. MAGAZINE SPRINKLING SYSTEM.- DR. NO. DD 692-4803-29 TO 33 INCL.

2. FIRE & FLUSHING SYSTEM.- DR. NO. DD 692-4803-1 TO 3 & 22 TO 27 INCL.

3. PLUMBING SYSTEM.- DR. NO. DD 692-4808-4 TO 11; 13 TO 15 & 31 TO 35 INCL.

4. FRESH WATER SYSTEM.- DR. NO. DD 692-4804-2-3-4-8-9 & 10.

5. HIGH PRESSURE & GAS EJECTION AIR SYSTEMS.- DR. NO. DD 692-4901-12 TO 17 INCL.

6. WEATHER DECK DRAINS.- DR. NO. DD 692-4808-27-28 & 29.

7. SALT WATER SYSTEM - MACHINERY SPACES.- DR. NO. 692-4805-2 TO 5 INCL.

8. MAIN CIRCULATING SYSTEM.- DR. NO. 692-4601-1 & 2.

9. DISTILLING PLANT.- DR. NO. 692-5801-2-3 & 4.

## COLD PIPING SYSTEMS

METHOD OF APPLYING 3/4" WATER REPELLENT AMOSITE ASBESTOS FELT.

1. MAGAZINE SPRINKLING SYSTEM.- DR. NO. DD 692-4803-29 TO 33 INCL.

2. FIRE & FLUSHING SYSTEM.- DR. NO. DD 692-4803-1 TO 3 & 22 TO 27 INCL.

3. PLUMBING SYSTEM.- DR. NO. DD 692-4808-4 TO 11; 13 TO 15 & 31 TO 35 INCL.

4. FRESH WATER SYSTEM.- DR. NO. DD 692-4804-2-3-4-8-9 & 10.

5. HIGH PRESSURE & GAS EJECTION AIR SYSTEMS.- DR. NO. DD 692-4901-12 TO 17 INCL.

6. WEATHER DECK DRAINS.- DR. NO. DD 692-4808-27-28 & 29.

7. SALT WATER SYSTEM - MACHINERY SPACES.- DR. NO. 692-4805-2 TO 5 INCL.

8. MAIN CIRCULATING SYSTEM.- DR. NO. 692-4601-1 & 2.

9. DISTILLING PLANT.- DR. NO. 692-5801-2-3 & 4.

DETAIL OF LACING RING & WASHER.

## LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

| PART NO. | NAME OF PART | MATERIAL | REMARKS |
| --- | --- | --- | --- |
| [illegible] | [illegible] | [illegible] | [illegible] |

























# LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

| PART NO | NAME OF PART | NO. WANTED | MATERIAL | N.D. SPECS. | REMARKS | DRAWING BUREAU | NUMBERS CONTRACTOR | PATTERN NO. | UNIT WT | PROC. REQ. |
|---|---|---|---|---|---|---|---|---|---|---|
| 300 | ½" 85% mag. pipe insulation std. ¾" thick | [illegible] | 85% magnesia sectional | [illegible] | For low temp. aux. [illegible] | | | | | |
| 301 | ¾" | 1610 | | | | | | | | |
| 302 | 1" | 1240 | | | | | | | | |
| 303 | 1¼" | 670 | | | | | | | | |
| 304 | 1½" | 690 | | | | | | | | |
| 305 | 2" | 372 | | | | | | | | |
| 306 | 2½" | 196 | | | | | | | | |
| 307 | 3" | 205 | | | | | | | | |
| 308 | 3½" | 345 | | | | | | | | |
| 309 | 4" | 230 | | | | | | | | |
| 310 | 4½" | 186 | | | | 370 | | | | |
| 311 | 5" | 140 | | | | | | | | |
| 312 | 5½" | 150 | | | | | | | | |
| 313 | 6" | 130 | | | | | | | | |
| 314 | 7" 1½" | 12 | | | | | | | | |
| 315 | 8" | 192 | | | | | | | | |
| 316 | 10" | 26 | | | | | | | | |
| 317 | 12" | 8 | | | | | | | | |
| 318 | | | | | | | | | | |
| 319 | ½" 85% mag. pipe insulation std. 1½" thick | [illegible] | 85% magnesia sectional | 32 P8 [illegible] | For high temp. aux. steam | | | | | |
| 320 | ¾" | 410 | | | | | | | | |
| 321 | 1" | 165 | | | | | | | | |
| 322 | 1¼" | 25 | | | | 370 | | | | |
| 323 | 1½" | 300 | | | | | | | | |
| 324 | 2" | 94 | | | For intermediate aux. steam | | | | | |
| 325 | 2½" | 103 | | | | | | | | |
| 326 | 3" | 35 | | | | | | | | |
| 327 | | | | | | | | | | |
| 328 | 4" 85% mag. pipe insulation std. 1½" thick | 315 | 85% magnesia sectional | 32 P8 [illegible] | For boiler [illegible] tubes | 370 | | | | |
| 329 | 6" 2" | 60 | | | For main [illegible] | | | | | |
| 330 | | | | | | | | | | |
| 331 | 1" 85% mag. pipe insulation std. 2" thick | 117 | 85% magnesia sectional | 32 P8 [illegible] | For high temp. aux. steam | | | | | |
| 332 | 1½" | 83 | | | | 370 | | | | |
| 333 | 2" | 319 | | | | | | | | |
| 334 | 6" 3" | 25 | | | For diesel gen. exhaust | | | | | |
| 335 | | | | | | | | | | |
| 336 | ½" 85% mag. pipe insulation super 3" thick | 16 | [illegible] sectional | [illegible] | [illegible] | | | | | |
| 337 | ¾" | 46 | | | | | | | | |
| 338 | 1" | 35 | | | | | | | | |
| 339 | 1¼" | 90 | | | | | | | | |
| 340 | 1½" | 190 | | | | | | | | |
| 341 | 2" [illegible] 1½" thk [illegible] 1½" thk | 350 | [illegible] | [illegible] | | | | | | |
| 342 | 3" 1½" 1½" | 61 | | | | 370 | | | | |
| 343 | 3½" | 32 | | | | | | | | |
| 344 | 4" | 339 | | | | | | | | |
| 345 | 4½" | 72 | | | | | | | | |
| 346 | 6" | 17 | | | | | | | | |
| 347 | 7" | 402 | | | | | | | | |
| 348 | 9" 2" | 41 | | | | | | | | |
| 349 | | | | | | | | | | |
| 350 | | | | | | | | | | |
| 351 | ½" O.D. sectional insulation .470" thick | [illegible] | Cork | [illegible] | Refrigerating system [illegible] | | | | | |
| 352 | ⅝" O.D. | 110 | | | [illegible] | 370 | | | | |
| 353 | ¾" O.D. | 29 | | | Refrigerating system | | | | | |
| 354 | ⅞" O.D. | 30 | | | | | | | | |
| 355 | | | | | | | | | | |
| 356 | | | | | | | | | | |
| 357 | | | | | | | | | | |
| 358 | Molded cork insulation .470" thick | [illegible] | Cork | [illegible] | For valves, fittings & joints | 370 | | | | |
| 359 | .470" | [illegible] | | | | | | | | |
| 360 | | | | | | | | | | |
| 361 | | | | | | | | | | |
| 362 | | | | | | | | | | |
| 363 | | | | | | | | | | |
| 364 | | | | | | | | | | |
| 365 | Thermal insulating tape [illegible] wide [illegible] thick | 1500 | [illegible] | 32 T [illegible] | For ¾" dia. pipes or smaller | | | | | |
| 366 | Amosite asbestos felt ½" thick | 3000 | [illegible] | 32 P [illegible] | For valves, fittings, etc. | | | | | |
| 367 | 1" | [illegible] | | | | | | | | |
| 368 | 1/16" asbestos cloth 36" wide - type "A" | [illegible] | Asbestos cloth | 32 C 11 | For high temperature lines | | | | | |
| 369 | 1/16" "B" | [illegible] | | | | | | | | |
| 370 | 1/16" "B" | [illegible] | | | | | | | | |
| 371 | 1/16" "A" | [illegible] | | | [illegible] | | | | | |
| 372 | 8 oz. canvas 36" wide | [illegible] | Cotton duck | [illegible] | [illegible] | | | | | |
| 373 | 8 oz. [illegible] | 470 | | [illegible] | | | | | | |
| 374 | Water repellent amosite asbestos felt [illegible] | 6000 | [illegible] | Commercial | Cold water pipes | | | | | |
| 375 | Waterproof and fireproof paper 36" wide | 8000 | [illegible] | Commercial | For cold water pipes | | | | | |
| 376 | Metal lagging [illegible] thick | [illegible] | [illegible] | [illegible] | | | | | | |
| 377 | Ralon self tapping screws | 550 | Steel | | [illegible] for metal lagging | | | | | |
| 378 | Asbestos yarn | [illegible] | [illegible] | [illegible] | For asbestos cloth lagging | 370 | | | | |
| 379 | 3 ply wrapping twine | [illegible] | Jute | [illegible] | [illegible] | | | | | |
| 380 | 6 ply superior cotton braid lacing twine | [illegible] | Cotton | [illegible] | For canvas lagging | | | | | |
| 381 | #16 B.W.G. black annealed iron wire | [illegible] | Iron wire | Commercial | For sectional insulation | | | | | |
| 382 | #18 B.W.G. copper wire | [illegible] | Soft copper | [illegible] | [illegible] | | | | | |
| 383 | Rolled asbestos fire felt ⅛" thick | [illegible] | Asbestos [illegible] | Commercial | For piping thru magazines | | | | | |
| 384 | Steel rings | 15000 | Steel galv. | Commercial | For lacing | | | | | |
| 385 | Steel washers | 30000 | Steel galv. | Commercial | For lacing | | | | | |
| 386 | [illegible] white - heat resisting paint | [illegible] | [illegible] | [illegible] | For molded cork | | | | | |
| 387 | Fire-retardant vapor seal | [illegible] | [illegible] | Commercial | For molded cork | | | | | |
| 388 | Plastic insulation cement [illegible] | [illegible] | Insulation cement | 32 C [illegible] | For valves, fittings, etc. | | | | | |
| 389 | Sodium silicate | [illegible] | Sodium silicate | [illegible] | | | | | | |
| 390 | Weather resistant insulation | [illegible] | Insulating cement | Commercial | [illegible] | | | | | |
| 391 | [illegible] galv. steel [illegible] | [illegible] | Gal. steel | Commercial | [illegible] | | | | | |
| 392 | Anti-corrosive & fire-resisting paint | [illegible] | [illegible] | Commercial | For cold water pipes | | | | | |
| 393 | Primer extender paint | [illegible] | [illegible] | Commercial | For cold water pipes (priming coat) | | | | | |

TO BE PLACED ON BOTH SIDES OF COVERING UNDER RING.

DETAIL OF LACING RING & WASHER

SCALE: 12" = 1'0"

## INSULATION AND LAGGING

### (II) METHOD OF APPLYING CORK INSULATION.

REFRIGERATING LINES SHALL BE INSULATED WITH A SINGLE LAYER OF BRINE THICKNESS CORK INSULATION. THE PIPES AND FITTINGS SHALL BE THOROUGHLY DRY BEFORE INSULATION IS APPLIED. ALL END JOINTS SHALL BE STAGGERED BY HALF THE LENGTH OF ONE SECTION AND THE LONGITUDINAL JOINTS SHALL BE KEPT AT TOP AND BOTTOM OF THE PIPE, NOT ON THE SIDES. THE SECTIONS SHALL BE SECURED IN PLACE WITH #18 B.W.G. COPPER WIRE, SPACED NOT MORE THAN 3 OR (3) LOOPS TO A THREE FOOT SECTION. ALL CORK INSULATION TO BE COATED ON THE INSIDE, OUTSIDE, ON THE EDGES AND BOTH ENDS WITH AN APPROVED FIRE-RETARDANT VAPOR SEAL.

AFTER INSTALLATION OF THE CORK INSULATION AND WHILE THE VAPOR SEAL IS STILL QUITE SOFT, IT SHALL BE LAGGED WITH 8 OZ. CANVAS, WELL STITCHED ON AND PAINTED WITH ONE(1) COAT OF SEMI-GLOSS WHITE HEAT RESISTING PAINT.

1. REFRIGERATING SYSTEM.-DR. NO. 692-5901-2-3 & 4.
(III) THE FOLLOWING LINES SHALL BE INSULATED: REFRIGERANT DISCHARGE BETWEEN EXPANSION VALVES AND STORAGE BOXES. SUCTION LINES FROM COLD STORAGE BOXES TO COMPRESSORS.

(IV) 2. REFRIG. SYSTEM-ICE CREAM MAKING & DISPENSING SYS. DR. NO. 692-5901-7
(IX) THE FOLLOWING LINES SHALL BE INSULATED: SUCTION LINE FROM HARDENING AND DISPENSING UNIT TO THE CONDENSING UNIT.

### COLD PIPING SYSTEMS

PAINTING:
THE FOLLOWING PIPING SYSTEMS SHALL BE GIVEN ONE (1) COAT OF R-MIL-DEX PRIMER AND TWO(2) COATS OF R-MIL-DEX FIRE-RESISTING AND ANTI-CORROSIVE PAINT TYPE "B". (I)(II)

1. MAGAZINE SPRINKLING SYSTEM.-DR. NO. DD692-4803-29 TO 33 INCL.
THE ABOVE SYSTEM SHALL BE PAINTED EXCEPT WHERE WATER REPELLENT AMOSITE ASBESTOS FELT INSULATION IS REQUIRED.

2. FIRE & FLUSHING SYSTEM.-DR. NO. DD692-4803-1 TO 3 & 22 TO 27 INCL.
THE ABOVE SYSTEM SHALL BE PAINTED EXCEPT WHERE WATER REPELLENT AMOSITE ASBESTOS FELT INSULATION IS REQUIRED.

3. PLUMBING SYSTEM.-DR. NO. DD692-4808-4 TO 11; 13 TO 15 & 31 TO 35 INCL.
THE ABOVE SYSTEM SHALL BE PAINTED EXCEPT WHERE WATER REPELLENT AMOSITE ASBESTOS FELT INSULATION IS REQUIRED.

4. FRESH WATER SYSTEM.-DR. NO. DD692-4804-2-3-4-8-9 & 10.
THE ABOVE SYSTEM SHALL BE PAINTED EXCEPT WHERE WATER REPELLENT AMOSITE ASBESTOS FELT INSULATION IS REQUIRED.

5. HIGH PRESSURE & GAS EJECTION AIR SYSTEMS.-DR. NO. DD692-4901-12 TO 17 INCL.
THE ABOVE SYSTEM SHALL BE PAINTED EXCEPT WHERE WATER REPELLENT AMOSITE ASBESTOS FELT INSULATION IS REQUIRED.

6. WEATHER DECK DRAINS.-DR. NO. DD692-4808-27-28 & 29.
THE ABOVE SYSTEM SHALL BE PAINTED EXCEPT WHERE WATER REPELLENT AMOSITE ASBESTOS FELT INSULATION IS REQUIRED.

7. SALT WATER SYSTEM-MACHINERY SPACES.-DR. NO. 692-4805-2 TO 5 INCL.
THE ABOVE SYSTEM SHALL BE PAINTED EXCEPT WHERE WATER REPELLENT AMOSITE ASBESTOS FELT INSULATION IS REQUIRED.

8. MAIN CIRCULATING SYSTEM.-DR. NO. 692-4601-1 & 2.
THE ABOVE SYSTEM SHALL BE PAINTED EXCEPT WHERE WATER REPELLENT AMOSITE ASBESTOS FELT INSULATION IS REQUIRED.

9. DISTILLING PLANT.-DR. NO. 692-5801-2-3 & 4.
THE ABOVE SYSTEM SHALL BE PAINTED EXCEPT WHERE WATER REPELLENT AMOSITE ASBESTOS FELT INSULATION IS REQUIRED.

### COLD PIPING SYSTEMS

METHOD OF APPLYING 3/4" WATER REPELLENT AMOSITE ASBESTOS FELT.
ONLY IN SPACES WHERE REQUIRED, PIPES SHALL BE COVERED WITH ONE LAYER OF 3/4" THICK WATER REPELLENT AMOSITE ASBESTOS FELT WITHOUT SPACES OR GAPS, SECURED WITH 3-PLY JUTE TWINE WOUND SPIRALLY ON 1" CENTERS. ONE LAYER OF A WATERPROOF AND FIREPROOF PAPER LAPPED 3" EACH WAY SHALL THEN BE APPLIED OVER THE INSULATION AND SECURED WITH 3-PLY JUTE TWINE WOUND SPIRALLY ON 4" CENTERS. THE INSULATION IS THEN TO BE LAGGED WITH 12 OZ. CANVAS FOR PIPES 1/2" I.P.S. TO 3" I.P.S. INCL., 8 OZ. CANVAS FOR PIPES 3 1/2" I.P.S. AND LARGER; CANVAS TO BE NEATLY SEWED ON WITH 6-PLY SUPERIOR COTTON SEWING TWINE WITH NOT LESS THAN 3 STITCHES TO THE INCH. FITTINGS AND VALVES TO HAVE 3/4" THICKNESS OF WATER REPELLENT AMOSITE ASBESTOS FELT CUT TO COVER THE SURFACES WITH TIGHT JOINTS AND SECURED WITH A CLOSE WRAPPING OF 3-PLY JUTE TWINE. A COAT OF HARD FINISH INSULATING CEMENT TROWELED TO A SMOOTH FINISH SHALL THEN BE APPLIED AND NEATLY JOINED TO ADJACENT COVERING.

1. MAGAZINE SPRINKLING SYSTEM.-DR. NO. DD692-4803-29 TO 33 INCL.
MAGAZINE SPRINKLING AND FLOODING SYSTEM SHALL BE COMPLETELY INSULATED UP TO CONTROL VALVE WITH WATER REPELLENT AMOSITE ASBESTOS FELT.

2. FIRE & FLUSHING SYSTEM.-DR. NO. DD692-4803-1 TO 3 & 22 TO 27 INCL.
FIRE MAIN SHALL BE COMPLETELY INSULATED AND FLUSHING SYSTEM SHALL BE COMPLETELY INSULATED UP TO FIXTURES WITH WATER REPELLENT AMOSITE ASBESTOS FELT.

