





















TYPICAL INSULATION AND LAGGING
DETAILS FOR MISCELLANEOUS
VALVES AND FITTINGS



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                                       :
RICHARD A. GEORGE,                                     :   Civil Action No.:
                                                       :
                              Plaintiff,               :   Index No.: 115544-04
                                                       :   (Supreme Court of New York County)
              v.                                       :
                                                       :   **DEFENDANT CRANE CO.'S NOTICE**
A.W. CHESTERTON COMPANY, et al.,                       :   **OF REMOVAL PURSUANT TO 28 U.S.C.**
                                                       :   **§§ 1442 AND 1446.**
                              Defendants.              :
-------------------------------------------------------x

# Exhibits Cont.

# 1 of 2

# Exhibit I

5- ℋ

(9) Main and auxiliary condensate piping from air ejectors to deaerating heaters (130°F.).

(10) Feed booster and feed disch. piping from deaerating heaters to economizer (250° F.)

(11) Economizer outlet piping to boiler drum (340° F.).

(12) Boiler blows (490° F.).

(13) All saturated steam drains, except laundry drains, from traps to deaerating feed tank (300°F.)

(14) Laundry drains from traps to deaerating tank (250°F.)

(15) Heating system drains from traps to drain tank, heating system drain pump suction and disch., and heating system air ejector suct. (200° to 250° F.).

(16) F. O. discharge piping, except flange joints, from F. O. heaters to inlet flange of manifold on boiler fronts (250° F.) See paragraph II (1) (d).

(17) Main and aux. air ejector condensers and gland exhaust condenser drains to F. W. drain tank. (140°F.).

(18) Distilling apparatus (See paragraph II (1) (g) and (h).

    (a) Exhaust (250° F.)

    (b) Vapor (130° - 198° F.)

    (c) Evaporator steam head drains (200° F.)

    (d) Brine from 1st, 2nd. and 3rd. effect evaporators (150° F.).

    (e) air ejector condenser drain (212° F.)

    (f) Evaporator feed beyond distiller inner heater (181° - 183°F.)

    (g) Valves, fittings and flanges for items (b), (c), (d) and (e) are not to be insulated.

⚠ (19) F.O. discharge piping on boiler fronts up to flanges on burner mani-folds to be lagged with .014" galvanized sheet steel & elsewhere with FOR H-392-7 INCL. CANVAS SEWED ON AND THEN TREATED WITH FLAME RETARDING SOLUTION) fibrous glass tape: AND WITH FIBROUS GLASS CLOTH OR TAPE SEWED OR CEMENTED ON FOR H-398 & FUTURE.

⚠ (20) Except as noted above and as modified by paragraph XIV, pipes, valves, fittings, and flanges of all the above systems are to be insulated with 85% magnesia and lagged with canvas (FOR H392-7 INCL. AND WITH FIBROUS GLASS CLOTH OR TAPE FOR H398 & FUTURE.

(21) Asbestos cloth cuffs not less than 6" in width are to be fitted

ONLY WHEN

(7) over the ends of pipes lagged with canvas and fitted with portable flange covers. See Dr. No. 172826.

(22) For flange covers see paragraph No. XIV.

(23) Thickness of insulation to be as follows; see paragraph III (3), for pipes 3/8" and below.

| Temperature | Nom. Pipe Dia. | Inner Layer Thick. | Outer Layer Thick. |
|---|---|---|---|
| 100° - 388° | 1/2" to 1-1/2" incl. | 7/8" | - |
| 389° - 500° | 1/2" to 1-1/2" incl. | 7/8" | 7/8" |
| 100° - 338° | 2" to 3-1/2" incl. | 1-1/32" | - |
| 339° - 388° | 2" to 3-1/2" incl. | 1-1/2" | - |
| 389° - 500° | 2" to 3-1/2" incl. | 1-1/2" | 1-1/2" |
| 100° - 267° | 4" to 6" incl. | 1-1/8" | - |
| 100° - 267° | 6-1/2" to 10" incl. | 1-1/4" | - |
| 100° - 267° | 10-1/2" & Above | 1-1/2" | - |
| 268° - 338° | 4" & Above | 1-1/2" | - |
| 339° - 388° | 4" to 6" incl. | 1-1/8" | 1-1/8" |
| 339° - 388° | 6-1/2" to 10" incl. | 1-1/4" | 1-1/4" |
| 339° - 388° | 10-1/2" & Above | 1-1/2" | 1-1/2" |
| 389° - 500° | 4" & Above | 1-1/2" | 1-1/2" |

(24) The insulation of steam lines at the main, dynamo, distiller, and heating system air ejector nozzles shall be portable to permit easy removal and replacement when cleaning the air ejector nozzles.

(25) For details of insulation in this section see Dr. No. 172826, "Miscelleneous Valve & Flange Covers & Pipe Insulation".

7. INSULATION FOR TEMPERATURES BELOW 100° F.

(1) Bilge and fire and flushing pump discharge piping and all auxiliary salt water circulating pipes above a level 24" above the floor. See II. (1) (e) to be covered as follows:

(2) ~~One layer of heavy asphalt impregnated paper which shall be lapped 4" in each direction and secured with single jute twine wrapping on 4" centers, one layer of 1" thick hair felt closely wrapped and secured with twine 4" centers, one layer of waterproof asphalt impregnated paper or fabric, and one layer of rosin paper to prevent the asphalt striking through the canvas lagging, and then lagged with canvas.~~

                                                        PIPES                    FOR
(3) Flanges, valves and fittings on cold water piping to be insulated
                                     WATER PROOFED AMOSITE BLANKET
with one layer of 1" thick ~~hair~~ felt and secured in place with a close
                            OR EXPANDED WIRE.                          COATED
wrapping of heavy jute twine, then covered with a waterproof ~~asphalt~~
FLAME PROOF PAPER LAPPED 4" IN EACH DIRECTION.
~~impregnated paper or fabric, and one layer of rosin paper to prevent the asphalt~~
~~striking through the canvas lagging~~, and then lagged with canvas. SEWED
ON AND TREATED WITH FLAME RETARDING SOLUTION FOR H392-7 INCL. AND
WITH FIBROUS GLASS CLOTH OR TAPE SEWED OR CEMENTED ON
FOR H398 & FUTURE.

| U.L. NO. 2 | N.N. DR. NO. 172761 | SHEET NO. 7 OF 11 SHEETS |
|---|---|---|

Z.G. WHISTRAND, SIREN STEAM & DRAIN PIPING, WHERE CLASSED TO MACHINE AND SALT SPRAY IS TO BE LAGGED WITH 014 THK. GALV. SHEET STEEL

**VI**   DE-AERATING FEED TANKS

   To be insulated as indicated on approved Dr. No. 615-101.

**VII**   GLAND VAPOR CONDENSER

   To be insulated as indicated on approved Dr. No. 615-101.

**VIII**   FUEL OIL HEATERS

   To be insulated as indicated on approved Dr. No. 136446.

**IX**   HEATING SYSTEM DRAIN TANK

   To be insulated as indicated on approved Dr. No. 615-107.

**X**   EVAPORATORS, VAPOR FEED HEATERS, DISTILLING CONDENSERS, EJECTOR CONDENSERS AND
   CONDENSATE COOLERS FOR EVAPORATOR PLANT

   (1)   EVAPORATORS.   To be insulated with 85% magnesia block, firmly secured with 1/8" flexible hot dipped galvanized steel cable spaced on 9" maximum centers, 1" mesh galvanized wire netting shall then be spread over the surface and shall be held by wiring to the steel cable.   Fill all crevices, smooth all surfaces, and completely coat the wire netting with insulating cement to a minimum insulating material thickness of 1-1/2" & lag with CANVAS SEWED ON AND THEN TREATED WITH FLAME RETARDING SOLUTION FIBROUS GLASS CLOTH OR TAPE SEWED OR CEMENTED ON FOR H392-T INCL. AND WITH FOR H398 & FUTURE.

   (2)   DISTILLING CONDENSERS, AFTER CONDENSERS, AND VAPOR FEED HEATERS.

   To be insulated with 85% magnesia block, firmly secured with 1" mesh galvanized wire netting.   Fill all crevices, smooth all surfaces and completely coat the wire netting with insulating cement to a minimum insulating material thickness of 1-1/2" and lag with CANVAS SEWED ON AND THEN TREATED WITH FLAME RETARDING SOLUTION FOR H392-T INCL. AND WITH FIBROUS GLASS CLOTH OR TAPE SEWED OR CEMENTED ON FOR H398 & FUTURE.

   (3)   CONDENSATE COOLERS.   To be insulated with WATER-PROOFED AMOSITE BLANKET not less than 1" thick AMOSITE BLANKET applied to cooler surface, to be secured with heavy jute twine OR STAINLESS WIRE, protected by water proof COATED FLAME PROOF PAPER LAPPED 4" IN EACH DIRECTION AND LAGGED WITH CANVAS SEWED WITH FLAME RETARDING SOLUTION FOR H392-T INCL. AND WITH FIBROUS GLASS ON AND TREATED CLOTH OR TAPE SEWED OR CEMENTED ON FOR H398 & FUTURE.

**XI**   MAIN TURBINES, L. P. AND H. P.

   To be insulated as approved on Dr. No. 610-339, H.P. & Dr. No. 610-341 L.P.

8-96

XII    BOILER DRUMS

To be insulated as approved on Dr. No. 660-55.

XIII    REFRIGERATING PIPING

To be insulated as approved on the following drawings:
By note on Dr. No. 605-252, "Arrg't. of Piping in Ice Mach. Room," and
Dr. No. 156451, "Bhd. Connections for Freon Pipes."

XIV    FLANGE COVERS

(1)  The insulating materials used in making flange covers are to be
the same as those used for insulating the pipes and are to be of a thick-
ness as shown on Dr. No. 172825, "Insulation for Superheated Steam Lines"
or Dr. No. 172826, "Misc., Valves & Flange Covers & Pipe Insulation" to
suit the service. Portable covers are to be built up in halves on galv-
anized wire mesh cloth having 1/2" meshes with .049" diameter wire and
lagged with asbestos cloth (FOR SUPERHEATED STEAM LINES) or fibrous glass cloth
(FOR H392-T INCL. AND WITH FIBROUS GLASS CLOTH FOR H398 & FUTURE)
lines, and with canvas for other lines. Portable covers are to be neatly
fitted and arranged for ready removal and replacement without injury.

(2)  Portable covers shall be fitted on the following items only: -

(a)  All main steam valves and flanges.

(b)  All reducing and regulating valves.

(c)  Strainer bonnets.

(d)  Valve bonnets for systems operating at a temperature in
excess of $250^o$ F.

(e)  Valves and flanges for heating system mains.

(f)  Unions and valves in heating system branches where likely
to injure personnel.

(3)  The following items to be insulated but not made portable: -

(a)  Valves, except glands, for systems operating at a temper-
ature of $250^o$ F. to 100° F., and flanges and fittings for
same, except as noted above.

(b)  Flanges for systems operating at a temperature in excess of
$250^o$ F, except as noted above.

(4)  Where valves and flange covers are not portable the insulation for systems for temperature of 100° F. to 500° F. shall consist of magnesia blocks smoothed over with magnesia cement, and finished with a layer of hard finish asbestos plaster, to a total thickness of within 1/2" of that of the adjacent pipes.  Non-portable insulation for valves and flanges for temperatures below 100°F. to be as required by V.

XV.    AUX. TURBINES AND PUMPS

To be insulated as approved on Dr. No. 135646, "Type plan showing method of lagging aux. turbines and pumps."

XVI    GENERAL NOTES:

(1)  Single layer magnesia or high temperature covering for pipes of sizes from 1/2" up to and including 10" shall be furnished in sections. For pipes of sizes larger than 10" the covering shall be furnished in curved segments.  Double layer covering shall be furnished in two-layers of listed thicknesses as follows:  In sections, for the inner layer of pipe sizes up to and including 10" and for the outer layer of pipe sizes up to and including 8" in curved segments for the inner layer of pipe sizes larger than 10" and for the outer layer of pipe sizes larger than 8".

(2)  Single layer covering shall be secured by at least 3 loops per section of 18 B.W.G. annealed hot dipped galvanized iron wire.  Outer layer covering shall be applied so as to break both butt and lateral joints and each section shall be secured by at least 3 loops of No. 18 B.W.G. annealed hot dipped galvanized iron wire.

(3)  Material equivalent to the insulation shall be used for pointing up and finishing sectional and segmental insulation before lagging.

(4)  All insulation where exposed to chaffing or abrasion shall be lagged with .014" galvanized sheet steel.

(5)  All galvanized steel metal lagging shall be painted on the inside surface with two coats of aluminum paint before installation.

(6)  Where flanges are not covered the covering on pipe shall be extended to as near the flanges as practicable and shall be completely covered by the lagging.

26-9

(7) **FIBROUS GLASS CLOTH,** Canvas and asbestos cloth lagging shall be thoroughly sized and painted with at least two coats of standard lead and oil in color as specified, except that where within 18" of surfaces or lagging of superheated steam pipes or machine surfaces it shall have two coats of Bureau formula No. 11 aluminum paint. For ~~color coding for~~ identification of pipe systems, see ~~standard~~ drawing No. ~~144966~~ 174934, **SERVICE** ~~for~~ identification **FOR PIPING** ~~of pipe systems.~~"

(8) Lap joints of metal lagging to be secured with brass bands fastened with round head screws or to have a bead in the exposed edge and be secured with hardened self tapping metal screws in punched holes.

(9) ~~All~~ work to be done in a thoroughly first class and workmanlike manner, subject to the approval and acceptance of the Government Inspectors.

(10) Other systems not tabulated, and with operating temperatures below 100° F, are not to be covered or lagged.



SECTION THRU VALVE

INSULATION & LAGGING FOR SUPERHEATED STEAM

PIPES 1½" NOM. SIZE & BELOW

SECTION THRU VALVE

INSULATION & LAGGING FOR SUPERHEATED STEAM

PIPES 2" NOM. SIZE & ABOVE

THE NEWPORT NEWS SHIPBUILDING & DRY DOCK COMPANY
NEWPORT NEWS, VIRGINIA
ENGINEERING DEPARTMENT

DRAWING NO. 172825

INSULATION FOR SUPERHEATED
STEAM LINES





PLAN—ENGINE ROOM

| Nº & NAME OF VESSELS | BUILDING YARD | HULL | CHARGE | GROUP | |
|---|---|---|---|---|---|
| CV-47 | BETH. | H- | | | |
| CV-46 | N.N.S.&D.D.C° | H-447 | | | |
| CV-38 | | H-446 | | | |
| CV-21 | | H-410 | E | | |
| CV-20 | N.Y.N.Y. | H- | | | |
| CV-19 | BETH. | H-1511 | | | |
| CV-18 | | H-1510 | | | |
| CV-17 | | H-1509 | | | |
| CV-16 | | H-1588 | | | |
| CV-15 | N.N.S&D.D.C° | H-398 | | | |
| CV-14 | | H-397 | | | |
| CV-13 | | H-396 | | | |
| CV-12 | | H-395 | | | |
| CV-11 | | H-394 | | | |
| CV-10 | | H-393 | | | |
| CV-9 | | H-392 | | | |

# THE NEWPORT NEWS SHIPBUILDING & DRY DOCK COMPANY
## NEWPORT NEWS, VIRGINIA
## ENGINEERING DEPARTMENT

# DRAWING NO. 17276I

SCALE — =1 FT.
DRAWN BY ESH.
TRACED BY
CHECKED BY _Dj 3/6/42

APPROVED

Forw. 3/17/42. RVS

### ACTION
### BY BUREAU OF SHIPS
LETTER FILE ____

### APPROVED
DATE    3-20-42

FOR SUPERVISOR OF SHIPBUILDING

DATE                NO.

