MIL-M-15071D(SHIPS)

and safety precautions; maximum and minimum loads; normal temperatures or pressure limits or both; transfer from manual to automatic operation (or the reverse), to be observed in the starting, operating, stopping, and shutting down of the equipment. In addition, action(s) which should be taken in the event of power failure; control air failure; lube-oil failure; partial failure of equipment; and similar conditions shall be described. Action(s) described in the event of partial failure shall include, where practicable, those procedures necessary to provide continued service of the equipment until time is available to repair the equipment. Where operating procedures are to be performed in specific sequence, step-by-step procedures shall be given. Operations shall be numbered in the order in which they are performed. Tables and charts shall be used for the presentation of these instructions where varying operating conditions are encountered.

3.1.10  Maintenance and repair.

3.1.10.1  Preventive maintenance. - Instructions shall include all maintenance procedures, inspections, tests, and adjustments which should be performed periodically under shipboard conditions for the purpose of preventing failure or impairment of the equipment. A one page summary and time schedule for maintenance procedures, including a check-off table where appropriate, shall be provided. The summary sheet shall identify any items required by the Navy, as indicated at time of approval action, to be included in the ship's permanent history cards. Where necessary instructions shall include procedures for obtaining access to the sub-components for maintenance. Maintenance instructions shall include, where appropriate, but shall not be limited to the following:

(a) A tabulation of periodic, routine, mechanical, and electrical tests and checks which should be accomplished regularly to show that sub-components are operating properly and to insure continuity of service at optimum performance.

(b) Table or charts, including "wear-limit" charts when appropriate, to indicate what is to be done, when it is to be done based on inspection, and how to do it.

(c) Utilization of the test facilities which may be incorporated in the various components.

(d) Instructions for the care, inspection, and cleaning of all pertinent parts.

(e) Instructions stressing the importance of properly maintaining all safety devices and interlocks provided to prevent damage to equipment or injury to personnel.

(f) Instructions on lubrication at shipboard operating temperatures shall be pro-

vided as applicable, perferably in chart form. They shall include information regarding lubrication recommended by the manufacturer and the type of lubricant to be used. Lubricants shall be described by symbol number, Federal stock number, Military specification and industry standard numbers where applicable and known.

(g) Instructions on in-place-balancing or other means of reducing noise level if equipment specifications and shipboard application require quiet operation.

3.1.10.2  Trouble shooting, overhaul and repair. - Instructions shall include all information necessary to permit a technician to locate trouble, and to make repairs, adjustments and conduct tests of each component, assembly or sub-assembly of the equipment. The following shall be included:

(a) Trouble shooting guides for the localization of faults giving possible sources of trouble, the symptoms, probable cause, and instructions for remedying the faults.

(b) Complete instructions on signal tracing for electric circuits, use of special test instruments and unusual servicing techniques.

(c) Ample figures and sectional views giving details of mechanical assemblies, and simplified schematic diagrams of electrical, mechanical, hydraulic and pneumatic circuits. Figures contained elsewhere in the manual may be used and referred to under this heading without duplicating them.

3.1.11  Parts list. - The parts list shall include identification data covering all repair parts to facilitate ready identification of parts for replacement and ordering purposes. Standard hardware, structural parts, or other parts which have no maintenance significance shall not be listed.

3.1.12  Special tools. - A separate list of "special tools" which are supplied with the equipment shall immediately follow the parts tabulation; this list shall contain only tools that are peculiar to the equipment showing the quantity, unit of issue (each, pair, set), description, and manufacturer's identification number. A photograph or sketch showing each special tool as it is being used, shall be included in the manual.

3.1.13  Photographs and drawings. - As the preferred alternate to lengthy, detailed discussions, the manual shall make maximum use of shop photographs, with parts annotated for identification. Photographs may be half-tones or glossy prints. Manuals shall contain reproductions of drawings,

4

REPRODUCED AT THE NATIONAL ARCHIVES



MIL-M-15071D(SHIPS)

additional block diagrams and schematic drawings as necessary to supplement the descriptive matter contained in the text. In every case, a drawing or photograph of the assembly shall be included. Diagrams of switches and relays used in the system showing the terminal numbering shall be inserted as additional drawings. Photographs and sketches shall be included wherever necessary for identification of the parts in the "parts list". Other figures shall be included to supplement or extend the information contained in the photographs and drawings as required for further identification of parts and explanation of the descriptive information contained in the text.

3.2  Format. -

3.2.1  Volumes. - Manuals shall be divided into volumes and by chapters or sections as necessary to provide ready handling and to present orderly instructions for operation and maintenance of the equipment, depending on the size and complexity of the manual.

3.2.2  Numbering. - Any section, chapter, page and paragraph numbering system which facilitates adequate indexing and rapid location of pertinent information is acceptable.

3.3  Text. -

3.3.1  Wording. - The text shall be factual, specific, concise, and clearly worded to be readily understandable by personnel involved in the operation, repair, overhaul and maintenance of the equipment, and to provide sufficient information for technicians to install, operate, service; and maintain the equipment at peak performance without the services of a manufacturer's representative. Technical phraseology requiring a specialized knowledge shall be avoided except where no other wording will convey the intended meaning, in which case the technical term shall be defined.

3.3.2  Level of writing. - As a general guide, the level of writing should be that for a high school graduate having specialized training as a technician through Navy training courses.

3.3.3  Figures. - Sectional views of assemblies, sub-assemblies and the component parts thereof shall be shown as necessary to supplement the text, photographs, and drawings and aid in the identification of parts. Identification of illustrated parts with listed parts shall be facilitated by the use of index (or piece) numbers and arrows which will identify assemblies, sub-assemblies and component parts thereof.

3.3.4  Indexing and referencing of figures. - Significant features or components of figures shall

be identified by brief applicable nomenclature with arrows. Index (or piece) numbers may be used on figures when an extremely large amount of nomenclature is required.

3.3.5  Deleted figures. - When a change requires deletion of a figure without substitution of another, the following sentence shall be inserted "Figure _____ deleted" in or near the place of deletion.

3.3.6  Notes, cautions and warnings. - Notes, cautions and warnings should be used to emphasize important and critical instructions. The use should be as sparing as is consistent with real need. When used, notes, cautions and warnings should immediately precede the applicable instructions and shall be selected in accordance with the following definitions:

    (a)  "NOTE" - An operating procedure, condition, etc., which it is essential to highlight.

    (b)  "CAUTION" - Operating procedures, practices, etc., when if not strictly observed, will result in damage or destruction of equipment.

    (c)  "WARNING" - Operating procedures, practices, etc., which will result in personal injury or loss of life if not correctly followed.

3.4  Applicability of manuals. -

3.4.1  Identical. - When a class A manual covering a specific equipment or a class B manual which is already available, is applicable in its entirety to the equipment being procured, the applicability is to be extended to include the additional ships by the manufacturer issuing an approval and procurement record page. Copies of the manual required for the ship(s) and local use may be requisitioned from stock by the cognizant Naval supervising activity.

3.4.2  Identical except for minor modifications. - When a class A manual covering a specific equipment or a class B manual is applicable to the equipment being procured except for minor differences, the manufacturer shall modify the manual to cover the differences by the issue of revised or supplementary pages. All revisions to an existing manual shall be approved by the Bureau of Ships, shall require the assignment of a change number, assigned by the Bureau of Ships, and shall be issued by the manufacturer with an approval and procurement record page.

3.5  Revisions. - Revisions to manuals which have been previously distributed shall be prepared as follows:

    (a)  New pages - New pages shall be issued when it is found necessary to include new information to augment the content of the original manual.

5

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

(b) Revised pages - Revised pages shall be issued to make changes which apply uniformly to all equipments covered by the manual.

(c) Supplementary pages - Supplementary pages shall be issued when necessary to provide alternate instructions applicable only to a portion of the total equipments covered by the manual because of minor modifications or minor differences in related components.

3.5.1 Legend for revisions. - All new, revised or supplementary pages shall include the words "new", "revised" or "supplementary", the date and a change number.

3.5.2 Submission for approval. - Four copies of each revision shall be submitted to the Bureau for approval and assignment of a change number. The forwarding letter shall include the number of stock copies and the estimated delivery date of the final copies.

3.6 Production requirements. - Detail materials, printing procedures and assembly for each manual shall be as approved at time of class A or B manual approval. An acceptable arrangement is set forth in the appendix of this specification. Alternate arrangements will be approved if equivalent performance is provided.

3.7 Distribution requirements. - Unless otherwise specified in the contract or order, distribution of all manuals not exactly identical to one previously procured and assigned a NAVSHIPS number shall be as follows:

(a) Two copies for each equipment shall be packed with the equipment when the equipment is shipped to stock.

(b) Two copies for each equipment shall be shipped separately to the cognizant Naval supervising activity marked for each ship on which the equipment is to be installed.

(c) Two copies to the Bureau of Ships.

(d) Three copies to the cognizant Supervisor of Shipbuilding when the equipment is to be installed by a private shipyard. (These copies are in addition to the copies for placement on board the ship.)

(e) Two copies to the Naval shipyard when the equipment is to be installed by that activity. (These copies are in addition to the copies for placement on board the ship.)

(f) One copy to each U.S. Naval Shipyard except Pearl Harbor and Portsmouth Naval Shipyard (total of nine).

(g) Two copies to Pearl Harbor Naval Shipyard (for submarine and surface ship equipment).

(h) Two copies to Portsmouth Naval Shipyard (for submarine equipment only).

(i) One copy to all active submarine tenders (submarine equipment only).

(j) One copy to Submarine Bases, New London and Pearl Harbor (submarine equipment only).

(k) Two copies to Commanding Officer, Ships Parts Control Center, Mechanicsburg, Penn.

(l) One copy to Naval Supply Centers, Norfolk and Oakland.

(m) One copy to Naval Supply Depot, Clearfield, Odgen, Utah.

(n) One copy to Forms and Publications Supply Office, Byron, Georgia.

(o) Manuals for stock shall be in the following quantities:

| Number of equipments | Number of copies |
| --- | --- |
| 1 to 25 | 25 |
| 26 to 99 | 50 |
| 100 and over | 100 |

These manuals shall be shipped to:
Receiving Officer, Naval Supply Depot,
Mechanicsburg, Penn.
Marked for COG I stock.

(p) Copies of approval and procurement record pages in accordance with paragraph 3.10.

3.8 Unless otherwise specified in the contract or order, (where manuals are not to be drawn from stock, see 3.4.1) distribution of all manuals exactly identical to ones previously approved shall be as follows:

(a) Two copies for each equipment shall be packed with the equipment when the equipment is shipped to stock.

(b) Two copies for each equipment shall be shipped separately to the cognizant Naval supervising activity marked for each ship on which the equipment is to be installed.

(c) Copies of approval and procurement record pages in accordance with 3.10.

3.9 Revisions. - Revision pages shall be distributed to all activities receiving the original manual, and in the same quantity.

3.10 Approval and procurement record page. - This page shall be included in all copies of the

6

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

manuals and additional copies distributed as follows:

   (a) Two copies to Bureau of Ships.
   (b) One copy to Forms and Publications Supply Office, Byron, Georgia.
   (c) One copy to Ships Parts Control Center, Mechanicsburg, Penn.

3.11 Military Assistance Program Ships. - Unless otherwise specified in the contract or order, distribution of all final manuals for ships being constructed, reactivated, converted or otherwise readied for transfer under the Military Assistance Program (MAP) shall be as follows:

   (a) Two copies for each equipment shall be shipped separately to the cognizant Naval supervising activity marked for each ship on which the equipment is to be installed.
   (b) Six copies per equipment for each ship to be transferred under MAP to a foreign government. These copies shall be sent to the Military Assistance Advisory Group (MAAG) of the recipient country for delivery to the foreign government which is to receive the ships.
   (c) One copy to the Washington, D. C. Naval Attache of the foreign government to receive the ships.
   (d) Two copies to the Bureau of Ships.
   (e) One copy to the cognizant Supervisor of Shipbuilding when the equipment is to be installed at a private yard.
   (f) One copy to the Commanding Officer, U.S. Navy Forms and Publication Supply Office, Byron, Georgia.
   (g) Twelve copies to Receiving Officer, U.S. Naval Supply Depot, Mechanicsburg, Penn., marked for COG I stock.

4. QUALITY ASSURANCE PROVISIONS

4.1 Contractor responsibility. - The supplier is responsible for the performance of all inspection requirements as specified herein. Except as otherwise specified, the supplier may utilize his own or any other inspection facilities and services acceptable to the Government. Inspection records of the examinations shall be kept complete and available to the Government as specified in the contract or order. The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to assure supplies and services conform to prescribed requirements.

4.2 Inspection. - Sample copies shall be inspected to determine compliance with the requirements of this specification and for equivalence with

the approved (when applicable) sample or basic manual. (If any subsequent issue of manuals is not equivalent to or better than an approved class A manual, class A approval may be withdrawn.)

4.3 Content. - The content of the manual shall be checked against the equipment being furnished to assure that it depicts accurately and adequately the equipment and the operating and maintenance procedures required. The NAVSHIPS number on the manual shall be checked for agreement with the NAVSHIPS number on the equipment identification plate where specified.

5. PREPARATION FOR DELIVERY

5.1 Packaging and packing. -

5.1.1 Individual and multi-volume manuals. - Individual copies and multi-volume manuals shall be packed to preclude damage to material. Multi-volume manuals shall be furnished as complete sets.

5.1.2 Manuals shipped with equipment. - When two copies of the manual are packed with the equipment they shall be packed within the shipping container holding the main unit of equipment. The manual(s) shall be so placed that they are readily accessible prior to removing the equipment and shall not be placed within the vapor proof barrier material used to enclose the equipment. Manuals accompanying equipment shall be packaged in a waterproof container. The invoice packing list or bill of lading shall include the NAVSHIPS number of the manual, the quantity and shall indicate which container includes the manuals.

5.1.3 Bulk shipment. - Manuals shipped in bulk shall not be individually wrapped. Containers shall comply with the Uniform Freight Classification Rules or other carrier regulations as applicable to the mode of transportation.

5.2 Marking. - On bulk shipments, interior packages and exterior shipping containers shall be marked with the following information for each item enclosed, except for shipment of an individual copy or an individual set of manuals:

   Box (number) of (number) (to be listed on multiple container shipments)
   NAVSHIPS number    (manual number)
   Quantity          (in package)

The words "FOR STOCK" shall be endorsed on the package or packages destined for stock, unless otherwise specified. NAVSHIPS numbers shall be indicated on the shipping documents. When a contract or order requires manuals having different

7

REPRODUCED AT THE NATIONAL ARCHIVES



MIL-M-15071D(SHIPS)

NAVSHIPS manual numbers, the stock copies of each manual number shall be shipped separately.

6.  NOTES

6.1  Ordering data. - Equipment specifications and procurement documents shall specify the following:

(a)  Title, number and date of this specification.
(b)  Quantity of manuals or APR pages required, delivery date and delivery destinations (see 3.7 through 3.11 inclusive).

6.2  Classes of manuals. - The class of manual need not be specified in equipment specifications or procurement documents.  The intent is that the manufacturer shall supply class A manuals for any equipment for which he has received class A manual approval.  He shall supply class B manuals wherever he has not been granted class A approval.

6.3  Use of term "Service Manual". - Manuals to this issue of the specification are identified as "Service Manuals", instead of "Technical Manuals" since past use of the word "Technical" tended to denote a comprehensive, expensive, theoretical and engineering document whereas all that is necessary is a document that provides for satisfactory operation, maintenance and repair.

6.4  Elimination of types. - Previous issues of this specification have established different types

for manuals.  Types have been eliminated from this issue.  The content and make-up of each manual should be tailor-made to delineate the particular operation and maintenance procedures required.

6.5  Rights in data. - Wherever unlimited rights in data are not obtained, the manual should eliminate all proprietary information if operation and maintenance suitability is not thereby reduced.  If proprietary information is required to be included and only limited rights in data are obtained, a restrictive clause per ASPR Section 9 should be included on the cover of each manual for ready identification.

Notice. - When Government drawings, specifications or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever, and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying and rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

Preparing activity:
Navy - Ships
(Project 7610-N014Sh)

8

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

APPENDIX

10. SCOPE

10.1 This appendix covers the requirements for the production of service manuals.

20. REQUIREMENTS

20.1 Quality.- All manuals furnished will be subject to 35-mm microfilming. Letters, lines and symbols shall be of a uniform contrast throughout the documents. Blurred or smudged printing or drop out of characters or lines shall be cause for rejection of the publication. Characters shall be no smaller than 8 point type.

20.2 Typography.- Preferred typography is set forth in table I. When revisions are made to the basic manual, the typography shall conform as nearly as possible to the original manual.

Table I - Typography for 8-1/2 by 11 inch manual.

| Use | Type style and size | Capitalization | Leading | Spacing between units |
|---|---|---|---|---|
| Security classification A | Gothic 14 pt. * | Capitals | 6 pt. | |
| Chapter or section titles | Same type as text | Capitals | 6 pt. | 48 pt. Following marginal copy, text of illustration 18 pt. Preceding text or illustration |
| Primary side heads | Same type as text | Capitals | 2 pt. | 6 pt. Preceding or following text |
| Subordinate side heads | Same type as text | Capitals | 1 pt. | 6 pt. Preceding or following text |
| Figure and table titles | Same type as text | Capitals and lower case | 2 pt. | 6 pt. Following illustration |
| Notes and cautions | Same type as text | Capitals centered | ---- | 4 pt. Preceding and following text |
| Warnings | Same type as text | Capitals centered | ---- | 4 pt. Preceding and following text |
| Text, table of contents, list of illustrations etc. | Book face (roman) bold 10 pt. | Capitals and lower case | 1 pt. | 12 pt. Preceding illustration or following figure title 6 pt Preceding or following notes, cautions, warnings |
| Keys or legends | Book face (roman) italics 8 pt. | Capitals and lower case | 1 pt. | 6 pt. Preceding figure title or following illustration 12 pt. Preceding text |
| Parts breakdown listings | Book face (roman) 8 pt. | Capitals and lower case | 1 pt. | 6 pt. Preceding bottom rule or following headings |
| Footnotes | Book face (roman) bold 8 pt. | Capitals and lower case | 1 pt. | |

*If 14 pt. is not available, next smaller size shall be permitted.

NOTES

1. It is not the intent of this appendix to qualify the methods or composing equipment to be used, but to specify results required.

9

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

NOTES TO TABLE I (cont'd)

2. Leading and spacing may be relaxed where circumstances require such alterations.
3. The above requirements are for type that will reproduce same size. When oversize pages are used, type shall reduce to approximately these sizes.
4. All type specified may be plus or minus 1 point, except that 8 point type shall be the minimum allowable size.
5. The type faces listed below are the most preferred. They are available in linotype or can be closely matched on office composing machines.

Book face (Roman)

Garamond
Modern
Bookman
Tribune News
Times Roman
Antique
Baskerville
Century

6. Type sizes as indicated in the requirements were selected for conservation of space and legibility and should not be changed except:

   (a) When oversize pages are prepared.
   (b) When unusual copy fitting problems arise.

20.3 Layout. -

20.3.1 Text pages. - The preferred layout of 8-1/2 inches by 11 inches text pages is two columns 20 picas wide and 54 picas deep, making an overall page image size of 42 by 60 picas. The text and illustration areas shall conserve space without lessening clarity or legibility. Blanks and spaces shall be avoided, except on fold-ins, and the first major division of the manual (chapter or section) shall be a new odd page.

20.3.2 Fold-ins. - Fold-in pages shall be used only for diagrams, drawings or charts which cannot be reduced for satisfactory presentation on a single page, or when frequent reference is required from other pages of the book. Aprons are required. When fold-in pages are used, they should be held to a two-page fold-in whenever practicable and shall not exceed an overall length of 34 inches from the binding edge including the apron. The apron may contain information pertaining to the diagram, drawing or chart.

20.4 Form-punching and drilling. - Service manuals shall be prepared in looseleaf form unless otherwise specified or approved. Looseleaf publications and revisions shall be punched for looseleaf binding with three holes one-fourth inch in diameter and four and one-fourth inches center to center (for 8-1/2 by 11 inch pages) or with such other drilling or punching as specified. Punching of revision pages shall be the same as punching of the original manuals.

20.5 Size. - Suggested sizes for final trim of service manuals follow:

   4-3/8 by 6-3/4
   8-1/2 by 11

All dimensions are in inches.

20.6 Paper stock. -

20.6.1 Text pages. - Paper stock for text pages shall be as specified in 20.6.1.1 or 20.6.1.2.

20.6.1.1 Lithography. - Paper stock shall be white offset book free from unbleached or ground woodpulp and shall have a substance weight of not less than 100 pounds per 1,000 sheets, basis 17 by 22 inches.

20.6.1.2 Letterpress. - Paper stock shall be equivalent to white supercalendered book containing not to exceed 5 percent unbleached chemical wood or ground woodpulp, the remainder to be bleached chemical woodpulp, and shall have a substance weight of not less than 90 pounds per 1,000 sheets, basis 25 by 38 inches.

20.6.2 Fold-ins. - Paper stock for fold-in pages shall be equivalent to high wet strength lithographic map, free from unbleached or ground woodpulp, and shall have a substance weight of not less than 48 pounds per 1,000 sheets, basis 17 by 22 inches.

10

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

20.6.3 <u>Binders.</u> - Binders shall be of plastic or pressboard and shall accommodate looseleaf manuals punched or drilled as specified in 20.4 and shall facilitate insertion of replacement pages.  Commercial type fasteners are to be used.   Information to be included on the binders shall not be stamped with gold or any other metal foil.  Binder colors for unclassified manuals shall be any color except yellow or red.  Binders for confidential manuals shall be red.  Binders for secret and top secret manuals shall be yellow.

11

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

NAVSHIPS  000–000                                      VOLUME I OF III
SECURITY  CLASSIFICATION

# TITLE OF
# MANUAL
# (U)

GROUP  CLASSIFICATION  MARKING  (for classified manuals.  See DD 254)

SECURITY  CLASSIFICATION

Figure 1 - Cover.

12

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

NAVSHIPS  OOO-OOO
SECURITY  CLASSIFICATION

VOLUME  1  OF  III

# TITLE OF

# MANUAL

# (U)

**WARNING:**  *This document contains information affecting the national defense of the United States within the meaning of the Espionage Laws, Title 18, U.S.C., Sections 793 and 794.  The transmission or the revelation of its contents in any manner to an unauthorized person is prohibited by law.*

SECURITY  CLASSIFICATION

Figure 2 - Title page.

13

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

## APPROVAL AND PROCUREMENT RECORD PAGE

APPROVAL DATA FOR:  NAVSHIPS
TITLE OF MANUAL:

APPROVAL AUTHORITY:

| CONTRACT OR PURCHASE ORDER | SHIPS APPLICABLE | QUANTITY OF MANUALS | QUANTITY OF EQUIPMENT | BUILDING YARD |
|---|---|---|---|---|
| | | | | |

REMARKS:

CERTIFICATION:

DATE

CHANGE NO.

MANUFACTURER'S SIGNATURE
MANUFACTURER'S NAME AND ADDRESS
FEDERAL CODE NUMBER (HOME OFFICE)

Figure 3  Approval and procurement record page.

---

Approval Authority shall include the applicable letters or correspondence granting approval in conformance with approval procedures.

Remarks space shall be used for necessary comments and the inclusion of information regarding the extension of a manual by minor revisions.

Certification: One of the following certification paragraphs shall be typed in this space, as appropriate:

For Class A manuals covering specific equipments.

It is hereby certified that NAVSHIPS _____ is identical to the basic manual NAVSHIPS _____ approved by the approval data shown above except for the detailed information required for the equipment provided under contract or purchase order _____

For original Class B manuals.

It is hereby certified that NAVSHIPS _____ to be provided under contract or purchase order _____ has been approved by the approval data shown above.

For identical Class A manuals covering specific equipment and Class B manuals.

It is hereby certified that the manuals to be provided under contract or purchase order _____ approved are exactly identical to NAVSHIPS _____ by authority of approval data shown above.

For Class A manuals covering specific equipment and Class B manuals which have been previously distributed but required minor modification.

It is hereby certified that the manuals to be provided under contract or purchase order _____ approved are exactly identical to NAVSHIPS _____ by the approval data shown above except for the necessary modification as shown in the above remarks space.

NOTE: This page may be typed and reproduced by any economical method and shall be included in Class B manuals and copies of final manuals.

14

REPRODUCED AT THE NATIONAL ARCHIVES

## SPECIFICATION ANALYSIS SHEET

### Instructions

This sheet is provided for obtaining information on the use of this specification which will insure that suitable products can be procured with a minimum amount of delay and at the least cost.

Comments and the return of this form will be appreciated.

Fold on dotted lines on reverse side, staple in corner, and send to Bureau of Ships, Specifications and Standardization Branch, Washington 25, D. C.

| Specification | | |
|---|---|---|
| Organization | City | State |
| Contract No. | | |
| Quantity of Items Procured | | Dollar Amount $ |

Material procured under a direct Government contract ☐ or a subcontract ☐

1.  Has any part of the specification created problems or required interpretation in procurement?
    a.  Give paragraph number and wording.

    b.  Recommendations for correcting the deficiencies.

2.  Comment on any specification requirement considered too rigid.

3.  Is the specification restrictive?  ☐ Yes  ☐ No   If the answer is "Yes",. in what way?

4.  Remarks (Attach any pertinent data which may be of use in improving this specification. )
    Place this form and papers in an envelope and send to the Bureau.

| Submitted by (Print name and activity) | Date |
|---|---|

REPRODUCED AT THE NATIONAL ARCHIVES

# Exhibit T

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129**

**9 August 1951**

SUPERSEDING
MIL–M–3157
20 March 1950
Army 94–40645B
11 June 1947
Army 100–2E
9 September 1944
AN–M–13A (in part)
15 July 1948
AF 40737B
26 April 1948
AF 40985A
1 May 1946
QMC Tent. OQMG–94B
21 March 1949
QMC Tent. OQMG–180
1 December 1944
ENG. T–2462
18 January 1946
NAVY SHIPMENT MARKING
HANDBOOK
June 1950

# MILITARY STANDARD
# MARKING OF SHIPMENTS



DEPARTMENT OF DEFENSE
UNITED STATES OF AMERICA

REPRODUCED AT THE NATIONAL ARCHIVES

## MIL–STD–129
### 9 August 1951

SUPERSEDING
MIL–M–3157
20 March 1950
Army 94–40645B
11 June 1947
Army 100–2E
9 September 1944
AN–M–13A (in part)
15 July 1948
AF 40737B
26 April 1948
AF 40985A
1 May 1946
QMC Tent. OQMG–94B
21 March 1949
QMC Tent. OQMG–130
1 December 1944
ENG. T–2462
18 January 1946
NAVY SHIPMENT MARKING
· HANDBOOK
June 1950

# MILITARY STANDARD
# MARKING OF SHIPMENTS



UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1951

For sale by the Superintendent of Documents, U.S. Government Printing Office
Washington 25, D. C.  -  Price 35 cents

REPRODUCED AT THE NATIONAL ARCHIVES

# MUNITIONS BOARD STANDARDS AGENCY
## DEPARTMENT OF DEFENSE
## WASHINGTON, D. C.

9 AUGUST 1951

Marking of Shipments
MIL–STD–129

1. This standard has been approved by the Departments of the Army, the Navy, and the Air Force and is published as a means of establishing uniform requirements for marking of shipments.

2. The Munitions Board Standards Agency approved this standard for printing and inclusion in the MIL series of standards on 9 August 1951.

3. In accordance with established procedure the Munitions Board Standards Agency has designated the Quartermaster Corps as custodian of this standard.

