REPRODUCED AT THE NATIONAL ARCHIVES

MIL-STD-129C
11 July 1960



FIGURE 15. *Basic markings for miscellaneous packs.*

53

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129C
11 July 1960



### LEGEND

REQUIRED MARKINGS FOR ALL SHIPMENTS

(A) IDENTIFICATION MARKING (See 5.3.1)
(B) DOMESTIC ADDRESS (See 5.3.2)
(C) CONTRACT DATA MARKING (See 5.3.1.6)

ADDITIONAL MARKINGS REQUIRED
FOR OVERSEAS SHIPMENTS

(D) OVERSEAS DESTINATION (See 5.3.2.2)
(E) SERVICE COLOR MARKINGS (See 5.3.3.3 and 5.5)

MARKINGS REQUIRED WHEN SPECIFIED

(F) MUTUAL SECURITY LABEL (or printed)(See 5.14.3)
(G) BILL OF LADING NUMBER (See 5.7.2.4.3)

METHOD A

Marking of Unit
Loads of Boxes

METHOD B

Marking of Unit
Loads Which Have
Wood Collars or
Frames

FIGURE 16. *Method A and B markings for palletized loads.*

54

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-STD-129C
11 July 1960



FIGURE 17. *Method C and D markings for palletized loads.*

55

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129C**
**11 July 1960**


BUREAU OF AERONAUTICS


BUREAU OF ORDNANCE


BUREAU OF YARDS AND DOCKS


BUREAU OF SHIPS


BUREAU OF SUPPLIES
AND ACCOUNTS


COAST GUARD


MARINE CORPS

FIGURE 18. *Bureau and Corps symbols.*

56

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129C
11 July 1960



FOR MARKING AND STENCILING

FIGURE 19. *Symbol for medical services of the Armed Forces.*

57

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL-STD-129C**
11 July 1960



FIGURE 20. *Fragile label.*

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129C
11 July 1960



=LEGEND=

Ⓐ Contract Data & Destinations
Marking.
(See 5.3.1.6–5.7.2.4.1)
Ⓑ Identification Marking.
(See 5.3.1–5.7.2.2–5.7.2.3)
Ⓒ Service Color
(See 5.7.2.5)
Ⓓ Special Marking, Symbols for
Electronics, Fragile, and
Precautionary etc. (as applicable)

FIGURE 21. *Basic marking of shipping container for electronic (Navy) equipment.*

59

REPRODUCED AT THE NATIONAL ARCHIVES

**MIL–STD–129C**
**11 July 1960**



FIGURE 22. *Symbols for electronic equipment.*

60

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129C
11 July 1960



FIGURE 23. *Subsistence marking for paper shipping sacks—export.*

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129C
11 July 1960



FIGURE 24. *Marking for shipping bags (textile and laminated textile) subsistence.*

62

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129C
11 July 1960



FIGURE 25. *Crescent symbol for subsistence items.*

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-STD-129C
11 July 1960



FIGURE 26. *Marking of shipping container for nonperishable subsistence, overseas shipment (5.17.1.1).*

:64

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-STD-129C
11 July 1960



(See 5.3.2.1.1 - 5.3.2.1.2 for LCL or Full Carload Markings)

FIGURE 26A. *Marking of shipping containers for perishable subsistence,
overseas shipment (5.17.1.2).*

65

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129C
11 July 1960



ORDNANCE CORPS



SIGNAL CORPS



QUARTERMASTER CORPS



CHEMICAL CORPS



CORPS OF ENGINEERS



TRANSPORTATION CORPS

FIGURE 27. *Army service symbols.*

66

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–STD–129C
11 July 1960



CAUTION:  RADIOACTIVE MATERIALS

RADIOISOTOPE _____

ACTIVITY _____

DATE MEASURED _____

FIGURE 28. *Symbol and lettering for radiation hazard.*

☆ U. S. GOVERNMENT PRINTING OFFICE:  571042—1960—(842)

67

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                                       :
RICHARD A. GEORGE,                                     :  Civil Action No.:
                                                       :
                            Plaintiff,                 :  Index No.: 115544-04
                                                       :  (Supreme Court of New York County)
                                                       :
            v.                                         :
                                                       :  **DEFENDANT CRANE CO.'S NOTICE**
A.W. CHESTERTON COMPANY, et al.,                       :  **OF REMOVAL PURSUANT TO 28 U.S.C.**
                                                       :  **§§ 1442 AND 1446.**
                            Defendants.                :
-------------------------------------------------------x

# Exhibits Cont.

# 2 of 2