loss of radiant heat also increases, both from insulated and uninsulated surfaces. This cycle of more blowers to remove more heat to lose more heat to remove more heat is extremely undesirable. Of course, the obvious solution is to insulate efficiently in the beginning.

In every power plant there is a heat loss from all heated surfaces and a heat loss to all cooled surfaces.

Heat loss may occur in three ways; by conduction, by convection, and by radiation.

The manner of heat flow is most important in insulation because it is the low conduction which results in the greatest temperature differential between a hot insulated surface and the atmosphere (as in steam piping insulation), or the relatively warm atmosphere and a cold surface (as in refrigerating plant insulation). Conduction is associated with solids and comparison of materials in this respect is measured by a factor called the "thermal conductivity" which expresses rate of conductivity in British thermal units (BTU) per inch of thickness per hour per square foot of area per degree Fahrenheit temperature differential.

Radiation is the method of heat transfer by which a hot body gives off energy in the form of radiant heat which is emitted in all directions. The surface condition greatly affects the ability of a body to radiate heat. Dull, dark, rough surfaces (such as CWC pipe), are the best radiators.

In order to minimize the transfer of heat from or to a body which is hotter or colder, respectively, than the surrounding atmosphere, thermal insulation is applied. Thermal insulation is a material or materials of low thermal conductivity.

While increasing the economy of the plant, thermal insulation, (as was mentioned previously), reduces the quantity of air necessary for ventilation and cooling requirements and prevents injury of personnel due to contact with hot parts of apparatus. It also insures more uniform heat distribution within equipment. Another function of thermal insulation is to prevent "sweating" of cold surfaces on which atmospheric moisture condenses thus causing undesirable dripping as well as accelerated corrosion of the metal.

I wish to emphasize that insulation must be sufficiently effective to reduce heat losses and lower surface temperatures to a degree which will permit habitable conditions in a specific space or compartment.



Insulating materials  must possess certain characteristics. These are:

    a.  Low heat conductivity.
    b.  Noncombustibility
    c.  Lightweight.
    d.  Capability of easy molding and application.
    e.  Moisture repellent.
    f.  Noncorrosive, insoluble, and chemically inactive.
    g.  Composition, structure, and characteristics unchanged by temperatures at which it is to be used.
    h.  Once installed, should not cluster, become lumpy, disintegrate or build up in masses from vibration.
    i.  Vermin proof.

All of us are familiar with the available forms of insulating materials such as:

    a.  Molded sectional pipe covering:
        (1) Magnesia
        (2) Diatomaceous earth
        (3) Cork
    b.  Block
        (1) Magnesia
        (2) Diatomaceous earth.
        (3) Cork
    c.  Blanket insulation
        (1) Amosite
    d.  Plastic
        (1) Magnesia cement
        (2) High temperature cement

These familiar materials have been with us and in use on ships as long as any of us can remember.

During World War II a few changes in materials were made. Unibestos, which is amosite in pipecovering sectional form, was introduced. Also, we started using blanket insulation such as glass on ventilation systems. After the carrier Lexington was sunk, as well as because of uncontrollable fires on other battle-struck vessels, we substituted asbestos cloth and glass cloth for canvas as a lagging material.

Until recently, methods of installing insulating materials remained almost the same as always. Probably the most radical change was that of substituting the use of adhesives for the needle and thread in the application of cloth lagging.

Greater efficiency of power plants dictates increases in both pressures and temperatures used. Aside from the problems of metallurgy and fabrication of piping systems Pipe Shops must be increasingly alert to the need for more effective insulating materials and processes.

Developers of insulating materials have, in the last few years, produced many new insulating materials. Many of these lend their characteristics readily and favorably to shipboard uses.

We are familiar with the problems encountered in insulating deck steam lines aboard tankers. Because a loaded tanker in heavy seas has its decks constantly awash, insulating materials such as magnesia, which readily absorb salt water, are of little value. Each time insulation absorbs salt water, salts are introduced into the material. The pipe is heated, water being evaporated and leaving the salts. Each subsequent soaking brings additional salt until the insulation is filled with foreign material and becomes entirely useless.

Any solution to the problem of deck steam piping insulation demands that the insulation be completely water-proofed.

Two solutions offer themselves: the first, and possibly most obvious, would be to replace the catwalk on the deck of the tanker with a waterproof tunnel-like passage from forecastle to poop deck. This would permit personnel to travel the length of the ship in foulest of weather. On its overhead and sides could be placed piping and electrical conduits out of the weather.

The second solution, and the one being employed at Long Beach, is to insulate deck steam piping with a non-absorptive material. We use Foamglass sectional insulation. This is a material which meets all requirements for insulation. However, because of its nature all contact surfaces must be cemented together with a waterproof adhesive. The adhesive which we have been using is not adequate in that it does not set up quickly enough nor is strong enough for our purpose. However, we have discovered an adhesive called Tuff-Bond, manufactured by the Goodloe E. Moore Company of Danville, Illinois, and which apparently will cohere any two substances.

If Tuff-Bond delivers as well as we expect it will solve still another problem, that of attaching insulation fastenings to surfaces to be insulated, such as ventilation ducts.

This material has not received BuShips approval. However, we have requested evaluation from them.

As we all well realize, refrigeration insulation has been a problem area through the years. This was a problem area during World War II because of the acute shortage of insulators who were capable of applying cork insulation properly. The cutting and fitting of cork to exact measurements, particularly in confined areas requires considerable skill and is time consuming.

The Foamglass and adhesives which are used on duck steam lines seem to be the answer to the refrigeration insulation problem.

We have insulated one complete refrigeration system on a Destroyer with this material and it proved to be satisfactory.

No appreciable savings in labor costs were realized but the material costs were much less. This is an important factor as insulation often costs more than the pipe on which it is applied.

We are also applying Foamglass on chilled water lines, and plan to discontinue the use of cork as an insulating material.

In addition to the chilled water piping, we have many miles of cold water piping such as flushing and fire systems. Present specifications call for the application of blanket type insulation (Amosite) to cold water piping. This is a dusty, time-consuming chore which requires considerable skill to produce a neat appearing completed job.

Instead of cork and blanket insulations on chilled water and cold water systems another material might be used. This is Armstrong's Armaflex. Armaflex is furnished in a variety of sizes up to $2\frac{1}{2}$" I.P.S., as a long cylinder or tube.

In new installations, this material can be slipped over the pipe, pushed back from the joints for sil-brazing, and then returned to position. A fitting cover is installed with contact surfaces cemented and the job is complete except for painting. Being flexible, the material can be bent around curved piping easily.

On old installations the tube is slit, slipped over the pipe, contact surfaces are then cemented, and the job is finished.

Using the appropriate larger size material, fitting covers can be fabricated easily.

Probably best of all, in cases of national emergency, with skilled labor unobtainable, new employees could be trained to install Armaflex in a minimum period of time.

Another, and even more startling development, is a plastic material developed by the American Latex Company of Hawthorne, California. The material, StaFoam, is applied very simply by spraying, similar to the application of a heavy coat of varnish, with the catalyst being added in the nozzle of the spray gun. Within a few minutes of application StaFoam bubbles up to about 5/8 of an inch, or even thicker, depending on the thickness of the spray coat. It then air-cures in a few hours. The finished product resembles magnesia insulation in color and Foamglass in texture.

StaFoam is not intended for use on hot installations. While it will not support combustion it would best be suited for use on cold water piping and ventilation ducts.

Because StaFoam is a new product, and one which offers so many possible applications, I have brought along copies of its literature for each of you who desires them.

In a period of only a few years we may well be insulating all ventilation, fire, flushing and refrigeration installations, with this or a similar material, saving sums which I hesitate to estimate. Equally important is the possibility of being able to apply a completely vapor-proof barrier on all cold surfaces.

These new materials also offer a means of combating one of the most insidious of occupational diseases, Asbestosis, by replacing amosite as an insulating material to a considerable extent.

Amosite is a form of asbestos which is coarse in texture and of a varying color from ash gray to brown.

The asbestos which we use is a mineral as much as is the rock in which it is found. Furthermore, its principal ingredient is silicon, which is responsible for the disease which we know as silicosis.

Asbestos, or silicosis, is caused by prolonged breathing of silica dust. Asbestos, when handled dry, produces vast amounts of silica dust. In new applications the material can be dampened to reduce the amount of dust liberated. However, the specified type of amosite for use on cold water piping is water repellant. Also material which must be removed from an existing installation is dry and powdery, being an excellent dustproducer.

The most apparent symptom of asbestosis is lethargy — or a lack of vitality. What we suspect to be lead in the posterior might well be asbestos in the lungs. During 1956,



eleven deaths from asbestosis were reported on the Pacific Coast alone.  One insulator died of asbestosis at the age of 29.

Asbestosis is extremely difficult to detect — particularly in the early stages.  I know that two of my insulators are now afflicted with this condition.  How many more will become afflicted is something which I hesitate to predict.  Again, the solution is obvious.  Remove the cause by substituting other products such as amosite and Stavean for asbestos wherever possible.  However, this will take some doing.

In the meantime, the answer is the wearing of respirators by all who handle asbestos products.  To many the very idea of wearing respirator is repugnant.  However, a respirator on the face is preferable to asbestos in the lungs.

Therefore, gentlemen, ours definitely is the important and difficult task of providing and installing effective insulating materials aboard Naval Vessels.  Moreover, this task must be accomplished without sacrificing our workmen in the process.

The End

<u>A Discussion of</u>

<u>Mr. O. W. Meeker's Talk Follows</u>

Mr. Winslow:     Do you know that Poly-Vinyl loses its
                 resiliency over a period of time?
                 The fittings, you can pull them right
                 off.  They depend on resiliency to make
                 the joint and we have removed four or
                 five thousand of them.

Mr. Stecher:     We are hoping to clear this up in the
                 months ahead.

Mr. Willer:      That plastic tube will be bent in the
                 same way?

Mr. Stecher:     The pipe is being bent with hot water
                 or steam.

Mr. Lord:        We use a lot of them and we get better
                 results with hot air.

Mr. Stecher:     Any more questions?  Alright then we
                 will show this film on plastic piping
                 for washdown systems.

Mr. Chamberlain: Gentlemen, we are fifteen minutes behind
                 schedule.  Thank you very much, Mr.
                 Stecher, for a very intersting
                 presentation.

                 Our next speaker this morning will be
                 Mr. Meeker from Long Beach Naval
                 Shipyard, who will speak to us on
                 "Pipe Insulation Processes and Procedures."

                 Mr. Meeker!

Mr. Stecher:     I missed one point what was the complaint
                 about unibestos?

Mr. Meeker:      It is too rigid.

Mr. Stecher:     What do you mean by too rigid?

Mr. Meeker:      It's just that.  It has no flexibility,
                 it cracks.  And is a poor insulating
                 material.

Mr. Stecher:

It's one of the best insulating materials as regards the high co-efficient of heat.

Mr. Meeker:

It's very good in the laboratory and on paper, but when you install it takes a lot more time and breaks in shipment.

Mr. Winslow:

We never use it, we have had trouble with it.

Mr. Chamberlain:

Glen, there is one thing you mentioned that interests me and that is Stafoam you indicate that it is only for cold surfaces. Do you know if any research is being conducted to see if it can apply to a hot surface in a spray manner?

Mr. Meeker:

No, I went over to the Union Oil Refinery about three weeks ago looking for new material. It doesn't work out good on hot pipe.

Mr. Chamberlain:

How would it work on a heated space such as on a DL class vessel?

Mr. Meeker:

It would not work very good in there. It is not approved for that.

Mr. Chamberlain:

Have you any literature or information on it?

Mr. Meeker:

A small amount in my hotel, I think. I will bring it over if I can remember it.

Mr. Chamberlain:

If you don't, just drop it in the mail. I would appreciate it.  Thanks.

Mr. Ferris:

George, if you will contact DuPont Company you will get all the

Mr. Ferris:
(Continued)

information.  They developed this
type of insulation.

Mr. Chamberlain:

Have you used it, Larry?

Mr. Ferris:

I have seen experiments on it.
I haven't used it.

Mr. Stocker:

It will not stick to metal, I saw it
tried on the inner and outer panels of
voids, it rises up like yeast and
fills up the whole void.  I don't
think it will stick to metal.

Mr. Meeker:

The particular stuff we are trying out
is sticking.  It may not last, I don't
know about that.

Mr. Chamberlain:

How about your shop, Mr. Lucas?

Mr. Lucas:

We've been using the conventional type
of insulation.

Mr. Ferris:

In one part of Mr. Meeker's speech it
was very interesting due to the fact
that a couple of years ago this
Asbestosis in the workers was quite
a scare.  As you know, a person using
this material has to be X-rayed at
regular periods, they will tell him
to come back in a much shorter interval.
This was brought to the attention of
Union leaders.  Fourteen out of one
hundred and twenty-six had Asbestosis,
and possibly by now a higher percentage
have it.  Attention was brought some-
time ago to the high rate of sick
leave for lung and throat trouble,
and the Hygiene Officer, said there
was nothing to it.  Then we had a
letter from the Bureau.  The order is
for them to wear masks, because
fourteen people have brought suit
against the Government.  Now, if you
haven't told these people to put on
masks, you are more or less the cause
of their trouble.  You are

Mr. Ferris:
(Continued)

knocking the Government case into a cocked hat.

Mr. Stocher:

I go along with that.

Mr. Ferris:

I think everyone, who has people doing this type work, should warn their people regarding the handling of this material. With the proper handling of it on the job, and it has always posed a very big problem, because the men don't want to wear the masks, or get this dread disease. It is difficult to protect them. After a couple of years of mandatory wearing of masks I think they should realize the danger. I think everyone ought to enforce the wearing of masks. Don't forget this is something that injures people's health. We should do something about it and fast, and I am convinced that what we are doing is not enough. We should not have people handle this material without protection.

Mr. Hooker:

Any more questions?

Mr. Chamberlain:

If there are no more questions, this would be a good time for a short recess.

Mr. Whitthorne:

Just a minute, George, please. In behalf of myself and all the other Master Mechanics present at this, one of the most wonderful conferences given in any Shipyard - in fact I have never seen anything like what you have done, I wish to express our appreciation for your efforts.

Mr. Chamberlain:

Thank you, Irv, We always want you to have pleasant memories of us here in Boston, remembering that the Boston Naval Shipyard was host to the first Pipe and Copper Master Mechanics', Conference. Let us hope that we will soon meet again.

COPY

FROM
ARCHIVES BRANCH
GSA REGIONAL OFFICE BUILDING
9th & MARKET STS. ROOM 1350
PHILADELPHIA, PA  19107

Record Group No. _181_
Additional Information _RECORDS OF_
_INDUSTRIAL MANAGER, 4th_
_NAVAL DISTRICT_

# Exhibit 17



NAVORDINST 5100.21
IN1
7 Jan 1958

DEPARTMENT OF THE NAVY
Bureau of Ordnance
Washington 25 D. C.

NAVORD INSTRUCTION 5100.21

From: Chief, Bureau of Ordnance
To:   Distribution List

Subj: Safety Handbook for Pipefitters

Ref:  (a) NAVORDINST 5100.13 of 10 Aug 1956, Subj:
          Industrial and General Safety and Industrial
          Hygiene Manual

1. Purpose.  This Instruction promulgates a Safety Hand-
book for Pipefitters.  This is one of the safety handbooks
to be issued in accordance with Chapter 4, paragraph 5 of
reference (a) as an aid in the safety indoctrination of
employees so that accident prevention can be further
improved in the Naval Ordnance Shore Establishment.

2. Background.  A number of activities have suggested
that the Bureau issue safety handbooks for trades rather
than have each activity develop its own similar set of
such handbooks.  Smaller activities, in some cases, lack
the facilities for the development of such handbooks.  A
set of the more common handbooks has been developed
in loose-leaf format with the intent that stations desiring
to use them can modify them to suit local conditions.
This is one of a set of fifteen handbooks being issued at
this time.

780601

2340  CCF9517

NAVORDINST 5100.21

# SAFETY HANDBOOK

3. Coverage. The safety rules listed in this handbook are, of necessity, limited in number and are not intended to cover fully all applicable safety rules. This handbook does not supersede or replace any existing safety regulations but is provided as an additional safety indoctrination and refresher training aid.

4. Action. Prior to making distribution of this safety handbook, addressees are requested to review the handbook and make any pertinent additions and changes considered desirable, depending upon local conditions.

Requests for additional copies of NAVORDINST 5100.21 should be submitted to either the General Supply Depot, NSC Norfolk or the General Supply Depot, NSC Oakland.

F. E. WITHINGTON

G. P. ENRIGHT
By direction

DISTRIBUTION:
SNDL Part 2 (No. 21)
K1A(Charleston, Fl, MilVille, Fallbrook - 2 copies; others 5 each): K4(C13 copies), K8D(8 copies), K3(8 copies), K3-(8 copies), K5B(18 copies), K5D(8 copies), K7(W,D, only (8 copies), K813 copies), K9(1 copies), K10(8 copies), K1(3 copies), K15A(6 copies), K15CB copies), K1603 copies).

Copy to: (2 copies each unless otherwise indicated)
A3A(A0 - C1), C4(diamond item only), J30(Washington only)
K7A(Crane (Code AA3) only) (1 copy), K5A11(Louisville (Code A43) only)(1 copy), K13(Code NA)(1 copy).

ii   iii



SAFETY HANDBOOK

**FOREWORD**

There are certain fundamentals in accident prevention that must be observed if one is to have a safe operation. Regardless of what the assignment may be, there are safety factors that should be considered. Personnel should use this information off-the-job for safety interest they learn from the experience of others.

A good example is working from ladders and scaffolds. Injuries after hours have been numerous as a result of improper procedures. One of the benefits of a sound safety program to established from the preservation of good program in the shop stand-up meeting. Care for these subjects should be considered in the topic for these conference type meetings.

NAVORDINST 5100.11

**GENERAL TOPICS**

**Reporting of Injuries.** (Reference NCPI 90.5) All injuries, no matter how insignificant, must be reported immediately to the Medical Officer. Your experience may prevent a repeat sequence of others.

**Compensation Claim Procedures.** (Reference NCPI 90.5, Art. 2) The Safety and/or Personnel Officer can assist the injured in claim procedure. However, details must be taken in progression to establish a bonafide claim.

Obtain permission on a NAVEXOS 601 (Dispensary Permit) from your supervisor before going to the dispensary, Naval, or Public Health Hospital.

Complete a CA-1 (Employee's Notice of Injury and Original Claim for Compensation and Medical Treatment) with all details of HOW, WHEN, and WHERE the accident was experienced and include names of witnesses.

If the injury requires additional treatment a CA-2 (Official Superior's Report of Injury) should be completed.

If the injured chooses compensation in his leave preferential, a CA-4 (Employee's Claim for Compensation on Account of Injury) should be initiated. If represented compensation is desirable for dependents a CA-1b (Application for Extended Compensation for Disability) should be completed at the same time.

1

# SAFETY HANDBOOK

## APPLICABLE SAFETY RULES

**Electrical Appliances.** (Reference OPNAV 34P1 Chapter 10) The Underwriters Laboratories approve electrical devices, so look for their seal of approval. Provide grounds for devices as required by current instructions. Never overload circuits. When in doubt call an electrician, particularly where lines may be faulty service. People working in and around high voltage should be acquainted with first aid in case of shock. Posters may be obtained from the Medical Department for training purposes. Remember that water is not conductive in good electrical working conditions and if combined with low or high voltage may prove disastrous.

**Compressed Air.** (Reference NAVODDINST 5100.12, page V-5) Eye injuries are prevented from the application of compressed air. Always remember to wear safety glasses with side shield. Air embolisms are possible from improper exposure to high pressure air. Use with respect, always. Improper storage facilities can prove disastrous if not controlled properly, particularly in the case of high pressure. The lines should be secured to prevent possible whipping when a break occurs. Air line regulators should have a filter in feed lines to prevent inhalation of foreign materials.

**Acids - Toxic Materials.** It is the fumes from these substances that are dangerous. From an explosive and inhalation hazard such substances are qualified that can be dangerous. An industrial hygienist should determine their value. It is advantageous when working with acids to have copious amounts of water available.

Acids have tendencies to be explosive both in large and small amounts (i.e., batteries). Ventilation is a must

2

# NAVODDINST 5100.21

where carbon tetrachloride or methyl alcohol is used. These toxic substances are usually controlled by a Toxic Control Committee or are not allowed.

**Hand Tools and Portable Tools.** Inspect all tools for defects. If the tool is used for inspect purposes check closely for metal fatigue. Inspect all electrical tools for additional exposure. Inspect all defects to prevent tool for the specific designed application only, and within its capacity. Get permission and instruction before using a new, strange device. Emphasis can not be too great in advising anybody not to be in the use of safe tools. When planning a work consider what safety precautions are necessary. Use references before making plans and before giving a stand-up meeting on the subject.

