were all negative. The most serious potential hazard existed in a cone with an oxygen content of 5.5% and a carbon dioxide content of 11.7%. The source of the carbon dioxide has not been established but may be produced by bacterial or chemical action on the whiting used to keep the cable from sticking.                                                            (19)

    3. <u>Rapid drying primers.</u> A study is in progress to determine the feasibility of the use of rapid drying primers for steel plate. The search is particularly slanted toward obtaining a paint which may be welded upon without producing a faulty weld. At present, zinc chromate primer must be removed in the way of welding because of porosity of the weld. The Industrial Hygiene Division investigated the health aspects of two of these paints, a lacquer primer and an acrylic ester base paint. Application of rapid drying paints always poses an industrial health problem because of the evaporation of solvents. When applied outdoors in the steel yard, sufficient dilution of vapors should occur so that exposure to hazardous concentrations would be limited to those engaged in the actual application. Application of lacquers or acrylic paints elsewhere would require precautions similar to those now used for Saran and epoxy coatings. Tests were made for potential health hazards created by the decomposition of the dried paint film by welding and burning. Tests were made for carbon monoxide, oxides of nitrogen, phosgene, acidic or alkaline gases, and aldehydes were found under laboratory conditions. To date, tests indicate that the normal precautions used in welding or burning, i.e., the proper use of exhaust ventilation or respiratory protection, should prevent exposure. However, should welding or burning take place on a bulkhead or deck coated with material on the opposite side, decomposition of the paint could occur in adjoining spaces with harmful results.                                                              (4)

    4. <u>Inhalation.</u> The first application of Devran Coating by this shipyard was accomplished without incident. The coating was applied hot (about 160° F.) by spray methods to the interior of submarine ballast tanks. Complete skin protection and the use of air line respirators were required for painters applying the coating. Gloves and charcoal-type respirators were used by painters mixing or carrying the resin. Tests for organic amines and for butyl cellosolve in the exhaust air from the ventilating system and in the area immediately over the mixing tank were well within the accepted permissible limits.                          (19)

    5. Employee inhaled <u>chlorine</u> while attempting to clear the atmospheric vent tube to a chlorinator by blowing into the tube with his mouth. When the obstruction was blown clear the chlorine fed back into the line and the employee inhaled enough gas to cause respiratory discomfort and throat irritation. An investigation of work methods indicated the present practice of clearing plugged chlorine lines by blowing into them  should be discontinued; the use of an aspirator was recommended for this purpose. It was further recommended that employees working on chlorine charged lines or equipment wear the gas mask provided.      (9)

6. <u>Trichlorethylene.</u> Employees on a 2nd. deck of a building complained that a strong solvent odor was present in the shop and a number of them felt dizzy and nauseated. Investigation failed to reveal any use of solvents in the shop but there was an unmistakeable odor of trichlore- thylene the source of which was finally traced to a shop on the 1st. deck. There a vapor degreaser was found to be improperly used. The rinse nozzle was connected to a source of compressed air and clouds of trichlorethylene vapors were being blown out of the machine. The tremendous amounts of contaminant thus created permeated the work area and channeled through the ceiling to the floor above. The steam pressure was set too high, so that the solvent was overheated. The vapor cut-off thermostat was inoperative. The operator wore a chemical cartridge respirator which apparently was inadequate because he complained of "feeling drunk". The other employees nearby were also affected. The machine was ordered taken out of use until such time as a liquid pressure pump would be installed instead of compressed air for the rinse operation and until other repairs were made to ensure that the vapors are controlled. This was accomplished within a few days. Follow-up tests were made and the vapor concentrations were found to be consistently below 50 parts per million indicating that normal conditions were obtained.                                                                (5)

7. <u>Fumes from Burnout Tests.</u> An investigation was made in the Power Section of the Material Laboratory, Bldg. #296, in which is located a high power test station which can apply as high as 100,000 amperes and 500 volts to circuit breakers and other power equipment undergoing test. These tests are made intermittently and personnel must be in the control room at time of test. Any burnouts that occur dissi- pate fumes and g ses into the open high ceiling area above the test cell. In some instances an air line hose may be used to blow out fumes that still linger in the equipment tested. Under conditions of operation observed, there is no hazard to personnel from inhalation of fumes or gases and installation of exhaust blowers is not considered necessary. (10)

8. Industrial hygiene practices were formulated for the fabrication of the lead shielding for the nuclear waste tanks aboard the USS FULTON (AS-11). These included ventilation, personal protective measures when necessary and good housekeeping.                                                (11)

9. <u>Tricresyl Phosphate.</u> An evaluation was made of the amount of tricresyl phosphate discharged by a vacuum pump, evacuating the insulating void around liquid oxygen containers. In order to drive- off moisture from the void, gaseous nitrogen is fed to the tricresyl phosphate which is used as pump oil. This results in a mist analyzing between 51 and 72 milligrams per cubic meter of tricresyl phosphate at (6) 1 foot downstream from the point of discharge. Recommendations for exten- sion of the exhaust vent and/or provision of a mist eliminator have been

made. A revaluation after installation of an oil filter cartridge element resulted in a concentration of 1.1 milligram per cubic meter. An additional recommendation calls for a revision of the procedure so as to eliminate any misting of tricresyl phosphate. (6)

10. <u>Inhalation</u>. The use of "Dion-Iso" polyester resin was under study for possible use in the coating of exposed metal framing in plastic fair-waters. The use of this material introduces a serious potential hazard because of the presence of dimethylaniline/is highly toxic with a threshold limit value of 5 ppm and can be readily absorbed through the intact skin. Skin, eyes, & clothing should be thoroughly protected & water flushed when contaminated. Clothing should be removed and washed before reuse. Either adequate ventilation or respiratory protection should be provided. (19)

11. Three men reported to the Dispensary for personal decontamination after having been accidentally sprayed with Phosphate Ester Fluids. A visit to the work site confirmed the belief that the exposure experienced during this accident was negligible; however, it also indicated the need for better process controls. It was evident that in spite of previous instructions, employees were not following the exposure control measures recommended. They were re-instructed in these measures which are as follows:

    a. In general, avoid skin contact and vapor, mist or aerosol inhalation.

    b. Wear protective gloves, face shields, and other protective clothing, when indicated.

    c. Use catch pans, containing a small amount of water whenever possible. Empty these pans frequently.

    d. Clean up all spills promptly with soap and water. Use a covered container for disposal of rags.

    e. Minor spills on the person should be cleaned immediately with soap and water. Employees having the material sprayed in the eyes, mouth, or over large portions of the body should report to the Dispensary for decontamination.

    f. Machine parts should be cleaned thoroughly before any maintenance involving burning is attempted, and exhaust ventilation provided for such operations. (2)

12. Approximately 200 pounds of pentachlorophenol, a wood preservative and insecticide, was sprayed in the basement of the Rope- (8)

-160-

walk Building by outside contractors.  Several days later Shipyard
employees were found repairing sections of pipe in this area without
benefit of respiratory protection.  Wearing of chemical cartridge
respirators was immediately required.  Samples taken to determine the
atmospheric concentrations of pentachlorophenol showed amounts to
0.036 milligrams per cubic meter.  Although this is less than the maximum
allowable concentration, even a short exposure caused irritation of eyes
and mild headache, and thus reduced_ production efficiency.  The area
was posted with a "Warning" sign.                                   (8)

13.  The recommendation that methyl chloroform be used as the
solvent to wipe hydraulic fluid stains from the walls of the missile
room aboard a guided missile cruiser was adopted and proved successful.
This cleaning procedure was preliminary to applying an epoxy resin to the
same surfaces.  For both the solvent cleaning and paint spraying opera-
tions, supply ventilation and respiratory equipment provided adequate
protection against the health hazards involved.                     (8)

14.  **Inorganic Materials.**  Dust concentrations were measured
during application of magnesia and fiber glass lagging.  The materials
are preformed to fit over pipe fixtures.  During application in a con-
fined steam tunnel, magnesia dust was always in excess of 50 million
particles per cubic foot while fiber glass did not exceed five million.
Respiratory protection is mandatory for the magnesia.  The fiber glass
is reported to cause itching, therefore skin covering has been suggested
(long sleeves, high collars, etc.).                                 (6)

15.  **De-Oxalum.**  As previously reported, De-oxalum is a pro-
prietary product used to clean aluminum prior to welding.  The use of
this material originated with the Philadelphia Naval Shipyard.  Further
investigation was requested by the Awards Committee at this activity.
Tests indicate that De-oxalum may contain secondary butanol in addition
to the butyl cellosolve and acidic component.  It will decompose with
heat, forming considerable sulfur dioxide.  There have been some com-
plaints of a tight feeling in the chest by personnel using this material.
This tends to confirm the presence of the alcohol since such complaints
are common when using the higher alcohols.  Therefore, it was recommended
that, in addition to the eye protection specified, the material should
not be allowed to contact the skin, and it should be used in a well-
ventilated area or with exhaust ventilation.  Organic vapor cartridge
respirators may be necessary.                                       (4)

16.  **Paint vapors.**  Investigation was made of a Beneficial
Suggestion which advocated that hatches of freshly-painted compartment
be propped open about 3/4 of an inch to allow air circulation.  At
present, freshly painted compartments are closed off and sealed.    (4)

Oxygen in the compartment is depleted by the oxidation of the paint, carbon monoxide may be formed, and various contaminants are released to the air in the form of solvent vapors, oxidation products, etc. When entering these compartments there is usually considerable eye and upper respiratory tract irritation. Directives require that tests must be made by the Gas Free Engineer or his representative, and ventilation utilized as necessary before entry into such a compartment can be effected. The amount of ventilation afforded by a 3/4 inch opening produced by propping one end of a hatch cover open with a wood block would be negligible. Accordingly, the adoption of the suggestion was not recommended. (4)

17. Following receipt of reports of the presence of benzol in JP-4, samples were taken from 4 aircraft arriving for overhaul. There was no benzol found in any fraction. (15)

18. A detailed industrial hygiene survey of Shop 51 was made. Some of the operations have varying degrees of health hazards associated with them. Precautionary measures were recommended and adopted on the following operations and areas:

a. Control of fumes and dust and handling chemicals in Battery Repair Shop

b. Removal of radioactive markers

c. Handling electric plastic sealing & insulating compounds

d. Handling toxic chemicals in the Plating Section

e. Control of dust and solvent vapors in Motion Picture Repair Section

f. Control of fumes in Silver Soldering both, ICE Section

g. Installation of exhaust ventilation at buffing and grinding wheels, ICE Section

h. Operation of Detrex Degreaser, ICE Section

i. Disposal of radioactive luminous paint, Engraving Section

j. Noise sound pressure levels and frequency analyses

k. Labeling of hazardous chemicals and materials (10)

-162-

19. Several employees were having difficulty with fumes while burning out boiler tubes in a confined area aboard ship. Two employees had been overcome. Carbon monoxide was suspected and on sampling, high concentrations of carbon monoxide were found. A discussion was held at a shop supervisors meeting on the above hazard. They were instructed in the effects of carbon monoxide and reminded of the need of adequate ventilation during burning operations. (3)

20. _Carbon Monoxide._ An exhaust fume problem in a large aircraft assembly building was partially resolved when two large capacity diesel power units were installed in the outside of the building to supply electric power to two production lines. Prior to this, as many as 4 gaso-line-driven auxiliary power units had to be used at each aircraft because of insufficient electrical capacity of the building. Under those condi-tions, concentrations of carbon monoxide approaching or exceeding the MAC were frequently encountered. (6)

21. An investigation was made to determine the carbon dioxide hazard from a new 35 cubic foot dry ice storage tank located in a large industrial work room. The tank was open at the top with a heavy insulated blanket covering the dry ice. Although the carbon dioxide concentration within the tank was over 25% with the blanket removed, it was never above 0.5% at the breathing level 1 foot above the tank and general room ventilation was sufficient to maintain the carbon dioxide concentration of the room air within permissible limits. It was recommended that long handled tongs be provided and used for the removal of the blocks of dry ice, thus eliminating the possibility of anyone reaching or climbing into the tank. (9)

22. Employees using teflon coated electronic wire questioned the plastic as a source of throat irritation resulting from solder operations. Due to the size of wire, type of operation, and materials used no hazard could be found in the operation. (15)

23. While welding on its exterior hull no fume generation was noted to occur within a saran-coated gasoline tank aboard an AO. Heat from the welding of outside rivet-heads did not appreciably pene-trate through the two 3/4 inch plates to cause decomposition of the saran resin. (8)

24. _Carbon dioxide shielded welding._ Further tests were made of inert gas shielded electrode welding utilizing carbon dioxide gas as the shield. Tests were made while repairing a defective casting under a portable canopy in a dry dock. No positive ventilation was used. Natural ventilation was good. The Draeger test for oxides of nitrogen (4) indicated a trace. Carbon monoxide was negative, except over the head

-163-

of the welder in the smoke plume (100 parts per million). The welder wore an air-supplied sock hood. His protection was considered adequate. In this connection investigation was made of a Beneficial Suggestion advocating a long linear (about 2 inches by 30 inches) exhaust hood for welding with carbon dioxide shielded arcs. It was pointed out that this would be effective only for a linear weld and in no case would it prevent exposure to ozone which is formed, not only at the arc, but several feet distant from the arc by the action of the intense ultra violet radiation. The principle of low velocity-high volume air movement as suggested was correct. It was recommended that a square or rectangular hood be utilized. (4)

25. Welding within a lower deck compartment aboard a destroyer was stopped when a heavy concentration of xylene vapors was found constituting a health and fire hazard. Temporary exhaust ventilation which had been installed during the spray painting of an adjacent ammunition storage compartment had been removed before sufficient drying and to exhaust solvent vapors. (8)

26. Investigation of a number of eye "flash" burns to welders working on the inert-gas metal arc process showed that welders were not wearing protective sideshields on their safety glasses and as a result did not have adequate protection against the scattered ultraviolet radiation given off by other arcs in the work area. The need for this sideshield protection is emphasized by the increased number of "flashes" reported to the Dispensary, particularly in confined areas where welders are working in close proximity to each other. As a corrective measure it has been recommended that welders have their safety glasses, worn under their hoods, equipped with sideshields. This applies to both prescription and non-prescription safety glasses. (9)

27. Shop 11-26 recently began an extensive aluminum welding project using aluminum alloy No. 55-56 containing 5% magnesium. Sixty-one S, (61S), aluminum alloy containing about 1% magnesium was formerly used. The employees noted: (a) an increase in fumes, both by odor and vision; (b) a different light glow from the arc; (c) sparks on cleaning a hot welded area with a wire brush; (d) erythema and burning of the skin. The major health hazards associated with this welding process are ozone gas and ultraviolet radiation. Ozone gas causes nose and throat irritation and lung congestion. It can be extremely hazardous in confined areas. Ultraviolet radiation causes skin burns & visible light intensity is also increased in this welding process.

The same health hazards exist with each of the above alloys. On a comparative study, using an Ultraviolet Photometer, the ozone (3)

concentration appeared to be increased with the 55-56 alloy. The increased
light intensity and sparks are due to the increased magnesium content. The
following recommendations were made: (a) the instructions given in BuShips
Instruction 6160.4, of 10 September 1958 should be followed; (b) cover all
exposed skin surface of the welder; (c) personnel with exposed body surfaces
should not remain in the vicinity of the direct light rays; (d) use a No. 12
glass in the face shield; (e) welding should be performed only with adequate
ventilation; and (f) ventilation should be supplemented with air supply res-
pirators if necessary.                                                    (3)

       28. Wood Preservative, Pentachlorophenol - Painters in the
Material Laboratory will use this paint on the roof of the building. The
cognizant supervision was advised that skin contact with, or inhalation or
vapors from, this preservative should be avoided by the use of suitable pro-
tective clothing and equipment.                                          (10)

    B. Health Hazards Due to Contact with Skin ___.

       1. Experiments were recently conducted in the Shipyard in the
application of 100% reactive epoxy coatings. The unusual features of the
coatings are the absence of solvents and the use of diethylamine triamine
adduct for the hardener. The adduct is made by reacting the diethylamine
triamine with some of the resin which results in a faster curing rate. This
should help to lower the vapor concentrations and reportedly results in a
reduced skin-irritant potential.                                         (19)

       2. Two welders have developed rather severe dermatosis of
both hands with what appears to be sensitization to chrome leather welding
gloves. Standard stock unlined welding gloves have been used for a long
period of time without difficulty. At present both employees are wearing
cotton work gloves under asbestos mittens with good results. As soon as
these skin conditions clear the use of lined welding gloves will be given
a trial.                                                                  (9)

       3. Five employees using "Clarco" disinfectant for cleaning
floors were affected by skin irritation, one severe enough to require
treatment by a physician. The disinfectant is reported to contain isopro-
panol and chlorophenyl-phenol soap. Patch tests with the material indicate
it to be a primary irritant in the recommended dilution, possible because
of unreacted phenol. The use of disinfectant has been discontinued.     (19)

       4. A few cases of dermatitis have occurred during the quarter,
some of which were traceable to possible cross-infection and others to
personnel allergies or nervous conditions. The cross-infection occurred
in a group of assemblers working on a single aircraft and forced into very (4)
close quarters. One of the crew had a previous history of skin irritations

FOR OFFICIAL USE ONLY

or infections and observed poor standards of personal hygiene. It was significant that all other members of his crew excepting a part-time worker acquired similar conditions, two of them being severe enough to be treated at the Dispensary. Another case of allergic origin resulted in persistent skin irritation whenever the patient approached her regular working environment. A study of the materials handled failed to reveal any primary irritant. Employee was given leave for alleviation of her condition and the medical officer will see to reassigning her to a different type of environment. (6)

5. Three men reported to the Dispensary complaining of a burning sensation on their hands experienced as a result of contacting a fluid while working on an oxygen generator being prepared for shipboard installation. It was immediately determined that this fluid was a concentrated solution of potassium hydroxide leaking from a line and there was no warning plaque on the machine. It was further determined that this machine had been received containing potassium hydroxide and inadvertently stored on its side. Warning signs were posted, the machine cleaned, and it was suggested that the manufacturer be contacted in order to prevent future incidents. (2)

6. A group of sailors were becoming "sunburned" after cleaning salt water voids aboard ship. These voids are painted with bituminous paints as a rust preventive. This paint is a type of asphalt coal tar pitch. The photosensitizing effect of this paint is commonly known in shipyards. Detailed information on the subject is found in "Occupational Diseases of the Skin", by Schwartz, Tulipan and Peck. (3)

7. Two cases of apparent sensitization to epoxy resin (Palmer) were reported during the quarter. A dermatitis of the hands and forearms appeared after only a few hours of resin application to a propeller shaft. Full protective clothing, including rubber gloves , was worn. A similar operation conducted approximately 3 months earlier resulted in hand and forearm dermatitis in the same individuals during the third week of handling the Palmer resin. It was recommended that the men involved not be assigned to future epoxy jobs. (13)

8. Several employees from one of our shops used benzene to clean Mine Sweep cables before patching. The procedure used was to soak a cloth with the solvent and wipe the area to be patched. This material is extremely flammable and the vapor is very toxic. Chronic poisoning can result from daily exposure over prolonged periods. Its use can cause an irritation of the skin due to defatting effort. Chronic poisoning can also result through skin absorption. It was recommended that personnel be cautioned to prevent inhalation of the vapor and to be required to wear rubber gloves while using this material. (3)

FOR OFFICIAL USE ONLY

9.  A painter developed an erythematous area after spraying "komul", a bitumastic paint. The paint contains coal tar and a tar distillates that photosensitize the skin. The painter did not use protective cream and thereby became sunburned when his skin was exposed after painting. The use of proper protective creams was suggested for all painters spraying resins.

