THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
RICHARD A. GEORGE,                            :   Civil Action No. 1:14-cv-04511 (VEC)
              Plaintiff,              :
                                       :
    -against-                              :
                                       :   **RULE 7.1 STATEMENT**
A.W. CHESTERON COMPANY, et al.,               :
                                       :
              Defendants.             :
------------------------------------------------------------------- X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant The Goodyear Tire & Rubber Company (a non-governmental corporate party) states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
          July 2, 2014

                                            LYNCH DASKAL EMERY LLP

                                            Attorneys for Defendant The Goodyear Tire & Rubber Company

                                            By: _____s/_____
                                                   Lawrence G. Lee

                                            264 West 40th Street
                                            New York, New York 10018
                                            (212) 302-2400
                                            (212) 302-2210 (fax)
                                            lee@lawlynch.com

## **CERTIFICATE OF SERVICE**

I, LAWRENCE G. LEE, do hereby certify that on July 2, 2014, I electronically filed defendant The Goodyear Tire & Rubber Company's **RULE 7.1 STATEMENT** with the Clerk of the United States District Court for the Southern District of New York using the CM/ECF system.

Dated: New York, New York
       July 2, 2014

                                                        By: _____s/_____
                                                                Lawrence G. Lee