FOSTER WHEELER CORPORATION
NEW YORK, N.Y.

| F.W. CORP. DRAWING NO. | NY-420-907-2 |
|---|---|
| F.W. ORDER NO FWO-1967-2078 | |
| SCALE: | DATE: 11-18-43 |
| DRAWN BY: S.T.A. | EXAMINED BY: J.B |
| CHECKED BY: B.R.M. | APPROVED BY: J.J.H. |

FORWARDED TO BUREAU    APPROVED ____ DATE Feb 16-44
LETTER NUMBER _____    REFERENCE SHIP PLAN LET TO
                         BU (S-L-C) No. BSRD, to DD CLSS
                         SHPG, 16 FEB. 1244

4-18-44 [signature]
FOR SUPERVISOR OF SHIPBUILDING, U.S.N.

_____ PLAN
EXAMINED AND FOUND CORRECT
DATE _____ FOR SUPERVISOR OF SHIPBUILDING, U.S.N.

EXPRESS TYPE BOILER

GENERAL ARRANGEMENT,
BOILER, FRONT
AND SIDE VIEWS

BUREAU OF SHIPS PLAN NUMBER
DD692-S5101-245177 ALT. 2

| NO. | DESCRIPTION | AUTHORITY | BY | | | | |
|---|---|---|---|---|---|---|---|
| II | INTERCHANGED 18" AND 14" WATER GAUGES AND ALTERED FW REFERENCE TO SHT. | 2nd LETTER TO HOLD LINE ITEM | V.A.R. | J.H.M. | J.H.H. | 3/7/16 | |
| III | IN FRONT & SIDE VIEWS INDICATED IN DWG C-MSD, DRIP PIPING FOR WATER GAUGES TO BE CONNECTED TO RELIEF PIPING FOR FEED WATER REGULATOR, BY SCREWED ORDER, NOT FURN. BY FW CORP. | CUSTOMER'S CHANGE | M.E. | H.M. | J.H.H. | 6/16 | 8/7/44 |

ALTERATIONS

USSROAN00000012

