**UNIFORM LABELING PROGRAM- NAVY**
**9/24/56**

WK Navy 5106

DEPARTMENT OF THE NAVY
Office of the Secretary
Washington 25, D. C.

5760.8
SECNAV 6260.5
BUMED-7231-bar
24 September 1956

SECNAV INSTRUCTION 6260.5

From: Secretary of the Navy
To: Chief of Naval Material
    Chief of Naval Operations
    Chief of Naval Personnel
    Chief of Naval Research
    Chief, Bureau of Aeronautics
    Chief, Bureau of Medicine and Surgery
    Chief, Bureau of Ordnance
    Chief, Bureau of Ships
    Chief, Bureau of Supplies and Accounts
    Chief, Bureau of Yards and Docks
    Commandant, U. S. Marine Corps
    Commander, Military Sea Transportation Service

Subj: Uniform labeling program for hazardous industrial chemicals and materials

Encl: (1) Markings and Design of Labels
      (2) Tentative Label Classification Guide
      (3) Elements of a Labeling Program

1. **Purpose.** The purpose of this Instruction is to standardize on labeling requirements for hazardous chemical products during the usage stage, and to provide selective labels which will contain pertinent information designed to warn users of the potential dangers involved.

2. **Scope.** This Instruction applies to the labeling of all hazardous materials throughout the Naval Establishment wherever distribution of hazardous chemicals and materials is made to the actual consumer (shop, office, or unit). It applies to materials received from any supply source, provided the material is intended for ultimate use at the local activity. In this regard it refers to labeling of the original container as well as any other container to which the material may subsequently be transferred. This Instruction is not intended to govern:

   a. The type of labels to be affixed by the manufacturer. (These are governed by State and Federal laws and regulations depending on the nature of the material and whether its shipment is interstate or intrastate. In addition, most major manufacturers of chemicals abide by the "Warning Labels Guide" published by the Manufacturing Chemists' Association.)

SECNAVINST 5100.5  
24 September 1956

OFFICE OF THE SECRETARY

b. The type of labels to be affixed to containers of chemicals or drugs used, or dispensed, by medical department pharmacies.

c. Those chemicals used by clinical or chemical laboratories, where small quantities of the chemicals are to be used as reagents by trained personnel who are familiar with the potential hazards involved. (The exempted laboratories will be those designated by the various bureaus, offices, and Marine Corps.)

d. The labeling of explosives, gasolines, and fuels, and compressed gases. (These are adequately covered by current instructions.)

3. **Background.** The rapid development of new chemical products and the introduction of new chemical processes make it mandatory that precautionary measures be taken during the handling of toxic and dangerous chemicals. Warning labels affixed to containers of hazardous chemicals are one of the most practical means of accomplishing this objective. This Instruction is based on a composite of the procedures recommended by the Manufacturing Chemists' Association, the International Labor Organization, the American Conference of Governmental Industrial Hygienists, the Atomic Energy Commission, and the labeling programs presently in effect at the Naval Gun Factory, the Alameda Naval Air Station, and the Mare Island Naval Shipyard.

4. **Action**

a. **Navy Department Standardization Office.** The Navy Department Standardization Office shall effect the assignment of a limited coordination military (Navy) project in connection with this Instruction to standardize the printed labels in respect to quality of paper, size, color, shape, insignia, wording, and design; quality of the glue; specifications for inks (including colors of inks); and other related matters. Enclosure (1) summarizes the markings and designs for labels agreed upon by representatives of the bureaus and offices.

b. **Bureau of Supplies and Accounts.** The Bureau of Supplies and Accounts shall initiate procedures to have the necessary labels stocked as General Stores items for use by all naval activities.

c. **The Technical Bureaus.** The classification of hazardous chemicals and materials shall be accomplished through the joint efforts of the technical bureaus in that each Bureau shall be responsible for passing on those aspects, of any single item, which fall within its technical purview.

2

16