PLAINTIFF'S EXHIBIT 25



NAVSUP Publication 4500

COG I Stock No. 0588-005-0000

VOL. 1 of 1

# CONSOLIDATED HAZARDOUS ITEM LIST

RECEIVED

OCT 7 1969

USNS POPE T-AP110



Captain Frank Buyer
EXHIBIT NO. 16
9730-2010
K. HASSELL

**IMPORTANT NOTICE**

This publication supersedes NAVSUP Publication 4500 of 1 September 1967 and FMSONOTE 4410 of 7 March 1968.

**1 OCTOBER 1969**

# Consolidated Hazardous Item List

## INTRODUCTION

### GENERAL

The Navy CHIL (Consolidated Hazardous Item List) is published to:

1. Provide all Navy users with a consolidated listing of potentially hazardous items in the supply system.

2. Provide a standard set of codes and definitions to identify the hazardous nature of these items.

3. Provide warning labeling criteria/requirements in accordance with MIL-STD-755A.

4. Provide shipboard stowage requirements in accordance with NAVSHIPS Technical Manual, 250-000, Chapter 9300.

## TABLE OF CONTENTS

| | Page |
|---|---|
| INTRODUCTION | III |
| Identification Codes and Definitions | IV |
| Labeling Codes and Definitions | VIII |
| Stowage Codes and Definitions | XI |
| Section Formats | XVIII |
| Maintenance | XXI |
| SECTION A - FIIN Sequence | A-1 |
| SECTION B - Nomenclature Sequence | B-1 |
| SECTION C - Hazardous Classification Code Sequence | C-1 |
| SECTION D - Hazardous Item Change History | D-1 |

## FOREWORD

The CHIL (Consolidated Hazardous Item List) covers items in the Navy Supply System designated as hazardous to life and/or property, not elsewhere classified or identified by specific instructions.

This publication contains (1) identification data, (2) labeling data in accordance with MIL-STD-755A, and (3) ship stowage requirements in conformance with NAVSHIPS Technical Manual 250-000, Chapter 9300.

The CHIL does not cover items which are under the control of specific instructions with regard to marking, identification, use, handling, and/or storage. Items excluded are in the following categories:

Ammunition, Explosives, and Warfare Chemicals and Gases

Conventional Bulk Fuels

Drugs and Chemicals used or dispensed by Medical Department Pharmacies

Reagents and Chemicals used by Clinical and Chemical Laboratories

The CHIL does not provide for shipping label information. Information and requirements for labeling and/or marking of containers for shipment are covered in NAVAIR MANUAL 15-03-500, and Agent T. C. George's TARIFF No. 19.

NAVY FLEET MATERIAL SUPPORT OFFICE
MECHANICSBURG, PA. 17055

III

# Consolidated Hazardous Item List

## INTRODUCTION

### LABELING

**1. Purpose.**

The purpose of MIL-STD-755A labels is to warn users and handlers of the potential dangers involving the use of the material in the container, for each of the listed items. Materials to be labeled are those issued to the actual consumer (shop, office or unit). Label application includes the labeling of the original container and any other container to which the material may be subsequently transferred.

**2. Labels.**

| HAZARDOUS CLASSIFICATION | | | |
|---|---|---|---|
| CLASS | LABEL | CLASS | LABEL |
| 1 | FIRE HAZARD | 5 | CORROSIVE |
| 2 | FIRE HAZARD AND TOXIC | 6 | RADIOACTIVE |
| 3 | TOXIC | 7 | FIRE HAZARD-OXIDIZER |
| 4 | POISONOUS | | |

**3. General.**

The MIL-STD-755A labels supplement labels/markings required under DOT (ICC) regulations for the identification of dangerous materials offered for shipment by common carrier, or any other label/marking applied by the MCA (Manufacturers Chemist Association), NFPA (National Fire Protective Association), and/or manufacturer. These supplemental labels shall not cover, or cause to deface or remove any other hazardous labels/markings affixed to the containers in accordance with the preceding regulations.

A hazardous item may be assigned two classes of labels dependent upon its composition/formulation. For example, an item, identified as corrosive and found to be poisonous, shall bear both a class 4 and class 5 label.

An illustration of each label, corresponding definition, and Cog I stock number is provided on pages IX and X.

VII

# CONSOLIDATED HAZARDOUS ITEM LIST

## WARNING LABEL GUIDE

| Class | Label | Description | Precautions | Label Size | Stock No. / Cog I |
|---|---|---|---|---|---|
| 1 | WARNING! FIRE HAZARD CONTAINS | FIRE HAZARD (FLAMMABLE). Any material known or flammable of combustible. | Keep material away from body and clothing. Keep material away from sparks, heat, open flame. Observe "No Smoking" rules. Keep container closed when possible, use safety can. Store separately. Keep away from supports-born materials. | 4 in. 7-1/2 in. | 514-0450 514-0459 |
| 2 | DANGER! TOXIC AND FIRE HAZARD CONTAINS | TOXIC AND FIRE HAZARD. Any material which presents a combined hazard due to its flammability (Class B) and its toxicity (Class B). | Observe precautions shown for Label 1 above, and Label 3 below. | 4 in. 2-1/2 in. | 514-1441 514-1442 |
| 3 | DANGER! TOXIC CONTAINS | TOXIC. Any material which may be harmful in contact with the material either from the material's surface utilization of airborne, or from concentrated or from environmental. | Avoid breathing of fumes, dusts, vapors, mists, etc. of the material. Good manual handling to prevent contact of material with body. Use respirator or any recommended protection where required. Wash hands before eating, smoking. Keep container closed and away from heat. | 4 in. 2-1/2 in. | 514-1220 514-1221 |
| 4 | DANGER! POISON | POISONOUS. A substance is considered poisonous if, when used as a material, it will be harmful to a user when used in the small amount. | Use away from sparks, fires, heat, or sources without a suitable respirator. Wash hands thoroughly after handling, and before eating or smoking. Keep material away from body and clothing. Keep material away from action. | 4 in. 2-1/2 in. | 514-1001 514-0998 |

IX

[Page contains two scanned tables titled "Consolidated Hazardous Item List" — text is too faded and low-resolution to transcribe reliably.]