

NAVSUP Publication 4500
COG I Stock No. 0588-00-005-0000
VOL 1 of 1

(CHIL)

# CONSOLIDATED HAZARDOUS ITEM LIST
*Storage and Handling*

**IMPORTANT NOTICE**

THIS PUBLICATION SUPERSEDES NAVSUP PUBLICATION 4500 OF 1 SEP 1976

NAVY FLEET MATERIAL SUPPORT OFFICE
MECHANICSBURG, PA. 17055

DECEMBER 1977

# FOREWORD

It is the intent of this publication to list certain items of supply, reported to FMSO, whose inherent characteristics are considered hazardous to life or property and which should be specially identified during normal transportation, storage or handling operations.

Because of the volume and variety of items contained in the Supply System, some hazardous items may not be listed. These items should be reported to FMSO, Code 992, accompanied by all available data concerning the nature of the hazard presented, storage requirements, etc.

This issue of the CHIL contains disposal codes that are provided for the information and guidance of personnel responsible for disposal.

Excluded from this publication are hazardous items which are the subjects of specific instructions and regulations.

Ammunition, explosives and chemical warfare agents; bulk fuels, gases and oils; drugs and chemicals used or dispensed by the Medical Department Pharmacies and reagents or chemicals used by clinical laboratories in support of Medical Departments.

Also, this publication does not include those items which may become hazardous during their normal intended use but which do not require special identifying labels or the exercise of precautionary measures during normal storage or transportation operations.

# TABLE of CONTENTS

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . 4

   STORAGE AND LABELING INFORMATION:

      DEFINITIONS . . . . . . . . . . . . . . . . . . . . . 4

      FORMAT . . . . . . . . . . . . . . . . . . . . . . . . 5

      LABELS . . . . . . . . . . . . . . . . . . . . . . . . 6

      STORAGE . . . . . . . . . . . . . . . . . . . . . . . 7

      DISPOSAL . . . . . . . . . . . . . . . . . . . . . . . 9

      CODES . . . . . . . . . . . . . . . . . . . . . . . . 9

   DISPOSAL INFORMATION: . . . . . . . . . . . . . . . . . 18

MAINTENANCE AND DISTRIBUTION . . . . . . . . . . . . . . . 53

DATA SECTIONS

      SECTION A - NIIN SEQUENCE . . . . . . . . . . . . . A-1

      SECTION B - NOMENCLATURE SEQUENCE . . . . . . . . . B-1

      SECTION C - STOWAGE SEQUENCE . . . . . . . . . . . C-1

3. Labels.

A. Hazardous industrial chemicals and materials used by the Department of the Navy will be identified by Fed Std No. 313A Symbols. These symbols are for storage and material handling operations and provide information needed in emergencies, such as fire or accidental spillage. The symbols are in addition to the DOT (Department of Transportation) labels which may also appear on the container. Each container marking, be it label, symbol, and/or instruction, is to be considered in relation to its intended use and the situation at hand.

(1) The FED STD 313A symbol is a square shaped warning marker within which is centered a large diamond symbol, segmented into four parts. The top three parts reflect the type of hazard with respect to Health, Fire and Reactivity (instability) and the lower fourth part reflects the specific hazard of the material, when not describable by any or all of the other three parts. The degree of each type of hazard is expressed numerically from 0 through 4 to signify no hazard, slight moderate, dangerous, to extremely dangerous, respectively. A brief description of the hazard level is included on the warning marker. These labels are illustrated as figures 1 and 1A of this Introduction.

(2) FED STD 313A symbols and definitions originate from "NFPA Guide on Hazardous Materials." Copies of this publication have been distributed to all ships and stations. Additional copies may be obtained from the Naval Forms and Publications Center, Philadelphia, Pennsylvania 19120, at no charge by ordering "NFPA-325A."

B. Many materials are procured under specifications which do not control specific material content, but state only performance requirements for the product. Because of this, stock items may be labeled differently by each manufacturer. When material is received from contractors with labels or symbols already applied, the information on the container takes precedence over the information in the CHIL. FMSO will use the data received from the contractor to update the CHIL. If no label is affixed to material, recommend handling in accordance with labeling effected in CHIL. It is not necessary to notify FMSO of differences in labeling of material received.

C. In addition to the FED STD 313A symbol, some containers of industrial chemicals and materials will have a label, "Precautions for Use." These labels will conform to regulations of the Department of Health, Education, and Welfare, or the Manufacturing Chemists Association Guide for Labeling Hazardous Chemicals. They are extremely important and must be read carefully and be fully understood by the users before they open the container. In the event the contents are to be transferred to another container, a facsimile of the "Precaution for Use" label should be applied to the other container.

D. Radioactive items will be identified with labels in accordance with MIL-STD-1458. The required storage label is illustrated as Fig. 2 of this publication. The radioactive element and its level of activity is included in the nomenclature of the item.

E. Magnetic items will be identified with labels in accordance with MIL-STD-129. These labels are illustrated as Fig. 3 of this publication.

6