03-14-00;12:38 ;BBHHH ;2136243430 # 2/ 44

# LEHMAN, BEN J. 10-26-99 CHIASSON VS SHIPYARDS

## HAHN & BOWERSOCK

Page 1 to Page 109

CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY:

*HAHN & BOWERSOCK*
*151 KALMUS DRIVE*
*SUITE L-1*
*COSTA MESA, CA   92626*
*Phone:   (800) 660-3187*
*FAX:   (714) 662-1378*

EXHIBIT 62

03-14-00;12:38 ;BBHHH   LEHMAN, BEN J. 10-26-99 CHIASSON VS SHIP YARDS   ;2136243430   # 3/ 44  AMAX(1/1)

## Page 1

```
       SUPERIOR COURT OF THE STATE OF CALIFORNIA
      FOR THE COUNTY OF LOS ANGELES - CENTRAL DISTRICT


  JOSEPH DANIEL CHIASSON and  )
  SUSAN ANN CHIASSON,         )
                              )
            Plaintiffs,       )
                              )
       vs.                    )   Case No. BC198398
                              )
  TODD SHIPYARDS, et al.,     )
                              )
            Defendants.       )
                              )


  Deposition of: BEN J. LEHMAN, P.E., RAdm USN (Ret.)
  Taken on:      October 26, 1999




  Reported by: Joanna B. Brown, CSR No. 8570, RPR
```

## Page 2

```
  1         Deposition of BEN J. LEHMAN, P.E., RAdm USN
  2  (Ret.), taken before Joanna B. Brown, a Certified
  3  Shorthand Reporter for the State of California, with
  4  principal office in the County of Orange, commencing at
  5  9:29 a.m., Tuesday, October 26, 1999, at the Law Offices
  6  of Davis & Thomas, 1999 Avenue of the Stars, Suite 2310,
  7  Los Angeles, California.


 10  APPEARANCES OF COUNSEL:
 11  FOR PLAINTIFFS:   DAVIS & THOMAS
                       BY: JOSEPH D. DAVIS, ESQ.
 12                    1999 Avenue of the Stars
                       Suite 2310
 13                    Los Angeles, California 90067
                       (310) 552-2121
 14                    (310) 282-0473 Fax
 15  FOR DEFENDANTS:   BREIDENBACH, BUCKLEY, HUCHTING, HALM
                       & HAMBLET
 16                    BY: THOMAS C. CORLESS, ESQ.
                       611 West Sixth Street
 17                    Thirteenth Floor
                       Los Angeles, California 90017-3201
 18                    (213) 624-3431
                       (213) 624-3430 Fax
 19
      ALSO PRESENT:    JOHN HUEBECK
```

## Page 3

```
                          I N D E X

  Examination by:                                Page
  Mr. Corless  --------------------------------:    4


                          EXHIBITS
                                             Page      Page
  Defendants'   Description                Introduced  Marked

     1      1-pg. Xerox copy
            of Mr. Lehman's
            curriculum vitae                  10         107

     2      23-pg. Xerox copy
            of one page of notes
            and a document entitled
            "Safety and Health
            Regulations for
            Ship Repairing"                   74         107

     3      11-pg. Xerox copy
            of Mr. Lehman's
            handwritten notes                 85         107

     4      7-pg. Xerox copy
            the U.S.S. Taluga's
            "Ship's History"                  107        107



                   INFORMATION REQUESTED

                    Page,      Line

                       (None.)
```

## Page 4

```
  1         BEN J. LEHMAN, P.E., RAdm USN (Ret.),
  2  called as a witness by and on behalf of the Defendants,
  3  and having been first duly sworn by the Certified
  4  Shorthand Reporter, was examined and testified as follows:

                           EXAMINATION

  BY MR. CORLESS:
        Q    Please state your name.
        A    Ben Lehman.
        Q    And what is your occupation?
        A    Consulting engineer, safety engineer.
        Q    Are you affiliated with any particular
  company or firm at this point?
        A    Yes. The one that I'm affiliated with for
  the purposes of giving -- of engaging in anything with
  regard to the legal profession is Mech, M-e-c-h, capital
  E-T-e-x, capital T-e-x, Incorporated; the tax number,
  880230599.
        Q    Incidentally, you've been deposed before?
        A    Yes, a few times.
        Q    Approximately how many?
        A    Well, at least 200.
        Q    How many times have you testified in trial?
        A    At least 50.
```

