AVA 7901    003-000049

FILE COPY

```
1                IN THE UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3    OLIVER H. VAN BUSKIRK,                :
                                           :
4                        Plaintiff,        :
                                           :
5              -v-                         :   Civil Action No. 79-548
                                           :
6    THE UNITED STATES OF AMERICA, et al   :
                                           :
7                        Defendants        :
                                           :
8    - - - - - - - - - - - - - - - - - -   :

9    ZELPHIA D. CORSETTE,                  :
                                           :
10                       Plaintiff,        :
                                           :
11             -v-                         :   Civil Action No. 78-3070
                                           :
12   JOHNS-MANVILLE CORP.                  :
     JOHNS-MANVILLE SALES CORP.            :
13               and                       :
     OWENS-CORNING FIBERGLAS CORP.         :
14                                         :
                         Defendants.       :
15                                         :
     - - - - - - - - - - - - - - - - - -   :
16

17
                                         Crystal City, Virginia
18                                       Tuesday, August 29, 1979

19        Deposition of

20                 ALVIN VINCENT ANCERAVAGE,

21   a witness, called for examination by counsel for a defendant,

22   JOHNS-MANVILLE, pursuant to subpoena August 15,1979, Marriott Hotel
```



Munevar Services, Inc.
1120 Connecticut Avenue
Washington, D.C. 20036
(202) 659-0768

**PRODUCED**
**JM - 83**

1              BY MR. DeLORENZO:

2        Q    Sir, would you state your name and address, please.

3        A    My name is Alvin Vincent Anceravage.

4        Q    And your business address?

5        A    Naval Sea Systems Command. SEA, in caps, SEA 05D, as
6   in David, 231, Washington, D.C. zip code 20361.

7        Q    And your present title?

8        A    Head of the Packaging and Container Section.

9        Q    And that is the Packaging and Container Section of
10  what?

11       A    Of the Materials and Engineering Division, I believe;
12  05D, CO5D.

13       Q    Of what?

14       A    The Naval Sea Systems Command.

15       Q    Are you connected in any way with the Naval Ship
16  Engineering Center?

17       A    Yes.

18       Q    And what is that connection?

19       A    SEC--NAVSEC 6101E02 which is effective through
20  September 31.

21       Q    What is that?

22       A    Reorganization of the Naval Sea Systems Command and



Munevar Services, Inc.
1120 Connecticut Avenue
Washington, D.C. 20036
(202) 659-0768

8

1   the Naval Ship Engineering Center.

2   Q   Presently, are you part of the Naval Ship Engineering
3   Center or--

4   A   From a funding standpoint, yes.

5   Q   And there is some reorganization taking place now;
6   is that correct?

7   A   Yes.

8   Q   How long have you held your current position?

9   A   1965.

10  Q   As Head of the Packaging and Container Section?

11  A   At that time it was a unit.

12  Q   Now Mr. Nowinski has provided us with what appears
13  to be an original chart; and I have had the Reporter mark that
14  as Exhibit 1 in today's deposition. Do you have a copy of
15  that in front of you?

16  A   No, sir.

17                          (Whereupon, Anceravage Deposition
                             Exhibit No. 1, previously marked
18                           off the record, identified as a
                             Chart, was submitted to the witness
19                           and subsequently retained by Counsel

20      BY MR. DeLORENZO:

21  Q   Would you look at that Anceravage Exhibit No. 1 and
22  tell me whether that is the organizational chart for the group



**Munevar Services, Inc.**
1120 Connecticut Avenue
Washington, D.C. 20036
(202) 659-0768

Registered
Professional

50

Q    Coming back to talc--because this is helping me understand how your office works--this is going to you as the packaging and labeling man.  What did you do?

A    I find out through Mr. Winer who are possible suppliers--

Q    Mr. Winer has his office--

A    He is right there.

Q    He and you share offices then.

MR. NOWINSKI:  You are not allowing him to finish his answers, every time he mentions industry.

THE WITNESS:  When we get a request requesting packaging requirements we find out who are the possible suppliers.

We call the suppliers up and we ask them, first, what is their normal retail, commercial, or wholesale procedures on packaging of this item.

Then we discuss with these, we have a need for a certain quantity or a certain way to meet the requirements for the military needs; can it be done.

If they say, "Yes," we coordinate these requirements by phone with these various manufacturers and then we develop those requirements based on what industry normally uses to furnish the general public.



Munevar Services, Inc.
1120 Connecticut Avenue
Washington, D.C. 20036
(202) 659-0768

MT-PWHD-001271

MR. NOWINSKI: I am on the verge of adjourning the deposition because I don't think you are getting anywhere and I think you are asking your questions of the wrong person and you are simply using up all our time.

MS. PENNELL: Well, then who is the right person? We would love to depose the right person, if you guys would tell us who they are.

MR. NOWINSKI: Well, let's go off the record for a second.

(Discussion off the record)

MS. PENNELL: Back on the record.

BY MS. PENNELL:

Q Are there any packaging requirements that state what can or cannot be on the package?

A Would you clarify that question?

Q Are there any regulations that state what can be on a package that is sent to the government?

A As to marking and labeling?

Q Right.

A The minimum requirements are established by MIL Standards 129.

Q Okay, do these standards indicate the only things that can be on a package?

1    A    No.

2    Q    Is there any--

3    A    The contractor can put anything on a package.

4    Q    Oh, he can?

5    A    Definitely; they are minimum.

6    Q    You mean he can put pictures of elephants on a

7 package or something?  I mean, that is an absurd example, but

8 do you know what I mean?

9    A    Yes.  I have never seen any objection to a manufacturer

10 using his commercial package so long as his commercial package

11 met the requirement of the packaging requirements of that

12 commodity.

13    Q    Let's say the manufacturer has to have his package

14 conform to a packaging requirement for his commodity.  Do

15 those packaging requirements state what can or cannot be on

16 the wrapper?

17    A    Minimum requirements are stated, yes.

18    Q    Do these requirements ever prohibit anything from

19 being on a package?

20    A    Not that I know of.

21    Q    Now you gave an example of discussing with somebody a

22 product like a hoist that might possibly have brake linings on



Munevar Services, Inc.
1120 Connecticut Avenue
Washington, D.C. 20036
(202) 659-0765

MT-PWHD-001336