W&K PLAINTIFFS' EXHIBIT
NAVY 5017

NAVSHIPS (451) S1-1

# GENERAL SPECIFICATIONS FOR MACHINERY

Bureau of Ships, Navy Department

## SUBSECTION S1-1. PLANS

1 March 1941

(Superseding Subsection S1-1, Plans, dated 1 November 1940)

NOTE:- Plans for the machinery, electrical equipment, and accessories of vessels building for the Navy are always of a confidential nature. Care shall be observed that they do not fall into the hands of unauthorized persons, especially those not citizens of the United States.

The following is quoted from an act approved June 15, 1917:

"*** whoever, lawfully or unlawfully, having possession of, access to, control over, or being intrusted with any document, writing, code book, signal book, sketch, photograph, photographic negative, blueprint, plan, map, model, instrument, appliance, or note relating to the national defense, willfully communicates or transmits or attempts to communicate or transmit the same to any person not entitled to receive it, or willfully retains the same and fails to deliver it on demand to the officer or employee of the United States entitled to receive it; or whoever, being intrusted with or having lawful possession or control of any document, writing, code book, signal book, sketch, photograph, photographic negative, blueprint, plan, map, model, note, or information, relating to the national defense, through gross negligence permits the same to be removed from its proper place of custody or delivered to anyone in violation of his trust, or to be lost, stolen, abstracted, or destroyed, shall be punishable by a fine of not more than $10,000, or by imprisonment for not more than 2 years, or both. *** "

S1-1-a. General requirements.

References: (a) Navy Department Specification 42B9 - Boxes, spare parts, electrical and mechanical (shipboard use).
(b) Federal Specification CCC-C-531, Tracing cloth.
(c) List of Bureau standard plans, see Appendix I.

1. All drawings of machinery and accessories under the cognizance of the Bureau of Ships, which shall be furnished by and at the expense of the contractor, are grouped under the following general classification:

(a) Type A drawings - Preliminary drawings, submitted with bids or prior to award of contract.
(b) Type B drawings - Development or working drawings, submitted for approval subsequent to award of contract but prior to ordering material or commencing work.

S1-1

-14-

9.. The Type D drawings furnished for the machinery installation and electrical plant shall be indexed by the shipbuilder. Indexing shall be done with india ink and conform to size and styles shown on Bureau of Ships plan 385691 (see reproduction attached). The index number shall correspond to the official designation of the vessel, the group number shall conform to the Navy Filing Manual, and the file number shall conform to the master index sheets for machinery and electrical plans. Where a set of plans applies to a group of two or more vessels, all plans shall be indexed under the lowest numbered vessel of the group; in special cases where plans do not apply to all vessels of the group, such plans shall be indexed under the lowest numbered vessel of that group, and a notation made in or near the title to designate the vessel or vessels to which the plans are applicable.

10. The bureau will supply a set of blank index forms for Type D drawings which will be filled in by the shipbuilder with india ink, after which the shipbuilder will make blue line print copies of these forms for each set of plans; the indexed forms will be forwarded to the bureau with the set of Type D drawings intended for the bureau's files, and set of blue line copies will accompany each other set of these drawings

11. Each set shall be wrapped in a waterproof wrapper and be packed separately, ready for shipment, in flat, strong, wooden cases, in which the sheets shall be so secured that it will be impossible for them to be displaced or crumpled during handling. Sets of machinery, electrical, and radio drawings for the same vessel may be boxed together.

12. In the purchase of equipment for vessels by direct contract with the bureau, Type D drawings conforming to the requirements of the above paragraphs shall be furnished by the contractor with the delivery of the completed material in number of sets as required by the contract.

13. No Type D finished plans will be required for the interior communication equipment listed in subparagraph S1-1-h-6(𝓁).

S1-1-h.  Instruction books and pamphlets.

1. Instruction books will be furnished by contractors and sub-contractors for main propelling machinery, boilers, air compressors, main forced draft blowers, centrifugal pumps as required by Subsection S47-2, positive displacement rotary pumps as required by Subsection S47-3 and other auxiliary machinery, electrical installations and other important Naval equipment furnished by them   These instruction books will contain all necessary pertinent information to insure efficient and economical use of the equipment, such data and information as may be required by the applicable specifications under which furnished, and in general, the following:

   (a) General description, including also sufficient sketches, illustrations, and sectional assemblies with appropriate references to drawing numbers and titles.

S1-1

-15-

 (b) Installation instructions.

 (c) Operating instructions.

 (d) Instructions for care and maintenance.

 (e) Safety precautions.

 (f) Index.

 (g) For interior communication equipment listed in subparagraph S1-1-h-6(i) reproductions of approved Type B plans.

 (h) For motors and controllers reduced size reproductions of the finished (Type D) plans; for electrical as per Navy Department Specification 17R2 and other applicable Navy Department Specifications containing specific requirements.

The books will be printed on a strong grade of paper using a medium size type so as to render easy reading. The size of the printed page shall be approximately 8-1/2 by 10-1/2-inches.

 2. The instruction books shall be covered with a strong durable cover of black leather, leatherette, fabrikoid or similar approved material and shall be bound securely so as to prevent detachment of either the covering or the pages. The size of the cover shall be approximately 9 by 11-inches. The front cover shall contain the following information:

 (a) Sufficient descriptive data to enable ready identification.

 (b) Name and number of vessels to which the equipment applies.

 (c) Contract numbers under which equipment was purchased. If more than one contract number is shown, the vessels supplied under each contract shall be indicated.

 (d) Manufacturer's name and address.

A sample of the complete books shall be submitted to the bureau for approval before final printing.

 3. A contractor furnishing more than one set or type of equipment, subject to bureau approval, may incorporate the instruction books of similar or allied equipment in one binder, providing the binder does not become bulky and more difficult to use.