DEPARTMENT OF THE NAVY  
Office of the Secretary  
Washington 25, D. C.

SECNAV 6260.?  
NMED-7231-bar  
24 September 1956

SECNAV INSTRUCTION 6260.?

From: Secretary of the Navy
To: Chief of Naval Material
    Chief of Naval Operations
    Chief of Naval Personnel
    Chief of Naval Research
    Chief, Bureau of Aeronautics
    Chief, Bureau of Medicine and Surgery
    Chief, Bureau of Ordnance
    Chief, Bureau of Ships
    Chief, Bureau of Supplies and Accounts
    Chief, Bureau of Yards and Docks
    Commandant, U. S. Marine Corps
    Commander, Military Sea Transportation Service

Subj: Uniform labeling program for hazardous industrial chemicals and materials.

Encl: (1) Markings and Designs of Labels
      (2) Tentative Label Classification Guide
      (3) Elements of a Labeling Program

1. **Purpose.** The purpose of this Instruction is to standardize on labeling requirements for hazardous chemical products during the usage stage, and to provide selective labels which will contain pertinent information designed to warn users of the potential dangers involved.

2. **Scope.** This Instruction applies to the labeling of all hazardous materials throughout the Naval Establishment wherever distribution of hazardous chemicals and materials is made to the actual consumer (shop, office, or unit). It applies to materials received from any supply source, provided the material is intended for ultimate use at the local activity. In this regard it refers to labeling of the original container as well as any other container to which the material may subsequently be transferred. This Instruction is **not** intended to govern:

   a. The type of labels to be affixed by the manufacturer. (These are governed by State and Federal laws and regulations depending on the nature of the material and whether the shipment is interstate or intrastate. In addition, most major manufacturers of chemicals abide by the "Warning Labels Guide" published by the Manufacturing Chemists' Association.)

OFFICE OF THE SECRETARY

SECNAVINST 5100.8
24 September 1954

d. **Safety Precautions Board.** The Safety Precautions Board shall:

(1) Publish in *Safety Precautions* (OPNAV 34-P1) a "Label Classification Guide" listing the classification of hazardous chemicals and materials currently in use as determined by the appropriate technical bureau or office.

(2) Revise the "Label Classification Guide" in accordance with information recurringly provided by the responsible technical bureaus and offices relative to the use of new chemicals and proprietary materials, deletions, and changes in classifications.

e. **Bureaus, Offices, and Marine Corps.** The bureaus, offices, and Marine Corps, shall initiate implementing instructions for use by activities under their management control upon completion of action required by paragraphs 4a, 4b, 4c, and 4d(1), above. Enclosure (3) is an outline of the "Elements of a Labeling Program" for guidance.

*[signature]*

E. E. FOGLE
Assistant Secretary of the Navy (Material)