3. PLUMBING SYSTEM.-DR. NO. DD692-4808-4 TO 11; 13 TO 15 & 31 TO 35 INCL.
FLUSHING AND FRESH WATER SUPPLY SHALL BE COMPLETELY INSULATED UP TO FIXTURES, SHOWER SUPPLY SHALL BE COMPLETELY INSULATED UP TO SHOWER LEADS, BEYOND THAT TO SHOWER HEAD SHALL BE PAINTED. DRINKING FOUNTAIN DRAINS SHALL BE COMPLETELY INSULATED, DRAIN PIPING, VALVES AND FITTINGS BELOW DECKS FROM W.C.S. AND URINALS SHALL BE INSULATED. VALVES AND FITTINGS TO SCUPPER DRAINS SHALL BE PAINTED. DRAINS BEYOND EDUCTORS SHALL BE COMPLETELY INSULATED. PIPING VALVES AND FITTINGS (OTHER THAN THAT NOTED) WHICH ARE LIABLE TO SWEAT OR FREEZE UNDER SERVICE CONDITIONS SHALL BE INSULATED WHERE DIRECTED. ALL PIPING UNDER PLUMBING SYSTEM, EXCEPT HOT FRESH WATER, SHALL BE INSULATED WITH WATER REPELLENT AMOSITE ASBESTOS FELT.

4. FRESH WATER SYSTEM.-DR. NO. DD692-4804-2-3-4-8-9 & 10.
FRESH WATER SYSTEM, EXCEPT HOT WATER, INCLUDING FRESH WATER RISER AND MAIN IN MACHINERY SPACES, SHALL BE COMPLETELY INSULATED TO FIXTURES WITH WATER REPELLENT AMOSITE ASBESTOS FELT.

5. HIGH PRESSURE & GAS EJECTION AIR SYSTEMS.-DR. NO. DD692-4901-12 TO 17 INCL.
AIR PIPING THRU MAGAZINES SHALL BE COMPLETELY INSULATED WITH 1/2" ROLLED ASBESTOS FIRE FELT, COVERED WITH ONE LAYER OF WATERPROOF AND FIREPROOF PAPER AND LAGGED WITH 8 OZ. CANVAS.

6. WEATHER DECK DRAINS.-DR. NO. DD692-4808-27-28 & 29.
WEATHER DECK DRAINS IN MACHINERY SPACES SHALL BE COMPLETELY INSULATED WITH WATER REPELLENT AMOSITE ASBESTOS FELT.

7. SALT WATER SYSTEM-MACHINERY SPACES.-DR. NO. 692-4805-2 TO 5 INCL.
SALT WATER PIPING SHALL BE INSULATED ONLY ABOVE LOWER FLOOR LEVEL, WHERE LIABLE TO CAUSE DAMAGE FROM SWEATING, WITH WATER REPELLENT AMOSITE ASBESTOS FELT.

8. MAIN CIRCULATING SYSTEM.-DR. NO. 692-4601-1 & 2.
L.O. COOLER CIRCULATING WATER PIPING SHALL BE INSULATED ONLY ABOVE LOWER FLOOR LEVEL, WHERE LIABLE TO CAUSE DAMAGE FROM SWEATING, WITH WATER REPELLENT AMOSITE ASBESTOS FELT.

9. DISTILLING PLANT.-DR. NO. 692-5801-2-3 & 4.
DISTILLING CONDENSER CIRCULATING PUMP DISCHARGE TO CONDENSATE COOLER AND DISTILLING CONDENSER SHALL BE INSULATED WITH WATER REPELLENT AMOSITE ASBESTOS FELT.
CONDENSATE COOLER SHALL BE INSULATED IN THE SAME MANNER AS PIPING AND LAGGED WITH 8 OZ. CANVAS.

DETAIL OF LACING RING & WASHER
SCALE 12" = 1'0"

## INSTRUCTIONS FOR INSULATION AND LAGGIN

### HOT PIPING SYSTEMS

### METHOD OF APPLYING AMOSITE SECTIONAL PIPE COVERING.

ALL MAIN STEAM PIPING (TEMP [illegible]°F) SHALL BE INSULATED WITH AN INNER LAYER OF SUPER AMOSITE SECTIONAL PIPE COVERING TO BE APPLIED DIRECTLY TO THE PIPE AND SECURED IN PLACE BY AT LEAST THREE (3) LOOPS PER SECTION WITH A #16 B.W.G. BLACK ANNEALED IRON WIRE. AN OUTER LAYER OF STANDARD AMOSITE SECTIONAL PIPE COVERING SHALL BE APPLIED OVER THE INNER LAYER IN SUCH A MANNER AS TO BREAK BOTH BUTT AND LATERAL JOINTS WITH THE INNER LAYER. ALL SEAMS SHALL BE POINTED UP WITH PLASTIC CEMENT TYPE 'A', OR TYPE 'B' (MIXED WITH 50% PORTLAND CEMENT). THE OUTER LAYER SHALL BE SECURED IN A SIMILAR MANNER AS THE INNER LAYER. THE OUTSIDE SHALL THEN BE LAGGED WITH ASBESTOS CLOTH TYPE 'A', FITTED SMOOTH AND SEWED ON WITH ASBESTOS YARN TYPE 'B' [illegible] ... SHALL BE INSULATED WITH THERMAL INSULATING TAPE. WHERE FOUND IMPRACTICABLE TO COVER FITTINGS, VALVE BODIES INCLUDING BONNETS AND FLANGES, IN THE SAME MANNER AS FLANGE COVERS, DR. NO. 692-5503-6, DUE TO IRREGULARITIES OF SPECIAL VALVES AND FITTINGS, OR DUE TO SIZE OR LOCATION; CUSTOM MADE BLANKETS OF AMOSITE FELT AND ASBESTOS CLOTH MAY BE APPLIED. THE NUMBER OF BLANKETS TO BE USED SHALL BE KEPT TO AN ABSOLUTE MINIMUM. [illegible] TYPE 'A' ASBESTOS CLOTH TO BE USED ON THE OUTSIDE AND TYPE 'C' ASBESTOS CLOTH ON THE INSIDE OF ALL CUSTOM MADE BLANKETS FOR MAIN STEAM, HIGH TEMPERATURE AUXILIARY STEAM AND FOR SOOT BLOWER VALVES AND FITTINGS. [illegible] TYPE 'A' ASBESTOS CLOTH TO BE USED ON BOTH OUTSIDE AND INSIDE OF CUSTOM MADE BLANKETS FOR VALVES AND FITTINGS FOR ALL OTHER PIPING SYSTEMS.

### 1. MAIN STEAM PIPING.-DR. NO. 692-4810-8 TO 11 INCL.

THE ABOVE SYSTEM SHALL BE COMPLETELY INSULATED AND LAGGED. PIPING SHALL HAVE THE FOLLOWING THICKNESSES OF INSULATION: [illegible] ALL LINES TO BE LAGGED WITH ASBESTOS CLOTH TYPE 'A'.

### 2. SOOT BLOWER PIPING.-DR. NO. 692-5103-2.

[illegible]

### 3. AUXILIARY STEAM.-DR. NO. 692-4810-31 TO 38 INCL.

[illegible]

### 4. STEAM & DRAIN PIPING, FUEL OIL HEATING COILS.-DR. NO. 692-5503-2 TO 5 INCL.

[illegible]

### 5. FUEL OIL SERVICE PIPING.-DR. NO. 692-5501-21-22.

[illegible]

### 6. FEED PIPING-SUCTION & DISCHARGE.-DR. NO. 692-4802-4 TO 11 INCL.

[illegible]

### 7. CONDENSATE & AIR PIPING.-DR. NO. 692-4802-21 TO 25 INCL. CONDENSATE VENTS & DRAINS.-DR. NO. 692-4802-29 TO 32 INCL.

[illegible]

### 8. BOILER BLOW PIPING.-DR. NO. 692-4801-2-3.

[illegible]

### 9. DIESEL GENERATOR EXHAUST.-DR. NO. 692-6100-1-2.

[illegible]

### 10. MAIN TURBINE DRAINS.-DR. NO. 692-4810-131-132. AUXILIARY EXHAUST.-DR. NO. 692-4810-56 TO 63 INCL.

[illegible]

### 11. BOILER DOWNCOMER TUBES.

[illegible]

### 12. DISTILLING PLANT.-DR. NO. 692-5801-2-3-4.

[illegible]

### 13. STEAM HEATING.-DR. NO. 692-3802-2 TO 10 INCL.

[illegible]

### 14. STEAM DRAIN COLLECTING SYS. DR. NO. 692-4810-151 TO 158 INCL.

[illegible]

### 15. HOT WATER (SHOWERS, LAV. ETC.). DR. NO'S. DD-692-4804-23-4-5-9-10 & 13; 4808-4T011; 13 TO 15 & 31 TO 35 INCL.

[illegible]

### 16. GLAND SEALING & VENTS FOR MAIN TURB'S.-DR. NO. 692-4810-121 TO 123 INCL.

[illegible]

### 3A-AUXILIARY STEAM.-continued

[illegible]

### METHOD OF APPLYING

[illegible]

### 1. REFRIGERATING SYST

[illegible]

### 2. REFRIG. SYSTEM-ICE CRE

[illegible]

### PAINTING:

THE FOLLOWING PIPING SYSTEMS SHALL BE [illegible] AND ANTI-CORROSIVE PAINT TYPE 'B'.

### 1. MAGAZINE SPRINKLING S

### 2. FIRE & FLUSHING SYSTEM

### 3. PLUMBING SYSTEM.-DR.

### 4. FRESH WATER SYSTEM.-

### 5. HIGH PRESSURE & GAS EJE

### 6. WEATHER DECK DRAINS.

### 7. SALT WATER SYSTEM-MA

### 8. MAIN CIRCULATING SYS

### 9. DISTILLING PLANT.-DR.

### METHOD OF APPLYING 3/4

[illegible]

### 1. MAGAZINE SPRINKLING

### 2. FIRE & FLUSHING SYS

### 3. PLUMBING SYSTEM.-DR.

### 4. FRESH WATER SYSTEM

### 5. HIGH PRESSURE & GAS EJEC

### 6. WEATHER DECK DRAIN

### 7. SALT WATER SYSTEM-A

### 8. MAIN CIRCULATING SY

### 9. DISTILLING PLANT.-D

[illegible]

NET AREA 27"×86 (16.12 ft) GROSS AREA: 30"×87.5" (18.23 ft)

## LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

| # PIECE | NO. WANTED | | MATERIAL | NAVY DEPT SPECIFICATIONS | REMARKS | DRAWING NUMBERS BUREAU | DRAWING NUMBERS CONTRACTORS | PATTERN NO. | UNIT WEIGHT |
|---|---|---|---|---|---|---|---|---|---|
| ASBESTOS FELT ½" THK. | | | | 32-F-3 | | | | | |
| ASBESTOS FELT 1" THK | | | | 32-F-3 | | | | | |
| CLOTH 40" WIDE | | | ASBESTOS CLOTH TYPE "A" | 32-C-11 (INT) | | | | | |
| CEMENT | | | PLASTIC CEMENT | 32-C-14 | SEE GEN. NOTE NO. 3 BELOW | | | | |
| SILICATE | | | SODIUM SILICATE | 51-S-28 | | | | | |
| | | | | | | | | | |
| COPPER WIRE | | | SOFT COPPER | 22-W-3 | FOR LACING. | | | | |

### GENERAL NOTES

1. THIS DRAWING SHOWS FLANGE COVERS FOR PIPE TO PIPE FLANGES ONLY.
2. FLANGES ON STEAM LINES IN WAY OF MACHINERY FREQUENTLY INSPECTED, REPLACED OR REPAIRED, MUST BE COVERED WITH PORTABLE BLANKETS, LACED ON AS INDICATED ON DWG NO. 692-3902-F FOR INSULATION AND LAGGING INSTRUCTION SEE DWG NO. 692-3902-301.
3. ALL FLANGE COVERS TO BE OVERLAID WITH ¼" THICK PLASTIC CEMENT N.D. SPECS. 32 C14 TYPE "A" OR TYPE "B" MIXED WITH 20% PORTLAND CEMENT, TROWELED AND RUBBED TO A SMOOTH FINISH. AFTER THOROUGHLY DRY, APPLY ASBESTOS CLOTH TYPE "A" N.D. SPECS. 32 C11 HELD DOWN WITH EITHER INSULATION CEMENT N.D. SPECS. 32C13(INT) OR SODIUM SILICATE N.D. SPECS. 51 S28. THE ASBESTOS CLOTH SHALL THEN BE PAINTED AS REQUIRED BY SUB-PARAGRAPH S19-1-B-2 OF SUBSECTION S-19-1 OF THE GEN SPECS.
4. ALL INSULATION AND CEMENT MUST MEET THE REQUIREMENTS OF GEN. SPECS. SUBSECTION S39-1 OF JUNE 1, 1940.
5. SEPARATE LOOPS OF LACING WIRE TO BE WOUND AROUND CUFFS, THEN TWISTED TOGETHER AND FORCED INTO INSULATION. LACING WIRE INDICATED AS PIECE NO. 209 ON PLAN, SPACED ABOUT 9" ON CENTERS.
6. ALL DIMENSIONS ARE IN INCHES.
7. FOR PORTABLE FLANGE COVERS SEE PLAN DD692-3902-6

### REFERENCE PLANS

| TITLE | CONT. PLAN NO. | BUREAU PLAN NO. |
|---|---|---|
| INSULATION AND LAGGING SCHEDULE ENGINEERING PIPING | 692-3902-301 | DD692-S3902-[illegible] |
| TYPICAL INSULATION AND LAGGING DETAILS FOR PIPES, VALVES AND FITTINGS | 692-3902-7 | DD692-S3902-7 |
| INSULATION AND LAGGING FOR PIPE FLANGES | 692-3902-6 | DD692-S3902-6 |

APPROVED SUBSTITUTE MATERIALS MAY BE USED FOR MATERIALS ON NAVY CRITICAL MATERIAL LISTS.

SODIUM SILICATE 205
¼" PLASTIC CEMENT 204
CANVAS OR ASBESTOS CLOTH
D

OWER

| 00°F. TO 382°F. | |
|---|---|
| NO. OF STD COVERS | SERVICE |
| | |

| NO. | DESCRIPTION | AUTHORITY | BY | DATE |
|---|---|---|---|---|
| ALTERATIONS | | | | |

SEE SHIPS PLAN INDEX FOR VERIFICATION OF APPLICABILITY OF THIS PLAN TO ANY VESSELS.

THIS PLAN IS APPLICABLE ONLY TO DD692 CLASS VESSELS BUILT BY TODD PACIFIC SHIPYARDS INC.

G & C. COST CHANGE NO. 87

THIS PLAN APPLIES TO DD692 CLASS LONG AND SHORT HULL DESTROYERS

FEDERAL SHIPBUILDING AND DRY DOCK CO.
KEARNY, N.J.

"DESIGN AND ENGINEERING BY GIBBS & COX, INC. NEW YORK

CONT'RS. PLAN NO. 692-3902-502

SCALE: NONE — DATE: Nov-11-1944
DRAWN BY: A.R.R. C.E.E. — EXAMINED:
TRACED BY: C.E. — APPROVED:
CHECKED BY: W.K. — APPROVED:

FORWARDED TO BUREAU — APPROVED
LETTER NUMBER — REFERENCE

11-29-44 — for SUPERVISOR OF SHIPBUILDING, U.S.N.

MACHINERY PLAN (M)

COMPLETION PLAN
EXAMINED AND FOUND CORRECT
DATE — SUPERVISOR OF SHIPBUILDING, U.S.N.

INSULATION AND LAGGING FOR PERMANENT FLANGE COVERS

BUREAU OF SHIPS PLAN NUMBER
DD692-S3902-245553 ALT. 0

## LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

| PIECE NO. | NAME OF PIECE | NO. WANTED SHIP | NO. WANTED SPARE | MATERIAL | NAVY DEPT. SPECIFICATIONS | REMARKS | DRAWING NUMBERS BUREAU | DRAWING NUMBERS CONTRACTORS | PATTERN NO. | UNIT WEIGHT |
|---|---|---|---|---|---|---|---|---|---|---|
| 201 | AMOSITE ASBESTOS FELT ½" THK. | | | AMOSITE ASBESTOS FELT OR BLOCK | 32-F-3 | | | | | |
| 202 | AMOSITE ASBESTOS FELT 1" THK. | | | AMOSITE ASBESTOS FELT OR BLOCK | 32-F-3 | | | | | |
| 203 | ASBESTOS CLOTH 40" WIDE | | | ASBESTOS CLOTH TYPE "A" | 32-C-11 (INT) | | | | | |
| 206 | PLASTIC CEMENT | | | PLASTIC CEMENT | 32-C-14 | SEE GEN. NOTE NO. 3 BELOW | | | | |
| 205 | SODIUM SILICATE | | | SODIUM SILICATE | 51-S-29 | | | | | |
| | | | | | | | | | | |
| 209 | #18 B.W.G. COPPER WIRE | | | SOFT COPPER | 22-W-3 | FOR LACING. | | | | |
| | | | | | | | | | | |

## GENERAL NOTES

1. THIS DRAWING SHOWS FLANGE COVERS FOR PIPE TO PIPE FLANGES ONLY.
2. FLANGES ON STEAM LINES IN WAY OF MACHINERY FREQUENTLY INSPECTED, REPLACED OR REPAIRED, MUST BE COVERED WITH PORTABLE BLANKETS, LACED ON AS INDICATED ON DWG. NO. 692-3902-7. FOR INSULATION AND LAGGING INSTRUCTION SEE DWG. NO. 692-3932-301.
3. ALL FLANGE COVERS TO BE OVERLAID WITH ½" THICK PLASTIC CEMENT N.D. SPECS. 32 C14 TYPE "A" OR TYPE "B" MIXED WITH 20% PORTLAND CEMENT, TROWELED AND RUBBED TO A SMOOTH FINISH. AFTER THOROUGHLY DRY, APPLY ASBESTOS CLOTH TYPE "A" N.D. SPECS. 32 C11 HELD DOWN WITH EITHER INSULATION CEMENT N.D. SPECS. 32 C28 (INT) OR SODIUM SILICATE N.D. SPECS. 51 S29. THE ASBESTOS CLOTH SHALL THEN BE PAINTED AS REQUIRED BY SUB-PARAGRAPH S19-1-E-2 OF SUBSECTION S19-1 OF THE GEN. SPECS.
4. ALL INSULATION AND CEMENT MUST MEET THE REQUIREMENTS OF GEN. SPECS. SUBSECTION S39-1 OF JUNE 1, 1940.
5. SEPARATE LOOPS OF LACING WIRE TO BE WOUND AROUND CUFFS, THEN TWISTED TOGETHER AND FORCED INTO INSULATION. LACING WIRE INDICATED AS PIECE NO. 209 ON PLAN, SPACED ABOUT 9" ON CENTERS.
6. ALL DIMENSIONS ARE IN INCHES.
7. FOR PORTABLE FLANGE COVERS SEE PLAN 80692-3902-6

## REFERENCE PLANS

| TITLE | CONT. PLAN NO. | BU. OF SHIPS PLAN |
|---|---|---|
| INSULATION AND LAGGING SCHEDULE ENGINEERING PIPING | 692-3902-301 | [illegible] |
| TYPICAL INSULATION AND LAGGING DETAILS FOR PIPE, VALVES AND FITTINGS | 692-3902-7 | 80692-3902-7 |
| INSULATION AND LAGGING FOR PIPE FLANGES | 692-3902-6 | 80692-3902-6 |

APPROVED SUBSTITUTE MATERIALS MAY BE USED FOR MATERIALS ON NAVY CRITICAL MATERIAL LISTS.