## FORWARDED
## TO BUREAU

### PLAN
EXAMINED AND FOUND CORRECT
SUPERVISOR OF SHIPBUILDING U.S.N.
DATE

## DIRECTIONS FOR INSULATION AND LAGGING OF PIPES AND AUXILIARIES UNDER COGNIZANCE OF BUREAU OF ENGINEERING    11 SHEETS

PLAN NUM
4 ALT

| PANEL | MARK | DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | △H | IN PAR. IV (19) & (20), V (3), X (1), (2), & (3) FIBROUS GLASS REPLACES CANVAS LAGGING FOR HULLS 395 & FUTURE AS PER BU-SHIPS MULTI-ADR. LETTER S45-1 (C49), EN28/A2-11 OF FEB. 1, 1944. FIBROUS GLASS MARKED SEWED OR CEMENTED ON AS PER OUR MEMO TO S.O.S. DATED MAY 18, 1944. IN PAR. IV (6) "OR" WITH FIBROUS GLASS TAPE" DELETED AS ASBESTOS CLOTH IS PREFERED FOR ALL SHIPS. IN PAR. IV (21), ASBESTOS CUFFS TO BE FITTED ONLY WHERE CANVAS LAGGING IS USED; IN PAR. XIX(1), FIBROUS GLASS CLOTH DELETED FOR SUPHTD. STEAM AND ADDED FOR OTHER LINES FOR H398 & FUTURE | 5-22-44 | 5/15/44 | O.L.C. ESW. |
| | △ | *21 ANNEALED WIRE USED IN LIEU OF HEAVY JUTE TWINE ON BRASS MESH | 1-26-44 | 1/25/44 | O.L.C. BO |
| | △ | PAR.III (8) & (4) ALTERED FOR H-410, 446 & 447 TO SUIT RELOCATION OF GEN. SETS (EMERG. DIESEL) | 1/6/44 | O.L.C. BO |
| | △ | PLAN MADE APPLICABLE TO CV92 & CV49, H446 & H447 AND CV67-BETH) | 11-4-43 | 11-8-43 | O.L.C. BO |
| | △ | IN PAR. I, "WATER PROOFED AMOSITE BLANKET WAS HAIR FELT". PAR I(3)&(11) & I(2) METHOD OF APPLYING INSULATION ALT'D TO SUIT CHANGE IN MATERIALS FROM "HAIR FELT" TO "WATER PROOFED AMOSITE BLANKET IN ACCORDANCE WITH BU. LET. 834-H(46 OVER EN 28/A2-11 OF 4-17-43. | 5-6-43 | 5/4/43 | O.L.C. BO |
| | △ | IN PAR. IV (19), CANVAS WAS FIBROUS GLASS TAPE". IN PAR. X (1) AND X(2), "CANVAS" WAS "ASBESTOS CLOTH OR FIBROUS GLASS CLOTH". IN PAR. XIV. (7) INDENTIFICATION OF PIPE ETC. WAS WITH COLOR BANDS". ALT'N A'G'REED WITH BU. LET. 838-1(046) OVER EN 28/ A2-11 OF 4-7-43 AND AS ADVISED BY CAPT. GAYHNET. ON 4-9-43 | 4-7-43 | 4/26/43 | O.L.C. BO |
| | △ | BUS FOR JL. PAR 12 SHEET 2 ADDED | 11/10/42 | | |
| PANEL | MARK | DESCRIPTION | | | | |

ALTERATIONS

I.   MATERIALS REFERRED TO IN THE FOLLOWING DIRECTIONS ARE TO BE
     ORDERED TO THE FOLLOWING SPECIFICATIONS:

High temperature cement --------------------------------- 32-C-14

High temperature insulation (Light weight) ------------- 32-P-3.

Magnesia insulating covering & cement (Light weight) ---- 32-M-3.

Asbestos rope & wick ----------------------------------- 32-P-5.

Canvas ------------------------------------------------- 24-D-3.

⚠ WATER PROOFED AMOSITE BLANKET                           COMMERCIAL
  Hair Felt                                              32-F-

Galv. steel sheet lagging ------------------------------ 47-S-10.

Paper ------------------------------------High grade commercial.

Asbestos cloth (Type "B") ------------------------------ 32-C-11.

⚠ Fibrous glass tape & CLOTH --------------------------- 32-C-15

II.   THE FOLLOWING SYSTEMS OR PARTIAL SYSTEMS WILL NOT BE INSULATED:

(1) (a) Condensate suction and discharge piping between condenser and
        air ejector, air ejector air suction, and vacuum drain.

    (b) Diesel engine exhaust where exposed to atmosphere.
        (See painting schedule Dr. No. 172813).

    (c) Escape piping in uptake spaces.

    (d) All fuel oil piping, except that service discharge between
        F.O. heaters and inlet flange of manifolds on boiler fronts
        is to be insulated.

    (e) All piping below floor level where liable to come into contact
        with bilge water, bilge, fire & flushing discharge, and aux-
        iliary salt water circulating pipes below the level of 24"
        above the floor plates, and certain individual leads above this
        level when approved by an Officer of the S.O.S. Office.

    (f) Auxiliary exhaust to condensers beyond back pressure valve.

    (g) Distiller air ejector drain (100° F.).

    (h) Distiller condensate P. suction & disch. up to test tank (95°F.).

    (i) Steam & drain piping in floodable voids. (See painting schedule
        Dr. No. 172813).

HULL NO. | N.N.DR.NO. | SHEET NO.3 OF 11 S
3 2      | 172781     |

(j) Heating system drain lines between thermo-heaters and thermostatic traps where not exposed to outside temperature or weather are not to be covered or lagged, except where injury to personnel is likely. Drain lines in pantries and galleys from steam tables, water heaters, etc. to thermostatic traps are not to be covered or lagged.

(k) Gland vapor exhauster discharge to atmosphere except where likely to injure personnel.

(2) Covering for steam and exhaust pipes which may be near a magazine is to be double the standard thickness.

(3) Where pipes 3/8" nom. dia. and below in steam, exhaust, and steam drains are required to be insulated to conserve heat or prevent burning personnel, they shall be covered to a total thickness of not less than 1/4" with layers of asbestos cloth weighing approximately 2-1/4 lbs. per Sq. Yd. and sewed with No. 25 copper wire, without canvas lagging. Gauge lines need not be insulated except where there is danger of burning personnel.

III. INSULATION FOR TEMPERATURES 501° F. AND ABOVE.

(1) Superheated steam and drains up to and including H.T. traps(850°F.

(2) Diesel engine exhaust, including muffler(850°F.)See (8) & (9) below.

(3) Superheated escape up to 4th. dk. (810° F.)

(4) Steam to soot blowers (850°F.)

(5) The above includes all pipes, valves, fittings and flanges.

(6) Pipes 1/2" to 1-1/2" diameter inclusive, superheated escape pipes and soot blower piping, to be insulated with single layer of high temperature insulation. Pipes larger than 1-1/2" to be insulated with two layers, the inner layer to be high temperature and the outer layer to be 85% magnesia. Piping to be lagged with asbestos cloth or with fibrous glass tape.

14-3

(7) Thickness of insulation to be as follows: See paragraph III (4) for pipes 3/8" nom. dia. and below.

| Temperature | Nom. Pipe Dia. | Inner layer Thick. | Outer Layer Thick |
|---|---|---|---|
| 501° - 1050° | 1/2" to 1-1/2"incl. | 2" | |
| " - " | 2" & 2-1/2" | 1-1/4" | 2" |
| " - " | 3" | 1-1/2" | 2" |
| " - " | 3-1/2" | 1-1/4" | 2" |
| " - " | 4" | 1-1/2" | 2" |
| " - " | 4-1/2" | 1-1/4" | 2" |
| " - " | 5" to 7" incl. | 1-1/2" | 2" |
| " - " | 8" & Above | 1-1/2" | 2-1/2" |

⚠ (8) Diesel engine exhaust piping in storerooms on 4th. deck between ( for H-392-B only ) frs.176-184 St'b'd for H-410,446 & 447 frs. 79-84 P. & 142-150 centerline to have 2-1/2" thick insulation for both the inner and outer layers and covered with galvanized sheet steel .014" thick.

⚠ (9) Diesel engine muffler to be covered to a total thickness of 4", H-392 -B only. For H-410,446 & 447 Ford muffler covered. Aft muffler painted only.
(10) For flange covers see paragraph No. XIV.

(11) For details of insulation in this section see Dr. No. 172825, "insulation for superheated steam lines".

IV. INSULATION FOR TEMPERATURES FROM 100°F. to 500°F.

(1) Saturated steam under full boiler pressure, (490°F.).

(2) Steam to F.O. heaters and drains from same up to and including traps (490° F.).

(3) Reduced saturated steam and steam to F.O. heating coils in F.O. tanks and drains from same up to and including traps (366°F.).

(4) Reduced steam to laundry (100# pressure) and drains up to and including traps (338°F.).

(5) Heating system, constant and intermittent steam, and drains up to and including traps (297°F.). See paragraph II (1) (j).

(6) Receiver pipes between H.P. and L.P. turbines (420° F.).

(7) Auxiliary exhaust, gland sealing and leakoff, and atmospheric exhaust (250°F.).

(8) Saturated escape piping up to 4th. dk. and superheated safety valve actuating line (about 350°F. insulate for 250°F.) (See III for superheated escape.)

# Exhibit J

ENCLOSURE II                    DRAFT              ENCLOSURE II



DEPARTMENT OF THE NAVY
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
WASHINGTON, D.C. 20350

Ser 454D/318571
8 February 1979

Dear Mr. Hughes,

In further response to your inquiry of October 5, 1978 for information on asbestos use in the Navy's shipbuilding and ship repair operations, it is estimated that the quantity of thermal insulation used on each major class of ships is as follows:

| Ship Class | Estimate of Thermal Insulation (lbs) |
|---|---|
| Destroyer — DD | 87,634 |
| Guided Missile Cruiser — CGN | 123,770 |
| Submarine — SSN | 62,465 |
| Replenishment Oiler — AOR | 78,515 |
| Oceanographic Research Ship — AGOR | * |
| Large Harbor Tug — YTB | 6,858 |
| Fuel Oil Barge — YON | ** |

 * Weight control reports for AGOR class ships have not been prepared. Data unavailable.

** Weight control reports for YONs do not make any reference to thermal insulation.

As noted in my earlier response of January 5th, this information represents the weight of thermal insulation installed and does not include asbestos used in other applications, such as pipe hanger liners, gaskets, etc.

I hope that this information satisfactorily answers your question regarding the extent of thermal insulation being used in the Navy's shipbuilding and ship repair operations.

Sincerely,

T. J. Bigley
Vice Admiral, U.S. Navy
Deputy Chief of Naval
Operations (Logistics)

Mr. Robert F. Hughes
Assistant Director
U. S. General Accounting Office
Human Resources Division
Washington, D C. 20548

13

B 304153

DRAFT

# Exhibit K

ACKER
ADDRESS SUPERVISOR OF SHIPBUILDING, U. S. NAVY
AND REFER TO NO.

CL5501ass/S1-7 (5970)

# NAVY DEPARTMENT

## OFFICE OF SUPERVISOR OF SHIPBUILDING

### Camden, N. J.

10 March 1942

Enclosures

From:    Supervisor of Shipbuilding, U.S.N., Camden, N.J.
To  :    New York Shipbuilding Corporation.

Subject:  CL55 CLASS CRUISERS — Deaerating Feed Tanks —
          Preliminary Instruction Book — Cochrane
          Corporation, Mfr.

References:  (a) N.Y.S.ltr 9-1444-42 of 21 February 1942
            (b) Cochrane Dr. G-1016;CL55-856-1, 116.
            (c) Cochrane Dr. G-1015;CL55-856-3, Alt. 3
            (d) Cochrane Dr. G- 869
            (e) Belfield Dr. S6-8524
            (f) N.Y.S.Dr. 423-580-87;CL55-S48-7, Alt. 7

Enclosure:  (A) One copy of subject instruction book.

    1.      Enclosure (A), submitted with reference (a),
is returned herewith approved, subject to the following
comments:

        (a) The subcontractor's comments pertaining
    to the composition of the final copies have been
    noted and are considered satisfactory.

        (b) All cuts or reproductions of plans should
    agree with the latest approved plans, and the names
    and numbers of parts should be complete and identical
    with those on the approved plans.

        (c) The pages contained in the book should be
    numbered consecutively and the index revised accord-
    ingly.  In order to simplify the identification of
    the pages to be modified, the pages containing printed
    matter have been numbered in pencil in this office.
    This system of numbering the pages does not govern
    the numbering of the pages in the final copies.

        (d) On page 3, under "General Function, De-
    sign and Allocation", first paragraph, delete the

-1-

No. CL5501488/S1-7 (5970)                    10 March 1942

To:  New York Shipbuilding Corporation

words "furnished by others".

(e) On page 3, under "General Function,
Design and Allocation" first paragraph, the height
of 3'-10" for the upper section and the height of
7'-11" for the lower section are apparently meant
for inside dimensions, since inside diameters are
given.  The heights should be checked against re-
ference (b) and noted as inside dimensions.

(f) On page 3, under "Performance Data"
add the pressure of the feed water at the inlet
in agreement with reference (c).

(g) On page 4, add the figure number to
the print of the General Assembly.  The line work
on this figure should be distinct.

(h) On page 5, under "Drawings Supplied"
delete references (d) and (e), and substitute the
drawing number of the correct spillover valve.

(i) On page 5, under "Drawings Supplied"
add the headings "Vendor's Dr. No." and "BuShips
Type "B" Dr. No." in the proper place.  The BuShips
Drawing Numbers should be complete.

(j) On page 6, under "General Description",
seventh line after "heats" add "it".

(k) On page 6, under "Vent Condenser and
Preheater" add detailed information covering the
installation and the operation of the vent condenser
and preheater.

(l) In connection with comment in paragraph
1(b) above, it is noted that part names and numbers
in the text do not entirely agree with part names and
numbers in the illustrations.  Attention is called to
the following discrepancies, which should be corrected:

(1) Page 6, under "Atomizing Valve" piece

-2-



No. CL55Class/S1-7 (5970)                    10 March 1942

To:  New York Shipbuilding Corporation

2-19 is "valve disk" in text and "valve flange"
in illustration.  Piece 2-5 is "valve disk ring"
in text and "key" in illustration.

(2) Page 9, under "Desk Pot" piece 3-52 is
"clevice rod" in text and "link" in illustration.

(m) On page 13, add a description of the
spillover valve.

(n) On page 14, under "Operation" amplify
the instructions for the use of the manually controlled
spillover valve.

(o) A diagrammatic sketch of the piping to
the deaerating feed tank showing the spillover valve
should be included in the instruction book.  This sketch
should be similar to the "Diagrammatic Arrgt. of Deaer-
ating Feed Tank Connections" as shown on reference (f).

2.         It is understood that the final copies will
also be corrected as necessary to show the conversion of cer-
tain of the CL Class vessels to CT Class vessels.

3.         The subcontractor should be advised not to
release final copies to the "following" yards until the final
copies for the U.S.S. CLEVELAND have been approved.