4. This standard or applicable excerpts therefrom, is mandatory for use effective immediately upon date of receipt by the Departments of the Army, the Navy, and the Air Force for the marking of shipments. Where repeated deviations from the approved Military standard are granted by a department, a report shall be made to the Munitions Board Standards Agency by that department with reason for the deviation.

5. Recommended corrections, additions, or deletions should be addressed to the Director, Munitions Board Standards Agency, Washington 25, D. C.

ii

# CONTENTS

| | | Page |
|---|---|---|
| 1. | INTRODUCTION AND GENERAL REQUIREMENTS | 1 |
| 1.1 | Purpose | 1 |
| 1.2 | Deviations | 1 |
| 1.3 | Abbreviations | 1 |
| 1.4 | Unauthorized markings | 2 |
| 1.5 | Domestic address | 2 |
| 1.6 | Overseas address | 2 |
| 2. | DEFINITIONS AND MARKING TERMS | 3 |
| 2.1 | Definitions | 3 |
| 2.2 | Marking terms | 3 |
| 3. | MATERIALS | 7 |
| 3.1 | General | 7 |
| 3.2 | Waterproofing lacquer and varnish | 7 |
| 3.3 | Label adhesive and cement | 7 |
| 3.4 | Stencil marking material | 7 |
| 3.5 | Obliterating lacquer, enamel, or paint | 7 |
| 3.6 | Labels | 7 |
| 3.7 | Tags | 7 |
| 4. | METHODS AND SIZE OF MARKING | 9 |
| 4.1 | Interior packages, shipping containers, and unpacked items | 9 |
| 5. | INTERIOR PACKAGE MARKING OTHER THAN SUBSISTENCE AND PETROLEUM PRODUCTS | 11 |
| 6. | STANDARD MARKINGS ON SHIPPING CONTAINERS OTHER THAN SUBSISTENCE AND PETROLEUM PRODUCTS | 13 |
| 6.1 | Permanent marking | 13 |
| 6.2 | Contract data marking | 13 |
| 6.3 | Destination marking | 13 |
| 6.4 | Service designations | 13 |
| 6.5 | Packing list and invoice to accompany shipment | 13 |
| 7. | SPECIAL MARKINGS ON SHIPPING CONTAINERS | 15 |
| 7.1 | Restrictive markings | 15 |
| 7.2 | Set or assembly marking | 15 |
| 7.3 | Handling markings | 15 |
| 7.4 | Structural markings | 16 |
| 7.5 | Preservation markings | 16 |
| 7.6 | Technical data marking | 17 |
| 7.7 | Special assembly instructions and warnings | 17 |
| 7.8 | Regulation and statute marking | 17 |
| 8. | LOCATION OF MARKINGS OTHER THAN "ELECTRONICS" (NAVY), SUBSISTENCE, AND PETROLEUM PRODUCTS | 19 |
| 8.1 | General | 19 |
| 8.2 | Interior packages | 19 |
| 8.3 | Boxes and crates | 19 |
| 8.4 | Barrels and drums | 20 |
| 8.5 | Bales | 20 |
| 8.6 | Unpacked items and small containers | 21 |
| 8.7 | Rods, shafting, bars, etc | 21 |
| 8.8 | Reels of cable and wire | 21 |
| 8.9 | Coils of wire | 21 |
| 8.10 | Palletized unit load | 21 |
| 8.11 | Shipping sacks | 22 |
| 9. | "ELECTRONIC" (NAVY) EQUIPMENT MARKING | 23 |
| 9.1 | General | 23 |
| 9.2 | Use of the word "electronics" | 23 |

III

REPRODUCED AT THE NATIONAL ARCHIVES

| | | Page |
|---|---|---|
| 9.3 | Special symbols | 23 |
| 9.4 | Instructions for opening | 23 |
| 9.5 | Containers | 23 |
| 10. | MARKING OF SHIPPING CONTAINERS FOR SUBSISTENCE | 25 |
| 10.1 | General | 25 |
| 10.2 | Shipping containers other than shipping sacks | 25 |
| 10.3 | Shipping sacks | 25 |
| 10.4 | Destination marking | 25 |
| 10.5 | Service designation | 25 |
| 10.6 | Fragile marking | 25 |
| 10.7 | Precautionary, regulation and statute marking | 25 |
| 10.8 | Size of lettering | 25 |
| 10.9 | Location of markings | 25 |
| 11. | MARKING OF CONTAINERS FOR PETROLEUM PRODUCTS | 27 |
| 11.1 | General | 27 |
| 11.2 | Method of application of markings on containers | 27 |
| 11.3 | Service designation markings | 27 |
| 11.4 | Product symbols | 27 |
| 11.5 | Composition of markings | 27 |
| 11.6 | Shipping containers | 29 |
| 11.7 | Intermediate packages | 29 |
| 11.8 | Overseas destination code | 29 |

## LIST OF FIGURES

Figure

1A   Army Service symbols.
1B   Bureau and Corps symbols.
2   Symbol for Medical services of the Armed Forces.
3   Fragile label.
4   Basic marking for box.
5   Basic marking for unsheathed crate.
6   Markings for sheathed crate.
7A   Basic marking for steel drum (other than petroleum products).
7B   Basic marking for barrel (other than subsistence and petroleum products).
8   Basic marking for tubular bale (presewn end).
9A   Method I of marking palletized unit load.
9B   Method II of marking palletized unit load.
9C   Method III of marking palletized unit load.
10   Marking for shipping sack.
11   Symbols for "electronic" (Navy) equipment.
12   Marking of shipping container for "electronic" (Navy) equipment.
13   Crescent symbol for subsistence.
14A   Marking of shipping container for nonperishable subsistence, issue item.
14B   Marking of shipping container for nonperishable subsistence, resale item.
14C   Marking of shipping container for perishable subsistence, issue item.
14D   Marking of shipping container for perishable subsistence, resale item.
15   Markings for standard unit containers, top and bottom heads (for petroleum products).
16   Markings for standard unit containers, side (for petroleum products).
17   Marking 5-gallon can, gasoline (Military).
18   Marking of shipping container for petroleum products.
19   Symbol for radiation hazard marking.

iv

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 19 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

# 1. INTRODUCTION AND GENERAL REQUIREMENTS

**1.1 PURPOSE.** The purpose of this standard is to provide uniform marking for shipment of material for the Armed Forces. Compliance with this standard will eliminate all unnecessary marking on shipping containers and unpacked items; will insure the minimum number of markings on overseas shipments, thus allowing the overseas address to be prominently displayed; and will insure sufficient space for markings used by overseas theaters and bases for transshipment of supplies.

**1.2 DEVIATIONS.** When deviations from this standard are found to be necessary, owing to peculiar circumstances, specific instructions shall be obtained from the procuring activity having responsibility for the shipment.

**1.3 ABBREVIATIONS.** When space does not permit complete spelling, the following abbreviations may be used in the markings. Periods will not be used with abbreviations except those representing states.

(*a*) Package units:

| | |
|---|---|
| Ball | BA |
| Barrel | BBL |
| Book | BK |
| Bottle | BOT |
| Bundle | BDL |
| Cake | CK |
| Carton | CTN |
| Case | CS |
| Chest | CHT |
| Cone | CE |
| Crate | CRT |
| Deck | DK |
| Envelope | ENV |
| Flask | FLK |
| Hank | HK |
| Length | LG |
| Package | PKG |
| Pallet | PL |
| Paper | PA |
| Piece | PC |
| Ribbon | RI |
| Roll | RL |
| Sheet | SH |

| | |
|---|---|
| Skid box | SB |
| Stick | ST |
| Unit | UN |

(*b*) Quantitative units:

| | |
|---|---|
| Dozen | DOZ |
| Each | EA |
| Gross | GR |
| Hundred | C |
| Pair | PR |
| Quire | QR |
| Ream | RM |
| Round | RD |
| Thousand | M |
| Great gross | GG |

(*c*) Weights and measure units:

| | |
|---|---|
| Bushel | BU |
| Cord | CD |
| Cubic centimeter | CC |
| Cubic foot | CU |
| Dram | DM |
| Foot | FT |
| Gallon | GAL |
| Hundredweight | CWT |
| Inch | IN |
| Linear feet | LNF |
| Linear yard | LNY |
| Ounce | OZ |
| Pint | PT |
| Pound(s) | LB(S) |
| Quart | QT |
| Square foot | SQF |
| Square yard | SQY |
| Net long ton | TLN |
| Net short ton | TSN |
| Long ton | TLG |
| Gross short ton | TSG |
| Yard | YD |
| Weight | WT |

(*d*) Miscellaneous abbreviations:

| | |
|---|---|
| Advance base construction depot | ABCD |
| Advance base depot | ABD |
| Advance base section | ABS |
| Aviation supply annex | ASA |
| Basic boxed base load | BBB |

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129**
9 August 1951

| | |
|---|---|
| Bill of lading | B/L |
| Ocean bill of lading | OB/L |
| Government bill of lading | GB/L |
| Contract | CONT |
| Engine | ENG |
| Chemical Corps | CMLC |
| Naval Ammunition and Net Depot | NA & ND |
| Naval Degaussing Station | NDS |
| Naval Magazine | NM |
| Naval Ordnance Plant | NOP |
| Naval Supply Center | NSC |
| Naval Torpedo Station | NTS |
| Naval Ordnance Test Station | NOTS |
| Central Torpedo Office | CTO |
| Invoice | INV |
| Mark | MK |
| Naval Aviation Supply Depot | NASD |
| Naval Supply Depot | NSD |
| Officer | OFF |
| Requisition | REQ |
| Shipment order | SO |
| U. S. Coast Guard | USCG |
| United States ship | USS |
| U. S. Marine Corps | USMC |
| Naval Ammunition Depot | NAD |
| Naval Gun Factory | NGF |
| Naval Mine Depot | NMD |
| Naval Powder Factory | NPF |
| Ordnance Supply Depot | OSD |
| Ordnance Stock Office | OSO |

**1.4 UNAUTHORIZED MARKINGS.** No markings shall be placed on containers other than those specified or permitted by the procuring activity or those required by regulation and/or statute.

**1.5 DOMESTIC ADDRESS.**

1.5.1 Sealed carloads and full truckloads. Unless otherwise specified, by the procuring activity on sealed carload and full truckload shipments moving from a single point of origin to one destination for delivery direct to the ultimate consignee, domestic address will be required on 10 percent, to the nearest unit, of the shipping containers, palletized unit loads, or unpacked items, except that when 10 percent of units exceed 10, only 10 units shall be so marked.

1.5.2 Less than carload (LCL) and less than truckload (LTL). The domestic address will be required on all shipping containers, palletized unit loads, and unpacked items for less than carload and less than truckload lots.

**1.6 OVERSEAS ADDRESS.** Unless otherwise specified by the procuring activity, the overseas address will be required on all shipping containers, palletized unit loads, and unpacked items.

2

Case 1:14-cv-04511-VEC Document 2-13 Filed 06/23/14 Page 21 of 123
REPRODUCED AT THE NATIONAL ARCHIVES

# 2. DEFINITIONS AND MARKING TERMS

## 2.1 DEFINITIONS.

### 2.1.1 Interior packages.

2.1.1.1 Unit packages. A unit package is the first tie, wrap, or container applied to a single item or a multiple thereof, or a group of items preserved or unpreserved, which involves a complete or identified package.

2.1.1.2 Intermediate package. An intermediate package is an interior container which contains two or more unit packages.

2.1.2 Shipping containers. Shipping containers shall be any exterior container.

## 2.2 MARKING TERMS.

When the following marking terms are specified herein, the words "Stock No.", "Nomenclature", etc., shall not be used in the marking but the information indicated shall be completed as follows:

2.2.1 Stock number. The stock number shall be the exact stock number specified in the contract or order or as otherwise specified by the procuring activity. The stock number shall not be altered by any addition or deletion.

2.2.2 Nomenclature. Nomenclature shall be the exact nomenclature of the item as specified in the contract or order or otherwise specified by the procuring activity.

2.2.2.1 When an assortment of items which cannot be identified under one stock number is packed in a shipping container, a brief description of the contents will be permitted in lieu of nomenclature, for example: "Spare parts for pump, centrifugal, 2-inch disc, gas eng Jaeger 2 APS–1, 55 GPM, Ser 12345", or for unrelated items, "assorted items—see packing list."

2.2.2.2 A kit, set, or assembly shall be identified by the nomenclature and stock number of the kit, set, or assembly.

2.2.3 Quantity. Quantity shall be the number of designated units of issue contained in each unit or intermediate package or shipping container.

2.2.4 Unit. Unit of issue shall be as specified in the contract or order. Following are examples of designations of units: piece, pair, bottle, can, each, dozen, gross, pound, gallon, yards, etc.

2.2.5 Gross weight. The weight shown on shipping containers shall be the gross weight indicated to the nearest pound. The abbreviation "WT" shall be used.

2.2.6 Net weight (air shipment). The weight shown on air shipment containers shall be the net weight indicated to the nearest 1/10 pound, expressed decimally. Net weight equals weight of contents not including dunnage. The abbreviation "NET WT" shall be used.

2.2.7 Cubage. Cubage shall be the cubic displacement of the container or the item, whichever is the greater, calculated from the extreme overall length, width, and height dimensions, and shall be shown in cubic feet to the nearest 1/10 cubic foot, expressed decimally. Irregular, cylindrical, or round items shall be considered as rectangular solids. The abbreviation "CU" shall be used.

Inches expressed as decimals of a foot shall be as follows:

| | | | |
|---|---|---|---|
| 1 inch | 0.08 | 7 inches | 0.58 |
| 2 inches | .17 | 8 inches | .67 |
| 3 inches | .25 | 9 inches | .75 |
| 4 inches | .33 | 10 inches | .83 |
| 5 inches | .42 | 11 inches | .92 |
| 6 inches | .50 | 12 inches | 1.00 |

2.2.8 Outside dimensions. Outside dimensions shall be shown on all containers having a cubage of 30 cubic feet or over or having any single dimension of 72 inches or over. Outside dimensions shall be shown in the order of length, width and height and shall appear in addition to the cubage. Dimensions shall be shown in feet and inches to the nearest inch.

2.2.9 Date marking.

2.2.9.1 Date packed. For all items not covered by 2.2.9.2 and 2.2.9.3, the date material was packed shall be shown by month and year and indicated as shown in following example: "DATE PKD 3/50".

2.2.9.2 Expiration date. For sensitized materials, drugs, or biologicals the expiration date shall be shown and shall be the dating period month and year which has been established by the manufacturer, and shall be used in lieu of

3

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 22 of 123
REPRODUCED AT THE NATIONAL ARCHIVES

date packed. When two or more interior packages bear different expiration dates, only the earliest expiration date shall be shown on the shipping container. Expiration date shall be indicated as shown in following example: "Expires 4/50".

2.2.9.3 Date manufactured. For rubber items, the date vulcanized, month and year, or for other items when specified in the contract or order, the date manufactured, month and year shall be shown in lieu of date packed or expiration date, and shall be indicated as shown in the following examples: "VULCANIZED 6/50" or "MFD 7/50", as applicable.

2.2.10 Lot or control number. The lot (control) number shall be that series of numbers and/or letters established by the manufacturer to record production and control of product and shall be shown when applicable.

2.2.11 Name and address of contractor or manufacturer. The name and address of the contractor, or manufacturer when specified, shall be shown by name, city and state only.

2.2.12 Contract, purchase order, or office identifying number. The contract, purchase order, or office identifying number shall be that appearing on the procurement documents covering the shipment. When the contract and purchase order number are both shown, the purchase order number shall be used.

2.2.13 Inspection stamp. The Government inspection stamp shall be as required by the procuring activity concerned with the shipment.

2.2.14 Shipping container number. Each shipment that contains boxes of mixed items of supply other than petroleum products, shall be numbered consecutively, starting with the number 1, and the container number shall show, in addition, the total number of containers in the shipment; for example, box 2 of 28 boxes, indicated as "PKG 2/28." The shipping container number for shipments within or between Military departments shall be in accordance with the departmental requirements.

2.2.15 Requisition, project, and consignment number. The requisition, project, and consignment number shall be that covering the shipment as furnished by the procuring activity.

2.2.16 Destination markings.

2.2.16.1 Domestic address. The domestic address shall be composed as follows.
FROM (Name of consignor and address) (city and state).
TO (Name of consignee and address) (street, city and state).

2.2.16.2 Overseas address. The overseas address shall be in accordance with instructions received from the procuring activity or other authorized agency.

2.2.17 Service designations. Service designations for the Armed Forces shall be as follows:

2.2.17.1 Service colors. Service colors shall match the indicated color of Federal Specification TT—C—595 except that service color for the Medical Service shall match the indicated color of color card supplement to U. S. Army Specification 3—1.

2.2.17.1.1 Army. Service colors are assigned for the Army as follows:

| Service | Color |
|---|---|
| Chemical Corps | Dark blue (1510). |
| Engineer Corps | Red (1105). |
| Medical Service | Maroon (103). |
| Ordnance Corps | Yellow (1310). |
| Signal Corps | Orange (1210). |
| Transportation Corps | Light grey (1640). |
| Quartermaster Corps | Willow green (1460). |

2.2.17.1.2 U. S. Air Force. Service color blue (1535) is assigned for the Air Force.

2.2.17.1.3 Navy. Service color black (3725) is assigned for the Navy.

2.2.17.2 Service symbols.

2.2.17.2.1 Army services. Army service symbols shall conform to the designs shown on figure 1A and shall be stenciled in the applicable color. When Engineer's symbol stencil is not available an 8-inch block letter E or E of a size proportional to the available space may be used.

2.2.17.2.2 Navy Department bureaus, Coast Guard, and Marine Corps. Bureau and Corps symbols shall conform to the design shown on figure 1B. Stencils for these symbols may be procured from the following sources:

| Bureau or Corps | Stock No. | Supplied from— |
|---|---|---|
| Aeronautics | 42–S–22950 | Naval Supply Depot, |
| Ordnance | 42–S–22954 | Scotia 2, N. Y., |
| Ships | 42–S–22956 | and Naval Supply |
| Supplies and Accounts | 42–S–22957 | Center, Oakland, |
| Yards and Docks | 42–S–22958 | Calif. |

4

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL-STD-129**
9 August 1951

| | Bureau or Corps | Supplied from— |
|---|---|---|
| | U. S. Coast Guard | Transportation Section, U. S. Coast Guard Headquarters, 1300 E St., NW., Washington 25, D. C. |
| | U. S. Marine Corps. | U. S. Marine Corps, Depot of Supplies, 1100 South Broad St., Philadelphia 46, Pa. |

2.2.17.2.2.1  Marine Corps colors for various classes of material.  The colors to be used for stenciling Marine Corps symbols for various classes of materials shall match the respective colors for the Army, and are assigned as follows:

| Item | Class | Color |
|---|---|---|
| 1 | Ordnance | Yellow. |
| 2 | Aviation | Blue. |

| Item | Class | Color |
|---|---|---|
| 3 | Engineer | Red. |
| 4 | Chemical | Dark blue. |
| 5 | Electronics | Orange. |
| 6 | Medical | Maroon. |
| 7 | Quartermaster (general supplies). | Green. |
| 8 | Post Exchanges | Green with 3-inch X marked above. |
| 9 | Motor transport | Green with 3-inch M T marked above. |

2.2.17.2.3  Medical Services of the Armed Forces.  The symbol for the Medical Services of the Armed Forces shall be in accordance with the design shown on figure 2.

5

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129
9 August 1951

# 3. MATERIALS

3.1  GENERAL.  All marking material shall be as specified herein or an alternate approved by the procuring activity.  When a particular marking material is not specified, the best material commercially available for the purpose and approved by the procuring activity, shall be used.  Marking material shall be free from defects and imperfections which may affect serviceability of the finished marking.

3.2  WATERPROOFING LACQUER AND VARNISH.  Lacquer for waterproofing markings shall conform to Military Specification JAN–L–1118.  Spar varnish shall conform to Federal Specification TT–V–121.

3.3  LABEL ADHESIVE AND CEMENT.  Label adhesive and cement shall conform to U.S. Air Force Specification 14137, or Ordnance Department Specification AXS 1472.

3.4  STENCIL MARKING MATERIAL.

3.4.1  Stencil ink.  Stencil ink shall conform to Federal Specifications TT–I–558 and TT–I–559.

3.4.2  Lacquer and enamel.  Lacquer and enamel for stenciling shall conform to Military Specification MIL–L–6805 and Federal Specification TT–E–489, respectively.

3.5  OBLITERATING LACQUER, ENAMEL, OR PAINT.  Obliterating lacquer shall conform to U. S. Army Specification 3–199. Lusterless enamel shall conform to grade 1 of Military Specification JAN–E–74, and shall be sand color 3325 of Federal Specification TT–C–595.  A quick drying opaque paint approved by the procuring activity may be used.

3.6  LABELS.  Labels shall be made of white paper containing not more than 15 percent unbleached or ground wood pulp and shall have a smooth finish.

3.7  TAGS.  Cloth and paper shipping tags shall conform to Federal Specification UU–T–81.  Metal shipping tags shall be corrosion resistant.

7

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 25 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

# 4. METHODS AND SIZE OF MARKING

**4.1  INTERIOR PACKAGES, SHIPPING CONTAINERS, AND UNPACKED ITEMS.** Marking of interior packages, shipping containers, and unpacked items shall be accomplished by stenciling, printing, lithographing, embossing, roller coating, stamping and/or by use of tags and labels as specified herein. All surfaces to be marked shall be clean and entirely free of oil or grease, and any marks not applicable to the shipment contemplated, shall be removed by covering with obliterating lacquer, paint, or enamel. All markings on containers, labels, tags, and unpacked items shall be clear and legible and not less than the size specified. Markings shall be nonfading, durable, and weather resistant and when specified herein or required by the procuring activity, shall be protected by a coating of transparent waterproof protective lacquer, adhesive, cement or clear spar varnish.

**4.1.1  Stenciling.** Stenciling shall be done by brushing or spraying a sharply cut stencil with stencil ink.

**4.1.2  Printing.** At the option of the contractor, required markings may be printed directly on wood and fiberboard containers at time of manufacture.

**4.1.3  Lithographing, embossing, roller coating, or stamping.** When lithographing or roller coating of markings is authorized, commercial enamels, lacquers or inks, in the color specified, offering the greatest durability on exposure to field service conditions, shall be employed. When stamping is specified, commercial waterproof and petroleum resistant inks, in the color specified, offering the greatest durability on exposure to field service conditions, shall be used.

**4.1.4  Tags.** A leather, metal, waterproofed cloth, or waterproofed paper shipping tag, bearing the required markings shall be used when specified hereinafter or whenever the container or unpacked item is such that it is impossible to stencil markings thereon, or impracticable to use a label. Cloth or paper shipping tags, after the markings have been added, shall be coated on both sides with a transparent waterproof protective lacquer, adhesive, or cement. Tags shall be attached with not smaller than 23 gage (0.0258-inch diameter) tag wire or other suitable corrosion resistant metal fastener. Marking on tags other than metal shall be printed with waterproof ink or typed; metal tags, with dies or punches. Maximum size of tag shall be 28 square inches.

**4.1.5  Labels.** Labels, printed, typed, or reproduced bearing the required markings shall be securely affixed in place on the container with label adhesive and coated with a transparent waterproof protective lacquer, adhesive, or cement. Carbon copies or hand printed labels will not be permitted. Maximum size of label shall be 28 square inches. Labels shall not be used on metal shipping containers except as required by regulations or statute or specifically permitted by the procuring activity.

**4.1.6  Color of markings other than service color markings.** Unless otherwise specified herein, color of all markings, other than service color markings, shall be black except that when applied on surfaces where black is not legible, then the color used shall provide a definite contrast.

**4.1.7  Size of lettering** (for petroleum products see sec. 11). Unless otherwise specified herein, lettering for all markings shall be capital letters of equal height, and proportional to the available space, within the sizes specified, when the size of the container permits.

**4.1.7.1**  Shipping containers.

**4.1.7.1.1**  Markings other than overseas address. Lettering for markings other than overseas address shall be not less than ½ nor more than 1 inch in height.

**4.1.7.1.2**  Overseas address. Lettering for overseas address shall be not less than 1½ nor

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129**
**9 August 1951**

more than 3 inches in height.

4.1.7.1.3   Arrows.   The length of the arrows shall be not less than 1 nor more than 3 inches and shall be proportional to the available space.

4.1.7.2   Tags   and   labels.   Markings   on paper or cloth tags and paper labels shall be not less than 12 point type; metal tags, ¼ inch.

4.1.7.3   Interior packages.   The size of the lettering shall be consistent with the size of the package.

10

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129
9 August 1951

# 5. INTERIOR PACKAGE MARKING OTHER THAN SUBSISTENCE AND PETROLEUM PRODUCTS

5.1 INTERIOR PACKAGES. Unless otherwise specified in the contract, the following information shall appear on unit and intermediate packages in the order listed (see 2.2):

Stock number.
Nomenclature.
Quantity.
Unit.
Contract or order number.
Name and address of contractor.
Date marking.
Method of preservation (when applicable).
Serial number (when applicable).

11.

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 28 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

# 6. STANDARD MARKINGS ON SHIPPING CONTAINERS OTHER THAN SUBSISTENCE AND PETROLEUM PRODUCTS

**6.1 PERMANENT MARKING.** Permanent marking shall be composed of the following information (see 2.2):

    (a) Stock number or other indentification number if available.
    (b) Nomenclature.
    (c) Quantity.
    (d) Unit.
    (e) Date marking.
    (f) Lot or control number (when applicable).
    (g) Gross weight.
    (h) Cubage.
    (i) Outside dimensions (when applicable).

Permanent marking is basic and shall appear on all shipping containers, palletized unit loads, and unpacked items, except shipping sacks. For examples and arrangement of markings see figures 4 through 9c.

**6.2 CONTRACT DATA MARKING.** Contract data marking shall be composed of the following information (see 2.2):

    (a) Name and address of contractor.
    (b) Contract or purchase order number or office identifying number and modification for change order numbers when applicable.
    (c) Bill of lading or shipping order number (when applicable).
    (d) Requisition, project, consignment number and procurement instruction number (when applicable).
    (e) Container number (when applicable).
    (f) Inspection stamp (when applicable).

Items (a) and (b) of the contract data marking are basic and shall appear on all shipping containers, palletized unit loads, and unpacked items, except shipping sacks. Items (c), (d), (e) and (f) shall be included as applicable. For examples and arrangement of markings see figures 4 through 9c.

**6.3 DESTINATION MARKING.** The domestic and overseas address shall be as specified in 2.2.16 and shall appear on containers, palletized unit loads, sacks, and unpacked items as specified in 1.6 and 1.7.

**6.4 SERVICE DESIGNATIONS.** Service designations defined in 2.2.17 shall be applied as follows:

**6.4.1 For domestic shipment.** Unless otherwise specified by the procuring activity, service color markings for the Army and Air Force, and Navy Department bureaus and Marine Corps symbols, shall not be applied on domestic shipping containers, palletized unit loads, sacks or unpacked items.

**6.4.2 For overseas shipment.** Unless otherwise specified by the procuring activity, the indicated service color marking or symbol of the Army, Air Force, Navy Department bureaus and Marine Corps, to identify the supply service concerned, shall appear on all containers, palletized unit loads, and unpacked items for overseas shipment, including those addressed to domestic field establishments.