**Ladders.** (Reference NAVODDINST 5100.13, page A-10) Inspect the ladder for defects and note that the last date of inspection is current before checking out. Use a ladder for reaching an object only within the safe distances of reach. Never over-extend. Check the safety devices before using the tripod type ladder. Keep the face used for footing clean (i.e., oil, rubber). Never carry material up a ladder. Use a hand line. Metal ladders should be used cautiously around electricity. Off-the-job workers from bits over chains but serious results.

**Lifting and Carrying Operations.** Plan your work with consideration for making lifts. If it must be a manual lift allow the room to make lifts with your knees and not your back. In all cases use mechanical tools if feasible. If you would carry make sure it will not be close to your body. Whenever possible use a mechanical lifting device to prevent possible injury. Injuries from improper lifting

3

## SAFETY HANDBOOK

are prevalent off-the-job and on-the-job. Using the proper method is a good preventive in any safety program.

**Scaffolding.** (Reference NAVOHDINST 5100.13, page 9-16) Scaffolding can prove to be an accident preventive, if use properly. In many instances ladders accepted where scaffolds should be installed. This consideration should be given in the on-the-job phase. Materials left on scaffold have proved to be accident makers. Tools left behind, good housekeeping in size in an accident incident preventive. Use your safety manual and other reference materials when making plans for work or for stand-up excellence on this subject.

**Wire Rope and Manila Line.** This gear should be included in periodic inspections. Do not take a chance. Inspect it yourself. This equipment will deteriorate quickly when exposed to the elements. Use only good references on this subject such as the National Safety Council Safe Practices Pamphlets and Cards and OPNAV 5101. Use items in planning your stand-up meetings on this subject. Wire rope and manila line have contributed to serious injuries. Wire and lower painters, boat builders, and helptals in general should be cautioned on this exposure.

## NAVOHDINST 5100.21

### VEHICLE EQUIPMENT LICENSING REQUIREMENTS

Only authorized trained operators may be assigned to vehicle equipment. Outlines for licensing are given in NCPI 198 and OPI 1239. Material handling licensing should be outlined in the Station Safety Manual. Training and refresher training is a requirement for all vehicle operators. All material damage and physical injury must be reported immediately. Serious industrial injuries are reported to the Bureau as well as serious industrial accidents resulting in material damage. (NAVOHDINST 5100.12). Notify your supervisor of any change in your operating status whether on-duty or off-duty. Particularly in the area of personal physical conditions.

## SAFETY HANDBOOK

### PIPEFITTERS

The greatest exposure of this trade is that workers come in contact with materials under high pressure such as steam and air. Due to unusual exposure in such conditions at waterplants, sewerage plants, heating operations, etc., the worker should observe and complete initial hygiene practices for his own welfare. Many of the work assignments consist of manual application in such operations, installation, storage, and materials handling. This should alert the worker to the proper techniques in lifting. Many times the worker finds himself on assignments that call for his own judgment. If the work is planned with the supervisor and the basic safety concepts are reviewed before going on the job they aid in preserving the worker's safety.

Eye Safety. Wear correct goggles for every job where there may be danger of impact, flying objects, harmful dust, gases, strong chemicals, or harmful light rays. Wash chemicals from the eyes with large quantities of clean water, blocking the open eyelid. Tell someone to get a doctor immediately. If dust or small particles get in your eyes, do not rub them. Get prompt first aid. Allow only a doctor or qualified nurse to remove anything from your eyes.

Bench Work. Keep your bench neat and orderly, and the floor free of slipping and stumbling hazards; don't let materials or debris accumulate to become a fire hazard or breed vermin. Use a brush to clean off the bench top. Tools should be placed where they cannot fall off the bench. Provide a place for each tool and keep it there. Protect the blades of sharp or pointed tools. Avoid using tools with mushroomed heads, cracked or broken handles,

NAVORDNST 5100.21

or without handles. Use only wrenches of the right size; keep jaws sharp and in alignment; keep your eyes in order.

Always use the proper tool for the job — never use makeshift tools. Do not stand long materials up against the bench or the wall where they may fall easily. Guard against injury to others when handling long materials. Place screens to protect others from flying objects. Wear goggles as protection against flying particles; wear safety shoes when doing heavy work. See that the workers and other sources of light at your work give all possible illumination without glare. Wash your hands frequently before eating and before leaving the workplace for home.

Pipereaming and toollating. Knives should be carried in a sheath, point down. When cutting materials, cut from the work toward you. When toollating, wear round pliers, pull down sideways, never toward your face. Scissors should be carried in a sheath with points down, fastened to a hook or suspenders or around the neck or where there is no danger of slipping when working overhead. When working, move so as toward you, keep sharp tools or sideways. Where there is danger of injuring yourself if the thread breaks. When handling (toollating) materials on piping, always bend ends over so that hand ties smoothly against jagging. Never leave sharp ends of wire; always bend them over so sharp ends won't protrude. When

SAFETY HANDBOOK

cutting wire from coil, hold end of wire firmly to prevent end sticking you in your eyes or face. Buckets and material should be wired to piping or other fixed objects to keep them from being kicked or rolled off stagings or gratings. Do not pile materials in passageways or fire lanes. Do not spread drop clothes over holes or misplaced floor plates or gratings where there would be danger of anyone stepping. Whenever excess materials to be used ... containers. Observe good housekeeping at all times. When handling tmetallic, fiber glass, or asbestos sections tight-fitting leather gloves must be worn to prevent injury to hands.

Cutting Oils and Compounds. You may be troubled with rash, pimples, or boils if you permit your skin to become clogged with dirt and oil. When spotting parts at noon and at night, scrub your hands and arms thoroughly with soap, warm water, and a soft brush. After each washing rub lanolin or petroleum jelly or other ointment on your skin to prevent chapping. Keep a nail brush and a rag to wipe your arms and hands with. Do not wipe your hands with waste; metal particles on your skin or in the waste may scratch you.

Propane Gas. Leaks in propane gas lines are dangerous. Because of the equipment to which this gas is applied is equally dangerous, as explosion, fire, or asphyxiation can readily occur. In order to prevent this be alert constantly for any hazards due to leaks, faulty equipment, or improper practices. All shops and areas using propane gas must instruct and train their personnel in the precautions and safe practices to follow. This gas is 1-1/2 to 2 times as heavy as air and thus tends to seek low levels and will, for instance, progress through apertures at trenches at intervals to various in a shop. Therefore, use proper precautions against fire in handling this gas.

Refrigeration and Hydraulic. Be sure that you understand how to use ammonia masks. Check the date on which the mask was inspected at frequent intervals. Gas mask canisters which are one year old or which have been used for a total period of one hour must be immediately replaced. Do not work around ammonia fumes without a mask and without a second person nearby. Wear rubber gloves and approved goggles before handling sodium silicate or caustic. In the event that ammonia or caustic gets in contact with the skin, flush freely with water. Do not make any adjustments unless you are sure that there will be no danger to yourself, your fellow employee, or the equipment.

Silver Brazing. Only those employees who have passed a qualification test are permitted to do silver brazing. Be sure there is good ventilation. Wear eye protection. Filter lens, either pink or green, will give protection against glare and help you do a better job.

Handle compressed gas cylinders carefully. Cylinders should be inspected, stored, or allowed to strike each other violently. Do not permit oil or grease to come in contact with oxygen cylinders, valves, regulators, or fittings. Oxygen shall ... after ...

789665

## SAFETY HANDBOOK

the internal pressures have been reduced to 25 p.s.i. (gage). Do not use acetylene at pressures in excess of 15 p.s.i. (gage). Do not use oxygen or any fuel gas from a cylinder without an approved pressure reducing regulator. Torches and hoses shall be disconnected from cylinders when not in use and the cylinders shall be left uncrowded. Gas torches and hoses must never be left unattended in confined spaces. When leaving a compartment, tank, or other confined space immediately remove the torch and hose to a well-ventilated area.

Machinery and Equipment. General Precautions. Only authorized and qualified employees are permitted to operate machines and equipment. Do not use machines without all guards in place and properly adjusted before starting the machine. Keep tools, machines, and working space as clean as possible. Don't let stock or scrap accumulate. Clean metal borings, chips, and scrap material from the machine and let it be in the proper containers. Do not handle die scraps with your bare hands. Do not use an air hose to clean the machine; use a brush. Clamp material securely in machine before starting the machine. In case you attempt to mill, turn, or drill any part of a machine while it is running. Do not distract the attention of others engaged in exacting operations.

Always remove check wrenches from chucks immediately after you use them. If left in the chuck they will fly out when the machine is started. Loose clothing, rings, watches, and neckties should not be worn around moving machinery. Do not lean over the work or reach behind or around moving parts. Stop the machine before attempting to pick up tools or other objects lying near or in the path of moving parts. Always shut off the power before attempting to remove stock or jammed pieces of material from a machine.

10

## NAVORDINST 5100.21

Pipe Threading Machine. Wear eye protection when operating a pipe threading machine. Tighten pipe securely in the chuck and remove chuck wrench before starting the machine. Do not run your fingers or hand over the pipe threads. Use a brush to remove chips. If you are not familiar with the machine get instructions from your supervisor before attempting to operate it.

Power Hack Saws. All work shall be properly secured before starting the hack saw. Keep stock in place and keep work area as neat as possible. Be sure all belts and pulleys are guarded. Foot protection should be worn when operating this equipment. Keep confined all the floor. When handling heavy materials use a hoisting device.

Caustic Solutions. Lye and caustic soda will create severe burns in the eyes and skin, therefore, clear-fitting rubber-framed goggles or face shield and rubber gloves shall be worn. Rubber apron and rubber boots should also be worn when handling caustic solutions, and to avoid violent spattering when making solutions, add caustic slowly to the solution and stir constantly. In case you are accidentally splashed flush the affected parts thoroughly with water, then report to dispensary.

Acids. Use same protective equipment as for caustic solutions. Handle acid material carefully. Be particularly careful when dipping hot material. When mixing acid solutions always pour the acid into the water. Never pour water into acid. Pour slowly and stir constantly. Thoroughly flush containers as soon as they are emptied. When cleaning current pipe or cable do not submerge both ends on the pipe at the same time.

11

## SAFETY HANDBOOK

**Lead.** When pouring or working with hot lead wear an apron, gloves, and eye protection. If a hood is to be used in a confined area, make sure good ventilation has been provided. Do not leave molten lead unattended. Use only approved ladles when handling molten lead. Be sure no moisture or water gets into the molten lead. Wash hands thoroughly after handling lead, particularly before eating. This precaution also applies when using a lead base paint or white lead pipe sealer.

**Wrenches.** Inspect wrenches for sprung, cracked, or battered jaws. Do not use a wrench that does not fit the nut or bolt head properly. Keep wrenches free from all oil. When using an adjustable wrench, place the jaws on the side facing you and apply pressure toward the wrench. Brace yourself in a solid footing and should the wrench slip or the nut turn over, you will miss a wrench in a hammer. Do not hammer a wrench. If it becomes necessary to tap a wrench, use a rawhide or other soft hammer. Do not use a length of pipe to extend a wrench handle for additional leverage, get a longer wrench. Do not use a shim on a wrong sized wrench lid.

**Asbestos.** Asbestos dust is injurious if inhaled. Wear an approved dust respirator for protection against this hazard.

**Hack Saws.** Tighten blade firmly to prevent buckling. Apply pressure on the forward stroke only. Pull the saw back lightly to protect the teeth. Be careful material before attempting to make a cut. Keep both hands on the saw to steady it and prevent chattering. Wear your safety goggles when using a hack saw overhead.

12

---

Use the following table to determine the proper blade for the job:

| Use | Teeth to inch |
|---|---|
| Soft solid metal | 14 |
| Tool steel, iron pipe, hard metal | 18 |
| Drill rod, sheetmetal, tubing | 24 |
| Thin metal and tubing | 32 |



**Pneumatic tools** shall be used only by employees familiar with and properly instructed in their use. Hose shall not be laid over ladders, steps, scaffolds, or passageways in such a manner as to create a tripping hazard. Air at all times shall be used at all times manifold and pressure retained from the line before disconnecting the tool from the line. When using pneumatic tools keep the exhaust turned away from your face. Eye protection shall be worn at all times when operating power tools. Do not use portable power tools in areas where flammable vapors may be present. Contact your supervisor if in doubt. As with

13





## NAVDOCKS P100.21

**Trenches.** Do not jump into open trenches or other excavations if the trench is more than 3 feet deep; use a ladder. When getting out of a trench, look all ways for traffic danger. Keep a safe distance from fellow workers, to avoid danger of striking them with a tool. Keep the shoulders of the trench free from tools, waste materials, stones, and loose earth. If possible, keep the soil back between two and two feet. If the excavation is deep and must contain a ladder, the sides of the trench and other sharp objects, remove them carefully and promptly. Trenches must be braced whenever the soil is not a trench or other loose soil is encountered. Keep the soil back far enough from the edge of trench to avoid excess weight and cave-ins.

**Manholes.** Use a proper tool to remove and replace the manhole cover. Place traffic cones around the manhole. Display DANGER signs and bright red warning flags at the opening at all times. If possible use lighted lanterns. Have a helper guard an approved method. If there is a deficiency of oxygen, ventilate the manhole, or either wind sails, remove suspected manhole covers, or use forced ventilation. The last method is best. Make

17

## SAFETY HANDBOOK

until the acid or caustic dries. If flanges stick rest them by driving in a wedge. (If runway spike sharpened) through the shield and hole the joint.

**Babbitting, Melting and Pouring Suggestions.** Wear a safety wrist protecting tool; your face and hands. Wear close-fitting clothing, long sleeves tight about the wrists, collar buttoned close, stout shoes, and good repair tightly laced. Avoid trousers coming well down over the babbitt, ropes, top any ladle, and the molten machine part into which you are pouring should be perfectly dry. To ensure this, preheat them thoroughly. Holes that might contain moisture. Avoid clothing the furnace from the molten metal. Do not put the ladle, insert the ladle into the lead pot otherwise so that splashing may be avoided.

**Barricades and Warning Signs.** Before starting any street or in the workplace, always place warning and complete barricades and warning signs. Barricades should completely encircle the street or other workplace. Place proper red warning flags or other warning signs announcing the dangers from traffic and also protect the public. If traffic is heavy, station a flagman with the proper red warning traffic. At night give additional warnings to all daytime danger flags and signs. All lanterns near any

18

## SAFETY HANDBOOK

sure that air delivered to the manhole is not contaminated by motor vehicle exhaust gases. After ventilation, again test the manhole. If the air content is questionable, enter it only under specific orders of your supervisor after putting on respirator protection and a lifeline. Have a helper stationed at the manhole entrance holding the life-line in his hands.

**Handling Pipe, Truck and Trench.** Stand on one side when pipe is being unloaded from a truck lowered into a trench. Before operations are begun carefully inspect the ropes to be used, for defects that might cause falls of materials and injury to persons. Bad burns are caused by allowing the rope to slide through the hands. Wear gloves, and take great care to avoid strains. Always block the pipe to prevent it from rolling. When carrying pipe with others, make sure that all workmen understand the signals for lifting and lowering. These are done best with good teamwork. Take great care in handling threaded pipe – the threads are always sharp and cut the flesh easily.

18

# Exhibit 18



# SAFETY *Review*

## In This Issue:

SAFETY EQUIPMENT CONTROL
WHO IS RESPONSIBLE FOR SAFETY?
SUCCESSFUL FOOT PROTECTION PROGRAM
BULK PROPANE SYSTEM
JIG FOR BUILDING PIPE STAGING
ASBESTOSIS
SAFETY CAPSULES



Safety costs money—lack of safety costs infinitely more. We must pursue an effective, efficient safety program with the same vigor we pursue an effective, efficient program of shipbuilding, conversion and repair.

*R. K. James*

RADM R. K. JAMES, USN
*Chief, Bureau of Ships*

NAVY DEPARTMENT
OFFICE OF INDUSTRIAL RELATIONS
WASHINGTON, D.C.

NAVEXOS P-52

## OCTOBER 1962

### VOLUME 19 NO. 10

Use of funds for printing this publication approved by the Director of the Bureau of the Budget 4 May 1960.
For sale by the Superintendent of Documents, United States Government Printing Office, Washington 25, D.C.
Single copy, 15 cents; domestic, $1.25 per year; 50 cents additional for foreign mailing.

DEFENDENT'S
EXHIBIT
Buffalo Pumps
114

# ASBESTOSIS

*Prepared by Capt. H. M. Robbins, MC, USN, and W. T. Marr, Industrial Hygienist, Long Beach Naval Shipyard*

I N 1930, the first cases of asbestosis were reported in the United States. A few years later (1934), amosite, a type of asbestos, was found to be comparatively light in weight and an excellent insulator for shipboard work. By 1937, manufacturing problems were solved and the material was used productively aboard naval vessels. During the war years, shipyards had a great influx of employees in all trades, and pipe covering was no exception. Asbestos was used extensively. In 1945, a medical survey team noticed the dusty working conditions of pipe coverers and a study was made of the working environment of these employees in four shipyards. High dust concentrations were found at the time and X-ray examinations given to over 1,000 pipe coverers. Only three employees, each with more than 20 years' experience in working with asbestos material, were found to have asbestosis. This low incidence of disease and the extensive number of years the affected employees worked in the material led the investigators to conclude pipe covering to be a relatively safe operation in shipyards. Exhaust ventilation and respiratory protection were still recommended as good practices. The "extensive years" gives us an extremely important clue to watch.

Medical evidence indicates the requirement for many years of exposure to develop asbestosis.

Shipyards have two work areas, the insulation shop and aboard ship, where there is a potential exposure to asbestos fibers. Pads, like small pillows for shipboard fittings, are made in the shop. Here asbestos cloth is cut to size and filled with a type of asbestos called amosite. Recently, in this shipyard, fibrous glass has replaced amosite as the filler for these pads. Aboard ship, a great variety of insulation is performed. Insulation blocks are shaped with a saw, pads are applied to fittings, insulation cement is applied to blocks and covered with asbestos cloth. These, and other operations, take place in nearly all compartments; however, most work is done in the machinery spaces. By far the greatest potential exposure to asbestos fibers occurs during ripout of old insulation for ship overhaul or reconversions.

There is still much to be learned in the area of measurement and evaluation of asbestos fibers in the working environment. The general feeling is that asbestosis is caused by breathing relatively long fibers (10-25 microns) and that the fine asbestos dust is relatively inert. At this time, the recommended maximum allowable concentration is 5 million particles per cubic foot. Control of asbestos dust and fibers is relatively easy in the pad shop. A water supply pipe, filled with small holes, is located directly over the asbestos cloth on the end of the cutting table. As the cloth is drawn onto the table, the cloth is dampened. This cloth remains damp throughout the process of filling, sewing, and installing pins in the pads. Additional exhaust ventilation has been installed in the shop and is now operated constantly during working hours. Dust studies were made while dry cloth and amosite were in use and the ventilation off. These counts were generally in the range of 5 to 20 mppcf. Under improved conditions, the count is generally below 1 mppcf.

A pipe coverer's working environment on board ship is constantly changing, making it difficult to obtain an average dust exposure. Almost any concentration of dust and fibers can be found under varying conditions. The highest counts, of course, are during ripout where 200 mppcf are not uncommon. Due to the constantly changing work positions and areas of pipe coverers, adequate ventilation is not possible. The worker's best protection is to avoid careless creation of dusty conditions, use damp material when possible, and wear respiratory protection constantly. There is, at present, no known cure for asbestosis. Once a person has contracted the disease he has suffered a loss of health which cannot be redeemed.

For an educational program, a tape recording was made of an interview with a former employee who is now receiving disability compensation for asbestosis. This recording, along with discussion, has been presented on several occasions to encourage employees to use every means to protect themselves from exposure to asbestos fibers. Films are also periodically shown on the use of respirators.

# Exhibit 19

NATIONAL CENTER FOR
URBAN AND INDUSTRIAL HEALTH
THE EAST CENTRAL PARKWAY
CINCINNATI OHIO 45207

REFER TO:



30 July 1968

Vice-Admiral R.B. Brown
Chief, Bureau of Medicine and Surgery
Navy Department
Potomac Annex
23rd East Street, N.W.
Washington, D.C. 20390

Dear Admiral Brown:

As you know the Occupational Health Program of the U.S. Public
Health Service has been very active in gathering environmental
and medical data on the occupational hazards of asbestos. One
of our grantees, Dr. Irving Selikoff of New York University,
has recently completed a study of non-insulation shipyard
workers' exposure to asbestos. Dr. Selikoff reports he has
some very interesting data and has requested that we arrange
an informal meeting with your Department and the U.S. Department
of Labor to discuss his findings.

My Assistant Chief, Mr. Stanley Reno, discussed the possibilities
of a meeting on August 29, 1968, with Lt. Cdr. Barboo of your
staff; who suggested that we formally request that a small
meeting be held at 23rd and Constitution, Building 7, on
29 August 1968. The meeting would probably consist of about six
people; including Dr. Selikoff, Dr. Lewis Cralley of the
Occupational Health Program, a representative of the U.S.
Department of Labor, myself and appropriate members of your staff.
The time and other details of the meeting can be arranged between
Lt. Cdr. Barboo and Mr. Reno providing this proposal is satis-
factory to you.