10.  A joiner applying an epoxy resin deck coating has developed a sensitivity to this resin. Employee wore rubber gloves and used protective cream on his hands; both arms were affected as well as small areas on one leg and one ankle. This employee was recently transferred here and gave a history of previous sensitization to epoxy resins. He has been assigned to other duties to avoid contact with uncured epoxy resins.          (9)

11.  A mixture of kerosene, white lead and trichloroethylene was reported to have caused a mild dermatitis on the hands of a machine shop employee. This mixture, used in a steel cutting process, was said to be necessary for this work and further, that direct hand contact, without gloves, was unavoidable. A recommendation that methyl chloroform be substituted for the trichloroethylene and that a protective hand cream be used, was accepted.          (8)

12.  Five cases of dermatitis occurred during the application of epoxy resins. Investigation revealed that in four cases there was a disregard of the health procedures established for handling of epoxy resins. The other employee was found to have been sensitized to the resin and was removed from further exposure. The remaining four cases were given treatment and additional indoctrination.          (11)

II.  Physical Health Hazards

A.  Exposure to Excessive Heat

1.  A study was made of the upper sections of the Machine Shop to determine temperature and humidity conditions existing during the summer months. Although the results did not indicate serious adversity recommendations were made to improve working conditions to maintain production efficiency.          (8)

B.  Exposure to Nonionizing Radiation Hazards

1.  During this quarter the nuclear reactor of SSGN-587, USS HALIBUT, was brought to initial criticality and the reactor and associated systems were successfully tested at all power levels. No unusual or severe health physics problems developed. None of the workers acquired more than a minimal exposure to ionizing radiation.          (2)

-167-

FOR OFFICIAL USE ONLY

2.  Microwaves.  Under the provisions of a BuMed Instruction requesting eye examinations of radar employees, all the personnel in the radar shop were so examined.  Two (2) employees were found with abnormalities; one (1) showed cataracts of both eyes which may have been orginally produced prior to his employment at this Station, however, he indicated previous experience as a radioman in the U. S. Navy; the other showed certain opacities of senile character.  A survey of their work areas with a germanium diode tester indicated microwave intensities in the order of 0.001 to 0.004 watts per square centimeter during operation of a powerful radar set in a separate area of the shop.  Both employees were transferred to "cooler" areas of the shop and were further shielded with metallic partitions resulting in no reading in the detector.

Stray radiations were found in the radar shop as indicated in the paragraph above.  These were judged to be within the accepted limits of microwave exposure and resulted from reflections or refractions of microwave beams directed to outside targets through glass windows.  Structural members of the building caused some of these rays to bounce back. Recommendations have been made to install absorbing screens around radar antennas in such orientation as to prevent the bounce-back effect.    (6)

3.  As a practical safeguard to avoid excessive exposure to radar waves, Neon Lights (N. E. 51, Stock #GF. 6240.223-9100) are being used.  These neon lights will glow when exposed to microwaves producing approximate energy of 5 or 6 milliwatts per square centimeter which are below the threshold limit of 10 milliwatts per square centimeter.    (20)

4.  Radar Modulator Unit An-SPS-29, containing high voltage Thyratron Tubes (12 kvp), was monitored aboard the USS MANLY for presence of x-radiation.  Readings were taken using "Cutie Pie" ionization chamber encased in a "cage" covered by a double-thickness aluminum screen to prevent RF interferences.  Readings in the compartment and in front of the modulator unit with doors open were less than 1mr/hr.  Film badges placed on the inside of door panels and on one operator represented 6-8 hours exposure, film badge (duPont 552 packet) readings were negative.

5.  Since instrumentation is not avail/to continuously monitor the area in the vicinity of the antenna where shipyard cranes are required to operate, it is desirable to provide these crane operators with a qualitative measuring device that will show the presence of microwave radiation in the energy range that may constitute a health hazard for continuous exposure.    (12)

It is known that miniature neon lamps, such as the GE series NE-51 will glow in the presence of radar microwaves in this energy range. It is recommended that they be installed against the outside front glass

window of the cab in full view of the operator.                                    (12)

C.   Exposure to Excessive Noise

1.   Acoustical measurements on several hydraulic test benches indicate that generally ear protection is needed by the operators of such equipment.  The noise exhibits one or more peaks in some octave bands which indicates that either pure tones or narrow frequency ranges exist and thus render the noise more hazardous.  For instance, a bench with a measured level of 98 decibels has a hazard equivalent to 108 decibel level.  It is felt that wearing of ear plugs is advisable for most of the personnel in the vicinity of these benches and it is mandatory for the operators.  This situation presents a difficult enforcement problem and is best solved by installation of acoustical shields when funds will be available.                (5)

2.   Under the hearing conservation program it is intended to have information on the hearing of every industrially employed person.  Overall audiometric surveys of large segments of the Station conducted on a division-wide basis have been initiated.  Three divisions have been completed with another one in process.                                                        (6)

3.   Measurements were made in the metal building at the O&R Jet Test Cell Area.  Employees inside the building complained of vibrations in the chest as a result of the operations.  The noises were not found to be excessively high for operations of this type.  Personnel were informed the vibrations are not injurious and ear defenders are required during the operation.                                                                      (15)

4.   Modification of an existing test cell to accommodate the J-57 engine with afterburner was completed recently.  An evaluation of sound attenuation was made by Sound Control Incorporated; sound reduction was not acceptable.  Design of the engine support was such that the engine exhaust was approximately 10 feet from the attenuator inlet.  Modification is in progress to permit operation essentially as designed.                   (16)

5.   Preliminary checking on the effectiveness of a (Maxim Div. of Emart Company), portable sound attenuating device was done utilizing the A4D-1 aircraft (J-65 engine).  It was found that sound intensity was increased forward and the side;and decreased aft of the muffling device. Tail pipe temperature was elevated about $12^{\circ}$ probably because of back pressure built up by entry resistance.  Alignment was imperfect (inherently so with this attenuator and the A4D) and the attenuator entry grill is of significant area with a consequent build-up of temperature.  Indications are that portable mufflers or attenuators of this design are not usable withhout considerable modification.                                            (16)

-169-

FOR OFFICIAL USE ONLY

6. A noise study was conducted at the Ground Control Approach Facility located near the intersection of the two main runways in the direct path of noise produced in the flight test line, 1500 feet away. A continuous recording indicated a weighted average overall noise of 92 decibels with peaks varying from 108 to 117 decibels. The 20 military persons attached to that facility have been included in the audiometric program and hearing protection has been recommended.                    (6)

7. Several estimates were made of the expected free-fiedl noise produced by the Regulus II missile utilizing data issued by the manufacturer of other naval sources. It was concluded that noise of the order to 150 decibels may be encountered in areas where personnel will have to perform certain adjustments. Recommendations were made to add water cooling to a standard portable aircraft exhaust muffler, so as to enable afterburner runs exceeding the capability of the muffler. Actual noise readings of the Regulus II made subsequently at Point Mugu indicated the noise to be of the 140 decibel intensity.                    (6)

8. An attenuation pad consisting of a length of cable and two plugs to be inserted in the corresponding sockets of a sound level meter was manufactured with the assistance of the Navy Electronics Laboratory, San Diego. The device provides 30 decibels attenuation thus extending the range of the sound level meter to 170 decibels.                    (6)

D. Illumination Problems

1. Due to complaints of excess glare from military personnel a survey was made of an office located on an outlying field. Lighting is furnished by overhead fluorescent fixtures equipped with diffusers and furnishing a minimum of 30-40 f.c. of light on the working surfaces. The walls are painted a cream-yellow. Work in the office is done on yellow cards and visual difficulty is encountered due to poor contrast. In order to reduce glare it was suggested that the walls be painted with a dull finish, light green paint.                    (15)

2. A program for the relamping of certain production areas has been initiated. A survey was recently completed in the second floor of an industrial building where light levels were low, requiring considerable amount of auxiliary lights. At this time the general level of illumination was found to be in excess of 50 footcandles. Because of the extremely high visual demands of certain operations many of the auxiliary lights were recommended to be retained to yield levels in the 100-200 footcandles suggested by the Illuminating Engineering Society for similar tasks.                    (6)

3. Glare from Fluorescent Red Orange Paint, Color 633, Hi-   (20) Visibility, was resopnsible for eye fatigue among several of the 30 spray

-170-

FOR OFFICIAL USE ONLY

painters using this type paint.  Tinted glass protective eyewear was
recommended as suggested by BuMed and BuAer.  Personnel also complained
that difficulty was experienced in removing the fluorescent paint from
the skin.  Protective skin cream (Ply #2) and SBS #30 waterless skin
cleanser were recommended and used with good results.                    (20)

4.  Large grinding machines are located on the hangar decks of
carriers undergoing conversion.  The illumination appeared inadequate.
Measurements were taken of the illumination furnished by the lights loca-
located on the grinding wheel shield.  The intensities on the tool rest
ranged from 20- 40 footcandles, apparently depending on the type of bulb
installed.  With the grinder lights turned off, no detectable reading
could be obtained on the light meter, indicating that general illumination
was practically non-existent.  This created a hazard because it is
required that lights be turned off when the machine is not in use.  A
person approaching the machine could not tell whether the grinding wheel
was still rotating from previous use or not.  The latest recommended
illumination intensity for rough  rinding is 100 footcandles to be fur-
nished by combination of general and supplemental illumination.  It was
therefore recommended that the bulbs installed on the grinding machines
be of a type to furnish a maximum possible illumination and that general
illumination in the area be provided at a level of at least 30 and pref-
erbly . 50 footcandles.                                                   (4)

## III.  Ionizing Radiation Health Hazards

1.  A survey was made to determine the radiation level in
unrestricted areas in the Material Laboratory around Radiographic Room
#310.  Radiation levels were measured during lead camera type and open
source exposures using a 500 mg. radium source.  Lead shielding was
varied to determine the reduction in radiation levels obtained by the
use of various types of lead shielding.  Data obtained from the survey  (10)
disclosed the following:

a.  Camera Type Exposures.  The maximum radiation levels
recorded in the unrestricted areas was 0.28 mr/hr with the camera elevated
at 15 inches above the floor.  The camera was shielded on the bottom at
floor level with 12 x 16 inch area of 2 inch thick lead bricks and with
a 4x8x2 inch lead brick on top.

b.  Open Source Exposure.

(1)  The maximum radiation levels recorded in the

-171-

<u>Release No. 22</u>

unrestricted areas were 5.0 mr/hr with the source 15 inches above the floor and shielded by an area of 12x16 inches of 2 inch lead bricks on the floor directly below the source and an area of 10x10 inches of 2 inch lead bricks 15 inches above the source.  This shielding is understood to be standard practice.

(2)  Measurements made after adding 1½ inch thickness of lead covering an area of 5x5 feet under the 12x16x2 inch lead shield resulted in  a maximum recorded level of 1.1 mr/hr in the second floor area directly below the source.  This is the same location where the 5.0 mr/hr reading had been previously obtained.

The results obtained from this survey indicate that it is permissible to use the camera type of exposure at any  time of the day since the shielding provided attenuates the radiation level to a value below 2 mr/hr in unrestricted areas as required by the Atomic Energy Commission.  In regard to the open source exposure, this type of operation is permitted only during off hours providing shielding as indicated in subparagraph b (2) above, adequate portable panel shields installed between the source and the north, west, and east walls of Room #310 and adequate shields above the source are maintained.  This shielding is required to retain the "unrestricted" ratings of other areas around Room #310.  In regards to the shielding required above the source, it is considered that an additional ½ inch thickness of lead used together with the 2 inch bricks presently employed will assure compliance with the Atomic Energy Commission regulations.  It was understood that a new method of shielding will be provided in the near future.  This shielding will be placed closer to the source.  The effect of the new type of shielding will be surveyed and if found satisfactory will then be used as standard in open source exposures.  It was recommended that supervisory personnel check and approve the application of shielding prior to exposing the various sources to assure maximum safety of laboratory personnel.                                                                (10)

2.  This office assisted Code 74 of BuMed in exposing film badges to AN/SPS-8A and Mark-25 radar scopes.  Duplicate film packets on the AN/SPS-8A exposures were forwarded to the Commanding Officer, Naval Medical Research Laboratory, Bethesda, Maryland.  Dosage recorded on duPont 552 film was not detectable even on film placed on the antenna for 15 minutes.  Pocket dosimeters (IM-9D/PD-200 mr scale) were placed in all locations for the same time interval; no dosages (less than 1 mr) were observed.                                                                (12)

3.  <u>Radioactive Luminous Paint Containing Radium Salts.</u>  Radioactive luminous paint has been used by the Engraving Section of Shop 51 to paint numbers on telephone dials.  Since this paint is no longer used the shop on recommendation of the Medical Department disposed of it through an Atomic Energy Commission approved waste disposal                (10)

- ᵢᵢ -

Case 1:14-cv-04511-VEC   Document 2-20   Filed 06/23/14   Page 16 of 90

concern.  Measurements with radiac set AN/PDR-27 revealed traces of radio-
active residues where parts had been stored, mixed or used.  All areas
where contamination was found were wiped by an employee wearing rubber
gloves, using small squares of cloth wetted with a wash solution contain-
ing a detergent and chelating agent, Versene.  More stubborn areas were
scrubbed with a 1-inch square brush and then wiped repeatedly.  Some
areas, such as those on porous wood which could not be cleaned as above
were removed by sawing away around that area and removing that section of
wood.  This procedure was also followed in the case of a linoleum-topped
table and a masonite covered work bench.  All cloth used, brush, sawed-
off pieces and rubber gloves were collected in a plastic bag and disposed
of in a radioactive disposal can in an unfrequented open area to await
removal by a disposal contractor.  All areas were cleaned until the read-
ing was less than 0.05 mr/hr and a wipe test using damp filter paper
showed no removal of radioactivity from the surface.

     It was recommended that radioactive material, chemicals or paints
should not be used until the Industrial Hygiene Division has investigated
proposed use and recommended control measures necessary to minimize ex-
posure of personnel and contamination of work areas.                    (10)

     4,   Colbalt 60, Cesium 137 and Radium 226.  New carrying
cases are being built for the radioisotopes used for shipboard radiography.
These are designed to conform with U. S. Atomic Energy Commission, AECU-
2967 Radiation Safety in Industrial Radiography with Radioisotopes.  This
specified that the level of radiation from gamma emitters should not
exceed 200 mr/hr at the surface of the outsdie of the container and/or
10 mr/hr at a distance of one meter from the source.  One carrying case
built to carry 2,000 millicuries of cesium 137 has been completed and was
checked for compliance with the requirement.  A Gamma meter read 200 mr/hr
at the surface of the container.  As other containers are built they
will also be checked for conformance with AECU-2967.                    (1)

     5.   Platonium 239.  A barge used for the disposal of radio-
active waste at sea became contaminated from a leaking container.  A cement
block approximately 4 feet square and 8 feet long was delivered by truck
to the enclosure reserved for the storage of radioactive waste.  Soluble
plutonium apparently percolated through the cement, contaminating the
truck bed and eventually the barge.

     A survey of the 5 hopper areas of the barge was made to deter-
mine the extent of contamination.  The contaminated barge areas were
heavily rusted.  When taking samples it was noted that surface readings
were reduced about ten times by scraping with paint scrapers.  Total con-
tamination was estimated to be about 100 microcuries located for the most
part in two of the five hoppers.                                        (1)

Decontamination of the most highly contaminated areas by scraping appeared to be possible. A vacuum cleaner was designed and built from commercial vacuum cleaner parts and sheet metal. A second vacuum cleaner was borrowed from the Naval Radiation Defense Laboratory. The filters installed were capable of filtering out particles down to 0.3 microns in diameter.

The barge was drydocked and allowed to dry out. Areas of contamination in excess of 500 d/m/150 square feet were outlined with chalk. Heavy Kraft paper was laid over the bottoms of the hoppers and secured to the edges with pressure sensitive tape. The marked areas were scraped a square foot at a time. The scraped surfaces and the surface of the Kraft paper were then cleaned with the vacuum cleaners. Occasional slight contamination was found on the booties worn by personnel entering the hoppers.

All personnel entering the hoppers were required to wear Scott Pressure-Demand air supplied respirators. These respirators were found to be excellent for both protection and comfort.

After the highly contaminated areas were decontaminated the hoppers were wet sandblasted. Air contamination during sandblasting was well within the maximum permissible concentration for airborn plutonium.

A complete report can be obtained by writing the Indus-trial Hygienist of the Command.                                            (1)

6. A radiological environmental survey has been initiated in order to establish the background levels in the Pearl Harbor area. Samples of air, potable water, harbor water, soil, vegetation, and harbor mud, are collected periodically and examined for gross beta activity. The frequency of sampling has been limited by the lack of adequate per-sonnel and equipment, but it is expected that these deficiencies will be corrected within the near future.                                           (19)

7. A group of 10 Passive Defense trainees were engaged in certain exercises involving isotope handling. Photodosimetry indicated total exposures varying from 0 to 0.02 milliroentgens.                         (6)

8. Because of the very infrequent use of the Radium Painting room, it was planned to make that area available to an instrument shop (6) and to remove or tie-up part of the present exhaust ventilation system

to the instrument shop ventilation which will operate with a large degree
of recirculation. This proposal has been strongly opposed because of the
possibility of disseminating residues that may exist in the present system
and because there is still need for limited radium handling facilities. (6)

B. X-Rays

1. Ten (10) film badges were given varied exposures to a
known amount of x-ray radiation using an AN/PDR 2 radiac set. On develop-
ing and reading the film badges the error was found to be about 10% on
the high safe side. This was probably due to using exposure graft No.
B 552-180 with film No. B 552-205. This information was discussed with
the Industrial X-ray Technicians. They appear to have an increased con-
fidence in their film badge radiation exposure results.                    (3)

C. Alpha Particles

D. Gamma Particles

1. During trial operation of ANSPS/29 radar unit aboard ship,
film badges were posted on and around the power components, as well as
on Electronic Ship personnel working in the area as a protective measure
against the possible over exposure to X-- radiation. Films evaluated
after 2 to 3 hours of exposure revealed little or no density readings
above control films, while film exposed for approximately 40 hours indi-
cated up to 0.03 roentgens of X-- radiation.                               (8)

E. Isotopes

1. This shipyard became aware that under the Atomic Energy
Commission license for operating the various radioactive isotopes, the
disposal of low level wastes even if performed in accordance with NAVMED
P-1325 is a violation of Title 10 of the Federal Register (Chapter 1,
Part 20). Consequently this office recommended the contracting of an
AEC authorized contractor for disposing of this waste. It is believed
that the contractor, Nuclear Engineering Corporation, Kearney, New Jersey,
is performing a function more expeditiously and economically than has been
done in accordance with Bureau directives.                                 (12)

F. Radioactive Waste Material

1. Because of security requirements, the previous radiological
disposal area had to be relocated at a point beyond certain distance from
a classified installation. The new area was cleared of underbrush, sur-
rounded by a wire fence and a pad-locked gate and will enclose the
reinforced concrete cylinders where radioactive waste material is deposited
for final cement sealing and ocean disposal. Since the previous area    (6)

-175-

was active from the time the liquid wastes were disposed, a very small
level of ground contamination exists. Therefore it was recommended that
the previous area be left as is, without access to any unauthorized person,
and that it be permanently charted as contaminated in all future condition
maps. Two (2) employees are currently collecting and disposing of radio-
active waste material, mostly electronic tubes. Their photodosimetry was
normal.                                                                    (6).

## IV.  Shipboard Industrial Hygiene Surveys and Investigations

### A.  Surveys

1. A ventilation survey was made on a ship under conversion.
Readings from a number of 5 inch flexible tubes indicated an average venti-
lation rate of 456 cfm. The method used to obtain this ventilation rate
may be of general interest. Seven (7) platforms are installed along the
hull at the third deck level to hold the ventilation machinery. Holes for
16 inch ventilation ducts are cut in the hull of the ship. These are
joined to vertical 16 inch ducts which extend from the main deck to the
tank tops. Each level has four to six branches as required for attaching
the 5 inch ventilation tubing. The system was designed so that any part
of the ship could be reached with 60 feet of 5% ventilation tubing.    (1)

## V.  Substitution of Toxic Solvents by Less Toxic Material

## VI.  Notes

This section will include items of interest ranging from the
scientific to the social aspects of the Occupational Health Program.

### A.  Miscellaneous

1. Investigation of contamination of Liquid Oxygen (over
30 ppm $CH_4$) revealed that the Samplers were contaminated with $CH_4$, $CO_2$
and $N_2O$ as analyzed with the Beckman Infrared Spectorphotometer IR4.
After proper purging no contamination was found in the samplers. The
Samplers were procured from the Naval Air Station, Alameda, in a con-
taminated state. BuAer was notified to alert other activities that might
have received the same lot of Samplers.                                (20)

2. A considerable part of the Industrial Hygienist's time,
in addition to their most important function (to evaluate environmental
occupational health hazards and recommend engineering and personal control
measures for the prevention of illness and absenteeism), is occupied in
investigating conditions alleged to be uncomfortable or health hazardous.
These investigations are important. They often result in preventing      (15)

-176-

FOR OFFICIAL USE ONLY

unjust compensation claims by producing facts substantiating the lack of
basis for a complaint.  In practically all instances these investigations
of complaints or alleged health hazards result in alleviating fear of
employees and thus contributes to production efficiency and morale.
Following is an example of such an investigation:

A crystal etching shop (ammonium bifluoride solution) has
ceased operations and the work space has been used by an electronics
shop for a number of months.  Several employees complained of nausea on
a Saturday following a routine work week.  The area was cleaned before
operations transferred and only the sinks are in place.  No complaints of
this type had been made during the previous years the shop was used.
Personnel were informed symptoms could not be caused by hazardous condi-
tions in the shop.                                                    (15)

3.   Enlisted personnel aboard the Norfolk Reserve Fleet became
intoxicated due to lack of proper protective equipment while spraying.
Proper protection and ventilation requirements were enumerated to the
personnel in order to prevent the condition recurring.