Page 61

1  A  I estimated they were one inch or less.
2  Admiral Horne said yesterday he thought a half inch.
3  No big disagreement.
4  Q  Other than the deposition testimony of
5  Mr. Chiasson, are you aware of any evidence that indicates
6  that any insulation was removed from any of the steam
7  piping or hot water piping in the living compartments
8  during the work done at Todd Shipyards?
9  A  No.
10  Q  In the engineering areas, was there any
11  insulation that would have been removed other than the
12  insulation on the steam lines?
13  A  What was the last thing you said?
14  Q  Other than from the steam lines?
15  A  Most certainly, they would have insulation on
16  the machinery themselves, on the turbines, on the pumps,
17  on the steam ends of the turbines, the pumps. So, in
18  addition to the lines, you have insulation on the hot
19  parts of the machinery and, of course, on the valves.
20  Q  All that would have been asbestos-containing
21  insulation?
22  A  Yes.
23  Q  Did you know - I'm sorry.
24  Do you know whether the Navy had specified
25  that that insulation contained asbestos?

Page 62

1  A  During that time period, the time period
2  previous to that, to the best of my knowledge, the Navy
3  specifications required asbestos-containing insulation.
4  Q  And that would include on the steam lines and
5  hot water lines in the berthing areas?
6  A  To the best of my knowledge, that's correct.
7  Well, when you say "hot water lines," now --
8  Q  If, in fact, that was asbestos-containing
9  insulation, and you're not sure of that; right?
10  A  On the hot water lines, I'm not sure of
11  that. Regarding the steam lines, yes.
12  Q  Was there any other type of insulation used
13  in any other areas of the engineering rooms or the engine
14  rooms?
15  A  I don't think so, but I don't know. After
16  all, I inspected it by means of a flashlight. So it was a
17  limited inspection. I don't think so.
18  Q  Going back to your first opinion, what is
19  your understanding of Mr. Chiasson's recollections
20  regarding contamination in the living spaces?
21  A  His recollection was the living spaces were
22  dirty. There was dust and dirt on the bunks every night.
23  It was constantly a dirty condition in the living spaces.
24  Q  And overhaul, by its very nature, is a dirty
25  job, isn't it?

Page 63

1  A  Overhaul is not necessarily a dirty job.
2  It's certainly not necessarily dirty with respect to the
3  crew's living spaces, on the contrary. If the crew's
4  living spaces are going to be involved, some positive
5  measures should be taken to keep them clean, the living
6  spaces, galley spaces, mess spaces; and if you can't do
7  that, you ought to take the crew off the vessel.
8  Q  Is it your opinion that this crew should have
9  been removed from this vessel while at least the
10  insulation materials were being ripped out?
11  A  I don't have that opinion. I think it could
12  have been kept clean if an effort had been made.
13  Q  But that was an alternative? Rather than
14  taking those efforts, they could have simply removed the
15  crew from the ship?
16  A  Well, that would have made a difference.
17  You would still have to clean the places up before the
18  crew came back on board the ship.
19  Q  It would have been the Navy's decision on
20  whether to remove the crew, wouldn't it?
21  A  Not necessarily. Todd could have gone to the
22  Navy and requested that -- said to the Navy, "Under the
23  circumstances under which we are working, we recognize
24  that protection of personnel is very difficult, and we
25  request that either you give us a change order to" --

Page 64

1  possibly a change order. That would have been something
2  negotiated -- "possibly give us a change order to provide
3  a special protection for the crew, or you ought to take
4  the crew off." Todd could have gone to the Navy and
5  requested that.
6  Q  What experience have you had in doing an
7  overhaul similar to that done on the Taluga at
8  Todd Shipyards?
9  A  Well, as a planning and estimating officer
10  for the industrial manager, I had a lot of experience
11  doing that kind of thing. As a ship's superintendent, on
12  the kinds of ships for which I had major conversion
13  responsibility, it was possible to do the work required in
14  the superstructure, in the electronics spaces, without
15  impacting the crew's living spaces, to the best of my
16  recollection.
17  Q  Why is that?
18  A  Why?
19  Q  Why couldn't it have been done without
20  inspecting the crew station?
21  A  Because of the spaces up in the
22  superstructure and the electronics spaces, and again, we
23  did not have the -- the insulation involved was electrical
24  insulation and not --
25  Q  Were you involved, personally, in any