AUX. LINES-600# PRESS. FLANGE COVER
TEMP. 100°F. TO 388°F.

## LINES-600# PRESS. FLANGE COVERS, TEMP. 100°F. TO 388°F.

| O.D. PIPE | O.D. FLANGE | A | B | C | D | E | F | G | NO. OF STD. COVERS | SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| .840 | 3 5/8 | 3/4 | 2 3/4 | 1 3/8 | 6 1/2 | 3 3/8 | 3 1/4 | 9 5/8 | | |
| 1.050 | 4 5/8 | 3/4 | 2 7/8 | 2 1/2 | 7 1/2 | 3 7/8 | 4 | 9 7/8 | | |
| 1.315 | 4 7/8 | 3/4 | 2 7/8 | 2 7/8 | 7 7/8 | 6 | 4 | 10 | | |
| 1.660 | 5 1/4 | 3/4 | 3 1/8 | 2 1/2 | 7 7/8 | 6 1/4 | 4 1/4 | 10 5/8 | | |
| 1.900 | 6 1/8 | 3/4 | 3 3/8 | 2 7/8 | 6 7/8 | 6 1/2 | 4 7/8 | 11 1/8 | | |
| 2.375 | 6 1/2 | 1 | 4 3/8 | 2 5/8 | 9 | 6 5/8 | 4 3/8 | 11 | | |
| 2.875 | 7 1/2 | 1 | 4 5/8 | 2 7/8 | 10 | 7 1/2 | 4 5/8 | 11 7/8 | | |
| 3.500 | 8 1/4 | 1 | 5 1/8 | 2 7/8 | 10 1/2 | 7 1/4 | 4 5/8 | 12 7/8 | | |
| 4.000 | 9 | 1 | 6 | 2 7/8 | 11 7/8 | 8 1/8 | 5 | 13 1/8 | | |
| 4.500 | 10 | 1 | 6 1/2 | 3 | 12 1/2 | 8 1/8 | 5 5/8 | 13 5/8 | | |
| 5.000 | 10 1/2 | 1 | 7 | 3 | 13 | 8 1/8 | 5 3/8 | 14 1/8 | | |
| 5.563 | 11 | 1 | 7 5/8 | 2 7/8 | 13 1/2 | 8 7/8 | 5 3/8 | 15 1/8 | | |
| 6.125 | 11 1/2 | 1 | 8 1/8 | 2 7/8 | 14 | 9 1/8 | 6 | 15 5/8 | | |
| 6.625 | 12 1/2 | 1 | 8 5/8 | 3 1/8 | 15 | 9 5/8 | 6 1/2 | 15 7/8 | | |
| 7.625 | 14 | 1 1/8 | 10 | 3 1/8 | 16 1/2 | 10 3/8 | 6 7/8 | 17 7/8 | | |

| NO. | DESCRIPTION | AUTHORITY | BY | DATE |
|---|---|---|---|---|

ALTERATIONS

AUX. LINES 100# PRESS. BULKHEAD FLANGE COVERS. TEMP. 100°F TO 300°F.

| TEMP | PIPE SIZE | O.D. PIPE | O.D. BH'D FLANGE | A | B | C | D | E | F | NO. OF STD. COVERS | SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ½ | .840 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | ¾ | 1.050 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | 1 | 1.315 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | 1¼ | 1.660 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | 1½ | 1.900 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | 2 | 2.375 | [illegible] | 1 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | 2½ | 2.875 | [illegible] | 1 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | 3 | 3.500 | [illegible] | 1 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | 3½ | 4.000 | [illegible] | 1 | 6 | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | 4 | 4.500 | [illegible] | 1 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | 4½ | 5.000 | [illegible] | 1 | 7 | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | 5 | 5.563 | [illegible] | 1 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | 5½ | 6.125 | [illegible] | 1 | [illegible] | [illegible] | [illegible] | 5 | [illegible] | | |
| | 6 | 6.625 | [illegible] | 1 | [illegible] | [illegible] | [illegible] | 5 | [illegible] | | |
| | 7 | 7.625 | [illegible] | [illegible] | 10 | [illegible] | [illegible] | 5 | 4 | | |
| | 8 | 8.625 | [illegible] | [illegible] | 11 | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | 9 | 9.625 | [illegible] | [illegible] | 12 | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | 10 | 10.750 | [illegible] | [illegible] | [illegible] | [illegible] | 22 | [illegible] | [illegible] | | |

AUX. LINES-600# PRESS. FLANGE COVER

| TEMP | PIPE SIZE | O.D. PIPE | O.D. FLANGE | A | B | C | D | E |
|---|---|---|---|---|---|---|---|---|
| | ½ | .840 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | ¾ | 1.050 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | 1 | 1.315 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 6 |
| | 1¼ | 1.660 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | 1½ | 1.900 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | 2 | 2.375 | [illegible] | 1 | [illegible] | [illegible] | 9 | [illegible] |
| | 2½ | 2.875 | [illegible] | 1 | [illegible] | [illegible] | 10 | [illegible] |
| | 3 | 3.500 | [illegible] | 1 | [illegible] | [illegible] | [illegible] | [illegible] |
| | 3½ | 4.000 | 9 | 1 | 6 | [illegible] | [illegible] | [illegible] |
| | 4 | 4.500 | 10 | 1 | [illegible] | 3 | [illegible] | [illegible] |
| | 4½ | 5.000 | [illegible] | 1 | 7 | 3 | 13 | [illegible] |
| | 5 | 5.563 | 11 | 1 | [illegible] | [illegible] | [illegible] | [illegible] |
| | 5½ | 6.125 | [illegible] | 1 | [illegible] | [illegible] | 14 | [illegible] |
| | 6 | 6.625 | [illegible] | 1 | [illegible] | [illegible] | 15 | [illegible] |
| | 7 | 7.625 | 14 | [illegible] | 10 | [illegible] | [illegible] | [illegible] |

AUX. LINES-600# PRESS. BULKHEAD FLANGE COVERS. TEMP. 100°F. TO 300°F.

| TEMP | PIPE SIZE | O.D. PIPE | O.D. BH'D FLANGE | A | B | C | D | E | F | NO. OF STD. COVERS | SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ½ | .840 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | ¾ | 1.050 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | 1 | 1.315 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |

MAIN STEAM-600# PRESS. FLANGE COVER
TYPICAL FOR PIPES 1½" NOM. AND BELOW.
TEMP. 75°F. TO 850°F.
AUX. LINES-600# PRESS. FLANGE COVER
TEMP. 300°F. TO 500°F.
AUX. LINES-600# PRESS. BHD. FLANGE COVER
TEMP. 100°F. TO 300°F.
AUX. LINES-600# PRESS. FLANGE COVERS. TEMP. 300°F. TO 500°F.
AUX. LINES-600# PRESS. BULKHEAD FLANGE COVERS. TEMP. 100°F. TO 300°F.
MAIN STEAM-600# PRESS. FLANGE COVER
TYPICAL FOR PIPES 2" NOM. AND OVER
TEMP. 75°F. TO 850°F.
AUX. LINES-100# AND 300# PRESS. FLANGE COVER
TEMP. 100°F. TO 300°F.
AUX. LINES-300# PRESS. BHD. FLANGE COVER
TEMP. 100°F. TO 300°F.
AUX. LINES-100# PRESS. FLANGE COVERS. TEMP. 100°F. TO 300°F.
MAIN STEAM-600# PRESS. FLANGE COVERS. TEMP. 75°F. TO 850°F.
AUX. LINES-300# PRESS. FLANGE COVERS. TEMP. 100°F. TO 300°F.
AUX. LINES-300# PRESS. BULKHEAD FLANGE COVERS. TEMP. 100°F. TO 300°F.

AUX. LINES-600# PRESS. BULKHEAD FLANGE COVERS. TEMP. 100°F. TO 388°F.

| TEMP. | PIPE SIZE | O.D. PIPE | O.D. BHD. FLANGE | A | B | C | D | E | F | NO. OF STD. COVERS | SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | 1¼ | 1.660 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 6 | [illegible] | | |
| | 1½ | 1.900 | 10 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| 100°F. TO 388°F. | 2 | 2.375 | [illegible] | 1 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | 2½ | 2.875 | [illegible] | 1 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | 3 | 3.500 | [illegible] | 1 | [illegible] | [illegible] | [illegible] | [illegible] | 5 | | |
| | 3½ | 4.000 | [illegible] | 1 | 6 | [illegible] | [illegible] | [illegible] | [illegible] | | |
| 100°F. TO 387°F. | 4 | 4.500 | [illegible] | 1 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | 4½ | 5.000 | [illegible] | 1 | 7 | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | 5 | 5.563 | [illegible] | 1 | [illegible] | 5 | [illegible] | [illegible] | [illegible] | | |
| | 5½ | 6.125 | [illegible] | 1 | [illegible] | 5 | [illegible] | [illegible] | [illegible] | | |
| | 6 | 6.625 | [illegible] | 1 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | 7 | 7.625 | [illegible] | [illegible] | 10 | [illegible] | [illegible] | [illegible] | 8 | | |

AUX. LINES 100# PRESS. BULKHEAD FLANGE

| TEMP. | PIPE SIZE | O.D. PIPE | O.D. BHD. FLANGE | A | B | C | D |
|---|---|---|---|---|---|---|---|
| [illegible] | ½ | .840 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | ¾ | 1.050 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | 1 | 1.315 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | 1¼ | 1.660 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | 1½ | 1.900 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | 2 | 2.375 | [illegible] | 1 | [illegible] | [illegible] | [illegible] |
| | 2½ | 2.875 | [illegible] | 1 | [illegible] | [illegible] | [illegible] |
| | 3 | 3.500 | [illegible] | 1 | [illegible] | [illegible] | [illegible] |
| | 3½ | 4.000 | [illegible] | 1 | 6 | [illegible] | [illegible] |
| [illegible] TO 387°F. | 4 | 4.500 | [illegible] | 1 | [illegible] | [illegible] | [illegible] |
| | 4½ | 5.000 | [illegible] | 1 | 7 | [illegible] | [illegible] |
| | 5 | 5.563 | [illegible] | 1 | [illegible] | [illegible] | [illegible] |
| | 5½ | 6.125 | [illegible] | 1 | [illegible] | [illegible] | [illegible] |
| | 6 | 6.625 | [illegible] | 1 | [illegible] | [illegible] | [illegible] |
| | 7 | 7.625 | [illegible] | [illegible] | 10 | [illegible] | [illegible] |
| | 8 | 8.625 | [illegible] | [illegible] | 11 | [illegible] | [illegible] |
| | 9 | 9.625 | [illegible] | [illegible] | 12 | [illegible] | [illegible] |
| | 10 | 10.750 | [illegible] | [illegible] | [illegible] | [illegible] | 22 |

AUX. LINES-300# PRESS. BULKHEAD FLANGE COVERS. TEMP. 100°F. TO 388°F.

| TEMP. | PIPE SIZE | O.D. PIPE | O.D. BHD. FLANGE | A | B | C | D | E | F | NO. OF STD. COVERS | SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | ½ | .840 | 7 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | ¾ | 1.050 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | 1 | 1.315 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | 1¼ | 1.660 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 5 | [illegible] | | |
| | 1½ | 1.900 | 9 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| [illegible] | 2 | 2.375 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | 2½ | 2.875 | [illegible] | [illegible] | [illegible] | 4 | [illegible] | [illegible] | [illegible] | | |
| | 3 | 3.500 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | 3½ | 4.000 | [illegible] | [illegible] | 7 | 4 | 15 | [illegible] | [illegible] | | |

AUX. LINES-600# PRESS. BULKHEAD

| TEMP. | PIPE SIZE | O.D. PIPE | O.D. BHD. FLANGE | A | B | C | D |
|---|---|---|---|---|---|---|---|
| [illegible] | ½ | .840 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | ¾ | 1.050 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | 1 | 1.315 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

G
E
F
203 ASBESTOS CLOTH TYPE "A"
209 LACING WIRE
SODIUM SILICATE 205
PLASTIC CEMENT
204
ASBESTOS CLOTH
201 PACK WITH WOVEN AMOSITE ASBESTOS FELT 202
STANDARD SECTIONAL AMOSITE
C
B
D
O.D. PIPE
O.D. FLANGE
℄ PIPE

AUX. LINES-600# PRESS. FLANGE COVER
TEMP. 389°F. TO 500°F.

E
203 ASBESTOS CLOTH
LACING WIRE 209
2" MIN
STD. SEC. AMOSITE
C
B
O.D. PIPE
O.D. BH'D FLANGE
℄ PIPE

AUX. LINES-600# PRESS. …
TEMP. 100°F. …

| AUX. LINES-600# PRESS. FLANGE COVERS. TEMP. 389°F. TO 500°F. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PIPE SIZE | O.D. PIPE | O.D. FLANGE | A | B | C | D | E | F | G | NO. OF ST'D COVERS | SERVICE |
| 1/2 | .840 | 3 3/4 | 1 1/2 | 3 7/8 | 1 1/2 | 6 1/4 | 5 3/8 | 3 1/2 | 9 1/4 | | |
| 3/4 | 1.050 | 4 5/8 | 1 1/2 | 4 3/8 | 1 1/2 | 6 1/2 | 5 3/4 | 4 | 9 3/4 | | |
| 1 | 1.315 | 4 7/8 | 1 1/2 | 4 1/2 | 1 1/2 | 6 3/4 | 6 | 4 | 10 | | |
| 1 1/4 | 1.660 | 5 1/4 | 1 1/2 | 4 5/8 | 1 1/2 | 7 1/4 | 6 1/4 | 4 1/2 | 10 3/4 | | |
| 1 1/2 | 1.900 | 6 1/8 | 1 1/2 | 5 | 1 1/2 | 7 1/2 | 6 3/8 | 4 3/4 | 11 1/8 | | |
| 2 | 2.375 | 6 1/2 | 2 1/2 | 7 1/4 | 1 1/2 | 9 1/4 | 6 1/2 | 4 1/2 | 11 | | |
| 2 1/2 | 2.875 | 7 1/2 | 2 1/2 | 7 1/2 | 1 1/2 | 10 1/4 | 7 1/4 | 4 3/4 | 11 1/2 | | |
| 3 | 3.500 | 8 1/4 | 2 1/2 | 8 1/4 | 1 1/2 | 11 | 7 1/2 | 4 3/4 | 12 1/4 | | |
| 3 1/2 | 4.000 | 9 | 2 1/2 | 9 | 1 1/2 | 11 1/2 | 8 3/8 | 5 | 13 3/8 | | |

| AUX. LINES-600# PRESS. BULKHEAD FLANGE … | | | | | | | |
|---|---|---|---|---|---|---|---|
| TEMP. | PIPE SIZE | O.D. PIPE | O.D. BH'D FLANGE | A | B | C | D |
| 100°F. TO 350°F. | 1 1/4 | 1.660 | 9 3/8 | 3/4 | 3 1/2 | 4 1/8 | 11 3/8 |
| | 1 1/2 | 1.900 | 10 | 3/4 | 3 3/4 | 4 3/8 | 12 1/4 |
| 100°F. TO 350°F. | 2 | 2.375 | 10 1/2 | 1 | 4 1/4 | 4 1/2 | 13 1/4 |
| | 2 1/2 | 2.875 | 11 3/4 | 1 | 4 3/4 | 4 1/2 | 14 1/4 |
| | 3 | 3.500 | 12 1/2 | 1 | 5 1/4 | 4 3/4 | 14 3/4 |
| | 3 1/2 | 4.000 | 13 1/4 | 1 | 6 | 4 3/4 | 15 1/4 |
| 100°F. TO 267°F. | 4 | 4.500 | 14 1/4 | 1 | 6 1/2 | 5 1/8 | 16 1/4 |
| | 4 1/2 | 5.000 | 14 3/4 | 1 | 7 | 5 3/8 | 17 1/4 |
| | 5 | 5.563 | 15 1/4 | 1 | 7 1/2 | 5 | 17 3/4 |
| | 5 1/2 | 6.125 | 15 3/4 | 1 | 8 1/4 | 5 | 18 1/4 |
| | 6 | 6.625 | 16 3/4 | 1 | 8 3/4 | 5 1/2 | 19 1/4 |
| | 7 | 7.625 | 18 3/4 | 1 1/2 | 10 | 5 3/4 | 21 1/4 |

F
E
E
203 ASBESTOS CLOTH TYPE "A"
209 LACING WIRE
SODIUM SILICATE 205
PLASTIC CEMENT 204
CANVAS OR ASBESTOS CLOTH
STD. SEC. AMOSITE
C
B
D
O.D. PIPE
O.D. FLANGE
℄ PIPE
202 PACK WITH WOVEN AMOSITE ASBESTOS FELT

AUX. LINES-100# AND 300# PRESS. FLANGE COVER
TEMP. 100°F. TO 388°F.