G. H. WOOD
By Direction

cc: BuShips w/cc (a) copy. (K)
    SupShip, Quincy w/cc (a)
      "        N.J.   w/cc (a)
      "        N.Y.   w/cc (a)
      "        Phila. w/cc (a)
    Mr. Mills
    Mr. McCallum

9-1444-42                                    February 21, 1942.

TO:  SUPERVISOR OF SHIPBUILDING, U.S.N., Camden, N.J.

SUBJECT:  CL55 CLASS CRUISERS
          Instruction Books for Deaerating Feed Tanks
          Forwarding preliminary copies for approval.

Reference:  (a) Genl.Specs.for Machinery, Sect. Sl-1-h, Edition of Sept. 1, 19:
            (b) Sup.Ship.letr. CL55-56/Sl-7(1), April 23, 1940.

ENCLOSURES: (Herewith)                                          No. & Kind

   (A)      Cochrane Corp. Description & Instructions for          3 Copies
            Operation & Maintenance of Cochrane Deaerating
            Feed Tanks,

       1.      ENCLOSURE (A), as required by References (a) and (b), is sub-
mitted herewith for approval for subject vessels.

       2.      The subcontractor advises that the final instruction books will
comply with all the requirements of Reference (a), and that they will be
bound in black leatherette or fabricoid covers, embossed with gold letters,
and the front cover will contain the information shown on the first page of
ENCLOSURE (A).  The fly leaf inside the front cover will contain the infor-
mation shown on the second page of ENCLOSURE (A).

                                          NEW YORK SHIPBUILDING CORPORATION

OK/x
ENCLOSURES:                               By  A. H. Mills,
  3 Books                                     Marine Engineer.

N.R.A.S7

ADDRESS SUPERVISOR OF SHIPBUILDING, U.S. NAVY

AND REFER TO No.

CL55 Class/S1-7
Serial 15781



NAVY DEPARTMENT

OFFICE OF SUPERVISOR OF SHIPBUILDING

Camden, New Jersey

ENCLOSURES:

6 May, 1943.

From:        Supervisor of Shipbuilding, USN., Camden,N.J.
To  :        New York Shipbuilding Corporation.

Subject:     US LIGHT CRUISERS - CL55 Class - Instruction
             Book for Fuel Oil Service Pumps, Fuel Oil
             Booster & Transfer Pumps, Lubricating Oil
             Service Pumps - Approval of Final Copies.

References:  (a)  NYSCorp. ltr. 9-467-43/15N, 10 March
                  1943.
             (b)  NYSCorp. ltr. 2-1525-43/15N, 30 March
                  1943.
             (c)  DeLaval Steam Turbine Co.ltr.(NYSCorp.
                  No.15529), 27 March 1943.
             (d)  SupShip, Camden ltr. CL55Class/S1-7;
                  CV22Class/S1-7, Serial 2529, 24 July
                  1942.
             (e)  BuShips ltr. CL55Class/S55(5647) over
                  CL55Class/S45, 11 Sept. 1942, quoted
                  in SupShips, Camden ltr. CL55Class/S1-7
                  CV22Class/S1-7, Serial 8433, 14 Sept.
                  1942.
             (f)  SupShip, Camden ltr. CL55Class/S1-7,
                  CV22Class/S1-7, Serial 10462 of 29
                  Sept. 1942.
             (g)  SupShip, Camden ltr. CL55Class/S43/S55,
                  Serial 6785, 10 March 1943.

     1.      The final copies of the subject instruction
book, forwarded by reference (a) and commented on by refer-
ence (c), are approved subject to the following comment:

     (a)      Since the book applies to all of the CL55
Class Light Cruisers, it will be necessary to modify the
information therein to show the change in turbine back
pressure from 15 to 20 p.s.i. as noted in reference (g)
for CL103 and up.  These modifications should include
changes and/or corrections to rating and operating data,
steam guarantees, test curves, applicability of test
curves in books furnished, etc.

5120987

CL55 Class/S1-7
Serial 16761

6 May 1945.

To:   NYSCorp.

(b)      Comply with the last sentence in paragraph 2 (c), paragraph 2 (e), and the last sentence in paragraph 2 (f) of reference (e).

(c)      On page 68, fourth line from bottom of page, change "- - - Low Voltage Protection" to "- - - Low Voltage Release".

(d)      On page 71, line 18, between the words "appreciably" and "by" insert the word "affected".

2.      The list of parts as shown is acceptable, however, for future books it is desired that the manufacturer's drawing for each part be indicated.

3.      It is requested that the vendor be notified to release a sufficient number of copies of the subject book to the "following" yards to satisfy their immediate needs prior to making corrections required by paragraph 1 above.  The required correction inserts should be furnished all interested activities as soon as practicable.

4.      By copy of this letter the Supervisors of Shipbuilding at the "following" yards are informed of this action and requested to advise the respective yards as to the number of copies of the subject book required at this time.

G. H. WOOD
By Direction

cc:  BuShips, w/cc(a) to (c), incl.
     SupShip, Newport News, w/cc(a) to (c), incl.
         "      Quincy    w/do.
         "      Phila.    w/do.
     Mr. Mills  (NYS)

- 2 -



CVA6JX1/S5B(573X3)
Ser 573-731

14 MAR 1958

From:   Chief, Bureau of Ships
To:     Commander, New York Naval Shipyard

Subj:   CVA 64, Pumps, Distiller Brine Overboard Distiller Sea Water
        Heater Basin and Distiller Distillate, technical manuals for

Ref:    (a) NAVSHIPYD NYK ltr 252:FBMab CVA64/S1/8 of 21 Feb 1958

Encl:   (1) One copy of Approval and Procurement Record Page

1.   NAVSHIPS number 347-3087 is assigned to the technical manual forwarded
by reference (a) for subject equipment, manufactured by Buffalo Forge
Company, on contract N140(131)61343.

2.   An Approval and Procurement Record Page similar to enclosure (1)
should be included in the final manuals.

Copy to:
549
522

RAYMOND M. ____
By Direction

Prepared by F. Washington, Ext. 63968
Typed by F. Donahue, 3/3/58
BuSer 2241104-58

1

SND-NYPAP-GEN-27

PLEASE ADDRESS REPLY AS FOLLOWS
"COMMANDER
NEW YORK NAVAL SHIPYARD
NAVAL BASE
BROOKLYN 1, N. Y."

# NEW YORK NAVAL SHIPYARD

No. 252:FDM:b
CVA64/S1/8

From:  Commander, New York Naval Shipyard
To:    Chief, Bureau of Ships    (In duplicate)

       Buffalo Pumps, Inc., North Tonawanda, N.Y.
       Via Inspector of Naval Material, Buffalo, N.Y.
                     (n quadruple)

Subj:  CONSTELLATION (CVA64); Contract N140(131)61514B;
       Distiller Brine Overboard Pump, Distiller Sea Water
       Heater Drain Pump and Distiller Distillate Pump,
       Technical Manual; Approval of

Ref:   (a) Buffalo Pumps, Inc. ltr dtd 26 Sep 1957
       (b) Buffalo Pumps, Inc. ltr dtd 30 Jan 1958
       (c) Mil. Spec. MIL-M-15071C dtd 10 Sep 1957

Encl:  (1) One (1) copy each to BUSHIPS and Contractor
           PRELIM Tech. Manual – Distiller Brine Overboard Pump,
           Distiller Water Heater Drain Pump, and Distiller
           Distillate Pump – (File No. 247)

BUREAU OF SHIPS
1.  Enclosure (1), approved by this Shipyard for final printing,
is forwarded for assignment of a NAVSHIPS number.

2.  Twelve (12) copies of the final manual will be furnished to
the Ships Parts Control Center, Mechanicsburg, Pa. for stock
approximately sixty (60) days from the date of assignment of a
NAVSHIPS number.

BUFFALO PUMPS, INC.
3.  Enclosure (1), received as enclosure to reference (a) and
referred to in reference (b), has been reviewed and approved
subject to the following comments:

    a.  Add an Approval and Procurement Record Page similar to
Figure 3B of reference (c)

573

CVA63 class /858

2241184-58

# SERVICE TO THE FLEET

252:PDW:b
CVA64/S1/S

b.  General Data – Distiller Brine Overboard Pump

    (1) Pump Data – Complete items 9 and 10.

    (2) Motor Data –

        (a) Item 11 – Insulation should be Class B.

        (b) Item 12 – Enclosure should be total enclosure.

        (c) Item 15 – Frame should be 404VY.

    (3) Control Data – Items 6 and 7 should be rechecked.

    (4) Weights –

        (a) Motor should be 790

        (b) Controller should be 27

        (c) Total per one unit 2017

        (d) Complete Item 5

c.  Distiller Sea Water Heater Drain Pump

    (1) Pump Data – Complete Item 6

    (2) Motor Data – Item 14 should be 225 CZ

    (3) Control Data

        (a) Item 3 should be 50° C

        (b) Complete Items 5 and 6

    (4) Calculated Weights – Complete Items 2 to 6 incl.

d.  Distiller Distillate Pump

    (1) Pump Data – Complete Items 5, 7, 8, 9, 10, 12, 13 and 14

    (2) Motor Rating

        (a) Item 11 – Enter Class A

2

252:PDM:b
CVA64/S1/S

    (b) Item 12 – should be NAVY A

    (c) Item 13 – should be continuous

    (d) Item 14 – frame number should be 225 CZ

    (e) Complete Item 15

  (3) Control Data

    (a) Item 1, Service, should be A (Class HI-Shock)

    (b) Enclosure – dripproof

    (c) Ambient temperature – 50° C

    (d) Type – across-line

    (e) Complete Item 5

    (f) Insulation – Class A

  (4) Weights – Complete Items 1 to 5

  e.  Add illustration of coupling assembly on List of Illustrations under Chapters I and II.

  f.  Page I-1, line 2, after two stage – add centrifugal

  g.  (1) Page I-2, under bearings, after positioned – add 2 bearings matched pair.

    (2) Stuffing Box – add data on lantern ring and external connection.

  h.  (1) Page I-3
     Piping; delete entire paragraph and substitute:

"The piping for both suction and discharge must fit perfectly and be supported independently of the pump.  If piping is of incorrect length, it must be corrected.  Do not force piping flanges into alignment with pump flanges, as this may force the pump out of alignment with the motor shaft and result in operating difficulties and repairs.  Flanged openings are provided on the suction and discharge nozzles for gauge connections.  A flanged opening from the first stage suction is provided as vent".

3

252:PDM:b
CVA64/S1/S

(2) Packing – delete entire paragraph and substitute:

"The pump stuffing box is packed with four (4) rings of 1/2" square asbestos packing per MIL-P-17577, Symbol 1103 furnished in a square cotton case of required size and a lantern ring for lubrication with water off water connection. Do not use bulk packing:....."

i.  (1) Page I-4, paragraph b – include data on lantern ring installation.

(2) After paragraph c, add "CAUTION": Do not tighten the stuffing box gland to eliminate all leakage; otherwise gland may be made too tight and cause excessive binding of the motor shaft".

j.  (1) Page I-5, line 5, after line add "valve".

(2) Paragraph B – Rotation, after the second sentence, add: "At initial installation, or after an overhaul, check rotation to be certain it is rotating pump shaft as arrow indicates. This should be done by making momentary contact with the starter".

(3) Paragraph C5, line 2, making bearing plural, and change Navy Department Specification 14L30 to Military Specification MIL-G-15709".

k.  (1) Page I-5, line 1, change (46) to (76).

(2) Add "to" after (Refer).

(3) After coupling size – specify quantity of oil for this coupling.

(4) After Normal Starting Procedure, add (Make sure valve in discharge line is closed).

(5) Item 3 – should be "Start motor".

(6) Item 4 – should read "Open pump discharge valve when pump is up to pressure".

(7) Under Securing – Item 1 should be – "Close pump discharge valve".

(8) Item 2 should be "Stop motor".

4

252:PDM:b
CVA64/S1/S

(9) Underline last sentence of Item 5.

(10) Under Alignment, last line, the word clearance should
be changed to "wearing".

l.   Page I-7, last sentence – change (48) to (78).

m.   Page I-10 – Disassembly and Reassembly

(1) After screw, change (48) to (78).

(2) After first sentence, add "Plug & Screw are for
filling not draining".

(3) Substitute "type L" Class 3 bearing puller with
type XII size 5, and "type H" Class 2' gear puller with type VII,
size 2.   Change specification JAN-P-690 to GGG-P-781.

n.   Page I-11 delete paragraph C – Impellers and Sleeves and
substitute:

"Unscrew impeller lock nut (18) and use a type VII Gear
Puller size 1, with a type XVII male adapter, Class 1, size 7
to pull first stage impeller (22) off shaft (14A).   Remove shaft
sleeve (16) and second stage impeller (23) from shaft (14A) with
a type VII Gear Puller, size 2 with legs 16-1/2" long using
adapter XVII, Class 1, Style A, size 4 in accordance with GGG-P-781".

o.   Table I – Parts, Item 4, change to read "Shart Sleeve (16)
and Gland (34).

p.   Figure I-2 should be Distiller Brine Overboard Pump (Motor
Driven), Outline, Certification Data, Onboard Repair Parts & Tools,
Contractor's drawing number CA8629 BUSHIPS drawing number CVA64-
517-H-1360431.

q.   Figure I-5, Contractor's drawing number CA-8627 assigned
BUSHIPS drawing number SB26191.   Add coupling master drawing.

r.   Figure I-6, Contractor's drawing number CA-8629 assigned
BUSHIPS drawing number CVA64-517-H-1360431.

s.   (1) Chapter II – Page II-3, paragraph B – Piping, change
first sentence to read:

"The piping for both suction and discharge must fit
perfectly and must be supported independently of the pump".

5

252:PDM:b
CVA64/S1/S

(2) Third sentence, add "with driving motor" after the word "alignment".

t.  Page II-

(1) Under Packing, delete MIL-P-17303 and substitute MIL-P-17577, Symbol 1103.

(2) Add comments about lantern ring.

u.  Page II-

(1) Item - change Navy Dept Leaflet 14L3 to MIL-G-18709.

(2) Item - specify amount for this coupling.

(3) After Normal Starting Procedure, add (Make Sure discharge valve is closed).

v.  Page II-

(1) Item should be "Start motor".

(2) Item should read "Open pump discharge valve when pump comes up to pressure".

(3) Securing - Reverse Items 1 and 2.

w.  Page II- last paragraph, specify amount required.

x.  Page II- , Disassembly & Reassembly - if (66) and (69) are for filling, how can they drain?

y.  Table II Item 5, after Mechanical Flinger, change (29) to (71).  Is radial clearance 0.015 correct?

z.  Figure II 4, add coupling assembly.

4.  Include the latest validated diagrams, performance curves, certification data and electrical inserts.

5.  The final manual shall strictly conform to the requirements of reference (c).

Copy to
Buffalo Pumps, Inc.

J. I. Gifford

J. I. GIFFORD
By direction

6

2 1184-58

**PORTSMOUTH NAVAL SHIPYARD**

PORTSMOUTH, N. H.