**6.5 PACKING LIST AND INVOICE TO ACCOMPANY SHIPMENT.**

**6.5.1 Packing list.** For containers packed with unlike items where full description of the contents cannot be shown on the container, separate packing lists shall be prepared, as required by the procuring activity, for each box or container. One copy shall be placed inside of the container on top of the contents and one copy placed in a waterproof envelope which shall be tacked, stapled, or otherwise securely attached to the outside of the container in the most protected location (preferably the end of the container on which permanent marking appears, between the cleats). For overseas shipment, the waterproof envelope shall be further protected with a packing list protector fabricated of plastic, plywood, metal, or other durable material which shall be tacked, stapled, or otherwise securely attached over the packing list. The words "PACKING LIST" shall be embossed or shall be imprinted on the outside face of the protector with waterproof black or red ink in letters not less than ⅜ inch high. Tacks or staples shall not be driven into the envelope in such a manner as to fasten

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129**
9 August 1951

or bind packing lists nor shall they be of such length as to penetrate the shipping container.

6.5.1.1  For valuable and security items. When an outside packing list is required on supplies of an exceptional or secret nature, or on such supplies as chemicals, drugs, medicinal spirits, radio crystals, precious metals, maps, or secret equipment, the outside packing list shall be prepared as instructed by the procuring activity.

6.5.2  Invoice.  When required, an invoice shall be prepared on all shipments.  When an invoice is to accompany shipments, on both domestic and overseas shipments, a copy of the invoice shall be included inside one container of each shipment and the marking on the outside of the container shall indicate enclosure. A copy of the invoice placed in a waterproof envelope shall also be attached to the outside of one container.  When material under a single requisition is packed in more than one container, the copy of the invoice shall be attached to container number 1.  This copy will cross-reference items to container or box numbers. On an individual container, when a copy of the invoice will serve as a packing list, it will not be necessary to provide a separate packing list, when permitted by the procuring activity.

14

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 30 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

# 7. SPECIAL MARKINGS ON SHIPPING CONTAINERS

**7.1  RESTRICTIVE MARKINGS.**

7.1.1  Classified material.  When classified material is being shipped, marking shall be as specified by the procuring activity.  Any markings indicating the nature of the classified material, its manufacture, and its restricted, confidential, or secret classification shall not appear on the outside of the container.

7.1.2  Valuable and security items.  On such items as certain drugs, radio-active materials, radio crystals, precious metals, navigation watches, clocks, sun glasses, etc., the marking shall be as specified by the procuring activity.  For service symbol to be used for radio-active materials see figure 19.

7.1.3  Code marking.  Code marking, when required, shall be as specified by the procuring activity.

**7.2  SET OR ASSEMBLY MARKING.**  When a set or assembly is shipped, the following set or assembly marking shall appear on the container in the location hereinafter specified.

7.2.1  Regular (other than machines and calibrated components).  When a set or assembly is placed in two or more containers, each container shall bear, in addition to its own number, the total number of containers making up the set or assembly and the number of the set or assembly within each shipment.  A 2-inch colored disk shall be placed above the numbers on each container signifying that all containers in the set in the shipment should be shipped together.  The color of the disk for the Army and Air Force shipments shall be the appropriate service color; for the Navy Department bureaus and Marine Corps, shall be black.  Thus, a box which is the second container of a group of four making up Set 28 should be marked as follows:



SET 28 2/4

7.2.2  Machines.  When a machine is disassembled for shipment and the component parts are packed in two or more containers, each container shall be marked as specified in 7.2.1, except that the serial number of the machine shall be used instead of the number for the set.

7.2.3  Calibrated components.  When the components of a single stock-numbered item are packed in two or more shipping containers, and the component packed in one shipping container is especially calibrated to the component packed in another shipping container, then each container, in addition to the marking specified in 7.2.1, shall be marked with the serial number of the item.  The shipping containers shall be numbered within each set so that like contents shall always be contained in like numbered containers of all sets and the total number of containers employed per set for an item shall not vary.

**7.3  HANDLING MARKINGS.**

7.3.1  Fragile items.  At least three surfaces of all rectangular containers or three equally spaced points on the circumference of cylindrical containers packed with delicate or fragile articles shall bear a fragile label affixed with water resistant label adhesive and placed so as to be conspicuous but not to interfere with any other markings.  The label shall be imprinted with a red fractured disk on which is imposed in white the word "FRAGILE."  (See fig. 3).  The size of the label shall be 2½, 4, or 6 inches in diameter depending upon the size of the container to which it is attached.  The fragile label shall not be used indiscriminately, and shall be affixed only to those containers which, because of the delicate or fragile nature of their contents, require particular care in handling.  The label shall not be placed on the lower one-third of the sides unless specifically required by regulation or statute.

7.3.2  Arrows.  Where consideration of the safety of the contents necessitates that containers be stacked with the top surface up, two sides of rectangular containers and two equidistant points on circumference of cylindrical

15

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129**
**9 August 1951**

containers shall be stenciled with the word "UP", and an arrow pointing toward the top of the containers shall be placed beneath each stenciled word. Arrows shall be employed only to indicate, or supplement the words "This Side Up". These markings shall not be used indiscriminately and are to be affixed only when it is essential.

7.3.3  Equipment including battery. When equipment includes a battery, the type of battery shall be plainly marked in large letters directly under description of contents as "WET BATTERY CHARGED", "UNFILLED BATTERY—NOT CHARGED", "UNFILLED BATTERY—CHARGED", or "DRY CELL BATTERY".

7.3.4  Boxes containing electrolyte. Boxes containing electrolyte shall be conspicuously marked with the words "CONTAINS ELECTROLYTE CORROSIVE LIQUID PACKED ACCORDING TO ICC (OR COAST GUARD) REGULATIONS" as applicable.

7.3.5  Shipment without tires. Shipments of equipment without normal complement of tires shall be plainly marked in large letters directly under the description of contents "NOT EQUIPPED WITH TIRES."

7.3.6  Center of balance and sling points. A ¼-inch wide vertical line locating center of balance shall be painted on the bottom edge of both sides of containers over 10 feet in length, or those which are unbalanced and the same shall be identified by stenciling or printing in 1-inch letters, the words "CENTER OF BALANCE" immediately above or alongside of the mark (see fig. 6). It shall be left to the discretion of the procuring activity, as to which other containers shall be so marked in the interest of safe handling. On unboxed or mobile equipment, the location of sling points shall be marked in red and clearly indicated.

7.3.7  Boxes containing permanent magnets. Boxes containing high-powered permanent magnets shall be conspicuously marked with the words "MAGNETICALLY SHIELDED PACK FOR AIR SHIPMENT. MAINTAIN A MINIMUM DISTANCE OF SEVEN FEET BETWEEN THIS PACK AND SENSING DEVICE OF COMPASS".

7.4  STRUCTURAL MARKING. When applicable, the following structural markings shall appear on shipping containers (see fig. 6):

(a) "INSPECTION DOOR."
(b) "BATTERY INSPECTION DOOR."
(c) "REMOVE TOP FIRST."
(d) "TO OPEN UNSCREW TOP."
(e) "REUSEABLE CONTAINER."
(f) "CUT STRAPPING."

7.5  PRESERVATION MARKINGS.

7.5.1  Waterproof case liner. When specified by the procuring activity, all shipping containers which have been lined with a sealed waterproof case liner shall be clearly marked on one or more surfaces as follows:

```
SEALED WATERPROOF CASE
    LINER
DO NOT OPEN EXCEPT FOR USE
    OR INSPECTION
```

7.5.2  Method I, IA, or IB pack. When specified by the procuring activity, all shipping containers, contents of which have been preserved by method I, IA or IB shall be clearly marked on one or more surfaces of the shipping container as follows:

```
PRESERVED BY METHOD (I, IA OR
  IB as applicable)
         (DATE)
DO NOT OPEN EXCEPT FOR USE
    OR INSPECTION
```

7.5.3  Method II pack. All shipping containers, any contents of which have been preserved by method II, shall be clearly marked on one or more surfaces as follows:

```
PRESERVED METHOD II DESIC-
    CANT
        (DATE)
DO NOT OPEN EXCEPT FOR USE
    OR INSPECTION
```

16

REPRODUCED AT THE NATIONAL ARCHIVES

7.5.4 Fungus proofing (tropicalization). Each shipping container, containing equipment, component or parts which has been fungus-proofed shall bear the following information on one or more surfaces:

```
FUNGUS-PROOFED
TYPE        SPECIFICATION NO.
     DATE (fungus-proofed)
```

7.6 TECHNICAL DATA MARKING. Technical data marking, when required, shall be shown in accordance with the instructions, specifications, and drawings, for such markings as supplied by the procuring activity concerned.

7.7 SPECIAL ASSEMBLY INSTRUCTIONS AND WARNINGS. When special assembly instructions and warnings are required, they shall be supplied by the shipper and shall be conspicuously indicated.

7.8 REGULATION AND STATUTE MARKING. Special handling instructions and warnings shall be shown as required by the Interstate Commerce Commission regulations, U. S. Coast Guard regulations, Civil Aeronautics Board publications, and by statute.

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 33 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

# 8. LOCATION OF MARKINGS OTHER THAN "ELECTRONICS" (NAVY), SUBSISTENCE, AND PETROLEUM PRODUCTS

**8.1 GENERAL.** Unless otherwise specified by the procuring activity, the required markings for other than "electronics," (Navy), subsistence, and petroleum products shall be placed in the location herein specified but, so as not to be obscured by cleats or strapping. Arrangement of markings shall be as shown on applicable figures.

**8.2 INTERIOR PACKAGES.** W h e r e v e r practical, marking on interior packages shall be located so as to allow its being easily read when stored on shelves or stacked and to insure that the marking will not be destroyed when the package is opened for inspection or until contents have been used.

**8.3 BOXES AND CRATES.** For the purposes of this standard, it is assumed that the box or crate will have two ends, two sides, a top, and a bottom. Open crates and other irregular containers shall be marked to conform to this standard as closely as the available space and shape of the container will permit. (See figs. 4, 5, and 6.)

**8.3.1** One end, top, and bottom. One end and the top and bottom shall always be free of any markings except service color markings or special markings required by regulation or statute or necessary for safe handling.

**8.3.2** Other end.

**8.3.2.1** Permanent marking. The permanent marking (see 6.1) shall be stenciled or printed in the upper two-thirds of the end of the container.

**8.3.2.2** Overseas address. Overseas address, when required, shall be stenciled or printed on the lower one-third of the end of the container.

**8.3.2.3** Unless otherwise specified by the procuring activity, end markings will be omitted, when the available space will not permit the specified markings.

**8.3.3** One side (to the right of the marked end).

**8.3.3.1** Permanent marking. Permanent marking shall be stenciled or printed on the left in the upper one-third of the side of the container.

**8.3.3.2** Overseas address. The overseas address (see 1.6, and 2.2.16) shall be stenciled or printed in the lower one-third of the side of the container.

**8.3.4** Other side (to the left of the marked end).

**8.3.4.1** Contract data. Contract data (see 6.2) shall be stenciled or printed and placed on the right in the upper one-third of the side of the container.

**8.3.4.2** Domestic address. The domestic address (see 1.5, and 2.2.16) shall be stenciled or printed, or a printed or typed label securely affixed to the container, may be used. The address shall be located in the middle one-third of the side of the container.

**8.3.4.3** Special markings. Unless otherwise specified, or required by statute or regulation, special markings (see sec. 7), as required, shall be stenciled or printed and located on the other side of the container.

**8.3.5** Service designation (overseas shipment) (see 2.2.17).

**8.3.5.1** Service colors.

**8.3.5.1.1** Army (except Signal Corps), Air Force and Navy. At two diagonally opposite corners of the top of the containers shall be painted in the indicated service color, an equal size triangle on each adjacent face. The altitude of the triangle may vary from 3 to 8 inches and shall be proportionate to the size of the container. Service color for the Navy shall be applied only when specified.

**8.3.5.1.1.1** Signal Corps. A single 2-inch band in the indicated service color shall be painted around the small perimeter of the container parallel to the edge and in a location that shall not interfere with other markings. A similar line shall be painted across each end of the container.

**8.3.5.2** Service symbols.

**8.3.5.2.1** Navy Department bureaus, Marine Corps, and Medical Services of the Armed Forces. Service symbols of the Navy Department bureaus, Marine Corps, and Medical

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129
9 August 1951

Services of the Armed Forces shall be stenciled in the lower right corner of the side of the container to the right of the marked end.

8.3.5.2.2 Army. When specified in the contract, service symbols for the Army shall be stenciled in the location indicated by the procuring activity.

8.4. BARRELS AND DRUMS. Markings shall be stenciled or printed on barrels, drums, and reusable metal containers. (See figs. 7A and 7B.) Embossing, lithographing, roller coating, or stamping may be used only on one-trip, nonreusable metal containers in either black, yellow, or green color, whichever gives the greatest degree of legibility. No markings shall be placed on the bilge of barrels to avoid rubbing off or blurring of the marks.

8.4.1 One side (one-quarter of circumference).

8.4.1.1 Permanent marking. The permanent marking (see 6.1) shall be shown on one side of the drum or barrel and shall occupy not more than the upper one-third of the side. On barrels and drums from which heads or ends are not removed in order to use the contents, the information shall be repeated on the head.

8.4.1.2 Domestic address. The domestic address (see 1.5, and 2.2.16), shall be placed in the middle one-third of the side of the container.

8.4.1.3 Overseas address. The overseas address (see 1.6, and 2.2.16), shall be placed in the lower one-third of the side of the container.

8.4.2 Opposite side. The contract data (see 6.2) shall be shown on the diametrically opposite side of the container from that containing the permanent marking and shall be located in the upper one-third of the side.

8.4.3 Special markings. Unless otherwise specified or required by regulation or statute, special markings (see sec. 7) shall be located as required by the procuring activity.

8.4.4 Service designation (overseas shipment). (See 2.2.17.)

8.4.4.1 Army and Air Force. In the lower one-third of the two sides of the barrel or drum containing the markings shall be painted an equilateral triangle not less than 1½ nor more than 3 inches in height.

8.4.4.2 Navy Department bureaus, Marine Corps, and Medical Services of the Armed Forces. Symbols for the Navy Department bureaus, Marine Corps, and Medical Services of the Armed Forces shall be stenciled in the location specified by the procuring activity.

8.5 BALES. (See fig. 8.)

8.5.1 End (wire tied ear). End with wire tied ear shall be free of any marking except for attached shipping tag. When both ends of the bale have wire tied ears, no marking shall appear on the ends except for attached shipping tag on one wire tied ear.

8.5.2 End, presewn. When bale has presewn end the permanent marking (see 6.1) shall be stenciled on the upper two-thirds of that end. Bales without waterproof liner shall have the domestic pack symbol "DOMPK" inserted between items 1 and 2 of the permanent marking.

8.5.3 One side.

8.5.3.1 Permanent marking. The permanent marking as specified in 8.4.2 shall be stenciled to the left on the upper two-thirds of the side of the bale.

8.5.3.2 Contract data. Contract data (see 6.2) shall be stenciled and placed to the right on the upper two-thirds of the side of the bale.

8.5.3.3 Precautionary marking. The legend "USE NO HOOKS" in letters not less than 1½ inches in height shall be stenciled on all bales and located in the center of the side containing the contract data marking and the opposite side. (See fig. 8.)

8.5.4 Special marking. Unless otherwise specified or required by regulation or statute, special markings (see sec. 7) shall be located as required by the procuring activity.

8.5.5 Domestic address. The domestic address (see 1.5 and 2.2.16) shall be marked on a shipping tag securely affixed to wire tied ear of the bale.

8.5.6 Overseas address. The overseas address (see 1.6 and 2.2.16) shall be stenciled on the lower one-third of the side of the bale on which the contract data appears.

8.5.7 Service designation. (See 2.2.17.)

8.5.7.1 Army and Air Force. On two diagonally opposite corners of the bale as shown in figure 8 a mark shall be painted in the indicated service color, approximating an equal size triangle on each adjacent face (see fig. 8). The

REPRODUCED AT THE NATIONAL ARCHIVES

altitude of the triangle may vary from 3 to 8 inches and shall be proportionate to the size of the bale.

**8.5.7.2** Navy Department bureaus and Marine Corps. Navy Department bureaus and Marine Corps symbols shall be located in the lower right corner of the side containing the contract data.

**8.6 UNPACKED ITEMS AND SMALL CONTAINERS.** When unpacked items and containers too small to permit compliance with the usual marking requirements are shipped, they shall be marked by stenciling the required markings on the area most suitable for the purpose. When the area does not permit stenciling, two or more shipping tags or labels securely attached to the article shall be used. The location of the markings on tags and labels shall be as required by the procuring activity.

**8.6.1** Service designation for overseas shipment.

**8.6.1.1** Army and Air Force. Small containers shall be marked as specified for larger containers except that triangles shall be proportionate to the size of the container. Containers with all three dimensions less than 12 inches shall have a tag or label with a ¼-inch border in the service color in lieu of corner service color markings. Unpacked items shall have a ¼-inch border in the service color placed on the tag bearing the overseas address and a conspicuous daub of this color shall be placed on the item in proximity of the overseas address. Unpacked items shipped in bulk shall have a simple paint mark of the supply service concerned placed on each item. At the discretion of the procuring activity, tags in solid color matching the indicated service color required may be used in lieu of the tags specified.

**8.6.1.2** Navy Department bureaus and Marine Corps. In lieu of the Navy Department bureaus and Marine Corps symbols, the service code shall be shown on the container, shipping tag or label placed in the location and in the size required by the procuring activity.

**8.7 RODS, SHAFTING, BARS, ETC.** Rods, shafting, bars, etc., and other articles of like character, which are shipped without packing shall be marked with two tags securely attached to the article, one of which shall be concealed by being bound to the article with burlap or other substantial covering and each end of the covering securely fastened. Location of the markings on tags and service designations for overseas shipments shall be as specified for unpacked items. (See 8.6 and 8.6.1.)

**8.8 REELS OF CABLE AND WIRE.** Reels of cable and wire shall be stenciled on the sides as specified for the sides of boxes (see 8.3) or may be tagged as specified in 8.7 whether or not such reels are inclosed within a shipping container.

**8.8.1** Service designation for overseas shipment. (See 2.2.17.)

**8.8.1.1** Army and Air Force. Reels of cable and wire shall be marked with a 2 inch wide stripe in the indicated color applied in a straight line across the outside of each reel head, close to the center of the reel head.

**8.8.1.2** Navy Department bureaus and Marine Corps. Service symbols shall be applied as specified for boxes. (See 8.3.)

**8.9 COILS OF WIRE.** Coils of wire shall be marked and service designations shown as specified for unpacked items. (See 8.6.)

**8.10 PALLETIZED UNIT LOAD.** For the purpose of this standard, a palletized unit load shall consist of a container or a number of containers placed on a pallet, on skid platforms, or runners, and secured thereto for the purpose of shipping as a unit. Palletized unit loads shall be shipped intact. In event it becomes necessary to break down a palletized unit load, each individual container shall be appropriately marked as specified in 8.3.

**8.10.1** Marking on individual containers comprising unit palletized load. Individual containers comprising the palletized unit load containing the same commodity (i. e. soap) or mixed items and stowed in one carload or over or in a less than carload lot shall bear the permanent marking (see 6.1) on one end and one side as specified in 8.3; all other markings shall be omitted.

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL-STD-129**
**9 August 1951**

8.10.2  Outside marking on palletized unit load.  The outside markings on palletized unit loads shall appear on two adjacent sides and top of unit as shown on figures 9A, 9B, and 9C.  The markings shall consist of permanent marking (see 6.1), contract data marking (see 6.2) and destination marking. (See 1.5, 1.6, and 2.2.16.)  For overseas shipments, service designations shall be applied as specified in 8.3.

8.11  SHIPPING SACKS.  Paper shipping sacks shall have the following information printed in capital letters on one side of the sack in the location and size lettering specified (see fig. 10):

Beginning 7 inches from the top of the sack, and in separate lines spaced 1 inch apart; the following information shall appear in the order listed:

|  | Height of letters (inches) |
|---|---|
| FOR OCEAN SHIPMENT        one as applicable. | 1 |
| NOT FOR OCEAN SHIPMENT | 1 |
| NET WT_____ CUBE_____ | 1 |
| STOCK NUMBER_____ | 1 |
| NAME OF PRODUCT_____ | 3 |

Beginning 12 inches from the bottom of the sack, and in separate lines spaced ½ inch apart, the following data shall appear in the order listed:

|  | Height of letters (inches) |
|---|---|
| MONTH AND YEAR PACKED_____ | 1 |
| CONTRACT OR ORDER NUMBER_____ | 1 |
| CONTRACTOR'S NAME_____ | ½ |
| CONTRACTOR'S ADDRESS_____ | ¼ |

When the printing area is too small to permit compliance with specified requirements, the spacing of the printing may be altered proportionately.

22

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 37 of 123
REPRODUCED AT THE NATIONAL ARCHIVES

# 9. "ELECTRONIC" (NAVY) EQUIPMENT MARKING

**9.1 GENERAL.** When specified by the procuring activity, the required markings for radar, electronic communication, shipboard underwater sound, harbor detection, radiological (radiac) equipment shall be as herein specified and in accordance with sections 1, 2, 3, 4, and 7.

**9.2 USE OF THE WORD "ELECTRONICS."** The word "electronics" shall be used as the nomenclature in every case, even though the actual equipment in the container may be radar, underwater sound equipment, etc.

**9.3 SPECIAL SYMBOLS.** Special symbols identifying "electronic" equipment shall be stenciled with green paint on all sides of the container, except the bottom, in the design and dimensions for the particular type of equipment as shown on figure 11.

**9.4 INSTRUCTIONS FOR OPENING.** Containers packed with major electronic assemblies, components, and test equipment for use in connection therewith shall be marked with the words "FRONT" or "OPEN THIS SIDE," as appropriate, in order to permit unpacking without waste of time. When more than one container is necessary to pack the complete item, the box numbers applying to the set should represent the sequence in which the boxes should be opened to permit orderly assembly of the item.

**9.5 SHIPPING CONTAINERS.** (See fig. 12.)

**9.5.1** One end, side, and bottom. One end, side, and bottom shall always be free of any markings, except special symbol marking or special marking required by regulations or statute, or necessary for safe handling.

**9.5.2** Other end. The permanent marking shall be stenciled or printed on the other end.

**9.5.3** Other side. The permanent marking, contract data, destination marking and service symbol shall be stenciled or printed on other side.

**9.5.4** Top. The permanent marking shall be stenciled or printed on the top.

23

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 38 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

## 10. MARKING OF SHIPPING CONTAINERS FOR SUBSISTENCE

10.1   GENERAL.   Unless otherwise specified or excepted by the procuring activity, the marking of shipping containers for subsistence shall be as herein specified and in accordance with sections 1, 2, 3, 4, and 7.

10.2   SHIPPING CONTAINERS OTHER THAN SHIPPING SACKS.   The following basic information marking for subsistence shall appear in the order listed on all shipping containers, other than shipping sacks:

10.2.1   Nonperishable subsistence.

10.2.1.1   For issue.   (See fig. 14A.)

(a)  Nomenclature.
(b)  Stock number.
(c)  Quantity, size, unit and total net weight.   (See 10.2.3.1.)
(d)  Name of contractor.
(e)  Contract or order number.
(f)  Date packed.
(g)  Gross weight of cube.

10.2.1.2   For resale.   (See fig. 14B.)

(a)  Name of commodity and brand.
(b)  Quantity, size, and unit.
(c)  Name of contractor.
(d)  Contract or order number.
(e)  Requisition number.
(f)  Gross weight and cube.

10.2.2   Perishable subsistence.

10.2.2.1   For issue.   (See fig. 14C.)

(a)  Nomenclature.
(b)  Quantity, size, unit, and total net weight.   (See 10.2.3.1.)
(c)  Name of contractor.
(d)  Contract or order number.
(e)  Date packed.
(f)  Gross weight and cubage.
(g)  Requisition number (when applicable).

10.2.2.2   For resale.   (See fig. 14D.)

(a)  Name of commodity and brand.
(b)  Quantity, size, and unit.
(c)  Name of contractor.
(d)  Contract or order number.
(e)  Date packed.
(f)  Requisition number.
(g)  Gross weight and cubage.
(h)  Statement "Nonspecification Item".

10.2.3   Marking terms.   The marking terms specified in 10.2.1 and 10.2.2 shall be as described in 2.2 and as follows:

10.2.3.1   Total net weight.   The total net weight shall be based on the contained net weight of the contents and not the combined weight of the contents and container.   When required by statute, total net weight shall be the drained weight.

10.3   SHIPPING SACKS.   Shipping sacks shall be marked with the information in the size letters and location as specified in 8.1.

10.4   DESTINATION MARKING.   The domestic address and overseas address shall be as specified in 1.5, 1.6, and 2.2.16, for all shipping containers.

10.5   SERVICE DESIGNATION.   All shipping containers packed with nonperishable subsistence and all shipping containers packed with perishable subsistence for overseas shipment shall bear only a solid black crescent service symbol conforming to the design and dimensions shown on figure 13.   Crescent service symbol shall not be used on containers packed with fresh fruit or fresh vegetables.

10.6   FRAGILE MARKING.   Containers packed with fragile items shall be marked with a label as specified in 7.3.1.

10.7   PRECAUTIONARY, REGULATION, AND STATUTE MARKING.   Markings such as "Top," "Glass," "Keep Dry," "Perishable," "Keep Frozen," special handling instructions specified in 7.3, and regulation and statute marking specified in 7.8 shall appear on shipping containers as applicable.

10.8   SIZE OF LETTERING.—Size of lettering for all shipping containers, other than shipping sacks, shall be as specified in 4.1.7.

10.9   LOCATION OF MARKINGS.—Location of markings on shipping containers shall be as follows:

10.9.1 Rectangular shipping containers.   (See figs. 14A through 14D.)   Rectangular shipping containers shall be marked by stenciling or printing the information marking specified in 10.2.1 and 10.2.2, respectively, on the upper

25

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 39 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-STD-129
9 August 1951

two-thirds of one end panel. When the space available does not permit the marking as specified, the name of the contractor, contract or order number, date packed, and requisition number as applicable, shall be omitted from the end panel, and stenciled, printed, or labeled (see 4.1.5) on the upper right-hand corner of the side to the right of the marked end. Precautionary markings shall be placed on the top of the container or as required by regulation or statute.

10.9.2   Cylindrical containers (plywood, fiber, and metal drums, barrels, and pails). Unless otherwise specified by the procuring activity, information marking for issue and resale specified in 10.2.1 and 10.2.2, respectively, shall be stenciled or printed on the upper two-thirds of the body only.

10.9.3   Destination marking.

10.9.3.1   Domestic address. The domestic address shall be stenciled, printed or labeled and located on the top of all shipping containers other than shipping sacks which shall have the address appear on a shipping tag securely affixed to the top of the sack.

10.9.3.2.   Overseas address. The overseas address shall be stenciled or printed in the lower one-third of the end panel of rectangular containers when the space permits, otherwise, on the lower one-third of the side to the right of the marked end. Cylindrical containers shall be stenciled or printed on the lower one-third under the information marking. Sacks shall be marked with tags securely attached to the top.

10.9.4   Service symbol. The crescent service symbol shall be located to the right of the information marking on all shipping containers. (See figs. 10, and 14A through 14D.)

10.9.5   Advertising matter and case markings. Advertising matter and case markings not interfering with the required markings on containers may be permitted at the discretion of the procuring activity and when permission is granted shall be so indicated in the contract or order.

26

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 40 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

# 11. MARKING OF CONTAINERS FOR PETROLEUM PRODUCTS

**11.1  GENERAL.**  Unless otherwise specified by the procuring activity, the marking of containers for petroleum products shall be as herein specified and in accordance with section 1, 2, 3, 4 and 7.

**11.2  METHOD OF APPLICATION OF MARKINGS ON CONTAINERS.**  Method of marking on interior packages and shipping containers for petroleum products shall be any of the methods specified in 4.1.