We are looking forward to a meeting with your staff and feel
that an exchange of information will be of mutual benefit to
all concerned.

Sincerely yours,

Murray C. Brown, Med. Dir., USPHS
Chief, Occupational Health Program

B 300137

# Exhibit 20

732            LCDR S. H. BARBOO, MSC, USN            5 Dec. 1968  5 Dec. 1968

73

x

Vice Admiral
R. B. BROWN

Newspaper articles appearing on shipyard asbestos workers

Admiral Brown telephoned to related information he had received at the CNO's Conference of this date concerning Admiral Fahy's (ComNavShips) inquiries concerning articles appearing in the Washington Post and The New York Times. According to Admiral Brown, the articles have put the Navy in adverse publicity in that Doctor I. J. Selikoff of Mount Sinai Hospital, through the news media, stated that he has warned the Navy and other Federal departments of his findings relating to the unusual incidence of asbestosis among shipyard asbestos workers. The newspaper articles stated that the Federal agencies including the Navy have not publicized the hazards. Admiral Brown requested a complete background search and medical thinking on the subject of asbestosis; and a conference concerning this matter is to be held at his office at some time on 6 December. Admiral Brown wants a defense for why the naval shipyards were not alerted to the unusual hazards associated with asbestos and desires to know what control measures are being utilized.

6 December 1968

On this date, a meeting was held with the Surgeon General, VADM R. B. Brown, MC, USN; CAPT R. E. Rosenwinkel, MC, USN; and LCDR S. H. Barboo, MSC, USN. VADM Brown was briefed on the medical content of a meeting of representatives of participating agencies held at BUMED on 29 August 1968; and was appraised of current policies and control measures and research concerning asbestos exposure concerning Navy employees. VADM Brown requested that a brief letter containing this information be drafted for his signature to the Secretary of the Navy.

12/19/68
Assistant Chief for Research and Military Medical Specialties

x
x

FILE M & S COMMEC.            B 300143

17

# Exhibit 21

UNITED STATES GOVERNMENT

*Memorandum*

DEPARTMENT OF THE NAVY

6101C:EO:tdl
DATE : 9 December 1968
Ser 1105

FROM   :   SEC 6100

TO     :   SHIPS 07

SUBJECT :  Hazards of Asbestos

Ref:     (a) Article entitled "U. S. Warned of Asbestos Peril" in the Washington
             Post, Wednesday 4 December 1968
         (b) SHIPS 072C Memo of 4 December 1968

Encl:    (1) Analysis of hazard by Cdr. Rosenwinkel, MC, USN
         (2) List of Asbestos Packing and Gasket Specifications
         (3) MIL-STD-769C, "Thermal Insulation Requirements for Machinery
             and Piping
         (4) Use of Asbestos for Piping and Machinery Insulation

1.  As requested during telephone conversation of 4 December 1968, the following
information on the health hazards of asbestos is forwarded.  This will supplement
preliminary information previously submitted by Code 072 in reference (b).

2.  Enclosure (1) contains a statement of the hazards associated with the handling
and use of asbestos.  This statement was obtained from Cdr. Rosenwinkel, MC, USN
of the Bureau of Medicine and Surgery, Occupational Health Division.

3.  A survey of the uses of asbestos in shipbuilding disclosed that this material
is used primarily in two areas.  The first is for packing and gaskets and the second
is for piping, lagging, and boiler insulation.  From a health viewpoint, the second
area is considered to be the more important.  A third use of asbestos is as a
precoating on diatomite feedwater filters on LSD's.  This is a very limited use,
however, and is not considered to be a significant health hazard.

4.  Enclosure (2) contains a list of asbestos containing packing and gasket materials,
together with applicable specification numbers.  All of the asbestos in these items
is fabricated as cloth, rope, or compressed sheet with binders, so that the items
are not friable when they are cut.  Thus, these items do not cause dust in shipboard
applications.  In addition, in many instances, they are received already incorporated
in the finished assembly, such as a valve, and do not require fabrication by the
shipyard.  For these reasons, packings and gaskets containing asbestos are not
considered to be a significant health hazard.

5.  The most important use of asbestos from a health viewpoint is for piping, lagging,
and boiler insulation.  Enclosure (3) includes the requirements for thermal insulation
for machinery and piping.  These requirements include the use of materials other than
asbestos.  Insofar as possible fiber glass and calcium silicate are used.  A
detailed discussion of the use of asbestos for these purposes is contained in
enclosure (4).

DEFENDENT'S
EXHIBIT
Buffalo Pumps

144

C 2 9 1 9 4

61010:WRR:det
9 December 1963
Ser 1105

6.  It should be emphasized that probably the greatest health hazard is caused by airborne asbestos particles during "rip-out" operations, especially on ships built during and shortly after World War II.  Asbestos was widely used during that time. Although respirators are specified for personnel engaged in these operations, overall control of the dust problem is extremely difficult so that persons in the immediate vicinity may be exposed.

7.  Contact was made with the Industrial Hygienists of Mare Island and Puget Sound Naval Shipyards to discuss this problem.  It was quite obvious from these discussions that the shipyards have for many years been aware of the hazards of asbestos and have initiated appropriate safety precautions.  Insofar as possible, all fabrication work is performed in the shops where adequate safety precautions can be observed. These precautions include controlled ventilation, use of respirators, and wetting down of the material.  During "rip out" operations, respirators are worn and ventilation is controlled as far as possible.

8.  Mr. Bessmer of Puget Sound recently presented a paper locally on the hazards of asbestos.  He agreed to forward a copy of his paper and other documents used by the shipyard for the control of asbestos to NAVSEC.  If desired, this information when received will be forwarded for information.

9.  The general specifications for shipbuilding allow the use of asbestos as well as other alternate materials.  In practice, however, the naval shipyards use fiberglass or other materials instead of asbestos as thermal insulation.   Exceptions are for vertical runs and for lagging where abrasion resistance is a factor.   Private shipyards, on the other hand, still use substantial amounts of asbestos.  In many cases, however, the asbestos fibers are bonded or combined with other materials. In these cases, the evolution of dust during installation would be minimal.  Also, removal could be accomplished in such a manner that the dust hazard would be minimized.

10.  To further minimize the hazards associated with the use of asbestos, the following actions are being considered:

    a.  Prohibit the use of asbestos for new construction and repair.

    b.  Investigate alternatives for vertical runs and abrasion resistant lagging.

    c.  Include in Chapter 9390 "Thermal Insulation" of NAVSHIPS Technical Manual, precautionary measures to be observed in the handling and use of asbestos with emphasis on "rip out" operations.

    d.  Insure that appropriate written documentation is made available and is utilized by the shipyards.

W. R. RIBLETT

Copy to:
SHIPS 072
SEC 6100
SEC 6101B,  6101E,  6105,  6153

-2-



BUMED Analysis of Hazard

The U. S. Navy is well aware of the hazards of asbestos to its employees engaged in ship construction and ship repair at naval shipyards.  Hazard control measures implemented by the shipyard medical departments and safety divisions are in accordance with accepted standards of industrial hygiene practices in the U. S.  Stringent efforts are directed at keeping the concentration of airborne asbestos dust below the level recommended by the American Conference of Governmental Industrial Hygienists.  An energetic periodic physical examination program of shipyard workers is aimed at insuring the health of workers engaged in the asbestos trades.

For more than two years, the Naval Ship Systems Command and the Commander, Boston Naval Shipyard have been cooperating with a prominent investigator in a study whose ultimate goal is to optimize safe working conditions with respect to airborne asbestos.  Upon the development of further scientifically founded recommendations for the control of this hazard, NAVSHIPS in cooperation with BUMED will take the necessary steps to implement them at the naval shipyards and other naval activities.

Enclosure (1) to Ser 6101C-1105

 

## List of Packing and Gasket Specifications

| | |
|---|---|
| HH-P-31 | Packing Material, Asbestos, Metallic Cloth and Tape |
| HH-P-41 | Packing, Asbestos, Rope and Wick |
| HH-G-76 | Gaskets, Asbestos Metallic Cloth |
| HH-P-34 | Packing, Asbestos, Rod, Braided |
| MIL-P-2911 | Type II, Packing Assembly, Hydraulic Conical and V Types |
| MIL-A-7021 | Asbestos Sheet, Compressed for Fuel, Lubricant, Coolant, Water and High Temperature Resistant Gaskets |
| MIL-G-16265 | Gaskets, Metallic Asbestos, Spiral Wound |
| MIL-P-16635 | Packing, Rounded, Bulk and Preformed |
| MIL-P-17303 | Packing Materials, Plastic Metallic and Plastic Nonmetallic |
| MIL-P-17349 | Packing Material, Rod, High Pressure, Asbestos |
| MIL-P-17350 | Packing Material, Semi-Metallic, Symbol 1400 |
| MIL-A-17472 | Asbestos Sheet, Compressed (Gasket Material) |
| MIL-G-21032 | Gaskets, Metallic-Asbestos, Spiral Wound |

Enclosure (2)

<u>Use of Asbestos for Piping and Machinery Insulation</u>

The naval shipyards have been aware of the hazards associated with the use of asbestos for many years and have to a great degree eliminated its use.

This is especially true with regard to asbestos felt materials which are considered the worst offenders with regard to propagation of air borne dust particles of the magnitude which can reach the lungs and cause asbestosis or mesothelioma.  In 1964, NAVSEC advised shipbuilding and repair facilities that fibrous glass felt MIL-I-16411, Type II could be used at two-thirds the thickness required for asbestos felt.  This recognition of the superior insulating characteristics of glass felt resulted in approximately equal material cost, thus eliminating the only advantage of asbestos.  The response to this announcement was enthusiastic.  A copy of the advising letter is attached hereto.

MIL-I-2781, Classes C and F Performed Fibrous Pipe Covering contains asbestos fiber bonded with diatomaceous earth.  The danger in the use of this material results from sawing to form mitered joints or shorter than three-foot sections.  Classes D and E of this specification are calcium silicate and are equal in insulating value.  It is considered feasible to discontinue use of the fibrous type without downgrading our insulation practices.

The other asbestos form in common use is cloth.  However, a recent development with regard to this item practically eliminates dust propagation. About a year ago as the result of a NAVSHIPYDPHILA Value Engineering Project, "rewettable asbestos cloth" was approved for Navy use.  In this product, an adhesive is applied at the manufacturer's plant.  The user merely soaks this cloth in water and applies it to the insulation.  All asbestos fibers are bonded together by the adhesive and dust release is negligible.

Enclosure (4) to Ser 6101C-1105

# Exhibit 22



DEPARTMENT OF THE NAVY
NAVAL SHIP SYSTEMS COMMAND
WASHINGTON, D.C. 20360

IN REPLY REFER TO
NAVSHIPSINST 5100.26
07D:JC:1b
Ser 70-07D
9 February 1971

NAVSHIPS INSTRUCTION 5100.26

From:  Commander, Naval Ship Systems Command

Subj:  Asbestos Exposure Hazards; control of

Ref:  (a) MIL-STD 769C of 15 Nov 1969, Thermal Insulating Requirements
          for Machinery and Piping
      (b) NAVSHIPS Technical Manual 9390 of Sep 1967
      (c) NAVMAT P-5100 "Safety Precautions for Shore Activities"
      (d) NAVMAT P-10470 "Safety Equipment Manual"

Encl: √(1) Suggested Warning Signs

1.  Purpose.  To prescribe appropriate safety precautions  during the use
of asbestos.

2.  Background.

    a.  Asbestos is a broad term applied to a group of fibrous
minerals such as amosite, chrysotile, crocidolite, etc., composed
of silicates of iron, sodium, calcium and/or magnesium.

    b.  The most critical use of asbestos in the Navy from a safety
viewpoint is in the fabrication, installation, repair or removal of pipe
and boiler insulation materials.  Some workers sustain accidental con-
tacts either while employed in various capacities where asbestos products
are processed or when working in plant areas in which an environmental
pollution of the air exists due to asbestos.  The severe effects of
asbestos on the lungs is the main factor for considering the elimination
of asbestos as an  insulation material on piping, ducts and boilers.
References (a) and (b) set standards of materials which are to be used.
These references will be reviewed periodically and changed as necessary
to reflect the use of new materials that meet or exceed the standards
now in use.  Reference (c) also provides guidance on precautions  regard-
ing asbestos.

3.  Action.  The following safety precautions will be observed by all
supervisors and workers engaged in the fabrication, installation and/or
removal (rip-out) of asbestos-containing insulation/material.  The pro-
visions of this instruction will be effective as of this date.  The
provisions of this instruction are considered as minimum health and safety
requirements; more stringent restrictions may be applied by local
Commanders.

S202

DEFENDENT'S
EXHIBIT
Buffalo Pumps

165

NAVSHIPSINST 5100.26
9 February 1971

Fabrication:

(1) Asbestos operations should be segregated from other operations so as not to expose other personnel to asbestos dusts. If the work cannot be separated, personnel in immediately adjacent areas will wear a Bureau of Mines approved respirator for irritant dusts and other prescribed, personal, protective equipment. The various items of personal, protective equipment will be those approved by the Industrial Hygienist, the Medical Officer, or as authorized by reference (d).

(2) The handling and fabrication areas will be restricted to the necessary workers, supervisors and inspection personnel directly concerned with the asbestos operations. Casual visitors or passers-by will be restricted from entry into any area where asbestos containing materials are being fabricated. All supervisors, workers, inspectors, etc., will wear approved respirators for irritant dusts when they are working with dry material containing asbestos or are in asbestos-contaminated areas of work spaces.

(3) Asbestos cloth cutting tables or benches provided with adequate local exhaust ventilation should be used whenever cutting operations are performed. Exhaust air containing asbestos dust will not be dispersed into the atmosphere without being adequately filtered. Filters will be carefully changed or cleaned to prevent atmospheric contamination.

(4) Power saws will be located in a suitable enclosure which is equipped with exhaust ventilation to a filter trap. This exhaust ventilation will be independent of the shop ventilation supply/exhaust system. The switches will be interlocked so that the exhaust system operates at all times while the saw blades are in operation.

(5) Suitable waste containers lined with disposable plastic bags will be provided at each cutting table/fabrication operation. Discarded and scrap asbestos materials will be immediately placed in plastic bags which are then sealed for disposal. Scrap should be disposed of on a daily basis.

(6) The Industrial Hygienist or Medical Officer will recommend the exact method and place of disposal of asbestos dusts and scrap to minimize exposures.

(7) Shop walls, ceilings and floors should be designed to prevent dust accumulations and to facilitate housekeeping measures.

2

NAVSHIPSINST 5100.26
9 February 1971

(8) Industrial type vacuum cleaners should be used to pick up dusts and scrap. The vacuum cleaner operator will wear an approved respirator when operating his cleaner. The water impaction collection system vacuums best and safely. Dry sweeping of scrap or dust should not be permitted. If sweeping is necessary, the scrap and possible dust will be wet down with a fine water spray prior to sweeping. Drop cloths will be placed under work tables or areas if scraps and dust will fall into difficult to clean areas or crevices.

(9) Asbestos cloth or tape will not be torn or ripped. Scissors or cutting knives will be used.

(10) In-Shop operations for mixing of all cements will be provided with permanent exhaust ventilation equipment. This exhaust air will not be vented into the shop atmosphere and must be adequately filtered before its release to the outside atmosphere. In-bag mixing may be done without exhaust ventilation so long as bag integrity is maintained.

(11) The asbestos cloth shall be wet down prior to fabrication.

(12) All regularly assigned insulation workers and supervisors will be given a 14" x 17" annual chest X-ray. This will be done on the same continuing, periodic basis even if the worker is transferred or reassigned into another job title. X-ray films of asbestos workers, active, reassigned or retired, will be specially identified to the consulting radiologist to alert him to the need for a special type of reporting. The health records of insulation workers will be marked "Asbestos worker".

(13) Insulation workers should be provided with clean coveralls at the beginning of each shift or as often as needed. The coveralls will be removed before the removal of the respirator and should not be "beaten" to remove excess dusts or scrap adhering to it. Contaminated coveralls will be placed in plastic bags, until disposed of or laundered.

(14) Materials will be removed from their cartons or package with care to reduce dust or scrap generation. Wetting of the material prior to removal substantially reduces dust production.

(15) The Industrial Hygienist will provide at least twice yearly indoctrination talks to all asbestos workers on the proper measures of personal protection against asbestos exposure.

3

(16) Adequate warning signs (enclosure (1) or similar) will be posted at all entrances to the fabrication shop sites to alert workers and other personnel that asbestos operations are in progress.

(17) The Industrial Hygienist should make frequent inspection of the Fabrication and Installation sites to check the level of airborne contamination. These inspections should be done monthly or more often as required. The Threshold Limit Value (TLV) for airborne asbestos is 5 fibers greater than 5 microns per milliliter. If this TLV is exceeded, the Industrial Hygienist will assist the shop foreman in designing better preventive measures to control the airborne contamination. Asbestos installation, fabrication or removal operations should be suspended until the proper TLV can be maintained so as to protect the workers and others in the area.

(18) Cement bags will be opened wide to permit emptying of the contents without shaking. The material should be made into a slurry as quickly as possible to prevent dust generation. Empty bags will be wet down and placed in a waste container.

(19) Suitable replacement materials for asbestos will be used when practicable. New or untested replacement materials will be submitted to NAVSEC for evaluation and approval prior to use.

b. Installation:

(1) Personnel engaged in Installation operations will wear Industrial Hygienist approved respirators whenever asbestos containing materials are being handled. The Medical Officer will be the approval authority for any exceptions.

(2) Unpacking and application of insulation materials at the installation site will be done in such a manner that will minimize airborne dust.

(3) The area around the installation procedures should be isolated when possible. Adequate warning signs (enclosure (1)) will be posted. Only persons whose work requires their presence should be permitted in such areas. If airborne asbestos dust is present, they will wear Bureau of Mines approved respirators for dusts or leave the area.

(4) The Industrial Hygienist will be requested to determine suitable methods for preventing large scale contamination of machinery and engine spaces when installation or removal operations are performed in these areas.

4

NAVSHIPSINST 5100.26
9 February 1971

(5) Suitable waste containers lined with disposable plastic bags will be kept available at the installation site so that discarded or scrap insulation materials can be immediately placed in them.

(6) The exact method and place of disposal of scrap asbestos and asbestos dust will be approved by the Industrial Hygienist or the Medical Officer.  Personnel assigned these tasks will be specifically advised on needed precautions by the Industrial Hygienist or the shop supervisor.

(7) The ventilation requirements of shipboard or confined spaces will be determined by the Industrial Hygienist or Safety Officer and will be in accord with Article 0212 1045-1054 of reference (c).

(8) Portable dust collectors/industrial-type vacuum cleaners should be placed in use at the point of operations within confined spaces when possible.

(9) Decks and spaces contaminated by insulation debris will not be dry swept.  These areas must be wet down by a fine spray prior to sweeping (when vacuum cleaners cannot be used).

(10) Workers performing insulation work should be provided with clean paper coveralls when dusty conditions are to be encountered. The coveralls will be removed before the respirator is removed.  The coveralls should not be "beaten" to remove excess dusts or scraps adhering to it.  Contaminated coveralls will be disposed of by placement in the asbestos scrap bag.

c.  Removal (Rip-Out):

(1) Personnel engaged in Removal operations will wear Bureau of Mines approved respirators whenever asbestos containing materials are being handled.  The Medical Officer will be the approval authority for any exceptions.

(2) The area around the Removal procedures should be isolated when possible.  Adequate warning signs (enclosure (1)) will be posted. Only persons whose work requires their presence will be permitted in such areas.  If airborne asbestos dust is present, they will wear Bureau of Mines approved respirators for irritant dusts or leave the area.

(3) The Industrial Hygienist/Medical Officer should designate specific procedures to collect scrap and dust in the machinery spaces.

5

NAVSHIPSINST 5100.26
9 February 1971

(4) The area(s) in which asbestos removal takes place will be confined when possible by means of curtains, portable partitions, drop cloths, etc., to prevent excessive contamination of other areas.

(5) In removal operations that involve dusty work, clean paper coveralls will be supplied at the start of each shift; then for lunch, the workers will dispose of the dirty coveralls, then dispose of their respirator filters. After lunch they will put on clean coveralls and respirators with new filters. At the end of the shift all contaminated coveralls will be disposed of by placement in the asbestos scrap bags.

(6) Suitable waste containers lined with disposable plastic bags will be kept available at the removal site so that discarded or scrap insulation materials can be immediately placed in them.

(7) The exact method and place of disposal of scrap asbestos and asbestos dust will be approved by the Industrial Hygienist/Medical Officer. This is particularly applicable on-board ships and in machinery spaces.

(8) High asbestos-containing scrap material should be wet down before collection, hauling or dumping. Personnel assigned these tasks will be specifically advised on needed precautions by the Industrial Hygienist or the insulation shop supervisor.