4    The Gyro-Compass Shop was razed in a beautification
program.  While most of the rubble was still on the site, the area was
monitored for mercury vapor in the air.  The air concentrations ranged
from .0 to 0.4 mg/m$^3$ using a Kruger Mercury Vapor Detector Model #23.
Chemical analysis of the dirt in the building revealed only micro quan-
tities present.  Years ago the building had been used to manufacture
antifouling paint when mercury oxide was a common ingredient in that
paint.  After clearing the area and leveling the ground, dirt samples
showed no mercury nor was there any air concentrations in the air con-
centrations in the area.  A Beneficial Suggestion recommending that the
demolished building material be specially handled due to the mercury
hazard was returned disapproved.                                      (12)

5.   Malfunctioning of sensitive guidance instruments has been
attributed to the presence of dust particles in the system.  Because the
presence of particulate matter in atmosphere is one of the possible sources
of these particles industrial hygiene methods were used to determine the
dustiness of the air in a new, air conditioned, instrument shop.  The
dust counts ranged from .75 to 2.5 million particles per cubic foot of
air.  The dust electrostatically precipitated on a hemocytometer cell
ranged in size from submicron particles to pieces as large as 500 microns.
These values are far in excess of the criteria for the instrument shop
which specify less than 0.25 million particles per cubic foot of air
with the particles not to exceed 0.3 microns in size.  This excessive
dust loading is, of course, not significant in terms of a health hazard,
but is tremendously important in terms of the integrity of the aircraft (5)

-177-

FOR OFFICIAL USE ONLY

instruments or of guidance systems.  Thus, by applying standard industrial
hygiene methodology it was possible to locate the dust sources within the
shop, as well as other channels of entry and to make recommendations for
changes in work methods, relocation of potentially dusty or particle gen-
erating processes, improvements in the air cleaning systems, etc., which
will result in the eventual control of this problem.                    (5)

     6.  Urinary leads were performed on a weekly basis for a
group of men cleaning gasoline tanks on an outlying island.  This labora-
tory work was considered highly desirable because of the occurrence of
several cases of lead poisoning on the previous occasion when these tanks
were cleaned.  Samples were shipped by air in polyethylene bottles and
arrived without spillage or leakage.  All lead values were within normal
limits, and no symptoms of lead poisoning developed during or after the
tank-cleaning job.                                                     (19)

     7.  A case of metal-fume poisoning occurring during shipboard
welding on galvanized material is believed to have been due to an un-
authorized change in the temporary ventilation set-up.  One of the two
"suckers" used in the area was reversed so as to blow air into the com-
partment to provide a more comfortable working environment.  The cross
currents so produced interfered with fume collection by the remaining
"sucker".  Supervisory personnel are taking steps to prevent a recurrence
of such an unauthorized change in ventilation set-ups.                 (19)

     8.  A request was received from the Fairmount Glass Works of
Indianapolis to advise on heat control at their glass manufacturing
operations.  The request was peculiarly channeled through the Secretary
of Defense on down to this Command.  A letter giving general guidelines
on the control of radiant heat which was judged to be the major contri-
butor to the problem and references for literature and specialists that
may be directly available to the Indiana glass industry, was prepared
for the signature of the Commanding Officer.                            (6)

     9.  A paper presented at the meeting in Chicago indicated
that propane gas may contain too little odorant to warn of explosive
mixtures.  This information was imparted to the Shipyard since we use
propane at this activity.  Tests are underway to determine the concentra-
tion of the odorant in the local propane.                               (4)

     10.  An instruction for labeling of hazardous chemicals
has been published by the Naval Air Basic Training Command, and will be
implemented by subordinate activities at an early date.                (15)

     11.  A Beneficial Suggestion was investigated which advo-
cated revision of several of the Navy-wide standard labels.  It was found
that writing on some labels is illegible because of the color of the    (4)

-175-

label.  The Beneficial Suggestion was approved.  However, it was noted that these labels are Navy-wide in distribution and must be changed by the originator of the present system.                                (4)

12.  A leaking drum of hydrofluoric acid Stock No. G6810-236-5671 was reported from the Supply Department bulk storage area.  Investigation revealed that 5 additional drums were potential leakers as indicated by bulging and general appearance of the drums.  These 6 drums were drawn and used by the plating shop.  Stock quantity will be limited not to exceed a normal 6 months supply with isolated storage in a well ventilated area.  Personnel in the area have initial indoctrination on potential hazards, preventive measures and first aid procedures.      (16)

13.  We are attempting to maintain a continuous health educational program for our asbestos workers.  The shop has been most cooperative in this effort.  The film, "The Air We Breath", was obtained from MSA and shown on four occasions to small groups of these employees.  This educational movie was followed by a short discussion of the hazards of breathing asbestos fibers and the use of dust respirators.            (3)

14.  A Safety Order was written providing specific instructions for the storage, use, handling, and cleanup of mercury.  In each section of the instructions it was stressed that the basic principal of controlling exposure to mercury is containment.                            (2)

15.  A pre-operational environmental survey for background radiation levels in the Shipyard area was initiated July 1st. in preparation for future nuclear submarine overhaul.  Air, river water, potable water and rainfall samples are being collected.  The Shipyard program is coordinated with a State Health Department survey which will cover areas outside the confines of the Shipyard.  A total of 8 weeks of on-the-job training in radiation protection procedures is being received by three members of the Industrial Hygiene Division at Portsmouth Naval Shipyard in conjunction with the Nautilus overhaul.                    (13)

16.  The U. S. C. Safety Supervisor requested information about the hazards involved in cleaning up a dry spill of Calcium Hypochlorite. It was recommended that the Calcium Hypochlorite be removed by dry methods and that workmen doing the cleaning be provided with respiratory protection                                                      (1)

B.  Personal

1.  An excellent article titled, "Radiation Hazards Aboard A Guided Missile Cruiser", by Johnson, W., Kindsvatter, V. H., and Shaw, C. C., appeared in the United States Armed Forces Medical Journal,      (BuM)

Volume X, No. 5 of May 1959.  Victor H. Kindsvatter is the senior civil
service industrial hygienist of the medical department of the Philadelphia
Naval Shipyard.  Several other industrial hygienists have had articles
published in such periodicals as the Armed Forces Medical Journal, Safety
Review, and professional industrial hygiene publications in the past year.
Among these are Mr. Ernie Storlazzi of Boston Naval Shipyard, on welding;
Dan Bessemer of Bremerton Naval Shipyard, in ventilation control of dupli-
cating processes; Harry Gilbert, New York Naval Shipyard, on inert gas
electric welding; Alfredo Salazar, Naval Air Station, San Diego, on indus-
trial hygiene surveys in "Safety Review", to mention a few.  Beginning
this year - 1960 - the Notes will list the articles and publications, so
that readers of these releases will be informed of articles published by
U. S. Navy officer and Civil Service Industrial Hygienists.

2.  An article by Mr. Jack McElhiney, senior industrial
hygienists of the San Francisco Naval Shipyard, on an unusual experience
in the decontamination of a radioactive waste disposal barge will appear
in the Naval Medical News Letter, Volume #35, No. 3, of 5 February 1960.(1)

3.  Mr. Charles P. Bergtholdt of the Naval Weapons Plant,
Washington, D. C., has developed an interesting and effective pictorial
presentation of the industrial health program conducted at the Weapons
Plant.  The presentation consists of attractive posters depicting the
various services and functions of an occupational health team.                (18)

4.  Ships and those naval activities not having industrial
hygienists attached can obtain the services of a qualified industrial
hygienist for a periodic industrial hygiene survey by requesting the
Commanding Officer of the nearest naval activity having an industrial
hygienists, for this service.  Requests are processed via the cognizant
District Commandant, (see NCPI 88.8-4) and Manual of the Medical Depart-
ment (CH 26-10).  Any financial arrangements required are made by the
Commands.  During the quarter some of the surveys reported are as
follows:

|  |  |
|---|---|
| Bermuda USNAS Oceana  . | Mr. Herbert J. Horsham |
| NAS Whidbey Island | Mr. D. J. Bessemer |
| Naval Research LAB | Mr. Ray McClure |
| USS HOLMES COUNTY (LST 836) | Mr. Alfredo Salazar & Harry Utes |
| ARC- Cable Layer Ship | LCDR Wm. H. Dentler, MSC, USN |
| USN Underwater OrdSta, R.I. | Mr. Salazar DiLustro |

RELEASE NO. 22                                          FOR OFFICIAL USE ONLY

USN STA Key West                    Mr. Roland Byrd

Medical & Dental X-ray
aboard ships berthed
in Shipyard - Norfol               Mr. Seymour Levinson

NavSupCen Oak .nd                   Mr. Jack McElhiney

USS ANTIETAM Survey                 CDR Ray Nebolung, MSC, USNR

USN TraCen, Bainbridge             LT C. J. Jordan, MSC, USN

5. A survey was made by the Norfolk Naval Shipyard industrial
hygienists of the concentration of mercury vapors in the Cardio-Pulmonary
Function Laboratory at the U. S. Naval Hospital, Portsmouth, Virginia. (12)

6. A noise survey is being conducted aboard the USS ANTIETAM.
Sound measurements are being made at various locations on the flight-deck
and throughout the ship.                                              (15)

7. The industrial hygiene division of the medical department,
Portsmouth Naval Shipyard, has expanded considerably to provide the
extensive monitoring, laboratory, and industrial hygiene advisory services
necessitated by refueling and overhaul of the SS(N) NAUTILUS and comple-
tion of the nuclear powered submarine &SS (N) SEADRAGON. To provide
industrial hygiene coverage on a three shift, seven day week basis, has
required a division staff total of fifty-one,- forty-four of whom were
directly employed in the radiological health monitoring and the rest for
supportive laboratory and general industrial hygiene duties.      To
supplement the small permanent staff, 34 Production Department employees
were detailed to the division and trained for radiological monitoring
work.

There are several principle radiation or contamination areas
subject to industrial hygiene monitoring control.   At the USS (N)
NAUTILUS for work in the reactor compartment a personnel change barge
has been provided.

This barge contains facilities for issuing protective cloth-
ing, film badges and dosimeters, a clothing change area with lockers,
and a health physics room with facilities for industrial hygiene survey
instruments, laboratory bench for scalers to count air samples, swipes,
and other samples, and located to enable control of personnel both in and
out of the lower reactor compartment. This is the control point of indus-
trial hygiene service for the NAUTILUS overhaul. All work areas are
continuously monitored for radiation level, air concentrations, and sur-
face swipes for loose contamination. All personnel leaving contamination (9)

-181-

FOR OFFICIAL USE ONLY

areas are monitored to assure radioactive cleanliness, and all equipment
or waste is monitored and appropriately tagged.                    (9)

      8.  Herman Schulz, formerly associated with the New York
State Department of Labor, Division of Industrial Hygiene, has been
appointed to fill the vacancy of Assistant Industrial Hygienist.   (10)

      9.. Four new positions have been established in the
Industrial Hygiene Division of the Medical Department for the following:
Industrial Hygienist, GS-11, Health Physicist, GS-11, Radio Chemical
Technician, GS-7, and Clerk Stenographer, GS-4.  It is expected that the
positions will be filled within the next quarter.                  (19)

      10.. Courses of instructions in Industrial Health were given
classes of Flight Surgeons and Aviation Medical Technicians at the
School of Aviation Medicine.                                       (15)

      11.  Mr. Harry F. Roegner reported aboard as an industrial
hygienist trainee on 24 August 1959.                               (4)

      12.  The annual industrial hygiene survey of the U. S. Naval
Underwater Ordnance Station, Newport, Rhode Island, was conducted by
the Industrial Hygienist of the Naval Air Station, Quonset Point.  (20)

      13.  The industrial hygienist recently spent two weeks at the
Portsmouth Naval Shipyard in on-the-job training in the Industrial Hygiene
Division of the Medical Department, for nuclear work.  An opportunity
was afforded to observe the procedures for contamination control and
personnel protection during overhaul work on the NAUTILUS.  Information
was also obtained on the organization of the Health Physics Branch,
personnel matters, field and laboratory equipment, analytical procedures,
dosimetry, medical clearance, waste disposal, and limits of exposure
and contamination.                                                 (19)

      14.  Radiac coordinators from various shipyards and other naval
installations visited this shipyard for training in regard to the neutron
calibrating range developed here.  A brief talk was given on the Health
Physics aspects of the range.                                      (2)

      15.  Included in a Middle Management supervisor raining course
were talks by the Industrial Hygienists and the Health Physicist to
acquaint the trainees with the philosophies, terminologies, and activities
of the respective disciplines.                                     (2)

VII.  Composition Data  ( information will be found on separate page)

## VII. Composition Data

A. The following data is to be treated as "Commercially Discreet" information and is to be used for official purposes only:

1. In accordance with SECNAV Instruction 6260.3 and BUSHIPS Instruction 6260.3 on labelling toxic materials. The following new materials were introduced into the shipyard and assigned a label accordingly:

Penetone Formula 426 - cresylic acid 15%, chlorinated solvents 45% label BuSandA 9987.

Pero-Klean Marine Cleaner #801 - high flash aromatic hydrocarbon oil, label BuSandA 9987.

Miracle Mastic Type P - solvent is Petrolene, label BuSandA 9988.

Hy-Temp Block Insulation - diatomaceous earth 63-70%, asbestos fiber 12-15%, no label.

Foster 81-33 Fire Resistive Adhesive - xylol 41.5% by volume, alkyd short oil 23%, BuSandA 9988.

Carlon PVC Cement and Primer - tetrahydrofurance 66%, label BuSandA 9988.

Fabertite - Contains coal tar, label BuSandA 9987.                  (12)

2. Other products:

Pressure Sensitive Tape, No. 428C, manufactured by the Minnesota Mining and Manufacturing Company contains no ketones, phenols, aldehydes or other material that would be suspected of causing skin irritation or sensitivity.                  (9)

Porselon #600 is a two component coating manufactured by Protex-A-Cote Incorporated. Segment #1 contains 50% resin and 50% technical grade amyl acetate by volume. Segment #2 contains 50% aliphatic amine and 50% amyl acetate by volume. The combustion products would contain amines, carbon monoxide, carbon dioxide and cyanides.                  (9)

Formula 121X paint. This formula contains more solids than Formula 121 and in addition contains a significant amount of tricresyl phosphate.                  (4)

-183-

Aircosil Flux. Used in silver soldering. Qualitative tests for boron were positive. Fluorides were present (approximately 10%). PH of the mixture is about seven. It contains about 65% water. Appears to be similar to Handi-Flux which contains about 11% fluorides and has a pH of 6.8. Flame tests showed no sodium or calcium.                    (4)

Pitt Chem Thinner - manufactured by the Pittsburgh Coke and Chemical Company is a high boiling heavy grade solvent naphtha (aromatic).                    (9)

Glass Cote Sealer - distributed by Robert J. Elliot, Boston, Massachusetts, was found to contain excessive amounts of Xylene. No    (8) precautionary measures for use of this material was stated on the label.

Durapox - a two component epoxy resin product is manufact red by the Durant Paint, Incorporated, Revere, Massachusetts. Durasol is the name of the associated polyamine hardener.                    (8)

Stripper C86-67D. Turco Products Co. Contains 48% sodium monosilicate pentahydrate, 48% sodium trisilicate and 4% sodium resinate and cresylic acid added.                    (6)

Cleaner, Mil-C-16553, Type I - A clear solution of ammonium and amine soaps with or without a hydrocarbon solvent.                    (5)

Acrylic cellulose - nitrate lacquer, Mil-L-19537 - Methyl methacrylate, diisooctylphthalate, ketone, alcohol, toluene.                    (6)

Denatured ethyl alcohol, JAN-A-463 - Ethyl alcohol to which has been added dye or denaturant (C-1 grade).                    (6)

Potting compound MIL-S-8516B - Base, polysulfide rubber, 55% in aromatic hydrocarbon. No benzene shall be used.                    (6)

Turco 2822. Turco Products Company - A general paint remover and desealant for neoprene and thiokol adhesives. Contains chlorinated hydrocarbons.                    (6)

Acrylic lacquer, Mil-L-19538 (Aer) - Methyl ethyl ketone, methyl isobutyl ketone, octane, isophorone; cellosolve acetate, toluene, nitrocellulose compounds, methyl methacrylate, dioctyl phthalate.                    (6)

Acrylic thinner, Mil-T-19544 (Aer) - Cellosolve acetate, 20%, methyl isobutyl ketone, 40% and toluene 40%.                    (6)

Alodine 1200 - Mixture of chromic acid, simple and complex fluorides and phosphoric acid.                    (6)

-184-

**Black phenolic resin, Mil-R-3043** - it shall not contain chlorinated
compounds or benzol and shall not have an irritating or nauseating odor. (6)

**Camouflage lacquer, Mil-L-00630B** - a cellulose nitrate lacquer.   (6)

**Cellulose nitrate lacquer, Mil-L-7178** - Non-oxidizing phthalic
alkyd resin, diisooctyl phthalate butyl acetate, ethyl acetate, butyl
alcohol, toluene, naphtha.                                            (6)

**Cellulose nitrate thinner, T-T-T-266A** · may contain methyl isobutyl
carbinol, methyl ethyl ketone, methyl isobutyl ketone, toluene.      (6)

**Cellulose acetate butyrate dope, Mil-D-5551D** - Cellulose acetate
butyrate, plasticizer, butyl acetate, diacetone, ethyl acetate and
methyl ethyl ketone.                                                  (6)

**Cellulose acetate butyrate thinner, Mil-T-6097A** - Butyl acetate
and diacetone alcohol.                                                (6)

**Compound grease cleaning solvent, "gunk:, Emulsion Type II,
Phenolic.** Fatty acid soap 51%, cresylic acid 16%, butyl alcohol 1%,
hydrocarbon oil (Kerosene) 32%.                                       (6)

**Day Glo fluorescent paint, Mil-P-21563 (Aer)** - Acrylic resin and
aromatic thinners.  Contains no ketones, cellosolve acetate or mineral
spirits.                                                              (6)

**Deoxidene** - Phosphoric acid (75%), butyl cellosolve and 1% nonionic
wetting agent.                                                        (6)

**Nacconol detergent wetting agent** - Sodium alkyl aryl sulfonate.
National Aniline and Chemical Company                                 (6)

**Nubelon enamel (Glidden Paint Co.)** - A silicone epoxy paint with
accelerator added.  Cures at 425 - 450° F.                            (6)

**Parko Lubrite** - Phosphoric acid for surface treatment (205-210° F.)

**Nokorode 731** - referred to locally as Paralketone, Mil-C-16173A
Corrosion preventive solvent cut back. · skin irritant.  60% asphaltic
base, 40% mineral spirits.  Lion Oil Company.                         (6)

**Polyurethane (Magna) S.EW.** (Sherwin-Williams Co.) - Polyisocyanate
reacted with hydroxyl bearing resins in a solvent system, reported as
non-toxic and non-irritating.                                         (6)

**Preservation oil, Mil-0-6083** - a petroleum base oil with tricresyl
phosphate and inhibitors.  Tricresyl phosphate is a toxic material.   (5)

-135-

Preservation Oil AN-C-124C - a corrosion preventive compound (non-volatile) dispersed in petroleum solvent.  Benzol and chlorinated hydrocarbons are excluded.                                                    (6)

Pretreatment coating (Glidden) Mil-C-8514 (a) Glidden Paint Co.   (6)
Polyvinyl butyral resin, zinc chromate, magnesium silicate, lampblack, butyl alcohol, ethyl alcohol, acid component, phosphoric acid, water, ethyl alcohol.
     The resin:  polyvinyl alcohol, 10-20%, polyvinyl acetate 1-1.5%, volatile 80-92%.                                                             (6)

Rubber Adhesive, Mil-A-5092A - reclaimed rubber, neoprene or
Buna-N is an aromatic solvent (Toluene).                                 (6)

Rubber, Goodyear, Chemigum, Mil-S-7502B, Class B-2 (Aer),
Goodyear Rubber Company.  A synthetic rubber of the polysulfide type and a curing compound not dependent upon solvent evaporation.              (6)

Spraylat (Spraylat Corp.) - plasticized resins and less than 1% ammonia sprayed as a translucent protective coat on plexiglass canopy.  (6)

Strippers C-67D, Mil-R-7751A - for stripping steel or anodized aluminum; sodium monosilicate pentahydrate 48%; sodium trisilicate 48%; sodium resinate 4%; pH-11.5-12.5; 22.5-25% by wt. sodium peroxide.   (6)

Stripper C-86 - Cresylic acid.

Transpo. Turco Products Co. - a two phase cleaner containing         (6)
methylene chloride and cresol in the lower layer and water in the upper.

Turco, 3002A.  Turco Products Co. - a phosphoric acid brightener.