Page 65

1 overhauls in the engineering spaces?
2   A   Yes, certainly.
3   Q   Where?
4   A   Brooklyn, Hunter's Point.
5   Q   When?
6   A   Well, Brooklyn in 1943 and '44;
7 Hunter's Point in 1950 and '51 and the early part of '52.
8   Q   What kinds of ships?
9   A   Brooklyn, cruiser, commercial ship being
10 modified to be a Navy transport, lots of destroyers.
11  Q   Were any ships -- excuse me. Were any crews
12 living on board any of those vessels during any of those
13 overhauls?
14  A   Yes.
15  Q   Which ones?
16  A   Most of them.
17  Q   When -- Mr. Lehman, when did you personally
18 become aware of whether asbestos was hazardous?
19  A   Late 1970s.
20  Q   How did you learn of that?
21  A   Someplace, I became aware of the fact that
22 the New York Academy of Science had published some
23 documents about the hazards of asbestos, and I was very
24 interested. I got them at that point in time. One of the
25 reasons I was interested is because I was aware of the

Page 66

1 fact that I had been exposed, significantly, over a period
2 of years, personally.
3   Q   Because of your shipyard work?
4   A   Absolutely.
5   Q   Any other types of work?
6   A   No.
7   Q   During the whole time up until the late '70s
8 when you were doing work in shipyards, you were not aware
9 that the asbestos-containing materials in ships could be
10 hazardous?
11  A   That's correct. I was not aware that it was
12 any more hazardous than dust in general.
13  Q   Well, did you ever see that any precautions
14 were taken to protect against the risk of asbestos in the
15 shipyards up until the late 1970s?
16  A   Specific asbestos precautions with respect to
17 asbestos, no. With regard to dusts, yes.
18  Q   How did you become aware that there were some
19 risks associated with dusts?
20  A   The production workers were required by
21 production safety to wear personal protection gear
22 protecting against dusts.
23  Q   What do you mean by "production workers"?
24  A   I mean people working with their hands on the
25 vessels as opposed to engineering personnel.

Page 67

1   Q   Let's talk about the Navy vessels at this
2 point. What precautions, in your experience, did the Navy
3 personnel, either on board ships or in naval shipyards --
4 what precautions did they take during overhauls in
5 construction of ships to protect against the hazards of
6 dusts?
7   A   During what period of time?
8   Q   Up until 1966.
9   A   Up until 1966?
10  Q   Yes.
11  A   Dust masks were certainly worn, and the major
12 effort was to keep people away from where the shipyard
13 work was going on, but if you couldn't do that, then dust
14 masks were worn.
15  Q   Did you ever have any experience in making
16 any decisions on what sorts of precautions should be made
17 along these lines?
18  A   In the 1950s, the answer was no. I would say
19 the answer was, no, I did not have enlisted personnel
20 under my control during any period of time, and therefore,
21 I did not make those decisions.
22  Q   When did you first start seeing dust masks
23 being worn on board naval ships during repairs or
24 construction?
25  A   I don't recall. I really don't recall.

Page 68

1   Q   Was it clear back during World War II?
2   A   No.
3   Q   Was it sometime in the 1950s?
4   A   Possibly.
5   Q   Sometime during the 1960s?
6   A   Possibly. I just don't recall. I was not
7 responsible for telling the people to wear this equipment,
8 and I wasn't responsible for telling them where they had
9 to be during their working period. I just don't recall.
10  Q   What types of dust masks did you see being
11 worn?
12  A   I don't know since I wasn't responsible for
13 their procurement or ordering people to wear them. I
14 didn't get involved in that.
15  Q   Did you ever see any warnings posted on any
16 Navy ships prior to 1966 regarding the hazards of asbestos?
17  A   No.
18  Q   Did you ever see any warnings anywhere on a
19 Navy ship regarding the hazards of dust prior to 1966?
20  A   No. Generally, in an operational situation,
21 you wouldn't have a lot of dust. So that all existed in
22 the shipyard.
23  Q   During the shipyard's --
24  A   No. It would be up to the -- it would be
25 up -- in general, people would just be told to stay away.