E
203 ASBESTOS CLOTH TYPE "A"
209 LACING WIRE
STD. SEC. AMOSITE
C
B
O.D. PIPE
O.D. BH'D FLANGE
℄ PIPE
202 PACK WITH WOVEN AMOSITE ASBESTOS FELT

AUX. LINES-300# PRESS. …
TEMP. 100°F. …

| AUX. LINES-100# PRESS. FLANGE COVERS. TEMP. 100°F. TO 388°F. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | PIPE SIZE | O.D. PIPE | O.D. FLANGE | A | B | C | D | E | F | NO. OF ST'D COVERS | SERVICE |
| [illegible] | 1/2 | .840 | 3 1/2 | 3/4 | 2 3/4 | 1 1/2 | 6 | 3 1/2 | 7 1/2 | | |
| | 3/4 | 1.050 | 3 7/8 | 3/4 | 2 3/4 | 1 1/2 | 6 1/2 | 4 | 8 | | |
| | 1 | 1.315 | 4 1/4 | 3/4 | 2 3/4 | 1 1/2 | 6 3/4 | 4 | 8 | | |
| | 1 1/4 | 1.660 | 4 5/8 | 3/4 | 3 1/4 | 1 1/2 | 7 | 4 | 8 | | |
| | 1 1/2 | 1.900 | 5 | 3/4 | 3 1/2 | 2 1/2 | 7 1/2 | 4 | 8 | | |
| 100°F. TO 350°F. | 2 | 2.375 | 5 7/8 | 1 | 4 1/4 | 1 1/2 | 8 | 4 | 8 | | |
| | 2 1/2 | 2.875 | 6 1/2 | 1 | 4 3/4 | 1 1/2 | 8 1/2 | 4 1/2 | 8 1/2 | | |
| | 3 | 3.500 | 6 3/4 | 1 | 5 1/4 | 1 1/2 | 9 1/4 | 4 1/2 | 8 1/2 | | |
| | 3 1/2 | 4.000 | 7 1/4 | 1 | 6 | 1 1/2 | 9 3/4 | 4 1/2 | 8 1/2 | | |
| 100°F. TO 367°F. | 4 | 4.500 | 7 7/8 | 1 | 6 1/2 | 1 1/2 | 10 1/4 | 4 1/2 | 8 1/2 | | |
| | 4 1/2 | 5.000 | 8 3/4 | 1 | 7 | 1 1/2 | 10 3/4 | 4 1/2 | 8 1/2 | | |
| | 5 | 5.563 | 9 1/4 | 1 | 7 1/2 | 1 1/2 | 11 1/4 | 4 1/2 | 9 | | |
| | 5 1/2 | 6.125 | 9 3/4 | 1 | 8 1/4 | 2 | 12 1/4 | 4 1/2 | 9 | | |
| | 6 | 6.625 | 10 1/4 | 1 | 8 3/4 | 2 | 12 3/4 | 4 1/2 | 9 | | |
| | 7 | 7.625 | 11 1/4 | 1 1/2 | 10 | 1 1/2 | 13 1/4 | 4 1/2 | 9 | | |
| | 8 | 8.625 | 12 3/4 | 1 1/2 | 11 | 2 | 15 | 4 3/4 | 9 1/2 | | |
| | 9 | 9.625 | 13 3/4 | 1 1/2 | 12 | 2 1/2 | 16 1/2 | 5 | 10 | | |
| | 10 | 10.750 | 15 | 1 1/2 | 13 1/4 | 2 1/2 | 17 3/4 | 5 | 10 | | |

| AUX. LINES-300# PRESS. BULKHEAD FL… | | | | | | | |
|---|---|---|---|---|---|---|---|
| TEMP. | PIPE SIZE | O.D. PIPE | O.D. BH'D FLANGE | A | B | C | D |
| [illegible] | 1/2 | .840 | 7 | 3/4 | 2 1/2 | 3 1/2 | 9 1/2 |
| | 3/4 | 1.050 | 7 1/2 | 3/4 | 2 3/4 | 3 1/2 | 9 3/4 |
| | 1 | 1.315 | 8 1/4 | 3/4 | 2 3/4 | 3 1/2 | 10 1/4 |
| | 1 1/4 | 1.660 | 8 3/4 | 3/4 | 3 1/4 | 3 3/4 | 10 3/4 |
| | 1 1/2 | 1.900 | 9 | 3/4 | 3 1/2 | 4 1/4 | 11 1/4 |
| [illegible] | 2 | 2.375 | 10 1/4 | 1 1/2 | 5 1/4 | 3 3/4 | 12 1/4 |
| | 2 1/2 | 2.875 | 11 1/4 | 1 1/2 | 5 1/2 | 4 | 13 1/4 |
| | 3 | 3.500 | 11 3/4 | 1 1/2 | 6 1/4 | 3 3/4 | 14 1/4 |
| | 3 1/2 | 4.000 | 12 1/4 | 1 1/2 | 7 | 4 | 15 |

| AUX. LINES-300# PRESS. FLANGE COVERS. TEMP. 100°F. TO 388°F. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | PIPE SIZE | O.D. PIPE | O.D. FLANGE | A | B | C | D | E | F | NO. OF ST'D COVERS | SERVICE |
| [illegible] | 1/2 | .840 | 4 | 3/4 | 2 1/2 | 2 1/2 | 6 1/4 | 4 1/4 | 8 1/4 | | |
| | 3/4 | 1.050 | 4 7/8 | 3/4 | 2 3/4 | 2 3/4 | 6 3/4 | 4 1/4 | 8 3/4 | | |
| | 1 | 1.315 | 5 1/4 | 3/4 | 2 3/4 | 2 3/4 | 7 1/4 | 4 1/4 | 9 1/4 | | |
| | 1 1/4 | 1.660 | 5 3/4 | 3/4 | 3 1/4 | 3 1/4 | 7 3/4 | 4 1/4 | 9 1/4 | | |
| | 1 1/2 | 1.900 | 5 3/4 | 3/4 | 3 1/2 | 2 3/4 | 8 1/4 | 4 1/4 | 8 1/4 | | |
| [illegible] | 2 | 2.375 | 6 1/2 | 1 1/2 | 5 1/4 | 1 1/2 | 9 | 4 3/4 | 9 3/4 | | |
| | 2 1/2 | 2.875 | 7 1/2 | 1 1/2 | 5 1/2 | 2 1/2 | 10 | 5 1/4 | 10 1/4 | | |
| | 3 | 3.500 | 8 1/4 | 1 1/2 | 6 1/2 | 2 1/2 | 10 1/2 | 5 1/4 | 10 1/2 | | |
| | 3 1/2 | 4.000 | 8 3/4 | 1 1/2 | 7 | 2 1/2 | 11 1/2 | 5 1/2 | 10 3/4 | | |
| | 5 1/2 | 6.125 | 11 1/2 | 2 | 10 1/2 | 1 1/2 | 13 1/2 | 5 1/2 | 11 1/2 | | |

LIST OF MATERIAL-QUANTITIES FOR ONE SHIP
GENERAL NOTES
DETAIL OF HOOKS FOR SECURING INSULATION WIRE
NOTE: DEAERATING FEED TANK FOR ENG. RM. NO.1, AS SHOWN, DEAERATING FEED TANK FOR ENG. RM. NO.2, SIMILAR.
REFERENCES
PLAN
ELEVATION
BOTTOM VIEW "A-A"
THIS PLAN APPLIES TO DD 692 CLASS 2200 TON DESTROYERS
FEDERAL SHIPBUILDING AND DRY DOCK CO. KEARNY, N.J.
DESIGN AND ENGINEERING BY GIBBS & COX, INC. NEW YORK CITY
DR. NO. 692-3902-15
INSULATION AND LAGGING FOR DEAERATING FEED TANK
BUREAU OF SHIPS PLAN NUMBER
ALTERATION

## LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

| PART NO. | NAME OF PART | NO. WANTED | | MATERIAL | N.D. SPECS | REMARKS | DRAWING NUMBERS BUREAU | DRAWING NUMBERS CONTRACTOR | PATTERN NO. | UNIT WGT | [illegible] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 700 | AMOSITE ASBESTOS FELT ½" THICK | [illegible] | | [illegible] | [illegible] | | | | | | |
| 701 | ASBESTOS CLOTH | [illegible] | | [illegible] TYPE "A" | [illegible] | | | | | | |
| 702 | PLASTIC CEMENT | [illegible] | | PLASTIC CEMENT TYPE "A" or "B" | 32C14 | [illegible] PORTLAND CEMENT | | | | | |
| 703 | INSULATION CEMENT | [illegible] | | INSUL. CEMENT | 32C8 | | | | | | 36 |
| 704 | ⅛" DIA. FLEXIBLE CABLE | [illegible] | | SOFT STEEL | COMML. | FOR SECURING INSULATION | | | | | |
| 705 | [illegible] DIA. SOFT STEEL WIRE | [illegible] | | STEEL WIRE | [illegible] | FOR SECURING INSUL. WIRE | | | | | |
| 706 | 18 B.W.G. 1" MESH GALV. WIRE NETTING | [illegible] | | GALV. IRON WIRE | COMML. | FOR SECURING PLASTIC CEMENT | | | | | |

## GENERAL NOTES

1. THIS PLAN TO BE FOLLOWED AS CLOSELY AS POSSIBLE MAKING SUCH MODIFICATIONS AS MAY BE NECESSARY TO PROVIDE ACCESS TO BOLTS ETC.
2. INSULATION AND CEMENT TO BE NEATLY FITTED AROUND FITTINGS AND VALVES.
3. PRIOR TO INSULATING, ALL EXTERNAL SURFACES OF THE DEAERATING FEED TANKS SHALL BE THOROUGHLY CLEANED AND COATED WITH ONE COAT OF AN APPROVED HEAT RESISTING PAINT [illegible] IN ACCORDANCE WITH GEN'L SPECS. [illegible]
4. THE DEAERATING FEED TANKS TO BE INSULATED WITH [illegible] LAYERS OF [illegible] THICK AMOSITE ASBESTOS FELT OR EQUAL. TOTAL THICKNESS [illegible]. ALL LAYERS TO BE STAGGERED.
5. INSULATION TO BE HELD IN PLACE WITH [illegible] FLEXIBLE STEEL CABLE, SPACED ON [illegible] MAX CENTERS. 1" MESH GALV. 18 B.W.G. WIRE NETTING SHALL THEN BE SPREAD OVER THE SURFACE AND WIRED TO THE STEEL CABLE.
6. ALL PERMANENT INSULATION SURFACES TO BE [illegible] WITH [illegible] THICK PLASTIC CEMENT [illegible] TO A SMOOTH FINISH. AFTER IT IS COMPLETELY DRY, AN INSULATION CEMENT SHALL BE APPLIED [illegible] AND ALLOWED TO DRY, AFTER WHICH A SECOND COAT OF CEMENT SHALL BE APPLIED AND ALLOWED TO DRY. THE INSULATION SHALL THEN BE COVERED WITH ASBESTOS CLOTH WHICH SHALL BE COATED ON THE [illegible] WITH INSULATION CEMENT AND ALLOWED TO DRY THOROUGHLY. THE EDGES OF THE ASBESTOS CLOTH SHALL BE [illegible] WITH ASBESTOS AND PORTLAND CEMENT AS A PROTECTION.
7. MANUFACTURER'S NAMEPLATE TO BE SECURELY FASTENED IN A CONVENIENT PLACE ON THE OUTSIDE OF LAGGING.
8. ALL INSULATION AND CEMENT MUST MEET THE REQUIREMENTS OF GEN'L. SPECS. SUB-SECTION [illegible] OF [illegible]

## REFERENCES

| NO. | TITLE | CON'T'S PLAN NO. | BUREAU NO. |
|---|---|---|---|
| 1. | DEAERATING FEED TANK - OUTLINE (ELLIOTT) | [illegible] | |
| 2. | DEAERATING FEED TANK - ASSEMBLY AND SECTION (ELLIOTT) | [illegible] | |

LIST OF MATERIAL - QUANTITIES FOR ONE SHIP
GENERAL NOTES
REFERENCE PLANS
SECTION "B-B"
DETAIL OF HOOK
REAR END VIEW
SECTION "E-E"
PLAN
DETAIL "B"
DETAIL OF LAP JOINT
SECTION "D-D"
THIS PLAN APPLIES TO DD 692 CLASS 2200 TON DESTROYERS
FEDERAL SHIPBUILDING AND DRY DOCK CO.
DESIGN AND ENGINEERING BY GIBBS & COX, INC. NEW YORK CITY
DR. NO. 692-3902-1
INSULATION AND LAGGING FOR BOILER STEAM-DRUM
ALT. 4

LIST OF MATERIAL - QUANTITIES FOR ONE SHIP
PART NO.
NAME OF PIECE
MATERIAL
NAVY DEPT. SPECIFICATIONS
REMARKS
PATTERN NO.
UNIT WEIGHT
GENERAL NOTES
ANGLE STIFFENER
REFERENCE PLANS
THIS PLAN APPLIES TO DD 692 CLASS
2200 TON DESTROYERS
FEDERAL SHIPBUILDING
AND DRY DOCK CO.
KEARNY, N.J.

FRONT VIEW OF MANHOLE COVER
SECTION "A-A"
PLAN VIEW
LAP JOINT
SEE DETAIL "B"
SECTION "B-B"
DETAIL OF HOOK
SIDE ELEVATION
2-DRUMS AS SHOWN FOR L.H. BOILERS NOS. 2 & 3.
2-DRUMS OPP. HAND FOR R.H. BOILERS NOS. 1 & 4.
SEE DETAIL "A"
FRONT END VIEW
END VIEW SHOWING METHOD OF FASTENING INSULATION OVER FRONT END OF STEAM DRUM
HANDLE FOR MANHOLE COVER
DETAIL "A"
SECTION "C-C"
SECTION "D-D"
DETAIL OF LAP JOINT
PLAN
DETAIL "B"
REAR

LIST OF MATERIAL- QUANTITIES FOR ONE SHIP
NAME OF PIECE
MATERIAL
REMARKS
SECTIONAL ELEVATION "A-A" WATER DRUM.
HANDLE FOR MANHOLE COVER.
DETAIL OF HOOK FOR SECURING INSULATION.
GENERAL NOTES
REFERENCE PLANS
SECTIONAL ELEVATION "B-B" WATER SCREEN HEADER.
SECTIONAL ELEVATION "C-C" SIDEWALL FLOOR HEADER.
SECTION "D-D"
PLAN VIEW "E-E"
DETAIL "A" TYPICAL METHOD OF INSULATING WATER DRUM
SEE SHIPS PLAN INDEX FOR VERIFICATION OF APPLICABILITY OF THIS PLAN TO ANY VESSELS.
THIS PLAN APPLIES TO DD692 CLASS 2200 TON DESTROYERS
FEDERAL SHIPBUILDING AND DRY DOCK CO.
KEARNY, N.J.
DESIGN AND ENGINEERING BY GIBBS & COX, INC.
NEW YORK CITY
DR. NO. 692-3902-13
INSULATION AND LAGGING DETAILS OF END COVERS FOR WATER DRUMS AND HEADERS.
BUREAU OF SHIPS PLAN NUMBER
DD692-S3902-13
ALT. 3
ALTERATION

## LIST OF MATERIAL- QUANTITIES FOR ONE SHIP

| PIECE NO. | NAME OF PIECE | NO. WANTED ORIG. | NO. WANTED SPARE | MATERIAL | NAVY DEPT. SPECIFICATIONS | REMARKS | NUMBERS BUREAU | NUMBERS CONTRACTOR | PATTERN NO. | UNIT WEIGHT | PROD. NOS. ORDERS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | HANDLE | 6 | | FORGED STEEL | 44 S 6 INT. CL."B" | FOR WATERDRUM COVERS. | | | | | 26 |
| 200 | BLACK SHEET STEEL 48" x 96" x [illegible] THK. | 8 | | BLACK SHEET STEEL | 47 S 10 TYPE I | TO CUT TO AND [illegible] | | | | | 26 |
| 212 | AMOSITE ASBESTOS FELT 1" THK. | [illegible] | | AMOSITE ASB. FELT OR EQUAL | 32 F 9 | | | | | | |
| 213 | PLASTIC CEMENT | 65 [illegible] | | PLASTIC CEMENT | 32 C 18 [illegible] | TYPE "B" MIXED WITH [illegible] PORTLAND CEMENT | | | | | |
| 214 | ASBESTOS CLOTH | 15 [illegible] | | ASBESTOS [illegible] | 32 C 11 INT. [illegible] | FOR PORTABLE BLANKET | | | | | 26 |
| 215 | ASBESTOS YARN | 2 [illegible] | | ASBESTOS YARN | 32 C 11 INT. [illegible] | FOR PORTABLE BLANKET | | | | | |
| 216 | #18 B.W.G. x 1" MESH GALV. STEEL | [illegible] | | GALV. STEEL | COMMERCIAL | FOR REINFORCING INSULATION | | | | | |
| 217 | #18 B.W.G. BLACK ANNEALED IRON WIRE | [illegible] | | IRON WIRE | COMMERCIAL | FOR SECURING FELT TO DRUMS | | | | | |
| 218 | FLAT BAR 1 1/2" x [illegible] | 10 [illegible] | | STEEL GR."C" | 44 S 1 (INT) | FOR SECURING COLLAR | | | | | |
| 219 | [illegible] DIA. SOFT STEEL WIRE | [illegible] | | SOFT STEEL | 46 S 2 | FOR SECURING INSULATION WIRE | | | | | |
| 220 | FLAT BAR 1" x [illegible] | 5 [illegible] | | STEEL CL."C" | 48 S 11 (INT) | | | | | | 26 |
| 221 | INSULATION CEMENT | 1 [illegible] | | INSUL. CEMENT | 32 C 8 | | | | | | |
| 222 | RIVETS - [illegible] | 35 | | STEEL | 43 R 1 | TYPE "B-1" | | | | | — |
| 236 | HEX. HD. BOLTS [illegible] DIA. x [illegible] LG. | 184 | | STEEL CL."B" | 43 B 11 INT. | TYPE "B-2" [illegible] | | | | | — |
| 237 | STUD - [illegible] DIA. x 1 1/2" LG. | 24 | | STEEL CL."B" | 43 B 11 INT. | | | | | | — |
| 250 | [illegible] HEX. NUTS | 60 | | STEEL CL."C" | 43 B 8 INT. | [illegible] TYPE "A-2" | | | | | — |
| 256 | WASHERS - [illegible] | 24 | | STEEL | 43 W 1 TYPE "A" | | | | | | — |