IN REPLY REFER TO

345P
N102-68884(X)
(7/1)

JUN 8 1959

From:   Commander, Portsmouth Naval Shipyard
To:     Chief, Bureau of Ships

Subj:   SS(N)593 Class Submarines, Technical Manual for Low
        Pressure Brine Pump for 8000 GPD Distillation Unit;
        forwarding preliminary copies for approval and as-
        signment of NAVSHIPS number

Ref:    (a) PTSMH NAVSHIPYD Contract N102-68884(X) with Warren
            Pumps Inc Warren Mass
        (b) Detail Specs for Building Submarine SS(N)593
        (c) Military Spec MIL-M-15071C (Ships) of 10 Sep 1957

Encl:   (1) Preliminary copy of Technical Manual, Low Pres-
            sure Brine Pump for 8000 GPD Distillation Unit,
            PTSMH No. B-9884  (2 copies)

1.  Subject preliminary technical manual has been prepared
under reference (a).  As required by references (b) and (c),
copies are forwarded for Bureau approval and assignment of
a NAVSHIPS identification number.  Approval is recommended
subject to the following comments:

    a.  Cover and Title Page:  After "Low Pressure Brine
Pump", add "for 8000 GPD distillation unit."

    b.  Approval and Procurement Record Page:  the approved
style of APR page as outlined in reference (c) shall be used
in the final manuals.

    c.  Table of Contents: Add ahead of listing "Part I Low
Pressure Brine Pump", below listing of Part I add "Part II
Electrical Motor."

    d.  Page 1:

        (1)  Line 1; after "description" add word "install-
ation".

        (2)  Line 2; type "1 1/2-CVOC-5" is proper designa-
tion.

6 26

SS(7)59 > clam /547

wr

USS Haddock
821

245P
N102-58884(X)
(7/1)

    (3)  Line 3; after "suction," change to read "semi-open impeller, close-coupled type."

    (4)  CAUTION note (bottom of page); second sentence should read "It is not to be dropped or jarred and should always be transported with the pump unit supported on resilient mounts or, if rigidly supported on the distillation unit, the entire assembly should be supported on resilient mounts during shipping."

  e.  Page 3:

    (1)  Alignment; delete this paragraph.

    (2)  Check for Alignment; delete line 5 and substitute "aligned and balanced."

    (3)  Trouble Shooting Guide;

        Low capacity – strike out causes "9, 10 and 29"
        Low pressure developed – strike out cause "29"
        Excessive power required – strike out cause "29"
        Excessive leakage from stuffing box – strike out
          cause "22"

  f.  Pages 4 and 5:  Lists of troubles; delete items 9, 10, 22, 29, 42, 44, 45 and 46.

  g.  Page 5:  Mechanical Troubles; item 41 delete words "or failure of a hydraulic balancing device, causes excessive thrust." Comment:  There is no hydraulic balancing device.

  h.  Page 5:  Dismantling; paragraph 5, after "removing bolts (20) add ", loosening Piece (18),"

  i.  Page 6:  Reassembling;

    (1)  Paragraph 5, after "washers (30)" should read "on studs (13) and (14)."

    (2)  Paragraph 8, should read "on studs (13) and (14)."

    (3)  Paragraph 10, delete ". . .bolt together with bolts." and substitute "and secure with screws (20)".

    (4)  Paragraph 11, delete "along with the resilient mounts."

G111062-59

USS Haddock
822

245P
N102-68884(X)
(7/1)

2.  To meet scheduled date's, Bureau approval is requested within
three weeks.  Final printed copies will be distributed in accord-
ance with reference (b) approximately 120 days after receipt of
Bureau approval.  Twenty-five copies of the manual will be for-
warded to Ships Parts Control Center, Mechanicsburg, Pa., for
stock.

J. WOOLSTON
BY DIRECTION

Copy to:
BUSHIPS (Code 525)
MARE NAVSHIPYD (w/2 copies encl (1))

6111062-59

USS Haddock
023

PORTSMOUTH NAVAL SHIPYARD

PORTSMOUTH, N. H.

IN REPLY REFER TO

245P
N102-68648(X)
(7/1)

JUN 8 1969

From:  Commander, Portsmouth Naval Shipyard
To:    Chief, Bureau of Ships

Subj:  SS(N)593 Class Submarines; Technical Manual for Type
       31K De Laval - IMO Pump, forwarding preliminary
       copies for approval and assignment of NAVSHIPS No.

Ref:   (a) PTSMH NAVSHIPYD Contract N102-68648(X) with
           De Laval Steam Turbine Co Trenton N J
       (b) Detail Specs for Building Submarine SS(N)593
       (c) Military Spec MIL-M-15071C (Ships) of 10 Sep 1957

Encl:  (1) Preliminary Copy of Technical Manual Type 31K
           De Laval - IMO Pump, PTSMH No. B-9901 (2 copies)

1.  Subject preliminary technical manual has been prepared
under reference (a).  As required by references (b) and (c),
copies are forwarded for Bureau approval and assignment of a
NAVSHIPS identification number.  Approval is recommended
subject to the following comments:

    a. Complete approval and procurement record page.

    b. Pages 1-1; 1-1-2 Introduction - Second paragraph
should begin: "Each unit consists of a pump and motor,
flexibly coupled, complete with mounting brackets.  All
pumps are identical.  Motor drives are 100 HP or 50 HP.
Arrangement of the 50 HP units, etc."

2.  To meet scheduled dates, Bureau approval is requested
within three weeks.  Final printed copies will be distributed
in accordance with reference (b) approximately 120 days after
receipt of Bureau approval.  Twenty-five copies of the manual
will be forwarded to Ships Parts Control Center, Mechanicsburg,
Pa., for stock.

                                    J. WOOLSTON
                                    BY DIRECTION

0111240-59
SS(N)593 Class/549

Copy to:
BUSHIPS (Code 525)
MARE NAVSHIPYD (w/2 copies encl (1))

USS Haddock
034

PORTSMOUTH

SS(N)593 C1/S47(649P)
Ser 649P-1621

From:   Chief, Bureau of Ships
To:     Commander, Portsmouth Naval Shipyard
        Portsmouth, New Hampshire                          29 JUN 1959

Subj:   Contract N102-68884(X) - SS(N)593, Low Pressure
        Brine Pump for 8000 GPD Distillation Unit - Pre-
        liminary Manual for Approval

Ref:    (a)  NAVSHIPYD PTSMH ltr 245P N102-68884(X)(7/1)
             of 8 June 1959
        (b)  Warren Pumps, Incorporated, technical manual,
             Low Pressure Brine Pumps - NAVSHIPS 347-3378

1.  Preliminary technical manual, reference (b), was for-
warded to the Bureau for approval and assignment of NAVSHIPS
number by reference (a).

2.  Reference (b) has been assigned the NAVSHIPS number ap-
pearing above and is approved subject to conformance with
the comments contained in reference (a) and additional com-
ments as follows:

     a.  On page 1 of the text, under paragraph headed
"General Data", delete the present paragraph in its entirety
and insert "the complete pump and motor characteristics, the
Table of Weights, clearances, List of Reference Drawings, List
of Onboard Repair Parts, and any other pertinent data". This
data should be listed in tabular form as required by paragraph
3.3.1.2.1 of Specification MIL-M-15071C".

3.  All drawings and illustrations contained in the text shall
be total reproductions of final approved and validated drawings.

4.  This letter in no way authorizes any increase in the cost
of the subject equipment being procured under the subject con-
tract, or approval of any changes in commitments or delivery
schedule.

Copy to:
525
1500L Attn: Mr. Kooyman
626B4                                          WILLIAM A. RUDDING, JR.
                                               By direction

Prepared by A. Napoletano, Ext. 62217
Typed by Marilyn Janda, 6-24-59
6111062

                                               USS Haddock
                                               025

SB(M)PSSII/S47(6204)
Ser 6861-3365

From:  Chief, Bureau of Ships
To:    Commander, Portsmouth Naval Shipyard

Subj:  TRIGGER (SSN93) class, IMO hydraulic pump, type SIK 156;  **13 JUL 1959**
       approval of technical manual for

Ref:   (a) PNSM ltr 245F, N102-68648(x) (7/1) of 8 June 1959

1.  NAVSHIPS number 347-3377 is assigned to the technical manual for-
warded by reference (a) for subject equipment manufactured by De Laval
Steam Turbine Company.

2.  The subject manual is hereby approved by the Bureau subject to the
following comments,in addition to the Shipyard comments:

   a.  Sample Cover, delete title "Type SIK De Laval-IMO Pump" sub-
       stitute "IMO PUMP for MAIN and VITAL HYDRAULIC SYSTEM"

   b.  Sample approval page, delete title, "Type SIK De Laval-IMO PUMP"
       substitute "IMO PUMP for MAIN and VITAL HYDRAULIC SYSTEM"

   c.  Page 1-1, Section 1-1-1 Introduction, after first paragraph,
       add a note "The terms fluid and oil are used synonymously and
       both refer to the power transmission liquid in the hydraulic
       system"

   d.  Page 1-1, Section 1-1-2, (1) Fluid Operating Temperature Range,
       °F, delete "70-120" substitute "70-160" (2) Fluid Viscosity
       Range, SSU, delete "270-2860" substitute "180-1600"

   e.  Page 1-2 Section 2 Unit Drawings also Page 1-1/4, Page 1-5/6,
       The title of the drawings, "Outline, Certification Data, List
       of On-Board Repair Parts, Tools and Characteristic Curves"
       does not reflect content of the drawings since the list of on-
       board repair parts, tools and characteristic curves are not shown.
       Either the title of the drawings should be revised or the missing
       data filled in.

   f.  Page 5-1, Section 5-1-1 General, line 2, "oil soluble"  rust
       preventative is not applicable since the system is designed to
       use phosphate ester hydraulic fluid.

Copy to:
COMSUBMIFIT MARE
SUPSHIP PASCAGOULA

                                        N. C. WINSOME
                                        ...stion

638

Prepared by F.R. McAinch Ext. 65459

USS Haddock
033

PORTSMOUTH NAVAL SHIPYARD
PORTSMOUTH, N. H.

245F
N102-68605(X)
(8/26)

FEB -7 1959

From:  Commander, Portsmouth Naval Shipyard
To:    Nash Engineering Co., South Norwalk, Conn.

Subj:  SS(N)593 Class Submarines; Technical Manual for Nytor
       Vacuum Priming Pump for Trim and Drain Pump, NAVSHIPS
       347-3374, approval of

Ref:   (a) Contract N102-68605(X) Item 3 Technical Manuals
       (b) Nash Engineering Co ltr of 17 Dec 1958
       (c) Military Spec MIL-M-15071C (Ships) of 10 Sep 1957

1.  The subject technical manual, prepared under reference (a)
and submitted for approval by reference (b), is approved sub-
ject to the following comments:

    a.  Figure 1-1 should be of current design showing new
seal water tank of Nash drawing AA-626.

    b.  Include drawing AA-626, Seal Water Tank, with drawings.

    c.  Complete the Approval and Procurement  Record Page.

    d.  Make corrections to drawings in accordance with
Portsmouth Naval Shipyard letter 254A N102-68605(X) of 13
December 1958 with exception noted in Portsmouth Naval Shipyard
speedletter of 18 December 1958.

    e.  Pages 1-4, 1st paragraph, 12th sentence - "orifice
bushing (26)" should be "orifice bushing (16)".  Also 13th
sentence "(16)" instead "(26)".  17th sentence - "fitting (30)"
should be "elbow (31)" and "pipe (21)" should be "pipe (22)".

    f.  Pages 1-6, 3rd paragraph, 6th line - after "vacuum"
insert "during operation".  3rd paragraph, 7th line - after
"packing" insert "while primer is not operating".  4th para-
graph, last line delete phrase in parentheses (Details under
Repairs, etc.).  Subtitle beginning with "Primer" - after word
"Volume" add "of Air".

5 x 5

SS(N/593 class/ Ex 7  8101116-59

USS Haddock
030

245P
N102-68605(X)
(8/26)

g. Pages 1-7 part (b), 2nd line replace semicolon after "bushing" with comma. 3rd line after "centrifugal" add "pump". Part C - delete "comma" and the words "not open".

h. Pages 1-7, Title line "Water Out Air Discharge" - add "Pipe". Next paragraph, 1st line, delete "over", insert "out with air".

i. Pages 1-7, Title line "Repairs" reword directions to "Refer to Figures 1-6 and 1-7 for List of On Board Repair Parts."

j. Pages 1-7, Title line "Dismantling" add "Pump Only". 6th paragraph line 3 - delete words "two of" and put semicolon after (2) line 6. Delete words "The remaining two" and insert words "and the tapered". Line 7 - delete words "are tapered and" and insert "which".

k. Pages 1-8, 1st line (a) - after "studs" delete "(22)" and insert "(21)". Subsection (g), line 1 - after word "studs" change "(21)" to "(22)". Subsection (g), line 6 - change word "Point" to "Paragraph".

l. Pages 1-10, 2nd paragraph line 1 - after "cone" insert "(2)". Subsect (b), line 1 - after "studs" change "21" to "22". Add subsect "(g) Tighten all nuts evenly."

m. Pages 1-13, 4th paragraph - after word "drilling" add "If there is no rubbing, tighten nuts (26) on studs (21) evenly and then drill for dowels."

n. Page iv Table of Contents and List of Illustrations, delete Chapter II - Electrical Motor; also, delete Chapter I headings. Motor Information shall not be bound into the manual. Instead, staple each motor insert in its upper left corner and ship the unbound inserts packaged with the pump manuals.

2. Provision of reference (c) require that final manuals be delivered to this Shipyard within ninety days of receipt of this approval. Information is requested as to the anticipated shipping date.

8101116-59

2

USS Haddock
031

245P
N102-68605(X)
(8/26)

3.  You are requested to comply with the requirements of para-
graph 3.4.4.9 of reference (o) and forward a reproducible copy
of subject manual directly to Naval Supply Depot, Mechanicsburg,
Pennsylvania.  Please make reference to the Contract and
NAVSHIPS numbers when forwarding reproducible copy of the
manual.  Also, please forward copy of transmittal to Portsmouth
Naval Shipyard, Portsmouth, New Hampshire, attention Code 245P.

4.  This letter in no way authorizes any changes in the
conditions, funds, or extension of delivery times beyond those
stated in the contract.  If the contractor believes a change
is necessary or that additional time or funds are required
because of the above authorization or approval, he must so
state immediately in reply to this letter and receive
authorization from the Contracting Officer before proceeding.

J. WOOLSTON
BY DIRECTION

Copy to:
BUSHIPS (525)(3)
INSMAT Bridgeport (2)
SPCC MECH

8101116 -59

3

USS Haddock



# PORTSMOUTH NAVAL SHIPYARD
### PORTSMOUTH, N. H.

IN REPLY REFER TO

EIS

245P
N102-68643(X)
(9/3)

AUG 13 1959

From:  Commander, Portsmouth Naval Shipyard
To:    Chief, Bureau of Ships

Subj:  SS(N)593 Class Submarines; Technical Manual for Low
       Pressure Brine Pump for 2000 GPD Still, forwarding
       preliminary copies for comment and assignment of
       NAVSHIPS number

Ref:   (a) PTSMH NAVSHIPYD Contract N102-68643(X) with
           Warren Pumps Inc Warren Mass
       (b) Detail Specs for Building Submarine SS(N)593
       (c) Military Spec MIL-M-15071c (Ships) of 10-Sep 1957

Encl:  (1) Preliminary copy of Technical Manual, Low Pressure
           Brine Pump for 2000 GPD Still, PTSMH No. B-9885
           (2 copies)

1.  Subject preliminary technical manual has been prepared under
reference (a).  As required by references (b) and (c), copies
are forwarded for Bureau comment and assignment of a NAVSHIPS
identification number.  Approval will be granted subject to
the following comments:

    a.  Approval and Procurement Record Page - The approved
style of APR page shall be used in the final manual.

    b.  Page 1, Introduction: Line 1 after "operation" add
"installation"; line 2, substitute "3/4-CVOC-4" for "1-1/4-
CVOC-5"; line 3, substitute "semi-open" for "open".

    c.  Page 1, Detailed Description: Paragraph 3, line 4,
substitute "drilled" for "tapped"; "Caution" Note, last
sentence should read - "It is not to be dropped or jarred
and should always be supported on the resilient mounts."

    d.  Page 3 Alignment: Delete this paragraph.

    e.  Page 3, Check for Alignment: Delete last line in
paragraph and substitute "aligned and balanced."