**11.2.1  Color of markings.**  Color of markings shall be white on olive drab colored containers, and black on unpainted wood and fiberboard boxes.

**11.2.2  Label.**  A typed or printed label may be used when authorized herein.

**11.3  SERVICE DESIGNATION MARKING.**  When required, service designation markings shall be as specified by the procuring activity.

**11.4  PRODUCT SYMBOLS.**  The product symbols for identifying petroleum products will be furnished by the procuring activity.

**11.5  COMPOSITION OF MARKINGS.**

**11.5.1**  Standard unit packages and shipping containers other than boxes.  Unless otherwise specified by the procuring activity, the following marking information, as applicable, shall appear on standard unit packages and shipping containers other than boxes in the size letters and symbols and in the location shown in table I and on figures 15, 16, and 17.

(a)  Product symbol.
(b)  Nomenclature.
(c)  Product specification.
(d)  Grade, type, and class.
(e)  Stock number.
(f)  Overseas destination code.

(g)  Contractor's name, geographical location in code or abbreviation.
(h)  Filling date.
(i)  Batch or lot number.
(j)  Contract number.
(k)  Qualification number.
(l)  Net content.

**11.5.1.1**  Only the applicable information shall be shown and not the words appearing in the above items; for example, only the actual stock number shall appear and not the words "stock number."  When a volumetric measure is used, the letters "U. S." shall precede the unit measure.  Grade, type, and class may be omitted if same as the symbol; class does not refer to property or stock class but to nomenclature.  Containers not specified in table I shall be marked to conform to 11.5.1 as closely as practicable.

**11.5.1.2**  Gross weight and cubage shall be stenciled on all outside shipping containers consigned to ports of embarkation, depots and intermediate storage points.  On 55-gallon drums, these markings shall appear circumferentially on the side immediately below the head in letters approximately 1 inch in height.

**11.5.1.3**  Cans for oil, hydraulic, aircraft, petroleum base, conforming to Specification MIL-O-5606, and oil, preservative, hydraulic equipment conforming to Specification MIL-O-6083 shall be painted red, color 1110 of Specification TT-C-595.

**11.5.1.4**  Instruction for use and/or caution markings specified in the product specification shall be included in the container markings.  Such additional markings shall be conveniently located on the top or side of the container.

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129
9 August 195'

Table I.—Identification marking on unit packages and shipping containers other than boxes for petroleum and related products.

| Size and type of container | Markings and location | Size of letters (inches) | |
|---|---|---|---|
| 55-gallon drum | Head: | | Bottom: |
| | Symbol | 8 | Same as for head. |
| | Nomenclature | 2 | |
| | Specification | 1 | |
| | Grade or type | 1 | |
| | Stock number | 1 | |
| | Destination code [1] | | |
| | All others | ½ | |
| 5-gallon drum (round) | Side, opposite side seam: | | Opposite side: |
| | Symbol | 2 | Destination code.[1] |
| | All others | ½ | |
| 5-gallon can (Military) | Front: | | Back: |
| | Nomenclature and symbol | | Symbol. |
| | Specification | See figure | Destination code.[1] |
| | Stock number | 17. | Supplier's name. |
| | Filling date | | Content. |
| 5-quart can, round | Side, opposite side seam: | | |
| | Symbol | 1 | |
| | Nomenclature | 1 | |
| | All other, legibly inscribed | | |
| 1-quart can, round | Side, opposite side seam: | | |
| | Symbol | ½ | |
| | All other, legibly inscribed | | |
| 15-gallon drum | Side, opposite side seam between rolling hoops: | | Top: |
| | Symbol | 2 | Destination code.[1] |
| | All others | ½ | |
| 400-pound drum | Side, opposite side seam between rolling hoops: | | Top: |
| | Symbol | 3 | Destination code.[1] |
| | Nomenclature | 2 | |
| | All other | ½ | |
| 100-pound drum | Side, opposite side seam between rolling hoops: | | Top: |
| | Symbol | 2 | Destination code.[1] |
| | All other | ½ | |
| 25-pound pail | Side, opposite side seam: | | Top: |
| 35-pound pail | | | Destination code.[1] |
| | Symbol | 1 | |
| | All other | ½ | |
| 5-pound can | Side, opposite side seam: | | |
| | Symbol | ½ | |
| | All other legibly inscribed | | |
| 1-pound can | Side, opposite side seam: | | |
| | Symbol | ½ | |
| | All other, legibly inscribed | | |
| 1-gallon rectangular can | Wide side without seam: | | |
| | Symbol | 1 | |
| | All other, legibly inscribed. | | |

[1] Destination code marked on all containers shall be not less than ¾ inch in height. If top head construction will not permit such marking, destination code shall be placed on side of drum opposite other side markings, e. g., 5-gallon drum (round). All indicated measurements pertain to height of lettering and are based on single line nomenclature. If double line nomenclature is necessary, the size of nomenclature letters shall be 1 inch in size and the remainder, other than symbol may be reduced proportionately, e. g., grade or type, ½ inch. See 11.5.1.4 for additional markings and figures 15 through 17 for placement of markings.

28

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-STD-129
9 August 1951

Table I.—Identification marking on unit packages and shipping containers other than boxes for petroleum and related products—Continued

| Sizes and type of container | Markings and location | | Size of letters (inches) |
|---|---|---|---|
| 1-quart rectangular can | Wide side without seam: | | |
| | Symbol | | ⅜ |
| | All other, legibly inscribed. | | |
| 1-pint rectangular can | Wide side without seam: | | |
| | Symbol | | ½ |
| | All other, legibly inscribed. | | |
| 4-ounce can | Wide side without seam: | | |
| | Clearly and legibly lithographed. | | |
| 2-ounce can | One side: | | |
| | Clearly and legibly lithographed. | | |
| 5-cc. bottle | One side: | | |
| | Clearly and legibly printed on white paper stock in black waterproof ink. | | |

## 11.6  SHIPPING CONTAINERS (BOXES).

(See fig. 18).  Boxes shall be marked in lettering not less than ½ nor more than 1 inch in height proportional to the available space.

11.6.1  On one end.  On the upper two-thirds of one end of the shipping containers, the following information shall be marked:

(a)  Stock number (and property class when applicable).

(b).  Nomenclature.

(c)  Grade, type, and class.

(d)  Number of inner containers and unit content.

(e)  Gross weight and cube.

11.6.2  On one side.  On the upper two-thirds of one side with minimum size of lettering ½ inch, the following information shall be marked:

(a)  Product symbol and specification number.

(b)  Contractor's name and geographical location code or abbreviation.

(c)  Filling date and batch or lot number.

(d)  Contract number and qualification number.

(e)  Overseas destination code (lower one-third of side).

## 11.7  INTERMEDIATE PACKAGES.

11.7.1  Single intermediate package.  Single intermediate packages shall be marked as specified in 11.6 for shipping containers.

11.7.2  More than one intermediate package.  Intermediate packages shall be marked on one side with the information specified in 11.6.1, except that gross weight and cubage shall be omitted.  When commercial printing is used, the minimum size of lettering shall be ¼ inch.  When the available space on intermediate packages will not permit direct application of markings, a typed or printed waterproofed label attached to the intermediate packages may be used.

## 11.8  OVERSEAS DESTINATION CODE.

The overseas destination code markings shall be located on the standard unit containers as shown in table I and lower one-third of side of shipping container on which appears product symbol marking.

Custodian:
    Army—Quartermaster Corps
Other interests:
    Army—CEMOSIgT
    Navy—AMdOrShSYMC
    Air Force.

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129
9 August 1951



Ordnance Corps.



Signal Corps.



Quartermaster Corps.



Chemical Corps.



Corps of Engineers.

Figure 1A.—Army service symbols.

30

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129
9 August 1951



Bureau of Aeronautics.



Bureau of Ordnance.



Bureau of Yards and Docks.



Bureau of Ships.



Bureau of Supplies and Accounts.



Coast Guard.



Marine Corps.

Figure 1B.—Bureau and Corps Symbols.

31

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129**
**9 August 1951**



For Marking and Stenciling.
Figure 2.—Symbol for Medical Services of the Armed Forces.



Figure 3.—Fragile Label.

32

REPRODUCED AT THE NATIONAL ARCHIVES



MIL–STD–129
9 August 1951

Figure 4—Basic Marking for Box.

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129**
**9 August 1951**



Figure 5.—Basic Marking for Unsheathed Crate.

LEGEND

A – PERMANENT MARKING
      (SEE 6.1, 8.3.2.1 AND 8.3.3.)
B – CONTRACT DATA MARKING
      (SEE 6.2 AND 8.3.4.)
C – DESTINATION MARKING
      (SEE 6.3, 8.3.2.2, 8.3.3.2 AND 8.3.4.2.)
D – SERVICE DESIGNATION
      (SEE 6.4 AND 8.3.5.)

34

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 48 of 123
REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129
9 August 1951



Figure 6—Marking for Sheathed Crate.

LEGEND

A– PERMANENT MARKING
(SEE 6.1, 6.3, AND 8.3.1.)
B– CONTRACT DATA MARKING
(SEE 6.2 AND 6.3.4.)
C– DESTINATION MARKING
(SEE 6.3.5, 6.3.5.1, 6.3.5.2 AND 6.3.4.2)
D– SERVICE DESIGNATION
(SEE 6.4 AND 8.3.5)
E– SPECIAL MARKING
(SEE 7.2.1, 7.3.2, 7.3.6, 7.4 AND 7.5.5.)

35

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-STD-129
9 August 1951



LEGEND

A: PERMANENT MARKING          (SEE 6.1 AND 8.4.1)
B: CONTRACT DATA MARKING      (SEE 6.2 AND 8.4.2)
C: DESTINATION MARKING        (SEE 6.3, 8.4.12 AND 8.4.1.3)
D: SERVICE DESIGNATION        (SEE 6.4 AND 8.4.4)

Figure 7A—Basic Marking for Steel Drum (other than petroleum products).

36

Case 1:14-cv-04511-VEC Document 2-13 Filed 06/23/14 Page 50 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

MIL—STD—129
9 August 1951



ONE SIDE

OPPOSITE SIDE

LEGEND

A — PERMANENT MARKING        (SEE 6.1 AND 8.4.1)
B — CONTRACT DATA MARKING    (SEE 6.2 AND 8.4.2)
C — DESTINATION MARKING      (SEE 6.3, 8.4.1.2 AND 8.4.1.3)
D — SERVICE DESIGNATION      (SEE 6.4 AND 8.4.4)

Figure 7B.—Basic Marking for Barrel.

37

Case 1:14-cv-04511-VEC  Document 2-13  Filed 06/23/14  Page 51 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129
9 August 1951



Figure 8.—Basic Marking for Tubular Bale (preserve end).

A. Permanent marking (see 6.1, 8.5.2 and 8.5.2.1).
B. Contract data marking (see 6.2 and 8.5.3).
C. Destination marking (see 6.3, 8.5.4 and 8.5.6).
D. Service designation (see 6.4 and 8.5.7).
E. Precautionary marking (see 8.5.8.8).

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129**
**9 August 1951**



Method I.  Marking of unit loads of boxes (i. e., corrugated fiberboard, nailed wood, wirebound, cleated, ply-wood, etc.).  Stencil the required markings, in letters at least 1¼ inch high, where available space permits, on two adjacent sides and the top of the unit load, diagonally across the containers and between the straps.  To provide a suitable area for stenciling, contractors should build each unit load on the pallet so that the markings on individual containers do not show on two adjacent sides of the unit load.  It is necessary for activities receiving palletized loads with exposed container markings to provide clear areas large enough for marking two adjacent sides, by masking out container markings with obliterating paint.

A. Permanent marking (see 6.1 and 8.10.2),
B. Contract data marking (see 6.2 and 8.10.2).

C. Destination marking (see 6.3 and 8.10.2).
D. Service designation (see 6.4, 8.3 and 8.10.2).

Figure 9A.—Method I of Marking Palletized Unit Load.

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL-STD-129**
9 August 1951



Method II. Marking palletized unit loads which have wood collars or frames (i. e., firebrick, metal drums, etc.). Stencil the required markings on two adjacent sides and the top of the collar or frame in the largest letters commensurate to the wood area available for stenciling.

Figure 9B.—Method II of Marking Palletized Unit Load.



Method III. Alternate method for marking any unit load. When the load is being strapped, thread the straps through slotted metal embossed marking tags at least 3″ x 5½″ on two adjacent sides and the top of the unit load. Thread tag on the top of the unit load on a strap which does not contain a side marking tag. Secure the tags at the center of the load by means of a twisted wire or other suitable method.

Figure 9C.—Method III of Marking Palletized Unit Load.

40

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129
9 August 1951



A. Domestic address.
B. Crescent symbol (for subsistence items only).

Figure 10.—Marking for Shipping Sack.

41

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129**
**9 August 1951**





Figure 11.—Symbols for Electronic (Navy) Equipment.

42

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129
9 August 1951



Figure 12.—Marking of Shipping Container for Electronic (Navy) Equipment.

43

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129
9 August 1951



Figure 13.—Crescent Symbol for Subsistence Items.



CEREAL PREPARED CORN FLAKES
56-C-4918-25
400-I OZ PKGS 25 LBS NET
STONE CEREAL CORP
CONT DA 30-280-QM 4226
PACKED JUNE 1948
WT 59          CU 4.8

INSPECTION STAMP

FOR ISSUE ITEM, CARLOAD SHIPMENT (SEE 1.5, 1.6, 10.2.1 AND 10.9.1)
Figure 14A.—Marking of Shipping Containers for Nonperishable Subsistence.



FROM: TROFRU SIRUP CO
TROY CALIF.
TO: PORT TRANSPORTATION OFFICER
NEW YORK PORT OF EMBARKATION
1st AVE AND 58th St
BROOKLYN N.Y.

JAM APRICOT TROFRU
24-I LB JARS
TROFRU SIRUP CO
P.O. 7695
REQ 30783-0-29328
WT 52          CU 1.1

INSPECTION STAMP

FOR RESALE ITEM LCL (SEE 1.5, 1.6, 10.2.1.2 AND 10.9.1)
Figure 14B.—Marking of Shipping Containers for Nonperishable Subsistence.

44

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129
9 August 1951

FOR ISSUE ITEM, SEALED CARLOAD AND FULL
TRUCKLOAD SHIPMENT
*(SEE 1.5, 1.6, 10.2.2.1 AND 10.9.1)*



GRADE A ROASTERS DRESSED
READY TO COOK
16 HD  31-43 WT RG 65LBS NET
SUPERIOR POULTRY CO
PO FH 17452
PACKED  5 JUNE 1951
WT 72              CU 1.2

INSPECTION STAMP

Figure 14C.—Marking of Shipping Containers for Perishable Subsistence.

From Superior Poultry Co
     Mason Mich.
To Port Transportation Officer
     New York Port of Embarkation
1st Ave and 58th St
     Brooklyn  N.Y.



ROASTERS DRESSED SUPREME
16 HD  31-43  WT RG
SUPERIOR POULTRY CO
PO FH 3427
PACKED  7 JULY 1951
REQ PR  337-51
WT  75       CU 1.5
NONSPECIFICATION ITEM

INSPECTION STAMP

FOR RESALE ITEM, L C L  AND  L T L
*(SEE 1.5, 1.6, 10.2.2.2 AND 10.9.1)*

Figure 14D.—Marking of Shipping Containers for Perishable Subsistence.

906137°—51——4

45

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129**
**9 August 1951**



SPACE ALLOWANCE FOR CLOSURES

S Y M B O L
NOMENCLATURE
SPECIFICATION
GRADE TYPE OR CLASS
STOCK NUMBER

DESTINATION CODE #

CONTRACTOR
FILLING DATE   BATCH OR LOT NO.

CONTRACT NO.     QUAL NO.

NET CONTENT

TOP AND BOTTOM HEAD AREAS FOR MARKING

# Destination Code on heads 55 gal. drums shall be located as indicated in figure.   Size of letters, not less than ¼ inch.

Figure 15.—Marking of Standard Unit Container Top and Bottom Heads.
(for petroleum products.)

46

Case 1:14-cv-04511-VEC  Document 2-13  Filed 06/23/14  Page 60 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

```
S Y M B O L
N O M E N C L A T U R E
S P E C I F I C A T I O N
G R A D E , T Y P E   O R   C L A S S
S T O C K   N U M B E R
C O N T R A C T O R
F I L L I N G   D A T E      B A T C H   N O .
C O N T R A C T   N O .         Q U A L .   N O .
N E T   C O N T E N T
```

The above illustration may be followed for marking on sides of containers such as:

　　　400 lb. drums
　　　100 lb. drums
　　　5 lb. cans
　　　1 lb. cans
　　　25 lb. pails
　　　15 gal. drums
　　　5 gal. drums (round)

　　　Except that packaged products such as 5 lb. and 1 lb. cans will not show destination code. The code will be shown on the exterior of the shipping case.

　　　The above illustration may be followed for 1 quart round cans, 1 gallon rectangular cans, 1 quart rectangular cans, 1 pint rectangular or round cans.

　　　Destination code shall be located as specified in table II.

Figure 16.—Marking of Standard Unit Container, Side (for petroleum products).

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129
9 August 1951




Front View          Back View

Block letters ¾ inch      ½ inch between lines
*This space reserved for code designation
Stencil in white paint on both narrow end surfaces of drum.

Figure 17.—Marking, 5 Gallon Drum (blitz can) (for petroleum products).

48

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129
9 August 1951



A.  End marking (see 11.6.1).
B.  Side marking (see 11.6.2).
C.  Destination code (see 11.8).
D.  Service designation marking (see 11.8).

Figure 18.—Marking of Shipping Container for Petroleum Products.

49

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129**
**9 August 1951**



# RADIATION HAZARD

PRECAUTIONS _____

_____

DATE _____

Color scheme
Letters "DANGER" White     Lettering—Red
Symbol and elliptical Background—Magenta
Basic Background—Yellow

Figure 19.—Symbol for Radiation Hazard Marking.

50

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129
9 August 1951

Copies of this Military Standard may be obtained by directing requests as follows:

For Department of the Army agencies, to Chief of the specific agency or as directed by that agency.

For Department of the Army contractors, to the Contracting Officer.

For Department of the Navy activities, to the Commanding Officer, Naval Supply Depot, Scotia 2, N. Y.

For Department of the Navy contractors, to the Bureau of Supplies and Accounts, Washington 25, D. C.

For the Marine Corps, to the Quartermaster General, Headquarters, U. S. Marine Corps, Washington 25, D. C.

For Department of the Air Force activities and Air Force contractors, to the Commanding General, Air Matériel Command, Wright-Patterson Air Force Base, Dayton, Ohio.

Copies of this Military Standard may be obtained for other than official use by individuals, firms, and contractors from the Superintendent of Documents, U. S. Government Printing Office, Washington 25, D. C.

Both the title and the identifying symbol number should be stipulated when requesting copies of Military Standards.

○

51

# Exhibit U

REPRODUCED AT THE NATIONAL ARCHIVES

*18451*

D7.10: 129C

**MIL-STD-129C**
11 July 1960

**SUPERSEDING**
**MIL-STD-129B**
**10 April 1957**

# MILITARY STANDARD

# MARKING FOR SHIPMENT AND STORAGE



REPRODUCED AT THE NATIONAL ARCHIVES

**MIL-STD-129C**

11 July 1960

SUPERSEDING
MIL–STD–129B
10 April 1957

# MILITARY STANDARD

# MARKING FOR SHIPMENT AND STORAGE



UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON: 1960

For sale by the Superintendent of Documents, U. S. Government Printing Office
Washington 25, D. C.

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129C
11 July 1960

## ARMED FORCES SUPPLY SUPPORT CENTER

### Washington 25, D. C.

Marking for Shipment and Storage

MIL–STD–129C

1. This standard has been approved by the Department of Defense and is mandatory for use by the Department of the Army, the Navy, and the Air Force, effective 11 July 1960.

2. Recommended corrections, additions, or deletions should be addressed to the Standardization Division, Armed Forces Supply Support Center, Washington 25, D. C.

Case 1:14-cv-04511-VEC Document 2-13 Filed 06/23/14 Page 69 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

# CONTENTS

| | | Page |
|---|---|---|
| 1. | SCOPE | 1 |
| 2. | REFERENCED DOCUMENTS | 2 |
| 3. | DEFINITIONS | 4 |
| 4. | GENERAL REQUIREMENTS | 7 |
| 4.1 | Abbreviations | 7 |
| 4.2 | Marking and marking material | 8 |
| 4.3 | Waterproofing lacquer, varnish, label adhesive, cement and tape | 8 |
| 4.4 | Undercoating material | 9 |
| 4.5 | Overcoating material | 9 |
| 4.6 | Stencil marking material | 9 |
| 4.7 | Obliterating lacquer, enamel or paint | 9 |
| 4.8 | Labels | 9 |
| 4.9 | Tags | 9 |
| 4.10 | Waterproof envelopes | 9 |
| 5. | DETAILED REQUIREMENTS | 10 |
| 5.1 | Method of marking and size of marking | 10 |
| 5.2 | Interior package marking other than subsistence items or petroleum products | 12 |
| 5.3 | Standard exterior marking for shipment or storage (shipping containers, palletized unit loads and unpacked items other than subsistence items and petroleum products) | 13 |
| 5.4 | Marking of mutual security shipments | 18 |
| 5.5 | Special service markings for other than petroleum or subsistence items | 19 |
| 5.6 | Special markings on containers or unboxed supplies and equipment other than subsistence items and petroleum products | 21 |
| 5.7 | Standard marking procedure for boxes and crates (other than subsistence, petroleum, and unfabricated steel products) | 25 |
| 5.8 | Marking requirements for bales | 27 |
| 5.9 | Marking requirements for cloth covered bundles (see Figure 11) | 28 |
| 5.10 | Marking requirements for shipping sacks and bags, other than subsistence and petroleum products | 29 |

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL-STD-129C**
**11 July 1960**

5.11  Marking requirements for barrels, drums, etc., other than subsistence items and petroleum products ........................................... 30

5.12  Marking requirements for miscellaneous packs (loose or unpacked items, small containers, rods, coils, reels, etc.) other than subsistence items, petroleum, and unfabricated steel products ....................... 31

5.13  Marking requirements for unpacked vehicles (with or without engine or motor, including carts, trailers and similar items) ................... 32

5.14  Marking requirements for palletized loads other than subsistence items, Petroleum and unfabricated steel products ........................... 33

5.15  Electronic (Navy) equipment marking ..................................... 34

5.16  Container marking for petroleum and unfabricated steel products ............ 34

5.17  Marking of shipping container for subsistence items ........................ 34

iv

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129C**
**11 July 1960**

# LIST OF FIGURES

*Figure*

1. Basic marking for unit and intermediate packages.
2. Chemical Corps, chemical filling identification marking (see 5.6.5.1)
3. Precautionary label (Method II).
4. Special markings.
5. Mutual security label.
6. Basic markings for box under 10 cubic feet.
7. Basic markings for box over 10 cubic feet.
8. Basic markings for unsheathed crate under 10 cubic feet.
9. Basic markings for unsheathed crate over 10 cubic feet.
10. Basic markings for bales.
11. Basic markings for cloth covered bundles.
12. Basic markings for shipping sacks and bags.
13. Basic markings for drums — metal or fiber.
14. Basic markings for wooden barrels and kegs other than subsistence.
15. Basic markings for miscellaneous packs.
16. Method A and B-markings for palletized loads.
17. Method C and D-markings for palletized loads.
18. Bureau and Corps symbols.
19. Symbol for Medical services of the Armed Forces.
20. Fragile label.
21. Basic marking of shipping container for electronic equipment.
22. Symbols for electronic equipments.
23. Subsistence marking for paper shipping sacks, export.
24. Marking for shipping bags (textile and laminated textile) subsistence.
25. Crescent symbol for subsistence items.
26. Marking of shipping containers for non-perishable subsistence overseas shipment.
26A. Marking of shipping containers for perishable subsistence, overseas shipment.
27. Army service symbols.
28. Symbol and lettering for radiation hazard.

▼

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-STD-129C
11 July 1960

# 1. SCOPE

**1.1 Scope.** This standard provides for uniform marking of military supplies and equipment for shipment and storage.

**1.2 Deviations.** When deviations from this standard are found to be necessary, specific instructions shall be obtained from the cognizant activity.

1

MIL–STD–129C
11 July 1960

# 2. REFERENCED DOCUMENTS

2.1 The issues of the following documents in effect on the date of invitation for bids form a part of this standard:

## SPECIFICATIONS

### FEDERAL

| | |
|---|---|
| L–T–99 | — Tape Pressure-Sensitive Adhesive, Identification (Acetate-Fiber). |
| NN–P 515 | — Plywood, Container Grade. |
| TT–E–485 | — Enamel, Semigloss, Rust-Inhibiting. |
| TT–E–489 | — Enamel; Gloss, Synthetic (For Exterior and Interior Surfaces). |
| TT–I–558 | — Ink, Marking Stencil, Opaque, for Nonporous Surfaces (Metal, Glass, etc). |
| TT–I–559 | — Ink, Marking Stencil, Opaque, for Porous Surfaces (Wood Boxes, Fiber Carton, etc.). |
| TT–P–25 | — Primer, Paint, Exterior (Undercoat for Wood, Ready-Mixed, White and Tints). |
| TT–V–121 | — Varnish, Spar, Water-Resisting. |
| UU–T–81 | — Tags, Shipping and Stock. |

### MILITARY

| | |
|---|---|
| MIL–E–74 | — Enamel, Lusterless, Quick Drying. |
| MIL–P–116 | — Preservation, Methods of. |
| MIL–A–388 | — Adhesive and Sealing Compounds, Cellulose Nitrate Base. |
| MIL–L–1118 | — Lacquer, Clear, Brushing; and Thinner. |
| MIL–A–3941 | — Adhesive, Paper Label, Water Resistant. |
| MIL–E–4069 | — Envelopes; Packing List, Water-Resistant. |
| MIL–L–6805 | — Lacquer, Camouflage. |
| MIL–L–18923 | — Lacquer; Lusterless, Sand, Obliterating. |
| MIL–P–13983 | — Paint, Temporary; Lusterless, Gasoline Removable. |
| MIL–C–17504 | — Coating Compound Acrylic, Clear. |
| MIL–P–17664 (Navy) | — Protector, Packing List. |
| MIL–M–19590 | — Marking of Commodities and Containers to indicate Radioactive material. |

## STANDARDS

### FEDERAL

Federal Standard No. 595 — Colors.

### MILITARY

| | |
|---|---|
| MIL–STD–163 | — Preparation of Steel Products for Domestic Shipment (Storage) and Overseas Shipment. |
| MIL–STD–290 | — Packaging, Packing and Marking of Petroleum Products. |

## DRAWINGS

| | |
|---|---|
| AF 44D6818 | — Protector — Packing List. |

2

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 74 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

AF 45D9543   — Protector — Packing
                List.

AF 52D20835 — Protector — Packing
                List.

(Copies of specifications, standards, and drawings
required by contractors in connection with specific
procurement functions should be obtained from the
procuring activity or as directed by the contracting
officer.)

2.2 **Other publications.** The following docu-
ments form a part of this standard. Unless
otherwise indicated, the issues in effect on
date of invitation for bids shall apply.

GOVERNMENTAL

Civil Aeronautics Board Publications.

(Copies may be obtained from the Superintendent
of Documents, Government Printing Office, Wash-
ington 25, D. C.).

U. S. COAST GUARD REGULATIONS

(Copies may be obtained from United States
Coast Guard, 1300 E St., N. W., Washington, D. C.)

INTERSTATE COMMERCE COMMISSION
REGULATIONS

(Copies may be obtained from the Superintendent
of Documents, Government Printing Office, Wash-
ington 25, D. C.)