(9) The ventilation requirements of shipboard or confined spaces will be determined by the Industrial Hygienist or Safety Officer and will be in accord with articles 0212, 1045-1054 of reference (c).

(10) Portable dust collectors/industrial-type vacuum cleaners should be placed in use at the point of operations within confined spaces. They may be used to temporarily and partially clean a worker who has to leave the work area for a short time.

(11) Decks and spaces contaminated by insulation debris should not be dry swept. These areas must be wet down by a fine spray prior to sweeping (when vacuum-cleaners cannot be used).

(12) A cast cutter similar to the Number 845 STRYKER CUTTER will be used when possible during removal operations. This is a cutter used by doctors to remove plaster casts from patients. Old insulation should not be ripped or torn. It should be cut whenever possible. The addition of a vacuum attachment to the STRYKER CUTTER will materially aid in controlling dust generation. This attachment should be used whenever practicable.

6

NAVSHIPSINST 5100.26
9 February 1971

(13) The Industrial Hygienist will periodically evaluate the level of asbestos exposure and recommend positive measures for dust control in various areas. This evaluation should be done at the start of each new asbestos operation and as often thereafter as the findings indicate to provide effective control over dust producing operations.

(14) The use of off-hours work should be considered to minimize the number of personnel susceptible to exposure of irritant dusts.

d.  Approved Safety Materials/Clothing:

(1) The Industrial Hygienist will recommend and approve the various types of respirators, overalls and other needed personal protective equipment to be used by personnel engaged in various asbestos operations. Only personal protective equipment approved in accordance with Federal Specification GGG-M-125, Type III, Classes 1 and 2 as set forth in reference (d) will be used.

(2) Each worker will be responsible for maintaining his respirator and filters in a satisfactory condition. He will wear it in a proper manner when working on dust producing operations and during all asbestos removal operations.

(3) Supervisors will enforce the proper use of personal protective equipment during all phases of asbestos work. They will arrange for prompt, scheduled physical examinations and X-rays as prescribed by the Medical Officer (normally annually).

(4) Supervisors will arrange for an adequate supply of clean coveralls and new filters for the respirators used by insulation workers.

e.  Application of Substitute Materials For Asbestos:

(1) Any proposed materials for use in place of asbestos will be submitted to NAVSEC for evaluation and approval prior to use.

Distribution:
SNDL FKL1    NAVSHIPYD
     FKL2    SUPSHIP
     FKL6    INACTSHIPFAC
     FB30    NAVSHIPREPFAC
     FB34    FLEACT SASEBO

J. G. DOLAN, Jr.
Deputy Commander for Field
Activities/Program Director for
Shipyard Modernization and Management

7

NAVSHIPSINST  5100.26
9 February 1971

Distribution (Continued):

Copy to:
SNDL A5     BUMED (732)
     B5     COGARD
     FKA1C NAVFAC
     FKA1E NAVSUP
     FP5   NAVSAFECEN
     A4A   NAVMAT (046)
     A3    OPNAV (098)

NAVSEC (6101, 6140, 6105E, 6131, 6153)
NAVSHIPS (07D)(100)
NAVSHIPS Special List Y-2

Stocked at:
Supply & Fiscal Department
Code 514.32, Naval Station
Washington, D. C.  20390

J. Crawford, x27606
L. Breidinger, 2/1/71

8

NAVSHIPSINST  5100.26
9 February 1971

SUGGESTED WARNING SIGNS

```
    RESTRICTED ACCESS
ASBESTOS FABRICATION AREA
```

```
       RESTRICTED ACCESS
 ASBESTOS INSTALLATION/RIP OUT
WEARING OF RESPIRATORS REQUIRED
```

9

ENCLOSURE (1)

# Exhibit 23

UNIFORM LABELING PROGRAM- NAVY
9/24/56

WK Navy 5106

DEPARTMENT OF THE NAVY
Office of the Secretary
Washington 25, D. C.

SECNAV-04007-
OUNZD-7231-bar
24 September 1956

SECNAV INSTRUCTION 5100.1

From:  Secretary of the Navy
To:    Chief of Naval Material
       Chief of Naval Operations
       Chief of Naval Personnel
       Chief of Naval Research
       Chief, Bureau of Aeronautics
       Chief, Bureau of Medicine and Surgery
       Chief, Bureau of Ordnance
       Chief, Bureau of Ships
       Chief, Bureau of Supplies and Accounts
       Chief, Bureau of Yards and Docks
       Commandant, U. S. Marine Corps
       Commander, Military Sea Transportation Service

Subj:  Uniform labeling program for hazardous industrial chemicals
       and materials

Encl:  (1)  Markings and Designs of Labels
       (2)  Tentative Label Classification Guide
       (3)  Elements of a Labeling Program

1.  Purpose.  The purpose of this Instruction is to standardize
on labeling requirements for hazardous chemical products during
the usage stage, and to provide selective labels which will con-
tain pertinent information designed to warn users of the poten-
tial dangers involved.

2.  Scope.  This Instruction applies to the labeling of all
hazardous materials throughout the Naval Establishment wherever
distribution of hazardous chemicals and materials is made to the
actual consumer (shop, office, or unit).  It applies to materials
received from any supply source, provided the material is intended
for ultimate use at the local activity.  In this regard it refers
to labeling at the original container as well as any other con-
tainer to which the material may subsequently be transferred.
This Instruction is not intended to govern:

    a.  The type of labels to be affixed by the manufacturer.
(These are governed by State and Federal laws and regulations
depending on the nature of the material and whether the shipment
is interstate or intrastate.  In addition, most major manufacturers
of chemicals abide by the "Warning Labels Guide" published by the
Manufacturing Chemists' Association.)

SECNAVINST 4860.1
24 September 1956

OFFICE OF THE SECRETARY

b. The type of labels to be affixed to containers of chemicals or drugs used, or dispensed, by medical department pharmacies.

c. Those chemicals used by clinical or chemical laboratories, where small quantities of the chemicals are to be used as reagents by trained personnel who are familiar with the potential hazards involved. (The exempted laboratories will be those designated by the various bureaus, offices, and Marine Corps.)

d. The labeling of explosives, gasolines, and fuels, and compressed gases. (These are adequately covered by current instructions.)

3. Background. The rapid development of new chemical products and the introduction of new chemical processes make it mandatory that precautionary measures be taken during the handling of toxic and dangerous chemicals. Warning labels affixed to containers of hazardous chemicals are one of the most practical means of accomplishing this objective. This Instruction is based on a composite of the procedures recommended by the Manufacturing Chemists' Association, the International Labor Organization, the American Conferences of Governmental Industrial Hygienists, the Atomic Energy Commission, and the labeling programs presently in effect at the Naval Gun Factory, the Alameda Naval Air Station, and the Mare Island Naval Shipyard.

4. Action

a. Navy Department Standardization Office. The Navy Department Standardization Office shall effect the assignment of a limited coordination military (Navy) project in connection with this Instruction to standardize the printed labels in respect to quality of paper, size, color, shape, insignia, wording, and design; quality of the glue; specifications for inks (including colors of inks); and other related matters. Inclosure (1) summarizes the markings and designs for labels agreed upon by representatives of the bureaus and offices.

b. Bureau of Supplies and Accounts. The Bureau of Supplies and Accounts shall initiate procedures to have the necessary labels stocked as General Stores items for use by all naval activities.

c. The Technical Bureaus. The classification of hazardous chemicals and materials shall be accomplished through the joint efforts of the technical bureaus in that each Bureau shall be responsible for passing on those aspects, of any single item, which fall within its technical purview.

2

16

OFFICE OF THE SECRETARY

SECNAVINST 6000-3
24 September 1956

d.  Safety Precautions Board.  The Safety Precautions Board shall:

(1) - Publish in Safety Precautions (OPNAV 34-P1) a "Label Classification Guide" listing the classification of hazardous chemicals and materials currently in use as determined by the appropriate technical bureau or office.

(2)  Revise the "Label Classification Guide" in accordance with information recurringly provided by the responsible technical bureaus and offices relative to the use of new chemicals and proprietary materials, deletions, and changes in classifications.

e.  Bureaus, Offices, and Marine Corps.  The bureaus, offices, and Marine Corps, shall initiate implementing instructions for use by activities under their management control upon completion of action required by paragraphs 4a, 4b, 4c, and 4d(1), above. Enclosure (3) is an outline of the "Elements of a Labeling Program" for guidance.

*[signature]*

H. H. FOGLER
Assistant Secretary of the Navy (Material)

3

5100.8
SECNAVINST 6660r5
24 September 1956

Enclosure (1)

## Markings and Devices of Labels

| Class | Background | Color of letters | Shape of insert | Insert |
|---|---|---|---|---|
| I. Fire hazard | Blue | Red | Pentagon | Flame |
| II. Toxic and fire hazard | Orange | Black | Square | Flame and skull |
| III. Toxic | Gray (dirty white) | Orange | Circle | Skull |
| IV. Poisonous | White | Red | Hexagon | Skull and crossbones |
| V. Corrosive | White | Black | Diamond | Hand |
| VI. Radiation hazard | Yellow | Purple | Square | Large 3-bladed propeller |

All labels shall be of two sizes; that is, 2½-inches square and 6 inches square.

Enclosure (1)

Enclosure (2)                    SECNAVINST 5500.9
24 September 1956

Tentative Label Classification Guide
August 1956

1. This label classification guide is to be used with the
labeling procedure for hazardous chemicals and materials. It
indicates the proper labels to be affixed on hazardous items in
Federal Supply Classification Groups 14, 42, 59, 65, 67, 68,
75, 79, 80, and 93 with miscellaneous H, S, and S equipment
items.

2. This guide is composed of the following sections:

   (a) INDEX: Listed in Federal-Stock-Number sequence with
cross reference to former Navy-Stock-Number, page where listed,
and applicable label assigned.

   (b) ALPHABETIC LISTING:

   (c) APPENDIX: Listed in former Navy-Stock-Number sequence
with cross reference to Federal-Stock-Number, page where listed,
and applicable label assigned. The appendix is furnished as an
additional conversion aid.

Enclosure (2)



SECNAVINST 4440.7
24 September 1956

| FSN No. | Former No. | Page | Label | | FSN No. | Former No. | Page | Label |
|---|---|---|---|---|---|---|---|---|

Index           3          Enclosure (2)

5700.8
SECNAVINST 4260.3
24 September 1956

| FSN No. | Former No. | Page | Label |
|---|---|---|---|
| 6810-281-2686 | 051-5-1128-15 | 15 | III |
| -2761 | 052-4-45 | 15 | II |
| -2762 | -25 | 15 | II |
| -2763 | -75-50 | 15 | IV |
| 6810-281-2764 | | 23 | IV |
| 6810-281-2765 | 051-F-2750 | 21 | II |
| 6850-281-2799 | 052-4-493 | 13 | I |
| 6810-281-2796 | 052-8-125 | 21 | II |
| -3020 | 051-1-5640-125 | 21 | II |
| -3576 | 052-8-426-55 | 21 | II |
| -3571 | 051-5-1000 | 19 | III |
| -4267 | 051-1-329 | 19 | III |
| -4928 | 052-4-150 | 12 | IV |
| -4939 | 051-7-180 | 26 | II |
| -4840 | -185 | 12 | II |
| -5887 | 051-4-1031-45 | 26 | III |
| -5919 | 052-4-165 | 26 | III |
| -5837 | 052-3-465-50 | 21 | III |
| 6810-282-2903 | 052-4-2463 | 28 | IV |
| -5704 | 051-5-126-500 | 21 | III |
| 6810-285-1322 | 051-2-35 | 19 | I |
| -1253 | 052-2-1185 | 19 | III |
| -2442 | 051-4-1965 | 19 | I |
| -3434 | 051-4-266-50 | 19 | III |
| -3450 | -481-170 | 13/22 | I |
| -7004 | 051-4-132 | 19 | III |
| 6810-290-0017 | 051-4-360-35 | 19 | III |
| -0018 | -840 | 11 | III |
| -3835 | 051-4-3299-15 | | IV |
| -3836 | 051-4-3557-15 | | |

| FSN No. | Former No. | Page | Label |
|---|---|---|---|
| 6810-264-3937 | 051-4-4235 | 11 | IV |
| -3938 | 051-4-716-940 | 11 | IAV |
| -3939 | -950 | 11 | IAV |
| -4707 | 051-C-1148-100 | 11 | III |
| -4704 | 051-5-5021-577 | 22 | IV |
| -4711 | 051-F-1766 | 22 | II(40) |
| -4721 | -1298 | 11 | IAV |
| -4723 | -3559 | 11 | IAV |
| -4724 | -3560 | 11 | IAV |
| -4726 | -3561 | 11 | IAV |
| -4915 | -3562-1 | 11 | IV |
| -5025 | 051-3-8059-20 | 24/25 | III |
| -5061 | 051-3-2000-20 | 19 | III |
| -4985 | -305 | 26 | IAT |
| 6810-270-4210 | 051-4-135 | 11 | II |
| -7998 | 051-4-4454-500 | 12 | III |
| -7998 | 051-4-364-900 | 13 | II |
| 6810-275-1215 | 051-4-297-5 | 26 | II |
| -4910 | 051-4-4115-50 | 10/24 | IV |
| -4911 | -871 | 23 | IV |
| 6810-281-0003 | 051-F-3710-50 | 23 | I |
| 6810-281-2004 | -2036 | 24 | IV |
| -2020 | 051-4-1243-500 | 24 | I |
| -2030 | -2331 | 24 | III |
| -2036 | 052-4-424-360 | 23 | IV |
| -2017 | -424 | 24 | I |
| -2038 | -422 | 24 | I |
| -2305 | 051-3-2080 | 25 | IV |
| -3306 | -3083 | 25 | II |

Enclosure (2)                    Index

5100 8

SECNAVINST 6660-3
24 September 1956

| FSN No. | Former No. | Page | Label | FSN No. | Former No. | Page | Label |
|---|---|---|---|---|---|---|---|
| 6810-390-3840 | 051-1-2972 | 12 | I | 6840-281-3462 | 051-1-157-158 | 18 | III |
| -381 | 051-P-1765 | 22 | IV | -4242 | 051-3-3339 | 24/25 | IV |
| -4170 | 051-P-1765 | 22 | IV | 6840-285-2847 | 051-1-157-495 | 18 | III |
| -4165 | 052-1-1100-13 | 22 | II | -4307 | -155-1125 | 18 | IV |
| -4166 | -100 | 27 | II | -4315 | -171-135 | 18 | IV |
| -4167 | -300 | 27 | IV | -2092 | 051-A-585 | 35 | IV |
| 6810-491-0037 | 051-1-1763 | 27 | IIIAV | -3818 | | 35 | A |
| -4191 | 052-P-850 | 17 | I | -3020 | | 35 | A |
| -4152 | -460 | 17 | II | 6850-250-3626 | 051-A-127 | 27 | A |
| 6830-243-4513 | 051-J-127 | 18 | II | -2627 | -100 | 27 | A |
| -4195 | | 18 | III | 6850-255-0410 | 051-1-137 | 21 | A |
| 6840-176-1810 | 051-B-1170 | 18/25 | III | -4140 | -110 | 21 | A |
| 6840-227-2274 | -167-137 | 18 | III | 6850-269-9817 | 051-C-1564-140 | 14/25 | A |
| 6840-210-2123 | 051-1-157-600 | 18 | III | 6850-270-8258 | 051-C-1565-200 | 14 | A |
| -4540 | -5 | 18 | III | 6850-276-5202 | -5120 | 15 | A |
| 6840-212-4421 | -156-55 | 24 | IV | | 051-C-1586-14 | 14 | A |
| -4222 | 051-A-559-10 | 18 | IIIIV | 6650-275-1219 | -1664-125 | 15 | A |
| 6840-214-0632 | 051-1-155-195 | 18 | III | -5568 | -550 | 21 | A |
| -4639 | -161-133 | 17 | III | 6850-281-2026 | 051-1-128-35 | 22 | II |
| 6840-252-0530 | -351-610 | 18 | III | -2719 | -550 | 21 | II |
| -3000 | -590 | 21/28 | III | -3042 | 051-S-1693-9 | 22 | L |
| -3002 | 051-3-115 | 24 | IV | -1063 | 051-C-1563-15 | 17 | III |
| 6840-260-1766 | 051-8-4040 | 24 | IV | -3045 | -10 | 14 | III |
| 6840-261-6684 | 051-1-157-165 | 18 | IV | -3041 | -44 | 17 | III |
| -4485 | -157-1695 | 17 | IV | -3082 | 052-1-34466 | 22 | III |
| -4687 | -157-1655 | 17 | IV | -4082 | 052-C-3256-177 | 15 | IV |
| -4682 | 051-1-155-155 | 17 | IV | 6840-382-4598 | 052-P-160-335 | 17 | IV |
| -4943 | -171 | 17 | IV | 6850-285-4370 | 051-C-1313-242 | 17 | IV |
| 6840-270-8262 | -165 | 18 | III | -4157 | -3054-55 | 17 | IV |
| 6840-274-5635 | 051-S-1039-300 | 24 | IV | -3004 | 051-S-1565 | 14 | IV |
| -3050 | | | | 6850-284-7316 | 051-C-1565-56 | 14 | III |

Index        5        Enclosure (2)

Case 1:11-cv-00406-LEK-RLP   Document 8-20   Filed 06/30/11   Page 11 of 45   PageID #: 640
Case 1:14-cv-04511-VEC   Document 2-19   Filed 06/23/14   Page 60 of 114

SECNAVINST 5200.8
24 September 1956

| FSN No. | Former No. | Page | Label |
|---|---|---|---|
| G 6010-165-4429 | 052-S-2160 | 25 | I |
| -4430 | -3720 | 25 | I |
| -4432 | -2048 | 23 | III |
| -4447 | -0415 | 27 | II |
| -4761 | -0155 | 27 | II |
| -4762 | -0100 | 27 | II |
| -4765 | -0200 | 16 | I |
| -4780 | 052-D-511 | 16 | I |
| -4781 | -55 | 16 | II |
| -4782 | -560 | 16 | II |
| -4786 | 052-J-3200 | 16 | III |
| -4788 | 052-D-513-55 | 16 | II |
| -4792 | -511 | 16 | I |
| -4793 | -55 | 26 | II |
| M 6010-165-5501 | 052-J-455 | 26 | II |
| G 6010-165-5504 | -587-5 | 26 | II |
| -5505 | 052-N-2315 | 27 | II |
| -4811 | -645 | 18 | I |
| -4813 | -50 | 18 | II |
| -4816 | -205-255 | 18 | II |
| -4821 | -975-145 | 18 | II |
| -4832 | -595-65 | 18 | II |
| -4833 | -999 | 18 | II |
| -4824 | -999 | 18 | II |
| -4826 | 084-315 | 18 | II |
| -4827 | 084-720 | 18 | II |
| -4818 | -776-765 | 18 | II |
| -4830 | -554-560 | 18 | II |
| -4835 | -976-50 | 18 | II |

| FSN No. | Former No. | Page | Label |
|---|---|---|---|
| G 6050-490-3461 | 051-C-1567-18 | 14 | III |
| -3461 | -3549-185 | 14 | II |
| -8301 | 051-4-98-1350 | 13 | V |
| G 7510-243-8017 | 051-D-3128 | 13 | III |
| 1510-272-9830 | 051-D-117 | 14 | I |
| G 2930-120-0007 | 051-C-2611-955 | 14 | V |
| 1930-231-2791 | 051-S-3739 | 14 | V |
| -3999 | -3712 | 24 | IV |
| -3000 | -3134 | 24/25 | V |
| G 7930-852-0509 | 051-G-1548-30 | 26 | III |
| G 7930-381-4929 | 052-A-500 | 26 | II |
| G 8010-160-5187 | -500 | 26 | V |
| M 6010-160-5192 | | 23 | V |
| -5175 | 052-S-110 | 23 | I |
| D 6010-160-5500 | 051-A-2040 | 25 | I |
| -5832 | -315 | 25 | I |
| -5854 | 052-2-00165 | 25 | I |
| D 6010-160-5728 | 052-4-2310 | 22 | I |
| -7228 | 052-P-00430-2 | 22 | II |
| -7119 | 052-N-1415-75 | 22 | II |
| -7424 | 052-2-20180 | 25 | II |
| -7145 | 052-N-1615 | 25 | II |
| G 6010-165-4404 | -1810 | 25 | II |
| -4420 | -4920 | 25 | I |
| -4433 | -2755 | 25 | I |
| -4424 | -2760 | 25 | I |
| -4425 | -1600 | 25 | I |
| -4426 | -255 | 25 | I |
| -4428 | | | |