Turco, 3087C - a phosphoric acid brightener for aluminum.             (6)

Turco, 4228 - a strong caustic for grease and carbon removal.

Vinyl paint for silk screen process MIL-D-8634A and Mil-P-8793,
ASG - Vinyl resins and plasticizer 20%; isophorone ½%, petroleum naphtha 20%.

Westcoat clear #202, Jan-C-149-Type II, Western Coating Company (Improperly referred to as Eronel).  It is a cellulose acetate butyrate compound corrosion preventive.  Also contains plasticizers and stabilizers.

Sealant, Mil-S-7502 - a synthetic rubber of the polysulfide type sealing compound and a separate curing agent.                            (6)

-186-

<u>Release No. 22</u>                                    <u>FOR OFFICIAL USE ONLY</u>

\* Numbers in parenthesis listed throughout this Report refer to the
following stations:

     (1)  NSY San Francisco, California
     (2)  NSY Mare Island, California
     (3)  NSY Long Beach, California
     (4)  NSY Puget Sound, Bremerton, Washington
     (5)  NAS Alameda, California
     (6)  NAS San Diego, California
     (8)  NSY Boston, Massachusetts
     (9)  NSY Portsmouth, New Hampshire
    (10)  NSY New York, New York
    (11)  NSY Philadelphia, Pennsylvania
    (12)  NSY Norfolk, Virginia
    (13)  NSY Charleston, South Carolina
    (14)  NAS Norfolk, Virginia
    (15)  NAS Pensacola, Florida
    (16)  NAS Jacksonville, Florida
    (17)  NAS Corpus Christi, Texas
    (18)  NWP Washington, D. C.
    (19)  NSY #128, Pearl Harbor, Hawaii
    (20)  NAS Quonset Point, Rhode Island
    (21)  NAD Crane, Indiana

enclosure (1)

-127-

INDEX TO "OCCUPATIONAL HEALTH HAZARDS"
Release No. 22

Acidic gases, in decomposition of paint, p. 158, item 3
Acrylic cellulose - nitrate lacquer MIL-L-19537, p. 184, item 2
Acrylic ester base paint, p. 158, item 3
Acrylic lacquer, MIL-L-19538 (Aer), p. 184, item 2
Acrylic thinner MIL-T-19544 (Aer), p. 184, item 2
Aircosil flux, p. 184, item 2
Alcohol, p. 184, item 2
Alcohol, ethyl, p. 186
Alcohol, ethyl, denatured, p. 184, item 2
Aldehydes, in decomposition of paint, p. 158, item 3
Alkaline gases, in decomposition of paint, p. 158, item 3
Alkyd short oil, p. 183, item 1
Alodine 1200, p. 184, item 2
Aluminum alloy No. 55-56, welding of, p. 164, item 27
Aluminum alloy 61S, p. 164, item 27
Aluminum, cleaner for, p. 161, item 15
Amine hardeners, in Plasite paint, p. 157, item A-1
Amines, p. 183, item 2
Amine soap, p. 184, item 2
Amines, organic, from Devran coating, p. 158, item 4
Ammonia, p. 186
Ammonium bifluoride, p. 177, item 2
Ammonium soap, p. 184, item 2
Amyl acetate, p. 183, item 2
AN/PDR 2 radiac set, p. 175, item B-1
ANSPS/29 radar unit, p. 175, item D-1
AN/SPS-8A radar scope, p. 172, item 2
Arsine, in cable tanks and cones, p. 157, item 2
Asbestos dust, hazards (movie film), p. 179, item 13
Asbestos fiber, p. 183, item 1
Asphalt coal tar pitch, burns from, p. 166, item 6; p. 167, item 9

Battery repair shop, control of fumes, p. 162, item a
Benzene, protection against, p. 166, item 8
Benzol, in JP-4 fuel, p. 162, item 17
Black phenolic resin MIL-R-3043, p. 185
Boron, p. 184, item 2
Buffing and grinding wheels, ventilation for, p. 162, item g

Buna-N, p. 186
Butanol, in De-Oxalum, p. 161, item 15
Butyl acetate, p. 185
Butyl alcohol, p. 185; p. 186
Butyl cellosolve, p. 185
Butyl cellosolve, in De-Oxalum, p. 161, item 15
Butyl cellosolve, from Devran coating, p.158, item 4


Cable tanks and cones, oxygen content, p. 157, item 2
Calcium hypochlorite, disposal of, p. 179, item 16
Camouflage lacquer MIL-L-00680B, p. 185
Carbon dioxide, p. 183, item 2
Carbon dioxide, as contaminant in liquid oxygen, p. 176, Sect. VI, item 1
Carbon dioxide, in cable tanks and cones, p. 157, item 2
Carbon dioxide, in dry ice storage tanks, p. 163, item 21
Carbon dioxide shielded welding, p. 163, item 24
Carbon monoxide, p. 183, item 2
Carbon monoxide, formation in paint drying, p. 162, item 16
Carbon monoxide, from burning out boiler tubes, p. 163, item 19
Carbon monoxide, from gasoline power units, p. 163, item 20
Carbon monoxide, in cable tanks and cones, p. 157, item 2
Carbon monoxide, in carbon dioxide shielded welding, p. 163, item 24
Carbon monoxide, in decomposition of paint, p. 158, item 3
Carlon PVC Cement and Primer, p. 183, item 1
Cellosolve acetate, p. 184, item 2
Cellulose acetate butyrate dope MIL-D-5551D, p. 185
Cellulose acetate butyrate thinner MIL-T-6097A, p. 185
Cellulose nitrate lacquer MIL-L-7178, p. 185
Cellulose nitrate thinner T-T-T-266A, p. 185
Cesium 137, carrying cases for, p. 173, item 4
Chemicals, hazardous, labeling of, p. 162, item k; p. 178, items 10-11
Chlorine, p. 158, item 5
Chlorophenyl-phenol, skin irritation from, p. 165, item 3
Chlorothene, SEE 1,1,1-Trichloroethane
Chrome leather welding gloves, dermatitis from, p. 165, item 2
Chromic acid, p. 184, item 2
Clarco disinfectant, skin irritation from, p. 165, item 3
Cleaner, MIL-C-16553, Type I, p. 184, item 2
Coal tar, p. 183, item 1
Cobalt 60, carrying cases for, p. 173, item 4
Compound grease cleaning solvent, "gunk:, Emulsion Type II,
  Phenolic, p. 185

Cresol, p. 186
Cresylic acid, p. 183, item 1; p. 184, item 2; p. 185; p. 186
Cyanides, p. 183, item 2

Day Glo fluorescent paint, MIL-P-21563, p. 185
De-Oxalum, p. 161, item 15
Deoxidene, p. 185
Detrex degreaser, p. 162, item h
Devran coating, p. 158, item 4
Diacetone, p. 185
Diacetone alcohol, p. 185
Diatomaceous earth, p. 183, item 1
Diethylamine triamine, p. 165, item 1
Diisooctylphthalate, p. 184, item 2; p. 185
Dimethylaniline, in metal coatings, p. 160, item 10
Dioctyl phthalate, p. 184, item 2
Dion-Iso polyester resin, p. 160, item 10
Dry ice storage tank, carbon dioxide in, p. 163, item 21
Durapox, p. 184, item 2
Durasol, p. 184, item 2
Dust, in air, determination of, p. 177, item 5

Epoxy coatings, p. 165, item 1
Epoxy resins, dermatitis from, p. 166, item 7; p. 167, items 9,10,12
Eronel, p. 186
Ethyl acetate, p. 185
Ethyl alcohol, p. 186
Exposure graft No. B 552-180, p. 175, item B-1

Fabertite, p. 183, item 1
Fatty acid soap, p. 185
Fiber glass lagging, dust concentration, p. 161, item 14
Film No. B 552-205, p. 175, item B-1
Fluorescent red orange paint, color 633, eye fatigue from, p. 170,
  item 3
Fluorides, p. 184, item 2
Formula 121X paint, p. 183, item 2
Foster 81-33 Fire Resistive adhesive, p. 183, item 1
Fumes, from burnout tests, p. 159, item 7

Gamma particles, exposure to, p. 175, item D
Gasoline tanks, lead poisoning from cleaning of, p. 178, item 6
Glass Cote Sealer, p. 184, item 2

Handi-Flux, p. 184, item 2
Heat, excessive, exposure to, p. 167, item A
Hydraulic fluid, solvent for, p. 161, item 13
Hydrocarbons, chlorinated, in cable tanks and cones, p. 157, item 2
Hydrofluoric acid, p. 179, item 12
Hydrogen sulfide, in cable tanks and cones, p. 157, item 2
Hy-Temp Block Insulation, p. 183, item 1

Illumination problems, p. 170-171
Insulating compounds, protection in handling, p. 162, item c
Isophorone, p. 184, item 2; p. 186
Isopropanol, skin irritation from, p. 165, item 3
Isotopes, radioactive, disposal of, p. 175, item E-1

J-57 engine, noise from, p. 169, item 4
JP-4 fuel, benzol in, p. 162, item 17

Kerosene, p. 185
Kerosene, dermatitis from, p. 167, item 11
Ketone, p. 184, item 2
Komul, bitumastic paint, burns from, p. 167, item 9

Lacquer primer, p. 158, item 3
Lampblack, p. 186
Lead, excretion of, p. 178, item 6
Lead, shielding for nuclear waste tanks, p. 159, item 8
Lead, shielding for radiation, p. 171-172
Liquid oxygen containers, tricresyl phosphate in mist, p. 159, item 9
Liquid oxygen, contamination of, p. 176, Sect. VI, item 1

Magnesia, dust concentration, p. 161, item 14
Magnesium, in aluminum alloy, p. 164, item 27
Magnesium silicate, p. 186
Magselect, SEE 1,1,1-Trichloroethane
Mark-25 radar scope, p. 172, item 2
Mercury oxide, in antifouling paint, p. 177, item 4
Mercury, protection against, p. 179, item 14
Mercury vapor, p. 177, item 4
Metal-fume poisoning, p. 178, item 7
Methane, as contaminant in liquid oxygen, p. 176, Sect. VI, item 1
Methyl chloroform, SEE 1,1,1-Trichloroethane
Methylene chloride, p. 186
Methyl ethyl ketone, p. 184, item 2; p. 185

Methyl isobutyl carbinol, p. 185
Methyl isobutyl ketone, p. 184, item 2; p. 185
Methyl methacrylate, p. 184, item 2
Microwaves, eye injury from, p. 168, item 2
Microwaves, measuring device for, p. 168, item 5
Mineral spirits, p. 185
Miracle Mastic Type P, p. 183, item 1
Motion Picture Repair Section, control of dust and solvent vapors in,
    p. 162, item e


Nacconol detergent wetting agent, p. 185
Naphtha, p. 185
Neon lamps, as indicators for microwaves, p. 168, item 5
Neon lights, as indicators of microwaves from radar, p. 168, item 3
Neoprene, p. 186
Nitrocellulose compounds, p. 184, item 2
Nitrogen, in evacuating moisture from LOX containers, p. 159, item 9
Nitrogen oxide, as contaminant in liquid oxygen, p. 176, Sect. VI,
    item 1
Nitrogen oxides, in carbon dioxide shielded welding, p. 163, item 24
Nitrogen oxides, in decomposition of paint, p. 158, item 3
Nitrous gases, in cable tanks and cones, p. 157, item 2
Noise, analyses of pressure and frequency, p. 162, item j
Noise, exposure to, p. 169-170
Nokorode 731, p. 185
Nubelon enamel, p. 185


Octane, p. 184, item 2
Oxygen, depletion in paint drying, p. 162, item 16
Oxygen generator, potassium hydroxide in, p. 166, item 5
Oxygen, in cable tanks and cones, p. 157, item 2
Ozone, in carbon dioxide shielded welding, p. 164, item 24
Ozone, in welding, p. 164, item 27


Paint, radioactive luminous, disposal of, p. 162, item i; p. 172, item 3
Paints, bituminous, burns from, p. 166, item 6; p. 167, item 9
Paint, vapors, hazards in drying, p. 161, item 16
Paralketone (MIL-C-16173A), p. 185
Parko lubrite, p. 185
Penetone Formula 426, p. 183, item 1
Pentachlorophenol, p. 160, item 12; p. 165, item 28
Pero-Klean Marine Cleaner #801, p. 183, item 1

Petroleum naphtha, p. 186
Phenol, skin irritation from, p. 165, item 3
Phosgene, in cable tanks and cones, p. 157, item 2
Phosgene, in decomposition of paint, p. 158, item 3
Phosphate ester fluids, protection against, p. 160, item 11
Phosphoric acid, p. 184, item 2; p. 185; p. 186
Phthalic alkyd resin, p. 185
Pitt Chem Thinner, p. 184, item 2
Plasite Paint Formula No. 7144, p. 157, item A-1
Plating Section, handling of chemicals in, p. 162, item d
Plutonium 239, disposal of, p. 173, item 5
Ply #2 protective skin cream, p. 171, item 3
Polysulfide rubber, p. 184, item 2
Polyurethane (Magna) S. &W., p. 185
Polyvinyl butyral resin, p. 186
Porselon #600, p. 183, item 2
Potassium hydroxide, contamination in oxygen generator, p. 166, item 5
Potting compound MIL-S-8516B, p. 184, item 2
Preservation oil M-C-124C, p. 186
Preservation oil, MIL-O-6083, p. 185
Pressure Sensitive Tape, No. 428C, p. 183, item 2
Pretreatment coating MIL-C-8514, p. 186
Primers, rapid drying, p. 158, item 3
Propane gas, odor concentration, p. 178, item 9


Radar, eye injury from, p. 168, item 2
Radar, microwaves, measuring device for, p. 168, item 5
Radar Modulator Unit An-SPS-29, p. 168, item 4
Radar, protection against, p. 168, item 3
Radar scopes, p. 172, item 2
Radiant heat, control of, p. 178, item 8
Radiation, exposure to, p. 171-176
Radiation, protection against by lead shielding, p. 171-172
Radiation, protection procedures, p. 179, item 15
Radiation, ultraviolet, in welding, p. 164, item 27
Radioactive markers, removal of, p. 162, item b
Radioactive waste, disposal of, p. 175, item F-1
Radium 226, carrying cases for, p. 173, item 4
Radium salts, in paint, p. 172, item 3
Regulus II missile, noise from, p. 170, item 7
Rubber adhesive MIL-A-5092A, p. 186
Rubber, Goodyear, Chemigum MIL-S-7502B, Class B-2 (Aer), p. 186

Saran-coated gasoline tank, fumes from welding of, p. 163, item 23
SBS #30 waterless skin cleanser, p. 171, item 3
Sealant - MIL-S-7502, p. 186
Sealing compounds, protection in handling, p. 162, item c
Silver soldering booth, control of fumes in, p. 162, item f
Sodium alkyl aryl sulfonate, p. 185
Sodium monosilicate pentahydrate, p. 184, item 2; p. 186
Sodium peroxide, p. 186
Sodium resinate, p. 184, item 2; p. 186
Sodium trisilicate, p. 184, item 2; p. 186
Spraylat, p. 186
Stripper C-86, p. 186
Stripper C 86-67D, p. 184, item 2
Strippers C-67D, MIL-R-7751A, p. 186
Sulfur dioxide, in decomposition of De-Oxalum, p. 161, item 15


Teflon, in soldering of wire, p. 163, item 22
Tetrahydrofuran, p. 183, item 1
Thyratron tubes, p. 168, item 4
Toluene, p. 184, item 2; p. 185; p. 186
Transpo., p. 186
1,1,1-Trichloroethane, p. 157, item A-1; p. 161, item 13; p. 167, item 11
Trichloroethylene, dermatitis from, p. 167, item 11
Trichloroethylene, from vapor degreaser, p. 159, item 6
Tricresyl phosphate, p. 183, item 2; p. 185
Tricresyl phosphate, in mist from liquid oxygen tank, p. 159, item 9
Turco 2822, p. 184, item 2
Turco 3002A, p. 186
Turco 3087C, p. 186
Turco 4228, p. 186


Ventilation, aboard ship, p. 176, Sect. IV
Versene, in disposal of radioactive paint, p. 173, item 3
Vinyl paint for silk screen process MIL-D-8634A and MIL-P-8793, p. 186
Vinyl resins, p. 186
Vythene, SEE 1,1,1-Trichloroethane


Welding, flash burns in, p. 164, item 26
Westcoat clear #202, Jan-C-149-Type II, p. 186
White lead, dermatitis from, p. 167, item 11
Wood preservative (pentachlorophenol), p. 165, item 28

Xylene, p. 184, item 2
Xylene vapors, from spray painting, p. 164, item 25
Xylol, p. 183, item 1
X-radiation, protection against, p. 175, item D-1
X-rays, protection against, p. 175, item B-1

Zinc chromate, p. 186
Zinc chromate primer, p. 158, item 3

# Exhibit 26



NAVSUP Publication 4500
COG 1 Stock No. 0588-005-0000
VOL. 1 of 1

# N A V Y

# CONSOLIDATED
# HAZARDOUS
# ITEM LIST

RECEIVED

OCT 7  1969

USNS POPE T-AP110

**IMPORTANT NOTICE**

This publication supersedes NAVSUP
Publication 4500 of 1 September 1967
and FMSONOTE 4410 of 7 March 1968.

**1 OCTOBER 1969**

# Consolidated Hazardous Item List

## INTRODUCTION

### GENERAL

The Navy CHIL (Consolidated Hazardous Item List) is published to:

1. Provide all Navy users with a consolidated listing of potentially hazardous items in the supply system.

2. Provide a standard set of codes and definitions to identify the hazardous nature of these items.

3. Provide warning labeling criteria/requirements in accordance with MIL-STD-755A.

4. Provide shipboard stowage requirements in accordance with NAVSHIPS Technical Manual, 250-000, Chapter 9300.

TABLE OF CONTENTS

|  | Page |
|---|---|
| INTRODUCTION | III |
| Identification Codes and Definitions | IV |
| Labeling Codes and Definitions | VIII |
| Stowage Codes and Definitions | XI |
| Section Formats | XVIII |
| Maintenance | XXI |
| SECTION A – FIIN Sequence | A-1 |
| SECTION B – Nomenclature Sequence | B-1 |
| SECTION C – Hazardous Classification Code Sequence | C-1 |
| SECTION D – Hazardous Item Change History | D-1 |

III

## FOREWORD

The CHIL (Consolidated Hazardous Item List) covers items in the Navy Supply System designated as hazardous to life and/or property, not elsewhere classified or identified by specific instructions.

This publication contains (1) identification data, (2) labeling data in accordance with MIL-STD-755A, and (3) ship stowage requirements in conformance with NAVSHIPS Technical Manual 250-000, Chapter 9300.

The CHIL does not cover items which are under the control of specific instructions with regard to marking, identification, use, handling, and/or storage. Items excluded are in the following categories:

Ammunition, Explosives, and Warfare Chemicals and Gases

Conventional Bulk Fuels

Drugs and Chemicals used or dispensed by Medical Department Pharmacies

Reagents and Chemicals used by Clinical and Chemical Laboratories

The CHIL does not provide for shipping label information. Information and requirements for labeling and/or marking of containers for shipment are covered in NAVAIR MANUAL 15-03-500, and Agent T. C. George's TARIFF No. 19.

NAVY FLEET MATERIAL SUPPORT OFFICE
MECHANICSBURG, PA, 17055

# Consolidated Hazardous Item List

## INTRODUCTION

### IDENTIFICATION

1. General.

Any material which softens, flows or melts over a range of temperatures (no precise melting point) shall be considered as a liquid (e.g. greases, waxes, pastes and soft, syrupy amorphous material).

2. Codes and Classifications.

| STD NAVY CODE | HAZARDOUS CLASSIFICATION |
|---|---|
| B | FLAMMABLE COMPRESSED GAS |
| C | CORROSIVE LIQUID |
| F | FLAMMABLE LIQUID |
| G | COMBUSTIBLE LIQUID |
| H | HAZARDOUS SUBSTANCE |
| I | OXIDIZING MATERIAL |
| M | MAGNETIC MATERIAL |
| P | POISON |
| Q | EXTREMELY FLAMMABLE LIQUID |
| R | RADIOACTIVE MATERIAL |
| S | COMBUSTIBLE AND TOXIC SUBSTANCE |
| T | TOXIC SUBSTANCE |
| W | NONFLAMMABLE COMPRESSED GAS |
| X | RADIOACTIVE AND MAGNETIC MATERIAL |
| Z | FLAMMABLE SOLIDS |

3. Definitions.

COMBUSTIBLE AND TOXIC SUBSTANCE - Code S

Any liquid which presents a combined hazard due to its combustibility (over 80 and including 150 degrees F) and its toxicity.

COMBUSTIBLE LIQUID - Code G

Any liquid which gives off flammable vapors above 80 degrees F to and including 150 degrees F as determined by flash point with Tagliabue's Open-Cup Method as used for testing burning oils.