WEIGHT SUMMARY: (GROUP [illegible] - SUBJECT [illegible])

| | |
|---|---|
| INSULATION | 173.0# |
| LAGGING | 25.0 |
| MISCELLANEOUS | 22.0 |
| TOTAL WEIGHT ONE SHIP | 410.0# |

## GENERAL NOTES

1. THIS PLAN TO BE FOLLOWED AS CLOSELY AS POSSIBLE MAKING SUCH MINOR MODIFICATIONS AS MAY BE NECESSARY TO PROVIDE FOR ACCESS TO BOLTS, ETC.
2. BEFORE INSULATING, ALL HEADERS AND DRUMS SHALL BE PAINTED WITH TWO COATS OF AN APPROVED HEAT RESISTING PAINT [illegible] SPECS. 52 P 18 INT. IN ACCORDANCE WITH GEN. SPECS. S19-1.
3. THE FRONT END OF HEADERS AND HANDHOLES OF WATERDRUMS TO BE INSULATED WITH AMOSITE ASBESTOS FELT BLANKETS COVERED WITH ASBESTOS CLOTH. THESE BLANKETS SHALL BE QUILTED FROM FRONT TO BACK WITH ASBESTOS YARN AND THE EDGES OF THE ASBESTOS CLOTH SHALL BE SEWN WITH ASBESTOS YARN NOT LESS THAN THREE STITCHES PER INCH.
4. THE FRONT END OF WATER DRUMS, OUTSIDE OF [illegible] AND EXPOSED PART OF DRUM HEADS, TO BE INSULATED WITH ONE LAYER OF 1" THICK AMOSITE ASBESTOS FELT OR EQUAL. [illegible]
5. CARBON CONTENT OF STEEL TO BE JOINED BY WELDING NOT TO EXCEED 0.25%.
6. BOLTS AND NUTS TO BE IN ACCORDANCE WITH N.D. SPECIFICATIONS 43 B 11 INT. BOLT THREADS TO BE AMERICAN (NATIONAL) STANDARD FORM COARSE THREAD SERIES.
7. MANUFACTURER'S NAME PLATES TO BE SECURELY FASTENED IN A CONVENIENT PLACE ON THE OUTSIDE OF LAGGING.
8. ALL INSULATION AND LAGGING MUST MEET THE REQUIREMENTS OF B.S.&E. SPECS. [illegible] S39-1 OF [illegible] 1, 1940.

## REFERENCE PLANS

| TITLE | CONT. FILE NO. | [illegible] |
|---|---|---|
| INSULATION AND LAGGING FOR BOILER STEAM DRUM. MAIN BOILER, SECTIONAL FRONT, SIDE AND PLAN VIEWS. WATER DRUM, ASSY. [illegible]. DET. OF [illegible] WATER SCREEN HEADER AND SIDE WALL HEADER. STRUCTURAL CONNECTIONS TO WATER DRUM (SAT. SIDE) | [illegible] | [illegible] |

TION "A-A"

DETAIL OF HOOK FOR SECURING INSULATION.

WER.

SEE SHIPS PLAN INDEX FOR VESSELS [illegible] APPLICABILITY OF THIS PLAN TO ANY VESSELS.

THIS PLAN APPLIES TO DD692 CLASS 2200 TON DESTROYERS

FEDERAL SHIPBUILDING AND DRY DOCK CO.
KEARNY, N.J.

DESIGN AND ENGINEERING BY

LIST OF MATERIAL - QUANTITIES FOR ONE SHIP
GENERAL NOTES
REFERENCE PLANS
SECTIONAL ELEVATION "A-A" WATER DRUM.
FRONT VIEW SHOWING MANHOLE COVER AND LAGGING.
HANDLE FOR MANHOLE COVER.
DETAIL OF HOOK FOR SECURING INSULATION.
FRONT END VIEW.
SECTIONAL ELEVATION "B-B" WATER SCREEN HEADER.
FRONT END VIEW.
SECTIONAL ELEVATION "C-C"
SECTION "D-D"
PLAN VIEW
DETAIL "A" TYPICAL METHOD OF INSULATING WATER DRUM
ALTERATION

LIST OF MATERIAL - QUANTITIES FOR ONE SHIP
GENERAL NOTES
REFERENCES
AUX. LINES - 100# PRESS. BHD. FLANGE
METHOD OF SECURING ASB. CLOTH ON BHD. FLANGE COVERS
AUX. LINES - 100# PRESS. BULKHEAD FLANGE COVERS. TEMP. 100°F. TO 388°F.
METHOD OF SECURING ASB. CLOTH ON FLANGE COVERS
DETAIL BHD. CLIP
DETAIL OF LACING RING & WASHER
AUX. LINES - 600# PRESS. FLANGE
AUX. LINES - 600# PRESS. BHD. FLANGE 1" NOM. AND BELOW
AUX. LINES - 600# PRESS. BULKHEAD FLANGE COVERS. TEMP. 100°F. TO 388°F.
AUX. LINES - 600# PRESS. FLANGE COVERS. TEMP. 100°F. TO 388°F.
SEE SHIPS PLAN INDEX FOR VERIFIC... OF APPLICABILITY OF THIS PLAN TO ANY VESSELS.
THIS PLAN APPLIES TO DD692 CLASS 2200 TON DESTROYERS
FEDERAL SHIPBUILDING AND DRY DOCK CO. KEARNY, N.J.
DESIGN AND ENGINEERING BY GIBBS & COX, INC. NEW YORK CITY
DR. NO. 692-3902-6
INSULATION AND LAGGING FOR PIPE FLANGES
BUREAU OF SHIPS PLAN NUMBER
DD692-S3902-6
ALT. 4

## LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

| PART | NO. WANTED ORIG'L | SPARE | MATERIAL | N.D. SPEC | REMARKS | DRAWING NUMBERS BUREAU | CONTRACTOR | PATTERN NO. | UNIT WGT. | PROD. REC. COMMEN. |
|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | | [illegible] | [illegible] | FOR FILLER | | | | | |
| [illegible] | [illegible] | | [illegible] | [illegible] | FOR FLANGE COVERS & PACKING | | | | | |
| [illegible] | [illegible] | | [illegible] | [illegible] | FOR FLANGE COVERS & PACKING | | | | | |
| [illegible] | [illegible] | | ASBESTOS CLOTH | [illegible] | FOR BLANKETS | | | | | |
| [illegible] | [illegible] | | ASBESTOS CLOTH | [illegible] | FOR BLANKETS | | | | | |
| | [illegible] | | [illegible] | [illegible] | | | | | | |
| | [illegible] | | [illegible] | [illegible] | FOR LACING | | | | | |
| | [illegible] | | STEEL GALV. | [illegible] | FOR LACING | | | | | |
| [illegible] | [illegible] | | [illegible] | [illegible] | FOR BULKHEAD FLANGES | | | | | |
| [illegible] | [illegible] | | SOFT COPPER | [illegible] | FOR LACING | | | | | |
| [illegible] | [illegible] | | [illegible] | [illegible] | FOR [illegible] FILLER PIECES | | | | | |

Ⓘ

## GENERAL NOTES

[illegible]

## REFERENCES

| NO. | TITLE | CONT. PLAN NO. | BUREAU NO. |
|---|---|---|---|
| 1 | [illegible] | [illegible] | [illegible] |
| 2 | [illegible] | [illegible] | [illegible] |

...IL BHD. CLIP

DETAIL OF LACING RING & WASHER

Ⓘ

...MP 100°F. TO 388°F.

| STR. WEBS | SERVICE |
|---|---|
| 2 | TURBINE DRAINS |
| 3 | FEED DISCHARGE |
| 3 | FEED DISCHARGE |

Ⓘ

| NO. | ALTERATION | BY | DATE CONTRACTOR | APP'D | DATE GOV'T | APP'D | OFFICE |
|---|---|---|---|---|---|---|---|
| Ⓘ | [illegible] | | | | | | |
| Ⓘ | [illegible] | | | | | | |
| Ⓘ | [illegible] | | | | | | |
| Ⓘ | [illegible] | | | | | | |

Ⓘ

SEE SHIPS PLAN INDEX FOR VERIFICATION OF APPLICABILITY OF THIS PLAN TO ANY VESSELS.

THIS PLAN APPLIES TO DD 692 CLASS 2200 TON DESTROYERS

FEDERAL SHIPBUILDING AND DRY DOCK CO. KEARNY, N.J.

DESIGN AND ENGINEERING BY GIBBS & COX, INC. NEW YORK CITY

DR. NO. 692-3902-6

SCALE | DATE MARCH-26-1943

DRAWN BY | EXAMINED

TRACED BY | APPROVED

CHECKED BY | APPROVED

FORWARDED TO BUREAU | APPROVED

LETTER NUMBER | REFERENCE

4-14-43

SUPERVISOR OF SHIPBUILDING, U.S.N.

CORRECTED PLAN

EXAMINED AND FOUND CORRECT

DATE | SUPERVISOR OF SHIPBUILDING, U.S.N.

INSULATION AND LAGGING FOR PIPE FLANGES

BUREAU OF SHIPS PLAN NUMBER

DD 692 - S3902 - 6 ALT. 4

# LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

| PART NO. | NAME OF PART | NO. WANTED ORIG. | NO. WANTED SPARE | MATERIAL | N.D. SPEC | REMARKS | DRAWING NUMBERS BUREAU | DRAWING NUMBERS CONTRACTOR | PATTERN NO. | UNIT WT. | PROD. REQ. CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 200 | STD. SECTIONAL PIPE COVER INSULATION | [illegible] | | [illegible] | [illegible] | FOR FILLERS. | | | | | |
| 201 | WOVEN AMOSITE ASB. FELT 1/2" THK. | [illegible] | | [illegible] | [illegible] | FOR FLANGE COVERS & PACKING | | | | | |
| 202 | WOVEN AMOSITE ASB. FELT 1" THK. | [illegible] | | [illegible] | [illegible] | FOR FLANGE COVERS & PACKING. | | | | | |
| 203 | ASBESTOS CLOTH 40" WIDE | [illegible] | | ASBESTOS CLOTH | [illegible] | FOR BLANKETS | | | | | |
| 204 | ASBESTOS CLOTH 40" WIDE | [illegible] | | ASBESTOS CLOTH | [illegible] | FOR BLANKETS | | | | | |
| 205 | SODIUM SILICATE | [illegible] | | SODIUM SILICATE | [illegible] | | | | | | [illegible] |
| 206 | STEEL RING | [illegible] | | STEEL BAR PL. | COMM'L. | FOR LACING. | | | | | |
| 207 | STEEL WASHER | [illegible] | | [illegible] | COMM'L. | FOR LACING. | | | | | |
| 208 | STEEL CLIP [illegible] THK. | [illegible] | | [illegible] | [illegible] | FOR BULKHEAD FLANGES. | | | | | |
| 209 | #18 B.W.G. COPPER WIRE | [illegible] | | SOFT COPPER | [illegible] | FOR LACING. | | | | | |
| 210 | ASBESTOS WOVEN METALLIC TAPE [illegible] | [illegible] | | ASB. METALLIC | COMM'L. | FOR BINDING FILLER PIECES. | | | | | |

## GENERAL NOTES

1. FLANGE COVERS TO BE MODIFIED WHERE NECESSARY TO SUIT WORK.
2. ALL INSULATION AND LAGGING MUST MEET THE REQUIREMENTS OF GEN'L. SPECS. SUB-SECTION S39-1 OF JUNE 1, 1940.
3. FOR INSULATION AND LAGGING INSTRUCTIONS SEE DWG. NO. [illegible].
4. THIS DRAWING SHOWS FLANGE COVERS FOR PIPE TO PIPE FLANGES ONLY. FOR TYPICAL INSTALLATION OF COVERING ON FLANGES ADJACENT TO VALVES AND FITTINGS SEE DWG. NO. [illegible].
5. (III) FOR PERMANENT FLANGE COVERS ON [illegible] USED ON BOTH SHORT AND LONG HULLS FOR [illegible] VESSELS BUILT BY TODD PACIFIC SHIPYARDS, INC. ONLY.

SECURING ASB. CLOTH FLANGE COVERS

## REFERENCES

| NO. | TITLE | CONT. PLAN NO. | BUREAU NO. |
|---|---|---|---|
| 1 | [illegible] | [illegible] | [illegible] |
| 2 | [illegible] | [illegible] | [illegible] |

METHOD OF SECURING ASB. CLOTH ON FLANGE COVERS

DETAIL BHD. CLIP

DETAIL OF LACING RING & WASHER
SCALE: 1 1/2"=1'0"

AUX. LINES - 600# PRESS. FLANGE

| O.D. PIPE | O.D. FLANGE | A | C | D | G | H | J | K | NO. STD. COVERS | SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| .840 | 3[illegible] | [illegible] | 2[illegible] | [illegible] | 5[illegible] | 5[illegible] | 3[illegible] | 9[illegible] | 1 | TURBINE DRAINS |
| 1.050 | 4[illegible] | [illegible] | 2[illegible] | [illegible] | 6[illegible] | 6[illegible] | 3[illegible] | 9[illegible] | | |
| 1.315 | 4[illegible] | [illegible] | 2[illegible] | [illegible] | 6[illegible] | 6 | 4 | 10 | | |
| 1.660 | 5[illegible] | [illegible] | 3[illegible] | [illegible] | 6[illegible] | 6[illegible] | 4[illegible] | 10[illegible] | | |
| 1.900 | 6[illegible] | [illegible] | 3[illegible] | [illegible] | 7[illegible] | 6[illegible] | 4[illegible] | 11 | | |
| 2.375 | 6[illegible] | 1 | 4[illegible] | 1 | 8[illegible] | 6[illegible] | 4[illegible] | 11 | | |
| 2.875 | 7[illegible] | 1 | 4[illegible] | 1 | 9[illegible] | 7[illegible] | 4[illegible] | 11[illegible] | | |
| 3.500 | 8[illegible] | 1 | 5[illegible] | 1 | 10[illegible] | 7[illegible] | 4[illegible] | 12[illegible] | | |
| 4.000 | 9 | 1 | 6 | 1 | 11[illegible] | 8[illegible] | 5 | 13[illegible] | | |
| 4.500 | 10 | 1 | 6[illegible] | 1 | 12[illegible] | 8[illegible] | 5[illegible] | 13[illegible] | 3 | FEED DISCHARGE |
| 5.000 | 10[illegible] | 1 | 7 | 1 | 12[illegible] | 8[illegible] | 5[illegible] | 14[illegible] | | |
| 5.563 | 11 | 1 | 7[illegible] | 1 | 13[illegible] | 9[illegible] | 5[illegible] | 15[illegible] | | |
| 6.125 | 11[illegible] | 1 | 8[illegible] | 1 | 13[illegible] | 9[illegible] | 6 | 15[illegible] | 3 | FEED DISCHARGE |
| 6.625 | 12[illegible] | 1 | 8[illegible] | 1 | 14[illegible] | 9[illegible] | 6[illegible] | 16[illegible] | | |
| 7.625 | 14 | 1[illegible] | 10 | 1 | 16[illegible] | 10[illegible] | 6[illegible] | 17[illegible] | | |

Caption: AUX. LINES - 600# PRESS. FLANGE COVERS. TEMP. 100°F. TO 388°F.

| SYM. | ALTERATION | DATE | APP'D. | DATE | APP'D. | OFFICE |
|---|---|---|---|---|---|---|
| IV | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| III | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| II | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| I | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| | | CONTRACTOR | | GOV'T. | | |

AUX. LINES - 100# PRESS. BHD. FLANGE
METHOD OF SECURING ASB. CLOTH ON BHD. FLANGE COVERS
AUX. LINES - 100# PRESS. BULKHEAD FLANGE COVERS. TEMP. 100°F. TO 388°F.
METHOD OF SECURING ASB. CLOTH ON FLANGE COVERS
AUX. LINES - 600# PRESS
AUX. LINES - 600# PRESS. BHD. FLANGE 1" NOM. AND BELOW
AUX. LINES - 600# PRESS. BULKHEAD FLANGE COVERS. TEMP. 100°F. TO 388°F.
AUX. LINES - 600# PRESS. FLANGE
FEED SUCTION

MAIN STEAM-600# PRESS. FLANGE
TYPICAL FOR PIPES 1½" NOM. AND BELOW
AUX. LINES-600# PRESS. FLANGE
AUX. LINES-600# PRESS. BHD. FLANGE
AUX. LINES-600# PRESS. FLANGE COVERS. TEMP. 389°F. TO 500°F.
AUX. LINES-600# PRESS. BULKHEAD FLANGE COVERS. TEMP. 100°F. TO 388°F.
MAIN STEAM-600# PRESS. FLANGE
TYPICAL FOR PIPES 2" NOM. AND OVER
AUX. LINES-100# AND 300# PRESS. FLANGE
AUX. LINES-300# PRESS. BHD. FLANGE
MAIN STEAM-600# PRESS. FLANGE COVERS. TEMP. 751°F. TO 850°F.
AUX. LINES-100# PRESS. FLANGE COVERS. TEMP. 100°F. TO 388°F.
AUX. LINES-300# PRESS. FLANGE COVERS. TEMP. 100°F. TO 388°F.
AUX. LINES-300# PRESS. BULKHEAD FLANGE COVERS. TEMP. 100°F. TO 388°F.