624

SS(N)593 class/547

77

USS Haddock
019

245B
N102-68643(X)
(9/3)

f.  Page 4:  Delete "Troubles No. 9, 10, 22, 29.

g.  Page 5:  Delete Trouble No. 41.

h.  Page 5 <u>Dismantling</u>:  Paragraph 5, substitute "screws (20)" for "bolts (20).

i.  Page 6 <u>Reassembling</u>: Paragraph 8 add "and (14)"; paragraph 10 delete "and bolt together with bolts (20)".

2.  To meet scheduled dates, Bureau approval is requested within three weeks.  Final printed copies will be distributed in accordance with reference (b) approximately 120 days after receipt of Bureau approval.  Twenty-five copies of the manual will be forwarded to Ships Parts Control Center, Mechanicsburg for stock.

J. WOOLSTON
BY DIRECTION

Copy to:
BUSHIPS (Code 525) (3)
MARE NAVSHIPYD (2 copies encl (1))

8200727 -59

2

USS Haddock
020

BS(N)593C1/B47(649P)
Ser 649P-2436

From: Chief, Bureau of Ships
To:   Commander
      Portsmouth Naval Shipyard
      Portsmouth, New Hampshire

17 SEP 1959

Subj: Contract N102-68643(X) with Warren Pumps, Incorporated,
      SS(N)593 Class Submarines - 2000 GPD Distilling Unit
      Low Pressure Brine Pump - Preliminary Technical Manual
      for Approval

Ref:  (a)  NAVSHIPYD Portsmouth ltr 245P, N102-68643(X),
           (9/3) of 13 August 1959
      (b)  Warren Pumps, Incorporated Preliminary Technical
           Manual - 2000 GPD Distilling Unit L. P. Brine
           Pump - NAVSHIPS 347-3456

1.  Preliminary technical manual, reference (b), was for-
warded to the Bureau of Ships for approval and assignment
of a NAVSHIPS number by reference (a).

2.  Reference (b) has been assigned the NAVSHIPS number ap-
pearing above and is approved subject to conformance with
the comments contained in reference (a) and additional com-
ments as follows:

     a.  On page 1 of the text, under paragraph headed
"General Data", delete the present paragraph in its entirety
and insert the complete pump and motor characteristics, the
Table of Weights, Clearances, List of Reference Drawings,
List of Onboard Repair Parts and other pertinent data.  This
data shall be listed in tabular form as required by paragraph
3.3.1.2.1 of Specification, MIL-P-15071C.

3.  All drawings and illustrations contained in the text
shall be total reproductions of final approved and validated
drawings.

4.  This letter in no way authorizes any increase in the cost
of the subject equipment being procured under the subject
contract, or approval of any changes in commitments or de-
livery schedule.

Copy to:
622B
626B4            Prepared by A. Napoletano, Ext. 62217
525              Typed by Marilyn Janda, 9-17-59
622.3            8200727-59
                                         D. C. PETERS

USS Haddock
024

PORTSMOUTH NAVAL SHIPYARD

PORTSMOUTH, N. H.

DAW

IN REPLY REFER TO
2452
N102-68895
(10/8)

SEP 21 1959

From:  Commander, Portsmouth Naval Shipyard
To:    Chief, Bureau of Ships

Subj:  SS(N)593 Class submarines; technical manuals for air conditioning
       sea water pump (lithium bromide plant), forwarding preliminary
       copies for comment and assignment of NAVSHIPS number

Ref:   (a) PTSMH NAVSHIPYD Contract N102-68895 with Worthington Corporation
           Harrison N J
       (b) Detail Specs for Building Submarine SS(N)593 Section S1-5C
       (c) Military Specs MIL-M-15071C (SHIPS) of 10 Sep 1957

Encl:  (1) Preliminary copy of Technical Manual, Air Conditioning Sea
           Water Pump (Lithium Bromide Plant), PTSMH No. B-9920--2 copies

1.  Subject preliminary technical manual has been prepared under reference
(a).  As required under references (b) and (c), copies are forwarded for
Bureau comment and assignment of a NAVSHIPS identification number.
Approval is to be granted subject to the following comments:

    (a)  Cover - Add information shown on Figure 1 of reference (c).

    (b)  Title page - Add information as shown on Figure 2 of reference (c).

    (c)  Section 1, page 1-1-1, paragraph 1-1-4 - Fill in weights for pump
spare parts and motor spare parts.

    (d)  Section 1, page 1-1-2, paragraph 1-1-5, line 3 - After "and shaft",
add "sleeve."

    (e)  Section 1, page 1-1-2, paragraph 1-1-7 - Add motor serial numbers
when available.

    (f)  Section 2, page 2-12, paragraph 2-4-(7)-(7) - Add "Jacking screws
are provided."

2.  To meet scheduled dates, Bureau approval is requested within three
weeks.  Final printed copies will be distributed in accordance with ref-
erence (b) approximately 120 days after receipt of Bureau approval.
Twenty-five (25) copies of the manual will be forwarded to Ships Parts
Control Center, Mechanicsburg, Penna, for stock.

626   SS(N)593class/847

9240341-59

J. WOOLSTON
BY DIRECTION

/a rl

Copy to:
BUSHIPS (Code 525)

USS Haddock
```
SS8
```

PORTSMOUTH NAVAL SHIPYARD
PORTSMOUTH, N. H.

IN REPLY REFER TO

NCB

245P
N102-68467(10/16)

SEP 2 3 1959

From: Commander, Portsmouth Naval Shipyard
To:   Chief, Bureau of Ships

Subj: SS(N)593 Class Submarines; Technical Manual for
      Auxiliary Sea Water Service Pump, forwarding
      preliminary copies for comment and assignment
      of NAVSHIPS No.

Ref:  (a) PTSMH NAVSHIPYD Contract N102-68467 with
          Ingersoll-Rand Co New York 4 N Y
      (b) Detail Specs for Building Submarine SS(N)593
          Section S1-5-C
      (c) Military Spec MIL-M-15071C (Ships) of 10 Sep 1957

Encl: (1) Preliminary copy of Technical Manual, Auxiliary Sea
          Water Service Pump, PTSMH No. B-9896 — 2 copies

1.  Subject preliminary technical manual has been prepared
under reference (a).  As required under references (b) and
(c), copies are forwarded for Bureau comment and assignment
of a NAVSHIPS identification number.  Approval will be
granted subject to the following comments:

    a.  Furnish an Approval and Procurement Record page com-
pletely filled out in accordance with reference (c).

    b.  Page 1-1-1, under General Data:

        Temperature = after "30-95" add "degrees F"
        Total Head  = delete "H₂O", substitute "water"
        Pump        = before "5BA" add "Type"

    c.  Page 1-1-2, Paragraph 4; line 1, after "pump" insert
"impeller (3)"; lines 1 and 2, delete "of the single suction
enclosed type", line 2, delete "on" and substitute "one";
paragraph 5, line 2, delete "sleeve (8)" and substitute
"sleeves (8A) and (8B)"; paragraph 8, line 1 delete "flange
on" and substitute "face of"; paragraph 8, line 7, after "gland"
add "(17A)"; paragraph 8, line 9, after "sleeve" delete "(8)"
and substitute "(8A)" paragraph 8, line 13, after "bearing"
add "(24)"; paragraph 8, line 14, after "lockwashers" delete
"(241A)" and substitute "(241B)".

626

SS(N)593 Class/54

9280518-59

Encl

W

USS Haddock
012

3

NGB                                    245P
                                       N102-68467(10/16)

   d.  Page 1-3-1, Section 1-3-2, line 1, after "units," add
"for the first time."

   e.  Page 1-4-1, second paragraph; line 2, delete
"continuously" and substitute "frequently"; line 3, delete
"operations" and substitute "operation"; under Section 1-4-2,
step 1, the term "smothering gland connection" is not clearly
understood; believe "gland bleed off" or "cooling water con-
nection" is intended; step 2, delete "(See Chapter 2)."

   f.  Page 1-4-2, Section 1-4-2, Step 12; line 2, delete
"(246B)" and substitute "(241D)".

   g.  Page 1-4-3, Step 7; line 4, delete "(246B); and
substitute "(241D)".

   h.  Page 1-4-4, Step 19; clarify term "smothering".

2.  To meet scheduled dates, Bureau approval is requested
within three weeks.  Final printed copies will be distributed
in accordance with reference (b) approximately 120 days after
receipt of Bureau approval.  Twenty-five copies of the manual
will be forwarded to Ships Parts Control Center, Mechanicsburg
for stock.

                                   G. WOOLSTON
                                   BY DIRECTION

Copy to:
BUSHIPS (Code 525)
MARE NAVSHIPYD (w/2 copies encl (1))

                                         9280518-59

                        2

ENCLOSURES RECEIVED IN 233

USS Haddock
013

NS(x)xxx/hlr(649?)
Ser 649?-0692

From:  Chief, Bureau of Ships
To:    Commander
       Portsmouth Naval Shipyard
       Portsmouth, New Hampshire

13 OCT 1959

Subj:  Contract NObs-66895 with the Worthington Corporation,
       Air Conditioning and Water
       Pump (Lithium Bromide Plant) Preliminary Technical
       Manual for Approval and Assignment of NAVSHIPS Number

Ref:   (a)  NAVSHIPS, Portsmouth ltr 245P, NObs-66895,
            (1043) as of September 1959.
       (b)  Worthington Corp. Preliminary Technical Manual-
            Air Conditioning and Water Pump (Lithium Bromide
            Plant)-NAVSHIPS 347-3476

1.  Preliminary technical manual, reference (b), was for-
warded to the Bureau for approval and assignment of a NAVSHIPS
number by reference (a).

2.  Reference (b) has been assigned the NAVSHIPS number ap-
pearing above and approval is recommended for the subject
application upon compliance with the comments contained in
reference (a) and additional comments as follows:

    a.  On page 1-1-1, under column headed "General Data",
add the "List of Applicable Drawings."
    b.  All drawings and illustrations contained in the
text shall be total reproductions of final approved and vali-
dated drawings.

3.  This letter in no way authorizes any increase in the cost
of the subject equipment being procured under the subject
contract, or approval of any changes in commitments or delivery
schedule.

                                    WILLIAM A. BUDDING, JR.
                                    By direction

Copy to:
626B4
622B1
622B3
525
1500L (Kooyman)

USS Haddock
028

DDG2-3/S1/8,S47(2-4411-K)

2-2-60-1549
January 28, 1960

From:   Bath Iron Works Corporation
        By Gibbs & Cox, Inc.
        21 West Street
        New York 6, N. Y.

To:     Supervisor of Shipbuilding, U.S.Navy
        139 Centre Street
        New York 13, N. Y.

Subject: DDG2-3, 10-11 — Preliminary Technical Manual for
         Turbine Driven Main Feed Pumps, NAVSHIPS
         347-3309; Worthington Corporation;
         Purchase Orders DDG2/DDG10/G&C-215 —
         Review of

References:
   (a)  Military Specification for Technical Manuals,
        MIL-M-15071C (Ships) dated 10 September 1957

   (b)  Military Specification for Technical Manuals,
        MIL-T-15071B (Ships) dated 16 August 1954

   (c)  Letter from Bureau of Ships, DDG2 C1/S47(626B4)
        Serial 626B-2436 to SupShip, New York, dated
        March 9, 1959; forwarded by letter from SupShip, N.Y.,
        DDG2 C1/9470/9020/8, Serial 4802-272 to
        Gibbs & Cox, Inc. dated March 11, 1959
        (3-12-59-67)

   (d)  Letter from Bath Iron Works Corp. (G&C),
        DDG2-3/S28/3(2-4405-K) to Worthington Corp.,
        (cc: SupShip, N.Y.) dated January 25, 1960
        (1-25-60-1603)

Enclosure: Two (2) Copies of

   (A)  DDG2-3, 10-11  Preliminary Technical Manual for
        Turbine Driven Main Feed Pump, NAVSHIPS 347-3309

        1.    Enclosure (A), forwarded without a letter of transmittal,
has been reviewed.  It is considered satisfactory subject to approval by
the Navy Department and to the comments listed in Paragraph 3 herein.

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

REPRODUCED AT THE NATIONAL ARCHIVES

2.     The format of Enclosure (A) generally adheres to the re-
quirements of a Type III manual per Reference (a), rather than a Type C
manual per applicable specification, Reference (b). This is acceptable
to the Design Agent and it is assumed that it will be acceptable to the
Navy Department. Upon receipt of Navy Department approval, the subject
Purchase Order (for the DDG2-3) will be modified to specify manuals and
quantities in accord with Reference (a). NAVSHIPS number for Enclosure
(A) was previously assigned by Reference (c).

3.     Technical Comments

(a)  Final covers are to comply with Paragraphs 3.4.4.5, 3.4.4.6,
     3.4.4.6.1 and Figure 1 of Reference (a). Title pages are
     to comply with Figure 2 and Paragraph 3.1.5 of Reference (a).

(b)  Final manuals are to comply with Paragraph 3.4.4 of
     Reference (a) relative to production and reproduction
     of Type III manuals. Paragraph 3.4.4.9 applies relative
     to the furnishing of a reproduction copy of the final
     manual.

(c)  Approval and Procurement Record Page

     Change the quantity of manuals to correspond with that
     to be specified in the modified Purchase Order for
     DDG2-3. The Vendor will complete the page and re-
     submit it for approval prior to final printing.

(d)  Page iii, Table of Contents

     The outline for Chapter 1 should be in the following
     general order:

          Chapter 1 - General Information

               Section 1 - Contract Data and Serial Numbers
               Section 2 - Performance Data
               Section 3 - Weights
               Section 4 - Clearances
               Section 5 - Introduction

     Present headings and text within the manual should
     be revised (or rearranged) per above. (Paragraph
     3.4.1.2 of Reference (a) applies)

REPRODUCED AT THE NATIONAL ARCHIVES

DD2-3/S1/8,S47(2-4411-X)          — 3 —

3.        (Continued)

    (e)  <u>Pages iii and v, Table of Contents</u>

        In Section 1 for Chapters 2 and 3, change
        headings to read "Section, Detailed
        Description". This also applies to the text
        proper and page headings. (Paragraph 3.4.1.2.3
        of Reference (a) applies).

    (f)  <u>Page ix, Table of Contents</u>

        In Section 4, Trouble Shooting Guide, briefly
        identify by titles "Trouble Nos. 1, 2 and 3".
        Same applies to the four similar items on
        page x.

    (g)  <u>Page xi, Table of Contents</u>

        Section 3 of Chapter 6 should be deleted
        since it presently consists of a single sheet
        referencing another part of the text which
        already covers the item.