NONGOVERNMENTAL

Manufacturing Chemists Association.

Manual L–1, A Guide for Preparation
of Warning Labels for Hazardous
Chemicals.

(Copies may be obtained from Manufacturing
Chemists Association, 1625 Eye Street, N. W.,
Washington, D. C.)

3

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 75 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129C
11 July 1960

# 3. DEFINITIONS

(For purposes of this standard the following definitions shall apply.)

**3.1 Air priority and authorization number.** The priority identification and air movement authorization are the numbers appearing on the shipping documents as furnished by the appropriate routing office or air movement control agency.

**3.2 Bale.** A quantity of compressible articles or materials assembled into a shaped unit and bound with metal ties.

**3.3 Bill of lading number.** The bill of lading number is the exact letters and numbers corresponding to the lading paper that is used to move the shipment. Unnumbered bills of lading are identified by the date.

**3.4 Bundle.** Two or more articles fastened together without compression so as to form a shipping unit.

**3.4.1 *Bundle, cloth covered.*** An item (such as most tents) pattern folded and packed by covering with jute, burlap, or cotton osnaburg cloth.

**3.5 Contract or purchase order number.** The contract or purchase order number is that number appearing on the procurement document covering the shipment and entitled as such.

**3.6 Cognizant activity.**

**3.6.1 *For marking at contractors' facilities.*** The contracting officer.

**3.6.2 *For marking at installations.*** Head of the bureau or service responsible for storage and shipment.

**3.7 Cube.** The volume of space occupied by the unit under consideration computed by multiplying the extreme overall length by width by the height. For shipping purposes cube is normally expressed in cubic feet.

**3.8 Gross weight.** The combined weight of the container and contents including packaging material which is a part of the unit.

**3.9 Intermediate package.** An interior container which contains two or more unit packages of identical items, e. g., a carton containing 10 unit packs of cigarettes is an intermediate package.

**3.10 Levels of protection.** The degree of preservation, packaging and packing required to prevent deterioration or damage to supplies and equipment, due to the hazards to which they may be subjected during shipment and storage.

**3.11 Loose or unpackaged items.** Items which do not required packaging for storage or shipment.

**3.12 Lot, batch, or identification control number.** That series of numbers, or letters or both, established by the manufacturer to record production and control of the product.

**3.13 Marking.** Marking is the application of number, item description or symbol stamped, printed or pointed on container, tag or item for identification during handling, shipment and storage, as used herein; the term marking does not include symbols used for material identification, such as color codings or repetitive symbol markings on metals.

**3.14 Methods of preservation.** Methods established by Specification MIL–P–116.

**3.15. Name and address of contractor.** The name and address of the contractor is the exact name of the individual, partnership, corporation, company, etc., to whom the contract has been awarded. The address is the location of the point of shipment indicated by city and state. If the supplies are shipped

4

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 76 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

from a sub-contractor, the name of the prime contractor only shall be used.

**3.16 Net weight.** The net weight is the weight of the commodity alone not including any packaging material or container.

**3.17 Item description.** The item description is the exact name and description of the item as it appears in the contract, purchase order, or requisition.

*Note.* Item description shall consist of the item name approved and published by the Office of Cataloging, OASD, and such additional modifiers or portions of the approved item description as may be required by the cognizant activity. Abbreviated descriptions as authorized by the cognizant activity will be permitted.

**3.18 Packing.** Application or use of exterior shipping container and assembling of packaged items, or items not requiring packaging, therein, together with necessary blocking, bracing or cushioning, weatherproofing, exterior strapping and marking of shipping container.

**3.19 Packaging.** The use of protective wrappings, cushioning, interior containers and complete identification marking, up to but not including the exterior shipping container.

**3.20 Palletized unit load.** A palletized unit load is a unit or a number of units placed on a pallet, or skid platform or runners, and secured thereto for the purpose of shipping as a single unit.

**3.21 Quantity.** Quantity is the number or measure of the contents of a unit package, intermediate package, shipping container, bundle or secured lift.

**3.22 Requisition, shipment order or shipment request number.** That number furnished by the cognizant activity concerned, and designated by that activity as being the requisition, shipment order or shipment re-

quest number covering the shipment concerned.

**3.23 Shipping container.** Any container which can be used for shipment, being sufficiently strong, by reason of material designed and construction, to be shipped safely without undue risk, with no further packing.

**3.24 Stamping.** Impressing or imprinting by metal dies or rubber stamps.

**3.25 Stock number.** The stock number is the exact stock number specified in the contract or order or as specified by the cognizant activity concerned. (The Federal Stock Numbers (FSN) shall be used when provided). The Federal Stock Number consists of eleven digits arranged in groups of 4, 3, and 4, separated by hyphens, e.g. 8905-127-4361. The first four digits are the Federal Supply Classification Number, and the last two groups of three and four digits are the Federal Item Identification Number identifying individual items.

**3.26 Unit.** A standard or basic quantity in which an item of supply is divided, issued or used. Examples are piece, pair, bottle, can, each, dozen, gross, pound, gallon, foot, yard, set, etc.

**3.27 Unit of issue.** The unit of issue shall be unit of quantity specified in the contract or purchase order (see unit).

**3.28 Unit package.** The first tie, wrap, or container, applied to a single item or a multiple thereof, or a group of items of a single stock number, preserved or unpreserved, which involves a complete or identifiable package suitable for packing inside a shipping container or items not held by a tie, wrap, or container, preserved or unpreserved, that are individually identified and placed directly into an intermediate package or exterior shipping container.

**3.29 Unpackaged items.** Unpackaged items

5

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129C**
**11 July 1960**

are items not packaged that may require placement in a shipping container prior to delivery to the carrier.

3.30 Serial number. The serial number is that number appearing on the item as assigned by the manufacturer or the Government for identification or control purposes.

*Note.* When items are unit packaged, serial number shall be shown on each unit and intermediate package and shipping container, except that when several items bearing consecutive serial numbers are packed in one container only the first and last number of the series shall be shown. Serial numbers assigned by manufacturer solely for the purpose of indicating the quantity produced shall not be shown.

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129C
11 July 1960

# 4. GENERAL REQUIREMENTS

**4.1 Abbreviations.** The following abbreviations are authorized for use. In addition, abbreviations of the item descriptions will be permitted when approved by the cognizant activity concerned. Periods will not be used with abbreviations.

### (a) Package units:

| | |
|---|---|
| Ampoule | AM |
| Assembly | AY |
| Bag | BG |
| Bale | BE |
| Ball | BA |
| Bar | BR |
| Barrel | BL |
| Block | BC |
| Bolt | BO |
| Book | BK |
| Bottle | BT |
| Box | BX |
| Brick | BI |
| Bundle | BD |
| Cake | CK |
| Can | CN |
| Capsule | CP |
| Carat | KR |
| Carboy | CB |
| Card | CD |
| Carton | CT |
| Case | CS |
| Cask | KS |
| Chain | KK |
| Chest | CH |
| Coil | CL |
| Cone | CE |
| Container | CO |
| Crate | CR |
| Cylinder | CY |
| Deck | DK |
| Drum | DR |
| Envelope | EN |
| Flask | EL |
| Hank | HK |
| Head | HE |
| Jar | JR |
| Jug | JG |
| Keg | KE |
| Kit | KT |
| Length | LG |
| Link | LK |
| Pack | PA |
| Package | PK |
| Packing | PG |
| Pad | PD |
| Pail | PL |

| | |
|---|---|
| Pallet | PT |
| Panel | PN |
| Paper | PP |
| Piece | PC |
| Pyramid | PY |
| Ration | RA |
| Reel | RL |
| Ribbon | RI |
| Roll | RO |
| Sack | SA |
| Section | SC |
| Set | ST |
| Sheet | SH |
| Skein | SN |
| Skid Box | SB |
| Sleeve | SV |
| Spool | SL |
| Stack | SS |
| Stick | SK |
| Strip | SP |
| Tablet | TT |
| Tape | TP |
| Tin | TI |
| Tube | TU |
| Unit | UN |
| Vial | VI |
| Wafer | WF |

### (b) Quantitative units:

| | |
|---|---|
| Ampoule | AM |
| Dozen | DZ |
| Each | EA |
| Great gross | GG |
| Gross | GR |
| Group | GP |
| Hogshead | HH |
| Hundred | CX |
| Ingot | IG |
| Lot | LT |
| Pair | PR |
| Peck | PE |
| Quire | QR |
| Ream | RM |
| Round | RD |
| Ten | XX |
| Thousand | MX |
| Thousand Feet | MF |

### (c) Weights and measure units:

| | |
|---|---|
| Board feet | BF |
| Bushel | BU |
| Centigrade | C |
| Centigram | CG |
| Centimeter | CM |
| Cord | KD |
| Cubic centimeter | CC |

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL-STD-129C**
11 July 1960

| | |
|---|---|
| Cubic foot | CF |
| Cubic inch | CI |
| Cubic meter | CZ |
| Cubic yard | CU |
| Decagram | DG |
| Decigram | DL |
| Deciliter | DL |
| Decimeter | DE |
| Dram | DA |
| Foot | FT |
| Gallon | GA |
| Gallon imperial | GB |
| Gill | GY |
| Grain | GN |
| Gram | GM |
| Hundred feet | HF |
| Hundred square feet | CS |
| Hundred weight | CW |
| Hundred yard | HY |
| Inch | IN |
| Kilogram | KG |
| Kilometer | KM |
| Linear feet | LF |
| Liner yard | LY |
| Liter | LI |
| Longton | TL |
| Meter | MZ |
| Mile | MI |
| Milliampere | MA |
| Milligram | MG |
| Milliliter | ML |
| Millimeter | MM |
| Ounce | OZ |
| Pint | PT |
| Pennyweight | DW |
| Pound | LB |
| Quart | QT |
| Quart imperial | QI |
| Short ton | TS |
| Square foot | SF |
| Square inch | SI |
| Square yard | SY |
| Ton | TN |
| Volume | VO |
| Weight | WT |
| Yard | YD |

**(d) Miscellaneous abbreviations:**

| | |
|---|---|
| Bill of lading | BL |
| Combat serviceable | CS |
| Contract | CONTR |
| Dimensions | DMN |
| Engine | ENG |
| Federal stock No. | FSN |
| Government bill of lading | GBL |
| Invoice | INV |
| Less than carload | LCL |
| Less than truckload | LTL |
| Manufactured | MFD |

| | |
|---|---|
| Mark | MK |
| Moisture fungus proofed | MFP |
| Net weight | NET WT |
| Officer | OFF |
| Packed | PKD |
| Port transformation officer | PTO |
| Quantity | QTY |
| Requisition | RQN |
| Shipment order | SO |
| Tare weight | T/WT |
| Transportation officer | TO |
| United states pharmacopoeia | USP |
| United states ship | USS |
| United states navy ship | USNS |

**4.1.1** *Abbreviation of corporate name of contractor.* Where corporate name of contractor will require two or more lines, an abbreviation of the name which can be readily identified with the contractor will be permitted.

**4.2 Marking and marking material.**

**4.2.1** *Unauthorized markings.* No markings, other than those specified in this standard, or authorized by the cognizant activity concerned, or those required by regulation or statute, shall be placed on any container, except as permitted in 4.2.1.1.

**4.2.1.1** *Advertising matter and case marking.* Unless otherwise specified herein or in the contract or order, advertising matter and case markings not interfering with the clarity or positioning of required markings on container will be permitted. Required markings will be of a different color than advertising matter if markings cover part of advertising.

**4.2.2** *Marking material.* All marking material shall be as specified herein or an alternate approved by the cognizant activity.

**4.3 Waterproofing lacquer, varnish, label adhesive, cement and tape.** Lacquer, spar varnish, or a clear acrylic coating compound for protecting and waterproofing markings shall conform to Specification MIL-L-1118, TT-V-121, or MIL-C-17504 respectively (see 4.5). Label adhesive or cement shall

8

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 80 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

conform to Specification MIL-A-388, or Specification MIL-A-3941, respectively. Transparent pressure sensitive tape for waterproofing interior markings shall conform to type II, of Specification L-T-99. Tape shall not be used to waterproof exterior container markings.

**4.4 Undercoating material.** When undercoat-stencil ink-overcoat method for porous surfaces or undercoat-stencil paint-overcoat method for nonporous surfaces is specified (see 5.1.1.3.1 and 5.1.1.3.2), undercoating material shall conform to the following:

**4.4.1** *For porous surfaces.* Undercoating material for porous surfaces shall be a white primer conforming to Specification TT-P-25.

**4.4.2** *For nonporous surfaces.* Undercoating material for nonporous surfaces shall be an olive drab enamel conforming to Specification TT-E-485.

**4.5 Overcoating material.** When undercoat-stencil ink-overcoat or undercoat stencil paint-overcoat m e t h o d is specified (see 5.1.1.3.1 and 5.1.1.3.2), overcoating material shall be clear spar varnish conforming to Specification TT-V-121.

**4.6 STENCIL MARKING MATERIAL.**

**4.6.1** *Stencil ink.* Stencil ink for marking shall conform to Specification TT-I-558 (for marking nonporous surfaces: metal, glass, etc.) or Specification TT-I-559 (for marking porous surfaces: wooden boxes, fiber cartons etc.) as applicable.

**4.6.2** *Lacquer, enamel, and gasoline soluble paint.* Lacquer and enamel for marking shall conform to Specification MIL-L-6805, and Specification TT-E-489, respectively.

Gasoline soluble paint for marking unboxed and uncrated equipment such as vehicles where applied directly to the item shall conform to Specification MIL-P-13988.

**4.7 Obliterating lacquer, enamel or paint.** Obliterating lacquer shall conform to Specification MIL-L-13923. Lusterless enamel shall conform to Specification MIL-E-74, and shall be sand color 30277, of Federal Standard No. 595. A quick drying opaque paint, approximating the color of the container may be used for obliterating marking, when approved by the cognizant activity.

**4.8 Labels.** Unless otherwise authorized by the cognizant activity, labels shall be made of white paper containing not more than 15 percent unbleached or ground wood pulp and shall have a smooth finish.

**4.9 Tags.** Unless otherwise specified, cloth and paper shipping tags shall be white or manila color. Tags and twine or wire for stringing shall conform to the minimum requirements of Specification UU-T-81. Metal shipping tags shall be corrosion resistant.

**4.10 Waterproof envelopes.** Waterproof envelopes for packing lists, bills of lading, shipping documents, etc., shall conform to Specification MIL-E-4069.

**4.11 Envelope protectors.** Envelope protectors shall conform to Specification MIL-P-17664. Alternatively, protectors conforming to AF Drawings 44D6818, 45D9543 or 52D20335 may be used.

**4.12 Markings with the proviso — when specified.** Markings required on a when specified basis shall only appear on interior and exterior containers when so stipulated in the procurement document(s).

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 81 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129C
11 July 1960

# 5. DETAILED REQUIREMENTS

**5.1 Method of marking and size of markings.**

5.1.1 *Method of marking interior packages, unpacked items, shipping containers and loose or unpacked items.* Marking of interior packages, unpackaged items and exterior packs (boxes, crates, miscellaneous packs, barrels, drums, bales, bundles, bags, palletized unit loads or loose items) shall be accomplished by use of labels, stamping, stenciling, printing, or tagging. Lithographing, silk-screening, photo marking, embossing, decals, transfers, or other similar processes, may be used when specified herein or upon approval of the procuring agency. Hand lettering or writing shall not be used.

5.1.1.1 *Condition of surfaces to be marked.* All surfaces to be marked shall be clean and entirely free of oil and grease, and any marks not applicable to the shipment contemplated, except those permitted by 4.2.1 and 4.2.1.1, shall be removed by covering with obliterating lacquer, enamel, or paint.

5.1.1.2 *Legibility, color and durability of markings.* All markings shall be clear and legible and not less than the size specified (see 5.1.2). Markings shall be non-fading and durable. Unless specified herein, color of all markings other than service color markings shall be black, except when applied to surfaces on which black is not legible, then the color used shall provide a definite contrast. For example, yellow or white lettering shall be applied over lusterless, olive-drab coloring on metal drums.

5.1.1.3 *Protection of markings.* When required by the cognizant activity concerned, marking shall be protected by methods specified in 5.1.1.3.1 and 5.1.1.3.2.

5.1.1.3.1 *Undercoat-stencil ink-overcoat method.* When specified by the cognizant activity, marking of porous surfaces of ship-

ping containers and unpainted items shall be accomplished by an undercoat-stencil ink-overcoat method. The marking area of the container surfaces shall be given a smooth even coating of applicable undercoating material prior to stenciling (see 4.4). After stenciling with stencil ink, a smooth even coat of overcoating material shall be applied (see 4.5).

5.1.1.3.2 *Undercoat-stencil point-overcoat method.* When specified by the cognizant activity, marking of nonporous surfaces of shipping containers and unpainted items shall be accomplished by an undercoat-stencil paint-overcoat method. The marking area of the container surface and unpainted item shall be given a smooth even coating of the applicable undercoating material prior to stenciling with a stencil paint (see 4.4). After stenciling, a smooth even coat of overcoating material shall be applied (see 4.5).

5.1.1.4 *Use of labels.* The use of labels on shipping containers is prohibited except for the domestic address and contract data markings when applied to cartons or when required by regulations or statute (see 5.3.3.5), or where the type of shipping container does not permit stenciling, or when the total area of the marked side is less than 150 square inches, or where specifically authorized herein (see 5.1.1.9, 5.2.2.2, 5.3.3.1, 5.7.1, 5.7.2.4.2, 5.12.1.1 and 5.12.5). Labels with complete marking information are authorized for brand name resale items.

5.1.1.5 *Stenciling.* Stenciling shall be accomplished by brushing, rolling, or spraying a sharply cut stencil with stencil ink, lacquer, or enamel.

5.1.1.6 *Printing.* Required markings may be printed directly on containers at time of manufacture. Such markings may be applied on all interior and exterior containers.

10

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 82 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

5.1.1.7 *Lithographing, embossing, roller coating or stamping.* When lithographing, embossing or roller coating of markings is authorized, commercial enamels, lacquers or inks, in the color specified shall be used. When stamping is specified, commercial waterproof and petroleum resistant inks, in the color specified, offering the greatest durability on exposure to field service shall be used.

5.1.1.8 *Tags.* A metal, waterproofed cloth, or waterproofed paper shipping tag, bearing the required markings shall be used when specified hereinafter or whenever the container, unpackaged item or unpacked item, is such that it is impossible to stencil marking thereon, or impracticable to use a label. Cloth or paper shipping tags, after the markings have been added, shall be coated on both sides with a transparent, waterproof, protective lacquer, clear acrylic, adhesive, or cement (see 4.3). Tags shall be attached with wire or twine (see 4.9). Wires shall be not smaller than 28 gage (0.0253-in. diameter) tag wire or other suitable corrosion resistant metal fastener. When rusting of tag wire will affect or damage the item to which the tag is attached, then twine specified in 4.9 shall be used for attaching tags. Markings on tags other than metal shall be printed with waterproof ink or typed; metal tags, with dies or punches. Maximum size of tags shall be 28 square inches.

5.1.1.9 *Labels.*

5.1.1.9.1 *For shipping containers, paper wrapped rolls, and unpacked items.* When labels are used, the required markings shall be printed, typed, or reproduced. The maximum size of labels shall be 28 square inches, except for regulation and statute marking (see 5.3.3.5), Mutual Security shipment markings (see 5.4), and special markings (see 5.6). Labels shall not be used on metal surfaces except as required by regulations or statute (see 5.3.3.5), or when specifically authorized by the cognizant activity concerned.

5.1.1.9.1.1 *Securing of labels.* Labels for level A packs shall be securely affixed in place with water resistant label adhesive as specified in 4.3, and shall be completely coated on the underside of the label. Labels for level B and C packs shall be securely affixed in place with adhesive in accordance with commercial practice. When the level of packing is not specified in the contract, requirements for level A shall apply. The label adhesive shall not smear or blur the markings.

5.1.1.9.1.2 *Protective coating of labels.* Labels for level A packs shall be waterproofed by coating the entire outer surface of the label with waterproof lacquer, varnish, clear acrylic coating compound, or label adhesive (see 4.3). Labels printed on the underside having heat-activated adhesive will not require a protective coating. The label adhesive shall not smear or blur the markings. Labels for levels B and C packs will require no protective coating.

5.1.1.9.2 *For interior packages.* Required markings on labels for interior packages shall be printed, typed, or reproduced. Size of the label shall be consistent with the size of the package and the markings shall be of a size which will permit ready identification. Pressure sensitive and heat activated, plastic coated labels may be used in lieu of paper labels.

5.1.1.9.2.1 *Securing of labels (interior package).* Labels for level A packages shall be securely affixed in place with water-resistant label adhesive specified in 4.3, placed on complete underside of label. Labels for levels B and C packages shall be securely affixed in place with adhesive in accordance with commercial practice. When the level of preservation and packaging is not specified in the contract, requirements for level A marking shall apply.

11

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 83 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

5.1.1.9.2.2 *Protective coating of labels (interior packages).* Labels for level A packages shall be waterproofed by coating the entire outer surface of the label with waterproof lacquer, varnish, clear acrylic coating compound, label adhesive or by use of transparent pressure sensitive tape specified in 4.3. Labels printed on the underside having heat activated adhesive will not require a protective coating. The label adhesive shall not smear or blur the markings. Labels for levels B and C packs will require no protective coating.

·5.1.1.10 *Color of markings other than service color markings.* Color of all markings, other than service color markings, shall be black except that when applied on surfaces where black is not legible, then the color used shall provide a definite contrast. For example, yellow or white lettering shall be applied over lusterless, olive-drab coloring on metal drums.

5.1.2 *Size of markings.*

5.1.2.1 *Size of lettering.* Unless otherwise specified herein, lettering for all marking shall be capital letters of equal height, as large as possible, within the sizes specified, and proportional to the available space, when the size of the container permits (see 5.12.1).

5.1.2.1.1 *Marking for shipping containers other than overseas address.* Lettering for markings other than overseas address should be not less than 7/16 nor more than 1 inch in height. The lettering may be reduced to 1/4 inch in height when the total area, or the available space, of the panel to be marked is not sufficient for the larger size lettering.

5.1.2.1.2 *Overseas address.* Lettering for the overseas address shall be not less than 3/4 inch nor more than 3 inches. IT IS ESSENTIAL THAT THE OVERSEAS ADDRESS BE THE MOST CONSPICUOUS MARKING ON THE CONTAINER AND THAT IT BE AS LARGE AS AVAILABLE SPACE AND STENCIL LIMITATIONS WILL PERMIT.

5.1.2.1.3 *For interior packages.* Lettering shall be clear and legible to permit ready identification of contents.

5.1.2.1.4 *Tags and labels (shipping containers).* Markings on paper or cloth tags and paper labels shall be not less than 12 point type; on metal tags, not less than 3/16 inch.

5.2 **INTERIOR PACKAGE MARKING OTHER THAN SUBSISTENCE ITEMS OR PETROLEUM PRODUCTS.**

5.2.1 *Unit and intermediate packages.* Marking on interior packages and unpackaged items shall be located so as to allow the markings to be easily read when stored on shelves or stacked, and to insure that the marking will not be destroyed when the package is open for inspection or until contents have been used. The following information, as appropriate, shall appear on unit and intermediate packages (see figure 1) in the order listed. (The words, Federal stock number, item description, etc., shall not be shown on the marking but the information indicated in 5.2.1.1 and 5.2.1.2 shall be supplied.)

5.2.1.1 *Levels A and B packages.*

(a) Federal stock number (see 3.25). When no Federal Stock Number is referenced, other identification number or manufacturer's part number as specified shall be used and space left blank immediately above the number for subsequent placement of the Federal Stock Number. The Federal Stock Number shall not be altered by any additions or deletions.

(b) Item description. Abbreviated item name that is easily recognizable, fully descriptive, and in common

12

Case 1:14-cv-04511-VEC  Document 2-13  Filed 06/23/14  Page 84 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

use may be used only when approved by the cognizant activity.

   (c) Quantity and unit of issue (see 3.21 and 3.27).

   (d) Contract or order number (when specified).

   (e) Level of preservation and date.

   (f) Serial number (when specified).

   (g) Lot batch or control number (as required by statute or w h e n specified).

**5.2.1.2** *Level C packages.*

   (a) Federal stock number.

   (b) Item description.

   (c) Quantity and unit.

**5.2.2** *Special markings.* When applicable, items shall be marked in accordance with 5.2.2.1, 5.2.2.2 or 5.2.2.3, as applicable.

**5.2.2.1** *Arrows.* Where consideration for the safety of the contents of unit or intermediate packages necessitates that the container be stacked with the top surfaces up, the containers shall be marked to indicate the proper position at which the container is to be maintained at all times.

**5.2.2.2** *Method II pack.* Method II packs, which are interior packages, shall bear a precautionary label or stamp (see fig. 3) on all unit and intermediate packages as prescribed in Specification MIL–B–116. When space is not available for the required label or stamp, the words "METHOD II PACK — DO NOT OPEN UNTIL READY FOR USE" in as large letters as possible shall be placed below the last line of the identification markings.

**5.2.2.3** *Radioactive material.* When radioactive material has been added to the packaged item the unit packages and intermediate containers shall be marked in accord-

ance with the marking data specified in 5.6.7.8.

**5.3 STANDARD EXTERIOR MARKINGS FOR SHIPMENT OR STORAGE (SHIPPING CONTAINERS, PALLETIZED UNIT LOADS AND UNPACKED ITEMS OTHER THAN SUBSISTENCE ITEMS AND PETROLEUM PRODUCTS).**

**5.3.1** *Identification marking.* Identification marking shall be composed of the following information for levels A, B and C packs:

Identification marking is basic and shall appear on all shipping containers, palletized unit loads, and unpacked items, as specified for the particular pack. For example and arrangements of markings, see the appropriate container section. Arrangements of markings should be followed as closely as available space permits. The words "Federal Stock Number," "Item Description," "Quantity" and "Unit" shall not be made a part of the marking, but the information indicated shall be supplied. For level C shipments, items (d) and (f) may be omitted.

   (a) Federal stock number, other identification number, or manufacturer's part number as specified (see 3.25 and 5.2.1.1).

   (b) Item description.

   (c) Quantity and unit (see 3.21 and 3.26).

   (d) Level of preservation (see 3.10) date such as A/B–4/60 i.e., to indicate level A packaging, level B packing, and month and year of the earliest package date. When omission of the date marking is required for security reasons, it shall be specified in the contract or order.

   (e) Gross weight and cube (see 5.3.1.3 and 5.3.1.4).

   (f) Lot, batch or control number (as

13

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 85 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129C
11 July 1960

required by statute or when specified (see 3.12 and 5.3.1.2).

(g) Outside dimensions when applicable (see 5.3.1.5).

(h) Serial number when specified (see 3.30).

(i) Special markings when applicable (see 5.3.3.5).

5.3.1.1 *Markings for assorted items.* When an assortment of items, which cannot be identified under one stock number, is packed in a shipping container, a brief description of the contents will be permitted in lieu of Federal stock number and item description. For example: Repair parts for pump, centrifugal, 2 inch disc, gas eng Jaegjer, 2 APS–1, 55 GPM, ser 12345; or for unrelated items. Shipping containers and palletized loads consisting of unlike items will not have the level of preservation, or the package date indicated thereon.

5.3.1.2 *Lot, control or batch numbers.* Lot, control or batch numbers shall be preceded by the proper designation, e.g., Lot No. 53.

5.3.1.3 *Marking of net weight and gross weight.* The capital letters WT shall precede gross weight numerals. When net weight (see 3.16) is required the letters NET WT shall be used.[2] All weights shall be numerically indicated and shall be expressed in pounds to the nearest whole number.