Enclosure (2)      6      Index







SECNAVINST 6450.1
24 September 1956

| FSN No. | Former No. | Page | Label |
|---|---|---|---|
| 6040-273-8497 | 052-C-1566-300 | 12 | III |
| -8701 | -950 | 12 | III |
| -8702 | -300 | 12 | III |
| -8704 | 052-C-170 | 12 | I |
| -8707 | -705 | 12 | I |
| -8708 | -706 | 12 | I |
| -8709 | -727 | 12 | I |
| -8710 | -746 | 12 | III |
| -8711 | -1566-159 | 12 | III |
| -8716 | -755 | 12 | III |
| -8717 | -1490-177 | 12 | III |
| -8718 | -200 | 12 | III |
| 6040-281-8723 | 052-L-65-995 | 13 | III |
| 6040-285-1571 | 052-C-1566 | 13 | III |
| 6040-290-7113 | -590 | 13 | III |
| 6040-356-2841 | 051-D-751 | 13 | I |
| 9390-264-0918 | -350-100 | 14 | II |
| 9390-290-5089 | | 14 | III |

| Standard Navy Stock No. | Page | Label |
|---|---|---|
| 351-4-237A | 13 | A |
| 051-4-887 | 13 | III |
| 052-C-46-500 | 13 | III |
| -604-995 | 13 | III |
| -485-53 | 13 | III |
| -515 | 14 | I |
| -1110 | 14 | II |
| -1142-415 | 14 | III |
| -1551-50 | 14 | I |
| -3097-35 | 14 | II |
| 273-2-563-9980 | 14 | II |

| FSN No. | Former No. | Page | Label |
|---|---|---|---|
| 8030-255-1450 | | 15 | III |
| -1451 | | 15 | III |
| 8030-263-1114 | 051-P-2613-600 | 22 | IV |
| -1837 | 052-C-2215-520 | 15 | I |
| 8030-275-1897 | -2150-5 | 14 | IV |
| -1904 | -10 | 15 | A |
| -1921 | -3098-40 | 15 | V |
| -1922 | -20 | 15 | I |
| 6040-281-1347 | -1356-30 | 22 | III |
| -2717 | -1063-20 | 15 | II |
| -2718 | -50 | 27 | III |
| -2720 | 052-C-1093-135 | 15 | III |
| -2721 | -139 | 15 | III |
| -2724 | 052-H-1085 | 25 | III |
| -3017 | 052-C-2154 | 15 | III |
| -3818 | -3061 | 15 | III |
| -4277 | -3106-90 | 15 | III |
| -4482 | 052-C-20614-990 | 15 | III |
| 8030-285-1975 | 052-C-2261 | 22 | II |
| -3376 | -2280 | 24 | III |
| 8030-290-5517 | 052-J-310-40 | 24 | III |
| 8030-291-0986 | -240-5 | 24 | III |
| -0987 | -45 | 24 | III |
| -0961 | -38 | 24 | III |
| -7914 | -10 | 24 | III |
| 8030-365-5094 | 052-C-1040 | 12 | I |
| -7427 | -82-150 | 12 | I |
| 8040-265-7125 | -728-260 | 12 | I61V |
| -7426 | -1895-75 | 12 | I61V |
| -7427 | -1295 | 12 | I61V |
| -7430 | -1296-100 | 12 | III |
| -7431 | -1315 | 12 | III |

20

Enclosure (2)                    19                    Index

Alphabetic Listing    SICNAVINST (346-)
24 September 1956

-A-

| Description | Stock No. | Label |
|---|---|---|
| ABRASIVE | | |
| Polishing Compound | G 5350-184-5826 | III |
| | -5827 | III |
| | -5828 | III |
| | -5829 | III |
| | -191-9776 | III |
| Vapor blast | -184-6256 | III |
| | -6257 | III |
| | -6258 | III |
| ACETONE | | |
| Technical | G 6810-184-4795 | I |
| | -4796 | I |
| | -223-2735 | I |
| ACID | | |
| Acetic, glacial, technical | G 6810-275-1275 | V |
| Chromic (Chromium Trioxide Technical) | -174-1818 | I&V |
| | -264-3935 | I&V |
| | -3939 | I&V |
| Hydrochloric, Technical (Muriatic) | -222-9645 | V |
| | -9660 | V |
| | -9661 | V |
| | -236-5665 | V |
| | -5666 | V |
| | -5671 | V |
| Hydrofluoric, Technical | | |
| Nitric, Technical | -222-9655 | I&V |
| | -236-5670 | I&V |
| | -5683 | I&V |
| Oxalic, Dihydrate, technical | -264-3937 | IV |
| Phosphoric, Ortho, technical | -236-5667 | V |
| | -254-6722 | |
| Sulfuric, technical | -114-7520 | I&V |
| | -251-3007 | I&V |
| | -3008 | I&V |
| | -264-6723 | I&V |
| | -6724 | I&V |
| | -6725 | I&V |
| | -6726 | I&V |
| | -290-3836 | I&V |

Alphabetic Listing            11            Enclosure (2)

5150.8

SECNAVINST 4440.5
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| **ADHESIVE** | | |
| Assembly gluing of laminates | G 8040-273-8701 | III |
| | -8702 | III |
| | -285-1571 | III |
| Buoyancy Material | -273-8718 | II |
| Cotton Brattice Cloth | -266-7126 | I |
| Diving Outfit | -7130 | IRIV |
| Duck, Leather, Buna-N and Plastics | -273-8697 | II |
| Fibrous Glass Installation | -3706 | I |
| | -8707 | I |
| | -8708 | I |
| | -8709 | I |
| | -8710 | I |
| | -8711 | I |
| Mastic floor covering to cement | -266-7125 | I |
| Neoprene Covered Cloth | -290-7113 | II |
| Photographers and Artists | -266-7129 | IRIV |
| Rubber Emergency Repair | -7127 | IRIV |
| Synthetic | | |
| Rubber to Rubber | -7131 | III |
| Rubber to Steel | -273-8726 | II |
| | -8717 | II |
| | | |
| **ALNMOON, solution** | G 6810-281-7169 | IIIRV |
| | | |
| **ALCOHOL** | | |
| n-Butyl technical | -6928 | II |
| Denatured | -222-2373 | I |
| | -2374 | I |
| Ethyl, technical | -285-2142 | I |
| | -290-1840 | I |
| Methanol, technical (Methyl) | -273-6016 | IRIV |
| | -6011 | IRIV |
| | | |
| **AMMONIUM** | | |
| Dichromate | | |
| Photographic | G 6750-278-5169 | IIRV |
| Phosphoric acid | G 6850-282-9698 | V |
| Hydroxide | | |
| Aqua Ammonia | G 6810-222-9643 | V |
| | -230-3926 | V |
| | -236-5672 | V |
| | | |
| Technical | | |
| Lithographic | -281-3029 | V |

Enclosure (2)                    12                    Alphabetic Listing

5104.8

SECNAVINST 6860.9
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| **AMMONIUM (Cont.)** | | |
| Reagent | G 6810-243-4436 | V |
| | 2 51-4-2390 | V |
| Nitrate Technical | G 6810-174-1839 | I |
| ASPHALTUM lithographic | G 6850-281-2793 | II |

-B-

| | | |
|---|---|---|
| BARIUM HYDROXIDE OCTAHYDRATE technical | G 6810-236-5677 | III |
| BENZENE technical (Bensol) | V 6810-246-6472 | III,IV |
| | -281-2764 | III,IV |

-C-

| **CALCIUM** | | |
|---|---|---|
| Carbide technical | G 6810-230-3935 | I |
| | -3936 | I |
| | -3937 | I |
| | -230-3938 | I |
| Hydroxide technical | -174-1820 | V |
| Hypochlorite technical | -238-8115 | IV |
| | -255-0471 | IV |
| | -0472 | IV |
| Phosphide, technical | -236-5678 | II |
| **CARBON** | | |
| Dioxide Absorption Fluid | G 6810-285-7086 | V |
| Dioxide Absorption Shells | G 6850-290-8101 | V |
| Tetrachloride, technical | G 6810-184-4799 | III |
| | -191-3964 | III |
| | -223-2723 | III |
| | -281-8003 | III |
| **CEMENT** | | |
| Electronic equipment | N52-C-1110 | II |
| Film | G 8010-156-5841 | II |
| Leather Belt | -281-2723 | I |
| Liquid | | |
| Form "A" gasket | N52-C-684-955 | II |
| Gasket | -685-52 | II |
| | -825 | II |
| General purpose | -64-900 | II |
| Rubber gasket | -1112-675 | II |
| Plastikon | -1553-50 | I |

Alphabetic Listing                    11                    Enclosure (2)

5100.8

SECNAVINST 6860.9
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| **AMMONIUM (Cont.)** | | |
| Reagent | O 6810-243-4436 | V |
| | Z 51-a-2390 | V |
| Nitrate Technical | O 6810-174-1519 | I |
| ASPHALTUM lithographic | O 6850-281-2793 | II |
| **-B-** | | |
| BARIUM HYDROXIDE OCTAHYDRATE technical | O 6810-236-5677 | III |
| BENZINE technical (Benzol) | W 6810-216-6472 | I&IV |
| | -281-2764 | I&IV |
| **-C-** | | |
| **CALCIUM** | | |
| Carbide technical | O 6810-230-3935 | I |
| | -3936 | I |
| | -3937 | I |
| | -230-3935 | V |
| Hydroxide technical | -174-1020 | IV |
| Hypochlorite technical | -236-8235 | I&V |
| | -255-0472 | I&V |
| | -0472 | I&V |
| Phosphide, technical | -236-5678 | II |
| **CARBON** | | |
| Dioxide Absorption Fluid | O 6810-285-7C86 | V |
| Dioxide Absorption Shells | O 6850-290-8101 | V |
| Tetrachloride, technical | O 6810-184-4799 | III |
| | -191-1964 | III |
| | -223-2723 | III |
| | -281-2003 | III |
| **CEMENT** | | |
| Electronic equipment | N52-C-1110 | II |
| Film | O 8810-356-5841 | II |
| Leather Belt | -281-2723 | I |
| Liquid | | |
| Pure "A" gasket | N52-C-681-955 | II |
| Gasket | -685-52 | II |
| | -825 | II |
| General purpose | -64-508 | II |
| Rubber gasket | -1112-675 | II |
| Plasticon | -1553-50 | I |

Alphabetic Listing            33            Enclosure (2)

SECNAVINST 6810-3
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| CHARGES Fire Extinguisher | G 4210-223-9882 | III |
| | -289-1540 | V |
| | | |
| CHLOROFORM | G 6810-264-6707 | III |
| | | |
| CHROME CAKE | G 5350-193-7222 | III |
| | -7225 | III |
| | | |
| CLEANERS | | |
| Electrolytic Metal | G 6850-285-4314 | V |
| Instrument-Watch Solution | -270-6258 | I |
| Rifle Bore Liquid | -285-4314 | V |
| Scouring, Powder | G 7930-129-0607 | V |
| Silicate-Soap Metal | G 6850-269-9817 | V |
| Toilet Bowl | G 7930-267-4929 | V |
| Type | G 7510-249-8017 | III |
| | | |
| COATINGS | | |
| Bituminous | | |
| Emulsion for Ballast Tanks | G 8030-161-5714 | III |
| | -261-4277 | III |
| Metal | -275-8121 | V |
| | -8122 | V |
| Waterproof for Wood | -286-3976 | II |
| Plastic | | |
| Acrylic, Protective | G 8010-290-6159 | II |
| Spray type, Strippable | G 8030-166-2808 | II |
| | -275-8093 | II |
| | -8094 | II |
| | -286-3975 | II |
| Sealer, Underbody | -221-1833 | I |
| | -1834 | I |
| | | |
| COMPOUND | | |
| Abrasive polishing | G 5350-184-5826 | III |
| | -5827 | III |
| | -5828 | III |
| | -5829 | III |
| | -191-9776 | III |
| Antifreeze | G 6850-285-4757 | III |
| Asbestos gasket (Grease substitute) | -274-5420 | I |
| Boiler, Liquid | -290-3863 | II |
| Carbon removing | -261-1042 | III |
| | -1043 | III |
| | -1044 | III |
| | -286-7106 | III |
| | -290-3861 | III |

Enclosure (2)                        14                 Alphabetic Listing

5/00-8

SECNAVINST 4060-3
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| COMPOUND (Cont.) | | |
| Caulking | | |
| Wooden Hull seams | G 8030-241-2711 | I |
| Metal enclosures | -238-2788 | III |
| Corrosion Preventative | -251-5049 | I |
| Non Oxidizing | W 8030-253-4450 | III |
| | -4451 | III |
| Thin film, | | |
| Hard film | -244-1299 | II |
| | -1300 | II |
| Soft film | -1302 | II |
| | -1295 | II |
| | -1297 | II |
| | -1296 | II |
| Water displacing soft film | -1293 | II |
| | -1294 | II |
| | -1296 | II |
| Corrosion Removing | G 6850-275-1219 | V |
| Cyanide, Heat treating | G 6810-246-3760 | IV |
| | -3761 | IV |
| Glyptal | W52-C-3097-25 | IX |
| Insulating, Electrical | G 5970-295-7131 | V |
| Preservation | | |
| Hard film | W 8030-224-9578 | I |
| Soft film | -231-2147 | I |
| | -244-1304 | I |
| Preservative | | |
| Canvas | G 8030-281-2147 | IX |
| Cotton Cloth | -2720 | II |
| | -2721 | II |
| Rust Arresting Temporary | -291-2344 | I |
| | -174-3242 | I |
| Sandblast Antirust Powder | G 6850-261-6912 | III |
| Sealing | | |
| Aerosol-type plastic | G 8030-264-3837 | II |
| Linoleum seam | -369-5052 | III |
| Polymer-Powder | -281-4302 | III |
| Oil stop | -3818 | III |
| Oil and water stop | -3817 | III |
| Smoothing Cement | G 8010-227-1698 | I |
| Vapor barrier | G 8030-174-2588 | IX |
| | -2589 | II |
| CUPROUS CYANIDE TECHNICAL | G 6810-236-5651 | IV |

Alphabetic Listing      15      Enclosure (2)

5/60-8

SHIPAVINST 6600.7
21 September 1956

-D-

| Description | Stock No. | Label |
|---|---|---|
| **DRIERS** | | |
| Cobalt Naphthenate | G 8010-165-4783 | II |
| | -4781 | II |
| Lead and Manganese | -4784 | II |
| Lead and Manganese | -4792 | II |
| | -4793 | II |
| Manganese Linoleate | -4785 | III |
| Manganese Naphthenate | -4788 | II |
| | | |
| DUPLICATING FLUID (Direct Process) | D 7510-272-9800 | II |

-E-

**ENAMEL**
Note: ALL Enamels will bear Label No. I
except those in the following categories

| | | |
|---|---|---|
| Chlorinated Rubber-based | G 8010-255-8295 | II |
| | -9329 | II |
| | -9321 | II |
| | -286-7830 | II |
| | -7832 | II |
| | -7833 | II |
| | -7840 | II |
| | -7841 | II |
| | -9081 | II |
| | -9082 | II |
| | -9090 | II |
| | -390-2868 | II |
| | -2869 | II |
| | -2870 | II |
| | -2871 | II |
| | -2872 | II |
| | -2873 | II |
| | -2874 | II |
| | | |
| Semigloss for drums and metals | | |
| Black | -6667 | II |
| Olive-drab | -6668 | II |

-F-

| | | |
|---|---|---|
| **FILLER WOOD** | | |
| Paste | G 8010-243-0963 | I |
| Plastic | -262-9172 | I |

Enclosure (2)                16                Alphabetic Listing

SECNAVINST 4210.9
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| FILTER AIDS (Diatomaceous Silica) | | |
| Chemically treated | G 9390-270-5089 | III |
| Untreated | -264-0918 | III |
| FIRE EXTINGUISHER CHARGES | | |
| Anti-freeze | G 4210-223-9882 | III |
| Liquid | -9866 | III |
| | -9867 | III |
| | -9873 | III |
| Soda Acid | -299-1540 | V |
| FLUX WELDING | | |
| Aluminum and Aluminum Alloy | G 3432-255-4574 | III |
| | -4575 | III |
| | -4576 | III |
| FORMALDEHYDE SOLUTION NF | | |
| Paint Ingredient | G 6810-291-8391 | IV |
| | -8392 | IV |
| Photographic | G 6505-274-6732 | IV |
| | -299-1415 | IV |
| -G- | | |
| GOLD SIZE (Varnish) | G 8010-290-6665 | II |
| -H- | | |
| HYDROGEN PEROXIDE | | |
| Technical (30%) | G 6810-282-9703 | I&V |
| -I- | | |
| INDICATORS | | |
| Corrosion Control | G 6820-243-6513 | I |
| IRRITATION, PICKLING CHEMICAL. | | |
| Foaming liquid | G 6850-253-0438 | V |
| Non-foaming liquid | -0440 | V |
| INSECTICIDES | | |
| Chlordane | | |
| Concentrate | G 6840-270-8262 | II |
| Solution (2%) | -252-0530 | II |
| DDT | | |
| Dusting Powder | | |
| Delousing | G 6840-274-5415 | III |
| Alphabetic Listing | 17 | Enclosure (2) |

SHIPNAVINST 4260r9
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| INSECTICIDES (Cont.) | | |
| Insect | G 6840-240-2540 | III |
| | -252-3002 | III |
| Emulsion Concentrate | -246-6432 | III |
| and Lindane | -285-4307 | IV |
| Powder | | |
| Concentrate | -242-4421 | III |
| | -4222 | III |
| Water Dispersible (75% DDT) | -264-4692 | III |
| Solution | | |
| Airplane spray and fog | -281-3142 | III |
| Shore use only | -171-1610 | II |
| Spray | -281-1990 | III |
| | -285-2447 | III |
| Dieldrin | -264-9043 | I&IV |
| Lead Arsenate | -285-4315 | IV |
| Lime Sulfate | -227-1244 | III |
| Lindane | -252-3000 | I&IV |
| Nicotine Sulfate Solution | -264-6693 | IV |
| Sodium Arsenate Solution | -281-2071 | IV |
| Sodium Fluoride | -240-2123 | IV |
| LACQUER | | |
| Remaking | | |
| Battery Deck Canvas Covers | G 8010-165-4763 | II |
| Copper and Brass | -166-1628 | II |
| | -1639 | II |
| Spraying | | |
| Acid Resisting | -1700 | II |
| | -290-6158 | II |
| General Purpose | | |
| Clear | -165-6111 | II |
| Pigmented | -6113 | II |
| | -6116 | II |
| | -6121 | II |
| | -6123 | II |
| | -6124 | II |
| | -6126 | II |
| | -6127 | II |
| | -6128 | II |
| | -6130 | II |
| | -6132 | II |
| | -6135 | II |
| | -6136 | II |
| | -6137 | II |

21

Enclosure (2)          18          Alphabetic Listing

Case 1:14-cv-04511-VEC   Document 2-19   Filed 06/23/14   Page 74 of 114

Case 1:11-cv-00406-LEK -RLP   Document 8-20   Filed 06/30/11   Page 25 of 45   PageID #: 654

SECNAVINST 4860.3
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| LACQUER (Cont.) | | |
| Pigmentated (Cont.) | G 8010-165-6139 | II |
| | -6146 | II |
| | -6141 | II |
| | -169-7088 | II |
| | -171-3504 | II |
| | -257-6383 | II |
| LAUNDRY SOUR | G 7930-252-0529 | IV |
| LEAD ACETATE | G 6810-285-1323 | III |
| LIME CHLORINATED | -242-4768 | IAN |
| | -255-0174 | IAV |
| | -0176 | IAV |
| | -281-4217 | IAV |
| MERCURY | C 6810-285-3434 | III |
| | -3450 | III |
| | -270-0017 | III |
| | -2018 | III |
| | N 51-N-527 | III |
| NAPHTHA | | |
| Aromatic, Petroleum | W 6810-244-7637 | II |
| | -7638 | IV |
| | -7639 | II |
| Coal tar | -1207 | II |
| | -1208 | II |
| | -1209 | II |
| | -1210 | II |
| | -1211 | II |
| Petroleum Precipitation | -238-7702 | I |
| NAPHTHALENE | G 6810-270-6218 | III |
| | -264-9061 | III |
| NICKEL | | |
| Ammonium Sulfate | G 6810-174-1814 | III |
| Chloride | -1815 | III |
| Sulfate | -236-5469 | III |

Alphabetic Listing          19          Enclosure (2)

SECNAVINST 4860.3
24 September 1756

| Description | Stock No. | Label |
|---|---|---|
| LACQUER (Cont.) | | |
| Pigmented (Cont.) | G 8010-165-6139 | II |
| | -6140 | II |
| | -6141 | II |
| | -169-7088 | II |
| | -171-1504 | II |
| | -257-5383 | II |
| LAUNDRY SOUR | G 7930-853-0509 | IV |
| LEAD ACETATE | G 6810-855-1323 | III |
| LIME CHLORINATED | -252-4768 | IAV |
| | -255-0474 | IAV |
| | -0476 | IAV |
| | -251-4247 | IAV |
| MERCURY | C 6810-285-3431 | III |
| | -3450 | III |
| | -290-0027 | III |
| | -0315 | III |
| | N 51-N-827 | III |
| NAPHTHA | | |
| Aromatic, Petroleum | W 6810-244-7637 | II |
| | -7638 | IV |
| | -7639 | III |
| Coal tar | -1207 | II |
| | -1208 | II |
| | -1209 | II |
| | -1210 | II |
| | -1211 | II |
| Petroleum Precipitation | -238-7702 | ? |
| NAPHTHALENE | G 6810-270-6718 | III |
| | -264-9061 | III |
| NICKEL | | |
| Ammonium Sulfate | G 6810-174-1874 | III |
| Chloride | -1875 | III |
| Sulfate | -236-5469 | III |