IV

# Consolidated Hazardous Item List

## INTRODUCTION

### IDENTIFICATION

CORROSIVE LIQUID - Code C

Any acid, alkaline, caustic liquid and other corrosive liquids which when in contact with living tissue, will cause severe damage to such tissue by chemical action; or which in case of leakage, will materially damage equipment, cargo or other inanimate surfaces by chemical action; or are likely to cause fire when in contact with either organic matter or with certain chemicals.

EXTREMELY FLAMMABLE LIQUID- Code Q

Any liquid which gives off flammable vapors at or below a temperature of 20 degrees F., as determined by flash point with Tagliabue's Open-Cup Method as used for testing burning oils.

FLAMMABLE LIQUID - Code F

Any liquid which gives off flammable vapors, above 20 degrees F., to and including 80 degrees F., as determined by flash point with Tagliabue's Open-Cup Method as used for testing of burning oils.

FLAMMABLE COMPRESSED GAS - Code B

Any gas which when mixed with air in any proportion will burn and which has one or more of the following criteria: (1) an absolute pressure in the container either exceeding 40 pounds psi at 70 degrees F or exceeding 104 pounds psi at 130 degrees F, or both; or (2) field vapor pressure (for flammable liquids) exceeding 40 pounds psi at 100 degrees F.

FLAMMABLE SOLIDS - Code Z

Any solid material, other than one classified as an explosive, which is liable to cause fire through friction, absorption of moisture, spontaneous chemical changes, retained heat from manufacturing or processing; or which can be ignited readily and when ignited burns with a self-sustained flame; or any solid material which is liable to cause fire through friction, percussion or an electrical spark if it ignites and burns at an ambient temperature of 80 degrees F or less.

v

# Consolidated Hazardous Item List

## INTRODUCTION

### IDENTIFICATION

#### HAZARDOUS SUBSTANCE – Code H

Any substance or mixture of substances which does not meet the definitions as stated herein, but which is (1) toxic, (2) corrosive, including materials which are marked, "mildly corrosive, or "corrosive when wet"; (3) an irritant; (4) a strong sensitizer; (5) combustible (over 150 degrees F), (6) products which generate pressure through decomposition, heat or other means, such as mercury batteries, liquid yeast, polymerizable materials, (7) any liquid under pressure, not elsewhere classified, and (8) compressed gas cylinders labeled as empty, if such substance or mixture of substances may cause substantial personal injury or substantial illness during or as a direct result of any customary or reasonable anticipated handling or use.

#### MAGNETIC MATERIAL – Code M

Any magnetic material or device, such as magnets or magnetrons, which emit magnetic fields of sufficient force to require special handling precautions to prevent damage to magnetically sensitive instruments.

#### NONFLAMMABLE COMPRESSED GAS – Code W

Any material which will not burn when mixed with air in any proportion and which in addition, has an absolute pressure in the container exceeding 40 pounds psi at 70 degrees F or exceeding 104 pounds psi at 130 degrees F, or both.

#### OXIDIZING MATERIAL – Code J

Any substance such as chlorate, permanganate, peroxide or a nitrate that yields oxygen readily to stimulate the combustion of organic matter or any material which readily furnishes oxygen for combustion and fire producers which react explosively or with evolution of heat in contact with many other materials.

#### POISON – Code P

Any substance or mixture of substances in any form that may be harmful or fatal when taken into the body orally in relatively small amounts; when inhaled; or when in continuous contact with the bare skin. Except when human experience indicates otherwise, laboratory determinations falling within any of the following categories apply:

VI

# Consolidated Hazardous Item List

## INTRODUCTION

### IDENTIFICATION

#### POISON (cont'd)

(1) Produces death within 14 days in half or more than half of a group of 10 or more laboratory white rats each weighing between 200 and 300 grams, at a single dose of 50 milligrams or less per kilogram of body weight, when orally administered; or when inhaled continuously for a period of one hour or less at an atmospheric concentration of 200 parts per million or less by volume of gas or vapor or 2 milligrams or less per liter of mist, fume or dust, provided such concentration is likely to be encountered by man when the substances are used in any reasonable foreseeable manner.

(2) Produces death within 14 days in half or more than half of a group of 10 or more rabbits tested in a dosage of 200 milligrams or less per kilogram of body weight, when administered by continuous contact with the bare skin for 24 hours or less.

#### RADIOACTIVE MATERIAL – Code R

Any material, combination of materials, or device which emits alpha, beta, gamma, and/or neutron (ionizing) radiation or which gives off dust, fumes, gases, and/or vapors emitting these radiations, and which has a level of activity within any of the following:

(1) A specific activity greater than 0.002 microcuries per gram, or

(2) A level of activity within the range specified for each radioactive isotope listed in Military Specification MIL-M-19500, or

(3) A level of radioactivity greater than one tenth of one milliroentgen per hour (mr/hr) above background as determined by an AN/PDR-27 series or other instrument of equivalent sensitivity) held approximately one inch from the surface being surveyed.

#### RADIOACTIVE AND MAGNETIC MATERIAL – Code X

Any material, combination of materials or device which presents a combined hazard due to its magnetic and radioactive properties.

#### TOXIC SUBSTANCE – Code T

Any substance which has the inherent capacity to produce personal injury or illness to persons coming in contact with the substance or exposure to dangerous vapors, dust fume or mist given off by the substance through ingestion, inhalation or absorption through the body surface during utilization or processing.

VII

# Consolidated Hazardous Item List

## INTRODUCTION

### LABELING

1. **Purpose.**

The purpose of MIL-STD-755A labels is to warn users and handlers of the potential dangers involving the use of the material in the container, for each of the listed items. Materials to be labeled are those issued to the actual consumer (shop, office or unit). Label application includes the labeling of the original container and any other container to which the material may be subsequently transferred.

2. **Labels.**

| HAZARDOUS CLASSIFICATION | | | |
|---|---|---|---|
| CLASS | LABEL | CLASS | LABEL |
| 1 | FIRE HAZARD | 5 | CORROSIVE |
| 2 | FIRE HAZARD AND TOXIC | 6 | RADIOACTIVE |
| 3 | TOXIC | 7 | FIRE HAZARD-OXIDIZER |
| 4 | POISONOUS | | |

3. **General.**

The MIL-STD-755A labels supplement labels/markings required under DOT (ICC) regulations for the identification of dangerous materials offered for shipment by common carrier, or any other label/marking applied by the MCA (Manufacturers Chemist Association), NFPA (National Fire Protective Association), and/or manufacturer. These supplemental labels/markings shall not cover, or cause to deface or remove any other hazardous labels/markings affixed to the containers in accordance with the preceding regulations.

A hazardous item may be assigned two classes of labels dependent upon its composition/formulation. For example, an item, identified as corrosive and found to be poisonous, shall bear both a class 4 and class 5 label.

An illustration of each label, corresponding definition, and Coy I stock number is provided on pages IX and X.

VIII

---

## CONSOLIDATED HAZARDOUS ITEM LIST

### WARNING LABEL GUIDE

| Class | Label | Description | Precautions | Unit — Size | Unit — Stock No. Cage Code |
|---|---|---|---|---|---|
| 1 | WARNING! FIRE HAZARD CONTAINS | FIRE HAZARD (flammable). Any material which is combustible or flammable. | Keep material away from heat and sunlight. Keep material very from sparks, heat, and flame. Remove "No smoking" signs. Use container closed, when possible, use safety can. Store securely. Keep away from entrance-ways, exit etc. | ¼ in. 3-1/2 in. | 510-100 510-101 |
| 2 | DANGER! TOXIC AND FIRE HAZARD CONTAINS | TOXIC AND FIRE HAZARD. Any material which presents a toxic hazard and is combustible or flammable. | Observe precautions shown for Label 1 above, and Label 3 below. | ¼ in. 3-1/2 in. | 510-102 510-103 |
| 3 | DANGER! TOXIC CONTAINS | TOXIC. Any material which can be harmful to persons having contact with the material or coming in contact with the products... | Keep material away from skin. Avoid breathing of fumes, mists, vapors, or materials. Wash hands before eating, or smoking. Keep container closed and away from heat. | ¼ in. 3-1/2 in. | 510-104 510-105 |
| 4 | DANGER! POISON | POISONOUS. Any material which in small quantities, either by being taken internally or by being absorbed through the skin, is capable of producing illness or death. | Keep material away from skin, eyes, etc. Avoid breathing of fumes, mists, or vapors. Wash hands thoroughly before eating or smoking. Keep material away from food. | ¼ in. 3-1/2 in. | 510-106 510-107 |

# Consolidated Hazardous Item List

## INTRODUCTION

### STOWAGE

### 1. General.

Stowage requirements and special conditions specified herein are in accordance with those specified in NAVSHIPS Technical Manual 250-000, Chapter 9300, and related sections. In the event of differences in stowage requirements between NAVSHIPS Technical Manual and this publication, the requirements of the NAVSHIPS Technical Manual are to prevail.

### 2. Classification.

Shipboard stowage facilities for materials in portable containers are broadly described within the three classifications of material as Dangerous, Semisafe, and Safe. A fourth classification, identified as Restricted Dangerous Materials, serves to identify items which are not to be carried aboard ship. The classifications as employed in this publication provide for the following:

Dangerous. Applicable to materials which require isolated/specific stowage precautions/locations due to the high hazard of the material with respect to health, flammability, and/or reactivity. These materials are generally marked in accordance with the criteria for labeling/marking materials in the DOT system.

Semisafe. Primarily applicable to all combustible materials having a flash point, and which require special precaution/stowage requirements for ship safety. Although normally exempt from DOT labeling/marking, materials such as fuel oils, lubricating oils, greases, and waxes present a potential hazard to life and equipment when stowed aboard ships.

Safe. Applicable to materials which require no special precautions/ stowage requirements in that they present a low hazard to health and no particular hazard due to combustibility and/or reactivity.

Restricted Dangerous. Applicable to those materials specifically not authorized for ships and/or nuclear powered submarine stowage. Certain items may be of a low degree of hazard but are restricted because of possible improper observance of precautions.

XI

## CONSOLIDATED HAZARDOUS ITEM LIST

### WARNING LABEL GUIDE

| Class | Label | Description | Precautions | Label Size | Stock No. 1 Cat 0108 |
|---|---|---|---|---|---|
| 5 | CORROSIVE | CORROSIVE, causes damage upon contact with tissues of the body surface tissues of the body surface will cause injury or destruction of their tissues. | avoid eyes, skin, and contact with the material. very easy free clothing and body, ventilate after any work. turn off skin plenty of water immediately after contact. | 4 in. 7-1/2 in. | 114-4368 114-4397 |
| 6 | DANGER | RADIOACTIVE material. Radioactive material or chemicals which are radioactive. Low or require special handling. Large or small amounts of these materials utilizing these precautions. | Stow away unless specifically authorized to handle. avoid unnecessary handling. Remove spills or waste immediately. | 4 in. 7-1/2 in. | 114-4344 114-4381 |
| 7 | DANGER FIRE HAZARD | fire hazard - readily are materials which readily catch fire and which continue to burn. Avoid contact with flame or materials with have other materials. | store carefully, keep away from flame, heat, or other sources of ignition. avoid spills, if wall-cleaned sponge of water. | 4 in. 7-1/2 in. | 114-4351 114-4390 |

# Consolidated Hazardous Item List

## INTRODUCTION

### STOWAGE

3. Stowage Codes and Definitions.

Each of the items listed in this publication has been assigned a stowage code either in the broad classification of dangerous, semisafe, safe, and restricted dangerous or in the specific stowage condition for materials such as acids, alcohols, calcium carbide, calcium hypochlorite, compressed gases, gasolines, magnets and radioactive electron tubes or radiacs which present different and specific stowage problems. Stowage requirements for shipboard hazardous materials are classified and coded as:

| CLASSIFICATION | STWG CODE |
|---|---|
| Acid | AC |
| Alcohol | AL |
| Calcium Carbide and Calcium Phosphide | CO |
| Calcium Hypochlorite and bleaching Powder | CL |
| Compressed Gases | CG |
| Dangerous Materials | DM |
| Film (Nitrate Base) | NT |
| Gasoline | GA |
| Magnetic Materials | MM |
| Radioactive Materials | RM |
| Restricted Dangerous Materials | RD |
| Safe Materials | SM |
| Semisafe Materials | SD |

4. Definitions.

ACIDS -- Code AC

Liquid acids, carried in glass containers, should be stowed in boxes, chests, or lockers lined with lead or other suitable acid resistant material. Exceptions are those items listed as safe materials (e.g., boric acid and oxalic acid). Compartments containing liquid acid should be located below the hill-load waterline. The deck and lower part of the bulkheads are to be provided with a watertight lead lining. Medical acids must be stowed in lead-lined containers in the medical storeroom.

XII

---

# Consolidated Hazardous Item List

## INTRODUCTION

### STOWAGE

ALCOHOL -- Code AL

Alcohol must be stowed in a locker provided for the purpose within the paint and flammable liquid storeroom. It must not be carried elsewhere except as required for current operations. For medicinal purposes, alcohol and flammable liquids must be stowed in small containers in a double locker in the paint and flammable storeroom, except that a pint or quart container may be carried in the medical storeroom or pharmacy.

CALCIUM CARBIDE AND CALCIUM PHOSPHIDE -- Code CC

Calcium carbide and calcium phosphide must be stowed in a storeroom containing nonflammable stores and located so that there will be no danger of their being exposed to moisture. Weather deck stowage in watertight lockers is also considered satisfactory.

CALCIUM HYPOCHLORITE AND BLEACHING POWDER -- Code CL

Calcium hypochlorite and bleaching powder (chlorinated lime) must be stowed as follows:

(1) Stow in a clean, cool, dry compartment or storeroom which is not adjacent to a magazine and is at a safe distance from any heat source. It must be located so that there will be no danger of exposure to moisture.

(2) These materials are to be isolated from any flammable material or material which will support combustion. They are not to be stowed in the same compartment or storeroom with acids or other chemicals.

(3) They may be stowed in a storeroom or other suitable space above the waterline, provided that conditions specified under (1) and (2) above are met. Weather deck stowage in watertight lockers is also considered satisfactory in this respect, provided that the other conditions specified above are met, and provided that the location is sheltered and protected from the direct rays of the sun.

Periodic inspections must be made to ensure that all stowed containers are tightly sealed and that exteriors of cans are free from corrosion. All defective containers must be removed from storage and either consumed by immediate use or otherwise disposed of.

XII

Consolidated Hazardous Item List

INTRODUCTION

STOWAGE

COMPRESSED GASES - Code CG

In general, weather deck stowage will be provided for flammable and explosive gases. However, in specific cases, below deck stowage is approved depending on the particular type, mission, and arrangement of the vessel. In such cases, these approved locations are shown on the plans of the vessel. Compressed gases aboard all vessels, except cargo vessels, shall be stowed only in compartments designated by the Naval Command as shown in applicable plans for the vessel.

When compressed gas is stowed on the weather deck, precautions shall be observed not to stow oxygen and chlorine in close proximity to fuel gas cylinders. The stowage area must be protected against accumulation of snow/ice, and during summer screened from the direct rays of the sun. The stowage area shall be as remote as practical from navigation, fire control and gun stations. Other flammable materials, especially grease and oil, shall be kept out of the storage area.

When compressed gas is authorized for stowage in compartments, materials such as oxygen and chlorine shall be stowed away from flammable gases. Inert or nonflammable gases may be stowed in any compartment designated for compressed gas storage. Particular attention should be given to location of cylinder stowage to prevent fumes from leaking cylinders from entering ventilation air-intakes leading to spaces where personnel may be affected or flammable gases cause explosions.

Cylinders in actual use or attached to welding, fire fighting, medical refrigeration apparatus, etc., ready for use are permitted below decks outside of the stowage compartment. Fire extinguishers employing gases and fire extinguishing systems, as well as gases and chemical canisters for oxygen-breathing apparatus, may be stowed in the vicinity in which they are to be used.

Though "empty" cylinders with valves securely closed and valve protection caps in place are comparatively less hazardous than full cylinders where stowage is concerned, empty cylinders shall be handled and stowed using the same precautions as for full cylinders. This is important since it is specified in NAVSHIPS Technical Manual 250-000 that cylinders of some gases are not to be completely exhausted but should be considered empty when the gas pressure falls to about 25 psi gage.

XIV

Consolidated Hazardous Item List

INTRODUCTION

STOWAGE

DANGEROUS MATERIALS, Not Elsewhere Specified - Code DM

This category includes those materials with considerable fire hazard or other dangerous characteristics not subject to specific stowage requirements. It encompasses all DOT and ICC classified and labeled materials not elsewhere specified. Excluded from consideration because of their special stowage requirements are materials such as dangerous acids, alcohol, calcium carbide, calcium phosphide, calcium hypochlorite (chlorinated lime), compressed gases, nitrate-based film, gasoline, and radioactive materials. Dangerous Materials under this code may be categorized as follows:

(1) All flammable liquids, except as otherwise allowed herein, must be stowed in the paint and flammable liquids storerooms. Liquids placed in this storeroom are preferably stowed in five gallon containers.

(2) Except as otherwise allowed herein, extremely flammable liquid stowage shall follow the requirements set forth for flammable liquids.

(3) All other dangerous materials, not elsewhere specified, such as corrosive liquids (alkaline), flammable solids, oxidizing materials, and poisons should have isolated stowage from other dangerous materials and from each other, especially powerful oxidizing materials and low combustible materials. For instance ordinary glycerol and potassium permanganate, when simply blended at room temperature (or a few minutes), react violently to produce a hot fire.

GASOLINE - Code GA

Except when specifically authorized to the contrary, gasoline carried in drums or cases as cargo shall be stowed on the weather deck, well clear of the galleys and heated spaces and arranged so that they maybe readily thrown overboard.

On vessels where gasoline in drums or cases is authorized to be carried as cargo in holds or between decks, it shall be stowed in a hold separated by oil-tight steel structure from all other cargo, with direct access to the weather deck, and not adjacent to boiler or machinery spaces and uptakes. The drums shall be well secured, utilizing wood dunnage, to prevent movement that might cause sparks or rupture of drums. The greatest care should be taken to see that only tight containers are stowed.

# Consolidated Hazardous Item List

## INTRODUCTION

### STOWAGE

#### GASOLINE (cont'd)

Gasoline when carried in cans for ship's own use shall be stowed in the paint and flammable liquids storeroom. When two such storerooms are provided, the total quantity shall be equally divided. In vessels having no flammable liquid storeroom, gasoline shall be carried in drums or cans on the weather deck and so located and stowed that the containers may be readily thrown overboard. Weather deck storage shall not be in the vicinity of hatches, galleys, heat-producing spaces, ventilation inlets or exhausts from such spaces, ready service magazines, in or close to the line of fire of guns. Whenever practical, subject to the foregoing, weather deck stowage shall be near the stern of the vessel. Quick release type racks, where fitted, should be inspected frequently to ensure proper functioning.

On vessels having not more than four P-250 emergency fire pumps, one of the two 7-1/2 gallon containers furnished with each unit shall be filled with fuel mixture and stowed in a rack adjacent to each pump. On vessels provided with more than four P-250 pumps, the quantity shall be increased on the basis of one 7-1/2 gallon container for each two additional pumps.

The permanently attached tanks for all portable pumps such as the handybilly pump shall be kept filled with fuel mixture.

#### MAGNETIC MATERIALS – Code MM

Magnets and magnetrons require strict compliance with handling and stowage precautions in order to prevent damage to magnetically sensitive instruments.

#### NITRATE BASE FILM – Code NF

Small quantities of 16mm and 35mm motion picture film of the nitrate-base type may be stored in the training aids lockers. Large quantities are stowed in a storeroom protected by sprinkling or in the paint and flammable liquids storeroom.

#### RADIOACTIVE MATERIALS – Code RM

Radiation sources contained in separately packaged units are to a certain extent additive. Therefore the items shall be stored as far away from personnel as feasible. Storage shall be arranged to orient any concentrated location of the radiation source within a container surface at a maximum distance from other concentrated surfaces in the storage location.

XVI

#### RADIOACTIVE MATERIALS (cont'd)

Areas where radioactive material is stored will be conspicuously marked and entry to the area restricted in accordance with current instructions, directives and regulations in effect. (Extract from ESOINST 5100.3 and FASOINST 4450.11).

#### RESTRICTED DANGEROUS MATERIALS – Code RD

Certain materials by nature are not suitable for shipboard usage or stowage. These may be restricted from all ships or one or more type of ships. For example:

(1) Materials such as benzene (benzol), carbon tetrachloride, DDT xylene emulsion, hydrocyanic acid gas, and methyl bromide are not to be stored aboard any ship.

(2) Materials such as steel wool and mercury batteries are not to be stowed aboard submarines.