AUX. LINES-600# PRESS. BHD. FLANGE

| AUX. LINES-600# PRESS. BULKHEAD FLANGE COVERS. TEMP. 100°F. TO 388°F. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Temp. | Pipe Size | O.D. Pipe | O.D. Flange | A | C | D | G | H | J | No. Std. Covers | Service |
| | 1¼ | 1.660 | 9[illegible] | [illegible] | 3[illegible] | [illegible] | 10[illegible] | 6 | 3[illegible] | | |
| | 1½ | 1.900 | 10 | [illegible] | 3[illegible] | [illegible] | 11[illegible] | 6[illegible] | 4[illegible] | | |
| | 2 | 2.375 | 10[illegible] | 1 | 4[illegible] | 1 | 12[illegible] | 6[illegible] | 4[illegible] | | |
| | 2½ | 2.875 | 11[illegible] | 1 | 4[illegible] | 1 | 13[illegible] | 7 | 4[illegible] | | |
| | 3 | 3.500 | 12[illegible] | 1 | 5[illegible] | 1 | 14[illegible] | 7[illegible] | 4[illegible] | | |
| | 3½ | 4.000 | 13[illegible] | 1 | 6 | 1 | 15[illegible] | 7[illegible] | 4[illegible] | | |
| | 4 | 4.500 | 14[illegible] | 1 | 6[illegible] | 1 | 16[illegible] | 8 | 5 | | |
| | 4½ | 5.000 | 14[illegible] | 1 | 7 | 1 | 16[illegible] | 8[illegible] | 5[illegible] | | |
| | 5 | [illegible] | 15[illegible] | 1 | 7[illegible] | 1 | 17[illegible] | 8[illegible] | 5[illegible] | | |
| | 5½ | [illegible] | 15[illegible] | 1 | 8[illegible] | 1 | 17[illegible] | 9 | 5[illegible] | | |
| | 6 | 6.625 | 16[illegible] | 1 | 8[illegible] | 1 | 18[illegible] | 9[illegible] | 5[illegible] | | |

AUX. LINES-100# PRES.

| AUX. LINES-100# PRESS. BULKHEAD FLA | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Temp. | Pipe Size | O.D. Pipe | O.D. Flange | A | C | D | G | H |
| | ½ | .840 | 6[illegible] | [illegible] | 2[illegible] | [illegible] | 7[illegible] | 4[illegible] |
| | ¾ | 1.050 | 6[illegible] | [illegible] | 2[illegible] | [illegible] | 8[illegible] | 4[illegible] |
| | 1 | 1.315 | 6[illegible] | [illegible] | 2[illegible] | [illegible] | 8[illegible] | 4[illegible] |
| | 1¼ | 1.660 | 7[illegible] | [illegible] | 3[illegible] | [illegible] | 8[illegible] | 4[illegible] |
| | 1½ | 1.900 | 7[illegible] | [illegible] | 3[illegible] | [illegible] | 9[illegible] | 5 |
| | 2 | 2.375 | 8[illegible] | 1 | 4[illegible] | 1 | 10[illegible] | 5 |
| | 2½ | 2.875 | 8[illegible] | 1 | 4[illegible] | 1 | 10[illegible] | 5 |
| | 3 | 3.500 | 9[illegible] | 1 | 5[illegible] | 1 | 11[illegible] | 5 |
| | 3½ | 4.000 | 9[illegible] | 1 | 6 | 1 | 12 | 5[illegible] |
| | 4 | 4.500 | 10[illegible] | 1 | 6[illegible] | 1 | 12[illegible] | 5[illegible] |
| | 4½ | 5.000 | 10[illegible] | 1 | 7 | 1 | 13 | 5[illegible] |
| | 5 | 5.563 | 12[illegible] | 1 | 7[illegible] | 1 | 14[illegible] | 5[illegible] |
| | 5½ | 6.125 | 12[illegible] | 1 | 8[illegible] | 1 | 15 | 5[illegible] |
| | 6 | 6.625 | 13[illegible] | 1 | 8[illegible] | 1 | 15[illegible] | 5[illegible] |
| | 7 | 7.625 | 14[illegible] | 1[illegible] | 10 | [illegible] | 16[illegible] | 5[illegible] |
| | 8 | 8.625 | 15[illegible] | 1[illegible] | 11 | 1 | 17[illegible] | 5[illegible] |
| | 9 | 9.625 | 16[illegible] | 1[illegible] | 12 | 1 | 18[illegible] | 5[illegible] |
| | 10 | 10.750 | 17[illegible] | 1[illegible] | 13[illegible] | 1 | [illegible] | 5[illegible] |

AUX. LINES-300# PRESS. BHD. FLANGE

| AUX. LINES-300# PRESS. BULKHEAD FLANGE COVERS. TEMP. 100°F. TO 388°F. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Temp. | Pipe Size | O.D. Pipe | O.D. Flange | A | C | D | G | H | J | No. Std. Covers | Service |
| | ½ | .840 | 7 | [illegible] | 2[illegible] | [illegible] | 8[illegible] | 4[illegible] | 3[illegible] | | |
| | ¾ | 1.050 | 7[illegible] | [illegible] | 2[illegible] | [illegible] | 9 | 4[illegible] | 3[illegible] | | |
| | 1 | 1.315 | 8[illegible] | [illegible] | 2[illegible] | [illegible] | 9[illegible] | 4[illegible] | 3[illegible] | [illegible] | AUX. STEAM |
| | 1¼ | 1.660 | 8[illegible] | [illegible] | 3[illegible] | [illegible] | 10 | 5[illegible] | 3[illegible] | | |
| | 1½ | 1.900 | 9 | [illegible] | 3[illegible] | [illegible] | 10[illegible] | 5[illegible] | 3[illegible] | | |
| | 2 | 2.375 | 10[illegible] | 1[illegible] | 5[illegible] | 1 | 12[illegible] | 5[illegible] | 3[illegible] | | |
| | 2½ | 2.875 | 11[illegible] | 1[illegible] | 5[illegible] | 1 | 13[illegible] | 5[illegible] | 3[illegible] | 1 | AUX. STEAM |
| | 3 | 3.500 | 11[illegible] | 1[illegible] | 6[illegible] | 1 | 14 | 5[illegible] | 3[illegible] | | |
| | 3½ | 4.000 | 12[illegible] | 1[illegible] | 7 | 1 | 14[illegible] | 6[illegible] | 3[illegible] | | |

AUX. LINES-600# PRES.
1" NOM. AND BE

| AUX. LINES-600# PRESS. BULKHEAD FLAN | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Temp. | Pipe Size | O.D. Pipe | O.D. Flange | A | C | D | G | H |
| | ½ | .840 | 6[illegible] | [illegible] | 2[illegible] | [illegible] | 8[illegible] | 5[illegible] |
| | ¾ | 1.050 | 7[illegible] | [illegible] | 2[illegible] | [illegible] | 9[illegible] | 5[illegible] |
| | 1 | 1.315 | 8[illegible] | [illegible] | 2[illegible] | [illegible] | 9[illegible] | 5[illegible] |

AUX. LINES -600# PRESS. FLANGE

AUX. LINES- 60(

| AUX. LINES- 600# PRESS. FLANGE COVERS. TEMP. 389°F. TO 500°F. | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PIPE SIZE | O.D. PIPE | O.D. FLANGE | A | C | D | E | F | G | H | J | K | NO. ST'D. COVERS | SERVICE |
| [illegible] | .840 | 3[illegible] | 1[illegible] | 3[illegible] | [illegible] | 5[illegible] | [illegible] | 6[illegible] | 5[illegible] | 3[illegible] | 9[illegible] | | |
| [illegible] | 1.050 | 4[illegible] | 1[illegible] | 4[illegible] | [illegible] | 6[illegible] | [illegible] | 7[illegible] | 5[illegible] | 3[illegible] | 9[illegible] | 9 | AUX. STEAM |
| 1 | 1.315 | 4[illegible] | 1[illegible] | 4[illegible] | [illegible] | 6[illegible] | [illegible] | 8 | 6 | 4 | 10 | | |
| 1[illegible] | 1.660 | 5[illegible] | 1[illegible] | 4[illegible] | [illegible] | 6[illegible] | [illegible] | 8[illegible] | 6[illegible] | 4[illegible] | 10[illegible] | | |
| 1[illegible] | 1.900 | 6[illegible] | 1[illegible] | 5 | [illegible] | 7[illegible] | [illegible] | 9[illegible] | 6[illegible] | 4[illegible] | 11 | 9 | AUX. STEAM |
| 2 | 2.375 | 6[illegible] | 2[illegible] | 7[illegible] | 1 | 8[illegible] | 1 | 10[illegible] | 6[illegible] | 4[illegible] | 11 | 1 | AUX. STEAM |
| 2[illegible] | 2.875 | 7[illegible] | 2[illegible] | 7[illegible] | 1 | 9 | [illegible] | 11[illegible] | 7[illegible] | 4[illegible] | 11[illegible] | | |
| 3 | 3.500 | 8[illegible] | 2[illegible] | 8[illegible] | 1 | 9[illegible] | [illegible] | 11 | 7[illegible] | 4[illegible] | 12[illegible] | 3 | AUX. STEAM |
| 3[illegible] | 4.000 | 9 | 2[illegible] | 9 | 1 | 10[illegible] | [illegible] | 12[illegible] | 8[illegible] | 5 | 13[illegible] | | |

| AUX. LINES-600# PRESS. BULKHE[AD] | | | | | |
|---|---|---|---|---|---|
| [illegible] | PIPE SIZE | O.D. PIPE | O.D. FLANGE | A | C |
| [illegible] | 1[illegible] | 1.660 | 9[illegible] | [illegible] | 3[illegible] |
| | 1[illegible] | 1.900 | 10 | [illegible] | 3[illegible] |
| [illegible] | 2 | 2.375 | 10[illegible] | 1 | 4[illegible] |
| | 2[illegible] | 2.875 | 11[illegible] | 1 | 4[illegible] |
| | 3 | 3.500 | 12[illegible] | 1 | 5[illegible] |
| | 3[illegible] | 4.000 | 13[illegible] | 1 | 6 |
| [illegible] | 4 | 4.500 | 14[illegible] | 1 | 6[illegible] |
| | 4[illegible] | 5.000 | 14[illegible] | 1 | 7 |
| | 5 | [illegible] | 15[illegible] | 1 | 7[illegible] |
| | 5[illegible] | 6.125 | 15[illegible] | 1 | 8[illegible] |
| | 6 | 6.625 | 16[illegible] | 1 | 8[illegible] |

AUX. LINES- 100# AND 300# PRESS. FLANGE

AUX. LINES-[illegible]

| AUX. LINES- 100# PRESS. FLANGE COVERS. TEMP. 100°F. TO 388°F. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | PIPE SIZE | O.D. PIPE | O.D. FLANGE | A | C | D | G | J | K | NO. ST'D. COVERS | SERVICE |
| [illegible] | [illegible] | .840 | 3[illegible] | [illegible] | 2[illegible] | [illegible] | 5[illegible] | 4 | 8 | 4 | AUX. EXHAUST |
| | [illegible] | 1.050 | 3[illegible] | [illegible] | 2[illegible] | [illegible] | 5[illegible] | 4[illegible] | 8[illegible] | 2 | COND. & AIR PIPING |
| | 1 | 1.315 | 4[illegible] | [illegible] | 2[illegible] | [illegible] | 5[illegible] | 4[illegible] | 8[illegible] | 2 | AUX. STEAM |
| | 1[illegible] | 1.660 | 4[illegible] | [illegible] | 3[illegible] | [illegible] | 6[illegible] | 4[illegible] | 8[illegible] | 4 | COND. & AIR PIPING<br>AUX. EXHAUST |
| | 1[illegible] | 1.900 | 5[illegible] | [illegible] | 3[illegible] | [illegible] | 6[illegible] | 4[illegible] | 8[illegible] | 14 | COND. & AIR PIPING<br>AUX. EXHAUST |
| [illegible] | 2 | 2.375 | 5[illegible] | 1 | 4[illegible] | 1 | 7[illegible] | 4[illegible] | 8[illegible] | 20 | COND. & AIR PIPING<br>COND. & AIR PIPING, AUX. EXHAUST |
| | 2[illegible] | 2.875 | 6[illegible] | 1 | 4[illegible] | 1 | 8[illegible] | 4[illegible] | 8[illegible] | 10 | GLAND SEALING<br>AUX. EXHAUST |
| | 3 | 3.500 | 6[illegible] | 1 | 5[illegible] | 1 | 8[illegible] | 4[illegible] | 8[illegible] | 8 | AUX. EXHAUST<br>GLAND SEALING |
| | 3[illegible] | 4.000 | 7[illegible] | 1 | 6 | 1 | 9[illegible] | 4[illegible] | 8[illegible] | 11 | FEED SUCTION<br>COND. & AIR PIPING |
| [illegible] | 4 | 4.500 | 7[illegible] | 1 | 6[illegible] | 1 | 9[illegible] | 4[illegible] | 8[illegible] | 6 | AUX. EXHAUST<br>GLAND SEALING |
| | 4[illegible] | 5.000 | 8[illegible] | 1 | 7 | 1 | 10[illegible] | 4[illegible] | 8[illegible] | 9 | FEED SUCTION<br>AUX. EXHAUST |
| | 5 | 5.563 | 9[illegible] | 1 | 7[illegible] | 1 | 11[illegible] | 4[illegible] | 9[illegible] | 12 | AUX. EXHAUST<br>COND. & AIR PIPING |
| | 5[illegible] | 6.125 | 9[illegible] | 1 | 8[illegible] | 1 | 11[illegible] | 4[illegible] | 9[illegible] | | |
| | 6 | 6.625 | 10[illegible] | 1 | 8[illegible] | 1 | 12[illegible] | 4[illegible] | 9[illegible] | 10 | AUX. EXHAUST<br>COND. & AIR PIPING |
| | 7 | 7.625 | 11[illegible] | 1[illegible] | 10 | 1 | 13[illegible] | 4[illegible] | 9[illegible] | 2 | AUX. EXHAUST |
| | 8 | 8.625 | 12[illegible] | 1[illegible] | 11 | 1 | 14[illegible] | 4[illegible] | 9[illegible] | 6 | AUX. EXHAUST |
| | 9 | 9.625 | 13[illegible] | 1[illegible] | 12 | 1 | 16[illegible] | 5 | 10 | | |
| | 10 | 10.750 | 15 | 1[illegible] | 13[illegible] | 1 | 17[illegible] | 5 | 10 | 4 | AUX. EXHAUST |

| AUX. LINES-300# PRESS. BULKH[EAD] | | | | | |
|---|---|---|---|---|---|
| [illegible] | PIPE SIZE | O.D. PIPE | O.D. FLANGE | A | C |
| [illegible] | [illegible] | .840 | 7 | [illegible] | 2[illegible] |
| | [illegible] | 1.050 | 7[illegible] | [illegible] | 2[illegible] |
| | 1 | 1.315 | 8[illegible] | [illegible] | 2[illegible] |
| | 1[illegible] | 1.660 | 8[illegible] | [illegible] | 3[illegible] |
| | 1[illegible] | 1.900 | 9 | [illegible] | 3[illegible] |
| [illegible] | 2 | 2.375 | 10[illegible] | 1[illegible] | 5[illegible] |
| | 2[illegible] | 2.875 | 11[illegible] | 1[illegible] | 5[illegible] |
| | 3 | 3.500 | 11[illegible] | 1[illegible] | 6[illegible] |
| | 3[illegible] | 4.000 | 12[illegible] | 1[illegible] | 7 |

| AUX. LINES-300# PRESS. FLANGE COVERS. TEMP. 100°F. TO 388°F. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | PIPE SIZE | O.D. PIPE | O.D. FLANGE | A | C | D | G | J | K | NO. ST'D. COVERS | SERVICE |
| [illegible] | [illegible] | .840 | 4 | [illegible] | 2[illegible] | [illegible] | 5[illegible] | 4[illegible] | 8[illegible] | 2 | AUX. STEAM |
| | [illegible] | 1.050 | 4[illegible] | [illegible] | 2[illegible] | [illegible] | 6 | 4[illegible] | 9 | 4 | AUX. STEAM |
| | 1 | 1.315 | 5[illegible] | [illegible] | 2[illegible] | [illegible] | 6[illegible] | 4[illegible] | 9[illegible] | 3 | AUX. STEAM |
| | 1[illegible] | 1.660 | 5[illegible] | [illegible] | 3[illegible] | [illegible] | 7 | 4[illegible] | 9[illegible] | 2 | AUX. STEAM |
| | 1[illegible] | 1.900 | 6[illegible] | [illegible] | 3[illegible] | [illegible] | 7[illegible] | 4[illegible] | 9[illegible] | | |
| [illegible] | 2 | 2.375 | 6[illegible] | 1[illegible] | 4[illegible] | 1 | 8[illegible] | 5 | 10 | | |
| | 2[illegible] | 2.875 | 7[illegible] | 1[illegible] | 5[illegible] | 1 | 9[illegible] | 5[illegible] | 10[illegible] | 4 | AUX. STEAM |
| | 3 | 3.500 | 8[illegible] | 1[illegible] | 6[illegible] | 1 | 10[illegible] | 5[illegible] | 10[illegible] | | |
| | 3[illegible] | 4.000 | 8[illegible] | 1[illegible] | 7 | 1 | 10[illegible] | 5[illegible] | 10[illegible] | | |

MAIN STEAM-600# PRESS. FLANGE
TYPICAL FOR PIPES 1½" NOM. AND BELOW

| AUX. LINES | | |
|---|---|---|
| PIPE SIZE | O.D. PIPE | O.D. FLANGE |
| ½ | .840 | 3¾ |
| ¾ | 1.050 | 4⅝ |
| 1 | 1.315 | 4⅞ |
| 1¼ | 1.660 | 5¼ |
| 1½ | 1.900 | 6⅛ |
| 2 | 2.375 | 6½ |
| 2½ | 2.875 | 7½ |
| 3 | 3.500 | 8¼ |
| 3½ | 4.000 | 9 |