    (h)  <u>Page xii, Table of Contents</u>

        Delete entry "Chapter 9, List of Illustrations
        etc." since the listing on the following page
        is self-explanatory and all of the figures and
        drawings will be contained in one group.
        Relative to the listing on pages xiii to xv, delete prefix
        "Section" and "number" for Pump, Turbine, etc.
        Change major heading to "List of Figures and
        <u>Drawings (Back of Manual)</u>"

    (i)  <u>Page Headings</u>

        Relative to text page headings, Paragraph
        3.4.2.3 of Reference (a) applies. Briefly,
        the present heading at the top of each left
        hand text page should remain as is, but the
        heading at the top of right hand pages should
        only contain the chapter number and title of
        the chapter (in brief where necessary).

REPRODUCED AT THE NATIONAL ARCHIVES

DDG2-3/S1/8,Sh7(2-4411-K)        - 4 -

3.      (Continued)

    (j)   Page Numbering

Present page numbering does not fully comply
with Paragraph 3.4.2.5 of Reference (a).
Figure 6 of Reference (a) specifies the manner
of page numbering a manual employing chapters
and sections.

    (k)   Page 1-2-3, Section 2, Description

      (1)   Change heading to "Section 5, Introduction"
per Paragraph 3 (d) of this review.

      (2)   Change the first paragraph in part as
follows: "This technical manual.........
pumps aboard those ships." (Ship numbers
and quantity of pumps per ship should be
deleted in the interest of utilizing the
manual on future contracts.)

    (l)   Page 1-3-4, Performance Data

Insert "Feedwater Discharge Temperature (Maximum
Anticipated) °F .........266 - 266 - 266" under
"Suction Temp. dsg. F .......0.945"

    (m)   Page 1-3-7, Performance Data

In the second and tenth lines, change "75-100" to
"80-105" to agree with the air piping installation
aboard ship.

    (n)   Page 1-3-8, Performance Data

In the sixth line, change "Voltage Protection" to
"Voltage Release".

    (o)   Page 2-3-6, Adjustment and Tests

In the third paragraph of Section 2-3-1, second
and fourth lines, identify "leveling bolts" and
"shims" by piece and figure numbers.



DD02-3/S1/6,S47(2-4412-K)      - 5 -

3.     (Continued)

(p)   <u>Page 2-3-7, Disassembly Procedure</u>

In Steps 7c and 7d, insert missing page numbers.

(q)   <u>Pages 2-4-8 and 2-4-9, Disassembly at Rotor
(Inboard and Outboard Ends)</u>

(1)   In Step 9 (Inboard End) and Step 8 (Outboard
End),"piece (229)" is not shown on Figure 9-1-16.
Reconcile.

(2)   In Step 15 (Outboard End), insert missing page
number.

(r)   <u>Page 2-4-9, Assembly Procedure</u>

It is doubtful that Paragraph 2-4-6 will be acceptable
to the Navy Department. Previous instructions from the
Navy Department required a detailed reassembly procedure
for rather complex equipment.  In this instance, it is
not considered practical to have repair personnel
attempt to follow the disassembly procedure in reverse
order to properly reassembly the unit. It would appear
that the reassembly of the unit would be rather critical
and would require skill in establishing the proper
clearances (shown on Page 1-4-11) during and after
reassembly.  It is not believed that a successful
reassembly procedure can be followed by merely
reversing the present disassembly procedure.

Navy Department comment is requested on this subject.
(<u>Note</u>: - Detailed assembly procedures within the
turbine portion of the manual are satisfactory.)

(s)   <u>Page 2-4-12, Placing Rotor in True Lateral Position</u>

In the last line, change "(14.1)" and "(24)" to "10)"
and "(25)"; also identify "(229) or (222)".

(t)   <u>Page 2-4-13, Installing Upper Casing Half</u>

In the second paragraph, the numerical order for
tightening holding down nuts is not indicated on
Figure 9-1-12.

REPRODUCED AT THE NATIONAL ARCHIVES

DDG2-3/S1/8,547(2-4411-K)      - 6 -

3.      (Continued)

(u)   Page 2-4-13, Quarterly

Add - "4. Drain oil from sump, clean the sump
and refill with new oil."

(v)   Page 2-4-14, Annually

Delete the first test as it is not applicable.

(w)   Pages 2-4-14 and 2-4-15, Trouble Shooting Guide

Revise Paragraphs 2-4-21, 2-4-23 and 2-4-24 to
reflect the actual installation (no suction
strainers or feed heater tanks are installed).
Use Article 47-135 of the Bureau of Ships Technical
Manual as a guide.

(x)   Page 3-1-4, Casing Lower Half (Group 2)

In the first paragraph, second line, reconcile
.059-.067" with that shown on Page 1-5-12.

(y)   Page 3-1-8, Pressure Piping (Group 21)

In the second line, change
Paragraph "1-10" to "3-1-11"

(z)   Page 3-1-9, Drain Piping (Group 22)

In the third line, insert Fig. 9-2-7 after
"(6.1)".

(aa)  Page 3-1-11, Low Pump Suction Pressure Safety Trip

In the first paragraph include the various sequential
settings for the pumps. (1A, 2A-44 PSIG, 1B, 2B-47 PSIG,
1C, 2C-50 PSIG) or specify that the settings are contained on a
label plate installed aboard ship.

(bb)  Pages 3-1-11 and 3-1-12, Combined Exhaust and Relief
Valve

The text should be revised to agree with Figures 9-2-35.
The present text is based on Drawing S-252 instead of
Drawing S-539.

REPRODUCED AT THE NATIONAL ARCHIVES

DDG2-3/S1/8,S47(2-4411-K)          - 7 -

3.      (Continued)

(cc)   Page 3-2-13, Rotor Float

In the last line add "Fig. 9-2-7" after
"5,10) (5.11)"

(dd)   Page 3-4-14, Casing, Bearings and Rotor

Revise Step 6 to indicate that coupling halves
are separated before further disassembly is
carried out.

(ee)   Page 3-4-17, Casing, Bearings and Rotor (Assembly)

In Step 11, reconcile "keys (3.3)" with "locating
spacers(3.3)" shown on Figs. 9-2-7 and 9-2-12.

(ff)   Page 3-4-21, Oil Cooler

Hazardous or toxic fluids are generally forbidden to
be used as solvents aboard ship. In lieu of gasoline
or carbon tetrachloride, the Navy Department is
requested to specify an approved solvent by Military
Specification or Standard Navy Stock Number.

(gg)   Page 3-4-22, Motor Driven Oil Pump

(1) - In title, change "Fig. 9-2-24" to "9-2-25"
(2) - In the first step, insert Fig. 9-2-6 after "(20.4)",
(3) - In the third step, include disassembly of the chain
      coupling prior to removing the pump.

(hh)   Page 3-4-23, Hand Oil Pump

In the first line, add"Fig. 9-2-6" after "(20.3)"

(ii)   Page 3-4-23, Combined Exhaust and Relief Valve

Text should be revised to agree with applicable
drawing (S-539). Present text is based on
drawing S-252. This also applies to Paragraph
3-4-23 on Page 3-4-25. (See Paragraph 3 (bb)
of this review).

REPRODUCED AT THE NATIONAL ARCHIVES

DDG2-3/S1/8,Sh7(2-4411-X)        — 8 —

3.        (Continued)

(jj) Page 3-4-27, Low Oil Pressure Alarm Contactor

Also add "Figure 9-2-33" to heading.

(kk) Page 4-1-4, Leslie Diaphragm Recirculation Control Valve

(1) In the fifth line, substitute "DRNSL" for "DRF".
(2) In the ninth line, delete "bronze" and insert "aluminum". Delete the last sentence.

(ll) Page 4-4-11, Trouble Shooting Guide

In Trouble No.1, "Check C", last line, reconcile the amount of downward movement with that shown on Fig.9-3-9.

(mm) Page 5-1-2, Hydraulic System Components

In the fourth Step, third line, delete "(44 PSIG for these vessels)". The minimum setting varies with each pump, i.e. 44, 47, 50 PSIG. (See Paragraph 3 (aa) of this review).

(nn) Page 5-1-3, Hydraulic System Components

(1) Revise Step 7(a) to read — "Reserve cover (2) and prop (split spacer) (43)"
(2) Revise Step 7(b) to read — "Push spring adjusting rod of the jackscrew assembly (4) down to engage screw driver slot"
(3) In Step 7(c), delete "(1)" after "rod".

(oo) Page 5-4-9, Feedwater Header Pressure Set Point Controller

In Step 2(d-5), fourth line, correct spelling of "turns"

(pp) Page 5-4-10

After Step (d) include as separate items the component adjustment for the Auto-Manual Transfer Valve and the Manual Signal Generator. If no adjustment is required, so state.

REPRODUCED AT THE NATIONAL ARCHIVES

DDG2-3/S1/B,S47(2-4411-X)          — 9 —

3.    (Continued)

(qq) Pages 6-1-1 and 6-1-3/4

Where "specification 14-L-3C" appears, it should be changed to "Military Specification MIL-G-18709"

(rr) Page 7-2-2, Preliminary Operation

Inasmuch as the valves mentioned in Steps 1-5 are normally open, the following revisions should be made:

(1) Step 1, second and third lines — Delete "then close" and add "closed" after "transmitter".
(2) Step 2 — Revise to read — "See that the air supply valve to the panel is open".
(3) Step 3 — Revise to read — "See that all air valves in panel to control components are open".

(ss) Page 7-3-3, Differential Pressure Control System

(1) Revise Step 7 to read — "See that all air valves in panel to control components are open".
(2) Revise Step 9 to read — "See that all valves in water lines to panel, and water manifold valves at differential pressure transmitters are open and the center equalizing valve in manifold at transmitters closed".

(tt) Page 7-3-3, Feed Pump

(1) In Step 11, third line, add "with the exception of the pump discharge valve" after "opened".
(2) Delete Step 13 as these connections are blanked off.

(uu) Page 7-3-4, Turbine

(1) Revise Step 16 to read — "Open drain valve in exhauster system line. When line is drained, close drain valve and open line valve in exhauster system".
(2) Revise Step 17 to read — "See that the combined exhaust and relief valve is closed".

(vv) Page 7-4-5, Starting

Insert new Step 4 to read "Open the combined exhaust and relief valve". Revise present Step 4 to read "Shift the steam chest drain to the high pressure drain main, whenever steam becomes 'dry'. Remember steps". Add as a last step — "Open the pump discharge valve".

(ww) Page 7-4-6, Starting When Another Feed Pump is Already Operating

Paragraph 3(vv-2) above applies.

REPRODUCED AT THE NATIONAL ARCHIVES

DDG2-3/S1/E,S47(2-4411-K)          -10-

3.      (Continued)

(xx) Page 7-4-7, Para. 7-4-3

Following Step 6, include a brief procedure describing the
steps to take to transfer to Manual Control (Para. 7-5-1),
i.e., setting of transfer valve, auto-manual signal generator,
opening the valve in the air line to the pneumatic hydraulic
pressure controller, etc.

(yy) Page 7-5-8, Shifting From Automatic To Manual Control

Include a brief procedure (after 7-5-4) to cover the manner of
transferring from manual operation to control of the unit
without using the differential control panel.

(zz) Page 7-5-8, Cutting In A Second Boiler

Revise the first sentence to read - "Cutting in a second
boiler while a pump or pumps supply a boiler under differential
pressure control is accomplished by opening the stop valves in
the feedwater line to the oncoming boiler and setting the
feedwater control valve for automatic operation."

(aaa) Page 7-5-8, Observations During Operation

(1)  In Step 1(g), Change "65-125 PSIG" to "80-105 PSIG".

(2)  In Step 4, revise the statement to reflect the actual ship-
board installation. Figure 9-1-3 indicates a steam inlet
pressure gage only. In addition, a practical procedure
for checking the speed should be included. (Tachometers are
not normally furnished each fireroom to check the speed of
the pumps every time more than one pump is in operation).

(bbb) Page 7-6-10, Securing

(1)  Add to Step 1 - "Close the pump discharge valve".

(2)  Revise Step 4 to read - "Shift the steam chest drains to
the fresh water drain main. Close the valve in the gland
leakoff line to the exhauster and open the drain valve
in the line."

(3)  Revise Step 7 to read - "Close the stuffing box gland cooling
water, gland relief, low suction pressure trip actuating
line and pump suction valves".

REPRODUCED AT THE NATIONAL ARCHIVES

DDG2-3/S1/8,S47(2-4411-X)        -11-

3.      (Continued)

(ccc)   Page 7-6-11, Section 7, Standby Status

The entire procedure should be carefully reviewed in con-
junction with that outlined on Enclosure (A) to Reference (d)
and Chapter 50, Article 50-3 of the Bureau of Ships Technical
Manual.  Of importance are the procedures governing idle
turbine warm up, drainage, etc.  Appropriate revisions are
to be made to the present text.

(ddd)   Page 8-0-1/2, Chapter 8 - Parts Lists

Paragraph 3.4.1.2.7 of Reference (a) requires a complete
listing of repair parts (and special tools) to be included in
a technical manual.  Enclosure (A) does not have a complete
parts list section, but does possess vendor drawings covering
repair parts and special tools.  In this regard, Navy Depart-
ment comments are requested relative to the acceptability
of the aforementioned drawings within the manual as fulfilling
the requirements of paragraph 3.4.1.2.7, or whether separate
sections listing repair parts and tools per paragraphs
3.4.1.2.7.1 and 3.4.1.2.7.2 of Reference (a) are required.

(eee)   Page 9-3-3, Section 4 - Differential Pressure Control System

The following additional drawings should be added -

| Fig. No. | Title | Drawing No. |
|---|---|---|
| 9-4-10 | Model 53N Transfer Valve | 539557 |
| 9-4-11 | Model 53N Relay Sender (Manual Signal Generator) | 539067 |

(fff)   Lubrication Chart

The lubrication requirements for the different components of
the equipment are contained in brief, throughout the manual.
In order to present a convenient summary of lubricants, it is
requested that the vendor include a lubrication chart at
the end of the operating instructions, page 7-7-12, similar
to the following sample -

REPRODUCED AT THE NATIONAL ARCHIVES

DDG2-3/S1/8,S47(2-4411-K)          -12-

3.  (fff) (Continued)

### LUBRICATION CHART

| Name | Points Lubricated | Lubricant | | Frequency | Drawing Reference |
|------|-------------------|-----------|---|-----------|-------------------|
| | | Mil.Spec. | Quantity | | |
| Main Coupling | 2 Alemite Fittings | MIL-G-12345 | 8 Ozs. | Weekly | Fig. 2-8-6 |
| Main Sump | Via Fill Line | 2190TEP, MIL-L-17331 | 65 Gals. | As Necessary | Fig. 4-9-2 |

(ggg) Foldover Illustrations

(1)  Pages 9-1-1 to 9-3-3 list the drawings to be included
     within the final manual.  In this regard, the Navy
     Department has, in the past, requested that technical
     manuals contain reproductions of complete and approved
     plans rather than partial reproductions, etc.  There-
     fore, the vendor is requested to include reproductions
     of complete plans (where possible) in lieu of partial
     reproductions or excerpts of plans.  The drawings
     are to show the plan number, approval and revision
     block, etc. and are to comply with the requirements
     of paragraphs 3.4.2.5.1 and 3.4.2.6.1 of Reference (a).