[2] The net weight and gross weight shall be shown on air shipments.

5.3.1.4 *Cube.* The letters CF shall precede the cube (cubic displacement) numerals. The cube shall be the cubic displacement of the shipping container, bundle secured lift or the item, whichever is the greatest, calculated from the extreme overall length, width, and height dimensions, and shall be shown in cubic feet expressed decimally to the nearest 1/10 of a cubic foot. Irregular, cylindrical, or round items shall be considered as rectangular solids. Inches expressed as decimals of a foot for calculation purposes shall be as follows:

| 1 inch | 0.08 | 7 inches | 0.58 |
|--------|------|----------|------|
| 2 inches | .17 | 8 inches | .67 |
| 3 inches | .25 | 9 inches | .75 |
| 4 inches | .33 | 10 inches | .83 |
| 5 inches | .42 | 11 inches | .92 |
| 6 inches | .50 | 12 inches | 1.00 |

5.3.1.5 *Outside dimensions.* When specified, outside dimensions shall be shown on all shipping containers, bundles or secured lifts, having a cube of 30 cubic feet or over, or having any single dimension of 72 inches or over. Outside dimensions shall be shown in the order of length, width, and height, and shall appear in addition to the cube. Dimensions shall be shown in inches to the nearest inch.

5.3.1.6 *Contract data marking.* Contract data marking shall be composed of the following information:

(a) Contract or purchase order number (see 3.5) and modification for change order number, when applicable (unless otherwise specified).

(b) Name and address of contractor (when specified).

(c) Requisition, project, consignment or procurement instruction number (see 3.22) (when specified).

(d) Shipment order as shown on DD Form 250 (when specified).

(e) Air priority and authorization number (see 3.1) (when specified).

When two or more items listed in the contract data markings are required, the order of preference shall be in the sequence listed. When items (a) and (b) appear on a shipping container which is to be repacked by a military installation such markings shall be perpetuated on the repacked containers unless otherwise authorized by the cognizant activity.

14

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 86 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

**5.3.2** *Destination marking.*

**5.3.2.1** *Domestic address.* Domestic addresses shall be specified by the cognizant activity. The domestic address shall be composed as follows:

FROM: (Name of consignor and address) (city and state)

TO: (Name of consignee and address) (street, city, and state).

**5.3.2.1.1** *Less than carload (LCL) and less than truckload (LTL).* The domestic address will be required on all shipping containers, palletized unit loads, and unpacked items for less than carload and less than truckload lots.

**5.3.2.1.2** *Full carloads and full truckloads.* Domestic address shall not be shown on shipping containers, palletized unit loads, unpacked items, and bulk items (such as cement, lumber, etc.) and for empty kegs or drums (new or used) shipped in full carloads or full truckloads moving from a single consignor to a single consignee.

**5.3.2.2** *Overseas address.* The overseas address shall consist of special numbers, letters, or words, supplied by the cognizant activity to provide a code or clear overseas destination. The overseas address shall appear on shipping containers, palletized unit loads, and unpacked items destined for overseas.

**5.3.2.3** *Parcel post shipments.* Parcel post shipments will be marked with a label or tag glued or tied, as appropriate, to the shipping container. The label or tag will indicate the shipper's and consignee's name and address; the appropriate requisition or shipment order number (when specified) and, when appropriate, the shipment package number. The shipment package number (see 5.3.3.2) will be used when two or more packages are forwarded to fill a requisition or shipment order. Except for precautionary labels or other marks required by regulation

or statute law, no other marking need appear on an outer wrap providing it is a supplemental wrapper used for shipping purposes only and the enclosed containers have the required marking thereon.

**5.3.2.4** *Bill of lading, requisition, voucher or shipment order number.* When specified, either the bill of lading number, requisition number, voucher number or shipment order number shall be applied to all shipping containers, palletized unit loads, and unpacked items that comprise less than a carload shipment. The number shall be located on the extreme lower portion of the domestic address label or markings below the consignee's address. The letters B/L, RQN, V/N, or S/O shall precede the appropriate numbers.

**5.3.3** *Additional exterior markings.*

**5.3.3.1** *Method II packs.* Method II packs which are shipping containers shall bear a precautionary label, stamp, or printing (see figure 3).

**5.3.3.2** *Shipping package number.*

**5.3.3.2.1** *Domestic shipment.* The shipping package number shall be applied on containers of mixed items or partial sets (see figure 4). For domestic shipment of mixed items, containers in a shipment shall be numbered consecutively. The shipping package number shall be located to the right of the address marking (on the side opposite identification markings).

**5.3.3.3** *Service color markings (see 5.5.1).* Except shipments to Mutual Security Program recipients, service color markings shall be applied to all level A packs and to all packs of items consigned to overseas destination or purchased to fill overseas requirements. Service designations shall be applied to Mutual Security Program shipments only when specified. On interservice requisitions, service designations shall be as applicable to the requisitioning service. Service color

15

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL-STD-129C**
**11 July 1960**

markings for the Navy or Marine Corps shall be applied only when specified. No service color markings shall be applied to Air Force shipments.

**5.3.3.4** *Marking of Mutual Security Shipments.* When specified in the contract, order, requisition, or by the procuring activity, all Mutual Security Shipments shall be identified in accordance with the marking requirements of 5.4

**5.3.3.5** *Special markings (see 5.6).* Special markings necessary for the protection of the item and shipping container or to identify set or assemblies being shipped shall be applied, when specified in the contract, purchase order or requisition, or when deemed advisable by the cognizant activity. Special handling instructions, markings, and warnings shall be shown as required by the Interstate Commerce Commission Regulations, U.S. Coast Guard Regulations, Civil Aeronautics Board publications and by statute regardless of destination of shipment (see 5.6.7.1).

**5.3.3.6** *Date of manufacture.* When two or more interior packages of identical items bear different dates of manufacture, only the earliest date shall be shown on the shipping container. When the contents of a shipping container includes two or more unlike items, no date of manufacture will be required on the shipping container. Date of manufacture shall be shown only if required by applicable specifications, bulletins, drawings or other documents.

**5.3.3.7** *Date cured.* When two or more interior packages of identical items bear different cure dates, only the earliest date shall be shown on the shipping container. When the contents of a shipping container includes two or more unlike items, no cure date will be required on the shipping container. Date cured shall be shown only if required by applicable specifications, bulletins, drawings or other documents.

**5.3.3.8** *Expiration date.* When required the expiration date shall be shown on all shipping containers. When two or more interior packages bear different expiration dates, only the earliest date shall be shown on the shipping container.

**5.3.3.9** *Sensitized materials.* For sensitized materials and for other items, specified in the contract or order, except drugs and biologicals, the expiration date shall be shown by month and year on shipping containers, and shall be indicated as shown by the following example: EXPIRES 4/59.

**5.3.3.10** *Perishable biologicals requiring refrigerants.* For perishable biologicals requiring refrigerants (such as whole blood or smallpox vaccine), each shipping container shall prominently display the following information:

```
                                      AM
PERISHABLE SHIPMENT ICED ..........PM
                                    TIME
LOCATION.......... DATE...... ZONE......
RE-ICE THIS CONTAINER WITH (NUMBER),
POUNDS OF FRESH WATER ICE EVERY
(NUMBER) HOURS. M A I N T A I N INSIDE
TEMPERATURES OF (NUMBER) DEGREES
FAHRENHEIT. RE-ICE SOONER IF OUTER
TEMPERATURE EXCEEDS (NUMBER) DE-
GREES FAHRENHEIT.
```

**5.3.4** *Packing list, invoice and shipping documents to accompany shipment.*

**5.3.4.1** *Packing list.* For containers packed with unlike items or a single stock numbered item comprised of unlike items, where full description of the contents is not authorized or cannot be shown on the container, separate packing lists utilizing appropriate DOD Form or other authorized listing shall be prepared as required for each box or container. One copy of the listing shall be placed inside of the container on top of the contents and shall be sealed within the waterproof case liner when such is used, or otherwise shall be sealed in a waterproof envelope, (see 4.10) and one copy placed in a waterproof envelope which shall be tacked,

16

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 88 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

stapled, or otherwise securely attached to the outside of the container in the most protected location (preferably between the cleats, on the end of the container on which identification marking appears). Waterproof envelopes are not required for parcel post shipments unless specified by the cognizant activity. For overseas shipment, the waterproof envelope shall be further protected with a packing list protector (see 4.11) fabricated of plastic, plywood, metal, or other durable material which shall be tacked, stapled or otherwise securely attached over the packing list. The words "PACKING LIST" shall be embossed or imprinted on the outside face of the protector with waterproof black or red ink in letters not less than ¾ inch high. Tacks or staples shall not be driven into the envelope in such a manner as to fasten or bind packing lists, nor shall they be of such length as to penetrate the shipping container. In instances where boxes have index lists supports provided on the inside of the box cover, the packing list shall be placed in the index list support. No packing list is required for containers having like items.

5.3.4.1.1 *Contents of packing lists.* Packing lists will contain the following information:

   (a) Package number and set number (if any) of container.
   (b) A list of contents, including —
      (1) Quantity (amount of e a c h item, by item).
      (2) Item description (i f s p a r e parts, i n d i c a t e name of major item and SNL, standard nomenclature l i s t, or o t h e r appropriate list to which they pertain).
      (3) Stock number (part number where appropriate).
      (4) Type and size (when not shown in item description).
      (5) Condition of material if not new (serviceable, repairable,

salvage, or other appropriate entry).
   (c) Any other information in sufficient detail so that each article can be replaced.
   (d) Name of shipping agency or depot may be shown. This information is useful but not required.

5.3.4.1.2 *Use of stock tags as packing lists prohibited.* Stock tags shall not be used as outside packing lists for overseas shipments.

5.3.4.1.3 *Warning as to content of packing lists.* Under no circumstances shall packing lists contain information which will in any way indicate the destination of the shipment or where its contents will ultimately be used.

5.3.4.1.4 *Cargo transporter (CONEX).* A packing list shall be prepared for each cargo transporter (CONEX) listing the contents (FSN) item description, unit, and quantity. The list shall be inserted into a waterproof packing list envelope and placed in a cloth bag attached to a container located in such a manner as to be readily accessible when the door of the cargo transporter is opened.

5.3.4.1.5 Shipments of classified material shall not have packing lists affixed to the outside of the container. Appropriate instructions will be issued by the cognizant activity concerned or by departmental regulations.

5.3.4.1.6 When items such as drugs, narcotics, intoxicating liquors, maps, precious metals, currency, watches, jewelry, cameras, and similar valuables are shipped and it is not advisable that the nature of the contents be generally known, a complete packing list(s), shall be prepared, as required, and placed inside of the container.

5.3.4.2 *Invoice.* When required, an invoice shall be prepared on all shipments. When an

17

Case 1:14-cv-04511-VEC Document 2-13 Filed 06/23/14 Page 89 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129C**
**11 July 1960**

invoice is to accompany shipments, on either domestic or overseas shipments, a copy of the invoice shall be included inside one container of each shipment and the marking on the outside of the container shall indicate inclosure. A copy of the invoice placed in a waterproof envelope shall also be attached to the outside of one container. When material under a single requisition is packed in more than one container, the copy of the invoice shall be attached to container number 1. This copy will cross-reference items to container or box numbers. On an individual container, when a copy of the invoice will serve as a packing list, it will not be necessary to provide a separate packing list, when permitted by the procuring activity or departmental regulations.

5.3.4.3 *Shipping documents.* When required, shipping documents shall be inclosed in a waterproof envelope and securely attached in a protected location to the number 1 container of the shipment in a manner to facilitate easy access for inspection purposes. The words "SHIPPING DOCUMENTS" or, when applicable, "BILL OF LADING" shall be marked on the outside face of the waterproof envelope with black waterproof ink. On CONUS shipments of full carload or full truck load containing material consigned to one destination the shipping documentation will be placed in a waterproof envelope and attached to the inside of the car or truck or on the load near the door before sealing. All packing tabs for material, wherever shipped in multi-pack exterior containers (such as a CONEX) will be placed in a waterproofed envelope inside the shipping container. The use of a waterproofed envelope for parcel post shipments is not a mandatory requirement.

5.4 **MARKING OF MUTUAL SECURITY SHIPMENTS.** All mutual security shipments, including subsistence commodities, to recipient foreign governments and international organizations (e. g., grant aid, civilian aid, mutual security military sales, etc.) except

those shown in paragraph 5.4.2.9, whether shipped from the Continental United States, overseas stocks, or offshore procurement sources, shall be identified with the handclasp emblem applied as labels, tags, or printed directly on the container (see figure 5). The largest possible emblem consistent with the available marking space will be used. Handclasp emblems may be printed in the exterior wrapping of a container at the time of printing of the exterior wrapping providing the handclasp emblem has the same colors and design as prescribed in figure 5 and it is determined that this method is more economical than affixing labels or tags. When handclasp emblems are to be printed into the exterior wrapping, the flesh color of hands and white color background of figure 5 may be satisfied by a background color which approximates flesh or white color. Handclasp labels shall be printed on ungummed white stock conforming to the requirements of 4.8 and shall be non-fading and durable. The label sizes shall be 2¾ by 3½ inches, 5 by 6⅞₆ inches, 8½ by 11¹¹⁄₁₆ inches, and 11 by 14½ inches. Tags shall be metal (minimum .015-inch thickness) or paper. Paper handclasp tags shall be 6¼ by 3½ inches, size 8, type B, class 2, grade 15 SU, of Specification UU–T–81, and printed on both sides with the handclasp emblem. They shall be strung with either tinned annealed or galvanized tag wire unless special wire fastening devices are used. Labels or tags shall be affixed as required in 5.4.1 and 6.4.2, regardless of the type of transportation involved, or the levels of preservation, packaging, or packing.

5.4.1 *Interior packages.* When paperboard boxes, bags, cans, bottles, or other interior containers, usually printed or carrying a printed affixed label, are required in large quantities for packaging a mutual security item, but are not yet printed at the time of contract, the handclasp emblem in color, as shown in figure 5, will be applied at time of printing. When shipment of an item is made from contractor or depot stocks, marking of

18

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL-STD-129C**
**11 July 1960**

interior packages with the handclasp emblem will not be required.

5.4.2 *Exterior packs.* All exterior boxes (including those within CONEX containers), crates, bales, shipping sacks, and bundles of lumber; al drums, barrels, kegs, and pails; all explosives; all vehicles, tanks, cranes, and other heavy equipment; and all loose unpacked items, shall be marked as hereinafter specified with the handclasp emblem in color, as shown in figure 5. Labels shall be applied and entirely overcoated with label adhesive conforming to Specification MIL-A-3941 or MIL-A-388.

5.4.2.1 Boxes (except explosives) crates, bales, bags, and shipping sacks when shipped as individual units or consolidated into larger containers shall be labeled, tagged or printed with the handclasp emblem on a side and end. One label shall be applied on the side which carries the identification markings; the other shall appear on the clear end (see figs. 6, 7, 8, 9, 10, 11, 12).

5.4.2.2 Drums, barrels, kegs, pails, and other round containers (except explosive), when shipped as individual units or consolidated into larger containers shall be labeled with the handclasp emblem on two opposite sides. Labels shall be placed as shown in figure 13 and 14.

5.4.2.3 Vehicles, tanks, cranes, and other large unpacked pieces of equipment shall be conspicuously labeled with the handclasp labels on one side and one end. When vehicles are shipped nested (inverted, piggy-back, etc.), as a unit load, each vehicle shall be labeled as prescribed herein with labels inverted when necessary to correspond with the normal operating position of the vehicles. Labels or tags shall not be applied to individual OVE and OCE container stored and secured on or within major items shipped as a unit.

5.4.2.4 Bundles of items such as rods,

tubes, brooms, etc., shall be tagged with a minimum of two handclasp tags as described in 5.4 (see fig. 15).

5.4.2.5 Loose unpacked items (except explosives), such as tires, large pipe, etc., when large enough to carry the handclasp label shall have the label applied directly to the item in a conspicuous position. Where loose or unpacked items are too small for such direct application, or the surface is of such nature that the label will not readily adhere thereto, they shall be tagged with the handclasp label as required in 5.4.2.1 (see fig. 15).

5.4.2.6 Palletized items or containers (except explosives), known to be destined for a foreign recipient at time of palletization, shall be individually labeled or tagged with the handclasp emblem as prescribed in the foregoing paragraphs. Items or containers already palletized, when taken from stock, shall be labeled or tagged with the handclasp emblem on the marked side and clear end (see figs. 16 and 17).

5.4.2.7 Explosives on pallets or in boxes, drums, kegs or metal shipping containers will be labeled with the handclasp label in two different locations.

5.4.2.8 *Marking of disaster relief shipments to foreign countries.* Affix handclasp labels or tags on disaster relief shipments to foreign countries. Use the same labeling procedures as specified in 5.4 for similar items.

5.4.2.9 *Labeling exceptions.* Bulk shipments of items such as coal, grain and oil are not required to be marked with the handclasp emblem.

5.5 SPECIAL SERVICE MARKINGS FOR OTHER THAN PETROLEUM OR SUBSISTENCE ITEMS. Special service color markings, except those of the Navy or Marine Corps, shall appear on all level A packs and on all packs of items consigned to over-

19

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129C**
**11 July 1960**

seas destinations or purchased to fill overseas requirements. The special service color marking shall appear as a triangle or stripe as specified herein. On interservice requisitions, service designations shall be as applicable to the requisitioning service. Service color markings for the Navy or Marine Corps shall be applied only when specified.

· 5.5.1 *Service colors.* Service color shall be that of the service originating the overseas requisitions as shown by the contract or order number. Service colors shall match the indicated color of Federal Standard No. 595.

5.5.1.1 *Army.* Service colors are assigned for the Army as follows:

| Service | Color | Number |
|---|---|---|
| Chemical Corps | Dark blue | 35044 |
| Corps of Engineers | Red | 11136 |
| Medical Service | Maroon | 10049 |
| Quartermaster Corps | Willow green | 14187 |

| Service | Color | Numbers |
|---|---|---|
| Ordnance Corps | Yellow | 13538 |
| Signal Corps | Orange | 12246 |
| Transportation Corps | Light grey | 16376 |

5.5.1.2 *U. S. Air Force.* Service color markings are not applicable to Air Force shipments.

5.5.1.3 *Navy.* Service color black (17038) as assigned for the Navy; except for electronics, (Navy) color green (14187) and Medical Supplies color maroon (10049) are assigned.

5.5.1.4 *Marine Corps.* Service colors are assigned for Marine Corps classes of material as shown below (these service colors shall match the indicated color of Federal Standard No. 595). The following service color markings shall be placed on Marine Corps overseas shipments only when so authorized by the Marine Corps.

| Item | Class | Color | Number |
|---|---|---|---|
| 1 | Ammunition ............... | Yellow with 3-inch A marked above | 13538 |
| 2 | Aviation ................. | Blue ................. | 15193 |
| 3 | Chemical ................. | Dark blue ............. | 35044 |
| 4 | Clothing and Textiles ..... | Willow green with 3-inch CT marked above | 14187 |
| 5 | Communications Electronic and Electric | Orange ................. | 12246 |
| 6 | Construction Supplies Related Equipment | Red ................... | 11136 |
| 7 | General Property (except Chemical and Medical) | Willow green .......... | 14187 |
| 8 | Ordnance (Tank-Automotive) | Yellow .............. | 13538 |
| 9 | Post Exchange ........... | Willow green with 3-inch X marked above | 14187 |
| 10 | Medical Service ........... | Maroon .................. | 10049 |

5.5.1.5 *National Security Agency.* Service color purple (27144) is assigned for the National Security Agency.

5.5.1.6 *U. S. Coast Guard.* Service color blue (bright) (15123) is assigned for the Coast Guard.

5.5.1.7 *Service designation for overseas*

*shipment of small and unpacked items.*

5.5.1.7.1 *Small containers.* Small containers shall be marked as specified for larger containers except that triangles may be smaller than 3 inches, proportionate to the size of the container. Parcel post shipments shall not require service color markings.

20

Case 1:14-cv-04511-VEC  Document 2-13  Filed 06/23/14  Page 92 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

**5.5.2** *Service symbols.*

**5.5.2.1** *Army services (see 5.7.2, 5.2.3).* Army service symbols shall conform to the design shown on figure 27. The symbol shall be stenciled on the same surface immediately adjacent to the overseas address and shall be of a size commensurate with the size of the letters of the overseas address and shall be of the same color except for Chemical Corps or Signal Corps (see 5.7.2.5.2.3). When Engineer's symbol stencil is not available, an 8-inch block letter E, or an E of a size proportional to the available space may be used (see 5.7.2.5.2.3).

**5.5.2.2** *Navy Department bureaus and Coast Guard.* Bureau symbols shall conform to the design shown on figure 18. Navy Bureau and Coast Guard symbols shall be stenciled in black. Stencils for these symbols may be procured from the following sources under appropriate stock numbers indicated in Class 7520 of FSC Group 75, Federal Supply Catalog. Contractors may obtain stencils for Navy bureaus through the cognizant government inspector.

Navy bureaus:

From Naval Supply Center, Norfolk, Va. and Naval Supply Center, Oakland, Calif.

U.S. COAST GUARD
From Commanding Officer
Coast Guard Supply Center
3rd Avenue and 31st St.
Brooklyn 32, N.Y.

**5.5.2.3** Marine Corps symbol shall conform to the design shown on figure 18 and shall be stenciled in the appropriate service color. Stencils for the Marine Corps symbol may be procured from U.S. Marine Corps Supply Activity, 1100 South Broad St., Philadelphia 46, Pa.

**5.5.2.4** *Medical Service of the Armed Forces.* The symbol for the Medical Services of the Armed Forces shall be in accordance with the design shown on figure 19 and shall be stenciled in the appropriate service color specified in 5.5.1.1.

**5.6 SPECIAL MARKINGS ON CONTAINERS OR UNBOXED SUPPLIES AND EQUIPMENT OTHER THAN SUBSISTENCE ITEMS AND PETROLEUM PRODUCTS.**

**5.6.1** *Restrictive markings.* When classified material is being shipped, marking shall be as specified by the cognizant activity concerned. Except as specified in the contract or purchase order, any markings indicating the nature of the classified material, its manufacture, and its confidential, or secret classification shall not appear on the outside of the container.

**5.6.1.1** *Valuable and security items.* When such items as certain drugs, narcotics, intoxicating liquors, maps, precious metals, currency, watches, jewelry, cameras and similar valuables are shipped, the marking shall be as specified by the cognizant activity concerned.

**5.6.2** *Set or assembly marking.* When a set or assembly (including disassembled machines) is placed in two or more containers, the component parts shall be shipped together. Each container will bear, in addition to its own number within the set, the total number of containers making up the set, and the number of the set within each shipment (see fig. 4). A 2-inch colored disk shall be placed immediately above these numbers of each container. The color of the disc for Army or Air Force shipments shall be the appropriate service color of the shipping service. For the Navy Bureaus and Marine Corps, the color shall be black. When the shipment is made by a military organization other than the shipping services, the color shall be red. Component parts of disassembled items shall have the serial number of the item shown on each container com-

21

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL-STD-129C**
**11 July 1960**

prising the applicable set. The serial number of the machine shall be shown immediately below the fractional number which identifies the individual container and the total number of containers comprising the set (see fig. 4). When an item which does not have a serial number is disassembled for shipment, a date followed by a capital letter to identify a set or assembly shall be shown on the shipping containers in lieu of a serial number. Each set shall bear a different letter. For example:

```
    0             0             0
Set 1         Set 2         Set 3
Pkg 1 of 3    Pkg 1 of 3    Pkg 1 of 3
12-1-59A      12-1-59B      12-1-59C
```

Set or assembly marking (as applicable) shall be placed on the side and end containing the identification marking, and located in the lower right-hand corner (see fig. 4). When calibrated components are packed in two or more shipping containers, each container shall be numbered within each set so that the like contents shall always be contained in like numbered containers of all sets, and the total number of containers employed per set for an item shall not vary.

**5.6.2.1** *Single stock numbered sets.* When the contents of a single stock numbered item are packed in two or more shipping containers shipped or stored together as a set, the stock number shown on each shipping container shall be that of the complete set, and shall be prefixed, with part of information (shown as P/O).

*For example:*

```
P/O 5820-543-0116
Radio Set Group OA-1387/GRC
Transmitter Radio T-302A/TRC
1 Ea.
A/A-1/59
WT.45      CU 2.4
```

**5.6.3** *Method II markings.* Method II packs which are shipping containers shall bear a precautionary label (see fig. 3). Method II markings may be applied by means of labels

(see 5.3.3.1), or a copy of the label may be printed or stenciled on the container using waterproof red ink. When there is insufficient space for labeling, the words, "Method II pack, DO NOT OPEN UNTIL READY FOR USE," in letters as large as space permits, shall be printed or stenciled on the container.

**5.6.4** *Air shipments.* When shipments are specifically packed for movement by air transportation in lightweight containers that will not withstand movement by land transport to destination, the containers will be stenciled on the top side, PACKED FOR AIR ONLY (see fig. 4).

**5.6.5** *Technical data marking.* Technical data marking, when required, shall be shown in accordance with the instruction, specifications, and drawings for such markings as supplied by the cognizant activity concerned.

**5.6.5.1** *Chemical Corps chemical filling identification.* The required filling identification markings, as applicable, shall be applied as indicated in figure 2 to shipping containers having items containing the chemical filling indicated in table I. The color marking shall consist of: (a) one 1/2-inch color stripe centered on a 2-inch wide color gray (36231) background, or (b) two 1/2-inch color stripes placed three-quarters of an inch apart, and centered on a 3 1/4-inch wide color gray (36231) background. The designated number shall match the indicated number of Federal Standard No. 595.

| Color of stripe (s) | Number of stripes | Chemical filling |
|---|---|---|
| Yellow   (33538) | 1 | Smoke |
| Purple   (37144) | 1 | Incendiary |
| Red      (31136) | 1 | Irritant |
| Green    (34108) | 1 | Chemical agent, nonpersistent |
| Green    (34108) | 2 | Chemical agent, persistent |

**5.6.6** *Engineering or technical order changes or modifications.* When items have

22

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-STD-129C
11 July 1960

been changed or modified in accordance with technical order instructions and when the procuring activity has specified a particular modification by the technical order number and date of issue, it shall be the responsibility of the contractor to include in all markings an appropriate indication of the change or modification.

### 5.6.7 Handling markings.

5.6.7.1 *Precautionary, regulation, and statute marking.* Special handling instructions, markings, and warnings shall be shown as required by the Interstate Commerce Commission Regulations, U.S. Coast Guard Regulations, Civil Aeronautics Board publications and by statute regardless of destination of shipment (see 5.3.3.5).

5.6.7.2 *Fragile items.* At least three surfaces of all rectangular containers or three equally spaced points on the circumference of cylindrical containers packed with delicate or fragile articles shall be marked fragile by any of the applicable methods listed below (see fig. 4 and 20). The fragile marking shall not be used indiscriminately, and shall be used only on those containers which, because of the delicate or fragile nature of their contents, require particular care in handling. The fragile marking shall not be placed on the lower one-third of the sides unless specifically required by regulations or statute.

5.6.7.2.1 *Fragile labels.* The label shall be imprinted on 2½- 4-or 6-inch square material. The imprinted label shall show the word, FRAGILE, in red, with white background and ¼-inch red border, with fracture features in red (see fig. 20). Labels shall be either solvent activated or of the pressure-sensitive type affixed and placed so as to be conspicuous but not interfering with any other markings.

5.6.7.2.2 *Fragile stencils.* Stencils may be used in lieu of labels for imprinting the

fragile symbol on shipping containers provided that the word fragile, fracture features and border are in red. The size of the fragile stencile shall be either 2½-, 4- or 6-inch square depending on the size of the container.