Alphabetic Listing          15          Enclosure (2)

5160.8

SECNAVINST 4860.3
24 September 1956
Description

| Description | Stock No. | Label |
|---|---|---|
| FILTER CAKE | G 6810-270-9984 | V |
| | -9985 | V |

-O-

| OFFSET MASTER SOLUTION | G 6850-285-8004 | V |

-P-

PAINT
NOTE: All Paints will bear Label No. I
except those in the following categories:

| | Stock No. | Label |
|---|---|---|
| Anti-fouling | | |
| Cold plastic | G 8010-290-8698 | II |
| | -291-5266 | II |
| | -5267 | II |
| Hot plastic shipbottom | -287-7601 | II |
| Natural Rubber | -266-5177 | II |
| Vinyl | -290-4267 | II |
| | -6552 | II |
| | -6656 | II |
| Anti-sweat Fire-Retardant | | |
| Exterior | | |
| Alkyd, Hospital Ship | -281-0396 | II |
| Alkyd, Naval Shipboard Use | -215-3278 | II |
| Full Gloss, General Purpose | -290-4049 | II |
| | -4050 | II |
| | -4643 | II |
| | -6644 | II |
| Shore Use, Exterior | -271-1060 | III |
| | -1061 | III |
| Full Gloss, Shore Use | -286-8690 | II |
| Phenolic, Submarine use | -3943 | II |
| | -3944 | II |
| Rubber, Solvent type | -291-1062 | II |
| | -1063 | II |
| | -1064 | II |
| | -1065 | II |
| | -1066 | II |
| | -1068 | II |
| | -1069 | II |
| Semi-gloss, Shore use | -286-8491 | II |
| | -8492 | II |
| Vinyl-Alkyd, Shipboard use | -290-2958 | II |
| | -2859 | II |
| | -286-9082 | II |

| Enclosure (2) | 20 | Alphabetic Listing |

SECNAVINST 5600.3
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| PAINT (Cont.) | | |
| Vinyl-Alkyd, Submarine use | G 8010-285-7013 | II |
| | -7014 | II |
| | -7016 | II |
| | -7019 | II |
| | -4893 | II |
| | -4894 | II |
| Interior, fire-retardant | -286-7831 | II |
| | -7834 | II |
| | -7835 | II |
| | -9091 | II |
| | -290-2875 | II |
| | -2876 | II |
| Stripping | -285-4872 | II |
| | -4896 | II |
| | -4899 | II |
| | -4873 | II |
| Zinc dust | -290-6646 | II |

Note: The following paints require no labeling of any kind:

| Water Base | | |
|---|---|---|
| Paste | G 8010-282-2621 | Not Req'd |
| | -285-4668 | Not Req'd |
| | -286-0588 | Not Req'd |
| | -0589 | Not Req'd |
| | -0590 | Not Req'd |
| | -0591 | Not Req'd |
| | -0592 | Not Req'd |
| | -0593 | Not Req'd |
| | -0594 | Not Req'd |
| | -0595 | Not Req'd |
| | -0596 | Not Req'd |
| | -0597 | Not Req'd |
| | -0598 | Not Req'd |
| | -0599 | Not Req'd |
| Portland Cement | -286-7721 | Not Req'd |
| | -7722 | Not Req'd |
| White pigment | -290-3069 | Not Req'd |
| PARAFORMALDEHYDE FLAKE | G 6810-285-1322 | III |
| PHENOL, TECHNICAL (Carbolic Acid) | G 6810-174-1612 | IV&V |
| | -1613 | IV&V |

Alphabetic Listing          21          Enclosure (2)

5700.8

SECNAVINST 6260.9
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| **PHOTOGRAPHIC CHEMICALS** | | |
| Deep Etch Lacquer Solution | O 6850-275-5988 | II |
| Deep Etch Shellac Solution | -251-2719 | I |
| Plate Etch Solution | -4162 | V |
| Zinc Plate Deep Etch Solution | -2026 | V |
| | | |
| **PIGMENT** | | |
| Antimony, Oxide Dry | O 8010-247-5713 | III |
| Chrome Green Dry | -252-0508 | III |
| | -247-5719 | III |
| Chrome Green Paste | -4335 | II |
| Chrome Orange Dry | -227-1507 | III |
| Chrome Yellow (Medium) Dry | -244-0702 | III |
| Chromium Oxide Dry | -247-4309 | III |
| Diatomaceous Silica Dry | -5709 | III |
| Litharge Dry | O 6810-247-4310 | III |
| | -4311 | III |
| | -4313 | III |
| Mercuric Oxide, Dry | O 8010-147-4314 | IV |
| Red Lead Grade 3 Dry | -4318 | III |
| Red Lead Grade C Dry | -227-1504 | III |
| White Lead Basic Carbonate Paste | -247-4351 | II |
| | -4352 | II |
| White Lead Basic Carbonate Dry | -2712 | III |
| Zinc Chromate Insoluble Dry | -227-1696 | III |
| Zinc Dust Dry | -247-4321 | III |
| Zinc Yellow (regular) dry | -247-4324 | III |
| | | |
| **POTASSIUM** | | |
| Cyanide ACS | O 6810-290-3841 | IV |
| Dichromate Technical | | |
| Metal Pickling | -291-0637 | IIIIV |
| Photographic | -264-6717 | IIIIV |
| Ferricyanide Photographic | O 6750-174-5455 | IV |
| Hydroxide | | |
| Lithium Solution (Electrolyte) | O 6850-274-5202 | V |
| Solution (CO2 Absorption) | O 6810-285-7086 | V |
| Technical ("Caustic Potash") | -230-3951 | V |
| | -3953 | V |
| | -251-9827 | V |
| Permanganate (JP) | O 6505-299-1428 | I |
| | | |
| **PRESERVATION-SOLUTION CONCENTRATE** | | |
| Sonar See Chest | O 6030-264-1184 | IV |

Enclosure (2)                    22                    Alphabetic Listing

SECNAVINST 4240.3
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| **PRIMERS** | | |
| Alkyd-Resin Steel | G 8010-165-8658 | II |
| Anti-corrosive Shipbottom | -214-5793 | I |
| | -5794 | I |
| Asphalt | G 8030-165-8659 | II |
| Dark Green Metal | G 8010-169-7082 | II |
| | -7083 | II |
| Exterior Wood | -165-8566 | II |
| Interior Wall Primer-Sealer | -8569 | I |
| | -8570 | I |
| Lacquer-Resisting Synthetic | -272-1127 | II |
| Maintenance Exterior | -165-8573 | II |
| | -8574 | II |
| | -281-7399 | III |
| Pretreatment Coating for Metals | G 8030-165-8577 | III-V |
| Red Lead - Linseed Oil | G 8010-214-5791 | II |
| | -5792 | II |
| Synthetic Metal and Wood | -161-5713 | II |
| | -7425 | II |
| Undercoat for Wood Decks | -165-8568 | II |
| Vinyl, Red Lead | -290-0373 | II |
| Vinyl, Zinc Chromate | -0374 | II |
| Zinc, Chromate | -161-7419 | II |
| | -165-8557 | II |
| Zinc, Dust-Zinc Oxide | -8560 | II |
| | -8561 | II |
| **PUTTY** | G 8030-243-0952 | III |
| | -0953 | I |
| | -0959 | I |
| | -0758 | III |
| **PYRIDINE TECHNICAL** | G 6810-281-2765 | II |
| | -3- | |
| **REMOVER** | | |
| Fingerprint | W 8030-252-3300 | I |
| | -3301 | I |
| Paint and Varnish | G 8010-160-5300 | III |
| | -165-4447 | III |
| | -264-7860 | III |
| | -2561 | III |
| **RESIN** | | |
| Solutions | G 6810-281-2036 | I |
| | -2037 | I |

Alphabetic Listing                23                Enclosure (2)

SECNAVINST 4350.3
24 September 1956

-T-

| Description | Stock No. | Label |
|---|---|---|
| TAR, COAL | G 6810-281-6939 | V |
| | -6940 | V |
| TETRACHLOROETHANE | G 6810-264-9015 | IV |
| TETRACHLOROETHYLENE | G 6810-270-9902 | III |
| TETRASODIUM PYROPHOSPHATE | G 6810-249-8038 | V |
| THINNER | | |
| Dipentene | 252-T-563-9980 | II |
| | G 6810-281-9579 | II |
| Dope and Lacquer | G 8010-160-5787 | II |
| | G 8010-160-5792 | II |
| Paint, Mineral Spirits | W 8010-242-2086 | II |
| | -766-6113 | II |
| | -6116 | II |
| Strippable Plastic Coating Compound | -165-5565 | II |
| Synthetic Resin Enamel | W 8010-160-5799 | II |
| | -5775 | II |
| | -165-5583 | II |
| | G 8010-165-5584 | II |
| TOLUENE (TOLUOL) | W 6810-281-2005 | II |
| | -2006 | II |
| TRICHLOROETHYLENE | G 6810-184-4774 | III |
| | -1800 | III |
| TRICRESYL PHOSPHATE | G 6810-281-7478 | III |
| TRISODIUM PHOSPHATE | G 6810-240-8116 | |
| TURPENTINE | G 8010-256-6145 | II |
| | -281-4108 | II |
| | -290-1140 | II |

-V-

| | | |
|---|---|---|
| VARNISH | | |
| Asphalt | G 8010-160-5856 | I |
| | -299-0214 | I |
| Electrical Insulating | | |
| General Purpose | G 5970-166-1675 | I |
| | -1676 | I |
| | -1677 | I |
| | -1678 | I |

22

5100. 1

SERMAVINYL 1014-7
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| VARNISH (Cont.) | | |
| Electrical Insulating | | |
| General Purpose (Cont.) | G 5970-166-1679 | I |
| | -1680 | I |
| | -1681 | I |
| | -1682 | I |
| | -1683 | I |
| | -1684 | I |
| | -1690 | I |
| | 161-7232 | I |
| | 166-1671 | I |
| High Temperature | -1646 | I |
| Interior | G 8010-161-7424 | I |
| | -165-4424 | I |
| | -4430 | I |
| Phenolic | | |
| General Purpose | -166-1659 | II |
| | -234-5176 | II |
| | -251-6980 | II |
| Waterboat | -166-1673 | I |
| | -1674 | I |
| Shellac cut | | |
| Bleached | -165-4761 | I |
| | -4762 | I |
| Orange | -161-7278 | I |
| | -165-4765 | I |
| | -6973 | I |
| Spar Oleoresinous | -160-5232 | I |
| | -165-4432 | I |

-W-

| WATER TREATMENT COMPOUND | G 6850-250-2626 | V |
| | -2627 | V |

| WOOD PRESERVATIVE COMPOUNDS | G 8030-281-2727 | I,IV |
| | -2721 | IX |
| | -2718 | III,V |

-X-

| XYLENE (XYLOL) | G 6810-290-4145 | II |
| | -4146 | II |
| | -4147 | II |

Alphabetic Listing          27          Enclosure (2)



5100.8

ENCLOSURE (2)4366-3
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| 1130 | | |
| Cyanide | 0 6810-202-9704 | IV |
| Dust | -227-1851 | III |
| Phosphide | 0 6810-260-1266 | III |

Enclosure (2)                    26                    Alphabetic Listing



SECNAVINST-020075
21 September 1956

Appendix

Appendix                    29                    Enclosure (2)









SECNAVINST 4860.3
24 September 1956

Appendix

33

Enclosure (2)



CHEMAVIST [illegible]
24 September 1956

| Former No. | FSN No. | Page | Label |
|---|---|---|---|
| G62-L-976-180 | G 8010-165-6121 | 18 | II |
| -765 | -6130 | 18 | II |
| -978-30 | -6113 | 18 | II |
| -236 | -6139 | 19 | II |
| -979-23 | -189-7088 | 19 | II |
| -984-516 | -165-6127 | 18 | II |
| -320 | -6129 | 18 | II |
| -989 | -6124 | 18 | II |
| -992 | -6140 | 19 | II |
| -8 | -6141 | 19 | II |
| -999 | -6126 | 18 | II |
| -1005-355 | -6116 | 18 | II |
| -1140 | G 8030-188-8808 | 14 | II |
| -1185 | G 6810-285-1325 | 18 | III |
| -1200 | G 8010-165-4788 | 16 | III |
| -P-177-80 | -290-8698 | 20 | II |
| -178-5400 | -4247 | 20 | II |
| -179-510 | -6652 | 20 | II |
| -550 | -281-5257 | 20 | II |
| -1285-210 | -1062 | 20 | II |
| -220 | -1063 | 20 | II |
| -410 | -1064 | 20 | II |
| -420 | -1066 | 20 | II |
| -810 | -1068 | 20 | II |
| -1210 | -1038 | 20 | II |
| -1220 | -1069 | 20 | II |
| -2008-2810 | -1060 | 20 | III |
| -2616 | -1061 | 20 | III |
| -3240 | -388-7831 | 21 | II |
| -3245 | -9091 | 21 | II |
| -3372-150 | -7834 | 21 | II |
| -176 | -7836 | 21 | II |

| Former No. | FSN No. | Page | Label |
|---|---|---|---|
| G6M-P-3600 | G 8010-290-3876 | 21 | II |
| -3605 | -3878 | 21 | II |
| -3606 | -4049 | 20 | II |
| -3607 | -4060 | 20 | II |
| -3618-950 | -8843 | 20 | II |
| -958 | -8840 | 20 | II |
| -3925 | -286-0491 | 20 | II |
| -15 | -8492 | 20 | II |
| -3950 | -3943 | 20 | II |
| -3955 | -3944 | 20 | II |
| -6150 | -283-0398 | 20 | II |
| -6217-335 | -286-8490 | 20 | II |
| -6270-70 | -285-7016 | 21 | II |
| -85 | -7015 | 21 | II |
| -88 | -7013 | 21 | II |
| -90 | G 8010-285-7016 | 21 | II |
| -92 | G 8010-286-4091 | 21 | II |
| -94 | -4093 | 21 | II |
| -96 | -290-2868 | 20 | II |
| -98 | -2850 | 20 | II |
| -288 | -288-9082 | 20 | II |
| -6347 | -168-8568 | 23 | II |
| -6375 | -8600 | 23 | I |
| -6377 | -8670 | 23 | I |
| -6042 | -244-7791 | 23 | II |
| -6045 | -8782 | 23 | II |
| -63_8 | -288-177 | 20 | II |
| -6510 | -244-8793 | 23 | I |
| -6540 | -8794 | 23 | I |
| -6550 | -285-7801 | 20 | II |
| -6591 | -291-5264 | 20 | II |
| -7145 | -285-4872 | 21 | II |

Enclosure (2)

36 23

Appendix

Appendix

35

Enclosure (2)



SECNAV INST
24 September 1956

| Former No. | FSN No. | Page | Label |
|---|---|---|---|

Appendix                    37                    Enclosure (2)

Enclosure (J)    SECNAVINST 6040.1
24 September 1956

## Elements of a Labeling Program

1. **General.** All materials should be labeled whether or not they are considered toxic, flammable, or explosive. This is desirable, not only to prevent untoward incidents but also to conserve material which would otherwise be discarded and wasted if unlabeled. Hazardous chemicals and materials within the scope of this instruction have been grouped into six general classifications defined as follows:

a. **Class I. Fire Hazard (Flammable).** Any material which alone or in combination with other materials may produce a danger of fire or explosion (such as the strong oxidizing agents, perchlorates, peroxides, naphthas, acetone, ether, etc.).

b. **Class II. Toxic and Fire Hazard.** Any material which presents a combined hazard due to its flammability (Class I) and its toxicity (Class III).

c. **Class III. Toxic.** Any industrial or military material which may give off a harmful vapor, dust, fume, or mist during handling or operations. The injurious effect may arise from one exposure (acute) or from repeated exposures over a prolonged period (chronic). The mode of entry into the body may be by ingestion, inhalation, or absorption through the skin. Examples of this class are chlorinated hydrocarbons (carbon tetrachloride, tetrachlorethylene, trichlorethylene), chlorinated diphenyls, compounds of cadmium, mercury, chromium, lead, and organic phosphorus compounds.

d. **Class IV. Poisonous.** A poison is commonly understood to be a product which will lead to fatal results in a short period of time when taken into the body. Oral intake is the primary mode of entry into the body. It is now recognized that other routes such as inhalation and absorption through the skin may produce the same effect as oral ingestion of some materials. Examples of this category are cyanides, arsenicals, carbon disulphide, and dimethyl sulphate. Some of these materials may give off a deadly vapor when mixed with acids; e.g., cyanide and acid.

e. **Class V. Corrosive.** Agents which in contact with tissues of the body surface will cause injury or destruction of these tissues. Among these are corrosive agents such as hydrochloric, acetic, nitric, and sulfuric acids; and sodium, potassium, and ammonium hydroxides.

Enclosure (J)

SECNAVINST 4260-3
24 September 1956

f. Class VI. Radioactive Hazard. Hazardous materials or
chemicals which emit alpha, beta, gamma, or neutron radiation,
or which may give off dusts, fumes, gases, or vapors emitting
these radiations.

2. It may be necessary on occasion for qualified investigators
to work with new products before adequate chemical, physical, and
toxicological data are available. To cover such cases, and such
cases only, the following guide is suggested for preparing labels
to be used during the period of investigation:

```
┌──────────────────────────────────────────────────────────┐
│  (NAME OR DESCRIPTION OF PRODUCT)                          │
│                                                            │
│           FOR INVESTIGATIONAL USE ONLY                     │
│                                                            │
│           STATEMENT OF KNOWN HAZARDS                       │
│                                                            │
│     (Appropriate precautionary measures.)                  │
│     (Appropriate instructions in case of contact or        │
│      exposure.)                                            │
│                                                            │
│     IMPORTANT!  The chemical, physical, and toxicological   │
│     properties of this product have not been fully          │
│     investigated and its handling or use may be hazardous.  │
│                                                            │
│                EXERCISE DUE CARE.                          │
└──────────────────────────────────────────────────────────┘
```

3. The elements of an effective labeling program consist of:

    a. Establishment of a Chemical Control Committee.

    b. Uniformity of labeling.

    c. Indexing of materials and their labeling category.

    d. Proper labeling by the local supply department.

    e. Proper labeling by the using unit where transfer is
made to smaller containers.

    f. Educational program.

4. A Chemical Control Committee or equivalent thereof should be
established at each activity to administer the technical phases
of the labeling program for the local activity and to make revisions
as necessary to keep the program current. Directives should be
prepared by the Chemical Control Committee for promulgation by
the commanding officer. These should be based on Bureau instructions

Enclosure (3)                          2

SECNAVINST 6240.1
24 September 1956

and should be tailored to suit the needs of each activity. The size and nature of the activity will be major factors in determining whether this Committee will be a formal organization composed of cognizant personnel, or whether it will consist of one individual to whom this additional responsibility is delegated.

5. To provide uniformity of labeling throughout the Naval Establishment a "Label Classification Guide" showing the proper labels to be employed for hazardous materials will be published in U. S. Navy Safety Precautions (OPNAV 34-P1). A supplementary list of all new or proprietary materials will be compiled periodically, and will be published in OPNAV 34-P1. To supplement the listings in OPNAV 34-P1 a tentative labeling category, agreed upon by the Chemical Control Committee or equivalent thereof, should be established for each new or proprietary material brought in for use at the local activity. If any given new material presents more than one type of hazard, the labels properly identifying each hazard should be affixed to the container. Assistance in regard to the classification of new or proprietary chemicals may be obtained from the management bureau.

6. The supply officer of each activity shall be responsible for the proper labeling of all containers of hazardous materials on receipt of these materials.

7. Supervisory personnel shall be responsible for the proper labeling of any containers to which hazardous materials may be transferred after issue by the Supply Department.

8. Cognizant management personnel shall institute an educational program to thoroughly familiarize employees with the labeling program, paying particular attention to the significance of the color coding, the insignia, and key words, on each category of label.

C20543

3

Enclosure (3)

# Exhibit 24

Case 1:11-cv-00406-LEK-RLP   Document 8-8   Filed 06/30/11   Page 1 of 16   PageID #:

Fifth Edition (Fourth Revision)

# WARNING LABELS

*A Guide for*
*the Preparation of*
*Warning Labels for*
*Hazardous Chemicals*

## MANUAL L-1
FOURTH REVISION - 1956

*Published by*

**MANUFACTURING CHEMISTS'
ASSOCIATION, INC.**

**IMPORTANT**

**Mail the Record Card**

When you receive this manual, please fill out and provided below. A record of those holding manuals distribution of supplements or notices. If any, with the next edition is printed.