#### SAFE MATERIALS – Code RM

Materials considered safe in that they are not subject to spontaneous combustion and present no particular hazard due to recycling which might arise from broken containers.

#### SEMISAFE MATERIALS – Code SG

Materials which are considered safe as long as contained in unopened, nonleaking containers, it being understood that in the event of leakage, any spilled material would be cleaned up with reasonable promptness and the leaking containers disposed of. Applicable to all material not DOT classified for affixing of labels, but which are considered hazardous within the Naval Supply System.

Except as otherwise specified, all combustible materials classified as semisafe must be stowed in the paint and flammable liquids storerooms. Whenever practical, storerooms are located below the full load waterline, near either end of the vessel, not adjacent to a magazine.

XVII

# Consolidated Hazardous Item List

## INTRODUCTION

### SECTION "D" FORMAT

Section D indicates the history of hazardous items that have been deleted, superseded or reclassified as a result of change actions taken subsequent to the first publication. Each page contains three columns of data with the following information:

FSC -- The Federal Supply Class of the item

FIIN -- The Federal Item Identification Number of the item

HZRD -- The hazardous code assigned to the item at the time it was deleted, superseded or reclassified.

ACTION -- The action that altered the initial designation of the item. This action is noted by the following phrases:

DELETED -- Item is no longer an active item of supply.

TRANS TO -- Item has been replaced by another item. Hazardous data for the new item are listed in Sections A, and B.

RECLASS -- Item has been reclassified as nonhazardous.

XX

# Consolidated Hazardous Item List

## INTRODUCTION

### MAINTENANCE

The CHIL will be republished when 25% of the line item data has been subjected to change actions, or republished annually, whichever comes first.

The CHIL will be updated by FMSO Change Notices, as required. Item actions therein will be incorporated in the subsequent republication of the CHIL.

### DISTRIBUTION

Initial distribution of the CHIL is made to all holders of the NMDL (Navy Management Data List) in the same number of copies. New requests or changes in the number of copies required (increase/decrease) are to be submitted as follows:

### AFLOAT

To the Commanding Officer, Navy Fleet Material Support Office, Code 943, Mechanicsburg, Pa. 17055 via the appropriate Type Commander.

### ASHORE

To the Commanding Officer, Navy Fleet Material Support Office, Code 943, Mechanicsburg, Pa. 17055.

### COAST GUARD UNITS

To the U.S. Coast Guard Headquarters, 1300 "E" Street, N.W., Washington, D.C. 20591 for approval.

### INVITATIONS FOR COMMENTS, SUGGESTIONS AND CORRECTIONS

Comments, recommendations and corrections pertaining to information contained in this publication should be directed to the Commanding Officer, Navy Fleet Material Support Office, Code 943, Mechanicsburg, Pa. 17055,

XXI

# Consolidated Hazardous Item List

| NOMENCLATURE | | HZRD | LABEL | STWG |
|---|---|---|---|---|
| ABC WASHDOWN /CARBON PRODUCTS | | S | 2 | |
| ACCELERATOR DDM /LUPERSOL-LUCIDOL | | H | 5, 7 | |
| ACETIC ACID, GLACIAL | 9G 6790 141-6558 | S | 2, 5 | SD |
| ACETIC ACID, GLACIAL | 9G 6810 222-2634 | S | 2, 5 | SD |
| ACETIC ACID, GLACIAL | 9G 6810 275-1215 | S | 2, 5 | SD |
| ACETONE | 9G 6810 184-4796 | Q | 2 | DM |
| ACETONE | 9G 6810 223-2739 | Q | 2 | DM |
| ACETONE | 9G 6810 264-8955 | Q | 2 | DM |
| ACETONE | 9G 6810 281-1864 | Q | 2 | DM |
| ACETYLENE | 9G 6810 264-6751 | B | 2 | DM |
| ACETYLENE | 9Q 6830 264-6795 | B | 2 | CG |
| ACETYLENE | 9Q 6830 270-8216 | B | 2 | CG |
| ACETYLENE | 9Q 6830 286-5434 | B | 2 | CG |
| ACETYLENE | 9Q 6830 290-4293 | B | 2 | CG |
| ACETYLENE | 9Q 6830 290-4370 | B | 2 | CG |
| ACETYLENE | 9G 6830 290-4371 | B | 2 | CG |
| ACETYLENE PURIFIER CPO | 9G 6850 264-6759 | H | 3, 5 | SM |
| ACETYLENE PURIFIER CPO. /AIMDE CO. | | H | 3, 5 | |
| ACME CHLORDANE 72PCT /ACME PAINTS | | S | 2 | |
| ACRYLIC COATING MIL-C-12599 /TRID | | S | 2 | |
| ACTIVATOR B /DUPONT | | Y | 3 | |
| ACTIVATOR, ADHESIVE | 9Q 8040 663-2495 | S | 2 | SD |
| ACTIVATOR, ADHESIVE | 9Q 8030 739-9142 | S | 2 | SD |
| ACTIVATOR, PRIMER | 9D 8030 980-3875 | F | 1 | DM |
| ACTIVATOR, PRIMER | 9Q 8030 980-3976 | F | 1 | DM |
| ADHESIVE | 9Q 8040 225-4548 | Y | 3 | SX |
| ADHESIVE | 9Q 8040 262-9028 | S | 2 | SD |
| ADHESIVE | 9Q 8040 761-8994 | S | 2 | SD |
| ADHESIVE /LIQUID CEMENT | 1H 8040 070-9510 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 1H 8040 070-9522 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 1H 8040 072-5035 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 010-6622 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 014-9007 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 078-8825 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 083-6872 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 200-3793 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 221-3811 | Q | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 221-3813 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 270-8150 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 291-8625 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 319-1878 | F | 1 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 444-6752 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 522-4309 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 530-4820 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 532-7270 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 550-8835 | Q | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 550-8836 | F | 1 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 550-8837 | P | 1 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 562-7944 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 573-1502 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 576-1791 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 576-2014 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 577-4610 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 598-9745 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 598-9746 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 606-3549 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 662-9752 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 663-0875 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 664-0439 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 717-2811 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 727-1368 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 754-2485 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 769-3894 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 1R 8040 821-4112 WX | F | 1 | DM |
| ADHESIVE /LIQUID CEMENT | 1R 8040 821-4112 DA | F | 1 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 839-4919 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 855-0821 GX | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Z 8040 878-9231 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 987-1893 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 1R 8040 965-6671 GX | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 970-1506 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 970-1531 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 984-1041 | F | 2 | DM |
| ADHESIVE /LIQUID CEMENT | 9Q 8040 995-4153 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 024-9628 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 1H 8040 051-1317 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 1H 8040 051-1318 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 165-8614 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 200-4574 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 262-9011 | Q | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 262-9031 | Q | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 262-9060 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 266-0824 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 268-0853 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 266-0855 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 266-0856 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 268-7422 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 268-7427 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 273-8697 | Q | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 273-8716 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 273-8717 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 281-6199 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 285-1572 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 290-4301 | Q | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 290-7113 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 291-8381 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 319-0100 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 390-7960 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 390-7963 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 390-7964 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 433-4065 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 514-1880 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 515-0339 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 515-1727 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 515-1731 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 515-2244 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 515-2250 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 522-4312 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 543-7270 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 568-2403 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 584-3722 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 598-4510 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 598-6913 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 1H 8040 644-1415 | P | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 644-1703 | P | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 644-4318 | Q | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 717-1750 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 717-2816 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 717-2818 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 727-0706 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 727-1367 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 727-1369 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 727-1370 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 820-3245 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 843-3460 | F | 2 | DM |
| ADHESIVE /RUBBER CEMENT | 9Q 8040 850-4182 | F | 2 | DM |

Consolidated Hazardous Item List

Consolidated Hazardous Item List

Consolidated Hazardous Item List

Consolidated Hazardous Item List

Case 1:14-cv-04511-VEC   Document 2-20   Filed 06/23/14   Page 53 of 90

Consolidated Hazardous Item List

# Consolidated Hazardous Item List

# Consolidated Hazardous Item List

Consolidated Hazardous Item List

Consolidated Hazardous Item List

Consolidated Hazardous Item List

Consolidated Hazardous Item List

Consolidated Hazardous Item List

Consolidated Hazardous Item List

Consolidated Hazardous Item List

Consolidated Hazardous Item List

Consolidated Hazardous Item List

Consolidated Hazardous Item List

# Consolidated Hazardous Item List

| NOMENCLATURE | | | | |
|---|---|---|---|---|

# Consolidated Hazardous Item List

# Consolidated Hazardous Item List

Consolidated Hazardous Item List

Consolidated Hazardous Item List

Consolidated Hazardous Item List

Consolidated Hazardous Item List

Consolidated Hazardous Item List

Consolidated Hazardous Item List

Consolidated Hazardous Item List

NOTES

# Exhibit 27

POST AUDIT CO

Number, Date, Superseding Data
and Interest
Essential Comments Included
Figures returned
Flexoprint panels returned

Figures missing
Figures ret'd
10/17/61

MCC   8/29/61

MIL-M-15071D(SHIPS)
6 June 1961
SUPERSEDING
MIL-M-15071C(SHIPS)
10 September 1957

MILITARY SPECIFICATION

MANUAL, SERVICE (INSTRUCTION BOOKS) FOR SHIPBOARD
ELECTRICAL AND MECHANICAL EQUIPMENT

## 1. SCOPE

1.1 Scope. - This specification sets forth Bureau of Ships requirements for classes and general contents of manuals necessary for the satisfactory operation, maintenance, installation, overhaul and repair, without the services of manufacturer's representative, of electrical, mechanical, hull, interior communication and fire control shipboard equipment. This specification also includes procedures for submission, review, approval and revision of the service manual. The intent is to accept the manufacturer's commercial type of manual or one prepared in accordance with his commercial practice whenever it is roughly equivalent to the detail requirements included herein.

1.2 Classification. - Service manuals shall be of the following classes:

Class A manual - A basic manual covering a family of equipment of the same basic design and one which can be made applicable to a specific equipment manufactured to that basic design by completing sheets and blanks.
Class B manual - A manual covering a specific equipment for which a class A approval has not been obtained.

## 2. APPLICABLE DOCUMENTS

2.1 The following documents, of the issue in effect on date of invitation for bids, form a part of this specification to the extent specified herein.

SPECIFICATIONS

MILITARY
MIL-D-963 - Drawing, Electrical, Hull and Mechanical Equipment for Naval Shipboard Use.

PUBLICATIONS

DEPARTMENT OF DEFENSE
DD Form 441 (Attachment) - Industrial Security Manual for Safe-guarding Classified Information.

Recorded 7/25/61
Board Cleared
Coordinator
File

(Copies of specifications and publications required by contractors in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer.)

2.2 The following document forms a part of this specification to the extent specified herein. Unless otherwise indicated, the issue in effect on date of invitation for bids shall apply.

OFFICIAL CLASSIFICATION COMMITTEE
Uniform Freight Classification Rules.

(Application for copies should be addressed to the Official Classification Committee, 1 Park Avenue at 33rd Street, New York 16, N. Y.)

## 3. REQUIREMENTS

3.1 Media for final manuals and approval. -

3.1.1 Class A manuals. - Whenever a manufacturer's equipment lends itself to the preparation of a manual covering a family of equipments of the same basic design and one which can be made applicable to specific equipments of that design by completing sheets and blanks, the manufacturer may submit to the Bureau of Ships four copies of the basic manual together with examples of the sheets and blanks which will represent the detailed information to be provided for a specific equipment. Approval of a class A manual will be by the Bureau of Ships only and, once approved, the basic manual shall not be modified without the approval of the Bureau of Ships. At the time of class A manual approval, the Bureau will assign a NAVSHIPS number to the basic manual and forward one copy to the cognizant inspector for future comparison inspection with manuals furnished for specific equipments.

3.1.1.1 Once approval of a class A manual is granted for a particular basic design of equipment (and size range, if appropriate), the basic manual with the specific detailed information required for the unit of the family being furnished on a contract or order may be supplied by the manufacturer, in the quantities required by that order, without further approval. Copies of the manual prepared for the specific equipments shall be marked by the manufacturer with the NAVSHIPS number of the basic

FSC 7610

MIL-M-15071D(SHIPS)

manual followed by "-1", "-2" or higher.  Each dash number shall be assigned numerically by the manufacturer for each specific equipment of that family.

3.1.2  Class B manuals. -  Class B manuals cover a specific equipment for which class A approval has not been obtained.  Once a class B manual has been approved by the Bureau or its field representative, the manual shall not be modified without approval of the Bureau of Ships.  (NOTE: Bureau of Ships field representative - Where the term "field representative" is used in this specification, it is limited to field representative of the Bureau of Ships, i.e. Supervisors of Shipbuilding, USN, U.S. Naval Shipyards and Industrial Manager, USN.)  Whenever a manual for a specific equipment has not been approved previously, for this or a previous issue of this specification, prior to preparing final manuals, the manufacturer shall prepare and submit a sample manual for approval to one of the following activities, as appropriate:

(a)  Manuals procured on Bureau of Ships contracts - Contractor shall forward four sample copies to the Bureau of Ships for approval and assignment of a NAVSHIPS number with a copy of the forwarding document to the cognizant Government inspector.

(b)  Manuals procured on contracts issued by Naval activities other than Bureau of Ships - Contractor shall forward four sample copies to the Naval activity for approval.

(c)  Manuals procured for the Navy by a commercial activity (such as a private shipbuilder) - Contractor shall forward five sample copies to the commercial activity for approval of both the commercial activity and the cognizant Bureau representative.

3.1.2.1  The Bureau will assign a NAVSHIPS number to each different class B manual as follows:

(a)  Manuals procured on contracts issued by the Bureau of Ships - The NAVSHIPS number will be included in the approval letter.

(b)  Manuals procured on contracts issued by other activities.

The field approving activities may obtain NAVSHIPS numbers from the Bureau of Ships by one of the following methods:

(a)  Submit two copies of the manual prior or subsequent to the review and approval.

(b)  Permit the manufacturer to forward two copies of the manual to the Bureau simultaneously with the copies for approval.

(c)  In urgent cases, submit a letter containing the nameplate data of the equipment, the ship applicability and contract or order number.

3.1.2.2  Regardless of the method used for obtaining NAVSHIPS numbers, the letter request shall state the expected delivery date of the manuals and the quantity of manuals being furnished for stock.

3.1.3  Emphasis. -  The bureau of Ships is mainly interested in the adequacy and completeness of contents and the clarity and readability of the information rather than the format.  The manual shall be oriented toward operation, maintenance and repair of the equipment by the forces afloat, without the services of a manufacturer's representative.  The portions devoted to descriptive matter and theory shall be limited to those which are essential to a proper understanding of the equipment for satisfactory operation, maintenance and repair.  The text need not duplicate information which is adequately shown on the photographs, drawings and illustrations incorporated in the manual.  (A class A or B manual may be the manufacturer's commercial manual, or one prepared in accordance with his commercial practice whenever it will be suitable for the service intended as determined by the approving activity.)

3.1.4  Security classification. -  The security classification of manuals shall be as designated by the bureau or agency concerned.  If classified, the security guide issued by DD form 254, forming a part of the contract shall be followed.  All pages shall be marked in accordance with the requirements of the Industrial Security Manual for Safeguarding Classified Information (DD 441 (Attachment)).  Where a minor amount of classified information is involved, two volumes - one unclassified and one classified shall be provided.  The word "UNCLASSIFIED" need not appear on each page of unclassified portions of classified manuals.  Revisions shall be classified as required by their subject matter.  Regardless of the overall classification of a classified publication, an unclassified title shall be assigned whenever possible and consistent with security and clarity.  In all cases, however, if a classified manual is involved, the initials of the classification assigned to the title, standing alone, shall be indicated in parentheses immediately following the title, using one of the following notation (U), (C), (S), (TS).  In addition, the covers of classified manuals shall include the markings as indicated on figure 1.

3.1.5  Detail requirements. -

3.1.5.1  Contents. -  Manuals shall contain the following information, arranged in an order appropriate to provide adequate instruction for operation

2

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

and maintenance of each unit in the equipment and the complete assembly: No particular arrangement, format or chapter titles are required as long as the information is suitably presented.

> Front Matter
> General Information
> Installation
> Principles of Operation
> Operating Instructions
> Maintenance and Repair
> Parts Lists

3.1.5.2 Front matter. - The front matter shall consist of the following:

(a) Cover
(b) Title page (for classified manuals only)
(c) Approval and procurement record page
(d) List of effective pages
(e) Table of contents
(f) List of figures
(g) List of tables

3.1.5.2.1 Cover and title page. - The cover shall contain the information on figure 1. The title page for classified manuals shall conform to figure 2.

3.1.5.2.2 Approval and procurement record page. - The approval and procurement record (APR) page shall be the first page of unclassified manuals and shall follow the title page of classified manuals and shall conform to figure 3.

3.1.5.2.3 List of effective pages. - A list of effective pages shall be included. In multiple volume manuals, the list of effective pages shall be included in volume 1 only. The list of effective pages shall be modified whenever revisions are incorporated in copies of the manual.

3.1.5.2.4 Table of contents. - The table of contents shall list all primary divisions and secondary subdivisions such as chapters, sections and pages with their corresponding numbers. Where sub-manufacturers are furnishing associated equipment and a separate manual is not provided, it shall be the responsibility of the prime contractor to integrate and reflect the information provided by the sub-manufacturers within the table of contents. In multiple volume publications, a table of contents shall be prepared for each volume.

3.1.5.2.5 List of figures. - A list of figures shall be prepared listing all figures, their titles and numbers. In multi-volume publications, a list of figures shall be prepared for each volume.

3.1.5.2.6 List of tables. - A list of tables shall be prepared listing all tables, their titles and

numbers. In multi-volume publications, a list of tables shall be prepared for each volume.

3.1.6 General information. - General information shall consist of general data, a general description and detailed descriptions, as necessary to supplement data included in drawings and photographs.

3.1.6.1 General data. - General data shall consist of the following data for each component or unit:

(a) Descriptive (name plate) data necessary to identify manufacturer, type, model and performance or design characteristics.
(b) Principal overall dimensions.
(c) Weight.
(d) Allowable capacities, temperatures, pressures, settings, tolerances or other salient features as appropriate to the item shall be shown.

3.1.6.2 General description. - General description shall consist of a short general description of the equipment; explain briefly what it is, what it will do, and the general overall and interrelated operation of the various units. All information of a general character applicable to the complete equipment shall also be given. Where the text contains terms or symbols not commonly used, definitions or explanatory notes shall be included.

3.1.6.3 Detailed description. - Detailed description shall contain a complete detailed description of units and assemblies which comprise the complete equipment; for example: ship service turbo generator: the turbine, reduction gear, generator and exciter.

3.1.7 Installation. - Instructions, if necessary to supplement the installation drawings supplied (in accordance with Specification MIL-D-963), shall consist of methods of installation; including packing or unpacking, handling, preparation of foundation, alignment, precautions, mounting instructions, bolting diagrams, safety guards, grounding or bonding, clearances for access, ventilation, motion under shock, and methods of testing to assure satisfactory installation.

3.1.8 Principles of operation. - Figures, sketches, performance curves, and schematic wiring diagrams shall be included to the extent necessary to provide satisfactory operation, maintenance and repair. Operating sequences of automatic and semi-automatic equipment shall be indicated.

3.1.9 Operating instructions. - Information shall include routine and emergency procedures,

3

REPRODUCED AT THE NATIONAL ARCHIVES



MIL-M-15071D(SHIPS)

and safety precautions; maximum and minimum loads; normal temperatures or pressure limits or both; transfer from manual to automatic operation (or the reverse), to be observed in the starting, operating, stopping, and shutting down of the equipment. In addition, action(s) which should be taken in the event of power failure; control air failure; lube-oil failure; partial failure of equipment; and similar conditions shall be described. Action(s) described in the event of partial failure shall include, where practicable, those procedures necessary to provide continued service of the equipment until time is available to repair the equipment. Where operating procedures are to be performed in specific sequence, step-by-step procedures shall be given. Operations shall be numbered in the order in which they are performed. Tables and charts shall be used for the presentation of these instructions where varying operating conditions are encountered.

3.1.10   Maintenance and repair.

3.1.10.1  Preventive maintenance. - Instructions shall include all maintenance procedures, inspections, tests, and adjustments which should be performed periodically under shipboard conditions for the purpose of preventing failure or impairment of the equipment. A one page summary and time schedule for maintenance procedures, including a check-off table where appropriate, shall be provided. The summary sheet shall identify any items required by the Navy, as indicated at time of approval action, to be included in the ship's permanent history cards. Where necessary instructions shall include procedures for obtaining access to the sub-components for maintenance. Maintenance instructions shall include, where appropriate, but shall not be limited to the following:

(a)  A tabulation of periodic, routine, mechanical, and electrical tests and checks which should be accomplished regularly to show that sub-components are operating properly and to insure continuity of service at optimum performance.