MAIN STEAM-600# PRESS. FLANGE
TYPICAL FOR PIPES 2" NOM. AND OVER

AUX. LINES

| MAIN STEAM-600# PRESS. FLANGE COVERS. TEMP. 751°F. TO 850°F. | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PIPE SIZE | O.D. PIPE | O.D. FLANGE | A | B | C | D | E | F | G | H | J | K | NO. ST'D. COVERS | SERVICE |
| ½ | .840 | 3¾ | 2 | | 4¼ | ½ | 5¼ | ½ | 6¼ | 5¼ | 3¼ | 9¼ | | |
| ¾ | 1.050 | 4⅝ | 2 | | 5¼ | ½ | 6¼ | ½ | 7¼ | 5½ | 3½ | 9½ | 14 | GLAND SEALING |
| 1 | 1.315 | 4⅞ | 2 | | 5½ | ½ | 6½ | ½ | 8 | 6 | 4 | 10 | 4 | GLAND SEALING |
| 1¼ | 1.660 | 5¼ | 2 | | 5¾ | ½ | 6¾ | ½ | 8¼ | 6¼ | 4¼ | 10½ | | |
| 1½ | 1.900 | 6⅛ | 2 | | 6 | ½ | 7½ | ½ | 9¼ | 6¾ | 4½ | 11 | | |
| 2 | 2.375 | 6½ | 1½ | 1½ | 8½ | 1 | 9 | 1½ | 11 | 6½ | 4½ | 11 | 6 | GLAND SEALING |
| 2½ | 2.875 | 7½ | 1½ | 1½ | 8½ | 1 | 9½ | 1 | 11½ | 7¼ | 4½ | 11½ | | |
| 3 | 3.500 | 8¼ | 1½ | 1½ | 9½ | 1 | 10½ | 1½ | 12½ | 7½ | 4½ | 12½ | 8 | GLAND SEALING |
| 3½ | 4.000 | 9 | 1½ | 1½ | 10 | 1 | 11 | 1 | 13¼ | 8¼ | 5 | 13¼ | | |
| 4 | 4.500 | 10 | 1½ | 1½ | 10½ | 1 | 11½ | ½ | 13½ | 8½ | 5¼ | 13½ | | |
| 4½ | 5.000 | 10½ | 1½ | 1½ | 11 | 1½ | 12 | ½ | 14 | 8½ | 5½ | 14¼ | | |
| 5 | 5.563 | 11 | 1½ | 1½ | 11½ | 1½ | 12½ | ½ | 14½ | 9¼ | 5½ | 14½ | | |
| 5½ | 6.125 | 11½ | 1½ | 1½ | 12¼ | 1½ | 13¼ | ½ | 15 | 9½ | 6 | 15¼ | | |
| 6 | 6.625 | 12½ | 1½ | 1½ | 12½ | 1½ | 14 | ½ | 15½ | 9¾ | 6¼ | 15½ | | |
| 7 | 7.625 | 14 | 1½ | 1½ | 13½ | 1½ | 15½ | ½ | 16½ | 10½ | 6½ | 17¼ | 4 | MAIN STEAM |
| 8 | 8.625 | 15 | 1½ | 2 | 14½ | 1½ | 16½ | ½ | 17½ | 11 | 7½ | 18½ | | |
| 9 | 9.625 | 17 | 1½ | 2 | 16 | 1½ | 18½ | ½ | 19½ | 12½ | 8 | 20½ | | |
| 10 | 10.750 | 19½ | 1½ | 2 | 17 | 1½ | 21 | ½ | 20½ | 13 | 8½ | 21½ | | |

| AUX. LINES | | |
|---|---|---|
| PIPE SIZE | O.D. PIPE | |
| ½ | .840 | |
| ¾ | 1.050 | |
| 1 | 1.315 | |
| 1¼ | 1.660 | |
| 1½ | 1.900 | |
| 2 | 2.375 | |
| 2½ | 2.875 | |
| 3 | 3.500 | |
| 3½ | 4.000 | |
| 4 | 4.500 | |
| 4½ | 5.000 | |
| 5 | 5.563 | |
| 5½ | 6.125 | |
| 6 | 6.625 | |
| 7 | 7.625 | |
| 8 | 8.625 | |
| 9 | 9.625 | |
| 10 | 10.750 | |

| AUX. LINES | | |
|---|---|---|
| PIPE SIZE | O.D. PIPE | |
| ½ | .840 | |
| ¾ | 1.050 | |
| 1 | 1.315 | |
| 1¼ | 1.660 | |
| 1½ | 1.900 | |
| 2 | 2.375 | |
| 2½ | 2.875 | |
| 3 | 3.500 | |
| 3½ | 4.000 | |

LIST OF MATERIAL-QUANTITIES FOR ONE SHIP
GENERAL NOTES
REFERENCES
SEE SHIPS PLAN INDEX FOR VERIFICATION OF APPLICABILITY OF THIS PLAN TO ANY VESSEL
THIS PLAN APPLIES TO DD692 CLASS 2200 TON DESTROYERS
FEDERAL SHIPBUILDING AND DRY DOCK CO. KEARNY, N.J.
DESIGN AND ENGINEERING BY GIBBS & COX, INC. NEW YORK CITY
DR. NO. 692-3902-8
INSULATION AND LAGGING FOR CRUISING TURBINES
BUREAU OF SHIPS PLAN NUMBER
PLAN
PORT UNIT SHOWN
STARBOARD UNIT SIMILAR
ELEVATION
LOOKING OUTBOARD
END ELEVATION
LOOKING AFT

WEIGHT SUMMARY (GROUP IX-SUBJECT 1)

SEE SHIPS PLAN INDEX
FOR VERIFIC...
APPLICABILITY OF THIS
PLAN TO ANY VESSEL.

THIS PLAN APPLIES TO DD 692 CLASS
2200 TON DESTROYERS

FEDERAL SHIPBUILDING
AND DRY DOCK CO.
KEARNY, N.J.

DESIGN AND ENGINEERING BY
GIBBS & COX, INC.
NEW YORK CITY

LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

GENERAL NOTES

REFERENCES

LIST OF MATERIAL - QUANTITIES FOR ONE SHIP
GENERAL NOTES
REFERENCES
DETAIL OF LACING RING
DETAIL OF LACING WASHER
DETAIL OF HOOKS FOR SECURING INSULATION WIRE
PLAN
PORT UNIT SHOWN STARBOARD UNIT SIMILAR
END ELEVATION LOOKING FORWARD
ELEVATION LOOKING OUTBOARD
END ELEVATION LOOKING AFT

LIST OF MATERIAL - QUANTITIES FOR ONE SHIP
GENERAL NOTES
REFERENCES
PLAN
STARBOARD TURBINE SHOWN
PORT TURBINE SIMILAR
SECTION "A-A"
ELEVATION
LOOKING INBOARD
END ELEVATION
LOOKING AFT
PLAN TO ANY VESSELS.
THIS PLAN APPLIES TO DD692 CLASS
2200 TON DESTROYERS
FEDERAL SHIPBUILDING
AND DRY DOCK CO.
KEARNY, N.J.
DESIGN AND ENGINEERING BY
GIBBS & COX, INC.
NEW YORK CITY
DR. NO. 692-3902-9
INSULATION AND LAGGING
FOR H.P. TURBINES
BUREAU OF SHIPS PLAN NUMBER
DD 692-S3902-9
ALT. 1
APPROVED SUBSTITUTE MATERIALS
MAY BE USED FOR MATERIALS ON
NAVY CRITICAL MATERIAL LISTS.
ALTERATION

LIST OF MATERIAL - QUANTITIES FOR ONE SHIP
GENERAL NOTES
REFERENCES
SECTION "A-A"
SEE SHIPS PLAN INDEX FOR VERIFICATION OF APPLICABILITY OF THIS PLAN TO ANY VESSELS.
THIS PLAN APPLIES TO DD692 CLASS 2200 TON DESTROYERS
FEDERAL SHIPBUILDING AND DRY DOCK CO. KEARNY, N.J.
DESIGN AND ENGINEERING BY GIBBS & COX, INC.

DETAIL OF LACING RING
DETAIL OF LACING WASHER
DETAIL OF HOOKS FOR SECURING INSULATION WIRE
PLAN
STARBOARD TURBINE SHOWN
PORT TURBINE SIMILAR
SECTION "A-A"
LIST OF MATERIAL - QUANTITIES FOR ONE SHIP
GENERAL NOTES
REFERENCES
END ELEVATION LOOKING FORWARD
ELEVATION LOOKING INBOARD
END ELEVATION LOOKING AFT
APPROVED SUBSTITUTE MATERIALS MAY BE USED FOR MATERIALS ON NAVY CRITICAL MATERIAL LISTS.

LIST OF MATERIAL - QUANTITIES FOR ONE SHIP
GENERAL NOTES
REFERENCES
SECTION D-D
PLAN
SECTION "C-C"
H.P. TO L.P. TURBINE CROSS-OVER PIPE
STARBOARD UNIT SHOWN
PORT UNIT SIMILAR - OPP. HAND
ELEVATION LOOKING AFT
THIS PLAN APPLIES TO DD692 CLASS 2200 TON DESTROYERS
FEDERAL SHIPBUILDING AND DRY DOCK CO.
DESIGN AND ENGINEERING BY GIBBS & COX, INC. NEW YORK CITY
DR. NO. 692-3902-10
INSULATION AND LAGGING FOR L.P. TURBINE AND CROSS OVER PIPE
BUREAU OF SHIPS PLAN NUMBER
DD692-S3902-10
ALT.
ALTERATION

## LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

| PART NO. | NAME OF PART | NO. WANTED SHIP | NO. WANTED SPARE | MATERIAL | N.R. SPECS | REMARKS | DRAWING NUMBERS BUREAU | DRAWING NUMBERS CONTRACTOR | PATTERN NO. | UNIT WGT | PROD. NO. DIVISION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 200 | AMOSITE ASBESTOS FELT | 1006 SQ FT | | AMOSITE ASBESTOS FELT OR EQUAL | 32F3 | 1" THICK | | | | | |
| 201 | ASBESTOS CLOTH | 640 SQ FT | | ASBESTOS CLOTH | 32C11(INT) TYPE "A" | | | | | | |
| 202 | ASBESTOS CLOTH | 175 SQ FT | | ASBESTOS CLOTH | 32C11(INT) TYPE "B" | FOR TURBINE SIDE OF BLANKETS | | | | | |
| 203 | PLASTIC CEMENT | 770# | | PLASTIC CEMENT | 32C11 TYPE A or B | TYPE "B" MIXED WITH 20% PORTLAND CEMENT | | | | | |
| 204 | INSULATION CEMENT | 60# | | INSUL. CEMENT | 52C8 | | | | | | |
| 205 | No 18 B.W.G. BLACK ANNEALED IRON WIRE | 570 LIN FT | | IRON WIRE | COMMERCIAL | FOR SECURING PERMANENT INSUL. | | | | | 124 |
| 206 | 1/4" DIA. STEEL WIRE | 34 LIN FT | | SOFT STEEL | 46S2 | FOR SECURING INSULATION WIRE | | | | | |
| 207 | STEEL RINGS | 325 | | CADMIUM PLATED STEEL | COMMERCIAL | FOR LACING | | | | | |
| 208 | STEEL WASHERS | 1850 | | STEEL GALV. | COMMERCIAL | FOR LACING | | | | | |
| 209 | No 16 B.W.G. COPPER WIRE | 108 LIN FT | | SOFT COPPER | 22W3 | FOR LACING | | | | | |
| 210 | ASBESTOS YARN | 7# | | ASBESTOS YARN | 32C11(INT) TYPE 2 | FOR QUILTING BLANKETS | | | | | |

WEIGHT SUMMARY

INSULATION (FELT) ---------- 1045.0
CEMENT ---------- 799.0
ASBESTOS CLOTH ---------- 164.0
MISCELLANEOUS ---------- 38.0
TOTAL - 1 SHIP ---------- 2046.0#

## GENERAL NOTES

1. THIS PLAN TO BE FOLLOWED AS CLOSELY AS POSSIBLE MAKING SUCH MODIFICATIONS AS MAY BE NECESSARY TO PROVIDE FOR ACCESS TO BOLTS ETC.
2. INSULATION AND CEMENT TO BE NEATLY FITTED TO ACTUAL MACHINERY AND AROUND FITTINGS.
3. PRIOR TO INSULATING, ALL EXTERNAL SURFACES OF THE TURBINE AND CROSS OVER PIPE SHALL BE THOROUGHLY CLEANED AND COATED WITH TWO COATS OF AN APPROVED HEAT RESISTING PAINT NO SPECS. 52 P18 (INT) IN ACCORDANCE WITH GEN SPECS. S-15-1.
4. TURBINE TO BE INSULATED WITH 2 LAYERS OF 1" THICK AMOSITE ASBESTOS FELT OR EQUAL TOTAL 2" THICK. CROSS OVER PIPE TO BE INSULATED WITH 2 LAYERS OF 1" THICK AMOSITE ASBESTOS FELT OR EQUAL TOTAL 2" THICK. ALL LAYERS TO BE STAGGERED.
5. PERMANENT INSULATION TO BE SECURED TO TURBINE AND CROSS OVER PIPE WITH No 18 BWG BLACK ANNEALED IRON WIRE WHICH IS FASTENED TO STEEL HOOKS SPOT WELDED TO TURBINE AND TO CROSS OVER PIPE. CADMIUM PLATED STEEL RINGS BACKED UP BY GALV. STEEL WASHERS ON BOTH SIDES OF ASBESTOS CLOTH ARE TO BE FASTENED TO PERMANENT INSULATION ADJACENT TO PORTABLE SECTIONS.
6. PORTABLE ASBESTOS FELT BLANKETS SHALL BE PROVIDED OVER FLANGES AND INSPECTION HOLES. THESE BLANKETS SHALL BE QUILTED FROM FRONT TO BACK WITH ASBESTOS YARN AND THE EDGES OF THE ASBESTOS CLOTH SHALL BE SEWED WITH ASBESTOS YARN NOT LESS THAN 3 STITCHES PER INCH. THE BLANKETS TO BE MADE BY COVERING THE OUTSIDE SURFACE WITH TYPE "A" ASBESTOS CLOTH AND THE INSIDE WITH TYPE "B" ASBESTOS CLOTH. BLANKET COVERS TO BE SECURED TO PERMANENT SECTIONS WITH No 16 BWG COPPER WIRE LACED THROUGH CADMIUM PLATED STEEL RINGS IN ASBESTOS CLOTH AS DESCRIBED IN NOTE No 5 ABOVE.
7. ALL PERMANENT INSULATION SURFACES OF TURBINE AND CROSS OVER PIPE SHALL BE OVERLAID WITH 1/2" THICK PLASTIC CEMENT TYPE "A" OR "B" MIXED WITH 20% PORTLAND CEMENT, TROWELED AND RUBBED TO A SMOOTH FINISH. AFTER IT IS COMPLETELY DRY, AN INSULATION CEMENT SHALL BE APPLIED TO THE HARD FINISH CEMENT AND ALLOWED TO DRY, AFTER WHICH A SECOND COAT OF CEMENT SHALL BE APPLIED AND ALLOWED TO DRY. THE INSULATION SHALL THEN BE COVERED WITH ASBESTOS CLOTH, WHICH SHALL BE COATED ON THE UNDERSIDE WITH INSULATION CEMENT AND ALLOWED TO DRY THOROUGHLY. THE EDGES OF THE ASBESTOS CLOTH SHALL BE BEVELLED WITH ASBESTOS AND PORTLAND CEMENT AS A PROTECTION.
8. SHEET STEEL LAGGING TO BE APPLIED OVER THE INSULATION ADJACENT TO THE TURBINE PACKING AND TO BE ARRANGED SO AS TO PROVIDE ACCESS TO PACKING WITHOUT REMOVING THE INSULATION. MATERIAL FOR SHEET STEEL LAGGING IS ORDERED IN LIST OF MATERIAL ON DWG: C59-3302-S.
9. MANUFACTURERS NAME PLATE TO BE SECURELY FASTENED IN A CONVENIENT PLACE ON THE OUTSIDE OF LAGGING.
10. INSULATION AND LAGGING AS SHOWN FOR GENERAL ELECTRIC TURBINE AND CROSS OVER PIPE. WESTINGHOUSE TURBINE AND CROSS OVER PIPE TO BE INSULATED AND LAGGED SIMILARLY.
11. ALL INSULATION AND CEMENT MUST MEET THE REQUIREMENTS OF GEN. SPECS. SUB-SECTION S33-1 OF JUNE 1, 1940.

## REFERENCES

| NO. | TITLE | CONTR. PLAN NO. | BUREAU NO. |
|---|---|---|---|
| 1 | L.P. TURBINE CYLINDER COVER - GEN. ELECT. CO. | | |
| 2 | L.P. TURBINE CYLINDER BASE GEN. ELECT. CO. | | |
| 3 | H.P. TO L.P. CROSSOVER PIPE PART & STBD - GEN. ELECT. CO. | | |

SEE SHIPS PLAN INDEX FOR VERIFICATION OF APPLICABILITY OF THIS PLAN TO ANY VESSELS.

THIS PLAN APPLIES TO DD692 CLASS 2200 TON DESTROYERS

FEDERAL SHIPBUILDING AND DRY DOCK CO.
KEARNY, N.J.