(2)  Further to paragraph 3(h) of this review, the following
     statement should be inserted beneath the appropriate
     headings, i.e., Pump, Turbine, etc. –

     "*(Drawings marked with an asterisk do not contain a
      list of material. To identify the parts shown thereon,
      obtain the part index number, then refer to the List of
      Material Drawing, Figure ____ for part identification)."
      Vendor is to asterisk the appropriate drawings to the left
      of the titles in the listing.

REPRODUCED AT THE NATIONAL ARCHIVES

DDG2-1/S1/8,Sh7(2-4411-K)          -13-

4.       Upon receipt of Navy Department approval, the vendor
will be requested to submit two copies of revised pages (either in
manuscript form or in printer's proof form) for examination prior to
final printing.  The number of final manuals for stock purposes and
the availability date of final manuals will be the subject of separate
correspondence.

                         BATH IRON WORKS CORPORATION
                         BY GIBBS & COX, INC.
                         W. C. BACHMAN

                         H. T. Erxmeyer

                         H. T. Erxmeyer
                         By direction

TJL:twh/wsd

CC (2):
Worthington Corp.
Harrison, N.J.
         Attn: Mr. W.E. Pinckney

REPRODUCED AT THE NATIONAL ARCHIVES

*13*

C.:.S-SUPSHIP & INSORD 11YE 9310/10

## SUPERVISOR OF SHIPBUILDING, USN, AND

### NAVAL INSPECTOR OF ORDNANCE
130 CENTRE STREET
NEW YORK 13, N. Y.

IN REPLY REFER TO:
DDG2CL/9470/9020/8
Ser 3932-273-js
10 MAR 1960

From:   Supervisor of Shipbuilding, U.S. Navy, New York
To:     Bath Iron Works Corp. (Gibbs & Cox, Inc.)
        Chief, Bureau of Ships

Subj:   DDG2-3, 10-11 - P 0. DDG2/DDG2/DDG10/G&C-215; Worthing-
        ton Corp.; Preliminary Technical Manual for Turbine
        Driven Main Feed Pumps; NAVSHIPS 347-3309; approval of

Ref:    (a) BIWC(G&C,Inc) ltr DDG2-3/S1/8,S47(2-4411-K) of 28
            Jan 1960
        (b) BIWC(G&C,Inc) ltr DDG2-3/S1/8,S47(2-4489-K) of 2
            Mar 1960
        (c) DDG2-3,10-11 Preliminary Technical Manual for
            Turbine Driven Main Feed Pump, NAVSHIPS 347-3309
        (d) BUSHIPS ltr DDG2CL/S47(626B4) Ser 626B-2436 of 9
            Mar 1959

Encl:   To Bureau of Ships
        (1) Two copies each of letters, references (a) and (b)
        (2) Copy of preliminary technical manual reference (c)

To Bath Iron Works Corp (G&C,Inc)
1.  Preliminary technical manual, reference (c), submitted for
approval has been reviewed and is approved, subject to compliance
with comments outlined in letters, references (a) and (b).

2.  Comment of paragraph 3(r) of letter, reference (a), has been
noted and it is requested that a detailed procedure be outlined
in order to properly reassemble the unit.

3.  In connection with paragraph 3(ddd) of letter, reference (a),
the subject technical manual should include a separate parts
list section, as required by paragraph 3.4.1.2.7. of Military
Specification MIL-M-15071C.

4.  The Supervisor's approval of the subject technical manual
is applicable to purchase orders with this vendor for other
ships of the same class where identical purchase specifications
apply.   Unless specifically requested, further approval of the
manual is unnecessary by other shipyards.

3169C88-60

REPRODUCED AT THE NATIONAL ARCHIVES

DDG2CL/9470/9020/8
Ser 3932-273:js

To Bureau of Ships

5.  In connection with paragraph 3(ff) of letter, reference
(a), the Bureau's advice as to a suitable solvent is requested.

6.  Enclosures (1) and (2) are forwarded in compliance with
letter, reference (d).

7.  The delivery date of final technical manuals, and quantities
for stock purposes when known will be the subject of separate
correspondence.

G. E. CARLI
By direction

Copy to:
SUPSHIP, BATH          (2)
    "       CAMDEN      "
    "       SEATTLE     "
RESSUPSHIP, BAY CITY    "
INSMAT, NEWARK, N.J.    w/ref (a) & (b) 1 copy
NSD, MECHANICSBURG

3160088-60

- 2 -

REPRODUCED AT THE NATIONAL ARCHIVES



**DEPARTMENT OF THE NAVY**
BUREAU OF SHIPS
WASHINGTON 25, D. C.

IN REPLY REFER TO
DDG2C1/9470
Ser 649P-964
7 April 1960

From:  Chief, Bureau of Ships
To:    Supervisor of Shipbuilding, U. S. Navy, New York

Subj:  DDG2-14 - Main Feed Pumps, Turbine Driven, Worthington
       Corporation, Manufacturer; Preliminary Technical Manual

Ref:   (a)  SUPSHIP NYK ltr DDG2C1/9470/9020/8, Ser
            3932-273:js of 10 Mar 1960
       (b)  BIW Corp. (G&C, Inc.) ltr DDG2-3/S1/8,
            S47(2-4489-K) of 2 Mar 1960
       (c)  BIW Corp. (G&C, Inc.) ltr DDG2-3/S1/8,
            S47(2-4411-K) of 28 Jan 1960
       (d)  Preliminary Technical Manual, NAVSHIPS
            347-3309, Turbine Driven Main Feed Pump
       (e)  BUSHIPS ltr DDG2C1/S47(626B4), Ser 626B-
            2436 of 9 Mar 1959

1.  Reference (a) forwarded references (b), (c), and (d)
in compliance with letter, reference (e), and requested
Bureau comments in connection with paragraph 3(ff) of
reference (c).  Paragraph 3(ff) of reference (c) requests
a Military Specification for an approved solvent that may
be used in lieu of gasoline or carbon tetrachloride for
cleaning and rinsing tube bundle of the oil cooler as
specified in Section 3-14-16, paragraph 2(i) of reference
(d).

2.  Since toxic fluids should not be used as solvents
aboard ship, it is recommended that the manual be revised
to incorporate the use of cleaning agent, heavy duty de-
greasing compound conforming to Military Specification,
MIL-C-20207, in lieu of gasoline and carbon tetrachloride.
This compound is relatively non-toxic, however, it is
alkaline and contact with the skin should be avoided.  The
revision of the manual should include a precautionary note
such as use of goggles and rubber gloves while utilizing
this cleaning agent.

Copy to:
NSD, MECH
INSMAT, NEWARK
SUPSHIP, BATH
SUPSHIP, CAMDEN
SUPSHIP, SEATTLE
RESUPSHIP, BAY CITY
649H_m

N. W. PLOTNER, By direction

Prepared by A. Leggieri, X62217
Typed by M. Janda, 4-5-60
3160088-60

REPRODUCED AT THE NATIONAL ARCHIVES



**DEPARTMENT OF THE NAVY**
BUREAU OF SHIPS
WASHINGTON 25, D. C.

IN REPLY REFER TO
SS359301/9610
NObs 74547
Ser 641-1404
14 Sep 1960

From:  Chief, Bureau of Ships

To:    DeLaval Steam Turbine Company, 853 Nottingham Way, Trenton 2,
       New Jersey

Via:   Inspector of Naval Material, Philadelphia

Subj:  SS(N)606, Contract NObs 74547; 2000 KW turbine generators,
       Instruction Book

Ref:   (a) DeLaval Steam Turbine CO, Trenton ltr Ser AS of 8 Jul 1960
       (b) DeLaval Instruction 1351P, NAVSHIPS 361-1718, received in
           the Bureau on 9 Aug 1960

1.  The Bureau has the following comments to make on reference (b)
forwarded by reference (a), which has been assigned the above number:

    a.  Paragraph 1-1-1, change second paragraph to read as follows:

        "The turbine was designed to operate normally on dry and
    saturated steam at any pressure from 285 psig to 750 psig exhausting
    to any pressure from 3 to 7 in. mercury (Hg) absolute.  Both the
    turbine and generator are capable of carrying their rated load
    continuously.  The turbine is also capable of operating full load
    at steam pressures as low as 285 psig when exhausting to a condenser
    pressure of 10 inches mercury absolute."

    b.  Paragraph 2-4-6, paragraph 1, last sentence, change to read
as follows:

        "The servomotor power piston (34) (Fig. 2-10-11) actuates
    the lever (56) to position the valves through a connecting linkage."

    c.  Paragraph 2-4-8, paragraph 1, line 7, change "governor body"
to "spring seat".

    d.  Paragraph 2-4-10, paragraph 2, line 2, insert "(83)" between
"valve" and "mounted".

    e.  Paragraph 2-5-3, insert ", steam seal regulator leakoff"
between the words "leak-off" and "and" in third line of paragraph.

    f.  Paragraph 2-5-7, change third paragraph, first sentence
to read as follows:

        "Gland sealing steam, orificed high pressure steam, low
    pressure (turbine exhaust), sealing steam leak-off, and operating oil
    and oil drain connections are provided on the regulator."

G-14

REPRODUCED AT THE NATIONAL ARCHIVES

SSN59301/9610
NObs 74547
Ser 641-1404

g.  Paragraph 2-5-7, add the following sentence at the end of paragraph 4:

"Changing the tension on spring (57) will change the sealing steam pressure.  (See Paragraph 2-8-26)."

h.  Paragraph 2-5-11, first line, delete the word "direct" and add "and orificed".

i.  Paragraph 2-6-1, after first paragraph add the following Caution paragraph:

"CAUTION - Sealing steam should not be admitted to glands of a stationary turbine.  As it is impossible for a condenser which is common to a propulsion turbine and a turbo generator set to maintain vacuum without sealing steam being on both units the normal operating procedure is to place the propulsion turbine on the turning gear before turning on the sealing steam to either unit.  See Propulsion Turbine Instruction Book (NAVSHIPS 341-    ).  The turbo generator must be started turning within 10 minutes after the sealing steam is started."

j.  Paragraph 2-6-2, insert the numeral (8) in third line of sub-paragraph 8 after the wording "A ratchet wrench (".

k.  Paragraph 2-6-3, sub-paragraph 3, delete "step 7" in second line and add "step 8".

Sub-paragraph 5, delete "See Para. 2-8-8" in fourth line and add "See Para. 2-8-9".

Sub-paragraph 8, add sentence as follows:

"Drain valves must be open".

Sub-paragraph 9, add sentence as follows:

"Check sealing steam to propulsion turbines".

Sub-paragraph 10, add sentence as follows:

"(See Para. 2-8-26 for adjusting automatic regulation)".

Sub-paragraph 11, delete "Warning paragraph".

l.  Paragraph 2-6-4, sub-paragraph 1, delete "Warning paragraph".

Sub-paragraph 2, Note paragraph, last sentence, change to read as follows:

"This valve cannot be opened without control oil pressure."

2

REPRODUCED AT THE NATIONAL ARCHIVES

BSN59301/9610
NObs 74547
Ser 641-1404

Paragraph 2-6-4, sub-paragraph 3, change to read as follows:

"Make sure that the turbine hydraulic trip valve is latched. The valve is latched by pulling the handle away from the valve body or aft and holding it until it is held by oil pressure. Control oil pressure will not build up unless valve is latched."

Sub-paragraph 4, change to read as follows:

"Check the operation of the steam seal system."

Sub-paragraph 5, add the following sentence:

"The unit must be started turning within 10 minutes of turning on the sealing steam."

m. Paragraph 2-6-7-1, paragraph 1, fourth line, change "120" to "130". Change last sentence to read as follows:

"Under no condition should the return oil temperature exceed 180 F, nor should any bearing oil temperature rise exceed 50 F as indicated by the thermometers."

Add new paragraph to read as follows:

"The bearing temperature monitor alarm should be set at 250°F for bearings. Monitor readings will be different than the thermometer readings and should be checked against previous readings for an indication of trouble."

n. Paragraph 2-6-8, sub-paragraph 5, delete the word "handle" and substitute "handwheel".

Insert the following Caution paragraph between sub-paragraphs 5 and 6:

"CAUTION - Sealing steam should not be admitted to glands of a stationary turbine. Provision should be made for continuous turning of the turbine shaft at times seal steam must be admitted to glands. This may be done by one of the following methods:

(A) Operation of turbine under control of governor valves.

(B) Operation of turbine at slow speed under control of the trip throttle valve.

(C) Hand rotation at a rate of 1/4 turn every 10-15 minutes. A jacking arrangement is provided for at the end of the generator rotor.

3

REPRODUCED AT THE NATIONAL ARCHIVES

SSB5930l/9610
NObs 74547
Ser 641-1404

Under most conditions requiring sealing of glands it should be possible
to operate the turbine under control of the governor valves or trip
throttle valve.  If the turbine is operated under control of the throttle
valve the speed should be checked any time there is a large change in
steam pressure.  In cases involving a wiped turbine generator bearing
or loss of lube oil to a turbine generator set it may be desirable to secure
gland seal steam, break condenser vacuum and windmill the propulsion turbine
on the side of the casualty."

       o.   Paragraph 2-6-9, sub-paragraph 3, fourth line should read as
follows:

       "wrench (8, Fig. 2-10-19)".

       p.   Paragraph 2-6-10, eighth line should read as follows:

       "ADJUSTMENT", Para. 2-4-9), the tripping speed must be
obtained manually by depressing pin (117, Fig 2-10-9) and turning hand-
wheel (114) which is on top of speed governor."

       q.   Paragraph 2-8-1, seventh paragraph should read as follows:

       "Lubricate the turbine nozzle valve gear with high temperature
grease (MIL-L-15719)."

       Insert new paragraph as follows:

       "Do not lubricate the valve stems."

       r.   Paragraph 2-8-3, after the Normal Clearance for Thrust Bearing
Oil Guards add "on dia.".

       Change all clearances for the Shaft Packing Oil Guards,
Steam Exhaust End to agree with clearance drawing Fig. 2-10-2.

       s.   Paragraph 2-8-6, paragraph 1, last sentence, change the
word "exhaust" to "inlet".

       t.   Paragraph 2-8-19, correct all part numbers to agree with
the referenced figure.

       Sub-paragraph 3 change to read as follows:

       "3.  Slide the outboard emergency ring (355) endwise enough
to install the clamp assembly (23, Fig. 2-10-19) and then finish sliding
the emergency ring off the emergency governor body."

       Sub-paragraph 6, page 2-51, after word "tool" insert "(22, Fig.
2-10-19)".

REPRODUCED AT THE NATIONAL ARCHIVES

SSN59301/9610
NObs-74547
Ser 641-1404

u.  Paragraph 2-8-20, paragraph 3, eleventh line, insert "(one turn)" between "in." and "before".

In Caution paragraph, second line, change the word "under" to "over".

v.  Paragraph 2-8-21, sub-paragraph 3, change to read as follows:

"3.  Remove the nuts (7), at the same time supporting the weight of the oil cylinder yoke assembly and cover."

Between sub-paragraphs 3 and 4, insert the following Caution paragraph:

"CAUTION - The joint between the oil cylinder (59) and cover (5) must not be allowed to open at any time the pilot valve and stem (41) is between them or the stem will be bent and unsatisfactory operation will result."

Sub-paragraph 4 should read as follows:

"4.  Remove the oil cylinder yoke assembly and cover (5) from the valve body."

Sub-paragraph 18, change "valve (20)" to "(15)", "piston ring (14)" to "(16)", "orifice (19)" to "(13)" and "strainer (18)" to "(14)".