5.6.7.2.3 *Fragile imprint.* Containers imprinted with the fragile symbol may be used in lieu of labels providing the color of the background (and color which forms the word, Fragile, etc.) is in contrast to the red of the fragile label. The size of the imprint shall be either 2½-, 4- or 6-inch square depending on the size of the container.

5.6.7.3 *Arrows.* Where consideration of the safety of the contents necessitates the containers be stacked with the top surface up, two sides of rectangular containers and two equidistant points on circumference of cylindrical containers shall be stenciled with the word "UP" and an arrow pointing toward the top of the containers shall be placed beneath each stenciled word. The length of the arrow shall be not less than 1 inch and the stem not less than ½ inch in width and the size shall be proportioned to the available space. Arrows shall be employed only to indicate, or supplement the words, "THIS SIDE UP." These markings shall not be used indiscriminately and are to be affixed only when it is essential (see fig. 4). When necessary for safety of the contents, unit and intermediate packages will be marked as above excepting the size shall be proportioned to available space.

5.6.7.4 *Equipment (exclusive of self-propelled equipment) including battery.* When equipment includes a battery, the type of battery shall be plainly marked in large letters directly under description of contents as follows: Battery, Storage, Vehicular, (Volts[1]), (Ampere Hour Capacity at Specified Hour Rate[1]), (No. of cells[1]), (Spillable or Nonspillable[1]), Type Separator[1]), (Dry Charged or Wet Charged or Moist Un-

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129C**
**11 July 1960**

charged [1]), (Battery No. [1]), (Manufacturers' Part No. [1]).

[1] Applicable data to be entered by the contractor.

**5.6.7.5** *Center of balance and sling points.* A 1-inch wide vertical line not less than 3-inches long locating center of balance shall be painted on the bottom edge of both sides of containers over 10 feet in length or those which are unbalanced and the same shall be identified by stenciling or printing in 1-inch letters, the words, "CENTER OF BALANCE," immediately above or alongside of the mark (see fig. 4). On unboxed mobile equipment the location of designated sling points shall be marked in white, except on vehicles painted in white, yellow or other light color, in which case the marking will be black.

**5.6.7.6** *Precautionary marking.* Marking such as TOP, GLASS, KEEP DRY, PERISHABLE, KEEP FROZEN, or other special handling instructions of a similar nature shall appear on shipping containers as applicable. However, such markings shall not interfere with nor obscure other markings on shipping containers (see fig. 4).

**5.6.7.7** *Boxes and packages containing magnets, magnetron magnets and Magnetron tubes.*

**5.6.7.7.1** *Suitable for air shipment.* Boxes and packages containing magnets, magnetron magnets and magnetron tubes suitable for air shipment shall be conspicuously marked on two opposite sides with a RED CAUTION label with white lettering as follows:

MAGNETICALLY SHIELDED
PACKED FOR AIR SHIPMENT
CAUTION
THIS PACKAGE CONTAINS MAGNETIC
EQUIPMENT
MAINTAIN MINIMUM DISTANCE OF SEVEN
FEET FROM COMPASS SENSING DEVICES

**5.6.7.7.1.1** *Not suitable for air shipment.*

Boxes and packages containing magnets, magnethon magnets, or magnetron tubes not suitable for air shipment shall be conspicuously marked on two opposite sides with a RED CAUTION label with white letters as follows:

CAUTION
NOT FOR AIR SHIPMENT
THIS PACKAGE CONTAINS
MAGNETIC EQUIPMENT
DO NOT STORE OR PARK WITHIN
FIFTY FEET OR PARKED AIRCRAFTS
OR CARGO WHICH MAY BE AFFECTED

**5.6.7.7.1.2** *Size of label.* Labels shall be 5 by 4 inches or 10 by 8 inches in size depending upon the size of the box or package.

**5.6.7.8** *Radioactive material.* When radioactive material has been added to the packed item the container shall be marked to include the following (see fig. 28).

(a) AEC conventional radiation hazard symbol.

(b) Caution: Radioactive materials.

(c) The element symbol and mass number of radioisotope.

(d) The activity in microcuries or millicuries.

(e) Date measured — month and year.

The symbol color shall be magenta and the basic background shall be yellow. The word "DANGER" shall be in white, other lettering shall be black. The colors shall conform to Standard Color chips No. 27142 for magenta and No. 23655 for yellow in accordance with Standard FED–STD–595.

**5.6.7.9** *Legend USE NO HOOKS.* Unless otherwise specified by the cognizant activity, the legend, USE NO HOOKS, in letters not less than 1½ inches in height shall be stenciled on all shipping containers in which the contents are susceptible to damage by use of hooks. In addition a hook symbol with a superimposed X sufficiently heavy to convey the intended prohibitory use of the hook

24

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 96 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

shall be placed directly beneath the legend. The legend and hook shall be labeled or stenciled in the center of each side of the container (see fig. 4, 10, and 11).

5.6.7.10 *Load bearing areas and lift points.* When shipping containers and contents are subject to damage caused by bending and twisting from uneven container stresses or strains, load bearing areas and lift points shall be marked on the exterior of the container. The words, "L O A D  B E A R I N G AREA," shall be marked on the opposite panels of the container directly over the load bearing areas. The words, "FORK LIFT AREA," shall be placed directly over the fork lift truck entry points of the skid and rubbing strip construction.

5.6.7.11 *Rush shipments.* Shipments authorized as having priority, such as Army Streak shipments shall be labeled or stenciled in the manner specified by the cognizant activity to indicate such priority.

5.6.8 *Structural markings.* When prescribed by the cognizant activity, structural markings such as the following shall appear on shipping containers and shall be located on or near the structure described.

(a) INSPECTION DOOR.

(b) BATTERY INSPECTION DOOR.

(c) REMOVE TOP FIRST.

(d) TO OPEN UNSCREW TOP.

(e) REUSABLE CONTAINER.

(f) CUT STRAPPING.

Containers packed with major electronic assemblies, components, and test equipment for use in connection therewith shall be marked with the words, "FRONT OR OPEN SIDE," as appropriate, in order to permit unpacking without waste of time. When more than one container is necessary to pack the complete item, the box numbers applying to the set should represent the sequence in which the boxes should be opened

to permit orderly assembly of the item.

5.7 STANDARD MARKING PROCEDURE FOR BOXES AND CRATES (OTHER THAN SUBSISTENCE, PETROLEUM AND UN-FABRICATED STEEL PRODUCTS). The required marking for other than subsistence items, petroleum products and unfabricated steel products shall be placed in the location as specified, but so as not to be obscured by cleats or strappings. Arrangement of required markings shall be as herein described and illustrated on figures 6–9 inclusive. Materials, methods and size of markings shall comply with Section 4 and 5.1.

5.7.1 *Boxes and crates.* For the purposes of this standard, it is assumed that the box or crate will have two ends, two sides, a top and a bottom. Open crates and other irregular containers shall be marked to conform to this standard as closely as the available space and shape of the container will permit. Labels may be used for all markings on level C containers.

5.7.2 *Positioning of exterior markings.*

5.7.2.1 *One end, top and bottom.* One end and the top and bottom shall always be free of any markings, except service color markings or special markings required by regulation or statute or necessary for safe handling.

5.7.2.2 *Other end.*

5.7.2.2.1 *Identification marking.* Identification marking (see 5.3.1) shall be stenciled or printed directly on the upper two-thirds of the end of the container. When the container is 10 cubic feet or under, the identification marking may be omitted from the end.

5.7.2.2.2 *Overseas address.* Overseas address (see 5.3.2.2) shall be stenciled or printed directly on the lower one-third of the end of the container and shall appear on all boxes or crates destined for overseas

25

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 97 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

shipment. When the container is 10 cubic feet or under, the overseas address shall be omitted from the end.

5.7.2.3 *One side (when end is marked, the side to the right when facing the marked end).*

5.7.2.3.1 *Identification marking (see 5.3.1).* Identification markings shall be stenciled or printed directly on the left, when facing the side, on the upper one-third of the side of the container. When permitted by the cognizant activity, metal tags may be used and shall be fastened securely to the container.

5.7.2.3.2 *Contract data (see 5.3.1.6).* Contract data shall be stenciled or printed directly on the container, or, when applied to fiberboard containers may be shown on a printed or reproduced, or typed label securely affixed to the container as specified in 5.1.1.9. Markings shall be placed below the identification markings. Shipments repacked by military installations may have the contract data markings omitted if not essential to identify the material. Contract data may be omitted from shipments destined for overseas shipment whenever such data interferes with the placement of hand clasp emblems on Mutual Security shipments or other required markings.

5.7.2.3.3 *Marking of mutual security shipments.* All Mutual Security shipments to recipient foreign governments and international organizations shall have Mutual Security emblems applied to one side and end by means of labels or printed directly on the container (see 5.4).

5.7.2.4 *Other side.*

5.7.2.4.1 *Overseas address (see 5.3.2.2).* The overseas address shall be stenciled or printed directly on the lower one-half of the side of the shipping container (see figs. 6 through 9). It shall appear on all boxes or crates destined for overseas shipment.

5.7.2.4.2 *Domestic address.* The domestic address (see 5.3.2.1) shall be stenciled or printed directly, or a printed reproduced or typed label securely affixed to the container may be used. Labeling is the preferred method. The address shall be located in the upper one-third of the side of the container.

5.7.2.4.3 *Bill of lading, requisition, voucher or shipment order number (see 5.3.2.4).* When specified, either the bill of lading number, requisition number, voucher number, or shipment order number shall be stenciled, printed, or typed at least 2 spaces below the last line of the domestic address.

5.7.2.4.4 *Special markings.* Unless otherwise specified or required by statute or regulation (see 5.3.3.5), special markings (see 5.6), as required, shall be stenciled or printed directly on the side of the container, preferably in the upper two-thirds area.

5.7.2.5 *Service color markings (overseas shipment) (see 5.5.1).* Service designation shall be applied as follows:

5.7.2.5.1 *Service colors.*

5.7.2.5.1.1 *Army, Navy, and Marine Corps.* At the two diagonally opposite corners of the top of containers shall be painted in the indicated service color an equal size triangle on each adjacent face. The altitude of the triangle may vary from 3 to 8 inches and shall be proportionate to the size of the container (see 5.5.1.7.1). Service color for the Navy and Marine Corps shall be applied only when specified.

5.7.2.5.2 *Service symbols.*

5.7.2.5.2.1 *Navy department bureau and Marine Corps.* Service symbols of the Navy Department bureaus (see 5.5.2.2) and Marine Corps (see 5.5.2.3) shall be stenciled in the lower right corner of the side of the container to the right of the marked end when facing the end.

26

REPRODUCED AT THE NATIONAL ARCHIVES

5.7.2.5.2.2 *Medical Services of the Armed Forces*. When specified, service symbols of the Medical Services of the Armed Forces shall be stenciled adjacent to and directly beneath the color marking on both sides between the end of the package and the banding (see fig. 19).

5.7.2.5.2.3 *Army*. The appropriate service symbol of the Chemical Corps and Signal Corps. (see fig. 27) shall be stenciled on shipping containers marked with their respective service color. All other appropriate service symbols for the Army will be applied only when specified by the cognizant activity. Location of service symbols on containers shall be as specified in 5.5.2.1.

5.8 **Marking requirements for bales.** The required markings for bales shall be arranged and applied as specified below. Materials and method of marking shall conform to the requirements of section 4 and 5.1 of this standard; size of lettering shall be not less than 1 inch.

5.8.1 *Positioning of required marking.*

5.8.1.1 *End (wire tied ear).* End with wire tied ear shall be free of any markings except for attached shipping tags. When both ends of the bale have wire tied ears, no marking shall appear on the ends except for attached shipping tag on one wire tied ear.

5.8.1.1.1 *Domestic address.* The domestic address (see 5.3.2.1) shall be marked on a shipping tag securely affixed to wire tied ear of the bale, or to the unmarked end when no ear is present.

5.8.1.1.2 *Bill of lading, shipping order or voucher number (see 5.3.2.4).* Designated letters and numbers shall appear on the domestic address tag.

5.8.1.2 *End presewn (opposite wire-tied ear).*

5.8.1.2.1 *Identification marking (see 5.3.1).* Identification marking consisting of the Federal stock number, quantity, and unit, shall be positioned on the upper 1/3 of the end.

5.8.1.3 *One side.*

5.8.1.3.1 *Identification marking.* The identification marking specified in 5.3.1 shall be stenciled in the upper two-thirds of the side of the bale. When bale has presewn end, the side to the right (when facing the presewn end) shall be marked.

5.8.1.3.2 *Contract data (see 5.3.1.6).* Contract data shall be stenciled or printed directly on the bale or bundle. Marking shall be placed in approximate upper right hand corner when facing the side to be marked.

5.8.1.3.3 *Precautionary marking.* The legend, USE NO HOOKS, in letters not less than 1½ inches in height and hook symbol shall be stenciled on all bales and located in the center of the side containing the contract data marking and the opposite side (see figs. 10 and 11).

5.8.1.4 *OVERSEAS MARKINGS.*

5.8.1.4.1 *Overseas address.* The overseas address (see 5.3.2.2) shall be stenciled on the lower one-third of the side of the bale on which the contract data appears.

5.8.1.4.2 *Service color marking (see 5.5.1).* Service color markings shall be applied as specified in 5.3.3.3. No service color markings shall be placed on air cargo for Air Force shipment.

5.8.1.4.2.1 *Army.* On two diagonally opposite corners on the top of the bale as shown in figure 10, a mark shall be painted in the indicated service color, approximating an equal size triangle on each adjacent face. The triangle shall be approximately equal on each face; shall measure not less than 3 inches nor more than 8 inches in altitude

27

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 99 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129C**
**11 July 1960**

and shall be proportionate to the size of the bale. Caution should be exercised in the application of the paint so as not to effect the barrier-material.

5.8.1.5 *Barrier marking for overseas shipment.* In adition, for overseas shipment, the Federal stock number, item description, and size, when applicable, of the item packed shall be stenciled on the waterproof barrier material in the same size letters as the exterior marking. When the waterproof barrier material or the makeup of the bale prohibits legible stenciling, then the stock number, item description and size, when applicable, shall be marked on a waterproof shipping tag which shall be securely fastened under one of the straps.

5.8.1.6 *SPECIAL MARKINGS.*

5.8.1.6.1 *Location of special marking.* Locations of special markings not established by statute or regulation, shall be as specified by the cognizant activity.

5.8.1.6.2 *Mutual Security Markings.* When specified in the contract, order or requisition or by the cognizant activity, bales shall be identified as Mutual Security shipments (see 5.4.2).

**5.9  MARKING REQUIREMENTS FOR CLOTH COVERED BUNDLES (see fig. 11).** Materials and methods of marking cloth covered bundles shall be as prescribed in section 4 and 5.1 of this standard. Size of lettering, other than overseas address and precautionary marking shall be one inch in height.

5.9.1 *Positioning of required markings.*

5.9.1.1 *End (wire tied ears, sewn ears, or presewn ends).* No marking shall appear on the ends, except for attached shipping tag on one wire tied or sewn ear.

5.9.1.1.1 *Domestic address.* The domestic address (see 5.3.2.1) shall be marked on a shipping tag and securely attached to wire-tied or sewn ear of the bundle.

5.9.1.1.2 *Bill of lading, shipping order or voucher number (see 5.3.2.4).* Designated letters and numbers shall appear on the domestic address tag.

5.9.1.2 *Top surface panel.*

5.9.1.2.1 *Panel for marking.* A rectangular panel of sand color lacquer, enamel or paint, as specified in 4.7 shall be applied to the top surface panel of each bundle (and may extend down on the front side panel if necessary) with placement being as close to the left edge as possible. The colored panel may be made as large as necessary to provide background for prescribed markings, but minimum dimensions shall be two square feet in area (see fig. 11).

5.9.1.2.2 *Identification marking.* The identification marking specified in 5.3.1 shall be stenciled on the upper two-thirds of the colored panel with black waterproof ink specified in 4.6.1. The lower one-third of the panel must be clear of all markings.

5.9.1.2.3 *Contract data (see 5.3.1.6).* Contract data shall be stenciled in upper two-thirds of remaining uncolored area of top panel.

5.9.1.2.4 *Precautionary marking.* The legend, USE NO HOOKS, in letters not less than 1½ inches in height and hook symbol shall be stenciled on al bundles and located directly under the contract date marking in the uncolored area (see fig. 11).

5.9.1.3 *Overseas markings.*

5.9.1.3.1 *Overseas address.* The overseas address (see 5.3.2.2) shall be stenciled on the lower one-third of the uncolored area of top panel directly under the contract data and precautionary marking. The contract data, precautionary, and overseas markings

28

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129C**
**11 July 1960**

may extend down or be placed on the front side panel if uncolored space on top panel is not adequate.

**5.9.1.3.2** *Service color markings for overseas shipment.*

**5.9.1.3.2.1** *Army.* Corner service designation markings shall be same as specified in 5.8.1.4.2.1.

**5.9.1.3.3** *Barrier marking for overseas shipment.* In addition, for overseas shipment, the Federal stock number, item description, and size, when applicable, of the items packed shall be stenciled on the waterproof barrier material (liner or wrap) in the same size lettering as the exterior marking. When the makeup of the bundle prohibits interior stenciling, then the Federal stock number, item description and size, when applicable, shall be marked on a waterproofed shipping tag which shall be securely fastened to the item.

**5.9.1.3.4** *Special markings.* Locations of special markings not established by statute or regulation, shall be as specified by the cognizant activity.

**5.9.1.3.4.1** *Mutual Security markings.* When specified in the contract, order, or requisition or by the cognizant activity, cloth covered bundles shall be identified as Mutual security shipments (see 5.4.2.4).

**5.10 MARKING REQUIREMENTS FOR SHIPPING SACKS AND BAGS OTHER THAN SUBSISTENCE AND PETROLEUM PRODUCTS.**

**5.10.1** *Paper shipping sacks.* Paper shipping sacks shall have the following information printed or stenciled in capital letters on that side of the sack which does not bear the sacks manufacturer's certification of compliance marking, in the location and size specified (see fig. 12). Materials and methods of marking shall comply with section 4

and 5.1 of this standard. Beginning 7 inches from the top of the sack, and in separate lines spaced 1 inch apart, the following information shall appear in the order listed. The lettering shall be a minimum of 1 inch in height (see fig. 12).

FOR OCEAN SHIPMENT $\left.\right\}$ As applicable
NOT FOR OCEAN SHIPMENT
FEDERAL STOCK NUMBER
ITEM DESCRIPTION
LEVEL OF PACK — DATE PACKED (MO/YR)
NET WEIGHT ........ CUBE ........

Beginning 12 inches from the bottom of the sack in separate lines spaced ½ inch apart, the following data shall appear in the order listed. The lettering shall be a minimum of ¾ inches in height.

    CONTRACT OR ORDER NUMBER
    CONTRACTOR'S NAME
    CONTRACTOR'S ADDRESS

When the printing area is too small to permit compliance with specified requirements, the spacing of the printing may be altered proportionately.

**5.10.1.1** *Domestic address (see 5.3.2.1).* When specified by the cognizant activity concerned the domestic address shall be stenciled, printed or labeled, and located and securely fastened at the top of the paper shipping sack.

**5.10.1.2** *Overseas address (see 5.3.2.2).* When specified by the cognizant activity concerned, paper shipping sacks shall have the overseas address stenciled or printed in the space between the markings specified in 5.10.1.

**5.10.1.3** *Bill of lading, requisition, voucher or shipment order number (see 5.3.2.4).*

**5.10.1.4** *Service color marking (overseas shipment) (see 5.5.1).* In the lower one-third of the sack and below the contract marking, service color markings shall be painted as an equilateral triangle not less than 1½ inches nor more than 3 inches in height.

29

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129C**
**11 July 1960**

5.10.2 *Shipping bags, textile and laminated textile.* Shipping bags, textile and laminated textile shall be stenciled, printed, or tagged with the information listed under 5.10.1.

5.10.2.1 *Stenciling.* Stenciling shall be in accordance with 5.1.1.5 and the size of letters and location of information shall be as specified in 5.10.1 (see fig. 12).

5.10.2.2 *Tagging.* If the bag material in such that the information is not legible when stenciled, the information shall be printed on a tag. Tags shall be as specified in 4.9 and 5.1.1.8 and the lettering in accordance with 5.1.2.1.4.

5.10.2.2.1 *Bags with ears.* If the top of the bag has ears, the tag shall be securely affixed to one of the ears (see fig. 12).

5.10.2.2 *Tagging.* If the bag material is of the bag is closed by stitching, the tag may be fastened to the bag by stitching at the some time the closure is made (see fig. 12) or the tag may be securely fastened to the top of the bag.

5.10.2.3 *Mutual Security markings.* When specified, sacks, paper, textile, and laminated textile shall bear proper identification as Mutual Security shipments (see 5.4.2.1).

**5.11 MARKING REQUIREMENTS FOR BARRELS, DRUMS, ETC., OTHER THAN SUBSISTENCE ITEMS AND PETROLEUM PRODUCTS.** Markings shall be stenciled, p r i n t e d, lithographed, roller coated, or stamped on filled barrels, kegs, drums, and reusable metal containers (see figs. 18 and 14). Empty barrels, kegs, and drums shall be marked as specified in 5.11.1.5. Embossing of product markings may be done only on nonreusable metal containers in either black, yellow, or green color, whichever gives the greatest degree of legibility. Yellow or white lettering, shall be applied over lusterless olive drab coloring on metal drums. No markings shall be placed in the space 6-

inches above and 6-inches below the apex of the bilge of barrels not equipped with rolling rings, to avoid rubbing off or blurring of the marks. Labeling or tagging may be used only for domestic address markings or where the container is too small to allow any other specified method of marking.

5.11.1 *Positioning of required markings.*

5.11.1.1 *One side (vertical one-quarter of cylindrical surface).*

5.11.1.1.1 *Identification markings.* The identification marking (see 5.3.1) shall be shown on one side of the drum or barrel and shall occupy not more than the upper one-third of the side. On barrels and drums from which heads or ends are not removed in order to use the contents, the Federal stock number, quantity and unit shall be repeated on the head (see fig. 13).

5.11.1.1.2 *Domestic address.* For containers having a capacity of 5 gallons or less the domestic address shall be stenciled or printed directly on the containers or a printed, reproduced or typed label securely affixed to the container may be used. For containers having a capacity of 6 gallons or more the domestic address (see 5.3.2.1) shall be placed in the middle one-third of the side of containers equipped with rolling rings. The domestic address, in accordance with 5.7.2.4.2 shall be placed not less than 6-inches above the apex of barrels not equipped with rolling rings to avoid rubbing off or blurring of the marks.

5.11.1.1.3 *Overseas address.* The overseas address (see 5.3.2.2), shall be placed in the lower one-third of the side of the container.

5.11.1.1.4 *Bill of lading requisition, voucher or shipment order number (see 5.3.2.4).*

5.11.1.2 *Opposite side.* The contract data (see 5.3.1.6) shall be shown on the diametrically opposite side of the container from

30

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 102 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

that containing the identification marking and shall be located in the upper one-third of the side.

**5.11.1.3** *Special markings.* Unless otherwise specified or required by regulation (see 5.3.3.5) or statute, special markings (see 5.6) shall be located as required by the cognizant activity concerned.

**5.11.1.4** *Service color markings, (overseas shipment) (see 5.5.1).*

**5.11.1.4.1** *Army.* In the lower one-third of the two sides of the barrel or drum containing the markings shall be painted an equilateral triangle not less than 1½ nor more than 3 inches in height.

**5.11.1.4.2** *Navy Department bureaus, Marine Corps, and Medical Services of Armed Forces.* Service color markings shall be stenciled in the location specified by the cognizant activity.

**5.11.1.5** *Empty barrels, kegs, and drums.* Empty barrels, kegs, and drums (new procurement, used empties, etc.), shall not be marked except where less than carload or truck load shipments are made, in which case, wood, fiber, etc., barrels, kegs, and drums shall be marked with tags or labels securely attached; metal barrels, kegs, and drums, etc., shall be tagged with the required markings.

**5.11.1.6** *Mutual Security marking.* Two mutual security emblems shall be applied to the barrel, drum or keg (see 5.4.2.2).

**5.12** **MARKING REQUIREMENTS FOR MISCELLANEOUS PACKS (LOOSE OR UNPACKED ITEMS, SMALL CONTAINERS, RODS, COILS, REELS, ETC.) OTHER THAN SUBSISTENCE ITEMS, PETROLEUM AND UNFABRICATED STEEL PRODUCTS.**

**5.12.1** *Loose or unpacked items and small*

*containers.* When loose or unpacked items and containers too small (marking surface 150 sq. in. or less) to permit compliance with the usual marking requirements are shipped, they shall be marked by stenciling. the required markings on the area most suitable for the purpose. When the area does not permit stenciling, two or more shipping tags or labels securely attached to the article or container shall be used (see fig. 15). Both stenciling and labels may be used on the same small container. Maximum use of stenciling for the overseas address is desired.

**5.12.1.1** *Service color marking for overseas shipment (see 5.5.1).*

**5.12.1.1.1** *Army.* Small containers (container with no surface more than 150 square inches) shall be marked as specified for large containers except that triangles or stripes as applicable shall be proportionate to the size of the container. Containers with each dimension less than 12 inches shall have a tag or label with a ½-inch border in the service color in lieu of corner service color markings. Unpacked items shall have a ½-inch border in the service color placed on the tags or labels bearing the overseas address. At the discretion of the cognizant activity, tags in solid color matching the indicated service color may be used in lieu of the tags specified.

**5.12.1.1.2** *Navy Department bureaus and Marine Corps.* In lieu of the Navy Department bureaus and Marine Corps symbols, the service code shall be shown on the container, shipping tag or label, placed in the location and in the size required by the cognizant activity.

**5.12.2** *Rods, shafting, bars, etc.* Fabricated rods, shafting, bars, etc. (does not include unfabricated ferrous (steel mill) and nonferrous metal products) which are shipped without packing shall be marked with two tags securely attached to the article, one of which shall be concealed by being bound to

31

Case 1:14-cv-04511-VEC Document 2-13 Filed 06/23/14 Page 103 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129C**
**11 July 1960**

the article with burlap or other substantial covering and each end of the covering securely fastened. Location of the markings on tags and service designation for overseas shipments shall be as specified for unpacked items (see 5.12.1 and 5.12.1.1).

5.12.3 *Reels or spools of cable and wire (except barbed wire).* Reels or spools of cable and wire (fabricated) shall be stenciled as specified for the sides of boxes (see 5.7.1) or tagged as specified in 5.12.2, in a manner designated to prevent the possibility of the marking becoming illegible during the use of the reel or spool, whether or not such reels or spools are enclosed within a shipping container.

5.12.3.1 *Service color markings for overseas shipment (see 5.5.1).*

5.12.3.1.1 *Army.* Unboxed reels of cable and wire shall be marked with a 2-inch wide stripe in the indicated color applied in a straight line across the outside of each reel head, close to the center of the reel head.

5.12.3.1.2 *Navy Department bureaus and Marine Corps.* Service symbols shall be applied as specified for boxes (see 5.7.2.5.2.1).

5.12.4 *Coils of wire.* Coils of wire shall be marked and service designations shown as specified for unpacked items (see 5.12.1).

5.12.5 *Paper wrapped rolls.* Rolls wrapped with paper shall be marked on one side (approx. ¼ of circumference) by stenciling or printing or by a typed label which shall contain the identification and contract data. This combined marking shall occupy not more than the upper one-third of the side of the roll. One end shall be marked with a typed label which shall be applied to the end of the roll in accordance with 5.1.1.9. This label shall contain only the Federal stock number and quantity.