MANUFACTURING CHEMISTS' ASSOCIATION, INC.
1625 Eye Street, N.W.
WASHINGTON 6, D. C.

For your future reference, record here the same code given below.

Date

MANUFACTURING CHEMISTS' ASSOCIATION, INC.
1625 Eye Street, N.W.
WASHINGTON 6, D. C.

Gentlemen:

I have a copy of the MCA Manual L-1-WARNING LABELS — 4th Edition — 1956. Please send me any supplements or notices relating thereto. I should like to be advised when a new edition is printed.

Name

Address

Company

I use ☐ do not use ☐ Part III.

PLEASE

MAIL RECORD CARD

NOW

STAMP
HERE

MANUFACTURING CHEMISTS' ASSOCIATION, INC.

1625 EYE STREET, N. W.

WASHINGTON 6, D. C.

# WARNING LABELS

*A Guide for the*
*Preparation of Warning Labels*
*for Hazardous Chemicals*

## MANUAL L-1
*Fourth Revision—1956*



PRICE ONE DOLLAR

*Published by*
MANUFACTURING CHEMISTS' ASSOCIATION, INC.
1625 EYE STREET, NORTHWEST, WASHINGTON 6, D. C.

# Contents

|  | PAGE |
|---|---|
| Introduction | 5 |
| Terms as Used in This Manual | 7 |

## PART I

### Preparation of Warning Labels

| General Principles | 10 |
|---|---|
| Preparation of Labels | |
| General | 11 |
| Use of Table 1 by Specific Example | 14 |
| Table 1 Selection of Precautionary Statements | 16, 17 |
| Labels for Small Commercial Packages | 18 |
| Labels for Samples and New Products for | |
| Investigational Use | 19 |
| Container Handling and Storage | 20 |
| Aerosol Containers | 21 |

## PART II

### Illustrative Warning Labels for Industrial Chemicals

| Preface | 23 |
|---|---|
| Product Labels | 24 |
| MCA Safety Data Sheets | 23, 78 |

## PART III

### Illustrative Warning Labels for Pesticides

| Preface | 79 |
|---|---|
| Product Labels | 82 |

Copyright 1945, 1946, 1949, 1953, 1956

by

Manufacturing Chemists' Association, Inc.

ADOPTED ..........1945

REVISED ...........1946

SECOND REVISION....1949

THIRD REVISION....1953

FOURTH REVISION...1956

The information, recommendations and illustrative labels contained in this Manual have been compiled from sources believed to be reliable and to represent the best current opinion on the subject. No warranty, guarantee or representation is made by the Association as to the absolute correctness or sufficiency of any information, recommendation or illustrative label contained in this Manual, and Manufacturing Chemists' Association, Inc. assumes no responsibility in connection therewith; nor can it be assumed that all warnings and precautionary measures are contained in this Manual, or that other or additional measures may not be required under particular or exceptional conditions or circumstances.

MANUAL L-1

# WARNING LABELS

### A Guide for the Preparation of Warning Labels for Hazardous Chemicals

•

## Introduction

THE DEVELOPMENT of new chemical products and the introduction of chemical processes into ever-widening fields have accentuated the need for furnishing appropriate information in those cases where there are hazards requiring special precautions. Precautionary information should, so far as is practicable, reach every person using, handling, or storing chemicals. The most practical means for the seller to disseminate this information appears to be by warning labels affixed to containers of hazardous chemicals, bearing appropriate precautionary statements expressed as simply and briefly as circumstances permit. Such labels, however, cannot take the place of the education of employees regarding chemical hazards and the use of safety clothing and equipment which are and must remain the direct responsibility of employers; nor can the wording on these labels be expected to cover complete information as to the properties of the chemicals nor the complete details for handling chemicals under all conditions. Such information may be found in producers' technical bulletins or in the Manufacturing Chemists' Association's Chemical Safety Data Sheets.

Many chemicals present no hazards in normal handling and storage and for these products no precautionary statements are necessary on the label.

To achieve uniform and more adequate labeling of hazardous chemical products, the Labels and Precautionary Information (LAPI) Committee of the Manufacturing Chemists' Association, Inc., has prepared this Manual for the benefit and guidance of its members. Part I sets forth principles for the preparation of warning labels. Part II contains suggested warning labels for specific chemicals illustrative of the application of these principles. Part III contains a suggested warning labels showing the application of the principles of Part I to a group of chemical products used in the pesticide (economic poisons) field.

5

The Surgeon General of the United States Public Health Service has discontinued the labeling agreements entered into some years ago with the manufacturers of a few specific chemicals. This was done because today adequate precautionary labels are in very general use by chemical manufacturers. The United States Public Health Service has approved the principles of precautionary labeling developed by the Manufacturing Chemists' Association, Inc., and will continue its interest in this field in cooperation with the Association. It is felt that cooperation on the present broad basis will best serve the purpose intended when the earlier more specific agreements were made.

Individual statutes, regulations or ordinances may require that particular information be included in a label or that a specific label be affixed to a container, but for the most part these labels follow LAPI principles. In each case, the requirements of these laws should be studied. *The warning labels suggested in this Manual should be used in addition to, or in combination with, any label required by law.*

*Federal statutes and regulations affecting the labeling of chemical materials include Federal Caustic Poison Act and regulations; Federal Insecticide, Fungicide, and Rodenticide Act and regulations; Federal Food, Drug and Cosmetic Act and regulations; Interstate Commerce Commission Regulations for Transportation of Explosives and Other Dangerous Articles and others. Copies are obtainable at nominal cost from the Superintendent of Documents, Washington, D. C., or directly from the agencies that administer the laws. State and local governments frequently regulate labeling through statutes, ordinances, and regulations affecting industrial chemicals; poisons; insecticides, fungicides, rodenticides, and herbicides; food, drugs, and cosmetics; agricultural and horticultural materials; the practice of pharmacy; and other subjects. Copies are usually obtainable from state or local Department of Health, Agriculture, Pharmacy, or other regulatory agencies.*

6

## Terms as Used in this Manual

**Dust**—Solid particles generated by handling, crushing, grinding, rapid impact, detonation and decrepitation of organic or inorganic materials such as rock, ore, metal, coal, wood, grain, etc. Dusts do not tend to flocculate except under electrostatic forces. They do not diffuse in air but settle under the influence of gravity.

**Fume**—Solid particles generated by condensation from the gaseous state, generally after volatilization from molten metals, etc., and often accompanied by a chemical reaction such as oxidation. Fumes flocculate and sometimes coalesce.

**Mist**—Suspended liquid droplets generated by condensation from the gaseous to the liquid state or by breaking up a liquid into a dispersed state, such as by splashing, foaming and atomizing.

**Gas**—A normally formless fluid which occupies the space of enclosure and which can be changed to the liquid or solid state by the effect of increased pressure or decreased temperature or both. A gas diffuses.

**Vapor**—The gaseous form of a substance which is normally in the solid or liquid state. A vapor diffuses.

**Flammable Liquid**—Any liquid which gives off flammable vapors (as determined by flash point from Tagliabue's open-cup tester, as used for test of burning oils) at or below a temperature of 80°F.

**Extremely Flammable Liquid**—Any liquid which gives off flammable vapors (as determined by flash point from Tagliabue's open-cup tester, as used for test of burning oils) at or below a temperature of 20°F.

**Corrosive (Physiological)**—An agent which in contact with living tissue will cause more or less severe destruction of tissue by chemical action. As used in warning labeling, the term "corrosive" refers to action on living tissue and should not be confused with action on inanimate surfaces such as metals, glass or wood.

**Irritant (Physiological)**—An agent which in contact with living tissue will induce either immediately or after prolonged or repeated contact a more or less severe local tissue reaction not leading directly to destruction of tissue.

7

SENSITIZER (Physiological)—A material which, as ordinarily handled does not necessarily cause any discernible reaction in living tissue but which after initial or repeated contact with the tissue of some individuals may, at a later date, produce a prompt inflammatory reaction on contact, even in minute amounts, with the tissue of the same individuals.

POISON² Note: The true determination of the "poisonous" properties of a chemical or mixture of chemicals must be based on its effect on humans. The collection of adequate data from human experience is usually impossible. In the absence of such data it is desirable to establish for labeling purposes some arbitrary standards based on past experience and some methods of testing which will permit the presumption of the possible hazards inherent in a given product. The use of laboratory animals for this purpose is now considered the most reliable method generally available when conducted under controlled conditions.

A poison is commonly understood to be a product, contact with which will lead to fatal results, usually in a short period of time. Generally only oral intake has been considered. It is becoming more generally recognized, however, that other modes of contact or routes of entry, in particular inhalation and absorption through the skin, may have similar toxical effect. Any use of the term should, therefore, consider these three common routes of entry.

—A chemical or mixture of chemicals which falls within any of the following categories:

(a) Produces death within 48 hours in half or more than half of a group of 10 or more laboratory white rats weighing 200-300 grams at a single dose of 50 milligrams or less per kilogram of body weight, when administered orally; or

(b) Produces death within 48 hours in half or more than half of a group of 10 or more laboratory white rats weighing 200-300 grams, when inhaled continuously for a period of one hour or less at an atmospheric concentration of 2 milligrams or less per liter of gas, vapor, mist, or dust, provided such concentration is likely to be encountered by man when the chemical product is used in any reasonably foreseeable manner; or

(c) Produces death within 48 hours in half or more than half of a group of 10 or more rabbits tested in a dosage of 200 milligrams or less per kilogram body weight, when administered by continuous contact with the bare skin for 24 hours or less.

If available data on human experience with any chemical in the above-named concentrations indicate results different from those obtained on animals, the human data shall take precedence.

TOXICITY—The inherent capacity of a substance to produce bodily injury by other than physical means.

HAZARD—The risk of injury, illness, or damage that is encountered during reasonably anticipated handling and use of a substance. Hazard is determined by such factors as toxicity, physical characteristics and conditions of use and may not be in direct proportion to toxicity alone.

MIXTURE—A physical commingling of two or more substances which may or may not bear a fixed proportion to one another and which have not reacted chemically with one another.

ECONOMIC POISON²—Any substance or mixture of substances intended for preventing, destroying, repelling, or mitigating any insects, rodents, fungi, weeds, and other forms of plant or animal life or viruses, except viruses on or in living man or other animals, which the Secretary (of Agriculture) shall declare to be a pest.

PESTICIDE—Same as Economic Poison.

1. Corresponds to ICC definition.

2. As defined in Chapter II "Engineering Control of the Air Contamination of the Working Environment" (Allen D. Brandt, D.Sc.) page 198, "Manual of Industrial Hygiene," USPHS.

3. Substantially identical with ICC Poison Class B definition and similar in most respects to regulations under the Federal Insecticide, Fungicide and Rodenticide Act.

4. From Federal Insecticide, Fungicide and Rodenticide Act. It should be understood that there are laws, ordinances, and regulations in certain states which declare to be pests things which may not be so considered at present under the Federal Act.

# PART I

## Preparation of Warning Labels

### General Principles

In preparing warning labels, the following general principles should serve as a guide:

(1) Each chemical product presents a distinct problem and must be treated individually in the light of its own characteristics. Conclusions regarding the hazards of a product cannot safely be drawn either from the properties of the materials from which it is formed or by analogies based upon chemical structure.

Mixtures of two or more chemicals may have properties that vary in kind or degree from those of the individual components. Any warning label for mixtures should be based on the properties of the finished product.

Impurities may contribute hazardous properties and should not be overlooked.

(2) All statements on warning labels should be brief, accurate, and expressed in simple, easily understood terms.

(3) Precautionary labeling should be used only when and to the extent necessary. The language should be practical, not based alone upon the inherent properties of a product, but directed toward the avoidance of hazards resulting from such use, handling and storage as may reasonably be anticipated. The use of warning labels for relatively harmless products or the use of unnecessary words will develop a disregard for labels and defeat their purpose as surely as will failure to give adequate notice of hazards.

(4) On labels for different products, uniformity in language to indicate the same hazards and same degree of hazard is most desirable in order to gain greater understanding through standardization.

(5) The following subject matter should be considered for inclusion on a warning label:

A. Name of Product

B. Signal word designating degree of hazard—DANGER!, WARNING!, or CAUTION!

10

C. Affirmative statement of hazards.

D. Precautionary measures covering actions to be followed or avoided.

E. Instructions in case of contact or exposure, where advisable. (Note: Under some laws antidotes are required when the word "POISON" is used.)

Instructions for the handling and storage of containers should also be considered for inclusion on the label. This is information relating to characteristics of the container as well as those of its contents, and is discussed separately under *Container Handling and Storage* instructions, page 20.

(6) The inclusion of the word "POISON" and the skull and crossbones on a label should be limited to those cases where the product is a poison according to a definite toxicity standard* or where such use is prescribed by law. When used, this legend should be in addition to the other label warnings and should not take the place of the signal words DANGER!, WARNING!, and CAUTION! which are designed to show the relative degree of hazard.

(7) A non-descriptive code designation or trade name should not be used as the only identification of a hazardous chemical. If the complete chemical name is not shown, the label should clearly state the type of chemical, e.g., "corrosive acid," "lead compound."

(8) Warning statements should be grouped together in a prominent location on the label and should be printed in easily legible type which is in contrast by typography, layout, or colour with other printed matter on the label. The label should be affixed firmly to and in a conspicuous place on the container.

### Preparation of Label

In the preparation of a warning label, the compilation of all available relevant information on the product is a necessary first step. An adequate knowledge of the toxicity of the material (obtained from the literature or through laboratory tests) and data on physical and chemical properties, packaging, and methods of handling and use of the product are needed to make possible a description of the hazards. In the case of an established product advantage should be taken of the experience of people involved in manufacturing, shipping and using

*See terms page 8.

11

the material. All the *General Principles* should be kept in mind and the following information considered for inclusion on the label:

A. NAME OF PRODUCER This is important information for the safety of handlers and users. It is preferable that the chemical name of the product be used. The recommendations of the American Chemical Society for nomenclature should be followed. Trade names may be used in addition to chemical names. A non-descriptive code designation or trade name should not be used as the only identification of a hazardous chemical. If the complete chemical name is not shown, the label should at least clearly state the type of chemical, e.g., "corrosive acid," "lead compound."

B. SIGNAL WORD This word is intended to draw attention to the presence of hazard, and to indicate the degree of severity. The signal words recommended are, in the order of diminishing severity of hazard:

(1) DANGER!
(2) WARNING!
(3) CAUTION!

Degree of severity can be expressed only in relative terms. "Danger" is the strongest of the three words and should be used for those products presenting the most serious hazards. "Caution" is recommended for those compounds presenting the least serious hazards. "Warning" is intermediate between "Danger" and "Caution." Reference to the illustrative labels in Part II of this Manual will help in the selection of the proper signal word.

C. STATEMENT OF HAZARDS This statement should give notice of the hazards that are present in connection with the customary or reasonably anticipated handling or use of the product. Examples are:

CAUSES BURNS
VAPOR EXTREMELY HAZARDOUS

Many chemical products will present more than one type of hazard, in which case appropriate statements for each significant type should be included on the label. In general, the most serious hazard should be stated first.

While any compound may be hazardous if improperly used, it is impractical to cover every possible contingency on a label. Efforts should be directed toward giving notice of the significant hazards. A minor hazard may frequently be covered clearly and briefly by an appropriate precautionary statement alone. In some cases the total

hazard of a product, while justifying one or more precautionary measures, may be of such order as to require no statement of hazard on the label.

D. PRECAUTIONARY MEASURES These instructions are intended to supplement the statement of hazards by setting forth briefly measures to be taken to avoid injury or damage from stated hazards. Examples are:

Keep away from heat and open flame.

Avoid breathing dust.

Precautionary measures may be included for hazards not considered of sufficient importance to require mention in the statement of hazards.

Statements similar to, "Do not take internally," deserve special attention. They are seldom necessary where the precautionary measure to be followed is obvious as, for example, when the product is labeled "Poison" or the statement of hazards contains the words, "may be fatal if swallowed." On the other hand, the instruction may be desirable if the name, appearance, use or other attributes of the chemical are likely to result in its being taken orally through accident or mistaken identity.

E. INSTRUCTIONS IN CASE OF CONTACT OR EXPOSURE The primary purpose of a warning label is to *prevent* injury or damage. However, instructions in case of contact or exposure may be included in those instances where the results of contact or exposure are severe and immediate treatment is highly desirable, and where simple remedial measures may be taken safely by non-professional persons before medical assistance is available.

Instructions should be limited to recognized first aid procedures based on simple methods and commonly available materials. Instructions for strictly medical treatment should be omitted except when specifically required by law or indicated by special circumstances.

Because of the serious and lasting effects that may result from eye injuries, a recommendation to get medical attention should accompany any specific instructions directed to treatment of the eyes.

In certain instances simple remedial measures such as washing, or removal of clothing, may be included where they will serve to avoid serious injury following contact or exposure.

All precautionary information should appear on the label as a unit and should be printed in the order given above. The labels in Parts II

and III illustrate suitable arrangements and indicate relative prominence that should be given to the individual statements. Such relative prominence may be achieved in a number of ways such as by variation in type size, color, or layout of the printed material.

NOTE: Some state laws and regulations require, on labels, the use of special or strictly defined antidotes or prescribe special ways in which these must be shown for certain chemicals. The requirements for any given poison may, therefore, vary greatly and the impossibility of showing, in the illustrative labels, antidotes which might be nationally acceptable has led to the practice of indicating only the need for an appropriate "First Aid—Antidote" statement where the "POISON-skull and crossbones" legend is used.

Table 1, on Page 16, is intended as a guide in the selection of precautionary statements for warning labels. Listed are classifications of materials according to the hazardous properties most frequently encountered in chemical products. Opposite each classification are given statements of hazard, precautionary measures and, in most cases, instruction in case of contact or exposure. It is important to recognize that chemicals can have inherent in them more than one of such hazardous properties, and that the label wording for such products should include an appropriate combination of the pertinent statements.

As each chemical product must be treated individually in the light of its own characteristics and customary or reasonably anticipated handling or use, there will be many instances in which the illustrative statements in Table 1 will not be applicable, either because they do not accurately express the degree of hazard or because they fail to cover the particular characteristics. In such cases, suitable statements should be chosen to fit the situation. The illustrative labels in Part II of this Manual may be helpful in the choice of appropriate wording.

**Use of Table 1 by Specific Example**

To illustrate the preparation of a specific warning label and the use of Table 1 in accordance with the principles outlined in the preceding text, Acetyl Chloride may be selected as an example.

Analysis of the physical, chemical and toxicological data shows the major hazards to consist of flammability (flash point between 20°F. and 80°F.), and a severe burning action on living tissue. A chemical property which is of secondary importance is the relatively violent action in contact with water, particularly when small amounts of water are added to large quantities of the chemical. Thus, two major and one minor hazard must be considered.

The selection of the signal word depends on the seriousness of the hazards, the acute rather than chronic action, and to a lesser extent on the number of hazards. In the case of Acetyl Chloride, both major

14

hazards are serious and acute. Therefore, the signal word "DANGER" is indicated. (See page 12,ft.)

Flammability is covered by Column 1, Class I. Since the flash point is between 20 F. and 80°F., Acetyl Chloride falls in Type B, for which the statement of hazard (Column 2) is:

FLAMMABLE

The second major hazard is the corrosive action on living tissue which is covered in Column 1, Class VII. Since the burns that result from contact are serious, the statement of hazard chosen from Column 2 is:

CAUSES SEVERE BURNS

The precautionary measures applying to the flammability hazard are chosen from Column 3. (The parenthetical word "sparks" is usually used only when the flash point is below 20 F.) The statements selected for this product are:

Keep away from heat and open flame.
Keep container closed.

The precautionary measures corresponding to the corrosive action of the liquid and vapor on living tissue, selected from Column 3, are:

Do not get in eyes, on skin, on clothing.
Avoid exposure to concentrated vapor.

The applicable instructions in case of contact or exposure are chosen from Column 4:

In case of contact, immediately flush skin or eyes with plenty of water for at least 15 minutes; for eyes, get medical attention.

The minor hazard arising from the relatively violent action of Acetyl Chloride in contact with water is covered by the special precautionary statement:

Do not allow water to get into container.

Assembling the various statements in order, Signal Word, Statement of Hazard, Precautionary Measures, and Instructions in Case of Contact, we have the completed label as follows:

ACETYL CHLORIDE

DANGER! FLAMMABLE

CAUSES SEVERE BURNS

Keep away from heat and open flame.

Keep container closed.

Do not get in eyes, on skin, on clothing.

Avoid exposure to concentrated vapor.

In case of contact, immediately flush skin or eyes with plenty of water for at least 15 minutes; for eyes, get medical attention.

Do not allow water to get into container.

15

# TABLE 1
## Selection of Precautionary Statements

Products will be encountered that present hazards varying in kind or degree from those listed. Appropriate statements of hazards, precautionary measures and instruct, in case of contact or exposure should be prepared on the basis of the properties of the products (following the pattern and general phraseology of the following table. Parentheses means for the table express variations in kind or degree and are to be used where appro. table. SEE EXAMPLE PAGE 14.