(b)  Table or charts, including "wear-limit" charts when appropriate, to indicate what is to be done, when it is to be done based on inspection, and how to do it.

(c)  Utilization of the test facilities which may be incorporated in the various components.

(d)  Instructions for the care, inspection, and cleaning of all pertinent parts.

(e)  Instructions stressing the importance of properly maintaining all safety devices and interlocks provided to prevent damage to equipment or injury to personnel.

(f)  Instructions on lubrication at shipboard operating temperatures shall be pro-

vided as applicable, perferably in chart form. They shall include information regarding lubrication recommended by the manufacturer and the type of lubricant to be used. Lubricants shall be described by symbol number, Federal stock number, Military specification and industry standard numbers where applicable and known.

(g)  Instructions on in-place-balancing or other means of reducing noise level if equipment specifications and shipboard application require quiet operation.

3.1.10.2  Trouble shooting, overhaul and repair. - Instructions shall include all information necessary to permit a technician to locate trouble, and to make repairs, adjustments and conduct tests of each component, assembly or sub-assembly of the equipment. The following shall be included:

(a)  Trouble shooting guides for the localization of faults giving possible sources of trouble, the symptoms, probable cause, and instructions for remedying the faults.

(b)  Complete instructions on signal tracing for electric circuits, use of special test instruments and unusual servicing techniques.

(c)  Ample figures and sectional views giving details of mechanical assemblies, and simplified schematic diagrams of electrical, mechanical, hydraulic and pneumatic circuits. Figures contained elsewhere in the manual may be used and referred to under this heading without duplicating them.

3.1.11  Parts list. - The parts list shall include identification data covering all repair parts to facilitate ready identification of parts for replacement and ordering purposes. Standard hardware, structural parts, or other parts which have no maintenance significance shall not be listed.

3.1.12  Special tools. - A separate list of "special tools" which are supplied with the equipment shall immediately follow the parts tabulation; this list shall contain only tools that are peculiar to the equipment showing the quantity, unit of issue (each, pair, set), description, and manufacturer's identification number. A photograph or sketch showing each special tool as it is being used, shall be included in the manual.

3.1.13  Photographs and drawings. - As the preferred alternate to lengthy, detailed discussions, the manual shall make maximum use of shop photographs, with parts annotated for identification. Photographs may be half-tones or glossy prints. Manuals shall contain reproductions of drawings,

4



MIL-M-15071D(SHIPS)

additional block diagrams and schematic drawings as necessary to supplement the descriptive matter contained in the text. In every case, a drawing or photograph of the assembly shall be included. Diagrams of switches and relays used in the system showing the terminal numbering shall be inserted as additional drawings. Photographs and sketches shall be included wherever necessary for identification of the parts in the "parts list". Other figures shall be included to supplement or extend the information contained in the photographs and drawings as required for further identification of parts and explanation of the descriptive information contained in the text.

3.2 Format. -

3.2.1 Volumes. - Manuals shall be divided into volumes and by chapters or sections as necessary to provide ready handling and to present orderly instructions for operation and maintenance of the equipment, depending on the size and complexity of the manual.

3.2.2 Numbering. - Any section, chapter, page and paragraph numbering system which facilitates adequate indexing and rapid location of pertinent information is acceptable.

3.3 Text. -

3.3.1 Wording. - The text shall be factual, specific, concise, and clearly worded to be readily understandable by personnel involved in the operation, repair, overhaul and maintenance of the equipment, and to provide sufficient information for technicians to install, operate, service; and maintain the equipment at peak performance without the services of a manufacturer's representative. Technical phraseology requiring a specialized knowledge shall be avoided except where no other wording will convey the intended meaning, in which case the technical term shall be defined.

3.3.2 Level of writing. - As a general guide, the level of writing should be that for a high school graduate having specialized training as a technician through Navy training courses.

3.3.3 Figures. - Sectional views of assemblies, sub-assemblies and the component parts thereof shall be shown as necessary to supplement the text, photographs, and drawings and aid in the identification of parts. Identification of illustrated parts with listed parts shall be facilitated by the use of index (or piece) numbers and arrows which will identify assemblies, sub-assemblies and component parts thereof.

3.3.4 Indexing and referencing of figures. - Significant features or components of figures shall

be identified by brief applicable nomenclature with arrows. Index (or piece) numbers may be used on figures when an extremely large amount of nomenclature is required.

3.3.5 Deleted figures. - When a change requires deletion of a figure without substitution of another, the following sentence shall be inserted "Figure _____ deleted" in or near the place of deletion.

3.3.6 Notes, cautions and warnings. - Notes, cautions and warnings should be used to emphasize important and critical instructions. The use should be as sparing as is consistent with real need. When used, notes, cautions and warnings should immediately precede the applicable instructions and shall be selected in accordance with the following definitions:

(a) "NOTE" - An operating procedure, condition, etc., which it is essential to highlight.
(b) "CAUTION" - Operating procedures, practices, etc., when if not strictly observed, will result in damage or destruction of equipment.
(c) "WARNING" - Operating procedures, practices, etc., which will result in personal injury or loss of life if not correctly followed.

3.4 Applicability of manuals. -

3.4.1 Identical. - When a class A manual covering a specific equipment or a class B manual which is already available, is applicable in its entirety to the equipment being procured, the applicability is to be extended to include the additional ships by the manufacturer issuing an approval and procurement record page. Copies of the manual required for the ship(s) and local use may be requisitioned from stock by the cognizant Naval supervising activity.

3.4.2 Identical except for minor modifications. - When a class A manual covering a specific equipment or a class B manual is applicable to the equipment being procured except for minor differences, the manufacturer shall modify the manual to cover the differences by the issue of revised or supplementary pages. All revisions to an existing manual shall be approved by the Bureau of Ships, shall require the assignment of a change number, assigned by the Bureau of Ships, and shall be issued by the manufacturer with an approval and procurement record page.

3.5 Revisions. - Revisions to manuals which have been previously distributed shall be prepared as follows:

(a) New pages - New pages shall be issued when it is found necessary to include new information to augment the content of the original manual.

5

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

(b) Revised pages - Revised pages shall be issued to make changes which apply uniformly to all equipments covered by the manual.

(c) Supplementary pages - Supplementary pages shall be issued when necessary to provide alternate instructions applicable only to a portion of the total equipments covered by the manual because of minor modifications or minor differences in related components.

3.5.1 Legend for revisions. - All new, revised or supplementary pages shall include the words "new", "revised" or "supplementary", the date and a change number.

3.5.2 Submission for approval. - Four copies of each revision shall be submitted to the Bureau for approval and assignment of a change number. The forwarding letter shall include the number of stock copies and the estimated delivery date of the final copies.

3.6 Production requirements. - Detail materials, printing procedures and assembly for each manual shall be as approved at time of class A or B manual approval. An acceptable arrangement is set forth in the appendix of this specification. Alternate arrangements will be approved if equivalent performance is provided.

3.7 Distribution requirements. - Unless otherwise specified in the contract or order, distribution of all manuals not exactly identical to one previously procured and assigned a NAVSHIPS number shall be as follows:

(a) Two copies for each equipment shall be packed with the equipment when the equipment is shipped to stock.

(b) Two copies for each equipment shall be shipped separately to the cognizant Naval supervising activity marked for each ship on which the equipment is to be installed.

(c) Two copies to the Bureau of Ships.

(d) Three copies to the cognizant Supervisor of Shipbuilding when the equipment is to be installed by a private shipyard. (These copies are in addition to the copies for placement on board the ship.)

(e) Two copies to the Naval shipyard when the equipment is to be installed by that activity. (These copies are in addition to the copies for placement on board the ship.)

(f) One copy to each U.S. Naval Shipyard except Pearl Harbor and Portsmouth Naval Shipyard (total of nine).

(g) Two copies to Pearl Harbor Naval Shipyard (for submarine and surface ship equipment).

(h) Two copies to Portsmouth Naval Shipyard (for submarine equipment only).

(i) One copy to all active submarine tenders (submarine equipment only).

(j) One copy to Submarine Bases, New London and Pearl Harbor (submarine equipment only).

(k) Two copies to Commanding Officer, Ships Parts Control Center, Mechanicsburg, Penn.

(l) One copy to Naval Supply Centers, Norfolk and Oakland.

(m) One copy to Naval Supply Depot, Clearfield, Odgen, Utah.

(n) One copy to Forms and Publications Supply Office, Byron, Georgia.

(o) Manuals for stock shall be in the following quantities:

| Number of equipments | Number of copies |
| --- | --- |
| 1 to 25 | 25 |
| 26 to 99 | 50 |
| 100 and over | 100 |

These manuals shall be shipped to:
Receiving Officer, Naval Supply Depot,
Mechanicsburg, Penn.
Marked for COG I stock.

(p) Copies of approval and procurement record pages in accordance with paragraph 3.10.

3.8 Unless otherwise specified in the contract or order, (where manuals are not to be drawn from stock, see 3.4.1) distribution of all manuals exactly identical to ones previously approved shall be as follows:

(a) Two copies for each equipment shall be packed with the equipment when the equipment is shipped to stock.

(b) Two copies for each equipment shall be shipped separately to the cognizant Naval supervising activity marked for each ship on which the equipment is to be installed.

(c) Copies of approval and procurement record pages in accordance with 3.10.

3.9 Revisions. - Revision pages shall be distributed to all activities receiving the original manual, and in the same quantity.

3.10 Approval and procurement record page. - This page shall be included in all copies of the

6

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

manuals and additional copies distributed as follows:

    (a) Two copies to Bureau of Ships.
    (b) One copy to Forms and Publications Supply Office, Byron, Georgia.
    (c) One copy to Ships Parts Control Center, Mechanicsburg, Penn.

3.11 Military Assistance Program Ships.- Unless otherwise specified in the contract or order, distribution of all final manuals for ships being constructed, reactivated, converted or otherwise readied for transfer under the Military Assistance Program (MAP) shall be as follows:

    (a) Two copies for each equipment shall be shipped separately to the cognizant Naval supervising activity marked for each ship on which the equipment is to be installed.
    (b) Six copies per equipment for each ship to be transferred under MAP to a foreign government. These copies shall be sent to the Military Assistance Advisory Group (MAAG) of the recipient country for delivery to the foreign government which is to receive the ships.
    (c) One copy to the Washington, D.C. Naval Attache of the foreign government to receive the ships.
    (d) Two copies to the Bureau of Ships.
    (e) One copy to the cognizant Supervisor of Shipbuilding when the equipment is to be installed at a private yard.
    (f) One copy to the Commanding Officer, U.S. Navy Forms and Publication Supply Office, Byron, Georgia.
    (g) Twelve copies to Receiving Officer, U.S. Naval Supply Depot, Mechanicsburg, Penn., marked for COG I stock.

4. QUALITY ASSURANCE PROVISIONS

4.1 Contractor responsibility.- The supplier is responsible for the performance of all inspection requirements as specified herein. Except as otherwise specified, the supplier may utilize his own or any other inspection facilities and services acceptable to the Government. Inspection records of the examinations shall be kept complete and available to the Government as specified in the contract or order. The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to assure supplies and services conform to prescribed requirements.

4.2 Inspection.- Sample copies shall be inspected to determine compliance with the requirements of this specification and for equivalence with

the approved (when applicable) sample or basic manual. (If any subsequent issue of manuals is not equivalent to or better than an approved class A manual, class A approval may be withdrawn.)

4.3 Content.- The content of the manual shall be checked against the equipment being furnished to assure that it depicts accurately and adequately the equipment and the operating and maintenance procedures required. The NAVSHIPS number on the manual shall be checked for agreement with the NAVSHIPS number on the equipment identification plate where specified.

5. PREPARATION FOR DELIVERY

5.1 Packaging and packing.-

5.1.1 Individual and multi-volume manuals.- Individual copies and multi-volume manuals shall be packed to preclude damage to material. Multi-volume manuals shall be furnished as complete sets.

5.1.2 Manuals shipped with equipment.- When two copies of the manual are packed with the equipment they shall be packed within the shipping container holding the main unit of equipment. The manual(s) shall be so placed that they are readily accessible prior to removing the equipment and shall not be placed within the vapor proof barrier material used to enclose the equipment. Manuals accompanying equipment shall be packaged in a waterproof container. The invoice packing list or bill of lading shall include the NAVSHIPS number of the manual, the quantity and shall indicate which container includes the manuals.

5.1.3 Bulk shipment.- Manuals shipped in bulk shall not be individually wrapped. Containers shall comply with the Uniform Freight Classification Rules or other carrier regulations as applicable to the mode of transportation.

5.2 Marking.- On bulk shipments, interior packages and exterior shipping containers shall be marked with the following information for each item enclosed, except for shipment of an individual copy or an individual set of manuals:

    Box (number) of (number) (to be listed on multiple container shipments)
    NAVSHIPS number    (manual number)
    Quantity    (in package)

The words "FOR STOCK" shall be endorsed on the package or packages destined for stock, unless otherwise specified. NAVSHIPS numbers shall be indicated on the shipping documents. When a contract or order requires manuals having different

7

REPRODUCED AT THE NATIONAL ARCHIVES

 

MIL-M-15071D(SHIPS)

NAVSHIPS manual numbers, the stock copies of each manual number shall be shipped separately.

6. NOTES

6.1 Ordering data. - Equipment specifications and procurement documents shall specify the following:

    (a) Title, number and date of this specification.
    (b) Quantity of manuals or APR pages required, delivery date and delivery destinations (see 3.7 through 3.11 inclusive).

6.2 Classes of manuals. - The class of manual need not be specified in equipment specifications or procurement documents. The intent is that the manufacturer shall supply class A manuals for any equipment for which he has received class A manual approval. He shall supply class B manuals wherever he has not been granted class A approval.

6.3 Use of term "Service Manual". - Manuals to this issue of the specification are identified as "Service Manuals", instead of "Technical Manuals" since past use of the word "Technical" tended to denote a comprehensive, expensive, theoretical and engineering document whereas all that is necessary is a document that provides for satisfactory operation, maintenance and repair.

6.4 Elimination of types. - Previous issues of this specification have established different types

for manuals. Types have been eliminated from this issue. The content and make-up of each manual should be tailor-made to delineate the particular operation and maintenance procedures required.

6.5 Rights in data. - Wherever unlimited rights in data are not obtained, the manual should eliminate all proprietary information if operation and maintenance suitability is not thereby reduced. If proprietary information is required to be included and only limited rights in data are obtained, a restrictive clause per ASPR Section 9 should be included on the cover of each manual for ready identification.

Notice. - When Government drawings, specifications or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever, and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

Preparing activity:
Navy - Ships
(Project 7610-N014Sh)

8

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

APPENDIX

## 10. SCOPE

10.1  This appendix covers the requirements for the production of service manuals.

## 20. REQUIREMENTS

20.1  Quality.- All manuals furnished will be subject to 35-mm microfilming.  Letters, lines and symbols shall be of a uniform contrast throughout the documents.  Blurred or smudged printing or drop out of characters or lines shall be cause for rejection of the publication.  Characters shall be no smaller than 8 point type.

20.2  Typography.- Preferred typography is set forth in table I.  When revisions are made to the basic manual, the typography shall conform as nearly as possible to the original manual.

Table I - Typography for 8-1/2 by 11 inch manual.

| Use | Type style and size | Capitalization | Leading | Spacing between units |
|---|---|---|---|---|
| Security classification A | Gothic 14 pt. * | Capitals | 6 pt. | |
| Chapter or section titles | Same type as text | Capitals | 6 pt. | 48 pt.  Following marginal copy, text of illustration 18 pt.  Preceding text or illustration |
| Primary side heads | Same type as text | Capitals | 2 pt. | 6 pt.  Preceding or following text |
| Subordinate side heads | Same type as text | Capitals | 1 pt. | 6 pt.  Preceding or following text |
| Figure and table titles | Same type as text | Capitals and lower case | 2 pt. | 6 pt.  Following illustration |
| Notes and cautions | Same type as text | Capitals centered | ---- | 4 pt.  Preceding and following text |
| Warnings | Same type as text | Capitals centered | ---- | 4 pt.  Preceding and following text |
| Text, table of contents, list of illustrations etc. | Book face (roman) bold 10 pt. | Capitals and lower case | 1 pt. | 12 pt.  Preceding illustration or following figure title 6 pt Preceding or following notes, cautions, warnings |
| Keys or legends | Book face (roman) italics 8 pt. | Capitals and lower case | 1 pt. | 6 pt.  Preceding figure title or following illustration 12 pt.  Preceding text |
| Parts breakdown listings | Book face (roman) 8 pt. | Capitals and lower case | 1 pt. | 6 pt.  Preceding bottom rule or following headings |
| Footnotes | Book face (roman) bold 8 pt. | Capitals and lower case | 1 pt. | |

*If 14 pt. is not available, next smaller size shall be permitted.

NOTES

1. It is not the intent of this appendix to qualify the methods or composing equipment to be used, but to specify results required.

9

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

NOTES TO TABLE I (cont'd)

2.  Leading and spacing may be relaxed where circumstances require such alterations.
3.  The above requirements are for type that will reproduce same size.  When oversize pages are used, type shall reduce to approximately these sizes.
4.  All type specified may be plus or minus 1 point, except that 8 point type shall be the minimum allowable size.
5.  The type faces listed below are the most preferred.  They are available in linotype or can be closely matched on office composing machines.

<u>Book face (Roman)</u>
Garamond
Modern
Bookman
Tribune News
Times Roman
Antique
Baskerville
Century

6.  . Type sizes as indicated in the requirements were selected for conservation of space and legibility and should not be changed except:

   (a)  When oversize pages are prepared.
   (b)  When unusual copy fitting problems arise.

20.3  <u>Layout.</u> -

20.3.1  <u>Text pages.</u> -  The preferred layout of 8-1/2 inches by 11 inches text pages is two columns 20 picas wide and 54 picas deep, making an overall page image size of 42 by 60 picas.  The text and illustration areas shall conserve space without lessening clarity or legibility.  Blanks and spaces shall be avoided, except on fold-ins, and the first major division of the manual (chapter or section) shall be a new odd page.

20.3.2  <u>Fold-ins.</u> -  Fold-in pages shall be used only for diagrams, drawings or charts which cannot be reduced for satisfactory presentation on a single page, or when frequent reference is required from other pages of the book.  Aprons are required.  When fold-in pages are used, they should be held to a two-page fold-in whenever practicable and shall not exceed an overall length of 34 inches from the binding edge including the apron.  The apron may contain information pertaining to the diagram, drawing or chart.

20.4  <u>Form-punching and drilling.</u> -  Service manuals shall be prepared in looseleaf form unless otherwise specified or approved.  Looseleaf publications and revisions shall be punched for looseleaf binding with three holes one-fourth inch in diameter and four and one-fourth inches center to center (for 8-1/2 by 11 inch pages) or with such other drilling or punching as specified.  Punching of revision pages shall be the same as punching of the original manuals.

20.5  <u>Size.</u> -  Suggested sizes for final trim of service manuals follow:

   4-3/8 by 6-3/4
   8-1/2 by 11

All dimensions are in inches.

20.6  <u>Paper stock.</u> -

20.6.1  <u>Text pages.</u> -  Paper stock for text pages shall be as specified in 20.6.1.1 or 20.6.1.2.

20.6.1.1  <u>Lithography.</u> -  Paper stock shall be white offset book free from unbleached or ground woodpulp and shall have a substance weight of not less than 100 pounds per 1,000 sheets, basis 17 by 22 inches.

20.6.1.2  <u>Letterpress.</u> -  Paper stock shall be equivalent to white supercalendered book containing not to exceed 5 percent unbleached chemical wood or ground woodpulp, the remainder to be bleached chemical woodpulp, and shall have a substance weight of not less than 90 pounds per 1,000 sheets, basis 25 by 38 inches.

20.6.2  <u>Fold-ins.</u> -  Paper stock for fold-in pages shall be equivalent to high wet strength lithographic map, free from unbleached or ground woodpulp, and shall have a substance weight of not less than 48 pounds per 1,000 sheets, basis 17 by 22 inches.

10

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

20.6.3 Binders. - Binders shall be of plastic or pressboard and shall accommodate looseleaf manuals punched or drilled as specified in 20.4 and shall facilitate insertion of replacement pages. Commercial type fasteners are to be used. Information to be included on the binders shall not be stamped with gold or any other metal foil. Binder colors for unclassified manuals shall be any color except yellow or red. Binders for confidential manuals shall be red. Binders for secret and top secret manuals shall be yellow.

11

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

NAVSHIPS 000-000
SECURITY CLASSIFICATION

VOLUME I OF III

# TITLE OF
# MANUAL
# (U)

GROUP CLASSIFICATION MARKING (for classified manuals. See DD 254)

SECURITY CLASSIFICATION

Figure 1 - Cover.