DESIGN AND ENGINEERING BY

SECTION "B-B"
SECTION "A-A"
DETAIL OF HOOKS FOR SECURING INSULATION WIRE
DETAIL OF LACING WASHER
DETAIL OF LACING RING
PLAN
STARBOARD TURBINE SHOWN
PORT TURBINE SIMILAR
SECTION "D-D"
H.P. TURBINE
PLAN
H.P. TO L.P. TURBINE CROSS-OVER PIPE
STARBOARD UNIT SHOWN
PORT UNIT SIMILAR-OPP. HAND
ELEVATION LOOKING FORWARD
ELEVATION LOOKING INBOARD
ELEVATION LOOKING AFT

LIST OF MATERIAL-QUANTITIES FOR ONE SHIP
GENERAL NOTES
APPROVED SUBSTITUTE MATERIALS MAY BE USED FOR MATERIALS ON NAVY CRITICAL MATERIAL LIST.
REFERENCES
SECTION "B-B"
SECTION "C-C"
SECTION "A-A"
DETAIL OF LACING RING
DETAIL OF HOOKS FOR SECURING INSULATION WIRE
DETAIL OF LACING WASHER
SEE SHIPS PLAN INDEX FOR VERIFICATION OF APPLICABILITY OF THIS PLAN TO ANY VESSELS.
THIS PLAN APPLIES TO DD692 CLASS 2200 TON DESTROYERS
FEDERAL SHIPBUILDING AND DRY DOCK CO.
KEARNY, N.J.
DESIGN AND ENGINEERING BY GIBBS & COX, INC. NEW YORK CITY
DR. NO. 692-3902-11
INSULATION AND LAGGING FOR TURBO-GENERATORS.
BUREAU OF SHIPS PLAN NUMBER
DD692-S3902-11
ALT. 2

LIST OF MATERIAL QUANTITIES FOR ONE SHIP
PART NO.
NAME OF PART
MATERIAL
N.D. SPECS
REMARKS
DRAWING
BUREAU
NUMBER
CONTRACTOR
PATTERN NO.
UNIT WGT
GENERAL NOTES
APPROVED SUBSTITUTE MATERIALS MAY BE USED FOR MATERIALS ON NAVY CRITICAL MATERIAL LISTS
REFERENCES
TITLE
CONT. PLAN NO.
BUREAU NO.
SECTION "C-C"
DETAIL OF HOOKS FOR SECURING INSULATION WIRE
SCALE: FULL SIZE
SEE SHIPS PLAN INDEX FOR VERIFICATION OF APPLICABILITY OF THIS PLAN TO ANY VESSELS.
THIS PLAN APPLIES TO DD 692 CLASS 2200 TON DESTROYERS
FEDERAL SHIPBUILDING AND DRY DOCK CO.
KEARNY, N.J.

LIST
PLAN VIEW
SECTION "B-B"
SECTION "C-C"
ELEVATION
SECTION "A-A"
DETAIL OF LACING RING
DETAIL OF HOOKS FOR SECURING INSULATION WIRE
DETAIL OF LACING WASHER

LIST OF MATERIAL - QUANTITIES FOR ONE SHIP
GENERAL NOTES
REFERENCE PLANS
SECTION "B-B"
SECTION "A-A"
END VIEW
ENLARGED SIDE ELEVATION.
THIS PLAN APPLIES TO DD692 CLASS
2200 TON DESTROYERS
FEDERAL SHIPBUILDING
AND DRY DOCK CO.
DESIGN AND ENGINEERING BY
GIBBS & COX, INC.
NEW YORK CITY
DR. NO. 692-3902-2
INSULATION & LAGGING
FOR FUEL OIL HEATERS
BUREAU OF SHIPS PLAN NUMBER
DD 692-S3902-2
ALT. 1
ALTERATION

## LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

| PIECE NO. | NAME OF PIECE | NO. WANTED |  | MATERIAL | NAVY DEPT. SPECIFICATIONS | REMARKS | DRAWING BUREAU | NUMBERS CONTRACTORS | PATTERN NO. | UNIT WEIGHT | PROG. REQ. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 200 | AMOSITE ASBESTOS FELT - 3/4" THICK | 470 [illegible] |  | [illegible] | ..3R F3 |  |  |  |  |  |  |
| 201 | ASBESTOS CLOTH | 215 [illegible] |  | [illegible] | 32 C11 (INT.) |  |  |  |  |  |  |
| 202 | PLASTIC CEMENT | 300 LB |  | PLASTIC CEMENT | [illegible] | [illegible] |  |  |  |  |  |
| 203 | INSULATION CEMENT | 20 LB |  | INSUL. CEMENT | 32 C 8 |  |  |  |  |  | 33 |
| 204 | #18 B.W.G. BLACK ANNEALED IRON WIRE | 300 [illegible] |  | IRON WIRE | COMMERCIAL | FOR SECURING PERMANENT INSUL. |  |  |  |  |  |
| 205 | ASBESTOS YARN | 2 LBS |  | [illegible] | [illegible] | FOR QUILTING BLANKETS |  |  |  |  |  |

WEIGHT SUMMARY: GROUP XIV SUBJECT 8
INSULATION --- 420.0#
LAGGING ---
MISCELLANEOUS --- 324.0#
TOTAL WEIGHT ONE SHIP 744.0#

## GENERAL NOTES

1. THIS PLAN TO BE FOLLOWED AS CLOSELY AS POSSIBLE, MAKING SUCH MODIFICATIONS AS MAY BE NECESSARY, TO PROVIDE FOR ACCESS TO BOLTS, ETC.
2. BEFORE INSULATING, ALL EXTERNAL SURFACES OF FUEL OIL HEATERS SHALL BE THOROUGHLY CLEANED AND PAINTED WITH TWO (2) COATS OF HEAT RESISTING PAINT N.D. SPECS. 52 P13 INT. IN ACCORDANCE WITH GEN SPECS S19-1.
3. MAIN BODY OF FUEL OIL HEATERS TO BE INSULATED WITH 2 LAYERS OF 3/4" THICK AMOSITE ASBESTOS FELT OR EQUAL, TOTAL 1 1/2" THICK. ALL LAYERS TO BE STAGGERED. BOTH ENDS OF FUEL OIL HEATERS TO BE INSULATED WITH AMOSITE ASBESTOS FELT BLANKETS. THESE BLANKETS SHALL BE QUILTED FROM FRONT TO BACK WITH ASBESTOS YARN, AND THE EDGES OF THE ASBESTOS CLOTH SHALL BE SEWN WITH ASBESTOS YARN NOT LESS THAN THREE STITCHES PER INCH. THE BLANKETS TO BE COVERED WITH ASBESTOS CLOTH. ALL PERMANENT INSULATION TO BE SECURED TO FUEL OIL HEATERS WITH #18 B.W.G. BLACK ANNEALED IRON WIRE SPACED 8" ON CENTERS. ALL PERMANENT INSULATION SURFACES TO BE OVERLAID WITH 1/2" THICK PLASTIC CEMENT TROWELED AND RUBBED TO A SMOOTH FINISH. AFTER IT IS COMPLETELY DRY, AN INSULATION CEMENT SHALL BE APPLIED TO THE HARD FINISH CEMENT AND ALLOWED TO DRY, AFTER WHICH A SECOND COAT OF CEMENT SHALL BE APPLIED AND ALLOWED TO DRY. THE INSULATION SHALL THEN BE COVERED WITH ASBESTOS CLOTH, WHICH SHALL BE COATED ON THE UNDERSIDE WITH INSULATION CEMENT AND ALLOWED TO DRY THOROUGHLY. THE EDGES OF THE ASBESTOS CLOTH SHALL BE BEVELLED WITH ASBESTOS AND PORTLAND CEMENT AS A PROTECTION AGAINST BEING TORN AWAY AT THE EDGE.
4. THE ASBESTOS CLOTH SHALL BE PAINTED AS REQUIRED BY SUB-PARAGRAPH S19-1-G-2 OF SUB-SECTION S19-1 OF THE GENERAL SPEC'S.
5. MANUFACTURER'S NAME PLATE TO BE SECURELY FASTENED IN A CONVENIENT PLACE ON OUTSIDE OF LAGGING.
6. ALL INSULATION MUST MEET THE REQUIREMENTS OF GENERAL SPEC'S. SUB-SECTION S39-1 OF JUNE 1, 194?.

## REFERENCE PLANS

| TITLE | CONTR'S PLAN NO. | BUR OF SHIPS PLAN NO. |
|---|---|---|
| FOUNDATIONS FOR F.O. HEATERS. |  |  |
| SECTIONAL G-FIN F.O. HEATER ASSEMBLY |  |  |

SEE SHIPS PLAN INDEX FOR VERIFICATION OF APPLICABILITY OF THIS PLAN TO ANY VESSELS.

THIS PLAN APPLIES TO DD 692 CLASS 2200 TON DESTROYERS

FEDERAL SHIPBUILDING AND DRY DOCK CO.
KEARNY, N.J.

DESIGN AND ENGINEERING BY
GIBBS & COX, INC.
NEW YORK CITY

DR NO 692-3902-2

PLAN.
END VIEW.
SIDE ELEVATION.
END VIEW.
SECTION "B-B"
SECTION "A-A"
END VIEW.
ENLARGED SIDE ELEVATION.
END VIEW.

LIST OF MATERIAL - QUANTITIES FOR ONE SHIP
GENERAL NOTES
REFERENCES
PLAN.
PUMP CASING FOR MAIN FEED BOOSTER PUMP-6 REQUIRED.
PLAN TO ANY VESSELS.
THIS PLAN APPLIES TO DD692 CLASS 2200 TON DESTROYERS
FEDERAL SHIPBUILDING AND DRY DOCK CO. KEARNY, N.J.
DESIGN AND ENGINEERING BY GIBBS & COX, INC. NEW YORK CITY
DR. NO. 692-3902-12
INSULATION AND LAGGING FOR MISCELLANEOUS PUMPS
BUREAU OF SHIPS PLAN NUMBER
DD692-S3902-12
ALT. O
APPROVED SUBSTITUTE MATERIALS MAY BE USED FOR MATERIALS ON N'VY CRITICAL MATERIAL LISTS.

## LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

| PART NO. | NAME OF PART | REQUIRED ORIG. | REQUIRED SPARE | MATERIAL | N.D. SPECS. | REMARKS | DRAWINGS BUREAU | NUMBERS CONTRACTOR | PATTERN NO. | UNIT WGT. | PROCURED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 200 | AMOSITE ASBESTOS FELT 1" THICK | [illegible] | | [illegible] | [illegible] | | | | | | |
| 201 | AMOSITE ASBESTOS FELT [illegible] THICK | [illegible] | | [illegible] | [illegible] | | | | | | |
| 202 | ASBESTOS CLOTH | [illegible] | | [illegible] | [illegible] | | | | | | |
| 203 | ASBESTOS CLOTH | [illegible] | | [illegible] | [illegible] | [illegible] | | | | | |
| 204 | PLASTIC CEMENT | [illegible] | | [illegible] | [illegible] | | | | | | |
| 205 | INSULATION CEMENT | [illegible] | | [illegible] | [illegible] | | | | | | 128 |
| 206 | [illegible] B.W.G. BLACK ANNEALED IRON WIRE | [illegible] | | IRON WIRE | [illegible] | FOR SECURING PERMANENT INSUL. | | | | | |
| 207 | [illegible] DIA. SOFT STEEL WIRE | [illegible] | | SOFT STEEL | [illegible] | FOR SECURING INSULATION WIRE | | | | | |
| 208 | STEEL RINGS | [illegible] | | STEEL CAD. PL. | [illegible] | FOR LACING | | | | | |
| 209 | STEEL WASHERS | [illegible] | | STEEL GALV. | [illegible] | FOR LACING | | | | | |
| 210 | [illegible] B.W.G. COPPER WIRE | [illegible] | | SOFT COPPER | [illegible] | FOR LACING | | | | | |
| 211 | ASBESTOS YARN | [illegible] | | [illegible] | [illegible] | FOR QUILTING BLANKETS | | | | | |

NET AREA: [illegible] · GROSS AREA: [illegible]

WEIGHT SUMMARY: (GROUP [illegible] SUBJECT [illegible])
INSULATION - - - - - - - - 500.
CEMENT - - - - - - - - 466
[illegible] - - - - - - - - 43
TOTAL (1 SHIP) - - - - - - - - 1013 LBS.

## GENERAL NOTES

1. THIS PLAN TO BE FOLLOWED AS CLOSELY AS POSSIBLE MAKING SUCH MODIFICATIONS AS MAY BE NECESSARY TO PROVIDE FOR ACCESS TO BOLTS, ETC.
2. INSULATION AND CEMENT TO BE NEATLY FITTED TO ACTUAL MACHINERY AND ADJOINING FITTINGS.
3. PRIOR TO INSULATION, ALL THE EXTERNAL SURFACES OF THE PUMP TURBINES AND PUMP BODIES SHALL BE THOROUGHLY CLEANED AND COATED WITH TWO(2) COATS OF AN APPROVED HEAT RESISTING PAINT N.D. SPECS. [illegible] IN ACCORDANCE WITH GENL. SPECS. [illegible]
4. PUMP TURBINES TO BE INSULATED WITH [illegible] LAYERS OF 1" THICK AMOSITE ASBESTOS FELT OR EQUAL. TOTAL [illegible] THICK. PUMP TURBINE EXHAUST CASE TO BE INSULATED WITH [illegible] THICK AMOSITE ASBESTOS FELT OR EQUAL. PUMP BODIES TO BE INSULATED WITH [illegible] LAYERS OF [illegible] THICK AMOSITE ASBESTOS FELT OR EQUAL, TOTAL [illegible] THICK. ALL LAYERS TO BE STAGGERED.
5. PERMANENT INSULATION TO BE SECURED TO PUMP TURBINES AND PUMP BODIES WITH [illegible] B.W.G. BLACK ANNEALED IRON WIRE [illegible]
6. PORTABLE ASBESTOS FELT BLANKETS SHALL BE PROVIDED OVER FLANGES AND FITTINGS. THESE BLANKETS SHALL BE QUILTED [illegible] ASBESTOS YARN NOT LESS THAN 3 STITCHES PER INCH. THE BLANKETS TO BE MADE BY COVERING THE OUTSIDE SURFACE WITH TYPE "A" ASBESTOS CLOTH AND THE INSIDE WITH TYPE "B" ASBESTOS CLOTH. BLANKET COVERS TO BE SECURED TO PERMANENT SECTIONS WITH [illegible] B.W.G. COPPER WIRE LACED THROUGH CADMIUM PLATED STEEL RINGS IN ASBESTOS CLOTH AS DESCRIBED IN NOTE NO. 5 ABOVE.
7. ALL PERMANENT INSULATION SURFACES OF PUMP TURBINES AND PUMP BODIES SHALL BE OVERLAID WITH [illegible] THICK PLASTIC CEMENT TYPE [illegible] MIXED WITH [illegible] PORTLAND CEMENT, TROWELLED AND RUBBED TO A SMOOTH FINISH. AFTER IT IS COMPLETELY DRY, AN INSULATION CEMENT SHALL BE APPLIED TO THE HARD FINISH CEMENT, AND ALLOWED TO DRY, AFTER WHICH A SECOND COAT OF CEMENT SHALL BE APPLIED AND ALLOWED TO DRY. THE INSULATION SHALL THEN BE COVERED WITH ASBESTOS CLOTH WHICH SHALL BE COATED ON THE UNDERSIDE WITH INSULATION CEMENT AND ALLOWED TO DRY THOROUGHLY. THE EDGES OF THE ASBESTOS CLOTH SHALL BE BEVELLED WITH ASBESTOS AND PORTLAND CEMENT AS A PROTECTION.
8. SHEET STEEL LAGGING TO BE APPLIED OVER THE INSULATION ADJACENT TO THE TURBINE PACKING. INSULATION TO BE ARRANGED SO AS TO PROVIDE ACCESS TO PACKING WITHOUT REMOVING THE PORTABLE BLANKETS. MATERIAL FOR SHEET STEEL LAGGING IS COVERED IN LIST OF MATERIAL ON DWG. NO. [illegible], BU. NO. [illegible]
9. MANUFACTURER'S NAME PLATE TO BE SECURELY FASTENED IN A CONVENIENT PLACE ON THE OUTSIDE OF LAGGING.
10. INSULATION AND LAGGING AS SHOWN, FOR DE LAVAL CO. TURBINES AND PUMPS. ON SHIPS WHERE PUMPS AND TURBINES OF OTHER MANUFACTURERS ARE USED, INSULATION AND LAGGING TO BE SIMILAR.
11. ALL INSULATION AND CEMENT MUST MEET THE REQUIREMENTS OF GENERAL SPECS. SUB-SECTION 3394 OF JUNE 1 1940.

## REFERENCES

| NO. | TITLE | CONT. PLAN NO. | BUREAU NO. |
|---|---|---|---|
| 1 | AUX. FEED BOOSTER PUMP - PUMP CASE DE LAVAL CO. | [illegible] | [illegible] |
| 2 | MAIN FEED BOOSTER PUMP - PUMP CASE DE LAVAL CO. | [illegible] | [illegible] |
| 3 | MAIN FEED BOOSTER PUMP - TURB. ASSY. DE LAVAL CO. | [illegible] | [illegible] |
| 4 | FUEL OIL SERVICE PUMP - TURB. ASSY. DE LAVAL CO. | [illegible] | [illegible] |
| 5 | FUEL OIL BOOSTER PUMP - TURB. ASSY. DE LAVAL CO. | [illegible] | [illegible] |
| 6 | MAIN CONDENSATE PUMP - TURB. ASSY DE LAVAL CO. | [illegible] | [illegible] |
| 7 | LUB. OIL SERVICE PUMP - TURB. ASSY DE LAVAL CO. | [illegible] | [illegible] |

DETAIL OF HOOKS FOR SECURING INSULATION WIRE.
SCALE: [illegible]

PLAN.

SEE SHIPS PLAN [illegible] FOR VERIFICATION [illegible] APPLICABILITY OF THIS PLAN TO ANY VESSELS.

THIS PLAN APPLIES TO DD 692 CLASS 2200 TON DESTROYERS

FEDERAL SHIPBUILDING AND DRY DOCK CO.
KEARNY, N.J.

DESIGN AND ENGINEERING BY GIBBS & COX, INC.

PLAN.
DETAIL OF LACING WASHER.
DETAIL OF LACING RING.
DETAIL OF HOOKS FOR SECURING INSULATION WIRE.
LIST OF MATERIAL - QUANTITIES FOR ONE SHIP
GENERAL NOTES
TURBINES FOR-
LUBRICATING OIL SERVICE PUMPS-4 REQUIRED
FUEL OIL SERVICE PUMPS- 4 REQUIRED
FUEL OIL BOOSTER PUMPS- 2 REQUIRED
MAIN FEED BOOSTER PUMPS- 4 REQUIRED
MAIN CONDENSATE PUMPS- 4 REQUIRED
PLAN.
REFERENCES
PLAN.
PUMP CASING FOR
MAIN FEED BOOSTER PUMP- 4 REQUIRED.
PUMP CASING FOR
AUXILIARY FEED BOOSTER PUMP-2 REQUIRED.
APPROVED SUBSTITUTE MATERIALS
MAY BE USED FOR MATERIALS ON
NAVY CRITICAL MATERIAL LISTS.
ALTERATION