Between sub-paragraph 21 and III, insert Caution paragraph as follows:

"CAUTION - Use extreme care not to bend stem (41)."

w.  Paragraph 2-8-22-1, paragraph a., add sentence as follows:

"Also disconnect valve stem steam seal and leak-off piping."

Paragraph "d" should read as follows:

"Chip out the spot welds, loosen nut (28) and remove key (25) on all the valves."

Change sub-paragraph letters "d" to "e", "e" to "f", "f" to "g", "g" to "h", "h" to "i" and "i" to "j".

Present sub-paragraph "f" - delete first sentence "Chip out the - -."

x.  Paragraph 2-8-24, paragraph 4, change pins "(65 and 68)" to "pin (65)" in first line.

5

REPRODUCED AT THE NATIONAL ARCHIVES

SSN593C1/9610
NObs 74547
Ser 641-1404

Paragraph 5, insert "with studs (96)" between "which" and "secure" and "to studs (96)" and insert "to the oil cylinder". Delete "forks (76, 68),"

Paragraph 6, insert "with studs (97)" between "which" and "secure". Delete "to studs (97)" and insert "to the oil cylinder".

Paragraph 9, insert between paragraphs 6 and 7.

y. Paragraph 3-2-9, paragraph 3, change "Figs. 7-3-6.1" to Fig. 3-7-9.1" and delete "and 7-3-6.2".

Paragraph 4, change "Fig. 7-3-7.1" to "Fig. 3-7-8.1".

z. Paragraph 3-5-9, paragraph 2, last line, the reading of 0.009 is questioned as General Electric shows .006 in their book.

aa. Add new Paragraph 3-5-34 - Add information on use of tools and balance planes provided for infield balance of generator rotors.

bb. Chapter 4, Section 2 - Include pictures of the manual control rheostat, rectifier assembly voltage regulator, voltage adjusting rheostat, control switch and current transformer.

cc. Chapter 4, Section 5 - The maintenance and trouble shooting sections should be expanded to include data similar to that included in GEI-65753.

dd. Fig. 2-10-7 furnish enlarged view of relay and associated parts.

ee. Clear prints are required on all figures. Fig. 2-10-16, use correct drawing or delete from the book.

*Robert A Trout*

ROBERT A. TROUT
By direction

Copy to:
DeLaval Steam Turbine Co., Trenton (Mr. Jackson)
Commercial Engineering Co., WASHDC (Mr. R. Fox)
FPSO Byron, Georgia (Codes 240M and 622.3)

660G      641B

Prepared by A. R. Bennett, Ext. 61659
Typed by M. L. Jenkins, 9/12/60
7130078-60                          6

REPRODUCED AT THE NATIONAL ARCHIVES

OF THE NAVY
BUREAU OF SHIPS
WASHINGTON 25, D. C.

CVA63/S9510
NObs-67652
Ser 651B-32
9 January 1961

of Ships
Corporation, 666 Fifth Avenue, New York 19, New York
of Naval Material, Buffalo

Main Boilers, Contract NObs-67652; Preliminary Technical
approval of

(a)   Foster Wheeler Corp ltr Ref 3-37-389A-3902 dtd 31May 1960

subject preliminary technical manual was forwarded by reference (a)
for review and assignment of a NAVSHIPS number. NAVSHIPS number 351-0652
is hereby assigned. The preliminary technical manual is approved subject
to the following corrections.

a.   Delete "CVA-63" from cover and title page.

b.   Delete "U.S. Navy Contract NObs-67652" on the title page.

c.   Page iii - Correct the spelling of "refractory".

d.   The "List of Drawings", "List of Materials" and "List of Spares
and Tools" are excerpted from the approved manufacturer's drawings.  It is
recommended that the complete approved drawings be substituted in reduced
size format.

e.   The "List of Combustion Control Drawings and Spares" should be
deleted and placed in the Combustion Control Technical Manual.

f.   Page 1-13 under "General" in the 3rd paragraph, correct "Figs.
1-1-1 and 1-1-2" to read "Fig. 1-1 and 1-2".

g.   Page 1-17 under "Superheater" in the 2nd paragraph, correct
the text to refer to the 268 superheater elements which are in turn welded
to 134 bifurcated elements.

h.   Page 1-17, under "Superheater" in the 7th paragraph delete
"provides" and substitute "provide".

i.   Page 1-21, Figure 1-3, it is recommended that the complete draw-
ing be reproduced in lieu of the views shown.

REPRODUCED AT THE NATIONAL ARCHIVES

CVA63/9510
NObs-67652
Ser 651B-32

............... under "Blowdown Valves", in the fifth paragraph, delete
.................. and substitute "72 steaming hours".

............... under "Feedwater" delete "Feedwater for these . . . . .
. . . . Ships." and "To prevent possible . . . . . Bureau of
............. stitute "Feedwater quality and boiler water treatment shall
.............. requirements in Bureau of Ships Manual Chapter 56."

..... Page 2-3, under "Combustion" in the seventh paragraph, delete "When-
............. . . . . . relighting the atomizers." and substitute "Whenever
............. are extinguished, shut off the oil, open all air registers and
purge the furnace."

..... a. Page 2-3, under "Water Level" after the first paragraph, add the
following:

"Procedure in Case of High or Low Water"

"Except for momentary fluctuations during rapid maneuvering,
whenever the water disappears from sight (either high or low):

a.  Secure oil supply to all burners

b.  Close feed-check valves

c.  Close boiler steam stop valves

d.  If there is any question as to whether the condition is
high water or low water, blow through water gages to determine definitely
whether gages are full or empty.

e.  In event of high water, blow the boiler down to the
middle of the gage glass using the surface blow valve.

f.  Relight the burners and cut the boiler on the line again
in the usual manner.

g.  In the event of low water, open safety valves cautiously
by hand and relieve boiler pressure gradually.

h.  Close burner registers and diminish air supply to the
boiler by stopping the blowers.

2

REPRODUCED AT THE NATIONAL ARCHIVES

CVA63/9510
NObs-67652
Ser 6513-32

i.   In the event of low water, it is essential that no attempt
be made to restore the normal water level by increasing the supply of feed-
water, as this would result in sudden and too rapid cooling of overheated
pressure parts."

n.   Page 2-4 under "Combustion and Feedwater Control" last paragraph
after NAVSHIPS add "351-0654". It is recommended that the text be reviewed
and revised as necessary to account for NAVSHIPS 351-0654 wherever Com-
bustion and Feedwater Control Systems Technical Manual is referenced.

o.   Page 2-4, under "Tube Failure" delete "If a tube . . . . . . .
up the stack." and substitute:

"To prevent serious injury to personnel and to reduce to a mini-
mum the extent of damage to the boiler whenever a large steam leak occurs,
the following action shall be taken, as far as the particular circumstances
permit:

a.   Shut off the supply of oil to the burners.

b.   If blowers are running, increase their speed, if neces-
sary, to drive the escaping steam up the smoke stack and out of the machinery
space.

c.   Close the boiler steam stops of the damaged boiler.

d.   Gradually open safety valves as soon as possible to
relieve the pressure.

e.   Close the burner registers.

f.   Except in cases of tube failure due to low water, when
consequent overheating is involved, continue the feed supply until fires
are out, to prevent the heating surfaces becoming uncovered and overheated.
Special care should be taken to maintain the water at the proper height in
the other boiler if it is being steamed.

g.   After the pressure has been decreased and the fires are
out, stop the blowers and close all possible sources of air flow into the
furnace. Allow the furnace to cool slowly."

p.   Page 2-4 under "Internal and External Inspection" delete "or steam".

3

REPRODUCED AT THE NATIONAL ARCHIVES

CVA63/9510
NObs-67652
Ser 651B-32

q.  Page 2-5, Figure 2-1 - The title refers to "Curves for various sprayer plates". However, only one sprayer plate is used.  Correct as necessary.

r.  Page 2-6 under "Filling Boiler" in the second paragraph reference is made to the "17 inch water gage glass".  The installed gages have a 22-1/8 inch visibility.  Correct as necessary.

s.  Page 2-8, in the second paragraph delete "protection steam need not be used during normal light-off".

t.  Page 2-8, Figure 2-3 it is recommended that the applicable drawings be obtained from the shipbuilder.

u.  Page 2-9, under "Lighting-off Straight Mechanical, etc:" Second sentence insert the word "to" between the words "not" and "be."

v.  Page 2-9 under "Lighting-off Manual Return Flow, etc:" Same comment as (u) applies.

w.  Page 2-9, paragraph 2-2 -"Lighting-off Manual Return Flow"- Delete "(During Emergencies only)" and substitute "(when automatic controls not in use)".

x.  Page 2-10 -"under Sootblowers" lines 6 and 7 delete all in parenthesis. "Under Oil Burners" (a) line 6 after "Kerosene" insert "or diesel oil." (b) line 15 delete "page 31" and substitute "page 3-31."  (c) The chronological sequence of events in this paragraph indicates blower being run to purge furnace with air registers closed.  Recommend lines 9-13 "When all atomizer ...... of all gases" be deleted and substitute the following:"When all atomizer valves are closed secure the oil lines and fuel pumps and reopen air registers.  Run a blower long enough to insure that all oil on the furnace floor is consumed and that the furnace is cleared of all gases.  After purging the furnace close air registers".

y.  Page 2-11 delete steps 3 and 4 "When the boiler . . . . . . superheater air vents" and substitute;

"3.  Boiler lay-up of the watersides can be accomplished by either of the following methods:

(a)  Steam Blanket

(1)  When boiler pressure drops below 150 psig, open the superheater protection steam valve allowing steam to enter the steam drum and superheater.

4

REPRODUCED AT THE NATIONAL ARCHIVES

OVA63/9510
NObs-67652
Ser 651B-32

(2)  Keep all vents and drains closed, except for the superheater drains which should be opened to the high pressure drain system to prevent the accumulation of condensate in the superheater.

(3)  If water level in the steam drum becomes too high due to condensing steam, reduce the water level by use of the surface blow or bottom blow system by draining the condensate to the bilge.

(b)  Water Fill

(1)  Make sure all vents and drains are closed.

(2)  When boiler pressure drops to 15 psig, use the reserve feed and transfer pump to pump deaerated water from the DFT to the boiler back-fill connection via a hose connection in the reserve feed transfer piping.

(3)  Continue filling water in the boiler until the water is no longer in sight in the steam drum level gage; then open the drum and superheater vents.

(4)  When water issues forth from the vents, close them.  Close the back fill valve and secure the pump.

(5)  The boiler is now completely filled with water and should be kept pressurized from the D.F.T."

z.  Page 2-11 delete paragraph 5 "Disposition" and paragraph 2-9 "Laying-up Steam Generator".

aa.  Page 3-11 - Paragraph 36 delete "JAN R-717" and substitute "MIL-O-717".

bb.  Page 3-22 under "Installation Procedure" Subparagraph (1) line 15 insert "Fig. 3-16".

cc.  Page 3-23 at the end of the section on Handhole Plugs, add a series of sketches showing the minimum permissible header thickness at the handhole opening before the seat must be built up by welding.  Separate sketches should show the dimensions for superheater, economizer and waterwall headers.  Then insert the following:

5

REPRODUCED AT THE NATIONAL ARCHIVES

CVA63/9510
NObs-67652
Ser 651B-32

"Minimum Header Thickness at Handhole Openings"
"The minimum allowed thickness should be measured radially as
shown in Figure          .   If there is corrosion on the outside of
the header, remove the corrosion and make the measurement from
the clean bare metal."

"Whenever grinding is necessary to resurface handhole seats,
only the minimum amount of grinding should be done to insure a
satisfactory seat.  In this way, seats may be resurfaced many
times before reaching the minimum header thickness."

"Whenever the minimum thickness is reached, the seat should be
rebuilt by welding to restore the original thickness.  The seat
should then be refaced in the usual manner."

dd.  Page 3-26 in general note #1 insert the words "anchor bolt"
before the word "material" and delete "class A" and the "A" of "MIL-N-
15721A".

ee.  Page 3-26 in general note #7 delete "general specifications for
machinery, section 851-2 par. 851-2-h" and substitute "instructions in the
Bureau of Ships Manual Chapter 51."

ff.  Page 3-28 General Note #1 (same comments as for page 3-26 general
note #1).

gg.  Page 3-45 - Since all rotating soot blower elements are to sweep
a complete 360° circle, Section I-3, "Adjusting Blowing Sweep" should be
deleted.  The remaining paragraphs should be renumbered accordingly.

hh.  Page 3-59 under Paragraph 7 Maintenance delete second paragraph
"The valves ... correctly" and substitute "The valves shall be tested in
accordance with the provisions of Bureau of Ships Technical Manual Chapter
51."

ii.  Page 3-73 Left hand side of page identify MM&M as Manning,
Maxwell and Moore"

6

REPRODUCED AT THE NATIONAL ARCHIVES

CVA63/9510
NObs-67652
Ser 651B-32

jj.   Page 3-103 Boiler Air Preheaters Second paragraph line 2 delete
"fig. 3-O and 3-O" and substitute "Fig. 3-63 and 3-64".  Also paragraph 3
line 3 delete "1-27" and substitute "1-31".

Copy to:
RESINSMAT Reading
SUPSHIP Camden
NBTL
FW CORP, NYK (Advance).
FW CORP, WASHDC
FPSO Byron, Ga.

240M

_T. J. Lund_

T. J. LUND
By direction

Prepared by B. Slominski, A. St.George, Ext. 62473
Typed by R. Bartley, 1/5/61

7

DE1052 Class/S47(2-2617-N)

6-15-66-1552

RECEIVED June 15, 1966

JUN 17 1966

BUFFALO PUMPS,

From:            Todd Shipyards Corp.
                 (Seattle Division)
                 By Gibbs & Cox, Inc.
                 21 West Street,
                 New York, N. Y. 10006

To:              Supervisor of Shipbuilding, USN, New York
                 Federal Office Building
                 29th Street and 3rd Avenue
                 Brooklyn, New York 11232

Subject:         DE1052 - Distiller Feed Pump - Preliminary Equipment
                 Manual.

References:
    (a)          Letter from Todd Shipyards Corp. (Gibbs & Cox, Inc.)
                 DE1052 Class/S47(2-2618-N) to Buffalo Pumps Inc. *FILE 574*
                 dated June 15, 1966.

    (b)          Detail Specification for Building Ocean Escort
                 DE1052 Class

Enclosure:       Two copies of (A)

    (A)          Preliminary Equipment Manual for Distiller Feed Pump -
                 Buffalo Pumps Inc.

        1.           In compliance with the requirement of the specifications
it is requested that a NAVSHIP number be assigned to the equipment manual,
Enclosure (A). By Reference (a) the Design Agent forwarded comments on
the manual to the pump manufacturer.

        2.           Final approved manuals will be distributed in accordance
with Paragraph 9020-5-C of Reference (b).

        3.           It is anticipated that the final manuals will be available
for distribution approximately 60 days after final approval.

        4.           The Supervisor's response to the above is requested by
July 8, 1966.

                                    TODD SHIPYARDS CORPORATION
                                    (SEATTLE DIVISION)
                                    BY GIBBS & COX, INC.
                                    W. C. BACHMAN

RH/jo
cc: Buffalo Pumps
       Buffalo, N.Y.                R. P. FULTON
    Todd, Seattle                   By direction
    Todd, New York

Mailed  Copy to A. Bloom 6/17 RWF

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z