5.12.6 *Cloth wrapped rolls.* Rolls wrapped with cloth shall be marked in the same man-

ner as specified for bales (see 5.8) except that end marking need not be applied.

5.12.7 *Boxed carboys.* Boxed carboys shall be marked in accordance with 5.7.1. In addition, a non-corrodied metal or plastic disc or strip stamped with the contract number shall be permanently attached to one side of the carboy box. The marked disc or strip shall not interfere with other markings on the container; and shall be permanently secured to the container in such a manner that the disc or strip will not catch in any way on other containers.

5.12.7.1 *Special handling markings (see 5.3.3.5 and 5.6.7.1).* Special handling markings as required by statute, contract or ICC regulations shall be applied.

5.12.7.2 *Service color markings for overseas shipment (see 5.7.2.5).*

5.12.8 *Mutual Security markings.* When specified in the contract, order requisition or by the cognizant activity, all miscellaneous packs will be properly identified as specified in applicable subparagraph of 5.4.2.

5.13 MARKING REQUIREMENTS FOR UNPACKED VEHICLES (WITH OR WITHOUT ENGINE OR MOTOR, INCLUDING CARTS, T R A I L E R S AND SIMILAR ITEMS). For the purpose of this standard a vehicle is any item of equipment mounted on wheels, tracks, runners or rollers which is either self propelled or towed. Marking applied directly to the vehicle surface shall be made by using gasoline soluble removeable paint (see 4.6.2). Unless otherwise specified all markings for unpacked vehicles shall be made on a piece of weather-resistant plywood (see 5.13.8) and the marking shall be accomplished by the undercoat-stencil ink-overcoat method.

5.13.1 *Preservation data marking.* Unless otherwise specified, the number of the document used for preservation, the level of

32

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129C**
11 July 1960

preservation, date processed, and contractor's name or depot symbol shall be stenciled on plywood (see 5.13.3 for requirements for plywood, stenciling and placement) in accordance with the following example: MIL–P–14192 – A – ³/₅₈ – (contractor's name or depot symbol). When vehicles are processed in accordance with the manufacturer's standard practice, or prepared for driveaway shipment, the statement "Not Processed for Storage," shall be stenciled in place of the level of processing. Data shall be completed on DA Form 9–3 or similar form which accompanies all unpacked vehicles. Any items which are boxed or crated and secured on unpacked vehicles shall be considered as packed items and shall be marked with the level of preservation and packaging, and the level of packing applicable to the particular items involved. When specified in lieu of marking on the plywood, the preservation data marking shall be stenciled in the following location:

(1) *Administrative and tactical vehicles (transport).* Preservation data shall be stenciled on the inside surface of the windshield, on the side opposite the driver, and located so that the driver's vision will not be obstructed.

(2) *Tanks and tank-like vehicles (combat)* — *(tracked).* Preservation data shall be stenciled on the front of the vehicle, adjacent to the light bracket or guard.

(3) *Gun carriages.* Preservation data shall be stenciled on the gun shield, or on the trail, or on the outrigger, as applicable.

(4) *Trailers.* Preservation data shall be stenciled on the right side, or front surface of the vehicle, as applicable.

5.13.2 *Domestic address.* Domestic address markings shall not be required.

5.13.3 *Overseas address, service designations (see 5.3.2.2 and 5.5.1) and standard markings.* Unless otherwise specified the overseas address marking, service designation and standard markings shall be stenciled on a piece of plywood conforming to type III, class 2, of Specification NN–P–516. Plywood shall be a minimum of ½-inch thick and of appropriate length and width; and shall be painted with the same type, quality, and color paint as that originally used to paint the vehicle. Yellow or white lettering, whichever gives the greatest degree of legibility shall be applied to the applicable marking surface. Stenciling shall be in characters not less than 1½-inches high when marking area permits, but not less than ¾-inch high in any event. An equilateral triangle (appropriate service color) not less than 1½ inches, nor more than 3-inches in height, shall be painted on the plywood panel adjacent to the overseas address. The gross weight, cube and outside dimensions shall be stenciled adjacent to the overseas address. The marked pieces of plywood shall be placed in an unobstructed location on both the front and rear of each vehicle, preferably on the bumpers. The marked pieces of plywood shall be securely fastened in place by wiring or bolting in a manner to prevent loss in transit or damage to the vehicle. When specified, the marking specified herein shall be stenciled on the front or rear surface of each vehicle in lieu of the plywood panel. In addition to the marked pieces of plywood, two tags, bearing complete address markings shall be placed in each vehicle; one of which shall be tied to the steering post or lever and the other placed in the dash compartment; or secured in a protected accessible location.

5.14 MARKING REQUIREMENTS FOR PALLETIZED L O A D S OTHER THAN SUBSISTENCE ITEMS, PETROLEUM AND UNFABRICATED S T E E L PRODUCTS. The material and marking requirements of Section 4 and 5.1 shall apply. Labels may be used for level C packs.

33

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129C**
**11 July 1960**

5.14.1 *Marking individual containers comprising unit palletized loads.* Individual containers comprising the palletized load shall be marked only with the identification markings required in 5.3. The palletized load should be built on the pallet so that the markings on the individual containers do not show on two adjacent sides of the unit load.

5.14.2 *Outside marking on palletized unit load or box type pallet.* The outside markings on palletized unit loads or box type pallets shall appear on two adjacent sides as shown in figure 16 and 17. The markings shall consist of contract data (5.3.1.6), identification (5.3.1), destination (5.3.2) and bill of lading markings, when specified (5.3.2.4). For overseas shipments, service color markings and overseas address shall be applied (5.3.2.2, 5.3.3.3 and 5.5). Palletized unit loads shall be shipped intact and considered as an exterior container and marked accordingly.

5.14.3 *Mutual Security markings.* Hand clasp emblems (label or printed) shall be applied to each item or container at the time of palletization or on surfaces accessible from the outside of the load when items or containers have been palletized prior to removal from stock (see 5.4.2.6).

5.15 ELECTRONIC (N A V Y) EQUIPMENT MARKING. The required markings for radar, electronic communication, shipboard underwater sound, harbor detection, radiological (radiac) equipment shall be as herein specified and in accordance with section 4 and 5.1 as shown in figures 24 and 22.

5.15.1 *Special symbols.* Special symbols identifying electronic equipment shall be stenciled with green paint color number 14187 of Federal Standard 595 on all sides of the container. The identification markings shall be of the design and dimensions for the particular type of equipment as shown on figure 22.

5.16 CONTAINER MARKING FOR PETROLEUM AND UNFABRICATED STEEL PRODUCTS.

5.16.1 *Marking of containers for petroleum products.* Marking of containers for petroleum products shall be as specified in Standard MIL–STD–290.

5.16.2 *Marking of containers for unfabricated steel products.* Marking of containers for unfabricated steel products shall be as specified in Standard MIL–STD–163.

5.17 MARKING OF SHIPPING CONTAINERS FOR SUBSISTENCE ITEMS. The marking of shipping containers for subsistence items shall be as herein specified and in accordance with the applicable marking and material requirements of this standard.

5.17.1 *Shipping containers other than shipping sacks.* On shipping containers other than shipping sacks, basic information shall be marked in accordance with 5.17.1.1 or 5.17.1.2 as applicable. This requirement applies to containers (as specified above) of subsistence items for shipment to depots or ports for issue to troops. When shipments of nonperishable subsistence are for domestic consumption or assembly into rations, or if the subsistence (both perishable and nonperishable) is for resale for export, and the subsistence was purchased in commercial containers, any information required by 5.17.1.1 or 5.17.1.2, as applicable that is shown in the commercial printing on these containers may be retained and the additional required marking added. If the advertising on the container completely covers the area to be marked so that any marking over the area would be illegible or hard to read, the manufacturer will either obliterate the advertisement or use a label sufficiently large to cover it and then mark the label in accordance with 5.17.1.1 or 5.17.1.2 as applicable.

34

REPRODUCED AT THE NATIONAL ARCHIVES

**5.17.1.1** *Nonperishable subsistence.*

**5.17.1.1.1** *For issue.*

(a) Item description.

(b) Federal stock number.

(c) Quantity, size, unit, and total net weight (see 5.17.1.3.1).

(d) O.I. Number.

(e) Date packed (month and year).

(f) Gross weight (nearest lb.) and cube (nearest 0.1 cubic ft.). (Gross weight and cube may be omitted on Army shipments to domestic installations or ration assembly points).

(g) The information indicated below is required for farinaceous products only:

    (1) Item description (indent for second line, when required).

    (2) Federal stock number, total net weight (see 5.17.1.3.1).

    (3) O.I. Number Date packed (Mo. and Yr.)

    (4) Gross weight (nearest lb.) and cube (nearest 0.1 cubic ft.) (Gross weight and cube may be omitted on Army shipments to domestic installations or ration assembly points.)

    (5) Name of contractor (indent for second line, when required).

**5.17.1.1.2** *For resale.*

(a) Name of commodity and brand.

(b) Requisition number (when so specified in the contract purchase order and/or requisition).

(c) Quantity, size, and unit.

(d) O.I. number.

(e) Date packed (month and year).

(f) Gross weight (nearest lb.) and cube (nearest 0.1 cubic ft.).

(g) Name of contractor (indent for second line, when required). For brand name (resale) items shipped direct to CONUS using installations, items (e) and (f) will not be required for Army shipments. When a Federal stock number is assigned by an overseas area, such stock number shall be included in markings between (a) and (b).

**5.17.1.2** *Perishable subsistence.* Perishable subsistence shall be marked in accordance with 5.17.1.2.1 or 5.1.7.1.2.2 as applicable. For orders of cheese, poultry, butter, or frozen eggs, which specify inspection of finished product only, the marking provisions of this standard will not apply, providing the following information, as appropriate, is clearly shown on each outer container.

Name of commodity and grade.
Quantity, size, unit; and total net weight.
Piece count or head and weight range.
Date packed.
O.I. Number.
Name of contractor.
KEEP FROZEN (for frozen products).
KEEP REFRIGERATED (for butter).

**5.17.1.2.1** *For issue.*

(a) Item description.

(b) Quantity, size, unit, and total net weight (see 5.17.1.3.1).

(c) Gross weight and cube.[1]

(d) Date packed (month, day, and year).[2]

(e) O.I. Number.

(f) Name of contractor.

[1] Gross weight and cube shall be used on shipment to depots

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129C**
**11 July 1960**

and ports, but may be omitted on shipments to domestic consuming installations and to ration assembly points.

³ On those items where specification designates types, classes, etc., according to number of days subsequent to date of slaughter, or processing or both, day will be included.

**5.17.1.2.2** *For resale.*

(a) Name of commodity and brand.

(b) Quantity, size and unit.

(c) Gross weight and cube.¹

(d) Date packed (month, day, and year).²

(e) O.I. Number.

(f) Name of contractor.

¹ For brand name (resale items shipped direct to CONUS using installations), and specification items (purchased for resale by specification in lieu of brand name), item (e) will not be required for Army shipments.

² On those items where specification designates type, classes, etc., according to number of days subsequent to date of slaughter or processing or both, day will be included.

When a Federal stock number is assigned by an overseas area, such stock number will be included in markings between (a) and (b).

**5.17.1.3** *Marking terms.* The marking terms specified in 5.17.1.1 and 5.17.1.2 shall be as described in 5.3 and as follows:

**5.17.1.3.1** *Total net weight.* The total net weight shall be based on the contained net weight of the contents and not the combined weight of the contents and containers. When required by statute, total net weight shall be the drained weight.

**5.17.1.3.2** *Date of pack.* For all items required to be marked with the date of pack (see 5.17.1.1.1, 5.17.1.1.2, 5.17.1.2.1 and 5.17.1.2.2), the date of pack shall be that date on which the product was packaged in the unit container, regardless of dates of packing, shipping or additional processing.

**5.17.1.3.3** *Special markings.* Special markings necessary for the identification of resale subsistence items shall be applied to shipping containers when so specified in the

contract, purchase order or requisition or both. Unless otherwise specified or required by statute or regulations, special markings as required shall be stenciled or printed directly on the side of the container in the upper two-thirds area.

**5.17.2** *Shipping sacks and bags.*

**5.17.2.1** *Paper, textile and laminated textile (see fig. 23 and 24).* Shipping sacks and bags shall be stenciled, printed or tagged with the information and size of letters cited below and as specified in 5.10.

|  | Height of letters (in.) |
|---|---|
| FOR OCEAN SHIPMENT | |
| NOT FOR OCEAN SHIPMENT } One as applicable | 1 |
| NET WT........ CUBE........ | |
| (nearest 0.1 cu ft) ..................... | 1 |
| STOCK NUMBER ..................... | 1 |
| NAME OF PRODUCT .................. | 1 |

Beginning 12 inches from the bottom of the sack, and in separate lines spaced ½ inch apart, the following data shall appear in the order listed:

|  | Height of letters (in.) |
|---|---|
| MONTH AND YEAR PACKED ......... | 1 |
| O.I. NUMBER ......................... | 1 |
| CONTRACTORS NAME ................ | 1 |

Commodities already packed in commercially printed sacks or bags shall have the required markings stenciled in letters of ⅞ to 1 inch, equal height, centered on one face of the sack or bag.

**5.17.3** *Destination marking.* The domestic address for nonperishable subsistence, and the overseas address for all subsistence, shall be as specified in paragraph 5.3.2.1 and 5.3.2.2 for all shipping containers. Domestic address is not required for perishable subsistence.

**5.17.4** *Armed Forces symbol for subsistence.* All shipping containers packed with non-perishable subsistence and all shipping

36

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 108 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

containers packed with perishable subsistence for overseas shipments, excepting containers packed with fresh fruit or vegetables, shall bear a solid black crescent symbol conforming to the design and dimensions shown in figure 26.

5.17.5 *Fragile marking.* Containers packed with fragile items shall be marked with a label as specified in 5.6.7.2.

5.17.6 *Precautionary, regulation and statute marking.* For items required to be refrigerated or frozen, the markings, PERISHABLE — KEEP REFRIGERATED, and PERISHABLE — KEEP FROZEN, as applicable, shall be stenciled on the top of the container (see figs. 26 and 26A). When the container is required to be shipped with the top side up, the marking, THIS SIDE UP, shall be stenciled on the top of the container. Other required precautionary markings and special handling instructions specified in 5.3.3.5, and regulation and statute markings specified in 5.6.7.1, shall appear on shipping containers as applicable.

5.17.7 *Size of lettering.* Size of lettering for all shipping containers, other than shipping sacks, shall be of equal height, 7/16 to 1 inch.

5.17.8 *Location of marking.* Location of markings on shipping containers shall be in accordance with 5.17.8.1 or 5.17.8.2, as applicable.

5.17.8.1 *Rectangular shipping containers (see fig. 26 and 26A).* Unless otherwise specified in the commodity specification, rectangular shipping containers shall be marked by stenciling or printing the information marking specified (see fig. 26 and 26A) on the upper two-thirds of one end panel and in the sequence shown in 5.17.1. End opening containers shall be marked on the panel with the information as shown on figure 26. When the lines listed in proper sequence exhaust the upper two-third area of the end panel,

the remaining lines required shall be stenciled, printed, or labeled (see 5.1.1.9) on the upper two-third area of the right side panel. Stenciled or printed markings on the side panel shall be the same size and spacing as those on the end panel. The right side panel is the side to the right of a person viewing the marked end panel. Precautionary markings shall be placed on the top of the container or as required by regulation or statute (see 5.6.7.1.).

5.17.8.1.1 In instances where the dimensions of the shipping container will not permit all specified markings to be placed on the end panel and the right side panel, the remaining required markings may then be placed on the upper left corner of the left side panel.

5.17.8.2 *Cylindrical containers (plywood, fiber, and metal drums, barrels, and pails).* Information marking for issue and resale secified in 5.17.1.1 and 5.17.1.2, respectively, shall be stenciled or printed on the upper two-thirds of the body only.

5.17.8.3 *Destination marking (see 5.17.3).*

5.17.8.3.1 *Domestic address.* The domestic address when required shall be stenciled, printed or labeled and located on the top of all shipping containers other than shipping sacks which shall have the address appear as follows:

(a) The domestic address shall be stenciled, printed, or labeled and located on the top of all paper shipping sacks (see fig. 23).

(b) The domestic address shall appear on a shipping tag securely affixed to the top of shipping bags (see fig. 24).

5.17.8.3.2 *Overseas address.* The overseas address when required shall be stenciled or printed in the lower one-third of the end panel of rectangular containers when the

37

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-STD-129C
11 July 1960

space permits, otherwise, on the lower one-third of the side to the right of the marked end. Cylindrical containers shall be stenciled or printed on the lower one-third under the information marking. Paper shipping sacks shall have the address stenciled or printed in the space between the information marking. Textile and laminated textile bags shall be marked with tags securely attached to the top. In full carload and full truckload shipments of nonperishable subsistence, the overseas address, is required on only 10 percent to the nearest unit, of the shipping containers, uniformly distributed with some of the markings visible from either door.

5.17.8.4 *Armed Force symbol for subsistence.* The symbol for the Armed Forces for subsistence items shall be a solid black crescent conforming to the design shown on figure 25 and shall be used in lieu of service symbols. The crescent symbol shall be located to the right of the information marking on all shipping containers as shown on figures 23, 24, 26, and 26A.

5.17.8.5 *Nonperishable subsistence purchased by brand name for resale.* When it is practicable, a label the same as on the unit containers shall be glued to the shipping case in the space between the crescent symbol and the inspection stomp (see fig. 26). The label can be trimmed, but enough of the label shall be left to permit identification of the brand, item, and size or weight of individual unit within the shipping case. Mutual Security labels shall be printed on ungummed white stock conforming to the requirements of labels and shall be nonfading and durable. The label sizes shall be 2⅜ by 3⅛ inches, 5 by 6⅝ inches, 8½ by 11¾ inches and 11 by 14½ inches.

5.17.9 *Palletized unit loads.* Containers comprising a palletized unit load shall be marked as specified in 5.17.1.1. The outside markings of the palletized unit load shall appear on two adjacent sides of the load as specified in 5.4.2. Each pallet load of sub-

sistence shall bear a solid black crescent (see fig. 25). The crescent shall be located to the right of the identification marking on each marked surface.

5.17.10 *Mutual Security shipments.* When specified, all shipments of subsistence commodities to recipient foreign governments and international organizations shall be identified with the Mutual Security emblem (see 5.4).

5.17.11 *Warehouse lot numbers.* Warehouse lot numbers will be acceptable in lieu of required O.I. number for identification of frozen perishable products when packed in metal containers without exterior packing, provided all other markings are in accord with good commercial practice. Shipping manifest shall properly identify O.I. number and warehouse lot numbers.

Notice. When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby, incurs no responsibility, nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise, as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.
  Copies of this standard for Military use may be obtained as indicated in the foreword to or general provisions of the Index of Military Specifications and Standards.
  Copies of this standard may be obtained for other than official use by individuals, firms and contractors from the Superintendent of Documents. U. S. Government Printing Office, Washington 25, D. C.
  Both the title and identifying symbol number should be stipulated when requesting copies of Military Standards.

Custodians:
    Army—Quartermaster Corps
    Navy—Bureau of Supplies and Accounts
    Air Force—AMC

Preparing activity:
    Army—Quartermaster Corps

38

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129C
11 July 1960

REQUIRED IDENTIFICATION LEVELS A, B AND C



Federal Stock No.  1/
Item Description   1/
Quantity and Unit  1/
Level of Preservation and Date

Contract or Order No.) When specified
Serial No.           )   or
Lot or Batch No.     ) Required

1/  All that is required for level C.

EXAMPLE

7430-033-7465
GASKET, FRONT CLEAN-OUT COVER
1 EACH
A-7/58

Level of Preservation

Month and Year Unit Preserved

FIGURE 1. *Basic marking for unit and intermediate packages.*

39

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL—STD—129C**
**11 July 1960**



A— Gray background
B— Color stripe(s)

FIGURE 2. *Chemical Corps chemical identification marking (see 5.5.5.1).*

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129C
11 July 1960



(Note Reproduce in Red)

FIGURE 8. *Precautionary label (Method II).*

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129C**
**11 July 1960**



FIGURE 4. *Special marking.*

42

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129C
11 July 1960



FIGURE 5. *Mutual Security label.*

43

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129C
11 July 1960



LEGEND

REQUIRED FOR ALL SHIPMENT

(A) IDENTIFICATION MARKING
(See 5.3.1, 5.7.2.2.1 and 5.7.2.3.1)

(B) CONTRACT DATA (5.3.1.6) (5.7.2.3.2)

(C) DOMESTIC ADDRESS (5.7.2.4.2)

ADDITIONAL MARKINGS REQUIRED
FOR OVERSEAS SHIPMENTS

(D) SERVICE COLOR MARKINGS (See 5.7.2.5)

(E) OVERSEAS ADDRESS (See 5.7.2.4.1)

REQUIRED WHEN SPECIFIED

(F) MUTUAL SECURITY LABEL OR STAMP
(See 5.7.2.3.3)

(G) BILL OF LADING NUMBER
(See 5.7.2.4.3)

NOTE:  Level C shipments may have
markings applied by means
of labels.

FIGURE 6. Basic markings for box under 10 cubic feet.

44

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129C
11 July 1960



NOTE: Level C shipments may
have markings applied
by means of labels.

FIGURE 7. *Basic markings for box over 10 cubic feet.*

45

**MIL–STD–129C**
**11 July 1960**

LEGEND

REQUIRED FOR ALL SHIPMENTS

Ⓐ IDENTIFICATION MARKING
   (See 5.3.1, 5.7.2.2.1 and
   5.7.2.3.1)
Ⓑ CONTRACT DATA MARKING
   (See 5.3.1.6 and 5.7.2.3.2)
Ⓒ DOMESTIC ADDRESS
   (See 5.7.2.4.1)

ADDITIONAL MARKINGS REQUIRED
FOR OVERSEAS SHIPMENTS

Ⓓ SERVICE COLOR MARKINGS (See 5.7.2.5)
Ⓔ OVERSEAS ADDRESS (See 5.7.2.4.2)

ADDITIONAL MARKINGS AS REQUIRED

Ⓕ MUTUAL SECURITY LABELS
   (See 5.7.2.3.3)
Ⓖ HANDLING ARROWS
   (See 5.6.7.3)
Ⓗ BILL OF LADING NUMBER
   (See 5.7.2.4.3)



NOTE:   Level C shipments required
        markings may be applied by
        means of labels.

FIGURE 8. *Basic marking for unsheathed crates (under 10 cubic feet).*

46

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-STD-129C
11 July 1960

LEGEND

**REQUIRED FOR ALL SHIPMENTS**

Ⓐ IDENTIFICATION MARKING
(See 5.3.1, 5.7.2.2.1 and
5.7.2.3.1)

Ⓑ CONTRACT DATA MARKING
(See 5.3.1.b and 5.7.2.3.2)

Ⓒ DOMESTIC ADDRESS
(See 5.7.2.4.2)

**ADDITIONAL MARKINGS REQUIRED
FOR OVERSEAS SHIPMENTS**

Ⓓ SERVICE COLOR MARKING (See 5.7.2.5)

Ⓔ OVERSEAS ADDRESS (See 5.7.2.2.2 and
5.7.2.4.1)

**ADDITIONAL MARKINGS AS REQUIRED**

Ⓕ METURL SECURITY LABELS
(See 5.7.2.3.3)

Ⓖ HANDLING ARROWS
(See 5.6.4.3)

Ⓗ BILL OF LADING NUMBER
(See 5.7.2.4.3)

PROPOSED MIL-STD-129C
1 March 1960

FROM   G AND B IRON WORKS
       TRENTON, N.J.

TO     RICHMOND QM DEPOT
       RICHMOND, VA.

B/L WT 74392



(Overseas Address)→Ⓔ

NOTE:   Level C shipments required
        markings may be applied by
        means of labels.

FIGURE 9. *Basic marking for unsheathed crates (over 10 cubic feet).*

47

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL-STD-129C**
**11 July 1960**

LEGEND
REQUIRED MARKING

(A) IDENTIFICATION MARKING (See 5.3.1,
5.8.1.2.1 and 5.8.1.3.1)
(B) CONTRACT DATA MARKING
(See 5.3.1.6 and 5.8.1.3.2)
(C) DOMESTIC ADDRESS
(See 5.8.1.1.1)
(D) PRECAUTIONARY MARKING
(See 5.8.1.3.3)

ADDITIONAL REQUIRED MARKINGS
FOR OVERSEAS SHIPMENTS

(E) OVERSEAS ADDRESS
(See 5.8.1.1.1)
(F) SERVICE COLOR MARKING
(See 5.8.1.1.2)

ADDITIONAL MARKING WHEN SPECIFIED

(G) MUTUAL SECURITY TAG
(See 5.8.2.6.2)
(H) BILL OF LADING MARKING
(See 5.8.1.1.2)



FIGURE 10. *Basic marking for bales.*

Case 1:14-cv-04511-VEC   Document 2-13   Filed 06/23/14   Page 120 of 123

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129C
11 July 1960

LEGEND
REQUIRED MARKING FOR
ALL SHIPMENTS

Ⓐ Identification Marking
(See 5.3.1 and 5.9.1.2.2)
Ⓑ Contract Data Marking
(See 5.3.1.6 & 5.9.1.2.3)
Ⓒ Precautionary Marking
(See 5.9.1.2.4)
Ⓓ Domestic Address
(See 5.9.1.1.1)

ADDITIONAL MARKINGS
REQUIRED FOR OVERSEAS
SHIPMENTS

Ⓔ Overseas Address
(See 5.9.1.3.3)
Ⓕ Service Color Marking
(See 5.9.1.3.2)

ADDITIONAL MARKINGS REQUIRED
WHEN SPECIFIED

Ⓖ Mutual Security Marking
(See 5.9.1.3.4.1)
Ⓗ Bill of Lading Marking
(See 5.9.1.1.2)



FIGURE 11. Basic markings for cloth covered bundles.

49

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129C
11 July 1960



LEGEND

REQUIREMENTS FOR ALL SHIPMENTS

Ⓐ Identification Marking (See 5.10.1)
Ⓑ Contract Data Marking (See 5.10.1)
Ⓒ Domestic Address (See 5.10.1.1)

REQUIRED MARKING FOR OVERSEAS SHIPMENTS

Ⓓ Overseas Address (See 5.10.1.2)
Ⓔ Service Color Marking (See 5.10.1.4)

MARKING APPLIED WHEN SPECIFIED

Ⓕ Mutual Security Label, Printed or Tag (See 5.10.2.3)
Ⓖ Bill of Lading Marking (See 5.10.1.3)

NOTE: Ⓐ Identification marking and Ⓕ Mutual Security Label shall be placed on a tag or label whichever is most suitable for the bag material being used. (See 5.4.2.1)

FIGURE 12. Basic markings for shipping sacks and bags.

50

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129C
11 July 1960



FIGURE 13. *Basic markings for drums — metal or fiber.*

51

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129C
11 July 1960



<u>L E G E N D</u>

REQUIRED MARKINGS FOR ALL SHIPMENTS

A–Identification Marking (See 5.3.1
    and 5.11.1.1.1)
B–Domestic Address (See 5.11.1.1.2)
C–Contract Data (See 5.3.16 and
    5.11.1.2)

REQUIRED MARKING FOR
  OVERSEAS SHIPMENTS

D–Overseas Address Marking
    (See 5.11.1.1.3)
E–Service Color Marking
    (See 5.11.1.4)

OTHER MARKING WHEN SPECIFIED

F–Mutual Security Label
    (See 5.11.1.6)
G–Bill of Lading Marking
    (See 5.11.1.1.4)



FIGURE 14. *Basic markings for wooden barrels and kegs other than subsistence.*

52