**NOTE: POISON, with skull and crossbones, should be included if the product meets any of the criteria for "poison" set forth on page 8 or is required by law. If POISON is used, add first aid statement as required.**

| Class of Hazard | Statements of Hazard | Precautionary Measures | Instructions in case of Contact or Exposure |
|---|---|---|---|
| | **IMPORTANT:** Select applicable statement(s) only. Selection(s) to be based on actual hazards of use and degree of hazard. In some instances where a mild caution is indicated, the statement of hazard may be omitted and adequate information provided by the statement of precautionary measures. | **IMPORTANT:** Select applicable statement(s) only. Selection(s) to be based on actual hazards of use and degree of hazard. In some instances the omission of a precautionary statement may be justified where the measure to be followed is obvious from the statement of hazard. | **IMPORTANT:** Select applicable statement(s) only. Selection(s) to be based on necessity for prompt action in order to avoid serious effects. |
| **I. Liquids, Flashing at 150°F, or below** [Flash points are determined by the Tagliabue Open-Cup Method] A. Flash point 20°F. or below B. Flash point above 20°F. to 80°F. inclusive C. Flash point above 80°F. to 150°F. inclusive | Extremely Flammable / Flammable / [Combustible] | Keep away from heat (spark) and open flame. Keep container closed (and away from heat). Use with adequate ventilation. | |
| **II. Oxidizing Agents** | Strong Oxidant Contact with Combustible (Other) Material May Cause Fire | Store separately (away) from and avoid contact with combustible (other) materials. Avoid contamination of clothing as it becomes dangerously flammable when dry. Fight fire with water from heights. Avoid contact with skin and eyes. | In case of contact, immediately flush skin or eyes with plenty of water for (at least) 15 minutes for eyes, get medical attention. (Wash clothing thoroughly at once.) Smother all spillage at once. Flush or absorb spillage with ... |
| **III. Materials Giving Vapors Rapidly Toxic or Extremely Irritating on Exposure for a Short Time or to Low Concentration** | Vapor (Extremely) Hazardous (Irritating) Harmful (Extremely) Liquid and Vapor (Gas under Pressure) Vapor Poisonous If Inhaled Vapor May be Fatal If Inhaled [See NOTE opposite page] | Do not breathe vapor. Do not get in eyes, on skin, on clothing. Use only with adequate ventilation. Keep container closed (and away from heat). Get medical ... or blue respirator or self-contained oxygen respirator available for emergency. | In case of contact, immediately flush skin or eyes with plenty of water for (at least) 15 minutes (for eyes), get medical attention. Remove and wash clothing before reuse. [See NOTE above] |
| **IV. Materials Giving Vapors Hazardous from Prolonged or Repeated Exposures or Exposure to High Concentrations** | Vapor Harmful Causes Irritation of Eyes, Nose, and Throat | Use only with adequate ventilation. Avoid prolonged or repeated breathing (of) vapor. Avoid contact with eyes and clothing. Keep container closed (and away from heat). | If spilled on clothing, remove and wash before reuse. In case of exposure to high concentration, remove to fresh air. |
| **V. Gases and Vapors Physiologically Inert** | Gas (Vapor) Reduces Oxygen Available (or Breathing) Releases Heavy Gas (Vapor) which May Cause Suffocation | Use with adequate ventilation. Keep container closed. Do not enter storage areas unless adequately ventilated. | If affected by exposure, remove to fresh air. If breathing has stopped, apply artificial respiration. |
| **VI. Materials in Dust Form Hazardous from Inhalation or Contact** | Hazardous (Harmful) Dust Harmful If Inhaled Causes Irritation of Skin, Eyes, Nose, and Throat | Do not breathe dust. Avoid breathing dust. Wash thoroughly before eating or smoking. Avoid contact with skin, eyes, and clothing. | In case of contact, immediately flush skin or eyes with plenty of water for (at least) 15 minutes for eyes, get medical attention. (Remove and wash clothing before reuse.) |
| **VII. Skin Irritants - Corrosive** | Causes Severe Burns Causes Burns May Cause Burns | Do not get in eyes, on skin, on clothing. Avoid contact with skin, eyes, and clothing. Avoid exposure to (concentrated) vapor. | In case of contact, immediately flush skin or eyes with plenty of water for (at least) 15 minutes (for eyes), get medical attention. (Remove and wash clothing before reuse.) |
| **VIII. Materials Causing Skin Irritation after Prolonged or Repeated Contact** | Causes Skin Irritation May Cause Skin Irritation | Avoid (prolonged or repeated) contact with skin. Wash thoroughly before eating or smoking. Avoid exposure to (concentrated) vapor. | In case of contact, flush with (plenty of) water. (for eyes, get medical attention.) |
| **IX. Materials Toxic through Skin Absorption** | (Extremely) Hazardous (Harmful) Solid (Liquid) (Rapidly) Absorbed through Skin [See NOTE opposite page] | Do not get in eyes, on skin, on clothing. Avoid contact with skin, eyes, and clothing. | In case of contact, immediately (remove all contaminated clothing and) flush skin or eyes with plenty of water (for at least) 15 minutes (for eyes), get medical attention. Wash clothing before reuse. [See NOTE above] |
| **X. Materials Toxic If Swallowed** | Poisonous If Swallowed May be Fatal If Swallowed Harmful If Swallowed [See NOTE opposite page] | Wash thoroughly before eating or smoking. Wash thoroughly after handling. Do not take internally. Do not breathe dust (vapor). | Wash thoroughly before eating or smoking. Wash thoroughly after handling. Do not take internally. (See First Aid ...) Fa. 121. |

*Where required by law



16  17

## Labels for Small Commercial Packages

The principles governing the preparation of warning labels discussed in Part I and the illustrative labels in Part II of this Manual have been developed primarily for bulk packages of chemicals intended for industrial use. The general principles apply, however, to chemicals packaged in small containers. These may include, among others, chemical products in retail packages intended for the ultimate consumer; highly purified chemicals intended for research, testing, or control; and chemicals intended for professional use such as in pharmacy.

As stated in the *General Principles* on page 10, each chemical product presents a distinct problem and must be treated individually in the light of its own characteristics. This same principle will apply to small containers. Small containers may present a problem of less available space for labeling purposes. Careful and selective shortening of warning statements for such containers may be in order if necessary to permit legibility, or if the wording on labels for the chemical in industrial packages is not applicable. Consideration should always be given to (1) the intended or reasonably anticipated handling or use of the particular product, (2) the training and experience of the expected user and (3) the extent to which the hazard is modified by the size or type of container.

The following principles are recommended for condensation of suggested label wording where necessary or advisable:

(1) Retain the *Signal Word*;

(2) Retain the *Statement of Hazard*, shortened if necessary to a practical equivalent;

(3) Consider omission of *Precautionary Measures* if they are clearly indicated or implied from the *Statement of Hazards* or can be clearly indicated or implied by revising the *Statement of Hazards*;

(4) Consider omission of wording relating to hazards that may be less serious because of the particular characteristics of the package, the nature of the use, and the training and experience of the user. Care must be taken to include precautionary measures for any additional hazard which may be present as a result of such characteristics, use, or training and experience.

(5) Care should be taken that labels prepared in accordance with the above principles include all information required by law (see footnote on page 6).

18

## Labels for Samples and for New Products for Investigational Use

**Samples:**

In general, the label for samples of a product should bear the same precautionary information that is on the commercial label, with the exception of possible differences in container instructions. If the product is not in commercial production the label for samples should be prepared in accordance with the principles stated in this Manual.

**New Products for Investigational Use:**

Chemical, physical and toxicological data should be obtained on any product before it is distributed so that hazardous properties can be described on the label. However, it may occasionally be necessary to make delivery of a new product for investigational use before all of these data are obtained. For instance, the quantity available may be too small for necessary tests or the product may have to be delivered to investigators for the purpose of obtaining the desired information. These deliveries should be made to qualified investigators only and should be labeled as adequately as possible with the information available. To cover such cases (and such cases only) the following guide is suggested for preparing labels to be used during the period of investigation.

---

........................................................

**[NAME OR DESCRIPTION OF PRODUCT]**

**FOR INVESTIGATIONAL USE ONLY**

**SIGNAL WORD! STATEMENT OF KNOWN HAZARDS**

Appropriate precautionary measures
Appropriate instructions in case of contact or exposure

**IMPORTANT!** The chemical, physical, and toxicological properties of this product have not been fully investigated and its handling or use may (be hazardous) (present additional hazards). Exercise due care.

---

19

## Container Handling and Storage

Care should always be exercised in handling and storing containers of hazardous chemicals and in removing the contents. The Container Committee of the Manufacturing Chemists' Association, Inc., has recommended the general precautions given below for handling and storing certain classes of containers. Applicable phrases may be selected from these statements. These may be used either as separate labels or in combination with the warning labels given in Part II. Where the properties of the chemical require special or additional precautions, such instructions are indicated in some instances in conjunction with the individual label in Part II.

### Metal Drum Handling and Storage (for liquids and semi-liquids)

Keep plug up to prevent leakage.

Keep drum out of sun and away from heat.

Relieve internal pressure when received and at least weekly thereafter by slowly loosening plug. Retighten immediately.

Never use pressure to empty.

Keep lights, fire, and sparks away from drum openings.

Drum must not be washed out or used for other purposes.

Replace plug after each withdrawal and return with empty drum.

In case of spillage, flush with plenty of water.

### Glass Carboy Handling and Storage

Before moving carboy be sure closure is securely fastened.

Loosen closure carefully.

Keep out of sun and away from heat.

Never use pressure to empty.

Completely drain carboy before returning.

In case of spillage, flush with plenty of water.

### Wooden Barrel Handling and Storage (for liquids and semi-liquids)

Keep out of sun and away from heat.

Store with bilge bung up.

Never use pressure to empty.

Drain completely.

Keep barrel moist—shrinkage may cause leaks.

In case of spillage, flush with plenty of water.

### Cylinder Handling and Storage

Keep away from heat.

Do not store in sunlight.

Never drop cylinders.

Be sure connections are tight.

ICC Regulations prohibit refilling cylinder without permission of owner.

Have airline respirator or self-contained oxygen respirator available for emergency.

## Aerosol Containers

Aerosols in metal cans are used so widely in both industry and in the home that their appropriate labeling is of concern to all. This new type of container (for products under pressure) should receive more care in handling and storage than the ordinary sealed can under little or no pressure at normal temperatures.

The Precautionary Labeling Committee of the Chemical Specialties Manufacturers Association (50 East 41st Street, New York 17, New York) reviewed the matter carefully and in March 1954 proposed that the following labeling be used on all aerosol metal can containers:

### WARNING!

Contents under pressure. Do not puncture.

Exposure to high temperatures may cause bursting.

Keep at room temperature - away from direct sunlight, radiators, stoves, hot water and other heat.

Never throw container into fire or incinerator.

NOTE: Additional requisite cautions for statement as to hazards to persons and property, in the safe disposal of contents, etc. will depend upon the particular product.

Appropriate modification of this labeling is suggested for aerosol containers made of other materials.

# PART II

## Illustrative Warning Labels for Industrial Chemicals

The warning labels in this section have been prepared to demonstrate the practical application of the principles in Part I to a number of chemical products intended for industrial use. The user should familiarize himself with Part I before adapting any of the label statements contained in Part II to his products. The chemicals were selected to illustrate labeling for the major types of hazards commonly encountered. Consequently the listing covers only a relatively few of the hazardous chemicals for which warning labels are necessary. In many cases these labels are applicable to other products some of which are listed with appropriate cross references.

The labeling of radio-active materials, the increasing use of which presents a number of special hazards, is a complex problem beyond the scope of this Manual. In designing labels for these materials, it is suggested that reference be made to Handbook No. 42 published by the U. S. Department of Commerce, National Bureau of Standards, entitled "Safe Handling of Radioactive Isotopes."

The labels are based on the properties of the named chemicals; the presence of other substances, including impurities, may alter these properties and necessitate additional or different precautionary information.

General information regarding the handling and storage of containers is not included on these labels. This subject is discussed under the heading, "Container Handling and Storage," page 20.

First aid treatment is given for a few products only. Such information may be desirable on other products. Where "clothing" is mentioned in first aid instructions, it should be understood to mean all articles of clothing, including shoes, garters, and other accessories. Shoes are specifically named in some instructions, because of special hazards arising from absorption of the chemical by leather.

The notation, "MCA Chemical Safety Data Sheet available," appearing with certain labels in this section refers to Data Sheets published by the Manufacturing Chemists' Association, Inc. These publications contain detailed information on the chemical, physical, and toxicological properties of the product, as well as information on shipping con-

23

---

MANUAL L-1 4th REVISION

1956

*The Following Label Changes Have Been Made In The 4th Edition*

### PART II

**LABELS ADDED**
Aluminum Chloride, Anhydrous
Arsenic Trioxide
Dimethylamine, Anhydrous
Hydrogen Peroxide (Over 52%)
Phenylenediamine (Meta)
Polymethylene Glycol
Propylene
Trimethylamine, Anhydrous

**LABELS REVISED**
Acetic Anhydride
Barium Nitrate
Benzene
Carbon Tetrachloride
Chromic Acid

Di-Isopropyl Ether
Diethylenetriamine
Ethylenediamine
Hydrofluoric Acid Anhydrous
Mercuric Chloride
Lead Arsenic
Methanol
Morpholine
Perchloric Acid
Sodium Chlorate
Sodium Hydroxide
Sodium Sulfide
Vinyl Chloride

**LABELS DELETED**
Arsenic Trichloride
Calcium Cyanide

### PART III

**LABELS ADDED**
Antimony Potassium Tartrate
Aramite
Captan
Chlordanl
Chloro-IPC
p-Chlorophenyl p-Chlorobenzenesulfonate
Copper Compounds
Dalapon
Dichlone
Dichlorodiphenyl Dichloroethane
Dinitro-ortho-Cresol
Dieldrin
Ethyl Mercury Acetate
Glyodin
Heptachlor
Hypochlorites
IPC
Malathion
MCP
Methyl Mercury Dicyandiamide
Methyl Parathion
Phenyl Mercury Acetate
Potassium Cyanate
Sodium Trichloroacetate
Sodium Sulfate
Warfarin
Zinc Phosphide

**LABELS REVISED**
Aldrin
Antu
Barium Fluosilicate
Calcium Arsenate
Calcium Cyanide
Carbon Tetrachloride
Chlordane
Cryolite
Cyanides, Inorganic
Dichlorodiphenyl Trichloroethane
Dichloroethyl Ester
Dieldrin
Ethyl Mercury Chloride
Ethyl Mercury Phosphate
Ethyl Mercury para-Toluene
Sulfonanilide
Hydroxymercurichlorophenol
Hydroxymercurimitrophenol
Hydroxymercurinitrophenol
Lead Arsenate
Magnesium Arsenate
Nabam
Paris Green
Phenyl Mercury Oleate
Sodium Fluosilicate
Strychnine
Zinc Arsenite

**LABELS DELETED**
London Purple

22

## ACETIC ACID, 80%

**DANGER! CAUSES SEVERE BURNS**

Do not get liquid or vapor in eyes, on skin, on clothing.
In case of contact, immediately flush skin or eyes with plenty of water
for at least 15 minutes; for eyes, get medical attention.

MCA Chemical Safety Data Sheet available

## ACETIC ACID, 56%–70%

**WARNING! MAY CAUSE BURNS**

Avoid contact with skin, eyes, and clothing.
In case of contact, immediately flush skin or eyes with plenty of water
for at least 15 minutes; for eyes, get medical attention.

MCA Chemical Safety Data Sheet available

## ACETIC ACID, 28%

**CAUTION! MAY CAUSE BURNS**

Avoid contact with skin, eyes, and clothing.
In case of contact, immediately flush skin or eyes with plenty of water
for at least 15 minutes; for eyes, get medical attention.

MCA Chemical Safety Data Sheet available

## ACETIC ANHYDRIDE

**DANGER! CAUSES SEVERE BURNS
VAPOR HARMFUL**

Do not get liquid or vapor in eyes, on skin, on clothing.
Do not breathe vapor.
In case of contact, immediately flush skin or eyes with plenty of water
for at least 15 minutes; for eyes, get medical attention.

MCA Chemical Safety Data Sheet available

25

## ACETALDEHYDE

**DANGER! EXTREMELY FLAMMABLE
MAY FORM EXPLOSIVE PEROXIDES
UNDER AIR PRESSURE**

...labeling, storage, handling and protective equipment. Prices
...a complete list of available Data Sheets may be obtained from the
...Association. (See page 78 for list.)

*The warning labels suggested in this Manual should be used in addi-
tion to, or in combination with, any label required by law.*

# Exhibit 25



**DEPARTMENT OF THE NAVY**
BUREAU OF MEDICINE AND SURGERY
WASHINGTON 25, D.C.

IN REPLY REFER TO

BUMED-733-PR
A10-1/L5
15 January 1960

From:   Chief, Bureau of Medicine and Surgery
To:     Activities Submitting Occupational Health Reports (NavMed 576)

Subj:   Occupational Health Hazards; Release No. 22

Ref:    (a)  MANMED 23-21

Encl:   (1)  List of Occupational Health Hazards (July - September 1959)

1.  The Quarterly Occupational Health Reports (NavMed 576) for July through
September 1959, submitted in accordance with reference (a), have been re-
viewed.  Potential health hazards of special interest have been selected
from these reports and are forwarded herewith as enclosure (1).

2.  The compilation contained in enclosure (1) is intended as a ready
reference to current problems, and in some instances will help avoid
duplication in the solution of these problems.  It is also intended to
aid Medical Department personnel in the recognition of potentially hazard-
ous materials and processes.  Further detailed information regarding
specific hazards noted in enclosure (1) may be obtained from the originat-
ing activity.

3.  The information contained herein on the composition of materials is
to be treated as manufacturer's "DISCREET" proprietary information, in
accordance with SecNav Instruction 5570.1A of 6 April 1957, and is to be
used solely for the control of potentially toxic materials.  It is not to
be released for any other purpose.

4.  The request for information pertaining to the social and scientific
activities of personnel engaged in the Occupational Health Program has
been favorably received and is appreciated.  A subtitle for industrial
hygiene services provided the Fleet will be included henceforth under
the subtitle "Shipboard Industrial Hygiene Surveys and Investigations".

LLOYD B. SHONE
By direction

Copy to:  (2 copies each)
NDS&RCS
INSNAVMEDACTS
Chiefs of Bureaus
CNO (OP 281)
MSTS
CMC

OCCUPATIONAL HEALTH HAZARDS
Derived from Industrial Health Reports
July 1959 through September 1959

Release No. 22                                    For Official USE Only

1. <u>Chemical Health Hazards.</u>

    A. <u>Inhalation Hazards Due to Gases, Vapors, Fumes and Dusts</u>

       1. 1,1,1-Trichloroethane. Following a Medical Admission to
the Dispensary an investigation was made on a submarine undergoing repair.
The workman involved had been preparing surfaces and brush painting with
Plasite Paint Formula No. 7144 in the Sanitary Tank which was about four
feet square and six feet deep. No ventilation was provided to the space
and the workman had about a pint of the paint in the tank with him. After
being in the tank approximately one hour he was found to be unconscious
and removed to the Dispensary. A witness said that the workman was wear-
ing an organic vapor respirator at the time of his removal from the tank.

       Plasite Paint contains about 35% 1,1,1-Trichloroethane. Other
common names for this solvent are Methyl Chloroform, Vythene, Chlorothene
and Magselect. 1, 1, 1-Trichloroethane is very volatile, requiring little
heat to cause evaporation. Plasite is an epoxy resin type paint and is
mixed with an amine hardener prior to application. The exothermic re-
action of the mixture may have been a factor in the workmen's exposure.
The vapor is heavier than air and therefore tends to displace air in
enclosed spaces. The organic vapor respirator worn by the workmen is
designed to remove vapors from the air when concentrations do not exceed
1,000 parts per million (ppm). It had a knitted cotton facelet over the
contact area between the face and the mask. In testing the efficiency
of the respirator it was noted that it was not possible to pull a vacuum
by closing off the inlets to the organic vapor cartridges. This indica-
ted that the workman was breathing the contaminated air around the facelet.
Because of the potential hazard involved in the Plasite application it
was recommended that air supplied respirators and ventilation be provided
during such work on interior surfaces. It was also recommended that
organic vapor respirators be used only when applying petroleum spirit type
paint vehicles and that the facelets be removed prior to issue.        (1)

       2. A request was received to test the cable tanks and cones
of a cable-laying ship for oxygen content and for the presence of any
toxic or injurious gases. The request was made because of a casualty
occurring on a similar ship operating in the Atlantic. Oxygen values
ranged from 5.5% to 20.4% and carbon dioxide from 11.7% down to 0.0%.
Carbon monoxide concentrations of about 5 ppm were found in one tank
and its associated cone. Tests for hydrogen sulfide, chlorinated
hydrocarbons, arsine, phosgene, nitrous gases, and flammable vapors       (19)