12

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–M–15071D(SHIPS)

NAVSHIPS  000–000
SECURITY  CLASSIFICATION

VOLUME  I  OF  III

# TITLE OF
# MANUAL
# (U)

WARNING:   This document contains information affecting the national defense
of the United States within the meaning of the Espionage Laws, Title 18, U.S.C.,
Sections 793 and 794.  The transmission or the revelation of its contents in any
manner to an unauthorized person is prohibited by law.

SECURITY  CLASSIFICATION

Figure 2 – Title page.

13

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

## APPROVAL AND PROCUREMENT RECORD PAGE

APPROVAL DATA FOR:   NAVSHIPS
TITLE OF MANUAL:

APPROVAL AUTHORITY:

| CONTRACT OR PURCHASE ORDER | SHIPS APPLICABLE | QUANTITY OF MANUALS | QUANTITY OF EQUIPMENT | BUILDING YARD |
|---|---|---|---|---|
| | | | | |

REMARKS:

CERTIFICATION:

DATE

CHANGE NO.

MANUFACTURER'S SIGNATURE
MANUFACTURER'S NAME AND ADDRESS
FEDERAL CODE NUMBER (HOME OFFICE)

Figure 3   Approval and procurement record page.

---

Approval Authority shall include the applicable letters or correspondence granting approval in conformance with approval procedures.

Remarks space shall be used for necessary comments and the inclusion of information regarding the extension of a manual by minor revisions.

Certification: One of the following certification paragraphs shall be typed in this space, as appropriate:

For Class A manuals covering specific equipments.

It is hereby certified that NAVSHIPS _____ is identical to the basic manual NAVSHIPS _____ approved by the approval data shown above except for the detailed information required for the equipment provided under contract or purchase order _____

For original Class B manuals.

It is hereby certified that NAVSHIPS _____ to be provided under contract or purchase order _____ has been approved by the approval data shown above.

For identical Class A manuals covering specific equipment and Class B manuals.

It is hereby certified that the manuals to be provided under contract or purchase order _____ approved are exactly identical to NAVSHIPS _____ by authority of approval data shown above.

For Class A manuals covering specific equipment and Class B manuals which have been previously distributed but required minor modification.

It is hereby certified that the manuals to be provided under contract or purchase order _____ approved are exactly identical to NAVSHIPS _____ by the approval data shown above except for the necessary modification as shown in the above remarks space.

NOTE: This page may be typed and reproduced by any economical method and shall be included in Class B manuals and copies of final manuals.

14

REPRODUCED AT THE NATIONAL ARCHIVES

SPECIFICATION ANALYSIS SHEET

### Instructions

This sheet is provided for obtaining information on the use of this specification which will insure that suitable products can be procured with a minimum amount of delay and at the least cost.

Comments and the return of this form will be appreciated.

Fold on dotted lines on reverse side, staple in corner, and send to Bureau of Ships, Specifications and Standardization Branch, Washington 25, D. C.

| Specification | | |
|---|---|---|
| Organization | City | State |
| Contract No. | | |
| Quantity of Items Procured | | Dollar Amount $ |
| Material procured under a direct Government contract ☐ or a subcontract ☐ | | |

1.  Has any part of the specification created problems or required interpretation in procurement?
    a.  Give paragraph number and wording.



    b.  Recommendations for correcting the deficiencies.



2.  Comment on any specification requirement considered too rigid.



3.  Is the specification restrictive?          If the answer is "Yes", in what way?
    ☐   Yes       ☐   No



4.  Remarks (Attach any pertinent data which may be of use in improving this specification. ) Place this form and papers in an envelope and send to the Bureau.

| Submitted by (Print name and activity) | Date |
|---|---|

REPRODUCED AT THE NATIONAL ARCHIVES

# Exhibit 28

Ann. occup. Hyg. 1971. Pergamon Press. Printed in Great Britain

# ASBESTOS DUST CONCENTRATIONS IN SHIP REPAIRING: A PRACTICAL APPROACH TO IMPROVING ASBESTOS HYGIENE IN NAVAL DOCKYARDS

P. G. HARRIES

Medical Research Unit, HM Dockyard, Devonport

(Received 4 January 1971)

**Abstract**—A survey of the asbestos fibre concentrations associated with work involving asbestos insulating materials has been undertaken in Devonport Dockyard. The results show that application and removal of asbestos materials both create high dust concentrations, and measures to reduce the health hazards associated with such processes are described. The results of sampling after the introduction of preventive measures are briefly presented and these results indicate that the precautions are effective in reducing the asbestos dust concentrations in shipyard insulation processes.

THERE have been few published reports on asbestos dust concentrations occurring in the shipbuilding and shiprepairing industry despite the increasing interest in the health hazards associated with asbestos. The present paper is part of an extensive study of the hazards associated with asbestos in Devonport Dockyard (HARRIES 1970).

## THE USE OF ASBESTOS IN NAVAL DOCKYARDS

Amosite, chrysotile and crocidolite asbestos have been used in insulating materials for Naval ships since about 1880. Large amounts of high efficiency insulants have been required to keep pace with progressive ship design, and airborne asbestos dust has been liberated whenever these materials have been applied or removed. From 1940 to 1963 environmental insulation was applied mainly in the form of asbestos sprayed onto deckheads and bulkheads. Most of the asbestos for this purpose was crocidolite, but some amosite was also used. Pipes and machinery have been insulated with moulded sections containing from 15–90 per cent amosite asbestos. These fragile sections were covered with a protective layer of chrysotile asbestos cloth. During refit periods large amounts of sprayed environmental insulation, and often all machinery insulation were ripped out to facilitate modernisation and repair of the ships. There are many other uses of asbestos, and some of these will be described later.

Because the full extent of the hazard associated with asbestos was not appreciated, adequate preventive measures were not introduced into Naval Dockyards until 1967. Variable amounts of asbestos debris were left scattered about the ships for most of the refit periods (sometimes up to 3 yr), because there was no defined procedure for clearing it away. As a result very large numbers of men have been exposed to asbestos dust by working with or near other men who were applying or removing asbestos

241

DEFENDENT'S
EXHIBIT
Buffalo Pumps

164

7-2                                                                      P. G. HARRIES

materials, or because they were themselves disturbing asbestos debris and creating
their own local dust clouds.

Energetic measures have now been taken by the Ministry of Defence (Navy) to
reduce the hazards associated with asbestos in Naval Dockyards and these have
been described by HARRIES (1968, 1970), and by the MINISTRY OF DEFENCE (NAVY)
(1970). This report describes the dust concentrations associated with the use of
asbestos materials, and the improvements that have been brought about by the recent
preventive methods.

## METHODS

### Dust sampling survey

Sampling was planned in an attempt to give some idea of dust concentrations
likely to have been present in the ships over the last 25 yr. The revision of design
specifications, as well as substitution to reduce the dust hazard, made it necessary
to take the bulk of these samples in ships containing the old materials in order to
give some idea of past conditions. The opportunity to do this occurred in an aircraft
carrier and a cruiser in 1967. The samples during other processes, especially the
application of insulation, have been taken in destroyers and frigates, as well as in
the larger vessels so as to give an idea of present working conditions.

### Sampling methods

The membrane filter method of sampling and evaluation described by HOLMES
(1965) was used for this survey. Millipore type GA 20 and 25 mm membrane filters,
pore size 0·45 μm were used in Gelman sampling heads, and air was drawn through
them by using Hunt personal samplers (HUNT and ELLISON, 1963) Austen-Dymax
diaphragm pumps, or Dräger hand pumps. The Hunt samplers run at a flow rate
of 11·3 ml/min, and the Austen–Dymax pumps at 200 ml/min. Both were calibrated
with a suitable Rotameter flow meter. The Hunt samplers were worn by men to give
an estimate of personal exposure, or were placed alongside long-running gravimetric
samplers to provide an estimate of the fibre content of the dust; sampling lasted over
a working shift. Austen-Dymax pumps were used to take shorter samples. A com-
parison between the results of gravimetric sampling and fibre counting is the subject
of a separate report.

Many samples were taken with Dräger hand pumps to obtain 200–2000 ml
samples. The disadvantages of small, quick samples are recognised, but it is considered
that these are valuable as a method of indicating the fluctuation in the local dust
concentrations of various processes. The samples were taken in the general environ-
ment as well as in the breathing zone of the workers. Small samples are also useful
in showing the change in dust concentrations at varying distances or the rate of
change after work has stopped. These methods now form the basis of dust monitoring
to be used in Naval Dockyards.

The method of fixing the samples, clearing the membrane and the counting
technique has been fully described by HOLMES (1965). The samples were counted
under phase contrast microscopy at ×400 magnification. Fibres were counted
5 100 μm in length with an aspect ratio of 3 : 1 or over.

## RESULTS OF SAMPLING

*Sprayed asbestos insulation*

No results for spraying are available from the present study because the process ceased in 1963. Records of dust sampling during spraying in 1951 show asbestos fibre counts of 173 322 fibres/cm³ (fibres 2–10 μm length only) and 3121 5952 particles/cm³ of other dusts (particles 0·5–5 μm dia.). This was obviously a most hazardous operation.

The results shown in Table 1 are the concentrations found during the removal of

TABLE 1. ASBESTOS DUST CONCENTRATIONS DURING REMOVAL OF SPRAYED CROCIDOLITE ASBESTOS

|  | Sample location | | | | |
|---|---|---|---|---|---|
|  | Aircraft hangar | Adjacent areas | Small compartments | Adjacent areas | Sweeping and bagging debris |
| Mean concentration, fibres/cm³ | 334·0 | 56·5 | 219·9 | 82·6 | 353·0 |
| Range | 117–484 | 19–131 | 35–384 | 43–177 | 213–493 |
| Number of samples | 5 | 4 | 15 | 4 | 2 |

sprayed crocidolite asbestos from the deckheads and bulkheads of an aircraft carrier. Sampling periods were for 1–2 hr of the working shift as the samples were too dense to count if the sampler was run for the whole shift. Very high concentrations (> 200 fibres/cm³) occurred at the stripping areas, slightly lower concentrations (mean > 50 fibres/cm³) were recorded for rooms and passageways adjacent to the stripping zone. Sweeping and bagging debris created mean concentrations of 353 fibres/cm³, but small samples taken with the Dräger hand pump in the breathing zones of men bagging crocidolite debris showed concentrations of 1000–2000 fibres/cm³.

The widespread dispersion of dust throughout the ship is seen from the results in Table 2. Long running samples showed the dust concentration at the top of a ladder running up from the stripping area to the deck above to be 109 fibres/cm³ and at the top of the next ladder two decks above the stripping area the concentration was

TABLE 2. ASBESTOS DUST CONCENTRATIONS ASSOCIATED WITH REMOVAL OF SPRAYED CROCIDOLITE ASBESTOS

|  | Sample location | | | | |
|---|---|---|---|---|---|
|  | 7 Deck stripping area | Hatchway 6 deck leading from 7 deck | Hatchway 5 deck leading from 6 deck | Passageway to shower | Removing suits after shower | Workmen's dining room |
| Concentration, fibres/cm³ | 311 | 109 | 30 | 25 | 16 | 0·05 |

Long-running Hunt samplers were used.

P. G. HARRIES

30 fibres/cm³. This shows the importance of sealing off large parts of the ship when this work is being done and allowing access only to those men wearing adequate respiratory protection.

Special facilities for washing, changing and eating were available on the ship for these men. The results in Table 2 show that although showering when wearing special impervious overalls did not fully remove the line dust, after the men had removed the contaminated clothing and entered their dining room the dust level they were exposed to were below 0·1 fibre/cm³.

*Removal of pipe and machinery insulation*

Long running samples were taken with Hunt samplers during the removal of pipe lagging in engine rooms and boiler rooms of aircraft carriers, cruisers and frigates. The materials removed included pipe sections of 90 per cent amosite asbestos, sections of calcium silicate and 15 per cent asbestos, asbestos cloth and cement. Samples were also taken in small compartments, the brick stowage space for example, to show the effect of removing large amounts of insulation in a small confined space. General atmosphere samples were taken at convenient points in the compartment near gravimetric samplers, and breathing zone samples were taken as near as possible to the men's faces. The results in Table 3 show higher mean general sample levels in

TABLE 3. ASBESTOS DUST CONCENTRATIONS DURING REMOVAL OF PIPE AND MACHINERY LAGGING.

| Location | General atmosphere | | | Breathing zone | | |
|---|---|---|---|---|---|---|
| | No of samples | Mean. fibres/cm³ | Range | No of samples | Mean. fibres/cm³ | Range |
| Boiler rooms | 153 | 171 | 0·04–1062 | 20 | 97 | 25–220 |
| Engine rooms | 45 | 88 | 0·16 3021 | 25 | 91 | 2–490 |
| Brick stowage space | 13 | 257 | 9–592 | .. | — | — |

boiler rooms (171 fibres/cm³) than engine rooms (88 fibres/cm³) but similar breathing zone levels in boiler rooms and engine rooms (91–97 fibres/cm³). This is because there is more insulating material in a boiler room than in an engine room, and because work proceeds on at least two levels in boiler rooms so that a lot of debris falls 3–4 m to the deck and creates more dust in the general atmosphere. The very high dust levels in the brick stowage space (mean 259 fibres/cm³) are the result of a lot of insulation being removed in a small space.

*Application of pipe lagging*

Dust concentrations recorded during the application of pipe insulating materials are shown in Table 4. The materials being applied included pipe sections of calcium silicate and 15 per cent asbestos, asbestos rope, asbestos cloth and asbestos cement. The dust concentrations were much lower than for the stripping procedures. As in the stripping operations, and for the same reasons, higher values for general and

Asbestos dust concentrations in ship repairing                                          245

TABLE 4. ASBESTOS DUST CONCENTRATIONS DURING THE APPLICATION OF PIPE AND MACHINERY LAGGING

| Location | General atmosphere | | | Breathing zone | | |
|---|---|---|---|---|---|---|
| | No. of samples | Mean, fibres/cm³ | Range | No. of samples | Mean, fibres/cm² | Range |
| Boiler rooms | 17 | 32·4 | 1–61 | 14 | 16·8 | 0·1 68 |
| Engine rooms | 28 | 2·1 | 0·1–14 | 16 | 7·3 | 0·04–40 |
| Accumulator room | 5 | 16·5 | 2·5–46 | 17 | 9·6 | 1 47 |

breathing zone samples were found in the boiler rooms and the small accumulator room than in the engine rooms.

The results shown in Table 5 indicate that considerable dust concentrations (30–68 fibres/cm³) were created by sawing calcium silicate sections, or by removing them from their boxes. Fitting the sections to pipes created high local concentrations (43 fibres/cm³), but low general concentrations (4·1 fibres/cm³). Clearing calcium silicate debris (134–155 fibres/cm³), "blowing down" the debris from inaccessible ledges with an air hose (480 fibres/cm³) and sweeping amosite debris (564 fibres/cm³) created very high dust concentrations: previously men doing this type of work would not have been protected. Mixing asbestos cement in buckets and removing the dry material from a bag created high general concentrations (167/199 fibres/cm³) and even higher breathing zone levels (217–256 fibres/cm³).

Wrapping amosite asbestos rope around small bore pipes gave dust concentrations over 100 fibres/cm³. Ripping untreated asbestos cloth is a vigorous procedure and produced general dust concentrations of 33 fibres/cm³ and breathing zone levels of 7 fibres/cm³. When the cloth had been contaminated with asbestos debris the mean breathing zone levels in ripping the cloth rose to 20 fibres/cm³. Ripping asbestos cloth treated with a dust suppressant by the manufacturers produced dust concentrations which were all less than 1 fibre/cm³.

*Removal of asbestos sheets used for acoustic insulation*

This friable material used to soundproof certain compartments of the ship was applied and removed by joiners. The dust concentrations are shown in Table 6. The general atmosphere concentrations were high because the debris was thrown down on to the deck creating intense local dust clouds and the samplers were 1 m above deck level. The mean breathing zone concentrations were lower (130 fibres/cm³) since the samplers were carried by the men working up at the deckhead on staging.

*Other processes using asbestos materials*

Relatively low dust levels (mean 2·43 fibres/cm³) were seen in sawing perforated asbestos cement sheets (Table 7); these levels were reduced (mean 0·1 fibre/cm³) when the sheets were guillotined instead of being cut with a handsaw. Asbestos materials fitted into galley equipment produced mean dust levels of 1·8 fibres/cm³, but higher dust levels (mean 20·8 fibres/cm³) were found when men fitted calcium silicate slabs into boiler casings. The use of asbestos cloth for maintaining heat in metal to be

246      P. G. HARRIES

TABLE 5. ASBESTOS DUST CONCENTRATIONS IN MISCELLANEOUS PROCESSES ASSOCIATED WITH PIPE LAGGING

| Progress | General atmosphere | | | Breathing zone | | |
|---|---|---|---|---|---|---|
| | No of samples | Mean, fibres/cm³ | Range | No of samples | Mean, fibres/cm³ | Range |
| Sawing calcium silicate sections | 7 | 68 | 0·7– 158 | 11 | 55 | 7 –152 |
| Removing calcium silicate sections from box | 7 | 30 | 2 – 78 | 10 | 52 | 16 –136 |
| Fitting calcium silicate section to pipe | 9 | 4·1 | 0 – 23 | 20 | 43 | 1 –129 |
| Cleaning calcium silicate debris | 9 | 134 | 32 – 372 | 7 | 155 | 90 –277 |
| Fitting amosite rope | 4 | 118 | 1 – 280 | 13 | 132 | 5 –340 |
| Removing asbestos 'plastic mix' from container | 7 | 199 | 48 – 328 | 13 | 217 | 48 –470 |
| Mixing asbestos 'plastic mix' with water in bucket | 3 | 167 | 53 – 377·4 | 12 | 256 | 34 ·79 |
| Ripping cloth (untreated) | 2 | 33 | 23 – 43 | 5 | 7 | 3·3– 16·5 |
| Ripping cloth (contaminated) | — | — | — | 12 | 20 | 5·5– 43 |
| Ripping cloth (treated) | 12 | <1 | <1 | 12 | <1 | <1 |
| Stitching cloth | — | — | | 12 | 3·4 | 0 – 10 |
| Fitting cloth over lagged pipes | — | — | — | 7 | 22 | 0·3– 43 |
| "Blowing down" asbestos debris | 7 | 489 | 140 – 932 | — | — | — |
| Sweeping and bagging amosite debris | 10 | 564 | 76·3–1191 | — | — | — |

*Asbestos dust concentrations in ship repairing*

TABLE 6. ASBESTOS DUST CONCENTRATION DURING REMOVAL OF FIBROUS ASBESTOS ACOUSTIC PANELS

| | No. of samples | General atmosphere | | Breathing zone | |
|---|---|---|---|---|---|
| | | Mean, fibres/cm³ | Range | Mean, fibres/cm³ | Range |
| | 6 | 413·5 | 30–684 | 131 | 48–271 |

welded produced mean dust concentrations of 8·7 fibres/cm³. Brushing welding slag off asbestos cloth which had been used to protect equipment during welding and burning was accompanied by mean concentration of 76·6 fibres/cm³. Repeated sampling during the pre-heat welding technique when dust suppressed asbestos cloth was used showed counts below 1 fibre/cm³.

*Asbestos mattress shop*

A new purpose built mattress shop was erected during the course of the survey and the results in Table 8 show that there is little difference between it and the old shop. The high counts in each shop were associated with sweeping up amosite asbestos fibre around the filling booths.

TABLE 7. ASBESTOS DUST CONCENTRATIONS IN OTHER MISCELLANEOUS PROCESSES

| Process | No. of samples | Mean fibres/cm³ | Range |
|---|---|---|---|
| Sawing and fitting perforated asbestos board | 9 | 2·4 | 0 – 10 |
| Guillotining perforated asbestos board | 8 | 0·1 | 0·04– 0·5 |
| Fitting asbestos board in ship's galley | 6 | 1·8 | 0 – 11 |
| Use of asbestos cloth for pre-heating welding technique | 9 | 8·7 | 0 – 30 |
| Asbestos cloth used to protect equipment from welding slag | 18 | 76·6 | 0 –660 |
| Fitting calcium silicate slabs in boiler casing | 18 | 20·8 | 1·1 – 7·5 |

TABLE 8. ASBESTOS DUST CONCENTRATIONS IN ASBESTOS MATTRESS SHOPS

| Location | General atmosphere | | | Breathing zone | | |
|---|---|---|---|---|---|---|
| | No. of samples | Mean, fibres/cm³ | Range | No. of samples | Mean fibres/cm³ | Range |
| Old shop | 12 | 12·7 | 0–126 | 15 | 1·5 | 0– 7 |
| New shop | 11 | 16·3 | 2– 83 | 25 | 3·7 | 0–17 |